UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH LEWIS, JR., KENTRELL PARKER, FARRELL SAMPIER, REGINALD GEORGE, JOHN TONUBBEE, OTTO BARRERA, CLYDE CARTER, CEDRIC EVANS, EDWARD GIOVANNI, RICKY D. DAVIS, LIONEL TOLBERT, and RUFUS WHITE, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>BURL CAIN, Warden of the Louisiana State Penitentiary, in his official capacity; STEPHANIE LAMARTINIERE, Assistant Warden for Health Services, in her official capacity; JAMES M. LEBLANC, Secretary of the Louisiana Department of Public Safety and Corrections, in his official capacity; and THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS,<br><br>    Defendants. | CIVIL ACTION NO. 3:15-cv-00318<br><br>JUDGE BAJ<br><br>MAGISTRATE RLB |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs respectfully request an order certifying Named Plaintiffs Alton Adams, Otto Barrera, Alton Batiste, Clyde Carter, Ian Cazenave, Ricky Davis, Reginald George, Edward Giovanni , Shannon Hurd, Kentrell Parker, Farrell Sampier, Lionel Tolbert, John Tonubbee, Edward Washington, and Rufus White to represent a class of all prisoners who are now or will in the future be confined at Louisiana State Penitentiary ('LSP') and a subclass of inmates with disabilities who are now or will in the future be confined at LSP.

For a district court to certify a class action, the named plaintiffs must satisfy the numerosity, commonality, typicality, and adequacy of representation requirements of Rule 23(a) and at least one of the requirements of Rule 23(b). For the reasons set forth in the memorandum of law filed herewith, the Plaintiffs meet all four of the Rule 23(a) requirements and the requirements of Rule 23(b)(2). Therefore, these classes should be certified.

Respectfully submitted by:

/s/ Mercedes Montagnes
Mercedes Montagnes, La. Bar No. 33287
The Promise of Justice Initiative
636 Baronne Street
New Orleans, LA 70113
Telephone: (504) 529-5955
Facsimile: (504) 558-0378
Email: mmontagnes@thejusticecenter.org

Daniel A. Small (*pro hac vice*)
Jeffrey B. Dubner (*pro hac vice)*
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: dsmall@cohenmilstein.com
Email: jdubner@cohenmilstein.com

Justin P. Harrison, La. Bar No. 33575
ACLU Foundation of Louisiana
P.O. Box 56157
New Orleans, Louisiana 70156

Telephone: (504) 522-0628
Facsimile: (888) 534-2996
Email: jharrison@laaclu.org

Miranda Tait, La. Bar No. 28898
Advocacy Center
600 Jefferson Street, Suite 812
Lafayette, LA 70501
Telephone: (337) 237-7380
Facsimile: (337) 237-0486
Email: mtait@advocacyla.org

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ Mercedes Montagnes
Mercedes Montagnes