8/28/16

Alton Adams Doc #284186
Camp C Wolf 3

Emergency ARP: ON R.E. Burrow Treatment Cen.

I filing this Compliant on the above named, for not coming to treatment for the accident I had when I flipped backward out of my wheelchair in the shower on the 8/23/16 at 10:00 PM. I notified the Dorm Sgt., and he notified the Cpt., which was Cpt. Chaffin, and he came in the shower and seen me, which he then called for the EMT to come. I stayed in the shower area for 45 minutes before the EMT came, and I told him that I hurt my back and my amputee, from the fall. I wasn't taken to the hospital until 4 hours later by a transportation van, which I have one leg, and I had a health care to pick me out of my wheelchair and put me in the van. They didn't send a ambulance to come get me with the back injury I had from the fall. I would have not received these injuries if they had the handicap ramp right, that they made out of plywood. That is very dangerous. I ask that some action be taken about this matter. Brady Harrington was the health care orderly.

Thanks You
Alton Adams