UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH LEWIS, JR., KENTRELL PARKER, FARRELL SAMPIER, REGINALD GEORGE, JOHN TONUBBEE, OTTO BARRERA, CLYDE CARTER, CEDRIC EVANS, EDWARD GIOVANNI, RICKY D. DAVIS, LIONEL TOLBERT, and RUFUS WHITE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BURL CAIN, Warden of the Louisiana State Penitentiary, in his official capacity; STEPHANIE LAMARTINIERE, Assistant Warden for Health Services, in her official capacity; JAMES M. LEBLANC, Secretary of the Louisiana Department of Public Safety and Corrections, in his official capacity; and THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS,<br><br>Defendants. | CIVIL ACTION NO. 3:15-cv-00318<br><br>JUDGE: BAJ<br><br>MAGISTRATE: RLB |

**MOTION TO SUBSTITUTE PLEADING**

**NOW INTO COURT**, through undersigned counsel, come the Plaintiffs, who request leave of court to substitute an exhibit which was filed in error in their Motion for Class Certification (Rec. Doc. 133). Plaintiffs would like to substitute the attached Exhibit 41 for the previously filed Exhibit 41 (Rec. Doc. 133-42) of the Plaintiffs' Memorandum in Support of their Motion for Class Certification (Rec. Doc. 133-1). The previously submitted version of this exhibit was a duplicate of Exhibit 40 instead of the attached, intended Exhibit, cited in the Memo.

Respectfully submitted:

/s/ Mercedes Montagnes

Mercedes Montagnes, La. Bar No. 33287
The Promise of Justice Initiative
636 Baronne Street
New Orleans, LA 70113
Telephone: (504) 529-5955
Facsimile: (504) 558-0378
Email: mmontagnes@thejusticecenter.org

Daniel A. Small (pro hac vice)
Jeffrey B. Dubner (pro hac vice)
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: dsmall@cohenmilstein.com
Email: jdubner@cohenmilstein.com

Bruce Hamilton, La. Bar No. 33170
ACLU Foundation of Louisiana
P.O. Box 56157
New Orleans, Louisiana 70156
Telephone: (504) 522-0628
Facsimile: (888) 534-2996
Email: bhamilton@laaclu.org

Miranda Tait, La. Bar No. 28898
Derek Warden, La. Bar No. 37348
Advocacy Center
600 Jefferson Street, Suite 812
Lafayette, LA 70501
Telephone: (337) 237-7380
Facsimile: (337) 237-0486
Email: mtait@advocacyla.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 19, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

                              /s/ Mercedes Montagnes
                              Mercedes Montagnes