Cornell University

2014

## LA

Louisiana

# 2014 Disability Status Report
# Louisiana



# www.**disabilitystatistics**.org

Yang-Tan Institute on Employment and Disability at the Cornell University ILR School

# Contents

## Introduction

2014 Annual Disability Status Report          2
ACS Disability Questions                      3
Notes                                         4

## Summary

Louisiana Summary                             5
Prevalence by State: Ages 21 to 64           7
Employment by State: Ages 21 to 64           8

## Demographics

Prevalence: All Ages                          9
Prevalence: Ages 4 and under                 11
Prevalence: Ages 5 to 15                     13
Prevalence: Ages 16 to 20                    15
Prevalence: Ages 21 to 64 (Working-Age)      17
Prevalence: Ages 65 to 74                    19
Prevalence: Ages 75 and Older                21
Prevalence: Gender and Age                   23
Prevalence: Hispanic / Latino Origin and Age  26
Prevalence: Race                             29

## Outcomes

Employment                                   29
Not Working but Actively Looking for Work    33
Full-Time / Full-Year Employment             35
Annual Earnings (Full-Time / Full-Year workers)  37
Annual Household Income                       39
Poverty                                       41
Supplemental Security Income (SSI)           43
Education: High School Diploma / Equivalent  45
Education: Some College / Associate's Degree  47
Education: Bachelor's Degree or More         49
Veterans Service-Connected Disability        51
Health Insurance Coverage                    53
Type of Health Insurance Coverage            55

## Glossary                                   58

## About the Disability Status Report         64

# The 2014 Annual Disability Status Report

The Annual Disability Status Reports provide policy makers, disability advocates, reporters, and the public with a summary of the most recent demographic and economic statistics on the non-institutionalized population with disabilities. They contain information on the population size and disability prevalence for various demographic subpopulations, as well as statistics related to employment, earnings, household income, veterans' service-connected disability and health insurance. Comparisons are made to people without disabilities and across disability types. Disability Status Reports and other statistics are available for the United States overall, each state, the District of Columbia, and Puerto Rico at  www.disabilitystatistics.org.

The Status Reports primarily look at the working-age population because the employment gap between people with and without disabilities is a major focus of government programs and advocacy efforts. Employment is also a key factor in the social integration and economic self-sufficiency of working-age people with disabilities.

The information in this report is based on data from the US Census Bureau's American Community Survey (ACS) - a survey sent each year to a random sample of over 3.5 million households. For more information see the Census Bureau's ACS website  http://www.census.gov/acs/www/ and our Guide to Disability Statistics from the American Community Survey (2008 Forward): http://disabilitystatistics.org/sources.cfm.

The estimates in these reports are based on responses from a sample of the population and may differ from actual population values because of sampling variability and other factors. Differences observed between the estimates for two or more groups may not be statistically significant.

## Suggested Citation

Erickson, W., Lee, C., & von Schrader, S. (2016). 2014 Disability Status Report: Louisiana. Ithaca, NY: Cornell University Yang Tan Institute on Employment and Disability(YTI).

We would like to thank Sara VanLooy, Jason Criss, and Joe Williams for their assistance with editing and production of this document.

# ACS Disability Questions

There is no single accepted definition of disability. Different definitions and disability questions may identify different populations with disabilities and result in larger or smaller estimates.

Below are the six questions used in the ACS to identify persons with disabilities. Note that the Census Bureau refers to each of the individual types as "difficulty" while in this report the term "disability" is used.

**Hearing Disability** (asked of all ages):

- Is this person deaf or does he/she have serious difficulty hearing?

**Visual Disability** (asked of all ages):

- Is this person blind or does he/she have serious difficulty seeing even when wearing glasses?

**Cognitive Disability** (asked of persons ages 5 or older):

- Because of a physical, mental, or emotional condition, does this person have serious difficulty concentrating, remembering, or making decisions?

**Ambulatory Disability** (asked of persons ages 5 or older):

- Does this person have serious difficulty walking or climbing stairs?

**Self-Care Disability** (asked of persons ages 5 or older):

- Does this person have difficulty dressing or bathing?

**Independent Living Disability** (asked of persons ages 15 or older):

- Because of a physical, mental, or emotional condition, does this person have difficulty doing errands alone such as visiting a doctor's office or shopping?

**Note:**

- The "Any Disability" category used in this report includes persons who reported one or more of the individual disability types.
- Respondents could report more than one disability type.
- Some disability questions were not asked of children.
- A separate set of survey questions identify veterans with service-connected disabilities. Based on a separate set of survey questions, this report includes estimates related to veterans' service-connected disability
  (see page 51).

# Notes

**Spanish Language Reports:** Spanish language versions of the Annual Disability Status Reports for the US, all 50 states, Puerto Rico, and Washington D.C. can be downloaded at the same location as the English Status Reports. The Spanish translation was made possible through funding from the Northeast ADA Center through a grant from NIDILRR National Institute on Disability,Independent Living, and Rehabilitation Research

**Puerto Rico:** A Puerto Rico Disability Status Report, based on the parallel 2014 Puerto Rico Community Survey (PRCS), is available again this year in English as well as Spanish. However, please note that the Puerto Rico sample is not included in any U.S. population estimates included in these reports.

**Group Quarters:** In 2006, the ACS began surveying the group quarters population. We include the non-institutionalized group quarters population, but due to small state level sample sizes exclude the institutionalized group quarters population (see glossary) in the Disability Status Reports.

**Margin of Error (MOE):** As in previous years' reports we provide the 90% MOE to better illustrate sampling variability. See the glossary entry for more information on this topic.

**Glossary:** As in previous years, we provide a comprehensive glossary at the back of this report defining the terms used in the Disability Status Report (see glossary).

Note: According to the Census Bureau, estimates based on the ACS Public Use Microdata Sample (PUMS) file such as those included in this report may differ slightly from the ACS summary tables produced by the Census Bureau, because they are subject to additional sampling error and further data processing operations. Please see http://www.disabilitystatistics.org/faq.cfm#Q4 for further information.

# Louisiana Summary

These statistics indicate the social and economic status of non-institutionalized people with disabilities in Louisiana, using data from the 2014 American Community Survey (ACS).

**Age:** In 2014, the prevalence of disability in LA was:

- 14.8 percent for persons of all ages
- 0.6 percent for persons ages 4 and under
- 7.1 percent for persons ages 5 to 15
- 7.4 percent for persons ages 16 to 20
- 13.4 percent for persons ages 21 to 64
- 30.9 percent for persons ages 65 to 74
- 53.9 percent for persons ages 75+

**Disability Type:** In 2014, the prevalence of the six disability types among persons of all ages in LA was:

- 3.0% reported a Visual Disability
- 3.6% reported a Hearing Disability
- 8.7% reported an Ambulatory Disability
- 6.5% reported a Cognitive Disability
- 3.6% reported a Self-Care Disability
- 6.9% reported an Independent Living Disability

**Gender:** In 2014, 15.1 percent of females of all ages and 14.4 percent of males of all ages in LA reported a disability.

**Hispanic/Latino:** In 2014, the prevalence of disability among persons of all ages of Hispanic or Latino origin in LA was 7.7 percent.

**Race:** In LA in 2014, the prevalence of disability for working-age people (ages 21 to 64) was:

- 12.7 percent among Whites
- 15.1 percent among Black / African Americans
- 5.6 percent among Asians
- 25.0 percent among Native Americans
- 11.9 percent among persons of some other race(s)

**Employment:** In 2014, the employment rate of working-age people (ages 21 to 64) with disabilities in LA was 33.5 percent.

**Looking for Work:** In LA in 2014, the percentage actively looking for work among people with disabilities who were not working was 7.8 percent.

**Full-Time/Full-Year Employment:** In LA in 2014, the percentage of working-age people with disabilities working full-time/full-year was 22.5 percent.

**Annual Earnings:** In 2014, the median annual earnings of working-age people with disabilities working full-time/full-year in LA was $36,300.

**Annual Household Income:** In LA in 2014, the median annual income of households with working-age people with disabilities was $35,300.

**Poverty:** In LA in 2014, the poverty rate of working-age people with disabilities was 30.2 percent.

**Supplemental Security Income:** In 2014, the percentage of working-age people with disabilities receiving SSI payments in LA was 23.4 percent.

**Educational Attainment:** In 2014, the percentage of working-age people with disabilities in LA:

- with only a high school diploma or equivalent was 36.5 percent
- with only some college or an associate degree was 25.0 percent
- with a bachelor's degree or more was 11.0 percent.

**Veterans Service-Connected Disability:** In 2014, the percentage of working-age civilian veterans with a VA determined Service-Connected Disability was 20.5 percent in LA.

**Health Insurance Coverage:** In 2014 in LA, 83.8 percent of working-age people with disabilities had health insurance.

# Prevalence: Ages 21 - 64

This summary lists percentages by state of non-institutionalized working-age (ages 21 to 64) people with disabilities using data from the 2014 American Community Survey (ACS). The US disability prevalence rate for this population was 10.8%

| Location | 2014 (%) | Location | 2014 (%) |
|---|---|---|---|
| Alabama | 14.9 | Montana | 12.0 |
| Alaska | 9.9 | Nebraska | 9.0 |
| Arizona | 11.0 | Nevada | 12.0 |
| Arkansas | 15.4 | New Hampshire | 9.6 |
| California | 8.4 | New Jersey | 8.1 |
| Colorado | 9.0 | New Mexico | 13.8 |
| Connecticut | 8.9 | New York | 9.1 |
| Delaware | 9.8 | North Carolina | 12.1 |
| District of Columbia | 9.9 | North Dakota | 8.3 |
| Florida | 10.4 | Ohio | 12.5 |
| Georgia | 11.5 | Oklahoma | 14.8 |
| Hawaii | 8.3 | Oregon | 13.4 |
| Idaho | 11.0 | Pennsylvania | 11.7 |
| Illinois | 8.8 | Puerto Rico | 19.0 |
| Indiana | 12.6 | Rhode Island | 12.1 |
| Iowa | 9.5 | South Carolina | 13.3 |
| Kansas | 11.3 | South Dakota | 10.5 |
| Kentucky | 16.7 | Tennessee | 14.7 |
| Louisiana | 13.4 | Texas | 10.2 |
| Maine | 14.7 | Utah | 8.7 |
| Maryland | 8.6 | Vermont | 13.4 |
| Massachusetts | 9.3 | Virginia | 9.7 |
| Michigan | 13.0 | Washington | 11.2 |
| Minnesota | 8.8 | West Virginia | 17.8 |
| Mississippi | 15.7 | Wisconsin | 10.1 |
| Missouri | 13.3 | Wyoming | 10.7 |

# Employment: Ages 21 - 64

This summary lists employment rates by state of non-institutionalized working-age (ages 21 to 64) people with disabilities using data from the 2014 American Community Survey (ACS). The employment rate in the US for this population was 34.6% for people with disabilities and 77.6% for people without disabilities.

| Location | People with Disabilities 2014 | People without Disabilities 2014 | Location | People with Disabilities 2014 | People without Disabilities 2014 |
|---|---|---|---|---|---|
| Alabama | 27.1 | 73.8 | Montana | 41.0 | 78.2 |
| Alaska | 42.1 | 79.1 | Nebraska | 46.2 | 86.2 |
| Arizona | 33.2 | 74.5 | Nevada | 42.0 | 76.1 |
| Arkansas | 30.9 | 76.2 | New Hampshire | 40.2 | 83.2 |
| California | 33.5 | 74.7 | New Jersey | 39.9 | 78.8 |
| Colorado | 40.7 | 80.7 | New Mexico | 31.0 | 73.4 |
| Connecticut | 40.3 | 79.9 | New York | 33.3 | 77.0 |
| Delaware | 36.8 | 78.1 | North Carolina | 31.7 | 76.9 |
| District of Columbia | 34.7 | 79.9 | North Dakota | 53.7 | 83.6 |
| Florida | 30.4 | 75.7 | Ohio | 34.4 | 79.1 |
| Georgia | 29.8 | 75.7 | Oklahoma | 37.9 | 77.6 |
| Hawaii | 45.2 | 79.9 | Oregon | 36.0 | 76.8 |
| Idaho | 35.7 | 77.3 | Pennsylvania | 35.4 | 78.9 |
| Illinois | 36.1 | 77.9 | Puerto Rico | 22.6 | 56.0 |
| Indiana | 37.5 | 78.8 | Rhode Island | 35.5 | 79.8 |
| Iowa | 43.6 | 84.2 | South Carolina | 29.4 | 76.8 |
| Kansas | 39.7 | 81.2 | South Dakota | 48.1 | 85.8 |
| Kentucky | 27.3 | 76.1 | Tennessee | 29.9 | 76.6 |
| Louisiana | 33.5 | 74.8 | Texas | 38.4 | 77.6 |
| Maine | 32.6 | 80.9 | Utah | 42.4 | 79.0 |
| Maryland | 39.9 | 80.8 | Vermont | 36.0 | 83.1 |
| Massachusetts | 35.2 | 81.2 | Virginia | 37.8 | 80.4 |
| Michigan | 29.7 | 75.9 | Washington | 38.3 | 78.0 |
| Minnesota | 44.0 | 84.3 | West Virginia | 26.7 | 72.6 |
| Mississippi | 28.3 | 73.9 | Wisconsin | 39.8 | 82.3 |
| Missouri | 32.9 | 79.1 | Wyoming | 46.7 | 82.3 |

# Prevalence

## All Ages

### Introduction

This section addresses the prevalence of disability among non-institutionalized people of all ages in Louisiana, using data from the 2014 American Community Survey (ACS). For definitions of terms, see Glossary.

### Quick Statistics

Prevalence:
All Ages
**14.8%**

- In 2014, the overall percentage (prevalence rate) of people with a disability of all ages in LA was 14.8 percent.
- In other words, in 2014, 673,400 of the 4,561,400 individuals of all ages in LA reported one or more disabilities.
- In LA in 2014, among the six types of disabilities identified in the ACS, the highest prevalence rate was for "Ambulatory Disability," 8.7 percent. The lowest prevalence rate was for "Visual Disability," 3.0 percent.

# Prevalence of disability among non-institutionalized people of all ages in Louisiana in 2014*



| Disability Type | % | MOE | Number | MOE | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| Any Disability | 14.8 | 0.38 | 673,400 | 17,390 | 4,561,400 | 42,515 |
| Visual | 3.0 | 0.18 | 135,100 | 8,300 | 4,561,400 | 42,515 |
| Hearing | 3.6 | 0.20 | 166,300 | 9,170 | 4,561,400 | 42,515 |
| Ambulatory | 8.7 | 0.31 | 371,600 | 13,400 | 4,254,800 | 40,152 |
| Cognitive | 6.5 | 0.27 | 277,400 | 11,700 | 4,254,800 | 40,152 |
| Self-Care | 3.6 | 0.21 | 152,700 | 8,810 | 4,254,800 | 40,152 |
| Independent Living | 6.9 | 0.30 | 249,800 | 11,140 | 3,626,000 | 34,963 |

**\* Note:** Children under the age of five were only asked about Vision and Hearing disabilities. The Independent Living disability question was only asked of persons aged 16 years old and older.

# Prevalence

## Ages 4 years and under

### Introduction

This section focuses on the prevalence of disability among non-institutionalized children ages 4 and under in Louisiana, using data from the 2014 American Community Survey (ACS). Only the two sensory disability questions were asked of this population. For definitions of terms, see Glossary.

### Quick Statistics

Prevalence:
Ages 4 and under
**0.6%**

- In 2014, the overall percentage (prevalence rate) of children with a visual and/or hearing disability ages 0 to 4 in LA was 0.6 percent.
- In other words, in 2014, 1,900 of the 306,600 children ages 0 to 4 in LA reported one or more disabilities.
- In LA in 2014, 0.4 percent reported a visual disability
- In LA in 2014, 0.4 percent reported a hearing disability

# Prevalence of disability among non-institutionalized people ages 4 and under in Louisiana in 2014



| Disability Type | % | MOE | Number | MOE | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| Any Disability | 0.6 | 3.29 | 1,900 | 1,000 | 306,600 | 2,363 |
| Visual | 0.4 | 3.29 | 1,300 | 820 | 306,600 | 2,363 |
| Hearing | 0.4 | 3.29 | 1,200 | 810 | 306,600 | 2,363 |

# Prevalence

## Ages 5 to 15 years

### Introduction

This section focuses on the prevalence of disability among non-institutionalized children ages 5 to 15 in Louisiana, using data from the 2014 American Community Survey (ACS)*. For definitions of terms, see Glossary.

### Quick Statistics

Prevalence:
Ages 5 to
15 years
**7.1%**

- In 2014, the overall percentage (prevalence rate) of children with a disability ages 5 to 15 in LA was 7.1 percent.
- In other words, in 2014, 49,100 of the 688,600 individuals ages 5 to 15 in LA reported one or more disabilities.
- In LA in 2014, among the five types of disabilities* identified in the ACS, the highest prevalence rate was for "Cognitive Disability," 5.9 percent. The lowest prevalence rate was for "Visual Disability," 0.7 percent.

**\* Note:** The "Independent Living Disability" question was not asked of children ages 15 years and younger.

# Prevalence of disability* among non-institutionalized people ages 5 to 15 in Louisiana in 2014



| Disability Type | % | MOE | Number | MOE | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| Any Disability | 7.1 | 0.71 | 49,100 | 5,050 | 688,600 | 5,728 |
| Visual | 0.7 | 3.29 | 4,900 | 1,610 | 688,600 | 5,728 |
| Hearing | 0.7 | 3.29 | 4,600 | 1,550 | 688,600 | 5,728 |
| Ambulatory | 0.9 | 3.29 | 6,000 | 1,780 | 688,600 | 5,728 |
| Cognitive | 5.9 | 0.65 | 40,500 | 4,590 | 688,600 | 5,728 |
| Self-Care | 1.3 | 3.29 | 9,000 | 2,170 | 688,600 | 5,728 |

**\* Note:** The "Independent Living Disability" question was not asked of children ages 15 years and younger.

# Prevalence

## Ages 16 to 20 years

### Introduction

This section focuses on the prevalence of disability among non-institutionalized people ages 16 to 20 in Louisiana, using data from the 2014 American Community Survey (ACS). For definitions of terms, see Glossary.

### Quick Statistics

Prevalence:
Ages 16 to
20 years
**7.4%**

- In 2014, the overall percentage (prevalence rate) of people with a disability ages 16 to 20 in LA was 7.4 percent.
- In other words, in 2014, 22,600 of the 307,200 individuals ages 16 to 20 in LA reported one or more disabilities.
- In LA in 2014, among the six types of disabilities identified in the ACS, the highest prevalence rate was for "Cognitive Disability," 5.5 percent. The lowest prevalence rate was for "Hearing Disability," 0.7 percent.

# Prevalence of disability among non-institutionalized people ages 16 to 20 in Louisiana in 2014



| Disability Type | % | MOE | Number | MOE | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| Any Disability | 7.4 | 1.08 | 22,600 | 3,440 | 307,200 | 2,641 |
| Visual | 0.7 | 3.29 | 2,300 | 1,090 | 307,200 | 2,641 |
| Hearing | 0.7 | 3.29 | 2,100 | 1,040 | 307,200 | 2,641 |
| Ambulatory | 1.0 | 3.29 | 3,200 | 1,290 | 307,200 | 2,641 |
| Cognitive | 5.5 | 0.94 | 16,800 | 2,970 | 307,200 | 2,641 |
| Self-Care | 0.7 | 3.29 | 2,100 | 1,040 | 307,200 | 2,641 |
| Independent Living | 2.2 | 0.61 | 6,800 | 1,880 | 307,200 | 2,641 |

# Prevalence

## Ages 21 to 64 years

### Introduction

This section focuses on the prevalence of disability among non-institutionalized working-age people (ages 21 to 64) in Louisiana, using data from the 2014 American Community Survey (ACS). For definitions of terms, see Glossary.

### Quick Statistics

Prevalence:
Ages 21 to 64
years
**13.4%**

- In 2014, the overall percentage (prevalence rate) of working age people (ages 21 to 64) with a disability in LA was 13.4 percent.
- In other words, in 2014, 354,600 of the 2,647,500 individuals ages 21 to 64 in LA reported one or more disabilities.
- In LA in 2014, among the six types of disabilities identified in the ACS, the highest prevalence rate was for "Ambulatory Disability," 7.3 percent. The lowest prevalence rate was "Hearing Disability," 2.5 percent.

# Prevalence of disability among non-institutionalized people ages 21 to 64 in Louisiana in 2014



| Disability Type | % | MOE | Number | MOE | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| Any Disability | 13.4 | 0.48 | 354,600 | 13,110 | 2,647,500 | 24,186 |
| Visual | 2.9 | 0.24 | 77,000 | 6,300 | 2,647,500 | 24,186 |
| Hearing | 2.5 | 0.22 | 66,600 | 5,870 | 2,647,500 | 24,186 |
| Ambulatory | 7.3 | 0.37 | 194,100 | 9,880 | 2,647,500 | 24,186 |
| Cognitive | 5.7 | 0.33 | 151,000 | 8,760 | 2,647,500 | 24,186 |
| Self-Care | 2.8 | 0.23 | 74,700 | 6,210 | 2,647,500 | 24,186 |
| Independent Living | 5.0 | 0.31 | 131,400 | 8,190 | 2,647,500 | 24,186 |

# Prevalence

## Ages 65 to 74 years

### Introduction

This section explores the prevalence of disability among non-institutionalized people ages 65 to 74 in Louisiana, using data from the 2014 American Community Survey (ACS). For definitions of terms, see Glossary.

### Quick Statistics

Prevalence:
Ages 65 to 74
years
**30.9%**

- In 2014, the overall percentage (prevalence rate) of people with a disability ages 65 to 74 in LA was 30.9 percent.
- In other words, in 2014, 113,600 of the 367,600 individuals ages 65 to 74 in LA reported one or more disabilities.
- In LA in 2014, among the six types of disabilities identified in the ACS, the highest prevalence rate was for "Ambulatory Disability," 20.6 percent. The lowest prevalence rate was for "Visual Disability," 6.3 percent.

# Prevalence of disability among non-institutionalized people ages 65 to 74 in Louisiana in 2014



| Disability Type | % | MOE | Number | MOE | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| Any Disability | 30.9 | 1.75 | 113,600 | 7,630 | 367,600 | 4,533 |
| Visual | 6.3 | 0.92 | 23,100 | 3,480 | 367,600 | 4,533 |
| Hearing | 10.2 | 1.15 | 37,600 | 4,430 | 367,600 | 4,533 |
| Ambulatory | 20.6 | 1.53 | 75,800 | 6,260 | 367,600 | 4,533 |
| Cognitive | 7.0 | 0.96 | 25,600 | 3,660 | 367,600 | 4,533 |
| Self-Care | 7.0 | 0.96 | 25,600 | 3,660 | 367,600 | 4,533 |
| Independent Living | 10.7 | 1.17 | 39,200 | 4,520 | 367,600 | 4,533 |

# Prevalence

## Ages 75 and Older

### Introduction

This section focuses on the prevalence of disability among non-institutionalized people ages 75 and older in Louisiana, using data from the 2014 American Community Survey (ACS). For definitions of terms, see Glossary.

### Quick Statistics

Prevalence: Ages 75 and Older

**53.9%**

- In 2014, the overall percentage (prevalence rate) of people with a disability ages 75 and older in LA was 53.9 percent.
- In other words, in 2014, 131,600 of the 243,900 individuals ages 75 and older in LA reported one or more disabilities.
- In LA in 2014, among the six types of disabilities identified in the ACS, the highest prevalence rate was for "Ambulatory Disability," 37.9 percent. The lowest prevalence rate was for "Visual Disability," 10.9 percent.

# Prevalence of disability among non-institutionalized people ages 75 and older in Louisiana in 2014



| Disability Type | % | MOE | Number | MOE | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| Any Disability | 53.9 | 2.31 | 131,600 | 8,190 | 243,900 | 3,064 |
| Visual | 10.9 | 1.44 | 26,500 | 3,720 | 243,900 | 3,064 |
| Hearing | 22.2 | 1.93 | 54,100 | 5,300 | 243,900 | 3,064 |
| Ambulatory | 37.9 | 2.25 | 92,500 | 6,900 | 243,900 | 3,064 |
| Cognitive | 17.8 | 1.77 | 43,400 | 4,750 | 243,900 | 3,064 |
| Self-Care | 17.0 | 1.74 | 41,400 | 4,640 | 243,900 | 3,064 |
| Independent Living | 29.3 | 2.11 | 71,400 | 6,080 | 243,900 | 3,064 |

# Prevalence

## Gender and Age

### Introduction

This section examines the prevalence of disability among people by gender and age group in Louisiana, using data from the 2014 American Community Survey (ACS)*. For definitions of terms, see Glossary.

### Quick Statistics

Prevalence:
Males All
Ages

**14.4%**

Prevalence:
Female All
Ages

**15.1%**

- In LA in 2014, the overall percentage (prevalence rate) of males with a disability of all ages was 14.4 percent.
- In other words, in 2014, 317,900 of the 2,203,400 males of all ages in LA reported one or more disabilities.
- In LA in 2014, the overall percentage (prevalence rate) of females with a disability of all ages was 15.1 percent.
- In other words, in 2014, 355,400 of the 2,358,000 females of all ages in LA reported one or more disabilities.

**\* Note:** Children ages 0-4 were only asked about visual and hearing disabilities, children ages 5-15 were <u>not</u> asked the "Independent Living Disability" question.

## Prevalence of disability among non-institutionalized people by gender and age group in Louisiana in 2014



| Gender & Age | % | MOE | Number | MOE | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| **Males** | | | | | | |
| Males: All Ages | 14.4 | 0.54 | 317,900 | 12,470 | 2,203,400 | 20,233 |
| Males: Ages 4 and under | 0.7 | 3.29 | 1,000 | 730 | 154,000 | 1,210 |
| Males: Ages 5-15 | 8.9 | 1.10 | 31,100 | 4,030 | 351,800 | 2,964 |
| Males: Ages 16-20 | 8.6 | 1.63 | 13,500 | 2,660 | 155,900 | 1,312 |
| Males: Ages 21-64 | 13.3 | 0.69 | 169,800 | 9,270 | 1,274,400 | 11,432 |
| Males: Ages 65-74 | 30.2 | 2.56 | 51,100 | 5,150 | 169,100 | 2,075 |
| Males: Ages 75+ | 52.3 | 3.65 | 51,300 | 5,160 | 98,200 | 1,240 |
| **Females** | | | | | | |
| Females: All Ages | 15.1 | 0.53 | 355,400 | 13,130 | 2,358,000 | 22,282 |
| Females: Ages 4 and under | 0.6 | 3.29 | 900 | 680 | 152,600 | 1,153 |
| Females: Ages 5-15 | 5.3 | 0.89 | 17,900 | 3,060 | 336,800 | 2,764 |
| Females: Ages 16-20 | 6.1 | 1.41 | 9,200 | 2,190 | 151,400 | 1,329 |
| Females: Ages 21-64 | 13.5 | 0.67 | 184,800 | 9,650 | 1,373,100 | 12,754 |
| Females: Ages 65-74 | 31.5 | 2.39 | 62,500 | 5,690 | 198,500 | 2,458 |
| Females: Ages 75+ | 55.0 | 2.99 | 80,200 | 6,430 | 145,700 | 1,824 |

**\* Note:** Children ages 0-4 were only asked about visual and hearing disabilities, children ages 5-15 were <u>not</u> asked the "Independent Living Disability" question.

# Prevalence

## Hispanic/Latino Origin and Age

### Introduction

This section examines the prevalence of disability among people by Hispanic/Latino origin and age group in Louisiana, using data from the 2014 American Community Survey (ACS)[*]. For definitions of terms, see Glossary.

### Quick Statistics

Prevalence: Hispanic All Ages

**7.7%**

Prevalence: Non-Hispanic All Ages

**15.1%**

- In LA in 2014, the overall percentage (prevalence rate) of disability among people of Hispanic/Latino origin of all ages was 7.7 percent.
- In other words, in 2014, 16,800 of the 217,300 people of Hispanic/Latino origin of all ages in LA reported one or more disabilities.
- In LA in 2014, the overall percentage (prevalence rate) of disability among people of non-Hispanic/Latino origin of all ages was 15.1 percent.
- In other words, in 2014, 656,600 of the 4,344,100 people of non-Hispanic/Latino origin of all ages in LA reported one or more disabilities.

**\* Note:** Children ages 0-4 were only asked about visual and hearing disabilities, children age 5-15 were not asked the "Independent Living Disability" question.

# Prevalence of disability among non-institutionalized people by Hispanic / Latino origin and age group in Louisiana in 2014



| Hispanic/Latino Origin & Age | % | MOE | Number | MOE | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| **Hispanic** | | | | | | |
| Hispanic - All Ages | 7.7 | 1.31 | 16,800 | 2,960 | 217,300 | 1,793 |
| Hispanic - Ages 4 and under | 1.4 | 3.29 | 300 | 400 | 24,100 | 162 |
| Hispanic - Ages 5-15 | 7.3 | 3.15 | 2,600 | 1,180 | 36,100 | 301 |
| Hispanic - Ages 16-20 | 10.6 | 6.17 | 1,400 | 850 | 13,100 | 122 |
| Hispanic - Ages 21-64 | 6.1 | 1.51 | 8,000 | 2,050 | 131,700 | 1,043 |
| Hispanic - Ages 65-74 | 31.6 | 12.64 | 2,200 | 1,080 | 7,100 | 93 |
| Hispanic - Ages 75+ | 41.1 | 15.43 | 2,200 | 1,070 | 5,300 | 72 |
| **Non-Hispanic** | | | | | | |
| Non-Hispanic - All Ages | 15.1 | 0.39 | 656,600 | 17,210 | 4,344,100 | 40,722 |
| Non-Hispanic - Ages 4 and under | 0.6 | 3.29 | 1,600 | 910 | 282,500 | 2,201 |
| Non-Hispanic - Ages 5-15 | 7.1 | 0.73 | 46,400 | 4,910 | 652,500 | 5,427 |
| Non-Hispanic - Ages 16-20 | 7.2 | 1.09 | 21,300 | 3,330 | 294,200 | 2,519 |
| Non-Hispanic - Ages 21-64 | 13.8 | 0.50 | 346,600 | 12,980 | 2,515,800 | 23,143 |
| Non-Hispanic - Ages 65-74 | 30.9 | 1.76 | 111,300 | 7,550 | 360,500 | 4,440 |
| Non-Hispanic - Ages 75+ | 54.2 | 2.34 | 129,400 | 8,130 | 238,600 | 2,992 |

**\* Note:** Children ages 0-4 were only asked about visual and hearing disabilities, children ages 5-15 were <u>not</u> asked the "Independent Living Disability" question.

# Prevalence

## Race

### Introduction

This section presents the disability prevalence rate among non-institutionalized working-age people (ages 21 to 64) by race category in LA, using data from the 2014 American Community Survey (ACS). For definitions of terms, see Glossary.

### Quick Statistics

In 2014, among working-age people in LA:

- 12.7 percent of persons who were White reported a disability.
- 15.1 percent of persons who were Black/African American reported a disability.
- 25.0 percent of persons who were Native American reported a disability.
- 5.6 percent of persons who were Asian reported a disability.
- 11.9 percent of persons who were some other race(s) reported a disability.

# Prevalence of disability among non-institutionalized working-age people (ages 21 to 64) by race in Louisiana in 2014



| Race | % | MOE | Number | MOE | Base Pop. | Sample Size |
|------|---|-----|--------|-----|-----------|-------------|
| White | 12.7 | 0.59 | 216,600 | 10,410 | 1,700,800 | 16,225 |
| Black/African American | 15.1 | 0.90 | 124,600 | 7,980 | 824,100 | 6,794 |
| Native American or Alaska Native | 25.0 | 7.87 | 4,000 | 1,440 | 15,900 | 167 |
| Asian | 5.6 | 2.35 | 2,800 | 1,220 | 50,400 | 461 |
| Some other race(s) | 11.9 | 3.13 | 6,700 | 1,870 | 56,200 | 539 |

# Employment

## Introduction

This section examines the employment rates of non-institutionalized working-age people (ages 21 to 64) with disabilities in Louisiana, using data from the 2014 American Community Survey (ACS). For definitions of terms, see Glossary.

## Quick Statistics

Employment:
with disability
**33.5%**

Employment:
without
disability
**74.8%**

- In 2014, the employment rate of working-age people with disabilities in LA was 33.5 percent.
- In 2014, the employment rate of working-age people without disabilities in LA was 74.8 percent.
- The gap between the employment rates of working-age people with and without disabilities was 41.3 percentage points.
- Among the six types of disabilities identified in the ACS, the highest employment rate was for people with a "Hearing Disability," 47.9 percent. The lowest employment rate was for people with a "Self-Care Disability," 12.9 percent.

# Employment of non-institutionalized working-age people (ages 21 to 64) by disability status in Louisiana in 2014



| Disability Type | % | MOE | Number | MOE | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| No Disability | 74.8 | 0.66 | 1,715,800 | 23,710 | 2,292,900 | 20,572 |
| Any Disability | 33.5 | 1.82 | 118,900 | 7,800 | 354,600 | 3,614 |
| Visual | 39.5 | 4.04 | 30,400 | 3,980 | 77,000 | 731 |
| Hearing | 47.9 | 4.43 | 31,900 | 4,080 | 66,600 | 709 |
| Ambulatory | 24.5 | 2.24 | 47,500 | 4,970 | 194,100 | 2,023 |
| Cognitive | 24.0 | 2.52 | 36,200 | 4,340 | 151,000 | 1,485 |
| Self-Care | 12.9 | 2.81 | 9,600 | 2,250 | 74,700 | 756 |
| Independent Living | 15.1 | 2.27 | 19,900 | 3,230 | 131,400 | 1,312 |

# Not Working but Actively Looking for Work

## Introduction

This section focuses on the percentage of non-institutionalized working-age people (ages 21 to 64) with disabilities in Louisiana who are not working but actively looking for work, using data from the 2014 American Community Survey (ACS). For definitions of terms, see Glossary.

## Quick Statistics

Actively Looking: with disability
**7.8%**

Actively Looking: without disability
**19.5%**

- In 2014 in LA, the percentage of working-age people with disabilities who were not working but actively looking for work was 7.8 percent.
- In 2014 in LA, the percentage of working-age people without disabilities who were not working but actively looking for work was 19.5 percent.
- The difference in the percentage of not working but actively looking for work between working-age people with and without disabilities was 11.7 percentage points.
- Among the six types of disabilities identified in the ACS, the highest percentage of not working but actively looking for work was for people with a "Cognitive Disability," 7.0 percent. The lowest percentage was for people with a "Self-Care Disability," 3.4 percent.

## Percentage who are not working but actively looking for work among non-institutionalized working-age people (ages 21 to 64) in Louisiana in 2014



| Disability Type | % | MOE | Number | MOE | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| No Disability | 19.5 | 1.20 | 112,300 | 7,580 | 577,100 | 5,146 |
| Any Disability | 7.8 | 1.27 | 18,400 | 3,100 | 235,600 | 2,400 |
| Visual | 6.9 | 2.69 | 3,200 | 1,300 | 46,600 | 436 |
| Hearing | 4.3 | 2.50 | 1,500 | 880 | 34,700 | 354 |
| Ambulatory | 5.1 | 1.32 | 7,400 | 1,970 | 146,600 | 1,539 |
| Cognitive | 7.0 | 1.73 | 8,000 | 2,050 | 114,800 | 1,126 |
| Self-Care | 3.4 | 1.63 | 2,200 | 1,080 | 65,100 | 649 |
| Independent Living | 4.8 | 1.47 | 5,400 | 1,680 | 111,500 | 1,108 |

# Full-Time / Full-Year Employment

## Introduction

This section presents the percentage of non-institutionalized working-age people (ages 21 to 64) with disabilities working full-time/full-year in Louisiana, using data from the 2014 American Community Survey (ACS). For definitions of terms, see Glossary.

## Quick Statistics

FT / FY Employment: with disability

**22.5%**

FT / FY Employment: without disability

**57.9%**

- In 2014, the percentage of working-age people with disabilities working full-time/full-year in LA was 22.5 percent.
- In 2014, the percentage of working-age people without disabilities working full-time/full-year in LA was 57.9 percent.
- The difference in the percentage working full-time/full-year between working-age people with and without disabilities was 35.4 percentage points.
- Among the six types of disabilities identified in the ACS, the highest full-time/full-year employment rate was for people with "Hearing Disability," 34.5 percent. The lowest full-time/full-year employment rate was for people with "Self-Care Disability," 7.9 percent.

# Full-Time/Full-Year employment of non-institutionalized working-age people (ages 21 to 64) by disability status in Louisiana in 2014



| Disability Type | % | MOE | Number | MOE | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| No Disability | 57.9 | 0.75 | 1,326,600 | 22,310 | 2,292,900 | 20,572 |
| Any Disability | 22.5 | 1.61 | 79,700 | 6,420 | 354,600 | 3,614 |
| Visual | 28.5 | 3.73 | 21,900 | 3,390 | 77,000 | 731 |
| Hearing | 34.5 | 4.22 | 23,000 | 3,470 | 66,600 | 709 |
| Ambulatory | 15.6 | 1.89 | 30,300 | 3,970 | 194,100 | 2,023 |
| Cognitive | 13.9 | 2.04 | 21,000 | 3,310 | 151,000 | 1,485 |
| Self-Care | 7.9 | 2.26 | 5,900 | 1,760 | 74,700 | 756 |
| Independent Living | 8.5 | 1.76 | 11,100 | 2,410 | 131,400 | 1,312 |

# Annual Earnings (Full-Time / Full-Year workers)

## Introduction

This section examines the median annual earnings of non-institutionalized working-age people (ages 21 to 64) with disabilities who work full-time/full-year in Louisiana, using data from the 2014 American Community Survey (ACS). For definitions of terms, see Glossary.

## Quick Statistics

Earnings: with disability

**$36,300**

Earnings: without disability

**$40,300**

- In 2014, the median earnings of working-age people with disabilities who worked full-time/full-year in LA was $36,300.
- In 2014, the median earnings of working-age people without disabilities who worked full-time/full-year in LA was $40,300.
- The difference in the median earnings between working-age people with and without disabilities who worked full-time/full-year was $4,000.
- Among the six types of disabilities identified in the ACS, the highest annual earnings was for people with "Hearing Disability," $45,400. The lowest annual earnings was for people with "Cognitive Disability," $29,200.

# Median annual earnings of non-institutionalized working-age people (ages 21 to 64) who work full-time/full-year by disability status in Louisiana in 2014



| Disability Type | Median Earnings | MOE | Base Pop. | Sample Size |
|---|---|---|---|---|
| No Disability | $40,300 | $800 | 1,327,000 | 11,844 |
| Any Disability | $36,300 | $2,890 | 80,000 | 839 |
| Visual | $34,300 | $4,850 | 22,000 | 204 |
| Hearing | $45,400 | $6,680 | 23,000 | 265 |
| Ambulatory | $31,800 | $4,130 | 30,000 | 332 |
| Cognitive | $29,200 | $4,750 | 21,000 | 218 |
| Self-Care | $30,300 | $9,670 | 6,000 | 71 |
| Independent Living | $30,300 | $7,280 | 11,000 | 127 |

# Annual Household Income

## Introduction

This section illustrates the median annual income* of households that include any working-age people (ages 21 to 64) with disabilities in Louisiana, using data from the 2014 American Community Survey (ACS). For definitions of terms, see Glossary.

## Quick Statistics

Household Income: with disability

**$35,300**

Household Income: without disability

**$53,400**

- In 2014, the median income of households that include any working-age people with disabilities in LA was $35,300.
- In 2014, the median income of households that do not include any working-age people with disabilities in LA was $53,400.
- The difference in the median income between households including and not including working-age people with disabilities was $18,100.
- Among the six types of disabilities identified in the ACS, the highest median income was for households including persons with a "Hearing Disability," $43,400. The lowest median income was for households containing persons with a "Cognitive Disability" $27,600 .

**\* Note:** Household income is not available for persons living in group quarters.

# Median annual income* of households including any working-age people (ages 21 to 64) by disability status in Louisiana in 2014



| Disability Type | Median H.H. Income | MOE | Base Pop. | Sample Size |
|---|---|---|---|---|
| No Disability | $53,400 | $1,610 | 1,139,000 | 11,007 |
| Any Disability | $35,300 | 2,350 | 275,000 | 3,031 |
| Visual | $37,800 | 4,540 | 65,000 | 660 |
| Hearing | $43,400 | 5,710 | 59,000 | 651 |
| Ambulatory | $30,700 | 2,910 | 160,000 | 1,776 |
| Cognitive | $27,600 | 3,180 | 114,000 | 1,246 |
| Self-Care | $32,000 | 4,580 | 60,000 | 665 |
| Independent Living | $31,500 | 3,440 | 103,000 | 1,128 |

**\* Note:** Household income is not available for persons living in group quarters.

# Poverty

## Introduction

This section examines the poverty rates* of non-institutionalized working-age people (ages 21 to 64) with disabilities in Louisiana, using data from the 2014 American Community Survey (ACS). For definitions of terms, see Glossary.

## Quick Statistics

Poverty: with disability
**30.2%**

Poverty: without disability
**15.6%**

- In 2014, the poverty rate of working-age people with disabilities in LA was 30.2 percent.
- In 2014, the poverty rate of working-age people without disabilities in LA was 15.6 percent.
- The difference in the poverty rate between working-age people with and without disabilities was 14.6 percentage points.
- Among the six types of disabilities identified in the ACS, the highest poverty rate was for people with "Cognitive Disability," 36.8 percent. The lowest poverty rate was for people with "Hearing Disability," 24.5 percent.

**\* Note:** The Census Bureau does not calculate poverty status for those people living in military group quarters or college dormitories.

## Poverty rates* of non-institutionalized working-age people (ages 21 to 64) by disability status in Louisiana in 2014



| Disability Type | % | MOE | Number | MOE | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| No Disability | 15.6 | 0.79 | 356,600 | 18,780 | 2,285,800 | 20,475 |
| Any Disability | 30.2 | 2.52 | 107,200 | 10,600 | 354,500 | 3,613 |
| Visual | 29.5 | 5.38 | 22,700 | 4,920 | 77,000 | 731 |
| Hearing | 24.5 | 5.45 | 16,300 | 4,170 | 66,600 | 709 |
| Ambulatory | 32.0 | 3.47 | 62,200 | 8,110 | 194,100 | 2,023 |
| Cognitive | 36.8 | 4.06 | 55,500 | 7,670 | 151,000 | 1,484 |
| Self-Care | 33.7 | 5.66 | 25,200 | 5,180 | 74,700 | 756 |
| Independent Living | 32.5 | 4.23 | 42,700 | 6,730 | 131,400 | 1,312 |

* **Note:** The Census Bureau does not calculate poverty status for those people living in military group quarters or college dormitories.

# Supplemental Security Income (SSI)

## Introduction

This section focuses on the percentage of non-institutionalized working-age people (ages 21 to 64) with disabilities who receive Supplemental Security Income (SSI) payments in Louisiana, using data from the 2014 American Community Survey (ACS). For definitions of terms, see Glossary. Please note that these results will differ from official Social Security Administration reports for several reasons. For additional information, please email DisabilityStatistics@cornell.edu.

## Quick Statistics

SSI Recipients: with disability
**23.4%**

- In 2014, the percentage of working-age people with disabilities receiving Supplemental Security Income payments in LA was 23.4 percent.
- In 2014, the number of working-age people with disabilities receiving Supplemental Security Income payments in LA was 83,000.
- Among the six types of disabilities identified in the ACS, the highest percentage that received SSI was people with "Self-Care Disability," 35.2 percent. The lowest percentage that received SSI was people with "Hearing Disability," 16.1 percent.

## Percentage of non-institutionalized working-age people (ages 21 to 64) with disabilities who receive Supplemental Security Income (SSI) payments in Louisiana in 2014



| Disability Type | % | MOE | Number | MOE | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| Any Disability | 23.4 | 1.63 | 83,000 | 6,540 | 354,600 | 3,614 |
| Visual | 23.2 | 3.49 | 17,900 | 3,060 | 77,000 | 731 |
| Hearing | 16.1 | 3.26 | 10,800 | 2,370 | 66,600 | 709 |
| Ambulatory | 25.2 | 2.26 | 48,800 | 5,040 | 194,100 | 2,023 |
| Cognitive | 32.3 | 2.76 | 48,700 | 5,030 | 151,000 | 1,485 |
| Self-Care | 35.2 | 4.00 | 26,300 | 3,710 | 74,700 | 756 |
| Independent Living | 34.7 | 3.01 | 45,500 | 4,860 | 131,400 | 1,312 |

# Education

## High School Diploma/Equivalent

### Introduction

This section explores the percentage of non-institutionalized working-age people (ages 21 to 64) with disabilities with only a high school diploma or equivalent in Louisiana, using data from the 2014 American Community Survey (ACS). For definitions of terms, see Glossary.

### Quick Statistics

High School Only: with disability

**36.5%**

High School Only: without disability

**32.4%**

- In 2014, the percentage of working-age people with disabilities with only a high school diploma or equivalent in LA was 36.5 percent.
- In 2014, the percentage of working-age people without disabilities with only a high school diploma or equivalent in LA was 32.4 percent.
- The difference in the percentage with only a high school diploma or equivalent between working-age people with and without disabilities was 4.1 percentage points.
- Among the six types of disabilities identified in the ACS, the highest percentage with only a high school diploma or equivalent was for people with "Ambulatory Disability," 37.4 percent. The lowest percentage with only a high school diploma or equivalent was for people with "Visual Disability," 32.6 percent.

## Percentage of non-institutionalized working-age people (ages 21 to 64) with only a high school diploma or equivalent by disability status in LA in 2014



| Disability Type | % | MOE | Number | MOE | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| No Disability | 32.4 | 0.71 | 742,100 | 18,100 | 2,292,900 | 20,572 |
| Any Disability | 36.5 | 1.85 | 129,600 | 8,130 | 354,600 | 3,614 |
| Visual | 32.6 | 3.87 | 25,100 | 3,620 | 77,000 | 731 |
| Hearing | 36.5 | 4.27 | 24,300 | 3,560 | 66,600 | 709 |
| Ambulatory | 37.4 | 2.52 | 72,700 | 6,130 | 194,100 | 2,023 |
| Cognitive | 35.7 | 2.83 | 53,900 | 5,290 | 151,000 | 1,485 |
| Self-Care | 33.3 | 3.95 | 24,900 | 3,610 | 74,700 | 756 |
| Independent Living | 35.0 | 3.02 | 46,000 | 4,890 | 131,400 | 1,312 |

# Education

## Some College/Associate's Degree

### Introduction

This section examines the percentage of non-institutionalized working-age people (ages 21 to 64) with disabilities with only some college or an Associate's degree in Louisiana, using data from the 2014 American Community Survey (ACS). For definitions of terms, see Glossary.

### Quick Statistics

Some College: with disability
**25.0%**

Some College: without disability
**30.9%**

- In 2014, the percentage of working-age people with disabilities with only some college or an Associate's degree in LA was 25.0 percent.
- In 2014, the percentage of working-age people without disabilities with only some college or an Associate's degree in LA was 30.9 percent.
- The difference in the percentage with only some college or an Associate's degree between working-age people with and without disabilities was 5.9 percentage points.
- Among the six types of disabilities identified in the ACS, the highest percentage with only some college or an Associate's degree was for people with "Visual Disability," 26.2 percent. The lowest percentage with only some college or Associate's degree was for people with "Independent Living Disability," 20.2 percent.

# Percentage of non-institutionalized working-age people (ages 21 to 64) with only some college or an Associate's degree by disability status in Louisiana in 2014



| Disability Type | % | MOE | Number | MOE | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| No Disability | 30.9 | 0.70 | 707,800 | 17,750 | 2,292,900 | 20,572 |
| Any Disability | 25.0 | 1.67 | 88,800 | 6,760 | 354,600 | 3,614 |
| Visual | 26.2 | 3.63 | 20,200 | 3,250 | 77,000 | 731 |
| Hearing | 25.7 | 3.88 | 17,100 | 2,990 | 66,600 | 709 |
| Ambulatory | 24.6 | 2.24 | 47,700 | 4,980 | 194,100 | 2,023 |
| Cognitive | 20.9 | 2.40 | 31,600 | 4,060 | 151,000 | 1,485 |
| Self-Care | 21.9 | 3.47 | 16,400 | 2,930 | 74,700 | 756 |
| Independent Living | 20.2 | 2.54 | 26,500 | 3,720 | 131,400 | 1,312 |

# Education

## Bachelor's Degree or More

### Introduction

This section presents the percentage of non-institutionalized working-age people (ages 21 to 64) with disabilities with a Bachelor's degree or more in Louisiana, using data from the 2014 American Community Survey (ACS). For definitions of terms, see Glossary.

### Quick Statistics

Bachelor's Degree or More: with disability

**11.0%**

Bachelor's Degree or More: without disability

**24.7%**

- In 2014, the percentage of working-age people with disabilities with a Bachelor's degree or more in LA was 11.0 percent.
- In 2014, the percentage of working-age people without disabilities with a Bachelor's degree or more in LA was 24.7 percent.
- The difference in the percentage with a Bachelor's degree or more between working-age people with and without disabilities was 13.7 percentage points.
- Among the six types of disabilities identified in the ACS, the highest percentage with a Bachelor's degree or more was for people with "Hearing Disability," 13.7 percent. The lowest percentage with a Bachelor's degree or more was for people with "Cognitive Disability," 7.9 percent.

## Percentage of non-institutionalized working-age people (ages 21 to 64) with a Bachelor's degree or more by disability status in Louisiana in 2014



| Disability Type | % | MOE | Number | MOE | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| No Disability | 24.7 | 0.65 | 566,400 | 16,160 | 2,292,900 | 20,572 |
| Any Disability | 11.0 | 1.20 | 39,100 | 4,510 | 354,600 | 3,614 |
| Visual | 9.3 | 2.40 | 7,100 | 1,930 | 77,000 | 731 |
| Hearing | 13.7 | 3.05 | 9,100 | 2,180 | 66,600 | 709 |
| Ambulatory | 9.9 | 1.55 | 19,200 | 3,170 | 194,100 | 2,023 |
| Cognitive | 7.9 | 1.59 | 11,900 | 2,490 | 151,000 | 1,485 |
| Self-Care | 9.0 | 2.40 | 6,700 | 1,880 | 74,700 | 756 |
| Independent Living | 8.2 | 1.73 | 10,800 | 2,380 | 131,400 | 1,312 |

# Veterans Service-Connected Disability Rating

## Introduction

This section presents the percentage of non-institutionalized working-age (ages 21 to 64) civilian veterans reporting a service-connected disability rating in Louisiana. The 2014 American Community Survey (ACS) asks if the veteran has a service-connected disability, and if so, what their rating is (0-100%). A "service-connected" disability is one that has been determined by the Department of Veterans Affairs (VA) as being a result of disease or injury incurred or aggravated during military service. Note that a veteran can receive disability compensation for a wide range of conditions, and a veteran with a service-connected disability may not report having one of the six ACS functional or activity limitation disabilities. For definitions of terms,   see Glossary.

## Quick Statistics

Veterans with a
Service-Connected
Disability
**20.5%**

- In 2014, there were 142,700 working-age civilian veterans in LA, of whom 29,200 had a VA service-connected disability.
- In 2014, the percentage of working-age civilian veterans in LA with a VA service-connected disability was 20.5 percent.
- In 2014, 9,500 working-age civilian veterans in LA had the most severe service-connected disability rating (70 percent or above).
- In 2014, 32.6 percent of the working-age civilian veterans in LA who had a service connected disability had a service-connected disability rating of 70 percent or above.

# Disability rating of working-age civilian veterans (ages 21 to 64) with a service-connected disability in Louisiana in 2014



| Service-Connected Disability | % | MOE | Number | MOE | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| Has a service-connected disability rating (0-100%) | 20.5 | 2.45 | 29,200 | 3,900 | 142,700 | 1,364 |
| **Disability rating of veterans with a service connected-disability** | | | | | | |
| 0 percent | 5.0 | 2.92 | 1,500 | 870 | 29,200 | 316 |
| 10 or 20 percent | 24.6 | 5.78 | 7,200 | 1,940 | 29,200 | 316 |
| 30 or 40 percent | 18.9 | 5.25 | 5,500 | 1,700 | 29,200 | 316 |
| 50 or 60 percent | 13.2 | 4.54 | 3,900 | 1,420 | 29,200 | 316 |
| 70 percent or higher | 32.6 | 6.29 | 9,500 | 2,230 | 29,200 | 316 |
| Rating not reported | 5.7 | 3.11 | 1,700 | 930 | 29,200 | 316 |

# Health Insurance Coverage

## Introduction

This section examines the health insurance coverage of non-institutionalized working-age people (ages 21 to 64) with disabilities in Louisiana, using data from the 2014 American Community Survey (ACS). For definitions of terms, see Glossary.

## Quick Statistics

Health Coverage: with Disability

**83.8%**

Health Coverage: without Disability

**78.1%**

- In 2014, 83.8 percent of working-age people with disabilities in LA had some type of health insurance coverage.
- In 2014, 78.1 percent of working-age people without disabilities in LA had some type of health insurance coverage.
- The difference in the health insurance coverage rate between working-age people with and without disabilities was 5.7 percentage points.
- Among the six types of disabilities identified in the ACS, the highest health insurance coverage rate was for people with "Self-Care Disability," 91.4 percent. The lowest health insurance coverage rate was for people with "Visual Disability," 83.7 percent.

# Health Insurance Coverage of non-institutionalized working-age people (ages 21 to 64) by disability status in Louisiana in 2014



| Disability Type | % | MOE | Number | MOE | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| No Disability | 78.1 | 0.76 | 1,789,700 | 29,190 | 2,292,900 | 20,572 |
| Any Disability | 83.8 | 1.72 | 297,200 | 14,680 | 354,600 | 3,614 |
| Visual | 83.7 | 3.70 | 64,400 | 7,010 | 77,000 | 731 |
| Hearing | 86.1 | 3.73 | 57,400 | 6,630 | 66,600 | 709 |
| Ambulatory | 85.1 | 2.25 | 165,200 | 11,110 | 194,100 | 2,023 |
| Cognitive | 84.8 | 2.57 | 128,000 | 9,820 | 151,000 | 1,485 |
| Self-Care | 91.4 | 2.85 | 68,200 | 7,210 | 74,700 | 756 |
| Independent Living | 89.3 | 2.37 | 117,300 | 9,410 | 131,400 | 1,312 |

# Type of Health Insurance Coverage

## Introduction

This section examines the type of health insurance coverage for non-institutionalized working-age people (ages 21 to 64) with disabilities in Louisiana, using data from the 2014 American Community Survey (ACS). Note that people can report more than one type of insurance coverage. For definitions of terms, see Glossary.

## Quick Statistics

Coverage through Employer/Union: with Disability

**31.6%**

Coverage through Employer/Union: without Disability

**60.0%**

- In 2014, 31.6 percent of working-age people with disabilities in LA reported health insurance coverage through a current or former employer or union (theirs or another family member).

- In 2014, 60.0 percent of working-age people without disabilities in LA reported health insurance coverage through a current or former employer or union (theirs or another family member).

- In 2014, 9.2 percent of working-age people with disabilities in LA reported purchasing health insurance coverage directly from an insurance company (by themselves or another family member).

- In 2014, 26.5 percent of working-age people with disabilities in LA reported Medicare coverage and 38.8 percent reported Medicaid coverage (or other government-assistance plan for those with low incomes or a disability).

# Type of Health Insurance Coverage of non-institutionalized working-age people (ages 21 to 64) by disability status in Louisiana in 2014



| Disability Status/ Insurance Type | % | MOE | Number | MOE | Base Pop. | Sample Size |
|---|---|---|---|---|---|---|
| **Any Disability** | | | | | | |
| Uninsured | 16.2 | 1.72 | 57,400 | 6,620 | 354,600 | 3,614 |
| Employer/Union | 31.6 | 2.17 | 112,100 | 9,200 | 354,600 | 3,614 |
| Purchased | 9.2 | 1.35 | 32,800 | 5,020 | 354,600 | 3,614 |
| Medicare | 26.5 | 2.06 | 94,100 | 8,450 | 354,600 | 3,614 |
| Medicaid | 38.8 | 2.28 | 137,400 | 10,160 | 354,600 | 3,614 |
| Military/VA | 6.6 | 1.16 | 23,400 | 4,250 | 354,600 | 3,614 |
| Indian Health Service | 0.0 | 3.29 | 200 | 400 | 354,600 | 3,614 |
| **No Disability** | | | | | | |
| Uninsured | 21.9 | 0.76 | 503,200 | 18,640 | 2,292,900 | 20,572 |
| Employer/Union | 60.0 | 0.90 | 1,376,500 | 27,390 | 2,292,900 | 20,572 |
| Purchased | 10.7 | 0.57 | 245,700 | 13,420 | 2,292,900 | 20,572 |
| Medicare | 2.1 | 0.26 | 48,500 | 6,100 | 2,292,900 | 20,572 |
| Medicaid | 7.4 | 0.48 | 169,600 | 11,250 | 2,292,900 | 20,572 |
| Military/VA | 3.6 | 0.34 | 83,400 | 7,960 | 2,292,900 | 20,572 |
| Indian Health Service | 0.1 | 3.29 | 1,300 | 1,000 | 2,292,900 | 20,572 |

# Glossary

## Actively Looking for Work

A person is defined as <u>ACTIVELY</u> looking for work if he or she reports looking for work during the last four weeks.

## Ambulatory Disability

This disability type is based on the question (*asked of persons ages 5 or older*): Does this person have serious difficulty walking or climbing stairs?

## Base Population (Base Pop.)

The estimated number of individuals upon which the calculation is based. (For percentages, this is the denominator).

## Cognitive Disability

This disability type is based on the question (*asked of persons ages 5 or older*): Because of a physical, mental, or emotional condition, does this person have serious difficulty concentrating, remembering, or making decisions?

## Disability and Disability Types

The ACS definition of disability is based on six questions. A person is coded as having a disability if he or she or a proxy respondent answers affirmatively for one or more of these six categories.

- *Hearing Disability (asked of all ages):* Is this person deaf or does he/she have serious difficulty hearing?
- *Visual Disability (asked of all ages):* Is this person blind or does he/she have serious difficulty seeing even when wearing glasses?
- *Cognitive Disability (asked of persons ages 5 or older):* Because of a physical, mental, or emotional condition, does this person have serious difficulty concentrating, remembering, or making decisions?
- *Ambulatory Disability (asked of persons ages 5 or older):* Does this person have serious difficulty walking or climbing stairs?
- *Self-care Disability (asked of persons ages 5 or older):* Does this person have difficulty dressing or bathing?
- *Independent Living Disability (asked of persons ages 15 or older):* Because of a physical, mental, or emotional condition, does this person have difficulty doing errands alone such as visiting a doctor's office or shopping?

## Earnings

Earnings are defined as wages, salary, commissions, bonuses, or tips from all jobs including self-employment income (NET income after business expenses) from own nonfarm businesses or farm businesses, including proprietorships and partnerships.

# Education

Our definition is based on the responses to the question: "What is the highest degree or level of school this person has completed? If currently enrolled, mark the previous grade or highest degree received." Our category "high school diploma/equivalent" includes those marking the ACS option "Regular high school diploma — GED or alternative credential." Our category "Some college/Associate's degree" includes those marking the ACS options: some college credit, but less than 1 year of college credit; one or more years of college credit but no degree, or "Associate's degree (for example: AA, AS)." Our category "a Bachelor's or more" includes those marking the ACS options: "Bachelor's degree (for example: BA, BS)"; "Master's degree (for example: MA, MS, MEng, MEd, MSW, MBA)"; "Professional degree (for example: MD, DDS, DVM, LLB, JD)"; or "Doctorate degree (for example: PhD, EdD)." Note in 2008 changes were made to some of the response categories and the layout of this question.

# Employment

A person is considered employed if he or she is either

    a. "at work": those who did any work at all during the reference week as a paid employee (worked in his or her own business or profession, worked on his or her own farm, or worked 15 or more hours as an unpaid worker on a family farm or business) or

    b. were "with a job but not at work," : had a job but temporarily did not work at that job during the reference week due to illness, bad weather, industrial dispute, vacation or other personal reasons. The reference week is defined as the week preceding the date the questionnaire was completed.

# Full-Time/Full-Year Employment

A person is considered employed full-time/full-year if he or she worked 35 hours or more per week (full-time) and 50 or more weeks per year (full-year). The reference period is defined as the year preceding the date the questionnaire was completed. Note: this does not signify whether a person is eligible for fringe benefits. The question and response categories regarding weeks worked per year was changed in 2008.

# Group Quarters (GQ)

A GQ is a place where people live or stay that is normally owned or managed by an entity or organization providing housing and/or services for the residents. These services may include custodial or medical care as well as other types of assistance, and residency is commonly restricted to those receiving these services. People living in group quarters are usually not related to each other. Group quarters include such places as college residence halls, residential treatment centers, skilled nursing facilities, group homes, military barracks, correctional facilities, and workers' dormitories. See the definitions of institutional GQs and non-institutional GQs for more information. In addition, a description of the types of group quarters included in the 2008 ACS is located on the U.S. Census Bureau's Web site at
  www.census.gov/acs/www/Downloads/

2008_ACS_GQ_Definitions.pdf.

## Health Insurance Coverage

Is based on the following question: Is this person CURRENTLY covered by any of the following types of health insurance or health coverage plans? Mark "Yes" or "No" for EACH type of coverage in items a – h.

- a. Insurance through a current or former employer or union (of this person or another family member)
- b. Insurance purchased directly from an insurance company (by this person or another family member)
- c. Medicare, for people 65 and older, or people with certain disabilities
- d. Medicaid, Medical Assistance, or any kind of government-assistance plan for those with low incomes or a disability
- e. VA (including those who have ever used or enrolled for VA health care)
- f. TRICARE or other military health care
- g. Indian Health Service
- h. Any other type of health insurance or health coverage plan – Specify (Note: "Other type" were recoded into one of the categories a-g by the Census Bureau)

## Hearing Disability

This disability type is based on the question *(asked of all ages)*: Is this person deaf or does he/she have serious difficulty hearing?

## Hispanic or Latino Origin

People of Hispanic or Latino origin are those who classify themselves in a specific Hispanic or Latino category in response to the question, "Is this person Spanish/Hispanic/Latino?" Specifically, those of Hispanic or Latino origin are those who are Cuban; Mexican, Mexican American, Chicano; Puerto Rican; or other Spanish/Hispanic/Latino. Origin may be the heritage, nationality group, lineage, or country of birth of the person or the person's parents or ancestors before their arrival in the United States. People who identify their origin as Spanish, Hispanic, or Latino may be of any race.

## Household Income

Household Income is defined as the total income of a household including: wages, salary, commissions, bonuses, or tips from all jobs; self-employment income (NET income after business expenses) from own non-farm or farm businesses, including proprietorships and partnerships; interest, dividends, net rental income, royalty income, or income from real estates and trusts; Social Security or Railroad Retirement; Supplemental Security Income; any public assistance or welfare payments from the state or local welfare office; retirement, survivor or disability pensions; and any other regularly received income (e.g., Veterans' payments, unemployment compensation, child support or alimony). Median household income is calculated with the household as the unit of analysis, using household weights without adjusting for household size.

## Independent Living Disability

This disability type is based on the question *(asked of persons ages 15 or older)*: Because of a physical, mental, or emotional condition, does this person have difficulty doing errands alone such as visiting a doctors office or shopping?

## Institutional Group Quarters (GQs)

Includes facilities for people under formally authorized, supervised care or custody at the time of enumeration. Generally, restricted to the institution, under the care or supervision of trained staff, and classified as "patients" or "inmates." Includes: correctional, nursing, and in-patient hospice facilities, psychiatric hospitals, juvenile group homes and residential treatment centers.

## Margin of Error (MOE)

Data, such as data from the American Community Survey, is based on a sample, and therefore statistics derived from this data are subject to sampling variability. The margin of error (MOE) is a measure of the degree of sampling variability. In a random sample, the degree of sampling variation is determined by the underlying variability of the phenomena being estimated (e.g., income) and the size of the sample (i.e., the number of survey participants used to calculate the statistic). The smaller the margin of error, the lower the sampling variability and the more "precise" the estimate. A margin of error is the difference between an estimate and its upper or lower confidence bounds. Confidence bounds are calculated by adding the MOE to the estimate (upper bound) and subtracting the MOE from the estimate (lower bound). All margins of error in this report are based on a 90 percent confidence level. This means that there is a 90% certainty that the actual value lies somewhere between the upper and lower confidence bounds.

## Non-Institutional Group Quarters (GQs)

Includes facilities that are not classified as institutional group quarters; such as college/university housing, group homes intended for adults, residential treatment facilities for adults, workers' group living quarters and Job Corps centers and religious group quarters.

## Not Working but Actively Looking for Work

A person is defined as not working but actively looking for work if he or she reports not being employed, but has been looking for work during the last four weeks.

## Number

This term appears in the tables; it refers to estimated number of people in the category. (for percentages, this is the numerator).

## Poverty

The poverty measure is computed based upon the standards defined in Directive 14 from the Office of Management and Budget. These standards use poverty thresholds created in 1982 and index these thresholds to 2008 dollars using poverty factors based upon the Consumer Price Index. They use the family as the income sharing unit and family income is the sum of total income from each family member living in the household. The poverty threshold depends upon the size of the family; the age of the householder; and the number of related children under the age of 18.

## Race

Race categories are based on the question, "[w]hat is this person's race? Mark (X) one or more races to indicate what this person considers himself/herself to be." Responses include the following: White; Black or African-American; American Indian or Alaska Native (print name of enrolled or principal tribe); Asian Indian; Chinese; Filipino; Japanese; Korean; Vietnamese; Other Asian (Print Race); Native Hawaiian; Guamanian or Chamarro; Samoan; Other Pacific Islander (Print Race Below); Some other race (print race below). "Other race" also contains people who report more than one race.

## Sample Size

The number of survey participants used to calculate the statistic.

## Self-care Disability

This disability type is based on the question (*asked of persons ages 5 or older*): 17c. Does this person have difficulty dressing or bathing?

## Supplemental Security Income (SSI)

A person is defined as receiving SSI payments if he or she reports receiving (SSI) income in the 12 months prior to the survey.

**Note:** The Supplemental Security Income (SSI) does not apply to Puerto Rico. SSI is a federal cash assistance program that provides monthly payments to low-income aged, blind, or disabled persons in the 50 states, the District of Columbia, and the Northern Mariana Islands.

## Veteran Service-Connected Disability

A disease or injury determined to have occurred in or to have been aggravated by military service. A disability is evaluated according to the VA Schedule for Rating Disabilities in Title 38, CFR, and Part 4. Extent of disability is expressed as a

percentage from 0% (for conditions that exist but are not disabling to a compensable degree) to 100%, in increments of 10%. This information was determined by the following two part question:

a. **Does this person have a VA service-connected disability rating?**
Yes (such as 0%, 10%, 20%, ... , 100%)
No *SKIP* to question 28a
b. **What is this person's service-connected disability rating?"**
Responses included: 0 percent; 10 or 20 percent; 30 or 40 percent; 50 or 60 percent; 70 percent or higher

## Visual Disability

This disability type is based on the question:*(asked of all ages)*: Is this person blind or does he/she have serious difficulty seeing even when wearing glasses?

# About the Disability Status Reports

The Cornell University Disability Status Reports is produced and funded by the Yang Tan Institute at the Cornell University ILR School. This effort originated as a product of the Rehabilitation Research and Training Center on Disability Demographics and Statistics (StatsRRTC) funded to the Yang Tan Institute in the ILR School at Cornell University by the U.S. Department of Education, National Institute on Disability and Rehabilitation Research (grant No. H133B031111).

The contents of this report do not necessarily represent the policy of the Department of Education, and you should not assume endorsement by the Federal Government (Edgar, 75.620 (b)).

## Contact Us

K. Lisa Yang and Hock E. Tan
Institute on Employment and Disability
Cornell University
Ithaca, New York 14853
Phone: 607.255.7727
Email: disabilitystatistics@cornell.edu
Web: www.disabilitystatistics.org