UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH LEWIS, JR., KENTRELL PARKER, FARRELL SAMPIER, REGINALD GEORGE, JOHN TONUBBEE, OTTO BARRERA, CLYDE CARTER, CEDRIC EVANS, EDWARD GIOVANNI, RICKY D. DAVIS, LIONEL TOLBERT, and RUFUS WHITE, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>BURL CAIN, Warden of the Louisiana State Penitentiary, in his official capacity; STEPHANIE LAMARTINIERE, Assistant Warden for Health Services, in her official capacity; JAMES M. LEBLANC, Secretary of the Louisiana Department of Public Safety and Corrections, in his official capacity; and THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 3:15-cv-00318<br><br>JUDGE: BAJ<br><br>MAGISTRATE: RLB |

**ORDER MOTION TO SUBSTITUTE PLEADING**

Considering the foregoing Motion to Amend Pleading,

**IT IS HEREBY ORDERED** that Plaintiff's Motion is GRANTED and the exhibit (Rec. Doc.133-42) is substituted with the exhibit attached to this motion.

Baton Rouge, Louisiana, this _____ day of _____, _____.

_____
Chief Judge Brian Jackson