UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH LEWIS, JR., ET AL. | CIVIL DOCKET NO.: 3:15-CV-318 |
| VERSUS | JUDGE: SHELLY DICK |
| BURL CAIN, ET AL. | MAGISTRATE: RICHARD BOURGEOIS |

**ORDER**

This matter is before the Court on the pending *Motion to Certify Class*[1] and class certification hearing set for November 1, 2017. It is the general rule that the issue of class certification issues should be addressed before consideration of a dispositive motion.[2] Further, at the class certification stage, "the merits of Plaintiff's claims are not an issue before the court, 'evidence relevant to the commonality requirement is often intertwined with the merits.'[3] Thus, it sometimes is necessary 'to probe behind the pleadings before coming to rest on the certification question.'"[4]

Because the class certification issue must be decided before dispositive motions, and the Court believes that resolution of this issue may (or may not) alter the facts and/or analysis regarding the dispositive motions filed in this case, the Court will deny the *Motion for Partial Summary Judgment on Plaintiffs' ADA Claims*,[5] the *Motion for Partial Summary*

---

[1] Rec. Doc. No. 133.
[2] *See Bowling v. Pfizer, Inc.*, 142 F.R.D. 302 (S.D. Ohio).
[3] *Briggs v. Countrywide Funding Corp.*, 188 F.R.D. 645, 647 (M.D. Alabama)(quoting *Nelson v. United States Steel Corp.*, 709 F.2d 675, 679 (11th Cir.1983)).
[4] *Id.* (quoting *General Tel. Co. v. Falcon*, 457 U.S. 147, 160, 102 S.Ct. 2364, 72 L.Ed.2d 740 (1982)).
[5] Rec. Doc. No. 193.

Document Number: 41143

*Judgment on Plaintiffs' Eighth Amendment Claims*,[6] and the Defendants' *Motion for Summary Judgment*[7] without prejudice. Following the class certification hearing, the Parties are granted leave of Court to re-urge these motions by reference to record document numbers, without the necessity of re-filing same. Should supplemental briefing be required based on the class certification determination, such leave is granted to file supplemental briefs not to exceed 15 pages without leave of Court.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 21st day of September, 2017.

_____
**SHELLY D. DICK, DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

---

[6] Rec. Doc. No. 194.
[7] Rec. Doc. No. 261.
Document Number: 41143