# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JOSEPH LEWIS, JR., ET AL.                                    CIVIL ACTION

VERSUS                                                       15-318-SDD-RLB

BURL CAIN, ET AL.

## RULING

Before the Court is the Plaintiffs' *Motion in Limine*.[1] The motion is opposed.[2] The Plaintiffs filed a *Reply*.[3] Plaintiffs move to exclude the following:

1. Non-Expert witness testimony based on medical records;
2. Witness testimony that contradicts Rule 30(b)(6) testimony;
3. Expert witness testimony exceeding the scope of the expert's report;
4. Documents not disclosed produced in discovery;
5. Electronically stored information ("ESI") not produced in discovery; and
6. Defendants assertions that ADA Complaints and Requests for Accommodation is Exhaustive.

The Court has duly considered the evidentiary objections and Defendants' response. Plaintiffs' objections are reserved and ruling is deferred to the time of trial.

Accordingly the Plaintiffs' *Motion in Limine*[4] is DENIED with full reservation of rights to urge objections at the time of trial.

**IT IS SO ORDERED.**

Signed in Baton Rouge, Louisiana on <u>October 24, 2017</u>.

　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　**JUDGE SHELLY D. DICK**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**
　　　　　　　　　　　　　　　　　　　**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 246.
[2] Rec. Doc. 273.
[3] Rec. Doc. 287.
[4] Rec. Doc. 246.

Document Number: 42422