| Proposing Party | Joint Exhibit Number | Bates Range | Previous Rec. Doc. Number | Description | Objections Noted to the Court | Objections Raised Post-Hearing |
|---|---|---|---|---|---|---|
| Plaintiffs | 1 | JX-CCH-000001-000285 | Rec Doc 133-2 | Corrected Expert Report of Madeleine LaMarre, Mike Puisis, and Susi Vassallo - 10.5.16 | | |
| Plaintiffs | 2 | JX-CCH-000286-000397 | Rec Doc 133-3 | Expert Report of Mark J. Mazz | | |
| Plaintiffs | 3 | JX-CCH-000398-000427 | Rec Doc 133-4 | Draft settlement agreement between DOJ and LSP re ADA with attachments | 408 | Irrelevant to Rule 23 considerations; not introduced into evidence during the evidentiary portion of the hearing. |
| Plaintiffs | 4 | JX-CCH-000428-000430 | Rec Doc 133-5 | Excerpt of Deposition of Darrel Vannoy - August 8, 2016 | | |
| Plaintiffs | 5 | JX-CCH-000431-000433 | Rec Doc 133-6 | Excerpt of Deposition of Burl Cain - August 11, 2016 | | |
| Plaintiffs | 6 | JX-CCH-000434 | Rec Doc 133-7 | Sick call forms re Joseph Lewis, Jr. | Relevance; Moot | Irrelevant to Rule 23 considerations; not introduced into evidence during the evidentiary portion of the hearing. |
| Plaintiffs | 7 | JX-CCH-000435-000437 | Rec Doc 133-8 | Excerpt of 30(b)(6) Deposition of LDPSC (Darren Cashio - August 25, 2016) | | |
| Plaintiffs | 8 | JX-CCH-000438-000442 | Rec Doc 133-9 | HC-16 policy re elective procedures, prosthesis and orthodontic devices | | |
| Plaintiffs | 9 | JX-CCH-000443-000447 | Rec Doc 133-10 | Directive No. 13.030 re elective procedures, prostheses & orthodontic devces | | |
| Plaintiffs | 10 | JX-CCH-000448-000455 | Rec Doc 133-11 | Email from Raman Singh to DOC staff dated July 16, 2010 | | Hearsay; Irrelevant to Rule 23 considerations; not introduced into evidence during the evidentiary portion of the hearing. |
| Plaintiffs | 11 | JX-CCH-000456-000457 | Rec Doc 133-12 | Email from Annette Dupuis to Raman Singh dated Feb. 03, 2015 | | Hearsay; Irrelevant to Rule 23 considerations; not introduced into evidence during the evidentiary portion of the hearing. |
| Plaintiffs | 12 | JX-CCH-000458-00459 | Rec Doc 133-13 | Excerpt of Deposition of Raman Singh - August 3, 2016 | | |
| Plaintiffs | 13 | JX-CCH-000460-000462 | Rec Doc 133-14 | Excerpt of Deposition of Jason Collins - August 12, 2016 | | |
| Plaintiffs | 14 | JX-CCH-000463-000464 | Rec Doc 133-15 | Excerpt of Deposition of Kenneth D. Norris in Varnado v. Leblanc - July 26, 2016 | | |
| Plaintiffs | 15 | JX-CCH-000465 | Rec Doc 133-16 | Email from Tamrya Young to Sherwood Poret dated Dec 11, 2013 | | Hearsay; Irrelevant to Rule 23 considerations; not introduced into evidence during the evidentiary portion of the hearing. |
| Plaintiffs | 16 | JX-CCH-000466-000467 | Rec Doc 133-17 | 2016.08.25 Declaration of Jane Andrews re inmate medical care | Hearsay | Not introduced into evidence during the evidentiary portion of the hearing. |
| Plaintiffs | 17 | JX-CCH-000468-000469 | Rec Doc 133-18 | 2016.09.14 Declaration of Catherine Jones re inmate medical care | Hearsay | Not introduced into evidence during the evidentiary portion of the hearing. |
| Plaintiffs | 18 | JX-CCH-000470-000471 | Rec Doc 133-19 | 2016.08.26 Declaration of Monica Dhand re inmate medical care | Hearsay | Not introduced into evidence during the evidentiary portion of the hearing. |
| Plaintiffs | 19 | JX-CCH-000472-000474 | Rec Doc 133-20 | Email from Sherwood Poret to TC Major dated Nov. 13, 2014 | | Hearsay; Irrelevant to Rule 23 considerations; not introduced into evidence during the evidentiary portion of the hearing. |

| Proposing Party | Joint Exhibit Number | Bates Range | Previous Rec. Doc. Number | Description | Objections Noted to the Court | Objections Raised Post-Hearing |
|---|---|---|---|---|---|---|
| Plaintiffs | 20 | JX-CCH-000475-000476 | Rec Doc 133-21 | Email from Sherwood Poret to Karen Hart dated July 18, 2014 | | Hearsay; Irrelevant to Rule 23 considerations; not introduced into evidence during the evidentiary portion of the hearing. |
| Plaintiffs | 21 | JX-CCH-000477-000517 | Rec Doc 133-22 | Bureau of Justice Statistics, *Mortality in Local Jails and State Prisons, 2000-2013—Statistical Tables* | | |
| Plaintiffs | 22 | JX-CCH-000518-000561 | Rec Doc 133-23 | Pew Charitable Trust, *Managing Prison Health Care Spending* | | |
| Plaintiffs | 23 | JX-CCH-000562-000568 | Rec Doc 133-24 | Singh letter regarding staffing | | Hearsay; Irrelevant to Rule 23 considerations; not introduced into evidence during the evidentiary portion of the hearing. |
| Plaintiffs | 24 | JX-CCH-000569-000571 | Rec Doc 133-25 | Email from Paige Hargrove to Raman Singh dated Aug. 25, 2014 | | Hearsay; Irrelevant to Rule 23 considerations; not introduced into evidence during the evidentiary portion of the hearing. |
| Plaintiffs | 25 | JX-CCH-000572-000579 | Rec Doc 133-26 | Email from Daniela Schmidt to Stayce Falgout and R Singh dated Aug. 21, 2014 | | |
| Plaintiffs | 26 | JX-CCH-000580-000582 | Rec Doc 133-27 | Excerpt of Deposition of Jason Collins in Varnado v. Leblanc - August 12, 2016 | | |
| Plaintiffs | 27 | JX-CCH-000583-00585 | Rec Doc 133-28 | Excerpt of Deposition of Cynthia Parks - September 12, 2016 | | |
| Plaintiffs | 28 | JX-CCH-000586-000597 | Rec Doc 133-29 | Meeting minutes from statewide healthcare meeting - June 22, 2015 | | Hearsay; Irrelevant to Rule 23 considerations; not introduced into evidence during the evidentiary portion of the hearing. |
| Plaintiffs | 29 | JX-CCH-000598-000599 | Rec Doc 133-30 | Email from Raman Singh to D. Angel dated June 7, 2012 | | Hearsay; Irrelevant to Rule 23 considerations; not introduced into evidence during the evidentiary portion of the hearing. |
| Plaintiffs | 30 | JX-CCH-000600 | Rec Doc 133-31 | Email from R Tanner to Raman Singh dated March 9, 2015 | Relevance/Not LSP | Hearsay; Irrelevant to Rule 23 considerations; not introduced into evidence during the evidentiary portion of the hearing. |
| Plaintiffs | 31 | JX-CCH-000601-000602 | Rec Doc 133-32 | Email from Raman Singh to Seth Smith dated July 2, 2010 | | Hearsay; Irrelevant to Rule 23 considerations; not introduced into evidence during the evidentiary portion of the hearing. |
| Plaintiffs | 32 | JX-CCH-000603-000604 | Rec Doc 133-33 | LSP Directive 07.004 | | |
| Plaintiffs | 33 | JX-CCH-000605-000615 | Rec Doc 133-34 | Proposal to Open EHCC Building four | Relevance/Not LSP | Irrelevant to Rule 23 considerations; not introduced into evidence during the evidentiary portion of the hearing. |
| Plaintiffs | 34 | JX-CCH-000616-000626 | Rec Doc 133-35 | LSP directive 09.036 | | |
| Plaintiffs | 35 | JX-CCH-000627-000632 | Rec Doc 133-36 | Excerpt of 30(b)(6) Deposition of LDPSC (Tracy Falgout - August 8, 2016) | | |
| Plaintiffs | 36 | JX-CCH-000633-000641 | Rec Doc 133-37 | Excerpt of 30(b)(6) Deposition of LDPSC in Ball v. Leblanc (Richard Peabody - July 25, 2013) | | |
| Plaintiffs | 37 | JX-CCH-000642-000643 | Rec Doc 133-38 | Excerpt of Deposition of Alton Batiste - August 19, 2016 | | |
| Plaintiffs | 38 | JX-CCH-000644-000652 | Rec Doc 133-39 | Excerpt of Deposition of Edward Washington - August 18, 2016 | | |

| Proposing Party | Joint Exhibit Number | Bates Range | Previous Rec. Doc. Number | Description | Objections Noted to the Court | Objections Raised Post-Hearing |
|---|---|---|---|---|---|---|
| Plaintiffs | 39 | JX-CCH-000653-000657 | Rec Doc 133-40 | Excerpt of Deposition of Ricky Davis - August 23, 2016 | | |
| Plaintiffs | 40 | JX-CCH-000658-000671 | Rec Doc 133-41 | Fax from LT Jarvis to Dianthe Rogers re evacuation plans dated May 5, 2016 | | Hearsay; Irrelevant to Rule 23 considerations; not introduced into evidence during the evidentiary portion of the hearing. |
| Plaintiffs | 41 | JX-CCH-000672-000736 | Rec Doc 133-42 | Cornell University, *2014 Disability Status Report - Louisiana* | Hearsay | Hearsay; Irrelevant to Rule 23 considerations; not introduced into evidence during the evidentiary portion of the hearing. |
| Plaintiffs | 42 | JX-CCH-000737-000743 | Rec Doc 133-43 | Agreement between State of Louisiana, et al., and the United States Department of Justice | | Irrelevant to Rule 23 considerations; not introduced into evidence during the evidentiary portion of the hearing. |
| Plaintiffs | 43 | JX-CCH-000744-000758 | Rec Doc 133-44 | Description of Cohen Milstein | | Not introduced into evidence during the evidentiary portion of the hearing. |
| Plaintiffs | 44 | JX-CCH-000759 | Rec Doc 133-45 | Description of Promise of Justice Initiative | | Not introduced into evidence during the evidentiary portion of the hearing. |
| Plaintiffs | 45 | JX-CCH-000760 | Rec Doc 133-46 | Description of Advocacy Center | | Not introduced into evidence during the evidentiary portion of the hearing. |
| Plaintiffs | 46 | JX-CCH-000761 | Rec Doc 133-47 | Description of ACLU of Louisiana | | Not introduced into evidence during the evidentiary portion of the hearing. |
| Plaintiffs | 47 | JX-CCH-000762-000775 | Rec Doc 185-1 | Excerpt of Deposition of Donald Barr - Oct. 27, 2016 | | |
| Plaintiffs | 48 | JX-CCH-000776-000785 | Rec Doc 185-2 | ARP Michael Birklett - LSP-2010-1698 | Relevance | Irrelevant to Rule 23 considerations; not introduced into evidence during the evidentiary portion of the hearing. |
| Plaintiffs | 49 | JX-CCH-000786-000816 | Rec Doc 185-3 | ARP John Thomas - LSP-2010-0006 | Relevance | Irrelevant to Rule 23 considerations; not introduced into evidence during the evidentiary portion of the hearing. |
| Plaintiffs | 50 | JX-CCH-000817-000853 | Rec Doc 185-4 | ARP Bryan Alexander - LSP-2013-0347 | Relevance | Irrelevant to Rule 23 considerations; not introduced into evidence during the evidentiary portion of the hearing. |
| Plaintiffs | 51 | JX-CCH-000854-000867 | Rec Doc 185-5 | Pen. Directive No. 01.016 | | |
| Plaintiffs | 52 | JX-CCH-000868-000869 | Rec Doc 185-6 | Excerpt of Deposition of Darrel Vannoy - August 8, 2016 | | |
| Plaintiffs | 53 | JX-CCH-000870-000872 | Rec Doc 185-7 | Excerpt of Deposition of Burl Cain - August 11, 2016 | | |
| Plaintiffs | 54 | JX-CCH-000873-000874 | Rec Doc 185-8 | Excerpt of 30(b)(6) Deposition of LDPSC (Tracy Falgout - Aug. 8, 2016) | | |
| Plaintiffs | 55 | JX-CCH-000875-000876 | Rec Doc 185-9 | Excerpt of 30(b)(6) Deposition of LDPSC in Hacker v. Cain (Richard Peabody - April 22, 2015) | | |
| Plaintiffs | 56 | JX-CCH-000877-000880 | Rec Doc 185-10 | Excerpt of 30(b)(6) Deposition of LDPSC (Tracy Falgout - Oct. 26, 2016) | | |

| Proposing Party | Joint Exhibit Number | Bates Range | Previous Rec. Doc. Number | Description | Objections Noted to the Court | Objections Raised Post-Hearing |
|---|---|---|---|---|---|---|
| Plaintiffs | 57 | JX-CCH-000881-00892 | Rec Doc 185-11 | Bureau of Justice Statistics, *Mental Health Problems of Prison Inmates*, Dec. 14, 2006 | Hearsay | Irrelevant to Rule 23 considerations; not introduced into evidence during the evidentiary portion of the hearing. |
| Plaintiffs | 58 | JX-CCH-000893-000895 | Rec Doc 187-1 | Excerpt of 30(b)(6) Deposition of LDPSC (Trish Foster) | | |
| Plaintiffs | 59 | JX-CCH-000896-000905 | Rec Doc 187-2 | LDPSC Dept. Reg. No. B-05-005, Administrative Remedy Procedure | | |
| Plaintiffs | 60 | JX-CCH-000906-000921 | Rec Doc 187-3 | ARP Kentrell Parker - LSP-2014-2339 | | |
| Plaintiffs | 61 | JX-CCH-000922-000934 | Rec Doc 187-4 | ARP Ricky Davis - LSP-2015-0502 | | |
| Plaintiffs | 62 | JX-CCH-000935-000939 | Rec Doc 187-5 | ARP Farrell Sampier - CPCC-2014-0411 | | |
| Plaintiffs | 63 | JX-CCH-000940-000949 | Rec Doc 187-6 | ARP Reginald George - LSP-2015-1591 | | Relevance/filed after lawsuit |
| Plaintiffs | 64 | JX-CCH-000950-000960 | Rec Doc 187-7 | ARP Rufus White - LSP-2014-3156 | | |
| Plaintiffs | 65 | JX-CCH-000961-000981 | Rec Doc 187-8 | ARP Clyde Carter - LSP-2014-3096 | | |
| Plaintiffs | 66 | JX-CCH-000982 | Rec Doc 187-9 | ARP Alton Adams - 8/28/16 | Relevance/filed after lawsuit; Moot | Relevance/filed after lawsuit; moot |
| Plaintiffs | 67 | JX-CCH-000983-000985 | Rec Doc 193-3 | Expert Report of Brian Nolan | | |
| Plaintiffs | 68 | JX-CCH-000986-001002 | Rec Doc 194-6 | Wexford Consulting Group - *Summary of Observations and Recommendations for Louisiana Department of Public Safety and Corrections based on October 14 & 15, 2009 Facility Visits* | Hearsay | Irrelevant to Rule 23 considerations; not introduced into evidence during the evidentiary portion of the hearing. |
| Plaintiffs | 69 | JX-CCH-001003 | Rec Doc 194-38 | Email from Joe Ruebush to Raman Singh dated 8/6/2010 | Hearsay; Relevance/Not LSP | Irrelevant to Rule 23 considerations; not introduced into evidence during the evidentiary portion of the hearing. |
| Plaintiffs | 70 | JX-CCH-001004-001021 | Sealed document - Rec Doc 291 Ex. 5 | Administrative Remedy Procedure | | |
| Plaintiffs | 71 | JX-CCH-001022-001027 | | Rebuttal to Jacqueline Moore, RN Expert Report 11.14.16 | | |
| Plaintiffs | 72 | JX-CCH-001028-001060 | | Rebuttal to David L Thomas MD Expert Report 11.14.16 | | |
| Plaintiffs | 73 | JX-CCH-001061-001104 | | Lavespere, Randy Transcript 30b6 on behalf of DPS&C - Aug. 25, 2016 | | |
| Plaintiffs | 74 | JX-CCH-001105-001170 | | Lavespere, Randy Transcript 30b6 on behalf of LSP - Aug. 5, 2016 | | |
| Plaintiffs | 75 | JX-CCH-001171-001284 | | Lavespere, Randy Transcript Individual Deposition Transcript - Aug. 5, 2016 | | |
| Plaintiffs | 76 | JX-CCH-001285-001554 | | Thomas, David Deposition Transcript - Dec. 20, 2016 | | |
| Plaintiffs | 77 | JX-CCH-001555-001691 | | Falgout, Stacye Deposition Transcript - Sept. 19, 2016 | | |
| Plaintiffs | 78 | JX-CCH-001692-001694 | | ARP Alton Adams - LSP-2015-2273 | Relevance/filed after lawsuit; Moot | Relevance/filed after lawsuit; moot |
| Plaintiffs | 79 | JX-CCH-001695-001778 | | ARP Alton Batiste - LSP-2015-2002 | | Relevance/Filed after lawsuit; Moot |
| Plaintiffs | 80 | JX-CCH-001779-001805 | | ARP Cedric Evans - LSP-2014-2914 | Relevance | Moot |
| Plaintiffs | 81 | JX-CCH-001806-001850 | | ARP Cedric Evans - LSP-2014-3135 | Relevance | Moot |
| Plaintiffs | 82 | JX-CCH-001851-001863 | | ARP Clyde Carter - LSP-2015-1451 - part 1 | | Relevance/Filed after lawsuit |
| Plaintiffs | 83 | JX-CCH-001864-001865 | | ARP Clyde Carter - LSP-2015-1451 - part 2 | | Relevance/Filed after lawsuit |
| Plaintiffs | 84 | JX-CCH-001866-001876 | | ARP Edward Giovanni - 2012.07.27 | Relevance | Moot; Not timely produced - given to opposing counsel after the close of the evidentiary portion of the hearing. |
| Plaintiffs | 85 | JX-CCH-001877-001893 | | ARP Edward Giovanni - LSP-2010-3234 | Relevance | Moot |
| Plaintiffs | 86 | JX-CCH-001894-001901 | | ARP Edward Giovanni - LSP-2011-2295 | Relevance | Moot |
| Plaintiffs | 87 | JX-CCH-001902-001908 | | ARP Edward Giovanni - LSP-2012-0250 | Relevance | Moot |
| Plaintiffs | 88 | JX-CCH-001909-001916 | | ARP Edward Giovanni - LSP-2013-1539 | Relevance | Moot |
| Plaintiffs | 89 | JX-CCH-001917-001926 | | ARP Edward Giovanni - LSP-2015-0194 | Relevance | Moot |

| Proposing Party | Joint Exhibit Number | Bates Range | Previous Rec. Doc. Number | Description | Objections Noted to the Court | Objections Raised Post-Hearing |
|---|---|---|---|---|---|---|
| Plaintiffs | 90 | JX-CCH-001927-001930 | | ARP Edward Washington - LSP-2011-0943 | | Relevance |
| Plaintiffs | 91 | JX-CCH-001931-001945 | | ARP Edward Washington - LSP-2013-0194 | | Relevance |
| Plaintiffs | 92 | JX-CCH-001946-001951 | | ARP Edward Washington - LSP-2015-1689 | | Relevance/Filed after lawsuit |
| Plaintiffs | 93 | JX-CCH-001952 | | ARP Ian Cazenave - LSP-2015-2367 | | Relevance/Filed after lawsuit |
| Plaintiffs | 94 | JX-CCH-001953-001963 | | ARP James Weber - LSP-2015-2505 | | Relevance/Filed after lawsuit; Not timely produced - given to opposing counsel after the close of the evidentiary portion of the hearing. |
| Plaintiffs | 95 | JX-CCH-001964-002014 | | ARP John Tonubbee - LSP-2015-1323 | | Relevance/Filed after lawsuit |
| Plaintiffs | 96 | JX-CCH-002015-002055 | | ARP John Tonubbee - LSP-2016-0077 | | Relevance/Filed after lawsuit |
| Plaintiffs | 97 | JX-CCH-002056-002067 | | ARP Joseph Lewis - CPCC-2014-0112 | Relevance | Moot |
| Plaintiffs | 98 | JX-CCH-002068-002088 | | ARP Joseph Lewis - CPCC-2014-0459 | Relevance | Moot |
| Plaintiffs | 99 | JX-CCH-002089-002118 | | ARP Reginald George - LSP-2012-0745 | | Relevance |
| Plaintiffs | 100 | JX-CCH-002119-002133 | | ARP Reginald George - LSP-2012-1008 | | Relevance |
| Plaintiffs | 101 | JX-CCH-002134-002138 | | ARP Reginald George - LSP-2015-0414 | | Relevance |
| Plaintiffs | 102 | JX-CCH-002139-002148 | | ARP Reginald George - LSP-2015-1591 - part 1 | | Relevance/Filed after lawsuit |
| Plaintiffs | 103 | JX-CCH-002149-002150 | | ARP Reginald George - LSP-2015-1591 - part 2 | | Relevance/Filed after lawsuit |
| Plaintiffs | 104 | JX-CCH-002151 | | ARP Rufus White - LSP-2015-2414 | | Relevance/Filed after lawsuit |
| Defendants | 105 | JX-CCH-002152-002153 | | Declaration of Warden Vannoy | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 106 | JX-CCH-002154-002155 | | Declaration of Warden Falgout | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 107 | JX-CCH-002156-003169 | | Declaration of Nyesha Kelly, including attached ARPs | Plaintiffs objected to this declaration as untimely at the class certification hearing and re-urged the objections noted in their Motion to Exclude (Rec. Doc. 332), which was stricken by the Court as untimely (Rec. Doc. 348). Plaintiffs also note their objection at the hearing regarding waiver. | |

| Proposing Party | Joint Exhibit Number | Bates Range | Previous Rec. Doc. Number | Description | Objections Noted to the Court | Objections Raised Post-Hearing |
|---|---|---|---|---|---|---|
| Defendants | 108 | JX-CCH-003170-003171 | | Declaration of Tiffany Bellue | Plaintiffs objected to this declaration as untimely at the class certification hearing and re-urged the objections noted in their Motion to Exclude (Rec. Doc. 332), which was stricken by the Court as untimely (Rec. Doc. 348). Plaintiffs also note their objection at the hearing regarding waiver. | |
| Defendants | 109 | JX-CCH-003172-003301 | | DOC Policies and Regulations, along with associated forms | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, and to the extent these documents were produced to plaintiffs in discovery, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 110 | JX-CCH-003302-003952 | | LSP Directives, along with associated forms | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, and to the extent these documents were produced to plaintiffs in discovery, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 111 | JX-CCH-003953-004721 | | ACA Standards, along with associated audit forms | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, and to the extent these documents were produced to plaintiffs in discovery, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 112 | JX-CCH-004722-004919 | | NCCHC Standards | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, and to the extent these documents were produced to plaintiffs in discovery, plaintiffs do not object to the admission of this exhibit. | |

| Proposing Party | Joint Exhibit Number | Bates Range | Previous Rec. Doc. Number | Description | Objections Noted to the Court | Objections Raised Post-Hearing |
|---|---|---|---|---|---|---|
| Defendants | 113 | JX-CCH-004920-005013 | | Healthcare Orderly Training Materials | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, and to the extent these documents were produced to plaintiffs in discovery, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 114 | JX-CCH-005014-005317 | | Medication Training materials for Pill Call Officers | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, and to the extent these documents were produced to plaintiffs in discovery, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 115 | JX-CCH-005318-005333 | | LSP Employee Orientation Training Materials | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, and to the extent these documents were produced to plaintiffs in discovery, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 116 | JX-CCH-005334-005595 | | LSP Sick Call Protocols | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, and to the extent these documents were produced to plaintiffs in discovery, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 117 | JX-CCH-005596-005721 | | LSP EMS ATU Treatment Protocols | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, and to the extent these documents were produced to plaintiffs in discovery, plaintiffs do not object to the admission of this exhibit. | |

| Proposing Party | Joint Exhibit Number | Bates Range | Previous Rec. Doc. Number | Description | Objections Noted to the Court | Objections Raised Post-Hearing |
|---|---|---|---|---|---|---|
| Defendants | 118 | JX-CCH-005722-006040 | | LSP EMS Pre-Hospital Formulary | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, and to the extent these documents were produced to plaintiffs in discovery, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 119 | JX-CCH-006041-006168 | | ACA Audit Reports 2010, 2013, and 2016 | 2010 and 2013 reports not produced in discovery; hearsay objection as to all three reports (Rule 802) to the extent statements within the reports are not within an exception. Plaintiffs also note their objection at the hearing regarding waiver. | |
| Defendants | 120 | JX-CCH-006169-006212 | | Pew Charitable Trusts Report - Managing Prison Care Spending, October 2013 | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, and to the extent these documents were produced to plaintiffs in discovery, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 121 | JX-CCH-006213-006286 | | Expert Report of Dr. David Thomas | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 122 | JX-CCH-006287-006317 | | Expert Report of Dr. Jacqueline Moore | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 123 | JX-CCH-006318-006365 | | Excerpt of 30(b)(6) Deposition of Darren Cashio, p.12, line22 - p.16, line 19; p.18, line 14 - p.28, line 16; p.29, line 3 - p.36, line 2; p.43, line 5 - p.45, line 10; p.49, line 2 - p.50, line 18; p.53, line 2 - p.55, line 5; p. 68, line 16 - p.71, line 20; and p.77, line 24 - p.88, line 1. | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, plaintiffs do not object to the admission of this exhibit. | |

| Proposing Party | Joint Exhibit Number | Bates Range | Previous Rec. Doc. Number | Description | Objections Noted to the Court | Objections Raised Post-Hearing |
|---|---|---|---|---|---|---|
| Defendants | 124 | JX-CCH-006366-006384 | | Deposition Excerpt of Karen Hart, R.N., p. 107, line 2 – p. 125, line 4 | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 125 | JX-CCH-006385-006428 | | Deposition of Warden Peabody (Elzie Ball case) | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 126 | JX-CCH-006429-006557 | | Deposition of Dr. Collins (Hymel Varnado case) | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 127 | JX-CCH-006558-006574 | | Excerpt of 30(b)(6) Deposition of Mary Annette Carroll, R.N., p.10, line 4 - p.16, line 6; p.18, line 6 - p. 21, line 6; and p.37, line 3 - p.39, line 10 | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 128 | JX-CCH-006575-006621 | | Excerpt of 30(b)(6) Deposition of Tammi A. Willis, R.N., p.6, line 15 - p.12, line 24; p.14, line 23 - p.16, line 18; p.21, line 22 - p.22, line 6; p. 23, line 20 - p. 26, line 1; p. 32, line 14 - p.41, line 5; p.50, line 13 - p.50, line 24; p.54, line 13 - p.60, line 25; p.81, line 16 - p.86, line 3; p.92, line 4 - p.94, line 23; p.102, line 21 - p.103, line 7; and p.104, line 20 - p.105, line 13. | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 129 | JX-CCH-006622-006640 | | Excerpt of 30(b)(6) Deposition of Melanie Benedict, R.N., p.8, line 15 - p.10, line 16; p.12, line 20 - p.19, line 15; and p.22, line 6 - p.29, line 10 | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 130 | JX-CCH-006641-006672 | | Deposition of Trish Foster | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, plaintiffs do not object to the admission of this exhibit. | |

| Proposing Party | Joint Exhibit Number | Bates Range | Previous Rec. Doc. Number | Description | Objections Noted to the Court | Objections Raised Post-Hearing |
|---|---|---|---|---|---|---|
| Defendants | 131 | JX-CCH-006673-006675 | | Affidavit of Trish Foster | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 132 | JX-CCH-006676-006680 | | Affidavit of Jeffrey K. Cody | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 133 | JX-CCH-006681-006682 | | Email exchange between parties dated September 20, 2016 | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 134 | JX-CCH-006683-006688 | | Email exchange between parties dated September 22, 2016 | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 135 | JX-CCH-006689-006690 | | Email exchange between parties dated October 10, 2016 | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 136 | JX-CCH-006691-006696 | | Excerpt from Burl Cain Deposition | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 137 | JX-CCH-006697-006705 | | Excerpt from Darren Cashio Deposition | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, plaintiffs do not object to the admission of this exhibit. | |

| Proposing Party | Joint Exhibit Number | Bates Range | Previous Rec. Doc. Number | Description | Objections Noted to the Court | Objections Raised Post-Hearing |
|---|---|---|---|---|---|---|
| Defendants | 138 | JX-CCH-006706-006714 | | Excerpt from Dr. Singh Deposition | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 139 | JX-CCH-006715-006722 | | Excerpt from Dr. Collins Deposition | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 140 | JX-CCH-006723-006729 | | Excerpt from Kenny Norris Deposition (Hymel Varnado case) | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 141 | JX-CCH-006730-006740 | | Excerpt from Cindy Park Deposition | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 142 | JX-CCH-006741-006784 | | Excerpt from Richard Peabody deposition (Elzie Ball case) | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 143 | JX-CCH-006785-006798 | | Excerpt from Edward Washington Deposition | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 144 | JX-CCH-006799-006822 | | Excerpt from Donald Barr Deposition | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, plaintiffs do not object to the admission of this exhibit. | |

| Proposing Party | Joint Exhibit Number | Bates Range | Previous Rec. Doc. Number | Description | Objections Noted to the Court | Objections Raised Post-Hearing |
|---|---|---|---|---|---|---|
| Defendants | 145 | JX-CCH-006823-006825 | | Excerpt from Richard Peabody deposition (Hacker case) | Subject to plaintiffs' objection regarding waiver of issues not raised in the class cert briefing, plaintiffs do not object to the admission of this exhibit. | |
| Defendants | 146 | JX-CCH-006826-007156 | | Certification of Nyesha Kelly, including attached ARPs | | Untimely produced. This exhibit was not produced to Plaintiffs until after the class certification hearing and was not referenced at the hearing. |