## DECALRATION OF JANE ANDREWS, M.D., M.P.H.

I, JANE ANDREWS, declare as follows:

1. I am a ~~Clinical Instructor~~ Assistant Professor of Medicine in the Section of General Internal Medicine of Tulane University School of Medicine in New Orleans.

2. I now attend on the wards at University Medical Center in New Orleans.

3. I completed medical school at Johns Hopkins and internal medicine residency at Tulane. I received my MPH from Johns Hopkins in 2010.

4. ~~I am on the board of Universities Allied for Essential Medicines.~~

5. In my role at University Hospital, I regularly encounter prisoners. These prisoners include men from Angola prison.

6. In my experience encountering men from Angola prison, I have noted a number of apparent problems with the provision of medical care at the prison.

7. I have noted frequent failures in follow-up care after patients are treated at our hospital.

8. These failures include long delays for follow-up visits. I regularly provide instructions on discharge forms to schedule follow-up appointments, but they are routinely ignored, causing long delays. For instance, our hospital will write on the prisoner's discharge form a written request that the prisoner be brought back in two weeks for a follow-up appointment, but will not see the prisoner for three months. At that point, the prisoner's illness has often reached advanced stages. At times the illness is no longer treatable.

9. Prisoners have told me that they have requested to be brought back for follow-up as instructed but the prison staff refuse.

JX-CCH-000466

10. Doctors are forbidden from prescribing opiate medication to prisoners from Angola. This makes pain management less effective for many patients, causing a significant amount of unnecessary pain.

11. I have been told in the past that there is no physical therapy provided at Angola whatsoever and that this is a chronic problem. I have never seen a patient who was receiving adequate physical therapy at Angola, and have seen patients whose condition was worse because they were not receiving physical therapy.

12. Recently I had a patient with portopulmonary hypertension who was supposed to be on bosentan, as it was on his last discharge summary from our facility, and when he returned he was not getting it.

13. I had another patient late last year who was supposed to be getting a chemotherapeutic medication for a hematologic condition by mouth and was not.

14. In both of these cases not having these medications may have shortened these men's lives.

15. In the first case, untreated portopulmonary hypertension has around a 65% mortality rate at 5 years, and 20% or less at five years if optimally treated, for example.

I declare under penalty of perjury that the above statements are true and correct. Executed on this 25th day of August, 2016, in New Orleans, Louisiana,

JANE ANDREWS, MD, MPH

JX-CCH-000467

Case 3:15-cv-00318-SDD-RLB   Document 353-48   11/09/16   Page 2 of 17

## DECLARATION OF CATHERINE JONES, M.D.

I, CATHERINE JONES, declare as follows:

1. I am an Assistant Professor of Clinical Medicine in the Department of Internal Medicine at Tulane University School of Medicine in New Orleans.

2. I completed medical school at Tulane.

3. I now attend on the wards at University Hospital ~~Medical Center~~ in New Orleans.

4. In my role at University ~~Hospital,~~ Medical Center I regularly encounter prisoners. These prisoners include men from Angola prison.

5. In my experience encountering men from Angola prison, they are often very thankful for the care they are receiving outside Angola.

6. I have never experienced a patient who refuses care.

7. I do not see any patients who I believe are malingering or falsely reporting symptoms.

8. I also see patients who appear to be receiving late diagnosis or treatment.

9. For example, I had a patient who had shoulder pain for a very long time. The doctors had appeared to ignore his request for help.

10. He was finally sent to a specialist who diagnosed him with metastatic lymphoma. An appropriate response to his complaints of shoulder pain may have allowed earlier diagnosis before his lymphoma metastasized.

11. I have observed frequent failures in follow-up care after patients are treated at our hospital.

12. These failures include long delays for follow-up visits. I often provide instructions on discharge forms to schedule follow-up appointments, but they are

JX-CCH-000468

regularly ignored, causing long delays.  For instance, our hospital will write a request on the prisoner's discharge form to have the prisoner brought back in two weeks for a follow-up appointment, but we will not see the prisoner for three months.  After such a delay, the prisoner's illness has often reached advanced stages.  At times the illness is no longer treatable.

13. Prisoners have told me that they have requested for their follow-up appointments to be fulfilled as directed by the hospital, but the prison staff does not comply.

14. Doctors are forbidden from prescribing opiate medication to be dispensed to prisoners while they are at Angola. This restriction makes pain management less effective and can cause a significant amount of unnecessary pain for some patients.

15. I have been told that a chronic problem at Angola is that they provide no physical therapy whatsoever. I have seen patients from Angola whose condition was worse because they were not receiving physical therapy, and I have never seen a patient who was receiving adequate physical therapy.

I declare under penalty of perjury that the above statements are true and correct. Executed on this 14 day of September in New Orleans, Louisiana,

CATHERINE JONES, MD

JX-CCH-000469

## DECLARATION OF MONICA DHAND, M.D.

I, Monica Dhand, declare as follows:

1. I am a ~~Clinical Instructor~~ *assistant Professor* of Medicine in the Section of General Internal Medicine of Tulane University School of Medicine in New Orleans.

2. I attend at University Medical Center ("UMC") in New Orleans.

3. I completed medical school at Temple Medical School and internal medicine residency at Tulane.

4. I am board certified in Internal Medicine.

5. In my role at UMC, I regularly encounter prisoners. These prisoners include men from Angola prison.

6. I am frequently concerned about the quality of care being delivered at Angola.

7. For example, ~~a few months ago~~ *in the past* I met a man with Lymphoma who was housed at Angola. It was apparent to me that the Lymphoma had progressed. He told me that he had been trying to see a doctor for some time but his pleas had been ignored.

8. He described being very physically fit which was apparent to me and how his ability to exercise had gone from several hundred pushups a day down to barely ten.

9. He described relaying this information and not being able to see a doctor for a significant amount of time.

10. This is a very common problem with many of my patients from Angola whose complaints are ignored until their disease or problem had progressed.

JX-CCH-000470

11. For example, it often appears that pain complaints are ignored rather than investigated.

A few weeks ago

12. ~~Last week~~ a severely dehydrated patient came in with rhabdomyolysis from heat exposure from Angola. He indicated that he had been complaining about feeling dizzy for some time and that his complaints were ignored.

13. I often see patients with urgent problems such as needing a hernia surgery which are ignored for years on end.

14. My residents and I usually follow up with a phone call to the prison but rarely note these interactions in the medical records.

15. My follow up instructions are frequently ignored when my patients are returned to Angola.

I declare under penalty of perjury that the above statements are true and correct. Executed on this 26th day of August, 2015, in New Orleans, Louisiana,

Monica Dhand, MD

JX-CCH-000471

**From:** "SherwoodPoret@corrections.state.la.us"
<SherwoodPoret@corrections.state.la.us@SherwoodPoret@corrections.state.la.us>
**Sent:** Thu, 13 Nov 2014 16:04:00 +0000
**To:** TCMajor@corrections.state.la.us
**CC:** KarenHart@corrections.state.la.us
**Subject:** Re: Fw: Orderlies on the Units

---

Now Sandra I dont think she was trying to point fingers at anyone. We are simply asking for orderlies. Your words to me were that you do the hiring and firing.


Sherwood Poret, RN
Director of Nursing
Louisiana State Penitentiary
(225)655-2264


TC Major/LSP/CORRECTIONS
11/13/2014 09:26 AM

To
Sherwood Poret/LSP/CORRECTIONS@CORRECTIONS
cc
Karen Hart/LSP/CORRECTIONS@CORRECTIONS
Subject
Re: Fw: Orderlies on the Units


Okay our problem is finding the quality of offender to do the job here......All the offenders you submitted names to me on have either drug use lock ups or sex offenses or work in the field or areas that they can't be released from. Maybe until we find some, some of the hospice volunteers can come in and help out....As far as Tina, this is the first complaint I've gotten on her from nursing staff and Major Varner is addressing it and that's where she was. As far as security not don't their job - their job has many facets and monitoring cleaning is one of many, so blaming it on them is not fair at all and I take exception to that- finger pointing will not help this situation. As far as the ward floors looking like the warden's wing. we can't wax and buff in the wards due to having to move all the patients out in order to accomplish this. We've tried to increase salaries and it does not get approved higher up and our hands are tied. We are continously working to address the problem of shortages with classifciation.


Sherwood Poret/LSP/CORRECTIONS

Lewis v. Cain - Def's Production 1 - 000281279

JX-CCH-000472

Lewis v. Cain - Def's Production 1 - 000281280

11/13/2014 09:02 AM

To
TC Major/LSP/CORRECTIONS@CORRECTIONS
cc

Subject
Fw: Orderlies on the Units

Can you please help with this?

Sherwood Poret, RN
Director of Nursing
Louisiana State Penitentiary
(225)655-2264
----- Forwarded by Sherwood Poret/LSP/CORRECTIONS on 11/13/2014 09:02 AM -----

Karen Hart/LSP/CORRECTIONS
11/12/2014 03:53 PM

To
Sherwood Poret/LSP/CORRECTIONS@CORRECTIONS
cc

Subject
Orderlies on the Units

As of this time today there is only one orderly on each Unit. Earlier Unit 2
had 3, but 2 left to go to school. Earlier Unit 1 had 2. I don't know where
Tina went. He is not very productive.

There are 33 patients on Unit 2.
There are 21 on Unit 1. Today, this morning, the large red bag was full and was
leaking. The night shift orderlies had not emptied it.

This is a dire situation.
Could we possibly pull in the hall orderlies every day to scrub? Someone who
will diligently clean the floors, walls, tables, beds and nursing station is
needed EVERY day. Someone who will clean and stay with it all day long. We have
no one who does that on either unit.
Could they be paid more?
Could some offenders who are already approved be put here?

Lewis v. Cain - Def's Production 1 - 000281280

JX-CCH-000473

Sherwood the officers do not monitor these orderlies.  They are not told what to do where the cleaning is concerned. They do what they want. What is needed is someone who will supervise them all day making sure they do the housecleaning tasks they are supposed to do and in the proper manner. The units could and should be a lot cleaner. They should look as clean as the Warden's hall. .

Karen Hart, RN, Manager
Louisiana State Penitentiary at Angola
Ph: 225-655-2502
Fax: 225-655-2263

Lewis v. Cain - Def's Production 1 - 000281281

JX-CCH-000474

**From:** "SherwoodPoret@corrections.state.la.us"
<SherwoodPoret@corrections.state.la.us@SherwoodPoret@corrections.state.la.us>
**Sent:** Fri, 18 Jul 2014 20:46:00 +0000
**To:** KarenHart@corrections.state.la.us
**Subject:** Re: Orderlies needed

This is an ongoing problem. I will gladly ask that more be chosen. Thanks


Sherwood Poret, RN
Director of Nursing
Louisiana State Penitentiary
(225)655-2264


Karen Hart/LSP/CORRECTIONS
07/18/2014 03:32 PM

To
Sherwood Poret/LSP/CORRECTIONS@CORRECTIONS
cc

Subject
Orderlies needed




Sherwood,

I am sorry to bring this up again, but it is an ongoing concern of mine and the nurses.

The units, especially Unit 2 is not kept as clean as a nursing unit should be. Why is that?
One reason is that security is different from day to day and I don't think they understand that these wards are not like dorms.
Maybe the orderlies are not trained to clean every surface, because whoever is training them does not know. Or maybe the orderlies just don't want to and security doesn't make them because they don't know to make them--somebody different in there every day. Cadets and part time people are used in there.

There are not enough orderlies to keep the wards, all the patients, all the surfaces, and the nursing stations clean.

On Nursing Unit 2 some of the beds are grossly dirty.

The liberal allowance of personal belongings on Unit 2 creates an area that constantly looks cluttered and hinders cleaning. The clutter is also unsafe.

Lewis v. Cain - Def's Production 1 - 000127078

JX-CCH-000475

Right now on Unit 2 there are 33 patients. This number puts a great burden on the orderlies and the nursing staff.

21 use wheelchairs.
  3 are amputees.
  3 are paraplegic.
  1 is quadriplegic.
  6 are confined to bed.
  6 are mentally challenged.
  9 are incontinent.
  4 have complicated dressing changes. (I know this is a nursing function, but orderlies assist in the preparation and clean up. )
  2 have to be fed.
  7 require total baths.
  2 require a lot of assistance.
  4 have to be coerced to shower--watched, reminded, assisted somewhat.
  1 has to be disimpacted

The nurses see a need for, and I agree, that there should be an orderly for each row of beds during the day for Unit 2. That would be 6 patient care orderlies.
And at least 3 cleaning orderlies are needed to keep the unit as clean as it should be. On nights there should be at least 2 orderlies on Unit 2.

Also the area on the outside is not clean. There are cats there. The cats are fed there. Some of the patients urinate there I have been told. It attracts flies. This area needs to be cleaned daily with a cleanser/disinfectant, pressure washed regularly, and the cats should go.

I know of no routine effort to clean that area.

Sherwood, to me it is bad. I would like for it to be as clean as a hospital and I think it should be.

Respectfully and Sincerely,

Karen

Lewis v. Cain - Def's Production 1 - 000127079

JX-CCH-000476

U.S. Department of Justice
Office of Justice Programs
*Bureau of Justice Statistics*



August 2015, NCJ 248756

# Mortality in Local Jails and State Prisons, 2000–2013 - Statistical Tables

Margaret Noonan, *BJS Statistician*
Harley Rohloff and Scott Ginder, *RTI International*

For the third consecutive year, the number of inmates who died while in the custody of local jails or state prisons increased. A total of 4,446 inmates died in 2013, an increase of 131 deaths since 2012. The number of deaths in local jails and prison decreased an annual average of 2% between 2008 and 2010.

In 2013, a total of 967 jail inmates died while in the custody of local jails. The number of deaths increased from 958 deaths in 2012 to 967 in 2013, while the jail population decreased 4%. As a result, the overall mortality rate in local jails increased from 128 per 100,000 jail inmates in 2012 to 135 per 100,000 in 2013. Suicide and heart disease have been the top two causes of death in local jails since 2000 (**figure 1**). Suicide has been the leading cause of death in jails every year since 2000. In 2013, a third (34%) of jail inmate deaths were due to suicide. The suicide rate increased 14%, from 40 suicides per 100,000 jail inmates in 2012 to 46 per 100,000 in 2013.

The number of state prisoner deaths increased 4% in 2013, for a total of 3,479 deaths, or an additional 122 deaths since 2012 (**figure 2**). From 2001 to 2013, the majority (9 in 10 deaths) of prisoner deaths were due to illness-related causes. Between 2012 and 2013, the overall mortality rate for state prisoners increased 3%, from 265 deaths per 100,000 in 2012 to 274 per 100,000 in 2013. This was the highest mortality rate since the collection began in 2000. The mortality rate for illness increased 4% between 2012 and 2013, from 234 to 243 deaths per 100,000 inmates. In 2013, the mortality rates increased for the leading causes of illness—heart disease (up 11%), cancer (up 4%), and liver disease (up 16%), while the rates decreased for respiratory diseases (down 12%) or AIDS-related deaths (down 30%). The rate of AIDS-related deaths in state prisons has declined 82% since 2001.

## FIGURE 1
**Mortality rate per 100,000 jail inmates, by selected causes of death, 2000–2013**



*In 2008, a high number of illness cases were missing cause-of-death information and were classified as other or unknown. See *Methodology*.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2000–2013.



**FIGURE 2**
**Number of prisoner deaths, by cause of death, 2001–2013**

Number of deaths



Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2013.

Data in this report were developed from the Bureau of Justice Statistics' (BJS) Deaths in Custody Reporting Program (DCRP), an annual data collection about inmate deaths in local jails and state prisons. The DCRP is the only national statistical collection that obtains comprehensive information about deaths in adult correctional facilities. The program began collecting data from jails in 2000 and from prisons in 2001. This report covers deaths occurring in local jails from 2000 to 2013 and in state prisons from 2001 to 2013. Statistical tables provide information about the causes and circumstances of local jail and state prison inmate deaths and present trends by cause of death, selected decedent characteristics, and mortality rates for jail and prison inmates by state.

JX-CCH-000478

# Mortality in local jails

## Cause of death

- Local jail inmate deaths increased 1%, from 958 deaths in 2012 to 967 deaths in 2013 (**table 1**).

- Suicides in local jails increased 9%, from 300 suicides in 2012 to 327 in 2013.

- Jail inmate deaths due to liver disease decreased 35%, from 29 deaths in 2012 to 19 in 2013.

- Drug or alcohol intoxication deaths in local jails increased 23%, from 57 deaths in 2012 to 70 in 2013.

- Illness-related deaths accounted for 50% of all inmate deaths in local jails in 2013. Heart disease continued to be the leading cause of illness-related inmate deaths in local jails in 2013 (**table 2**).

- Suicide was the leading cause of death in local jails in 2013 (34% of all jail deaths) and has been the leading cause of death in local jails each year since 2000.

- The suicide rate increased from 40 suicides per 100,000 local jail inmates in 2012 to 46 suicides per 100,000 local jail inmates in 2013 (**table 3**).

## Decedent characteristics

- In 2013, a total of 843 male and 124 female inmates died in local jails (**table 4**).

- The typical jail inmate who died in 2013 was male (87%), white (54%), age 35 or older (70%), and in custody for fewer than 7 days (40%) (**table 5**).

- The mortality rate for Hispanics was 135 per 100,000 local jail inmates in 2013. Due to changes in measurement, this rate should not be compared to rates in previous years (**table 6**). (See *Methodology*.)

## Cause of death and demographics

- More than half (60%) of all suicides in jails from 2000 to 2013 involved inmates who were age 25 to 44 (**table 7**).

- From 2000 to 2013, the number of male jail inmate deaths (12,092) was nearly 8 times the number of female inmate deaths (1,630).

- From 2000 to 2013, the average annual mortality rate for male (137 per 100,000) and female (133 per 100,000) jail inmates were nearly equal (**table 8**).

- The mortality rate for suicide among male jail inmates (43) was 1.5 times the rate for female inmates (28) from 2000 to 2013.

- The mortality rate for drug or alcohol intoxication for black non-Hispanic (5 per 100,000) and Hispanic (6 per 100,000) jail inmates was nearly equal from 2000 to 2013, but was nearly three times higher for white non-Hispanic jail inmates (16 per 100,000).

## Facility characteristics

- Most jails (80%) reported no deaths in 2013. Twice as many jails reported a single death (12%) as those reporting multiple deaths (6%) (**table 9**).

- In 2013, approximately a quarter (23%) of the average daily jail population was a hold for another jurisdiction (**table 10**).

- The mortality rate for jail inmates held for another correctional authority (80 per 100,000) was lower than the rate for other jail inmates (152 per 100,000).

- In 2013, 23% of all jail inmate deaths occurred in California and Texas (**table 12**).

- The median state-level jail death rate was 140 deaths per 100,000 local jail inmates in 2013 (**table 13**).

## Rates by cause and decedent characteristics

- The mortality rates for illness among females were higher than the rates for males from 2004 to 2012 (**appendix table 2**).

- The mortality rates for heart disease among males were higher than the rates for females every year from 2010 to 2013 (**appendix table 3**).

- From 2009 to 2013, the suicide rate increased 23% from 35 per 100,000 jail inmates to 43 per 100,000 (**appendix table 4**).

JX-CCH-000479

# Mortality in state prisons

### Cause of death

- Deaths in prison increased from 3,357 in 2012 to 3,479 in 2013, reaching the highest number since the prison data collection began in 2001. The total number of deaths increased 4% between 2012 and 2013 (**table 16**).

- Illness-related deaths accounted for 89% of all deaths in prison in 2013.

  - Deaths from liver disease increased 16%, from 304 deaths in 2012 to 354 deaths in 2013. This was the largest percent change observed among illness deaths in prison in 2013.

  - Cancer (31%) and heart disease (26%) accounted for more than half of all prisoner deaths (**table 17**).

- The mortality rate increased 3%, from 265 deaths per 100,000 state prisoners in 2012 to 274 per 100,000 in 2013. Although there were some fluctuations in the rates for unnatural deaths (e.g., accidents increased while suicides declined), the change in the rate for illness (up 4%) accounted for the increase in the overall rate (**table 18**).

### Decedent characteristics

- The 1,966 prisoners age 55 or older made up more than half (57%) of all deaths in state prisons in 2013 (**table 19**).

- In state prisons, the percentage of decedents age 55 or older increased by an average of 8% annually since 2001 (**table 20**).

- White inmates accounted for more than half (55%) of deaths in state prisons, and nearly all (96%) were male (**table 21**).

- In 2013, an estimated 117,805 (9%) of state prisoners were age 55 or older, up from 47,900 (4%) in 2001.

- Combined, deaths due to suicide, drug or alcohol intoxication, accidents, and homicide accounted for fewer than 200 female prisoner deaths between 2001 and 2013 (**table 23**).

- A third of homicides in state prisons involved prisoners age 45 or older between 2001 and 2013.

- From 2001 to 2013, male prisoners were twice as likely as female prisoners to die of cancer, heart disease, and liver disease, which were the leading causes of death in state prisons (**table 24**).

- Regardless of race or Hispanic origin, there was little variation in the average annual homicide rate (4 to 6 homicides per 100,000 state prisoners) for state prisoners between 2001 and 2013.

- From 2001 to 2013, prisoners age 55 or older were 3 to 9 times more likely to die of an accident than younger prisoners.

### Deaths by jurisdiction

- Every state department of corrections reported at least one prisoner death in 2013 (**table 25**).

- The prisoner death rate by state varied from 115 deaths per 100,000 to 628 deaths per 100,000 prisoners. The median state-level death rate among prisoners was 273 deaths per 100,000 state prisoners (**table 26**).

### Cause of death by state

- California's 4,790 prisoner deaths from 2001 to 2013 represent more than 11% of the total deaths (42,157). During this period, almost a third of all state prisoner deaths from drug or alcohol intoxication were in California (174 of 546 deaths) (**table 27**).

- Overall mortality rates and mortality rates by state and by cause of death may not be directly compared between states due to differences in age, sex, race or Hispanic origin, and other decedent characteristics (**table 28**).

### Rates by cause and decedent characteristics

- The illness mortality rate increased to 269 per 100,000 prisoners in 2013, up from 262 per 100,000 in 2012 (**appendix table 6**).

- The prisoner cancer mortality rate has increased every year between 2008 and 2013 (**appendix table 7**).

- The prisoner heart disease mortality rate was relatively stable between 2003 and 2013, fluctuating between 64 and 67 deaths per 100,000 prisoner deaths each year (**appendix table 8**).

JX-CCH-000480

# List of tables

**TABLE 1**
Number of local jail inmate deaths, by cause of death, 2000–2013 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7

**TABLE 2**
Percent of local jail inmate deaths, by cause of death, 2000–2013 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .7

**TABLE 3**
Mortality rate per 100,000 local jail inmates, by cause of death, 2000–2013 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .8

**TABLE 4**
Number of local jail inmate deaths, by selected decedent characteristics, 2000–2013 . . . . . . . . . . . . . . . . . . . . . . . . . . . .9

**TABLE 5**
Percent of local jail inmate deaths, by selected decedent characteristics, 2000–2013 . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

**TABLE 6**
Mortality rate per 100,000 local jail inmates, by selected decedent characteristics, 2000–2013 . . . . . . . . . . . . . . . . . 11

**TABLE 7**
Number of local jail inmate deaths, by cause of death and selected decedent characteristics, 2000–2013 . . . . . . . . . 12

**TABLE 8**
Average annual mortality rate per 100,000 local jail inmates, by cause of death and selected decedent characteristics, 2000–2013 . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

**TABLE 9**
Number and percent of local jail jurisdictions reporting to the Deaths in Custody Program, by number of deaths reported each year, 2000–2013 . . . . . . . . . . . . . . . . . . . . . . . . 13

**TABLE 10**
Number, percent, average daily population, and mortality rate per 100,000 local jail inmate deaths, by hold status, 2013 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

**TABLE 11**
Number of local jail inmates held on an average day, by state, 2000–2013 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

**TABLE 12**
Number of local jail deaths, by state, 2000–2013. . . . . . . . 16

**TABLE 13**
Mortality rate per 100,000 local jail inmates, by state, 2000–2013 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

**TABLE 14**
Number of local jail jurisdictions reporting to the Deaths in Custody Reporting Program, by state, 2000–2013 . . . . . . 18

**TABLE 15**
Number of local jail jurisdictions reporting one or more deaths to the Deaths in Custody Program, by state, 2000–2013. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

**TABLE 16**
Number of state prisoner deaths, by cause of death, 2001–2013 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

**TABLE 17**
Percent of state prisoner deaths, by cause of death, 2001–2013 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

**TABLE 18**
Mortality rate per 100,000 state prisoners, by cause of death, 2001–2013 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

**TABLE 19**
Number of state prisoner deaths, by selected decedent characteristics, 2001–2013 . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

**TABLE 20**
Percent of state prisoner deaths, by selected decedent characteristics, 2001–2013 . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

**TABLE 21**
Mortality rate per 100,000 state prisoners, by selected decedent characteristics, 2001–2013 . . . . . . . . . . . . . . . . . 22

**TABLE 22**
Estimated number of state and federal prisoners in custody, by selected inmate characteristics, 2001–2013 . 23

**TABLE 23**
Number of state prisoner deaths, by cause of death and selected decedent characteristics, 2001–2013 . . . . . . . . . 23

**TABLE 24**
Average annual mortality rate per 100,000 state prisoners, by cause of death and selected decedent characteristics, 2001–2013 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

**TABLE 25**
Number of state and federal prisoner deaths, by location, 2001–2013 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

**TABLE 26**
Mortality rate per 100,000 state and federal prisoners, by location, 2001–2013 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

**TABLE 27**
Number of state and federal prisoner deaths, by cause of death and location, 2001–2013 . . . . . . . . . . . . . . . . . . . . . . . . 27

**TABLE 28**
Average annual mortality rate per 100,000 state and federal prisoners, by cause of death and location, 2001–2013 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

# List of appendix tables

**APPENDIX TABLE 1**
**Estimated number of local jail inmates in custody on an average day, by selected inmate characteristics, 2000–2013** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **34**

**APPENDIX TABLE 2**
**Illness mortality rate per 100,000 local jail inmates, by selected decedent characteristics, 2001–2013** . . . . . . . . . . **35**

**APPENDIX TABLE 3**
**Heart disease mortality rate per 100,000 local jail inmates, by selected decedent characteristics, 2001–2013** . . . . . . . **35**

**APPENDIX TABLE 4**
**Suicide mortality rate per 100,000 local jail inmates, by selected decedent characteristics, 2001–2013** . . . . . . . . . . **36**

**APPENDIX TABLE 5**
**Mortality rate for all other unnatural deaths per 100,000 local jail inmates, by selected decedent characteristics, 2000–2013** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **36**

**APPENDIX TABLE 6**
**Illness mortality rate per 100,000 state prisoners, by selected decedent characteristics, 2002–2013** . . . . . . . . . . **37**

**APPENDIX TABLE 7**
**Cancer mortality rate per 100,000 state prisoners, by selected decedent characteristics, 2002–2013** . . . . . . . . . . **37**

**APPENDIX TABLE 8**
**Heart disease mortality rate per 100,000 state prisoners, by selected decedent characteristics, 2002–2013** . . . . . . . . . . **38**

**APPENDIX TABLE 9**
**Liver disease mortality rate per 100,000 state prisoners, by selected decedent characteristics, 2002–2013** . . . . . . . . . . **38**

**APPENDIX TABLE 10**
**Respiratory disease mortality rate per 100,000 state prisoners, by selected decedent characteristics, 2002–2013** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **39**

**APPENDIX TABLE 11**
**Mortality rate for all other illnesses per 100,000 state prisoners, by selected decedent characteristics, 2002–2013** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **39**

**APPENDIX TABLE 12**
**Mortality rate for unnatural deaths per 100,000 state prisoners, by selected decedent characteristics, 2002–2013** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **40**

JX-CCH-000482

## TABLE 1
**Number of local jail inmate deaths, by cause of death, 2000–2013**

| Cause of death | Total | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008[a] | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All causes | 13,728 | 904 | 942 | 970 | 1,002 | 1,021 | 1,045 | 1,094 | 1,100 | 958 | 960 | 918 | 889 | 958 | 967 |
| Illness | 7,111 | 516 | 485 | 508 | 512 | 529 | 501 | 604 | 608 | 444 | 491 | 477 | 425 | 529 | 482 |
| Heart disease | 3,176 | 198 | 216 | 221 | 240 | 227 | 202 | 246 | 231 | 186 | 202 | 242 | 234 | 271 | 260 |
| AIDS-related | 552 | 57 | 59 | 53 | 55 | 52 | 40 | 54 | 43 | 32 | 27 | 26 | 13 | 21 | 20 |
| Cancer | 498 | 31 | 25 | 39 | 34 | 29 | 37 | 39 | 42 | 25 | 47 | 34 | 32 | 44 | 40 |
| Liver disease | 393 | 24 | 27 | 25 | 31 | 32 | 32 | 25 | 39 | 35 | 32 | 29 | 14 | 29 | 19 |
| Respiratory disease | 384 | 31 | 18 | 22 | 21 | 35 | 21 | 27 | 48 | 33 | 31 | 18 | 20 | 28 | 31 |
| All other[b] | 2,108 | 175 | 140 | 148 | 131 | 154 | 169 | 213 | 205 | 133 | 152 | 128 | 112 | 136 | 112 |
| Suicide | 4,134 | 289 | 313 | 314 | 296 | 299 | 286 | 278 | 284 | 228 | 304 | 305 | 311 | 300 | 327 |
| Drug/alcohol intoxication | 925 | 37 | 58 | 54 | 89 | 76 | 83 | 87 | 79 | 44 | 64 | 54 | 73 | 57 | 70 |
| Accident | 371 | 25 | 36 | 34 | 28 | 33 | 24 | 33 | 18 | 15 | 26 | 23 | 27 | 18 | 31 |
| Homicide[c] | 302 | 17 | 19 | 18 | 15 | 25 | 22 | 36 | 20 | 16 | 23 | 20 | 21 | 22 | 28 |
| Other/unknown | 520 | 17 | 24 | 35 | 52 | 50 | 110 | 52 | 71 | 8 | 24 | 13 | 22 | 24 | 18 |
| Missing | 365 | 3 | 7 | 7 | 10 | 9 | 19 | 4 | 20 | 203 | 28 | 26 | 10 | 8 | 11 |

Note: Data may have been revised from previously published statistics. See *Methodology* for details on cause of death, illnesses, and homicides.
[a]In 2008, a high number of illness cases were missing cause-of-death information and were classified as other or unknown.
[b]Includes other specified illnesses, such as cerebrovascular disease, influenza, and other nonleading natural causes of death, as well as unspecified illnesses.
[c]Includes homicides committed by other inmates, incidental to the staff use of force, and resulting from assaults sustained prior to incarceration.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2000–2013.

## TABLE 2
**Percent of local jail inmate deaths, by cause of death, 2000–2013**

| Cause of death | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008[a] | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All causes | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Illness | 57.1% | 51.5% | 52.4% | 51.1% | 51.8% | 47.9% | 55.2% | 55.3% | 46.3% | 51.1% | 52.0% | 47.8% | 55.2% | 49.8% |
| Heart disease | 21.9 | 22.9 | 22.8 | 24.0 | 22.2 | 19.3 | 22.5 | 21.0 | 19.4 | 21.0 | 26.4 | 26.3 | 28.3 | 26.9 |
| AIDS-related | 6.3 | 6.3 | 5.5 | 5.5 | 5.1 | 3.8 | 4.9 | 3.9 | 3.3 | 2.8 | 2.8 | 1.5 | 2.2 | 2.1 |
| Cancer | 3.4 | 2.7 | 4.0 | 3.4 | 2.8 | 3.5 | 3.6 | 3.8 | 2.6 | 4.9 | 3.7 | 3.6 | 4.6 | 4.1 |
| Liver disease | 2.7 | 2.9 | 2.6 | 3.1 | 3.1 | 3.1 | 2.3 | 3.5 | 3.7 | 3.3 | 3.2 | 1.6 | 3.0 | 2.0 |
| Respiratory disease | 3.4 | 1.9 | 2.3 | 2.1 | 3.4 | 2.0 | 2.5 | 4.4 | 3.4 | 3.2 | 2.0 | 2.2 | 2.9 | 3.2 |
| All other[b] | 19.4 | 14.9 | 15.3 | 13.1 | 15.1 | 16.2 | 19.5 | 18.6 | 13.9 | 15.8 | 13.9 | 12.6 | 14.2 | 11.6 |
| Suicide | 32.0% | 33.2% | 32.4% | 29.5% | 29.3% | 27.4% | 25.4% | 25.8% | 23.8% | 31.7% | 33.2% | 35.0% | 31.3% | 33.8% |
| Drug/alcohol intoxication | 4.1% | 6.2% | 5.6% | 8.9% | 7.4% | 7.9% | 8.0% | 7.2% | 4.6% | 6.7% | 5.9% | 8.2% | 5.9% | 7.2% |
| Accident | 2.8% | 3.8% | 3.5% | 2.8% | 3.2% | 2.3% | 3.0% | 1.6% | 1.6% | 2.7% | 2.5% | 3.0% | 1.9% | 3.2% |
| Homicide[c] | 1.9% | 2.0% | 1.9% | 1.5% | 2.4% | 2.1% | 3.3% | 1.8% | 1.7% | 2.4% | 2.2% | 2.4% | 2.3% | 2.9% |
| Other/unknown | 1.9% | 2.5% | 3.6% | 5.2% | 4.9% | 10.5% | 4.8% | 6.5% | 0.8% | 2.5% | 1.4% | 2.5% | 2.5% | 1.9% |
| Missing | 0.3% | 0.7% | 0.7% | 1.0% | 0.9% | 1.8% | 0.4% | 1.8% | 21.2% | 2.9% | 2.8% | 1.1% | 0.8% | 1.1% |

Note: Data may have been revised from previously published statistics. See *Methodology* for details on cause of death, illnesses, and homicides.
[a]In 2008, a high number of illness cases were missing cause-of-death information and were classified as other or unknown.
[b]Includes other specified illnesses, such as cerebrovascular disease, influenza, and other nonleading natural causes of death, as well as unspecified illnesses.
[c]Includes homicides committed by other inmates, incidental to the staff use of force, and resulting from assaults sustained prior to incarceration.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2000–2013.

JX-CCH-000483

**TABLE 3**
**Mortality rate per 100,000 local jail inmates, by cause of death, 2000–2013**

| Cause of death | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008[a] | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All causes | 151 | 147 | 145 | 146 | 143 | 141 | 142 | 141 | 123 | 128 | 125 | 123 | 128 | 135 |
| Illness | 86 | 76 | 76 | 74 | 74 | 67 | 78 | 78 | 57 | 66 | 65 | 59 | 71 | 67 |
|   Heart disease | 33 | 34 | 33 | 35 | 32 | 27 | 32 | 30 | 24 | 27 | 33 | 32 | 36 | 36 |
|   AIDS-related | 10 | 9 | 8 | 8 | 7 | 5 | 7 | 5 | 4 | 4 | 4 | 2 | 3 | 3 |
|   Cancer | 5 | 4 | 6 | 5 | 4 | 5 | 5 | 5 | 3 | 6 | 5 | 4 | 6 | 6 |
|   Liver disease | 4 | 4 | 4 | 5 | 4 | 4 | 3 | 5 | 4 | 4 | 4 | 2 | 4 | 3 |
|   Respiratory disease | 5 | 3 | 3 | 3 | 5 | 3 | 3 | 6 | 4 | 4 | 2 | 3 | 4 | 4 |
|   All other[b] | 29 | 22 | 22 | 19 | 22 | 23 | 28 | 26 | 17 | 20 | 17 | 15 | 18 | 16 |
| Suicide | 48 | 49 | 47 | 43 | 42 | 39 | 36 | 36 | 29 | 41 | 42 | 43 | 40 | 46 |
| Drug/alcohol intoxication | 6 | 9 | 8 | 13 | 11 | 11 | 11 | 10 | 6 | 9 | 7 | 10 | 8 | 10 |
| Accident | 4 | 6 | 5 | 4 | 5 | 3 | 4 | 2 | 2 | 3 | 3 | 4 | 2 | 4 |
| Homicide[c] | 3 | 3 | 3 | 2 | 3 | 3 | 5 | 3 | 2 | 3 | 3 | 3 | 3 | 4 |
| Other/unknown | 3 | 4 | 5 | 8 | 7 | 15 | 7 | 9 | 1 ! | 3 | 2 | 3 | 3 | 3 |
| Missing | 1 ! | 1 ! | 1 ! | 1 ! | 1 ! | 3 | 1 ! | 3 | 26 | 4 | 4 | 1 ! | 1 ! | 2 ! |

Note: Data may have been revised from previously published statistics. Local jail mortality rates are per 100,000 inmates held in custody. Mortality rates are based on the average daily population (ADP). In 2000 and 2001, ADP was estimated by taking the average of January 1 and December 31 inmate population counts. See *Methodology* for details on cause of death, illnesses, and homicides.

! Interpret with caution; estimate based on too few cases to provide a reliable rate.

[a]In 2008, a high number of illness cases were missing cause-of-death information and were classified as other or unknown.

[b]Includes other specified illnesses, such as cerebrovascular disease, influenza, and other nonleading natural causes of death, as well as unspecified illnesses.

[c]Includes homicides committed by other inmates, incidental to the staff use of force, and resulting from assaults sustained prior to incarceration.

Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2000–2013.

JX-CCH-000484

**TABLE 4**
**Number of local jail inmate deaths, by selected decedent characteristics, 2000–2013**

| Characteristic | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total** | 904 | 942 | 970 | 1,002 | 1,021 | 1,045 | 1,094 | 1,100 | 958 | 960 | 918 | 889 | 958 | 967 |
| **Sex** | | | | | | | | | | | | | | |
| Male | 813 | 847 | 863 | 867 | 893 | 925 | 964 | 970 | 839 | 850 | 804 | 778 | 836 | 843 |
| Female | 91 | 91 | 107 | 133 | 128 | 120 | 130 | 130 | 119 | 110 | 114 | 111 | 122 | 124 |
| **Race/Hispanic origin[a]** | | | | | | | | | | | | | | |
| White | 453 | 514 | 534 | 538 | 500 | 560 | 528 | 548 | 512 | 535 | 516 | 525 | 554 | 520 |
| Black/African American | 305 | 283 | 305 | 322 | 359 | 332 | 408 | 398 | 310 | 272 | 265 | 234 | 272 | 277 |
| Hispanic/Latino[b] | 118 | 115 | 113 | 119 | 135 | 116 | 126 | 125 | 107 | 109 | 90 | 106 | 100 | 146 |
| Other[c] | 17 | 20 | 10 | 16 | 24 | 22 | 27 | 27 | 27 | 31 | 23 | 19 | 24 | 22 |
| **Age** | | | | | | | | | | | | | | |
| 17 or younger | 8 | 8 | 7 | 5 | 7 | 5 | 6 | 4 | 6 | 3 | 3 | 2 | 2 | 3 |
| 18–24 | 89 | 107 | 100 | 103 | 105 | 107 | 103 | 101 | 85 | 86 | 80 | 81 | 83 | 75 |
| 25–34 | 184 | 193 | 186 | 211 | 210 | 192 | 196 | 199 | 167 | 175 | 187 | 207 | 189 | 214 |
| 35–44 | 265 | 280 | 337 | 283 | 300 | 284 | 312 | 292 | 246 | 236 | 201 | 198 | 197 | 213 |
| 45–54 | 239 | 239 | 236 | 266 | 263 | 275 | 303 | 322 | 275 | 258 | 253 | 227 | 274 | 259 |
| 55 or older | 115 | 111 | 102 | 128 | 133 | 170 | 168 | 182 | 178 | 194 | 172 | 172 | 209 | 203 |
| **Legal status** | | | | | | | | | | | | | | |
| Convicted[d] | 258 | 252 | 245 | 255 | 226 | 231 | 238 | 246 | 200 | 247 | 232 | 220 | 255 | 227 |
| Unconvicted[e] | 628 | 683 | 717 | 739 | 786 | 798 | 846 | 850 | 753 | 693 | 664 | 664 | 698 | 738 |
| **Time served** | | | | | | | | | | | | | | |
| 7 or fewer days | 328 | 349 | 360 | 398 | 399 | 385 | 382 | 393 | 348 | 364 | 345 | 347 | 348 | 387 |
| 8–30 | 168 | 173 | 168 | 176 | 179 | 188 | 205 | 184 | 164 | 166 | 176 | 172 | 200 | 162 |
| 31–60 | 111 | 105 | 100 | 94 | 115 | 112 | 126 | 137 | 106 | 99 | 91 | 97 | 99 | 88 |
| 61–120 | 115 | 124 | 121 | 120 | 111 | 128 | 148 | 147 | 122 | 117 | 92 | 90 | 116 | 123 |
| 121–180 | 56 | 63 | 73 | 73 | 76 | 69 | 80 | 81 | 68 | 51 | 58 | 56 | 58 | 45 |
| 180 or more | 119 | 113 | 134 | 124 | 124 | 127 | 123 | 152 | 128 | 147 | 133 | 124 | 133 | 157 |

Note: Data may have been revised from previously published statistics. Detail may not sum to total due to missing data. See *Methodology* for details on Hispanic origin and probation or parole violations.
[a]Excludes persons of Hispanic or Latino origin, unless specified.
[b]In 2013, the survey separated Hispanic origin from race. Comparisons with previous years should not be made.
[c]Includes American Indians or Alaska Natives, Asians, Native Hawaiians, or other Pacific Islanders, and persons identifying two or more races.
[d]Includes inmates who returned on a probation or parole violation.
[e]Includes inmates whose status was marked as other or was unspecified.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2000–2013.

JX-CCH-000485

**TABLE 5**
**Percent of local jail inmate deaths, by selected decedent characteristics, 2000–2013**

| Characteristic | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total** | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| **Sex** | | | | | | | | | | | | | | |
| Male | 89.9% | 90.3% | 89.0% | 86.7% | 87.5% | 88.5% | 88.1% | 88.2% | 87.6% | 88.5% | 87.6% | 87.5% | 87.3% | 87.2% |
| Female | 10.1 | 9.7 | 11.0 | 13.3 | 12.5 | 11.5 | 11.9 | 11.8 | 12.4 | 11.5 | 12.4 | 12.5 | 12.7 | 12.8 |
| **Race/Hispanic origin[a]** | | | | | | | | | | | | | | |
| White | 50.7% | 55.2% | 55.5% | 54.1% | 49.1% | 54.4% | 48.5% | 49.9% | 53.6% | 56.5% | 57.7% | 59.4% | 58.3% | 53.8% |
| Black/African American | 34.2 | 30.4 | 31.7 | 32.4 | 35.3 | 32.2 | 37.5 | 36.2 | 32.4 | 28.7 | 29.6 | 26.5 | 28.6 | 28.6 |
| Hispanic/Latino[b] | 13.2 | 12.3 | 11.7 | 12.0 | 13.3 | 11.3 | 11.6 | 11.4 | 11.2 | 11.5 | 10.1 | 12.0 | 10.5 | 15.1 |
| Other[c] | 1.9 | 2.1 | 1.0 | 1.6 | 2.4 | 2.1 | 2.5 | 2.5 | 2.8 | 3.3 | 2.6 | 2.1 | 2.5 | 2.3 |
| **Age** | | | | | | | | | | | | | | |
| 17 or younger | 0.9% | 0.9% | 0.7% | 0.5% | 0.7% | 0.5% | 0.6% | 0.4% | 0.6% | 0.6% | 0.3% | 0.2% | 0.2% | 0.3% |
| 18–24 | 9.9 | 11.4 | 10.3 | 10.3 | 10.3 | 10.4 | 9.5 | 9.2 | 8.9 | 8.9 | 8.9 | 9.1 | 8.7 | 7.8 |
| 25–34 | 20.4 | 20.6 | 19.2 | 21.2 | 20.6 | 18.6 | 18.0 | 18.1 | 17.5 | 17.5 | 20.9 | 23.3 | 19.8 | 22.1 |
| 35–44 | 29.4 | 29.9 | 34.8 | 28.4 | 29.5 | 27.5 | 28.7 | 26.5 | 25.7 | 25.7 | 22.4 | 22.3 | 20.6 | 22.0 |
| 45–54 | 26.6 | 25.5 | 24.4 | 26.7 | 25.8 | 26.6 | 27.8 | 29.3 | 28.7 | 28.7 | 28.2 | 25.6 | 28.7 | 26.8 |
| 55 or older | 12.8 | 11.8 | 10.5 | 12.9 | 13.1 | 16.5 | 15.4 | 16.5 | 18.6 | 18.6 | 19.2 | 19.4 | 21.9 | 21.0 |
| **Legal status** | | | | | | | | | | | | | | |
| Convicted[d] | 29.1% | 27.0% | 25.5% | 25.7% | 22.3% | 22.4% | 22.0% | 22.4% | 21.0% | 26.3% | 25.9% | 24.9% | 26.8% | 23.5% |
| Unconvicted[e] | 70.9 | 73.0 | 74.5 | 74.3 | 77.7 | 77.6 | 78.0 | 77.6 | 79.0 | 73.7 | 74.1 | 75.1 | 73.2 | 76.3 |
| **Time served** | | | | | | | | | | | | | | |
| 7 or fewer days | 36.6% | 37.6% | 37.7% | 40.4% | 39.7% | 38.2% | 35.9% | 35.9% | 37.2% | 38.6% | 38.5% | 39.2% | 36.5% | 40.0% |
| 8–30 | 18.7 | 18.7 | 17.6 | 17.9 | 17.8 | 18.6 | 19.3 | 16.8 | 17.5 | 17.6 | 19.7 | 19.4 | 21.0 | 16.8 |
| 31–60 | 12.4 | 11.3 | 10.5 | 9.5 | 11.5 | 11.1 | 11.8 | 12.5 | 11.3 | 10.5 | 10.2 | 10.9 | 10.4 | 9.1 |
| 61–120 | 12.8 | 13.4 | 12.7 | 12.2 | 11.1 | 12.7 | 13.9 | 13.4 | 13.0 | 12.4 | 10.3 | 10.2 | 12.2 | 12.7 |
| 121–180 | 6.2 | 6.8 | 7.4 | 7.4 | 7.6 | 6.8 | 7.5 | 7.4 | 7.3 | 5.4 | 6.5 | 6.3 | 6.1 | 4.7 |
| 180 or more | 13.3 | 12.2 | 14.0 | 12.6 | 12.4 | 12.6 | 11.6 | 13.9 | 13.7 | 15.6 | 14.9 | 14.0 | 13.9 | 16.2 |

Note: Data may have been revised from previously published statistics. Detail may not sum to total due to missing data. See *Methodology* for details on Hispanic origin and probation or parole violations.

[a]Excludes persons of Hispanic or Latino origin, unless specified.

[b]In 2013, the survey separated Hispanic origin from race. Comparisons with previous years should not be made.

[c]Includes American Indians or Alaska Natives, Asians, Native Hawaiians, or other Pacific Islanders, and persons identifying two or more races.

[d]Includes inmates who returned on a probation or parole violation.

[e]Includes inmates whose status was marked as other or was unspecified.

Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2000–2013.

JX-CCH-000486

**TABLE 6**
**Mortality rate per 100,000 local jail inmates, by selected decedent characteristics, 2000–2013**

| Characteristic | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 151 | 147 | 145 | 146 | 143 | 141 | 142 | 141 | 123 | 128 | 125 | 123 | 128 | 135 |
| **Sex** | | | | | | | | | | | | | | |
| Male | 153 | 150 | 146 | 143 | 142 | 143 | 143 | 142 | 123 | 129 | 125 | 123 | 129 | 137 |
| Female | 133 | 123 | 138 | 162 | 145 | 127 | 130 | 129 | 120 | 120 | 124 | 122 | 123 | 125 |
| **Race/Hispanic origin[a]** | | | | | | | | | | | | | | |
| White | 211 | 224 | 223 | 218 | 195 | 213 | 193 | 198 | 185 | 202 | 199 | 215 | 220 | 164 |
| Black/African American | 128 | 111 | 114 | 117 | 126 | 122 | 145 | 139 | 109 | 100 | 100 | 96 | 109 | 117 |
| Hispanic/Latino[b] | 107 | 98 | 92 | 94 | 102 | 85 | 89 | 87 | 70 | 71 | 60 | 66 | 60 | 135 |
| Other[c] | 52 | 57 | 27 ! | 43 | 61 | 37 | 44 | 43 | 41 | 53 | 40 | 26 | 31 | 41 |
| **Age** | | | | | | | | | | | | | | |
| 17 or younger | 122 ! | 114 ! | 96 ! | 69 ! | 97 ! | 70 ! | 84 ! | 58 ! | 86 ! | 43 ! | 47 ! | 34 ! | 36 ! | 56 ! |
| 18–24 | 52 | 59 | 53 | 53 | 53 | 53 | 49 | 48 | 40 | 42 | 41 | 43 | 43 | 41 |
| 25–34 | 96 | 94 | 87 | 96 | 92 | 81 | 80 | 81 | 67 | 72 | 77 | 85 | 73 | 87 |
| 35–44 | 169 | 167 | 193 | 160 | 166 | 154 | 166 | 156 | 137 | 143 | 126 | 129 | 127 | 143 |
| 45–54 | 396 | 371 | 350 | 358 | 318 | 302 | 302 | 300 | 259 | 255 | 251 | 225 | 259 | 256 |
| 55 or older | 870 | 785 | 691 | 773 | 714 | 818 | 726 | 728 | 666 | 707 | 614 | 599 | 678 | 687 |
| **Legal status** | | | | | | | | | | | | | | |
| Convicted[d] | 98 | 95 | 92 | 94 | 80 | 82 | 81 | 83 | 69 | 87 | 81 | 77 | 87 | 81 |
| Unconvicted[e] | 187 | 182 | 179 | 177 | 182 | 173 | 176 | 175 | 154 | 149 | 148 | 152 | 154 | 170 |

Note: Data may have been revised from previously published statistics. Detail may not sum to total due to missing data. Local jail mortality rates are per 100,000 inmates held in custody. Mortality rates are based on the average daily population (ADP). In 2000 and 2001, ADP was estimated by taking the average of January 1 and December 31 inmate population counts. See *Methodology* for details on rates, Hispanic origin, and probation or parole violations.

! Interpret with caution; too few cases to provide a reliable rate.
[a]Excludes persons of Hispanic or Latino origin, unless specified.
[b]In 2013, the survey separated Hispanic origin from race. Comparisons with previous years should not be made.
[c]Includes American Indians or Alaska Natives, Asians, Native Hawaiians, or other Pacific Islanders, and persons identifying two or more races.
[d]Includes inmates who returned on a probation or parole violation.
[e]Includes inmates whose status was marked as other or was unspecified.

Sources: Bureau of Justice Statistics, Annual Survey of Jails, 2000–2013; Deaths in Custody Reporting Program, 2000–2013; National Inmate Survey, 2007, 2008–2009, and 2011–2012; and Survey of Inmates in Local Jails, 2002.

JX-CCH-000487

**TABLE 7**
**Number of local jail inmate deaths, by cause of death and selected decedent characteristics, 2000–2013**

| Characteristic | All causes | Heart disease | AIDS-related | Cancer | Liver disease | Respiratory disease | All other[a] | Suicide | Drug/alcohol intoxication | Accident | Homicide[b] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Illness | | | | | | | | | |
| Total | 13,728 | 3,176 | 552 | 498 | 393 | 384 | 2,108 | 4,134 | 925 | 371 | 302 |
| **Sex** | | | | | | | | | | | |
| Male | 12,092 | 2,840 | 483 | 451 | 359 | 310 | 1,747 | 3,786 | 733 | 334 | 298 |
| Female | 1,630 | 336 | 69 | 47 | 34 | 74 | 360 | 347 | 192 | 37 | 4 |
| **Race/Hispanic origin[c]** | | | | | | | | | | | |
| White | 7,337 | 1,506 | 95 | 219 | 212 | 168 | 901 | 2,907 | 580 | 225 | 114 |
| Black/African American | 4,342 | 1,335 | 385 | 214 | 86 | 160 | 871 | 582 | 199 | 95 | 125 |
| Hispanic/Latino | 1,625 | 266 | 69 | 55 | 87 | 48 | 283 | 489 | 121 | 39 | 57 |
| Other[d] | 309 | 54 | 3 | 9 | 6 | 6 | 40 | 141 | 20 | 11 | 4 |
| **Age** | | | | | | | | | | | |
| 17 or younger | 64 | 2 | 1 | 0 | 0 | 1 | 5 | 46 | 4 | 1 | 1 |
| 18–24 | 1,304 | 86 | 11 | 7 | 3 | 14 | 108 | 768 | 120 | 41 | 63 |
| 25–34 | 2,707 | 306 | 94 | 32 | 20 | 53 | 298 | 1,283 | 298 | 84 | 77 |
| 35–44 | 3,637 | 745 | 222 | 76 | 80 | 92 | 550 | 1,192 | 280 | 105 | 68 |
| 45–54 | 3,687 | 1,121 | 178 | 168 | 202 | 120 | 715 | 628 | 180 | 91 | 62 |
| 55 or older | 2,230 | 911 | 43 | 215 | 88 | 102 | 423 | 204 | 40 | 47 | 30 |
| **Legal status** | | | | | | | | | | | |
| Convicted[e] | 3,332 | 962 | 148 | 151 | 110 | 104 | 568 | 715 | 188 | 109 | 79 |
| Unconvicted[f] | 10,257 | 2,195 | 399 | 345 | 283 | 275 | 1,528 | 3,400 | 733 | 261 | 217 |

Note: Data may have been revised from previously published statistics. Detail may not sum to total due to rounding or missing data. See *Methodology* for details on illnesses, homicides, probation or parole violations.
[a]Includes other specified illnesses, such as cerebrovascular disease, influenza, and other nonleading natural causes of death, as well as unspecified illnesses.
[b]Includes homicides committed by other inmates, incidental to the staff use of force, and resulting from assaults sustained prior to incarceration.
[c]Excludes persons of Hispanic or Latino origin, unless specified.
[d]Includes American Indians or Alaska Natives, Asians, Native Hawaiians, or other Pacific Islanders, and persons identifying two or more races.
[e]Includes inmates who returned on a probation or parole violation.
[f]Includes inmates whose status was marked as other or was unspecified.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2000–2013.

JX-CCH-000488

**TABLE 8**
**Average annual mortality rate per 100,000 local jail inmates, by cause of death and selected decedent characteristics, 2000–2013**

| | | Illness | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Characteristic | All causes | Heart disease | AIDS-related | Cancer | Liver disease | Respiratory disease | All other[a] | Suicide | Drug/alcohol intoxication | Accident | Homicide[b] |
| Total | 137 | 32 | 5 | 5 | 4 | 4 | 21 | 41 | 9 | 4 | 3 |
| **Sex** | | | | | | | | | | | |
| Male | 137 | 32 | 5 | 5 | 4 | 4 | 20 | 43 | 8 | 4 | 3 |
| Female | 133 | 27 | 6 | 4 | 3 | 6 | 29 | 28 | 16 | 3 | --! |
| **Race/Hispanic origin[c]** | | | | | | | | | | | |
| White | 203 | 42 | 3 | 6 | 6 | 5 | 25 | 80 | 16 | 6 | 3 |
| Black/African American | 117 | 36 | 10 | 6 | 2 | 4 | 23 | 16 | 5 | 3 | 3 |
| Hispanic/Latino | 84 | 14 | 4 | 3 | 5 | 2 | 15 | 25 | 6 | 2 | 3 |
| Other[d] | 41 | 7 | --! | 1! | 1! | 1! | 5 | 19 | 3 | 1! | 1! |
| **Age** | | | | | | | | | | | |
| 17 or younger | 69 | 2! | 1! | 0 | 0 | 1! | 5! | 49 | 4! | 1! | 1! |
| 18–24 | 48 | 3 | --! | --! | --! | 1 | 4 | 28 | 4 | 2 | 2 |
| 25–34 | 83 | 9 | 3 | 1 | 1 | 2 | 9 | 39 | 9 | 3 | 2 |
| 35–44 | 153 | 31 | 9 | 3 | 3 | 4 | 23 | 50 | 12 | 4 | 3 |
| 45–54 | 292 | 89 | 14 | 13 | 16 | 9 | 57 | 50 | 14 | 7 | 5 |
| 55 or older | 702 | 287 | 14 | 68 | 28 | 32 | 133 | 64 | 13 | 15 | 9 |
| **Legal status** | | | | | | | | | | | |
| Convicted[e] | 55 | 16 | 2 | 2 | 2 | 2 | 9 | 12 | 3 | 2 | 1 |
| Unconvicted[f] | 260 | 56 | 10 | 9 | 7 | 7 | 39 | 86 | 19 | 7 | 6 |

Note: Data may have been revised from previously published statistics. Detail may not sum to total due to rounding or missing data. See *Methodology* for details on rates, illnesses, homicides, and probation or parole violations.
--Less than 0.5.
! Interpret with caution; too few cases to provide a reliable rate.
[a]Includes other specified illnesses, such as cerebrovascular disease, influenza, and other nonleading natural causes of death, as well as unspecified illnesses.
[b]Includes homicides committed by other inmates, incidental to the staff use of force, and resulting from assaults sustained prior to incarceration.
[c]Excludes persons of Hispanic or Latino origin, unless specified.
[d]Includes American Indians or Alaska Natives, Asians, Native Hawaiians, or other Pacific Islanders, and persons identifying two or more races.
[e]Includes inmates who returned on a probation or parole violation.
[f]Includes inmates whose status was marked as other or was unspecified.
Source: Bureau of Justice Statistics, Annual Survey of Jails, 2000–2013; Deaths in Custody Reporting Program, 2000–2013; National Inmate Survey, 2007, 2008–2009, and 2011–2012; and Survey of Inmates in Local Jails, 2002.

**TABLE 9**
**Number and percent of local jail jurisdictions reporting to the Deaths in Custody Program, by number of deaths reported each year, 2000–2013**

| | | 0 deaths | | 1 death | | 2 or more deaths | |
|---|---|---|---|---|---|---|---|
| Year | Total | Number | Percent | Number | Percent | Number | Percent |
| 2000 | 2,988 | 2,553 | 85.4% | 289 | 9.7% | 146 | 4.9% |
| 2001 | 2,973 | 2,489 | 83.7 | 331 | 11.1 | 153 | 5.1 |
| 2002 | 2,958 | 2,473 | 83.6 | 332 | 11.2 | 153 | 5.2 |
| 2003 | 2,941 | 2,430 | 82.6 | 350 | 11.9 | 161 | 5.5 |
| 2004 | 2,924 | 2,406 | 82.3 | 367 | 12.6 | 151 | 5.2 |
| 2005 | 2,897 | 2,375 | 82.0 | 362 | 12.5 | 160 | 5.5 |
| 2006 | 2,869 | 2,330 | 81.2 | 368 | 12.8 | 171 | 6.0 |
| 2007 | 2,848 | 2,314 | 81.3 | 350 | 12.3 | 184 | 6.5 |
| 2008 | 2,833 | 2,332 | 82.3 | 345 | 12.2 | 156 | 5.5 |
| 2009 | 2,748 | 2,247 | 81.8 | 330 | 12.0 | 171 | 6.2 |
| 2010 | 2,754 | 2,253 | 81.8 | 340 | 12.3 | 161 | 5.8 |
| 2011 | 2,746 | 2,223 | 81.0 | 352 | 12.8 | 171 | 6.2 |
| 2012 | 2,805 | 2,267 | 80.8 | 373 | 13.3 | 165 | 5.9 |
| 2013 | 2,703 | 2,161 | 79.9 | 370 | 13.7 | 172 | 6.4 |
| Annual average, 2000–2013 | 2,856 | 2,347 | 82.2% | 347 | 12.2% | 163 | 5.7% |

Note: Data may have been revised from previously published statistics. Includes all jails that reported population or death data. See *Methodology*.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2000–2013.

JX-CCH-000489

**TABLE 10**
**Number, percent, average daily population, and mortality rate per 100,000 local jail inmate deaths, by hold status, 2013**

| Hold status | Number of deaths | Percent of total jail population | Average daily population | Mortality rate per 100,000 local jail inmates |
|---|---|---|---|---|
| Total | 967 | 100% | 714,976 | 135 |
| **Hold status** | 129 | 23% | 162,200 | 80 |
| Immigration and Customs Enforcement | 17 | 2 | 16,200 | 105 |
| U.S. Marshals | 29 | 4 | 27,900 | 104 |
| Other* | 83 | 17 | 118,200 | 70 |
| **No hold** | 838 | 77% | 552,700 | 152 |

Note: Average daily population was calculated for Immigration and Customs Enforcement, U.S. Marshals, and other authorities based on their proportion of the confined population on December 31.

*Includes state or federal prison, Bureau of Indian Affairs, or any other jail jurisdiction.

Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2013.

JX-CCH-000490

**TABLE 11**
**Number of local jail inmates held on an average day, by state, 2000–2013**

| State | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 598,397 | 639,941 | 668,168 | 688,030 | 715,660 | 742,261 | 772,334 | 782,592 | 779,704 | 749,449 | 733,775 | 722,735 | 745,965 | 714,976 |
| Alabama | 12,951 | 11,857 | 13,380 | 12,613 | 13,454 | 14,653 | 14,921 | 15,858 | 16,156 | 13,868 | 15,054 | 15,333 | 14,944 | 13,285 |
| Alaska* | 60 | 81 | 97 | 79 | 105 | 80 | 70 | 64 | 52 | 70 | 64 | 73 | 104 | 82 |
| Arizona | 10,859 | 13,590 | 12,704 | 13,815 | 14,648 | 15,302 | 15,085 | 16,539 | 17,844 | 15,043 | 13,242 | 13,467 | 14,542 | 14,355 |
| Arkansas | 5,271 | 5,571 | 6,111 | 6,248 | 6,167 | 6,023 | 6,402 | 6,986 | 7,373 | 7,453 | 7,420 | 7,189 | 7,447 | 7,067 |
| California | 72,640 | 72,452 | 75,594 | 76,168 | 77,964 | 81,951 | 81,778 | 83,483 | 83,520 | 81,652 | 74,830 | 71,781 | 79,513 | 81,728 |
| Colorado | 9,179 | 10,394 | 11,107 | 11,713 | 11,555 | 13,243 | 13,871 | 13,540 | 13,111 | 13,207 | 12,703 | 11,779 | 12,561 | 12,479 |
| Connecticut | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Delaware | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| District of Columbia | 1,656 | 1,618 | 3,161 | 2,268 | 3,477 | 2,318 | 3,473 | 3,142 | 2,987 | 3,089 | 3,037 | 3,011 | 2,455 | 2,288 |
| Florida | 49,358 | 50,056 | 54,638 | 53,556 | 60,056 | 63,386 | 64,721 | 66,956 | 66,823 | 61,606 | 58,958 | 57,959 | 57,040 | 52,365 |
| Georgia | 33,617 | 35,492 | 37,969 | 39,568 | 42,248 | 44,555 | 45,774 | 44,963 | 47,625 | 46,417 | 47,101 | 44,559 | 44,850 | 38,254 |
| Hawaii | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Idaho | 2,668 | 2,964 | 3,280 | 3,402 | 2,946 | 3,939 | 3,929 | 4,062 | 3,938 | 3,750 | 3,529 | 3,718 | 3,728 | 3,535 |
| Illinois | 17,452 | 19,701 | 20,691 | 21,478 | 20,370 | 29,744 | 20,391 | 20,660 | 20,966 | 19,601 | 20,224 | 20,666 | 21,376 | 22,173 |
| Indiana | 12,760 | 16,958 | 14,752 | 15,398 | 16,447 | 17,415 | 18,716 | 17,246 | 17,811 | 18,302 | 17,703 | 17,342 | 17,533 | 16,146 |
| Iowa | 3,046 | 3,109 | 3,612 | 3,853 | 3,620 | 4,167 | 4,023 | 4,158 | 4,085 | 3,891 | 3,993 | 4,099 | 4,264 | 4,051 |
| Kansas | 5,093 | 5,657 | 6,163 | 7,437 | 6,864 | 7,412 | 7,721 | 7,383 | 7,668 | 6,992 | 7,692 | 7,236 | 6,961 | 7,100 |
| Kentucky | 11,492 | 19,129 | 13,954 | 14,429 | 16,382 | 16,380 | 16,906 | 18,129 | 18,070 | 17,803 | 17,460 | 18,252 | 19,537 | 17,995 |
| Louisiana | 22,744 | 26,967 | 27,229 | 27,824 | 28,640 | 29,863 | 25,979 | 29,801 | 29,060 | 29,512 | 32,199 | 31,022 | 32,651 | 27,151 |
| Maine | 1,297 | 1,411 | 1,508 | 1,572 | 1,484 | 1,567 | 1,767 | 1,630 | 1,598 | 1,571 | 1,062 | 1,322 | 1,299 | 1,073 |
| Maryland | 10,471 | 10,960 | 12,069 | 12,545 | 12,974 | 12,696 | 13,039 | 14,005 | 13,577 | 12,205 | 12,398 | 12,423 | 12,233 | 12,063 |
| Massachusetts | 9,427 | 11,040 | 11,745 | 12,342 | 13,114 | 12,485 | 13,873 | 13,527 | 13,309 | 13,184 | 10,724 | 10,326 | 9,616 | 10,471 |
| Michigan | 15,869 | 16,460 | 16,644 | 16,713 | 17,956 | 18,197 | 18,739 | 18,436 | 17,676 | 17,001 | 16,457 | 16,541 | 17,089 | 17,203 |
| Minnesota | 4,958 | 5,663 | 5,954 | 6,408 | 7,033 | 7,265 | 7,286 | 7,582 | 7,105 | 6,747 | 6,835 | 6,537 | 6,473 | 6,624 |
| Mississippi | 9,885 | 9,280 | 10,160 | 10,872 | 10,495 | 10,984 | 10,981 | 11,811 | 11,057 | 9,732 | 10,501 | 10,601 | 12,620 | 11,575 |
| Missouri | 7,596 | 8,194 | 8,997 | 9,400 | 10,027 | 10,277 | 11,245 | 10,660 | 11,658 | 11,402 | 10,664 | 11,520 | 12,393 | 11,769 |
| Montana | 1,291 | 1,884 | 1,804 | 1,921 | 2,011 | 2,084 | 1,981 | 1,721 | 1,781 | 1,741 | 1,952 | 1,035 | 1,972 | 2,799 |
| Nebraska | 2,140 | 2,365 | 2,494 | 2,485 | 2,855 | 2,962 | 2,741 | 2,940 | 3,135 | 3,427 | 3,391 | 3,406 | 3,442 | 3,530 |
| Nevada | 5,216 | 5,407 | 5,656 | 7,537 | 6,869 | 6,144 | 6,479 | 7,638 | 7,531 | 7,737 | 7,410 | 7,083 | 6,922 | 6,902 |
| New Hampshire | 887 | 1,376 | 1,550 | 1,561 | 1,658 | 1,841 | 2,048 | 2,039 | 2,024 | 2,108 | 2,103 | 2,063 | 2,143 | 2,012 |
| New Jersey | 15,102 | 15,683 | 16,295 | 16,858 | 17,384 | 18,035 | 19,096 | 18,403 | 17,824 | 16,426 | 15,955 | 15,280 | 16,193 | 16,398 |
| New Mexico | 5,918 | 6,426 | 6,611 | 7,387 | 8,091 | 8,585 | 9,031 | 8,753 | 9,089 | 8,273 | 8,886 | 8,297 | 8,408 | 8,474 |
| New York | 27,403 | 28,709 | 30,640 | 30,488 | 30,588 | 30,778 | 32,229 | 31,335 | 30,304 | 29,877 | 30,122 | 29,793 | 28,259 | 26,959 |
| North Carolina | 12,276 | 12,901 | 15,103 | 15,319 | 16,454 | 17,958 | 18,295 | 19,104 | 19,382 | 16,470 | 18,601 | 18,288 | 19,168 | 18,783 |
| North Dakota | 619 | 650 | 746 | 828 | 876 | 997 | 963 | 889 | 962 | 897 | 947 | 1,111 | 1,190 | 1,088 |
| Ohio | 16,118 | 16,948 | 18,626 | 19,592 | 19,701 | 19,594 | 20,664 | 20,539 | 19,254 | 19,944 | 17,454 | 17,788 | 18,704 | 17,911 |
| Oklahoma | 7,228 | 7,243 | 7,534 | 8,206 | 9,114 | 10,053 | 10,988 | 10,796 | 10,062 | 10,493 | 8,632 | 8,654 | 9,544 | 9,447 |
| Oregon | 6,685 | 7,593 | 6,354 | 6,583 | 6,510 | 6,812 | 6,684 | 8,296 | 6,304 | 5,803 | 5,890 | 5,872 | 7,844 | 5,678 |
| Pennsylvania | 28,248 | 30,296 | 33,240 | 32,227 | 32,934 | 34,264 | 36,168 | 38,221 | 37,350 | 38,010 | 35,444 | 36,290 | 37,519 | 37,334 |
| Rhode Island | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| South Carolina | 8,752 | 10,565 | 12,181 | 11,009 | 11,590 | 12,104 | 12,749 | 13,608 | 13,634 | 12,654 | 12,236 | 11,970 | 11,472 | 11,592 |
| South Dakota | 1,163 | 1,138 | 1,296 | 1,347 | 1,514 | 1,562 | 1,645 | 1,537 | 1,417 | 1,626 | 1,572 | 1,505 | 1,746 | 1,845 |
| Tennessee | 20,232 | 20,265 | 20,955 | 23,042 | 23,188 | 24,224 | 32,464 | 25,177 | 26,547 | 26,350 | 23,553 | 24,104 | 24,783 | 25,253 |
| Texas | 57,999 | 54,639 | 56,185 | 60,223 | 62,907 | 53,967 | 68,106 | 69,284 | 69,392 | 67,519 | 67,302 | 66,604 | 67,396 | 64,317 |
| Utah | 5,378 | 5,616 | 5,817 | 6,271 | 6,517 | 6,407 | 6,567 | 6,881 | 6,929 | 6,928 | 7,267 | 7,194 | 7,288 | 6,446 |
| Vermont | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Virginia | 20,021 | 22,154 | 23,612 | 24,943 | 25,488 | 26,567 | 28,407 | 29,561 | 28,284 | 28,276 | 29,003 | 27,313 | 30,013 | 27,783 |
| Washington | 8,638 | 12,289 | 12,095 | 11,808 | 11,867 | 12,899 | 13,390 | 13,727 | 13,461 | 13,076 | 12,350 | 12,988 | 12,008 | 10,920 |
| West Virginia | 2,824 | 3,240 | 3,068 | 3,289 | 3,622 | 4,081 | 4,321 | 4,331 | 4,336 | 3,879 | 4,145 | 3,882 | 4,351 | 4,466 |
| Wisconsin | 12,986 | 12,865 | 13,557 | 14,063 | 14,397 | 14,908 | 15,098 | 15,641 | 15,401 | 12,157 | 14,143 | 13,965 | 12,835 | 12,625 |
| Wyoming | 924 | 1,085 | 1,230 | 1,342 | 1,499 | 1,534 | 1,532 | 1,553 | 1,694 | 1,620 | 1,567 | 1,494 | 1,536 | 1,582 |

Note: Data may have been revised from previously published statistics.
~Not applicable. Prisons and jails form one integrated system. See prison tables for mortality data.
*Prisons and jails form one integrated system. Includes data for 14 locally operated jails; excludes data for prisons and jails operated by the Alaska Department of Corrections.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2000–2013.

JX-CCH-000491

## TABLE 12
### Number of local jail deaths, by state, 2000–2013

| State | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 904 | 942 | 970 | 1,002 | 1,021 | 1,045 | 1,094 | 1,100 | 958 | 960 | 918 | 889 | 958 | 967 |
| Alabama | 24 | 27 | 21 | 15 | 23 | 23 | 34 | 21 | 19 | 20 | 28 | 18 | 18 | 19 |
| Alaska* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 |
| Arizona | 15 | 18 | 24 | 16 | 12 | 27 | 19 | 21 | 12 | 11 | 16 | 9 | 10 | 14 |
| Arkansas | 9 | 13 | 14 | 22 | 13 | 7 | 11 | 10 | 15 | 5 | 7 | 16 | 10 | 15 |
| California | 109 | 124 | 131 | 126 | 120 | 156 | 126 | 129 | 106 | 138 | 121 | 92 | 112 | 128 |
| Colorado | 13 | 16 | 14 | 13 | 11 | 18 | 13 | 21 | 21 | 14 | 20 | 12 | 9 | 20 |
| Connecticut | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Delaware | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| District of Columbia | 4 | 0 | 10 | 12 | 13 | 11 | 12 | 10 | 7 | 8 | 4 | 7 | 2 | 6 |
| Florida | 82 | 98 | 79 | 85 | 86 | 79 | 99 | 103 | 77 | 88 | 57 | 66 | 69 | 65 |
| Georgia | 38 | 39 | 50 | 45 | 54 | 41 | 46 | 44 | 55 | 45 | 48 | 45 | 47 | 47 |
| Hawaii | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Idaho | 3 | 3 | 1 | 2 | 1 | 7 | 5 | 7 | 1 | 6 | 3 | 5 | 4 | 6 |
| Illinois | 31 | 21 | 22 | 30 | 41 | 25 | 37 | 31 | 29 | 29 | 23 | 21 | 23 | 33 |
| Indiana | 21 | 21 | 14 | 23 | 18 | 16 | 26 | 18 | 11 | 16 | 22 | 21 | 19 | 18 |
| Iowa | 2 | 4 | 3 | 1 | 4 | 4 | 3 | 5 | 2 | 6 | 3 | 8 | 4 | 9 |
| Kansas | 9 | 9 | 12 | 10 | 15 | 11 | 10 | 7 | 12 | 11 | 10 | 10 | 11 | 17 |
| Kentucky | 16 | 13 | 12 | 14 | 16 | 22 | 21 | 25 | 22 | 18 | 21 | 16 | 21 | 13 |
| Louisiana | 10 | 22 | 22 | 32 | 41 | 31 | 26 | 31 | 34 | 22 | 26 | 20 | 42 | 37 |
| Maine | 2 | 2 | 7 | 3 | 2 | 1 | 5 | 1 | 1 | 2 | 3 | 7 | 0 | 1 |
| Maryland | 22 | 20 | 20 | 25 | 15 | 23 | 27 | 32 | 25 | 20 | 24 | 21 | 17 | 20 |
| Massachusetts | 5 | 10 | 16 | 9 | 8 | 21 | 14 | 14 | 17 | 17 | 16 | 5 | 14 | 10 |
| Michigan | 23 | 17 | 18 | 26 | 20 | 29 | 21 | 18 | 12 | 20 | 18 | 24 | 17 | 14 |
| Minnesota | 6 | 8 | 6 | 9 | 9 | 8 | 11 | 8 | 4 | 3 | 10 | 6 | 7 | 5 |
| Mississippi | 9 | 12 | 17 | 17 | 17 | 16 | 18 | 18 | 14 | 13 | 14 | 14 | 9 | 15 |
| Missouri | 16 | 14 | 8 | 17 | 6 | 10 | 13 | 25 | 17 | 20 | 21 | 12 | 27 | 19 |
| Montana | 3 | 1 | 5 | 5 | 3 | 6 | 1 | 2 | 2 | 6 | 3 | 8 | 3 | 5 |
| Nebraska | 5 | 5 | 6 | 2 | 4 | 2 | 6 | 2 | 5 | 7 | 6 | 5 | 4 | 7 |
| Nevada | 15 | 18 | 6 | 6 | 8 | 14 | 9 | 10 | 8 | 14 | 8 | 13 | 12 | 10 |
| New Hampshire | 3 | 2 | 5 | 3 | 3 | 1 | 4 | 4 | 2 | 5 | 1 | 4 | 3 | 1 |
| New Jersey | 31 | 17 | 17 | 38 | 34 | 32 | 36 | 34 | 27 | 25 | 29 | 20 | 25 | 23 |
| New Mexico | 15 | 9 | 9 | 7 | 17 | 11 | 21 | 15 | 11 | 11 | 17 | 23 | 16 | 10 |
| New York | 57 | 52 | 51 | 47 | 43 | 51 | 52 | 52 | 32 | 37 | 37 | 36 | 40 | 40 |
| North Carolina | 15 | 17 | 32 | 22 | 21 | 17 | 21 | 28 | 19 | 21 | 24 | 17 | 25 | 21 |
| North Dakota | 1 | 1 | 2 | 2 | 1 | 0 | 2 | 1 | 1 | 2 | 2 | 1 | 3 | 5 |
| Ohio | 23 | 20 | 30 | 30 | 18 | 24 | 26 | 26 | 23 | 26 | 23 | 28 | 33 | 30 |
| Oklahoma | 15 | 18 | 9 | 13 | 14 | 18 | 21 | 24 | 17 | 18 | 18 | 12 | 13 | 16 |
| Oregon | 10 | 10 | 7 | 7 | 15 | 8 | 11 | 3 | 15 | 7 | 9 | 8 | 3 | 4 |
| Pennsylvania | 38 | 50 | 51 | 53 | 66 | 57 | 56 | 55 | 44 | 37 | 31 | 46 | 58 | 41 |
| Rhode Island | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| South Carolina | 17 | 23 | 17 | 11 | 16 | 19 | 21 | 14 | 19 | 15 | 19 | 7 | 22 | 21 |
| South Dakota | 4 | 2 | 1 | 0 | 1 | 3 | 1 | 1 | 2 | 2 | 0 | 1 | 0 | 2 |
| Tennessee | 29 | 28 | 29 | 23 | 39 | 36 | 30 | 35 | 37 | 34 | 20 | 40 | 35 | 26 |
| Texas | 97 | 84 | 96 | 96 | 99 | 89 | 98 | 90 | 86 | 76 | 84 | 70 | 72 | 97 |
| Utah | 6 | 6 | 13 | 7 | 11 | 10 | 7 | 11 | 6 | 12 | 8 | 14 | 11 | 16 |
| Vermont | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Virginia | 34 | 41 | 36 | 42 | 33 | 30 | 36 | 59 | 49 | 39 | 29 | 42 | 40 | 27 |
| Washington | 8 | 10 | 11 | 16 | 11 | 11 | 19 | 15 | 16 | 14 | 16 | 16 | 20 | 16 |
| West Virginia | 2 | 6 | 2 | 6 | 5 | 6 | 6 | 4 | 6 | 7 | 5 | 7 | 10 | 6 |
| Wisconsin | 7 | 11 | 12 | 11 | 10 | 11 | 11 | 15 | 17 | 11 | 13 | 14 | 13 | 10 |
| Wyoming | 0 | 0 | 2 | 3 | 4 | 3 | 2 | 1 | 1 | 2 | 1 | 1 | 4 | 2 |

Note: Data may have been revised from previously published statistics.
~Not applicable. Prisons and jails form one integrated system. See prison tables for mortality data.
*Prisons and jails form one integrated system. Includes data for 14 locally operated jails; excludes data for prisons and jails operated by the Alaska Department of Corrections.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2000–2013.

JX-CCH-000492

**TABLE 13**
**Mortality rate per 100,000 local jail inmates, by state, 2000–2013**

| State | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 151 | 147 | 145 | 146 | 143 | 141 | 142 | 141 | 123 | 128 | 125 | 123 | 128 | 135 |
| Alabama | 185 | 228 | 157 | 119 | 171 | 157 | 228 | 132 | 118 | 144 | 186 | 117 | 120 | 143 |
| Alaska* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,370! | 962! | 0 |
| Arizona | 138 | 132 | 189 | 116 | 82 | 176 | 126 | 127 | 67 | 73! | 121 | 67! | 69! | 98 |
| Arkansas | 171! | 233 | 229 | 352 | 211 | 116! | 172! | 143! | 203 | 67! | 94! | 223 | 134! | 212 |
| California | 150 | 171 | 173 | 165 | 154 | 190 | 154 | 155 | 127 | 169 | 162 | 128 | 141 | 157 |
| Colorado | 142 | 154 | 126 | 111 | 95! | 136 | 94 | 155 | 160 | 106 | 157 | 102 | 72! | 160 |
| Connecticut | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Delaware | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| District of Columbia | 242! | 0 | 316! | 529 | 374 | 475! | 346 | 318! | 234! | 259! | 132! | 232! | 81! | 262! |
| Florida | 166 | 196 | 145 | 159 | 143 | 125 | 153 | 154 | 115 | 143 | 97 | 114 | 121 | 124 |
| Georgia | 113 | 110 | 132 | 114 | 128 | 92 | 100 | 98 | 115 | 97 | 102 | 101 | 105 | 123 |
| Hawaii | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Idaho | 112! | 101! | 30! | 59! | 34! | 178! | 127! | 172! | 25! | 160! | 85! | 134! | 107! | 170! |
| Illinois | 178 | 107 | 106 | 140 | 201 | 84 | 181 | 150 | 138 | 148 | 114 | 102 | 108 | 149 |
| Indiana | 165 | 124 | 95 | 149 | 109 | 92 | 139 | 104 | 62! | 87 | 124 | 121 | 108 | 111 |
| Iowa | 66! | 129! | 83! | 26! | 110! | 96! | 75! | 120! | 49! | 154! | 75! | 195! | 94! | 222! |
| Kansas | 177! | 159! | 195 | 134! | 219 | 148! | 130! | 95! | 156 | 157! | 130! | 138! | 158! | 239 |
| Kentucky | 139 | 68 | 86 | 97 | 98 | 134 | 124 | 138 | 122 | 101 | 120 | 88 | 107 | 72 |
| Louisiana | 44! | 82 | 81 | 115 | 143 | 104 | 100 | 104 | 117 | 74 | 81 | 64 | 129 | 136 |
| Maine | 154! | 142! | 464! | 191! | 135! | 64! | 283! | 61! | 63! | 127! | 282! | 530! | 0 | 93! |
| Maryland | 210 | 182 | 166 | 199 | 116 | 181 | 207 | 228 | 184 | 164 | 194 | 169 | 139 | 166 |
| Massachusetts | 53! | 91! | 136 | 73! | 61! | 168 | 101 | 103 | 128 | 129 | 149 | 48! | 146 | 96! |
| Michigan | 145 | 103 | 108 | 156 | 111 | 159 | 112 | 98 | 68 | 118 | 109 | 145 | 99 | 81 |
| Minnesota | 121! | 141! | 101! | 140! | 128! | 110! | 151! | 106! | 56! | 44! | 146! | 92! | 108! | 75! |
| Mississippi | 91! | 129 | 167 | 156 | 162 | 146 | 164 | 152 | 127 | 134 | 133 | 132 | 71! | 130 |
| Missouri | 211 | 171 | 89! | 181 | 60! | 97! | 116 | 235 | 146 | 175 | 197 | 104 | 218 | 161 |
| Montana | 232! | 53! | 277! | 260! | 149! | 288! | 50! | 116! | 112! | 345! | 154! | 773! | 152! | 179! |
| Nebraska | 234! | 211! | 241! | 80! | 140! | 68! | 219! | 68! | 159! | 204! | 177! | 147! | 116! | 198! |
| Nevada | 288 | 333 | 106! | 80! | 116! | 228 | 139! | 131! | 106! | 181 | 108! | 184 | 173 | 145! |
| New Hampshire | 338! | 145! | 323! | 192! | 181! | 54! | 195! | 196! | 99! | 237! | 48! | 194! | 140! | 50! |
| New Jersey | 205 | 108 | 104 | 225 | 196 | 177 | 189 | 185 | 151 | 152 | 182 | 131 | 154 | 140 |
| New Mexico | 253 | 140! | 136! | 95! | 210 | 128! | 233 | 171 | 121! | 133! | 191 | 277 | 190 | 118! |
| New York | 208 | 181 | 166 | 154 | 141 | 166 | 161 | 166 | 106 | 124 | 123 | 121 | 142 | 148 |
| North Carolina | 122 | 132 | 212 | 144 | 128 | 95 | 115 | 147 | 98 | 128 | 129 | 93 | 130 | 112 |
| North Dakota | 162! | 154! | 268! | 242! | 114! | 0 | 208! | 113! | 104! | 223! | 211! | 90! | 252! | 460! |
| Ohio | 143 | 118 | 161 | 153 | 91 | 122 | 126 | 127 | 119 | 130 | 132 | 157 | 176 | 167 |
| Oklahoma | 208 | 249 | 119! | 158 | 154 | 179 | 191 | 222 | 169 | 172 | 209 | 139 | 136 | 169 |
| Oregon | 150! | 132! | 110! | 106! | 230 | 117! | 165! | 36! | 238 | 121! | 153! | 136! | 38! | 70! |
| Pennsylvania | 135 | 165 | 153 | 164 | 200 | 166 | 155 | 144 | 118 | 97 | 87 | 127 | 155 | 110 |
| Rhode Island | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| South Carolina | 194 | 218 | 140 | 100! | 138 | 157 | 165 | 103 | 139 | 119 | 155 | 58! | 192 | 181 |
| South Dakota | 344! | 176! | 77! | 0 | 66! | 192! | 61! | 65! | 141! | 123! | 0 | 66! | 0 | 108! |
| Tennessee | 143 | 138 | 138 | 100 | 168 | 149 | 92 | 139 | 139 | 129 | 85 | 166 | 141 | 103 |
| Texas | 167 | 154 | 171 | 159 | 157 | 165 | 144 | 130 | 124 | 113 | 125 | 105 | 107 | 151 |
| Utah | 112! | 107! | 223 | 112! | 169! | 156! | 107! | 160! | 87! | 173 | 110! | 195 | 151! | 248 |
| Vermont | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Virginia | 170 | 185 | 152 | 168 | 129 | 113 | 127 | 200 | 170 | 138 | 100 | 154 | 133 | 97 |
| Washington | 93! | 81! | 91! | 136 | 93! | 85! | 142 | 109 | 119 | 107 | 130 | 123 | 167 | 147 |
| West Virginia | 71! | 185! | 65! | 182! | 138! | 147! | 139! | 92! | 138! | 180! | 121! | 180! | 230! | 134! |
| Wisconsin | 54! | 86! | 89 | 78! | 69! | 74! | 73! | 96 | 110 | 90! | 92 | 100 | 101 | 79! |
| Wyoming | 0 | 0 | 163! | 224! | 267! | 196! | 131! | 64! | 0 | 67! | 0 | 61! | 260! | 126! |

Note: Data may have been revised from previously published statistics. Local jail mortality rates are per 100,000 inmates held in custody. Mortality rates are based on the average daily population (ADP). In 2000 and 2001, ADP was estimated by taking the average of January 1 and December 31 inmate population counts. Mortality rates between states are not directly comparable because rates are not adjusted.

~Not applicable. Prisons and jails form one integrated system. See prison tables for mortality data.

! Interpret with caution; too few cases to provide a reliable rate.

*Prisons and jails form one integrated system. Includes data for 14 locally operated jails; excludes data for prisons and jails operated by the Alaska Department of Corrections.

Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2000–2013.

JX-CCH-000493

**TABLE 14**
**Number of local jail jurisdictions reporting to the Deaths in Custody Reporting Program, by state, 2000–2013**

| State | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 2,988 | 2,973 | 2,958 | 2,941 | 2,924 | 2,897 | 2,869 | 2,848 | 2,833 | 2,748 | 2,754 | 2,746 | 2,805 | 2,703 |
| Alabama | 151 | 149 | 147 | 146 | 145 | 142 | 136 | 132 | 125 | 115 | 117 | 115 | 122 | 116 |
| Alaska* | 15 | 15 | 15 | 14 | 14 | 15 | 15 | 15 | 15 | 14 | 15 | 15 | 15 | 15 |
| Arizona | 16 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 |
| Arkansas | 85 | 84 | 84 | 83 | 82 | 83 | 81 | 81 | 81 | 76 | 71 | 73 | 77 | 67 |
| California | 68 | 67 | 67 | 67 | 67 | 66 | 65 | 64 | 64 | 63 | 63 | 62 | 63 | 63 |
| Colorado | 55 | 55 | 55 | 55 | 55 | 55 | 53 | 53 | 53 | 53 | 52 | 50 | 52 | 54 |
| Connecticut | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Delaware | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| District of Columbia | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Florida | 68 | 68 | 68 | 68 | 67 | 67 | 67 | 67 | 67 | 65 | 66 | 66 | 67 | 63 |
| Georgia | 176 | 174 | 174 | 172 | 170 | 167 | 164 | 162 | 159 | 152 | 153 | 154 | 158 | 145 |
| Hawaii | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Idaho | 39 | 38 | 38 | 38 | 38 | 38 | 38 | 37 | 37 | 35 | 34 | 34 | 35 | 36 |
| Illinois | 90 | 89 | 90 | 90 | 89 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 88 | 90 | 89 |
| Indiana | 90 | 91 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 89 | 89 | 90 | 90 | 88 |
| Iowa | 94 | 93 | 93 | 93 | 93 | 93 | 93 | 93 | 93 | 92 | 90 | 93 | 93 | 92 |
| Kansas | 95 | 95 | 95 | 95 | 95 | 95 | 94 | 94 | 93 | 90 | 92 | 90 | 93 | 95 |
| Kentucky | 80 | 78 | 80 | 79 | 79 | 76 | 74 | 74 | 74 | 70 | 72 | 73 | 75 | 74 |
| Louisiana | 87 | 86 | 85 | 85 | 85 | 83 | 83 | 83 | 83 | 79 | 82 | 75 | 83 | 76 |
| Maine | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 14 | 14 | 14 | 11 | 12 | 12 | 11 |
| Maryland | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 23 | 24 | 24 | 24 | 24 |
| Massachusetts | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 11 |
| Michigan | 83 | 83 | 82 | 82 | 82 | 82 | 81 | 81 | 81 | 81 | 81 | 80 | 81 | 79 |
| Minnesota | 71 | 71 | 71 | 71 | 71 | 71 | 71 | 71 | 70 | 68 | 70 | 69 | 70 | 76 |
| Mississippi | 91 | 90 | 89 | 88 | 88 | 85 | 84 | 84 | 83 | 80 | 77 | 77 | 83 | 67 |
| Missouri | 125 | 125 | 125 | 124 | 120 | 119 | 120 | 119 | 119 | 111 | 115 | 115 | 116 | 109 |
| Montana | 41 | 41 | 40 | 40 | 41 | 40 | 40 | 40 | 40 | 37 | 39 | 39 | 39 | 37 |
| Nebraska | 64 | 63 | 63 | 63 | 63 | 63 | 62 | 62 | 62 | 61 | 61 | 60 | 61 | 60 |
| Nevada | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 18 |
| New Hampshire | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| New Jersey | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 20 | 21 | 21 | 21 | 21 |
| New Mexico | 34 | 35 | 35 | 34 | 34 | 32 | 32 | 32 | 32 | 29 | 29 | 31 | 31 | 31 |
| New York | 58 | 58 | 58 | 58 | 58 | 58 | 58 | 58 | 58 | 57 | 57 | 58 | 56 | 55 |
| North Carolina | 96 | 96 | 96 | 96 | 94 | 94 | 94 | 94 | 93 | 89 | 92 | 93 | 93 | 90 |
| North Dakota | 23 | 23 | 23 | 23 | 23 | 23 | 22 | 21 | 21 | 22 | 22 | 22 | 22 | 22 |
| Ohio | 97 | 96 | 96 | 93 | 93 | 93 | 92 | 91 | 91 | 91 | 90 | 93 | 93 | 98 |
| Oklahoma | 100 | 100 | 100 | 99 | 98 | 96 | 94 | 93 | 93 | 88 | 90 | 88 | 89 | 79 |
| Oregon | 33 | 33 | 33 | 33 | 33 | 32 | 32 | 32 | 32 | 31 | 31 | 30 | 31 | 32 |
| Pennsylvania | 63 | 63 | 63 | 63 | 63 | 63 | 63 | 63 | 63 | 63 | 63 | 63 | 63 | 60 |
| Rhode Island | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| South Carolina | 46 | 46 | 46 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 45 | 42 | 44 | 45 | 44 |
| South Dakota | 28 | 29 | 29 | 29 | 29 | 28 | 28 | 28 | 28 | 26 | 27 | 25 | 27 | 27 |
| Tennessee | 97 | 97 | 96 | 96 | 96 | 96 | 95 | 94 | 94 | 90 | 89 | 89 | 95 | 90 |
| Texas | 248 | 247 | 246 | 245 | 242 | 242 | 242 | 237 | 236 | 232 | 229 | 228 | 234 | 224 |
| Utah | 26 | 26 | 26 | 26 | 26 | 26 | 26 | 26 | 26 | 26 | 26 | 25 | 26 | 24 |
| Vermont | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Virginia | 73 | 72 | 72 | 72 | 72 | 69 | 66 | 64 | 64 | 64 | 65 | 65 | 62 | 58 |
| Washington | 58 | 58 | 58 | 57 | 57 | 56 | 56 | 56 | 56 | 56 | 55 | 55 | 55 | 55 |
| West Virginia | 28 | 28 | 19 | 18 | 16 | 13 | 12 | 12 | 12 | 11 | 11 | 10 | 11 | 11 |
| Wisconsin | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 70 | 69 | 70 | 70 | 70 | 68 |
| Wyoming | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 23 | 23 | 23 |

Note: Data may have been revised from previously published statistics.
~Not applicable. Prisons and jails form one integrated system. See prison tables for mortality data.
*Prisons and jails form one integrated system. Includes data for 14 locally operated jails; excludes data for prisons and jails operated by the Alaska Department of Corrections.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2000–2013.

JX-CCH-000494

**TABLE 15**

**Number of local jail jurisdictions reporting one or more deaths to the Deaths in Custody Program, by state, 2000–2013**

| State | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 435 | 484 | 485 | 511 | 518 | 522 | 539 | 534 | 501 | 501 | 501 | 523 | 538 | 542 |
| Alabama | 15 | 22 | 20 | 14 | 16 | 22 | 25 | 16 | 15 | 17 | 24 | 16 | 17 | 18 |
| Alaska* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 |
| Arizona | 5 | 5 | 7 | 4 | 4 | 7 | 5 | 5 | 5 | 5 | 6 | 4 | 3 | 4 |
| Arkansas | 7 | 10 | 10 | 16 | 11 | 4 | 10 | 7 | 11 | 4 | 6 | 13 | 8 | 11 |
| California | 30 | 32 | 29 | 36 | 32 | 34 | 27 | 32 | 30 | 33 | 28 | 28 | 29 | 36 |
| Colorado | 6 | 7 | 11 | 6 | 9 | 12 | 10 | 11 | 13 | 6 | 11 | 7 | 7 | 11 |
| Connecticut | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Delaware | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| District of Columbia | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Florida | 23 | 30 | 27 | 27 | 31 | 29 | 30 | 33 | 25 | 31 | 23 | 28 | 27 | 31 |
| Georgia | 24 | 28 | 34 | 31 | 29 | 33 | 29 | 33 | 29 | 27 | 30 | 30 | 35 | 30 |
| Hawaii | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Idaho | 3 | 2 | 1 | 2 | 1 | 7 | 5 | 7 | 1 | 6 | 2 | 4 | 4 | 6 |
| Illinois | 7 | 6 | 11 | 20 | 14 | 11 | 13 | 15 | 13 | 9 | 12 | 14 | 15 | 12 |
| Indiana | 11 | 17 | 11 | 15 | 15 | 14 | 19 | 12 | 10 | 11 | 15 | 16 | 15 | 14 |
| Iowa | 2 | 4 | 3 | 1 | 3 | 4 | 3 | 5 | 2 | 5 | 3 | 7 | 4 | 7 |
| Kansas | 8 | 9 | 10 | 9 | 10 | 11 | 7 | 6 | 11 | 7 | 6 | 9 | 8 | 11 |
| Kentucky | 11 | 10 | 9 | 13 | 14 | 12 | 15 | 17 | 15 | 16 | 19 | 15 | 15 | 10 |
| Louisiana | 5 | 15 | 15 | 16 | 24 | 15 | 17 | 16 | 24 | 16 | 16 | 13 | 25 | 23 |
| Maine | 2 | 2 | 5 | 3 | 1 | 1 | 5 | 1 | 1 | 2 | 3 | 5 | 0 | 1 |
| Maryland | 7 | 9 | 3 | 10 | 6 | 9 | 11 | 6 | 7 | 10 | 9 | 11 | 9 | 9 |
| Massachusetts | 3 | 6 | 7 | 5 | 5 | 8 | 8 | 7 | 8 | 8 | 8 | 3 | 5 | 7 |
| Michigan | 12 | 8 | 13 | 18 | 15 | 17 | 15 | 14 | 12 | 10 | 12 | 13 | 12 | 12 |
| Minnesota | 5 | 8 | 6 | 8 | 7 | 6 | 9 | 6 | 4 | 2 | 8 | 6 | 5 | 5 |
| Mississippi | 8 | 11 | 12 | 15 | 15 | 13 | 15 | 13 | 13 | 11 | 11 | 12 | 8 | 10 |
| Missouri | 10 | 10 | 7 | 14 | 6 | 9 | 10 | 17 | 12 | 16 | 19 | 10 | 20 | 15 |
| Montana | 3 | 1 | 4 | 5 | 3 | 4 | 1 | 2 | 2 | 6 | 2 | 6 | 2 | 4 |
| Nebraska | 5 | 5 | 6 | 2 | 4 | 2 | 5 | 2 | 5 | 3 | 5 | 4 | 2 | 6 |
| Nevada | 7 | 8 | 3 | 4 | 5 | 6 | 4 | 5 | 6 | 6 | 5 | 5 | 6 | 7 |
| New Hampshire | 3 | 2 | 5 | 2 | 2 | 1 | 3 | 3 | 2 | 4 | 1 | 4 | 2 | 1 |
| New Jersey | 12 | 10 | 7 | 12 | 12 | 11 | 12 | 15 | 12 | 11 | 12 | 10 | 13 | 10 |
| New Mexico | 9 | 7 | 6 | 5 | 8 | 4 | 8 | 10 | 6 | 4 | 10 | 12 | 9 | 8 |
| New York | 12 | 10 | 17 | 15 | 12 | 12 | 12 | 13 | 9 | 18 | 11 | 18 | 14 | 15 |
| North Carolina | 13 | 17 | 18 | 15 | 17 | 16 | 17 | 17 | 14 | 17 | 19 | 12 | 23 | 19 |
| North Dakota | 1 | 1 | 2 | 2 | 1 | 0 | 2 | 1 | 1 | 2 | 2 | 1 | 1 | 5 |
| Ohio | 13 | 14 | 16 | 19 | 15 | 17 | 17 | 19 | 16 | 16 | 15 | 18 | 22 | 21 |
| Oklahoma | 10 | 11 | 7 | 7 | 6 | 13 | 12 | 13 | 9 | 12 | 13 | 9 | 12 | 10 |
| Oregon | 4 | 7 | 4 | 4 | 7 | 6 | 7 | 3 | 9 | 5 | 5 | 5 | 3 | 4 |
| Pennsylvania | 15 | 21 | 23 | 19 | 28 | 18 | 20 | 25 | 16 | 19 | 15 | 21 | 23 | 21 |
| Rhode Island | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| South Carolina | 11 | 14 | 14 | 7 | 14 | 15 | 14 | 10 | 15 | 10 | 12 | 6 | 17 | 14 |
| South Dakota | 4 | 2 | 1 | 0 | 1 | 3 | 1 | 1 | 2 | 2 | 0 | 1 | 0 | 2 |
| Tennessee | 17 | 13 | 15 | 13 | 24 | 19 | 15 | 19 | 22 | 19 | 14 | 22 | 21 | 11 |
| Texas | 50 | 40 | 40 | 42 | 47 | 49 | 49 | 38 | 37 | 43 | 41 | 44 | 40 | 51 |
| Utah | 3 | 5 | 4 | 5 | 8 | 4 | 3 | 8 | 2 | 6 | 5 | 8 | 4 | 6 |
| Vermont | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Virginia | 21 | 24 | 22 | 20 | 17 | 19 | 22 | 26 | 27 | 20 | 17 | 22 | 20 | 19 |
| Washington | 8 | 7 | 7 | 10 | 6 | 11 | 11 | 8 | 9 | 9 | 10 | 12 | 9 | 10 |
| West Virginia | 2 | 6 | 2 | 6 | 5 | 2 | 5 | 3 | 5 | 5 | 4 | 5 | 8 | 4 |
| Wisconsin | 7 | 8 | 8 | 10 | 4 | 8 | 8 | 12 | 12 | 9 | 10 | 11 | 12 | 8 |
| Wyoming | 0 | 0 | 2 | 3 | 3 | 3 | 2 | 1 | 1 | 2 | 1 | 1 | 2 | 2 |

Note: Data may have been revised from previously published statistics.

~Not applicable. Prisons and jails form one integrated system. See prison tables for mortality data.

*Prisons and jails form one integrated system. Includes data for 14 locally operated jails; excludes data for prisons and jails operated by the Alaska Department of Corrections.

Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2000–2013.

JX-CCH-000495

**TABLE 16**
**Number of state prisoner deaths, by cause of death, 2001–2013**

| Cause of death | Total | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All causes | 42,157 | 2,869 | 2,933 | 3,152 | 3,123 | 3,168 | 3,233 | 3,389 | 3,450 | 3,417 | 3,234 | 3,353 | 3,357 | 3,479 |
| Illness | 37,374 | 2,567 | 2,614 | 2,830 | 2,783 | 2,817 | 2,830 | 2,980 | 3,034 | 3,028 | 2,868 | 2,982 | 2,959 | 3,082 |
| Cancer | 11,223 | 691 | 681 | 811 | 733 | 805 | 806 | 772 | 905 | 974 | 927 | 1,028 | 1,024 | 1,066 |
| Heart disease | 10,795 | 743 | 802 | 801 | 842 | 835 | 854 | 840 | 846 | 844 | 831 | 856 | 804 | 897 |
| Liver disease | 4,063 | 307 | 297 | 306 | 283 | 318 | 303 | 316 | 317 | 333 | 286 | 339 | 304 | 354 |
| Respiratory disease | 2,558 | 139 | 154 | 194 | 198 | 212 | 193 | 205 | 252 | 196 | 206 | 198 | 218 | 193 |
| AIDS-related | 1,733 | 275 | 241 | 209 | 147 | 156 | 132 | 120 | 99 | 98 | 73 | 57 | 74 | 52 |
| All other[a] | 7,002 | 412 | 439 | 509 | 580 | 491 | 542 | 727 | 615 | 583 | 545 | 504 | 535 | 520 |
| Suicide | 2,577 | 168 | 168 | 199 | 199 | 213 | 219 | 215 | 197 | 202 | 215 | 185 | 205 | 192 |
| Drug/alcohol intoxication | 546 | 35 | 37 | 23 | 22 | 37 | 56 | 41 | 58 | 50 | 40 | 58 | 33 | 56 |
| Accident | 411 | 22 | 29 | 26 | 34 | 28 | 32 | 28 | 26 | 32 | 32 | 38 | 50 | 34 |
| Homicide[b] | 762 | 39 | 48 | 49 | 49 | 56 | 55 | 57 | 40 | 54 | 70 | 70 | 85 | 90 |
| Other/unknown | 293 | 0 | 0 | 25 | 36 | 17 | 41 | 16 | 95 | 16 | 4 | 11 | 14 | 18 |
| Missing | 194 | 38 | 37 | 0 | 0 | 0 | 0 | 52 | 0 | 35 | 5 | 9 | 11 | 7 |

Note: Data may have been revised from previously published statistics. Excludes executions; for execution data, see *Capital Punishment, 2013 - Statistical Tables* (NCJ 248448, BJS web, December 2014). See *Methodology* for details on illnesses and homicides.
[a]Includes other specified illnesses, such as cerebrovascular disease, influenza, and other nonleading natural causes of death, as well as unspecified illnesses.
[b]Includes homicides committed by other inmates, incidental to the staff use of force, and resulting from assaults sustained prior to incarceration.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2013.

**TABLE 17**
**Percent of state prisoner deaths, by cause of death, 2001–2013**

| Cause of death | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All causes | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Illness | 89.5% | 89.1% | 89.8% | 89.1% | 88.9% | 87.5% | 87.9% | 87.9% | 88.6% | 88.7% | 88.9% | 88.1% | 88.6% |
| Cancer | 24.1 | 23.2 | 25.7 | 23.5 | 25.4 | 24.9 | 22.8 | 26.2 | 28.5 | 28.7 | 30.7 | 30.5 | 30.6 |
| Heart disease | 25.9 | 27.3 | 25.4 | 27.0 | 26.4 | 26.4 | 24.8 | 24.5 | 24.7 | 25.7 | 25.5 | 23.9 | 25.8 |
| Liver disease | 10.7 | 10.1 | 9.7 | 9.1 | 10.0 | 9.4 | 9.3 | 9.2 | 9.7 | 8.8 | 10.1 | 9.1 | 10.2 |
| Respiratory disease | 4.8 | 5.3 | 6.2 | 6.3 | 6.7 | 6.0 | 6.0 | 7.3 | 5.7 | 6.4 | 5.9 | 6.5 | 5.5 |
| AIDS-related | 9.6 | 8.2 | 6.6 | 4.7 | 4.9 | 4.1 | 3.5 | 2.9 | 2.9 | 2.3 | 1.7 | 2.2 | 1.5 |
| All other[a] | 14.4 | 15.0 | 16.1 | 18.6 | 15.5 | 16.8 | 21.5 | 17.8 | 17.1 | 16.9 | 15.0 | 15.9 | 14.9 |
| Suicide | 5.9% | 5.7% | 6.3% | 6.4% | 6.7% | 6.8% | 6.3% | 5.7% | 5.9% | 6.6% | 5.5% | 6.1% | 5.5% |
| Drug/alcohol intoxication | 1.2% | 1.3% | 0.7% | 0.7% | 1.2% | 1.7% | 1.2% | 1.7% | 1.5% | 1.2% | 1.7% | 1.0% | 1.6% |
| Accident | 0.8% | 1.0% | 0.8% | 1.1% | 0.9% | 1.0% | 0.8% | 0.8% | 0.9% | 1.0% | 1.1% | 1.5% | 1.0% |
| Homicide[b] | 1.4% | 1.6% | 1.6% | 1.6% | 1.8% | 1.7% | 1.7% | 1.2% | 1.6% | 2.2% | 2.1% | 2.5% | 2.6% |
| Other/unknown | 0.0% | 0.0% | 0.8% | 1.2% | 0.5% | 1.3% | 0.5% | 2.8% | 0.5% | 0.1% | 0.3% | 0.4% | 0.5% |
| Missing | 1.3% | 1.3% | 0.0% | 0.0% | 0.0% | 0.0% | 1.5% | 0.0% | 1.0% | 0.2% | 0.3% | 0.3% | 0.2% |

Note: Data may have been revised from previously published statistics. Excludes executions; for execution data, see *Capital Punishment, 2013 - Statistical Tables* (NCJ 248448, BJS web, December 2014). See *Methodology* for details on illnesses and homicides.
[a]Includes other specified illnesses, such as cerebrovascular disease, influenza, and other nonleading natural causes of death, as well as unspecified illnesses.
[b]Includes homicides committed by other inmates, incidental to the staff use of force, and resulting from assaults sustained prior to incarceration.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2013.

JX-CCH-000496

**TABLE 18**
**Mortality rate per 100,000 state prisoners, by cause of death, 2001–2013**

| Cause of death | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All causes | 242 | 244 | 257 | 252 | 253 | 249 | 256 | 260 | 258 | 245 | 260 | 265 | 274 |
| Illness | 216 | 218 | 231 | 224 | 225 | 218 | 225 | 229 | 228 | 217 | 231 | 234 | 243 |
|   Cancer | 58 | 57 | 66 | 59 | 64 | 62 | 58 | 68 | 73 | 70 | 80 | 81 | 84 |
|   Heart disease | 63 | 67 | 65 | 68 | 67 | 66 | 64 | 64 | 64 | 63 | 66 | 63 | 71 |
|   Liver disease | 26 | 25 | 25 | 23 | 25 | 23 | 24 | 24 | 25 | 22 | 26 | 24 | 28 |
|   Respiratory disease | 12 | 13 | 16 | 16 | 17 | 15 | 16 | 19 | 15 | 16 | 15 | 17 | 15 |
|   AIDS-related | 23 | 20 | 17 | 12 | 12 | 10 | 9 | 7 | 7 | 6 | 4 | 6 | 4 |
|   All other[a] | 35 | 37 | 42 | 47 | 39 | 42 | 55 | 46 | 44 | 41 | 39 | 42 | 41 |
| Suicide | 14 | 14 | 16 | 16 | 17 | 17 | 16 | 15 | 15 | 16 | 14 | 16 | 15 |
| Drug/alcohol intoxication | 3 | 3 | 2 | 2 | 3 | 4 | 3 | 4 | 4 | 3 | 4 | 3 | 4 |
| Accident | 2 | 2 | 2 | 3 | 2 | 2 | 2 | 2 | 2 | 2 | 3 | 4 | 3 |
| Homicide[b] | 3 | 4 | 4 | 4 | 4 | 4 | 4 | 3 | 4 | 5 | 5 | 7 | 7 |
| Other/unknown | 0 | 0 | 2 | 3 | 1 | 3 | 1 | 7 | 1 | --! | 1! | 1 | 1 |
| Missing | 3 | 3 | 0 | 0 | 0 | 0 | 4 | 0 | 3 | --! | 1! | 1! | 1! |

Note: Data may have been revised from previously published statistics. Excludes executions; for execution data, see *Capital Punishment, 2013 - Statistical Tables* (NCJ 248448, BJS web, December 2014). See *Methodology* for details on rates, illnesses, and homicides.

--Less than 0.5.

! Interpret with caution; too few cases to provide a reliable rate.

[a]Includes other specified illnesses, such as cerebrovascular disease, influenza, and other nonleading natural causes of death, as well as unspecified illnesses.

[b]Includes homicides committed by other inmates, incidental to the staff use of force, and resulting from assaults sustained prior to incarceration.

Sources: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2013; and National Prisoner Statistics, 2001–2013.

**TABLE 19**
**Number of state prisoner deaths, by selected decedent characteristics, 2001–2013**

| Characteristic | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 2,869 | 2,933 | 3,152 | 3,123 | 3,168 | 3,233 | 3,389 | 3,450 | 3,417 | 3,234 | 3,353 | 3,357 | 3,479 |
| **Sex** | | | | | | | | | | | | | |
|   Male | 2,769 | 2,814 | 3,024 | 2,987 | 3,025 | 3,103 | 3,252 | 3,287 | 3,267 | 3,117 | 3,210 | 3,244 | 3,338 |
|   Female | 100 | 119 | 126 | 136 | 143 | 130 | 137 | 163 | 150 | 117 | 143 | 113 | 141 |
| **Race/Hispanic origin[a]** | | | | | | | | | | | | | |
|   White | 1,340 | 1,400 | 1,591 | 1,546 | 1,623 | 1,627 | 1,718 | 1,821 | 1,774 | 1,680 | 1,912 | 1,789 | 1,902 |
|   Black/African American | 1,161 | 1,151 | 1,200 | 1,179 | 1,162 | 1,148 | 1,225 | 1,157 | 1,199 | 1,122 | 1,039 | 1,113 | 1,104 |
|   Hispanic/Latino[b] | 322 | 332 | 308 | 332 | 324 | 404 | 383 | 399 | 372 | 359 | 329 | 379 | 402 |
|   Other[c] | 46 | 44 | 44 | 65 | 54 | 50 | 54 | 73 | 58 | 61 | 61 | 70 | 70 |
| **Age** | | | | | | | | | | | | | |
|   17 or younger | 2 | 1 | 3 | 1 | 1 | 1 | 1 | 3 | 0 | 3 | 2 | 0 | 0 |
|   18–24 | 86 | 62 | 57 | 81 | 78 | 60 | 68 | 67 | 69 | 69 | 50 | 69 | 68 |
|   25–34 | 256 | 248 | 277 | 255 | 243 | 250 | 226 | 222 | 210 | 217 | 201 | 190 | 219 |
|   35–44 | 656 | 661 | 666 | 619 | 599 | 561 | 513 | 468 | 467 | 382 | 397 | 360 | 334 |
|   45–54 | 893 | 908 | 980 | 963 | 1,009 | 1,061 | 1,031 | 1,063 | 1,039 | 957 | 930 | 876 | 857 |
|   55 or older | 971 | 1,053 | 1,164 | 1,202 | 1,238 | 1,300 | 1,550 | 1,627 | 1,631 | 1,606 | 1,770 | 1,862 | 1,966 |

Note: Data may have been revised from previously published statistics. Detail may not sum to total due to missing data. Excludes executions; for execution data, see *Capital Punishment, 2013 - Statistical Tables* (NCJ 248448, BJS web, December 2014).

[a]Excludes persons of Hispanic or Latino origin, unless specified.

[b]In 2013, the survey separated Hispanic origin from race. Comparisons with previous years should not be made. See *Methodology*.

[c]Includes American Indians or Alaska Natives, Asians, Native Hawaiians, or other Pacific Islanders, and persons identifying two or more races.

Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2013.

JX-CCH-000497

**TABLE 20**
**Percent of state prisoner deaths, by selected decedent characteristics, 2001–2013**

| Characteristic | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| **Sex** | | | | | | | | | | | | | |
| Male | 96.5% | 95.9% | 96.0% | 95.6% | 95.5% | 96.0% | 96.0% | 95.3% | 95.6% | 96.4% | 95.7% | 96.6% | 95.9% |
| Female | 3.5 | 4.1 | 4.0 | 4.4 | 4.5 | 4.0 | 4.0 | 4.7 | 4.4 | 3.6 | 4.3 | 3.4 | 4.1 |
| **Race/Hispanic origin[a]** | | | | | | | | | | | | | |
| White | 46.7% | 47.8% | 50.6% | 49.5% | 51.3% | 50.4% | 50.8% | 52.8% | 52.1% | 52.1% | 57.2% | 53.4% | 54.7% |
| Black/African American | 40.5 | 39.3 | 38.2 | 37.8 | 36.7 | 35.6 | 36.2 | 33.5 | 35.2 | 34.8 | 31.1 | 33.2 | 31.7 |
| Hispanic/Latino[b] | 11.2 | 11.3 | 9.8 | 10.6 | 10.2 | 12.5 | 11.3 | 11.6 | 10.9 | 11.1 | 9.8 | 11.3 | 11.6 |
| Other[c] | 1.6 | 1.5 | 1.4 | 2.1 | 1.7 | 1.5 | 1.6 | 2.1 | 1.7 | 1.9 | 1.8 | 2.1 | 2.0 |
| **Age** | | | | | | | | | | | | | |
| 17 or younger | 0.1% | -- | 0.1% | -- | -- | -- | -- | 0.1% | 0.0% | 0.1% | 0.1% | 0.0% | 0.0% |
| 18–24 | 3.0 | 2.1% | 1.8 | 2.6% | 2.5% | 1.9% | 2.0% | 1.9 | 2.0 | 2.1 | 1.5 | 2.1 | 2.0 |
| 25–34 | 8.9 | 8.5 | 8.8 | 8.2 | 7.7 | 7.7 | 6.7 | 6.4 | 6.1 | 6.7 | 6.0 | 5.7 | 6.3 |
| 35–44 | 22.9 | 22.5 | 21.2 | 19.8 | 18.9 | 17.4 | 15.1 | 13.6 | 13.7 | 11.8 | 11.9 | 10.7 | 9.6 |
| 45–54 | 31.2 | 31.0 | 31.1 | 30.9 | 31.8 | 32.8 | 30.4 | 30.8 | 30.4 | 29.6 | 27.8 | 26.1 | 24.6 |
| 55 or older | 33.9 | 35.9 | 37.0 | 38.5 | 39.1 | 40.2 | 45.7 | 47.2 | 47.7 | 49.7 | 52.8 | 55.6 | 56.5 |

Note: Data may have been revised from previously published statistics. Detail may not sum to total due to missing data. Excludes executions; for executions data, see *Capital Punishment, 2013 - Statistical Tables* (NCJ 248448, BJS web, December 2014).
--Less than 0.05%.
[a]Excludes persons of Hispanic or Latino origin, unless specified.
[b]In 2013, the survey separated Hispanic origin from race. Comparisons with previous years should not be made. See *Methodology*.
[c]Includes American Indians or Alaska Natives, Asians, Native Hawaiians, or other Pacific Islanders, and persons identifying two or more races.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2013.

**TABLE 21**
**Mortality rate per 100,000 state prisoners, by selected decedent characteristics, 2001–2013**

| Characteristic | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 242 | 244 | 257 | 252 | 253 | 249 | 256 | 260 | 258 | 245 | 260 | 265 | 274 |
| **Sex** | | | | | | | | | | | | | |
| Male | 249 | 251 | 265 | 259 | 260 | 257 | 265 | 267 | 265 | 254 | 267 | 275 | 282 |
| Female | 129 | 151 | 153 | 162 | 164 | 141 | 145 | 172 | 160 | 127 | 160 | 131 | 159 |
| **Race/Hispanic origin[a]** | | | | | | | | | | | | | |
| White | 315 | 323 | 347 | 341 | 351 | 343 | 358 | 375 | 367 | 350 | 431 | 407 | 425 |
| Black/African American | 219 | 219 | 229 | 227 | 225 | 219 | 231 | 216 | 225 | 213 | 211 | 231 | 229 |
| Hispanic/Latino[b] | 201 | 200 | 181 | 184 | 177 | 213 | 195 | 213 | 195 | 184 | 120 | 142 | 153 |
| Other[c] | 168 | 151 | 147 | 211 | 171 | 148 | 156 | 211 | 161 | 171 | 75 | 89 | 89 |
| **Age** | | | | | | | | | | | | | |
| 17 or younger | 70 ! | 33 ! | 122 ! | 40 ! | 40 ! | 36 ! | 38 ! | 122 ! | 0 | 127 ! | 87 ! | 0 | 0 |
| 18–24 | 39 | 29 | 26 | 37 | 35 | 26 | 29 | 35 | 36 | 36 | 26 | 37 | 39 |
| 25–34 | 63 | 62 | 68 | 62 | 58 | 58 | 51 | 51 | 48 | 51 | 47 | 46 | 53 |
| 35–44 | 181 | 182 | 183 | 168 | 161 | 146 | 131 | 120 | 119 | 112 | 121 | 113 | 104 |
| 45–54 | 583 | 554 | 555 | 539 | 559 | 572 | 543 | 458 | 448 | 374 | 383 | 364 | 353 |
| 55 or older | 2,029 | 2,004 | 2,021 | 2,063 | 2,103 | 2,154 | 2,500 | 2,091 | 2,097 | 1,528 | 1,770 | 1,711 | 1,669 |

Note: Data may have been revised from previously published statistics. Detail may not sum to total due to missing data. Excludes executions; for execution data, see *Capital Punishment, 2013 - Statistical Tables* (NCJ 248448, BJS web, December 2014).
! Interpret with caution; too few cases to provide a reliable rate.
[a]Excludes persons of Hispanic or Latino origin, unless specified.
[b]In 2013, the survey separated Hispanic origin from race. Comparisons with previous years should not be made.
[c]Includes American Indians or Alaska Natives, Asians, Native Hawaiians, or other Pacific Islanders, and persons identifying two or more races.
Sources: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2013; National Prisoner Statistics, 2001–2013; and Survey of Inmates in State Correctional Facilities, 2004.

JX-CCH-000498

**TABLE 22**
**Estimated number of state and federal prisoners in custody, by selected inmate characteristics, 2001–2013**

| Characteristic | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total** | 1,187,800 | 1,199,900 | 1,225,700 | 1,239,700 | 1,252,400 | 1,297,200 | 1,321,700 | 1,327,000 | 1,326,500 | 1,320,600 | 1,290,200 | 1,267,000 | 1,270,807 |
| **Sex** | | | | | | | | | | | | | |
| Male | 1,110,400 | 1,121,300 | 1,143,100 | 1,155,500 | 1,165,300 | 1,205,100 | 1,227,200 | 1,232,100 | 1,232,500 | 1,228,400 | 1,201,100 | 1,180,600 | 1,181,931 |
| Female | 77,400 | 78,700 | 82,600 | 84,200 | 87,100 | 92,200 | 94,500 | 94,900 | 94,000 | 92,200 | 89,100 | 86,400 | 88,876 |
| **Race/Hispanic origin[a]** | | | | | | | | | | | | | |
| White | 425,100 | 433,800 | 458,900 | 453,500 | 462,800 | 475,000 | 479,700 | 485,800 | 482,900 | 480,400 | 443,800 | 439,700 | 447,446 |
| Black/African American | 530,900 | 524,500 | 523,400 | 519,000 | 517,500 | 523,300 | 531,100 | 536,900 | 532,600 | 528,000 | 491,400 | 481,700 | 481,761 |
| Hispanic/Latino[b] | 160,600 | 165,900 | 169,900 | 180,000 | 183,200 | 189,900 | 196,100 | 187,000 | 191,200 | 195,000 | 274,200 | 266,900 | 262,787 |
| Other[c] | 27,400 | 29,000 | 30,000 | 30,900 | 31,600 | 33,700 | 34,600 | 34,600 | 36,100 | 35,600 | 80,800 | 78,800 | 78,814 |
| **Age** | | | | | | | | | | | | | |
| 17 or younger | 2,900 | 3,000 | 2,500 | 2,500 | 2,500 | 2,800 | 2,600 | 2,500 | 2,500 | 2,400 | 2,300 | 2,400 | 2,866 |
| 18–24 | 217,800 | 216,800 | 215,700 | 218,200 | 220,400 | 227,500 | 232,200 | 189,100 | 189,100 | 189,500 | 193,100 | 185,200 | 172,330 |
| 25–34 | 403,200 | 400,900 | 408,100 | 412,800 | 418,300 | 429,500 | 440,600 | 434,000 | 433,800 | 427,800 | 424,200 | 412,400 | 413,996 |
| 35–44 | 362,900 | 362,900 | 364,000 | 368,200 | 372,000 | 384,500 | 391,800 | 391,500 | 391,400 | 339,900 | 327,800 | 317,300 | 321,092 |
| 45–54 | 153,100 | 163,800 | 176,500 | 178,500 | 180,400 | 185,600 | 190,000 | 232,100 | 232,000 | 255,900 | 242,800 | 240,900 | 242,718 |
| 55 or older | 47,900 | 52,600 | 57,600 | 58,300 | 58,900 | 60,400 | 62,000 | 77,800 | 77,800 | 105,100 | 100,000 | 108,900 | 117,805 |

Note: Data rounded to the nearest 100. Data may have been revised from previously published statistics. Data are from the Prisoners at Midyear series for 2001 to 2010 and from the Prisoners at Yearend series for 2011 to 2013.
[a]Excludes persons of Hispanic or Latino origin, unless specified.
[b]In 2013, the survey separated Hispanic origin from race. Comparisons with previous years should not be made. See Methodology.
[c]Includes American Indians or Alaska Natives, Asians, Native Hawaiians, or other Pacific Islanders, and persons identifying two or more races.
Sources: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2013; and National Prisoner Statistics, 2001–2013.

**TABLE 23**
**Number of state prisoner deaths, by cause of death and selected decedent characteristics, 2001–2013**

| Characteristic | All causes | Cancer | Heart disease | Liver disease | Respiratory disease | AIDS-related | All other[a] | Suicide | Drug/alcohol intoxication | Accident | Homicide[b] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total** | 42,157 | 11,223 | 10,795 | 4,063 | 2,558 | 1,733 | 7,002 | 2,577 | 546 | 411 | 762 |
| **Sex** | | | | | | | | | | | |
| Male | 40,437 | 10,816 | 10,434 | 3,926 | 2,420 | 1,645 | 6,614 | 2,446 | 519 | 396 | 758 |
| Female | 1,718 | 407 | 361 | 137 | 138 | 88 | 388 | 130 | 27 | 15 | 4 |
| **Race/Hispanic origin[c]** | | | | | | | | | | | |
| White | 21,723 | 6,161 | 5,690 | 2,217 | 1,436 | 372 | 3,223 | 1,512 | 310 | 232 | 345 |
| Black/African American | 14,960 | 3,943 | 4,074 | 941 | 855 | 1,154 | 2,773 | 525 | 97 | 117 | 265 |
| Hispanic/Latino[d] | 4,645 | 921 | 871 | 796 | 232 | 191 | 882 | 423 | 116 | 49 | 130 |
| Other[e] | 750 | 175 | 147 | 100 | 31 | 15 | 110 | 107 | 23 | 12 | 20 |
| **Age** | | | | | | | | | | | |
| 17 or younger | 18 | 2 | 1 | 1 | 1 | 0 | 1 | 10 | 0 | 1 | 1 |
| 18–24 | 884 | 57 | 110 | 8 | 56 | 17 | 116 | 343 | 36 | 32 | 92 |
| 25–34 | 3,014 | 272 | 510 | 70 | 166 | 222 | 431 | 838 | 149 | 75 | 215 |
| 35–44 | 6,683 | 1,106 | 1,564 | 549 | 313 | 706 | 1,109 | 738 | 193 | 100 | 205 |
| 45–54 | 12,565 | 3,377 | 2,935 | 1,946 | 588 | 592 | 2,159 | 461 | 129 | 96 | 153 |
| 55 or older | 18,938 | 6,396 | 5,662 | 1,481 | 1,430 | 196 | 3,176 | 184 | 39 | 107 | 95 |

Note: Data may have been revised from previously published statistics. Detail may not sum to total due to missing data. Mortality rates are based on the average daily population. See Methodology for details on rates, illnesses, Hispanic origin, homicides, and probation or parole violations.
[a]Includes other specified illnesses, such as cerebrovascular disease, influenza, and other nonleading natural causes of death, as well as unspecified illnesses.
[b]Includes homicides committed by other inmates, incidental to the staff use of force, and resulting from assaults sustained prior to incarceration.
[c]Excludes persons of Hispanic or Latino origin, unless specified.
[d]In 2013, the survey separated Hispanic origin from race. Comparisons with previous years should not be made.
[e]Includes American Indians or Alaska Natives, Asians, Native Hawaiians, or other Pacific Islanders, and persons identifying two or more races.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2013.

JX-CCH-000499

**TABLE 24**

**Average annual mortality rate per 100,000 state prisoners, by cause of death and selected decedent characteristics, 2001–2013**

| Characteristic | All causes | Illness | | | | | | Suicide | Drug/alcohol intoxication | Accident | Homicide[b] |
| | | Cancer | Heart disease | Liver disease | Respiratory disease | AIDS-related | All other[a] | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 255 | 68 | 65 | 25 | 15 | 10 | 42 | 16 | 3 | 2 | 5 |
| **Sex** | | | | | | | | | | | |
| Male | 263 | 70 | 68 | 26 | 16 | 11 | 43 | 16 | 3 | 3 | 5 |
| Female | 150 | 36 | 32 | 12 | 12 | 8 | 34 | 11 | 2 | 1 | --! |
| **Race/Hispanic origin[c]** | | | | | | | | | | | |
| White | 364 | 103 | 95 | 37 | 24 | 6 | 54 | 25 | 5 | 4 | 6 |
| Black/African American | 223 | 59 | 61 | 14 | 13 | 17 | 41 | 8 | 1 | 2 | 4 |
| Hispanic/Latino[d] | 177 | 35 | 33 | 30 | 9 | 7 | 34 | 16 | 4 | 2 | 5 |
| Other[e] | 134 | 31 | 26 | 18 | 6 | 3 | 20 | 19 | 4 | 2 | 4 |
| **Age** | | | | | | | | | | | |
| 17 or younger | 53 | 6! | 3! | 3! | 3! | 0 | 3! | 30! | 0 | 3! | 3! |
| 18–24 | 33 | 2 | 4 | --! | 2 | 1 | 4 | 13 | 1 | 1 | 3 |
| 25–34 | 55 | 5 | 9 | 1 | 3 | 4 | 8 | 15 | 3 | 1 | 4 |
| 35–44 | 142 | 24 | 33 | 12 | 7 | 15 | 24 | 16 | 4 | 2 | 4 |
| 45–54 | 470 | 126 | 110 | 73 | 22 | 22 | 81 | 17 | 5 | 4 | 6 |
| 55 or older | 1,922 | 649 | 575 | 150 | 145 | 20 | 322 | 19 | 4 | 11 | 10 |

Note: Data may have been revised from previously published statistics. Detail may not sum to total due to missing data. Mortality rates are based on the average daily population. See *Methodology* for details on rates, illnesses, homicides, and Hispanic origin.

--Less than 0.5.

! Interpret with caution; too few cases to provide a reliable rate.

[a]Includes other specified illnesses, such as cerebrovascular disease, influenza, and other nonleading natural causes of death, as well as unspecified illnesses.

[b]Includes homicides committed by other inmates, incidental to the staff use of force, and resulting from assaults sustained prior to incarceration.

[c]Excludes persons of Hispanic or Latino origin, unless specified.

[d]In 2013, the survey separated Hispanic origin from race. Comparisons with previous years should not be made.

[e]Includes American Indians or Alaska Natives, Asians, Native Hawaiians, or other Pacific Islanders, and persons identifying two or more races.

Sources: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2013; National Inmate Survey, 2007, 2008–2009, and 2011–2012; and National Prisoner Statistics, 2001–2013.

JX-CCH-000500

## TABLE 25
**Number of state and federal prisoner deaths, by location, 2001–2013**

| Location | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Federal** | 301 | 335 | 346 | 333 | 388 | 328 | 368 | 399 | 376 | 387 | 387 | 350 | 400 |
| **State**[a] | 2,869 | 2,933 | 3,152 | 3,123 | 3,168 | 3,233 | 3,389 | 3,450 | 3,417 | 3,234 | 3,353 | 3,357 | 3,479 |
| Alabama | 87 | 85 | 92 | 65 | 66 | 61 | 54 | 75 | 80 | 66 | 104 | 86 | 107 |
| Alaska[b] | 8 | 14 | 4 | 8 | 4 | 6 | 10 | 14 | 7 | 13 | 12 | 11 | 8 |
| Arizona | 64 | 72 | 84 | 66 | 78 | 72 | 61 | 77 | 85 | 85 | 86 | 87 | 95 |
| Arkansas | 42 | 31 | 39 | 34 | 38 | 37 | 46 | 41 | 50 | 54 | 50 | 43 | 56 |
| California | 287 | 337 | 333 | 348 | 366 | 424 | 395 | 369 | 395 | 414 | 388 | 368 | 366 |
| Colorado | 42 | 51 | 47 | 39 | 54 | 31 | 42 | 38 | 49 | 48 | 37 | 48 | 40 |
| Connecticut[b] | 30 | 30 | 36 | 33 | 40 | 25 | 27 | 32 | 29 | 21 | 19 | 24 | 20 |
| Delaware[b] | 16 | 15 | 19 | 13 | 19 | 13 | 15 | 15 | 12 | 23 | 15 | 10 | 14 |
| Florida | 182 | 183 | 221 | 226 | 244 | 261 | 249 | 291 | 278 | 275 | 297 | 324 | 305 |
| Georgia | 93 | 102 | 126 | 90 | 122 | 103 | 143 | 128 | 125 | 112 | 123 | 103 | 122 |
| Hawaii[b] | 7 | 13 | 8 | 8 | 8 | 5 | 13 | 14 | 11 | 12 | 6 | 12 | 14 |
| Idaho | 17 | 9 | 12 | 12 | 13 | 18 | 14 | 18 | 13 | 13 | 13 | 9 | 10 |
| Illinois | 86 | 72 | 80 | 97 | 72 | 94 | 104 | 71 | 75 | 94 | 97 | 85 | 78 |
| Indiana | 46 | 49 | 56 | 56 | 45 | 70 | 54 | 70 | 91 | 69 | 74 | 59 | 66 |
| Iowa | 9 | 11 | 13 | 15 | 19 | 12 | 17 | 21 | 14 | 13 | 12 | 20 | 16 |
| Kansas | 21 | 22 | 32 | 30 | 19 | 16 | 20 | 24 | 20 | 22 | 25 | 17 | 28 |
| Kentucky | 36 | 41 | 45 | 42 | 43 | 46 | 46 | 68 | 57 | 42 | 60 | 55 | 40 |
| Louisiana | 71 | 78 | 70 | 94 | 89 | 72 | 82 | 117 | 108 | 100 | 108 | 116 | 118 |
| Maine | 6 | 7 | 2 | 4 | 0 | 6 | 1 | 2 | 4 | 3 | 5 | 2 | 3 |
| Maryland | 70 | 71 | 67 | 78 | 57 | 61 | 57 | 69 | 56 | 40 | 41 | 46 | 58 |
| Massachusetts | 29 | 26 | 30 | 25 | 37 | 39 | 39 | 29 | 29 | 39 | 33 | 42 | 39 |
| Michigan | 114 | 113 | 127 | 138 | 140 | 138 | 117 | 99 | 148 | 93 | 119 | 124 | 124 |
| Minnesota | 13 | 15 | 13 | 6 | 13 | 9 | 13 | 17 | 12 | 16 | 19 | 14 | 20 |
| Mississippi | 36 | 33 | 58 | 51 | 61 | 58 | 77 | 54 | 52 | 52 | 47 | 41 | 68 |
| Missouri | 57 | 65 | 65 | 77 | 68 | 66 | 78 | 87 | 81 | 88 | 74 | 71 | 92 |
| Montana | 6 | 5 | 12 | 12 | 12 | 5 | 5 | 9 | 3 | 2 | 6 | 11 | 7 |
| Nebraska | 7 | 8 | 7 | 7 | 8 | 8 | 12 | 6 | 11 | 12 | 17 | 11 | 16 |
| Nevada | 27 | 25 | 24 | 31 | 28 | 23 | 39 | 35 | 35 | 41 | 34 | 37 | 35 |
| New Hampshire | 2 | 9 | 6 | 6 | 8 | 6 | 6 | 5 | 9 | 4 | 10 | 5 | 8 |
| New Jersey | 69 | 60 | 47 | 57 | 60 | 70 | 60 | 66 | 58 | 56 | 66 | 48 | 46 |
| New Mexico | 11 | 15 | 11 | 16 | 18 | 13 | 22 | 29 | 21 | 16 | 16 | 14 | 17 |
| New York | 175 | 185 | 198 | 153 | 170 | 131 | 148 | 133 | 142 | 124 | 117 | 115 | 142 |
| North Carolina | 66 | 59 | 74 | 94 | 69 | 90 | 99 | 117 | 86 | 87 | 71 | 79 | 81 |
| North Dakota | 3 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 1 |
| Ohio | 115 | 113 | 91 | 126 | 121 | 106 | 123 | 101 | 120 | 116 | 111 | 126 | 124 |
| Oklahoma | 51 | 64 | 71 | 53 | 74 | 80 | 98 | 88 | 79 | 60 | 85 | 79 | 87 |
| Oregon | 24 | 33 | 25 | 34 | 37 | 40 | 36 | 31 | 34 | 39 | 40 | 26 | 30 |
| Pennsylvania | 122 | 126 | 147 | 161 | 149 | 124 | 150 | 145 | 165 | 141 | 157 | 157 | 157 |
| Rhode Island[b] | 3 | 8 | 8 | 7 | 2 | 8 | 9 | 6 | 7 | 7 | 10 | 6 | 4 |
| South Carolina | 69 | 45 | 63 | 50 | 75 | 65 | 72 | 83 | 49 | 70 | 55 | 58 | 66 |
| South Dakota | 4 | 11 | 11 | 5 | 4 | 4 | 8 | 6 | 4 | 8 | 11 | 9 | 6 |
| Tennessee | 51 | 61 | 97 | 71 | 76 | 84 | 73 | 74 | 69 | 74 | 59 | 84 | 82 |
| Texas | 408 | 396 | 383 | 395 | 351 | 443 | 435 | 469 | 426 | 375 | 417 | 462 | 438 |
| Utah | 5 | 9 | 10 | 11 | 8 | 7 | 7 | 11 | 17 | 13 | 12 | 15 | 23 |
| Vermont[b] | 3 | 2 | 5 | 1 | 6 | 7 | 1 | 3 | 3 | 5 | 0 | 2 | 8 |
| Virginia | 71 | 69 | 93 | 86 | 84 | 78 | 103 | 86 | 87 | 94 | 99 | 86 | 82 |
| Washington | 29 | 30 | 31 | 36 | 45 | 36 | 39 | 35 | 44 | 35 | 21 | 33 | 39 |
| West Virginia | 17 | 8 | 15 | 13 | 10 | 13 | 19 | 19 | 18 | 20 | 23 | 24 | 26 |
| Wisconsin | 48 | 49 | 41 | 40 | 29 | 45 | 43 | 44 | 42 | 25 | 48 | 46 | 43 |
| Wyoming | 5 | 3 | 2 | 2 | 8 | 3 | 8 | 9 | 7 | 2 | 3 | 4 | 4 |

Note: Data may have been revised from previously published statistics. Excludes executions; for execution data, see *Capital Punishment, 2013 - Statistical Tables* (NCJ 248448, BJS web, December 2014).

[a]Includes 9 prisoner deaths reported by the District of Columbia in 2001. As of December 30, 2001, sentenced felons from the District of Columbia were the responsibility of the Federal Bureau of Prisons.

[b]Prisons and jails form one integrated system. Data include total jail and prison population.

Sources: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2013; National Prisoner Statistics, 2001–2006; and Federal Bureau of Prisons, 2007–2013.

**TABLE 26**
**Mortality rate per 100,000 state and federal prisoners, by location, 2001–2013**

| Location | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Federal** | 221 | 232 | 227 | 208 | 244 | 201 | 222 | 241 | 220 | 224 | 220 | 198 | 230 |
| **State**[a] | 243 | 243 | 257 | 251 | 251 | 249 | 258 | 260 | 259 | 246 | 260 | 265 | 274 |
| Alabama | 352 | 339 | 333 | 254 | 271 | 253 | 214 | 296 | 294 | 241 | 388 | 321 | 399 |
| Alaska[b] | 175! | 322 | 89! | 176! | 83! | 119! | 194! | 280 | 128! | 242 | 193 | 174! | 157! |
| Arizona | 231 | 245 | 270 | 204 | 234 | 201 | 162 | 195 | 210 | 212 | 215 | 217 | 232 |
| Arkansas | 366 | 262 | 323 | 270 | 305 | 288 | 347 | 312 | 375 | 380 | 355 | 306 | 392 |
| California | 183 | 211 | 206 | 212 | 218 | 246 | 230 | 216 | 234 | 254 | 263 | 277 | 272 |
| Colorado | 243 | 274 | 242 | 198 | 256 | 141 | 185 | 164 | 216 | 211 | 169 | 236 | 198 |
| Connecticut[b] | 171 | 160 | 200 | 183 | 223 | 132 | 139 | 161 | 153 | 113 | 106 | 140 | 115 |
| Delaware[b] | 234 | 226 | 287 | 193 | 280 | 185 | 211 | 216 | 182 | 361 | 229 | 149! | 206 |
| Florida | 251 | 243 | 278 | 272 | 282 | 289 | 262 | 291 | 274 | 269 | 294 | 325 | 302 |
| Georgia | 202 | 215 | 267 | 176 | 250 | 195 | 264 | 243 | 233 | 212 | 233 | 187 | 227 |
| Hawaii[b] | 137! | 256 | 145! | 144! | 139! | 91! | 238 | 257 | 227! | 227 | 110! | 227 | 271 |
| Idaho | 323 | 165! | 216 | 208 | 208 | 270 | 198 | 256 | 181 | 180 | 174 | 117! | 139! |
| Illinois | 194 | 169 | 184 | 220 | 160 | 208 | 230 | 156 | 166 | 194 | 200 | 172 | 160 |
| Indiana | 234 | 241 | 262 | 255 | 198 | 281 | 215 | 265 | 340 | 253 | 270 | 210 | 232 |
| Iowa | 113! | 131! | 152 | 176 | 217 | 136 | 196 | 241 | 157 | 137 | 132 | 229 | 184 |
| Kansas | 245 | 245 | 349 | 334 | 209 | 181 | 229 | 281 | 231 | 243 | 268 | 179 | 291 |
| Kentucky | 336 | 354 | 386 | 315 | 289 | 295 | 299 | 446 | 380 | 290 | 429 | 423 | 329 |
| Louisiana | 361 | 390 | 359 | 483 | 459 | 346 | 401 | 561 | 543 | 526 | 573 | 624 | 628 |
| Maine | 358! | 377! | 101! | 199! | 0 | 288! | 47! | 98! | 193! | 154! | 253! | 101! | 145! |
| Maryland | 295 | 294 | 282 | 335 | 253 | 269 | 246 | 298 | 254 | 175 | 178 | 211 | 267 |
| Massachusetts | 284 | 202 | 305 | 254 | 358 | 362 | 352 | 260 | 260 | 349 | 288 | 377 | 367 |
| Michigan | 233 | 223 | 257 | 283 | 283 | 268 | 233 | 203 | 325 | 211 | 277 | 284 | 284 |
| Minnesota | 203 | 219 | 172 | 75! | 149 | 102! | 141 | 188 | 126 | 170 | 204 | 149 | 213 |
| Mississippi | 238 | 215 | 366 | 312 | 379 | 354 | 441 | 302 | 302 | 316 | 305 | 260 | 436 |
| Missouri | 199 | 218 | 218 | 251 | 224 | 219 | 262 | 289 | 265 | 288 | 239 | 228 | 292 |
| Montana | 215! | 174! | 393 | 444 | 425 | 170! | 172! | 309! | 97! | 64! | 192! | 355! | 224! |
| Nebraska | 179! | 198! | 172! | 169! | 182! | 182! | 273 | 134! | 245! | 260 | 365 | 233! | 319 |
| Nevada | 274 | 248 | 227 | 281 | 240 | 180 | 293 | 272 | 278 | 336 | 280 | 294 | 274 |
| New Hampshire | 83! | 364! | 247! | 246! | 330! | 224! | 217! | 175! | 309! | 153! | 413! | 195! | 281! |
| New Jersey | 265 | 228 | 183 | 224 | 234 | 274 | 237 | 266 | 241 | 229 | 279 | 208 | 207 |
| New Mexico | 194! | 250 | 177! | 250 | 274 | 196 | 342 | 459 | 319 | 240 | 239 | 211 | 251 |
| New York | 259 | 276 | 303 | 239 | 270 | 206 | 236 | 221 | 243 | 220 | 212 | 213 | 266 |
| North Carolina | 205 | 179 | 218 | 264 | 188 | 239 | 259 | 293 | 214 | 215 | 179 | 211 | 218 |
| North Dakota | 276! | 90! | 91! | 88! | 76! | 75! | 0 | 0 | 0 | 71! | 72! | 212! | 64! |
| Ohio | 256 | 250 | 205 | 285 | 268 | 219 | 247 | 198 | 236 | 224 | 218 | 248 | 240 |
| Oklahoma | 235 | 291 | 313 | 234 | 323 | 350 | 412 | 372 | 328 | 248 | 358 | 324 | 343 |
| Oregon | 219 | 283 | 205 | 269 | 287 | 303 | 269 | 229 | 248 | 281 | 291 | 184 | 205 |
| Pennsylvania | 324 | 317 | 360 | 397 | 355 | 282 | 329 | 298 | 327 | 293 | 316 | 313 | 312 |
| Rhode Island[b] | 89! | 230! | 224! | 221! | 59! | 215! | 240! | 160! | 205! | 222! | 330! | 197! | 126! |
| South Carolina | 318 | 197 | 275 | 221 | 334 | 283 | 305 | 350 | 207 | 304 | 246 | 265 | 306 |
| South Dakota | 143! | 374! | 364! | 164! | 120! | 121! | 244! | 179! | 118! | 236! | 309! | 250! | 166! |
| Tennessee | 292 | 333 | 507 | 367 | 394 | 435 | 379 | 382 | 346 | 369 | 298 | 424 | 395 |
| Texas | 275 | 260 | 250 | 252 | 223 | 279 | 274 | 295 | 269 | 234 | 261 | 298 | 282 |
| Utah | 121! | 210! | 216! | 233! | 158! | 139! | 136! | 214! | 324 | 239 | 227 | 283 | 427 |
| Vermont[b] | 214! | 147! | 335! | 51! | 289! | 316! | 47! | 142! | 135! | 241! | 0 | 98! | 385! |
| Virginia | 226 | 223 | 301 | 277 | 273 | 253 | 312 | 264 | 281 | 295 | 324 | 289 | 273 |
| Washington | 190 | 184 | 191 | 218 | 268 | 214 | 231 | 204 | 255 | 206 | 123 | 195 | 220 |
| West Virginia | 500 | 224! | 396 | 326 | 248! | 298 | 387 | 388 | 356 | 394 | 447 | 450 | 456 |
| Wisconsin | 231 | 226 | 185 | 181 | 132 | 199 | 188 | 197 | 189 | 113 | 214 | 205 | 192 |
| Wyoming | 336! | 183! | 123! | 113! | 382! | 147! | 415! | 528! | 402! | 96! | 139! | 183! | 175! |

Note: Data may have been revised from previously published statistics. Mortality rates are not directly comparable between states because rates are not adjusted. Excludes executions; for execution data, see *Capital Punishment, 2013 - Statistical Tables* (NCJ 248448, BJS web, December 2014).
! Interpret with caution; too few cases to provide a reliable rate. See *Methodology*.
[a]Includes 9 prisoner deaths reported by the District of Columbia in 2001. As of December 31, 2001, sentenced felons from the District of Columbia were the responsibility of the Federal Bureau of Prisons.
[b]Prisons and jails form one integrated system. Data include total jail and prison population.
Sources: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2013; National Prisoner Statistics, 2001–2006; and Federal Bureau of Prisons, 2007–2013.

JX-CCH-000502

**TABLE 27**
**Number of state and federal prisoner deaths, by cause of death and location, 2001–2013**

| Location | All causes[a] | Illness | | | | | | Suicide | Drug/alcohol intoxication | Accident | Homicide[c] |
| | | Cancer | Heart disease | Liver disease | Respiratory disease | AIDS-related | All other[b] | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Federal** | 4,701 | … | … | … | … | 159 | 4,139 | 198 | … | 49 | 116 |
| **State**[d] | 42,157 | 11,223 | 10,795 | 4,063 | 2,558 | 1,733 | 7,002 | 2,577 | 546 | 411 | 762 |
| Alabama | 1,028 | 267 | 246 | 104 | 62 | 34 | 205 | 18 | 3 | 12 | 16 |
| Alaska[e] | 119 | 19 | 25 | 15 | 2 | 1 | 16 | 20 | 8 | 8 | 2 |
| Arizona | 1,012 | 266 | 227 | 141 | 59 | 27 | 137 | 83 | 36 | 5 | 26 |
| Arkansas | 561 | 155 | 191 | 43 | 28 | 22 | 69 | 29 | 1 | 10 | 10 |
| California | 4,790 | 1,131 | 811 | 523 | 344 | 114 | 1,009 | 425 | 174 | 35 | 182 |
| Colorado | 566 | 110 | 109 | 106 | 40 | 1 | 103 | 45 | 20 | 13 | 19 |
| Connecticut[e] | 366 | 49 | 88 | 58 | 20 | 9 | 76 | 55 | 2 | 5 | 4 |
| Delaware[e] | 199 | 44 | 45 | 18 | 11 | 19 | 27 | 22 | 4 | 0 | 2 |
| Florida | 3,336 | 1,001 | 697 | 267 | 213 | 272 | 664 | 91 | 10 | 32 | 60 |
| Georgia | 1,492 | 395 | 498 | 92 | 110 | 76 | 177 | 66 | 1 | 13 | 47 |
| Hawaii[e] | 131 | 36 | 21 | 17 | 4 | 4 | 20 | 21 | 2 | 1 | 4 |
| Idaho | 171 | 47 | 49 | 11 | 10 | 1 | 24 | 21 | 1 | 2 | 2 |
| Illinois | 1,105 | 332 | 316 | 59 | 55 | 63 | 149 | 92 | 8 | 12 | 14 |
| Indiana | 805 | 209 | 213 | 68 | 50 | 19 | 131 | 51 | 26 | 12 | 20 |
| Iowa | 192 | 66 | 39 | 10 | 18 | 5 | 24 | 25 | 1 | 0 | 1 |
| Kansas | 296 | 91 | 76 | 35 | 15 | 1 | 50 | 16 | 2 | 6 | 3 |
| Kentucky | 621 | 192 | 200 | 49 | 24 | 25 | 106 | 14 | 2 | 4 | 2 |
| Louisiana | 1,223 | 394 | 330 | 100 | 47 | 95 | 163 | 24 | 1 | 8 | 5 |
| Maine | 45 | 12 | 12 | 5 | 2 | 1 | 6 | 3 | 1 | 0 | 3 |
| Maryland | 771 | 160 | 174 | 64 | 30 | 99 | 87 | 60 | 48 | 6 | 36 |
| Massachusetts | 430 | 113 | 107 | 48 | 24 | 9 | 61 | 41 | 10 | 7 | 2 |
| Michigan | 1,594 | 532 | 499 | 140 | 75 | 38 | 156 | 92 | 14 | 21 | 14 |
| Minnesota | 180 | 52 | 33 | 29 | 7 | 1 | 31 | 22 | 3 | 1 | 1 |
| Mississippi | 688 | 173 | 269 | 38 | 35 | 20 | 88 | 30 | 3 | 9 | 10 |
| Missouri | 969 | 275 | 276 | 114 | 54 | 19 | 157 | 47 | 6 | 5 | 13 |
| Montana | 95 | 25 | 17 | 14 | 4 | 0 | 17 | 12 | 3 | 1 | 2 |
| Nebraska | 130 | 26 | 33 | 19 | 6 | 3 | 15 | 10 | 4 | 2 | 1 |
| Nevada | 414 | 81 | 102 | 31 | 11 | 9 | 105 | 26 | 2 | 2 | 7 |
| New Hampshire | 84 | 31 | 17 | 10 | 3 | 2 | 6 | 11 | 4 | 0 | 0 |
| New Jersey | 763 | 175 | 227 | 52 | 48 | 81 | 104 | 40 | 9 | 6 | 10 |
| New Mexico | 219 | 58 | 40 | 41 | 16 | 3 | 31 | 18 | 4 | 1 | 7 |
| New York | 1,933 | 527 | 491 | 171 | 85 | 209 | 194 | 165 | 24 | 23 | 20 |
| North Carolina | 1,072 | 342 | 281 | 94 | 73 | 57 | 158 | 33 | 3 | 18 | 11 |
| North Dakota | 14 | 3 | 4 | 2 | 0 | 0 | 3 | 1 | 1 | 0 | 0 |
| Ohio | 1,493 | 489 | 429 | 88 | 108 | 31 | 223 | 81 | 7 | 7 | 24 |
| Oklahoma | 969 | 235 | 247 | 112 | 57 | 25 | 136 | 56 | 19 | 21 | 40 |
| Oregon | 429 | 122 | 92 | 75 | 15 | 4 | 63 | 30 | 11 | 6 | 6 |
| Pennsylvania | 1,901 | 521 | 546 | 196 | 102 | 32 | 371 | 92 | 6 | 9 | 13 |
| Rhode Island[e] | 85 | 18 | 20 | 1 | 2 | 4 | 8 | 18 | 4 | 3 | 1 |
| South Carolina | 820 | 172 | 315 | 46 | 42 | 33 | 150 | 35 | 1 | 2 | 22 |
| South Dakota | 91 | 17 | 27 | 14 | 7 | 1 | 8 | 11 | 1 | 3 | 2 |
| Tennessee | 955 | 241 | 279 | 107 | 53 | 36 | 143 | 39 | 17 | 9 | 22 |
| Texas | 5,398 | 1,226 | 1,384 | 581 | 429 | 147 | 1,164 | 326 | 16 | 50 | 54 |
| Utah | 148 | 31 | 30 | 14 | 6 | 0 | 30 | 27 | 3 | 1 | 3 |
| Vermont[e] | 46 | 10 | 10 | 8 | 1 | 3 | 5 | 6 | 3 | 0 | 0 |
| Virginia | 1,118 | 375 | 298 | 113 | 58 | 52 | 147 | 37 | 3 | 4 | 10 |
| Washington | 453 | 131 | 108 | 56 | 29 | 9 | 74 | 25 | 3 | 8 | 7 |
| West Virginia | 225 | 64 | 85 | 18 | 10 | 5 | 34 | 4 | 1 | 2 | 2 |
| Wisconsin | 543 | 172 | 141 | 36 | 48 | 10 | 65 | 57 | 7 | 5 | 0 |
| Wyoming | 60 | 10 | 19 | 9 | 5 | 1 | 10 | 4 | 1 | 1 | 0 |

Note: Data may have been revised from previously published statistics. Detail may not sum to total due to missing data. Excludes executions; for execution data, see *Capital Punishment, 2013 - Statistical Tables* (NCJ 248448, BJS web, December 2014). See *Methodology* for details on illnesses and homicides.

… Not available.

[a]Includes other, unknown, and missing causes of death.

[b]Includes other specified illnesses, such as cerebrovascular disease, influenza, and other nonleading natural causes of death, as well as unspecified illnesses.

[c]Includes homicides committed by other inmates, incidental to the staff use of force, and resulting from assaults sustained prior to incarceration.

[d]Includes 9 prisoner deaths reported by the District of Columbia in 2001. As of December 30, 2001, sentenced felons from the District of Columbia were the responsibility of the Federal Bureau of Prisons.

[e]Prisons and jails form one integrated system. Data include total jail and prison population.

Sources: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2013; National Prisoner Statistics, 2001–2006; and Federal Bureau of Prisons, 2007–2013.

**TABLE 28**

**Average annual mortality rate per 100,000 state and federal prisoners, by cause of death and location, 2001–2013**

| Location | All causes | Illness | | | | | | Suicide | Drug/alcohol intoxication | Accident | Homicide[b] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Cancer | Heart disease | Liver disease | Respiratory disease | AIDS-related | All other[a] | | | | |
| **Federal** | 222 | … | … | … | … | 8 | 195 | 9 | … | 2 | 5 |
| **State**[c] | 255 | 68 | 65 | 25 | 15 | 10 | 42 | 16 | 3 | 2 | 5 |
| Alabama | 305 | 79 | 73 | 31 | 18 | 10 | 61 | 5 | 1 ! | 4 | 5 |
| Alaska[d] | 179 | 29 | 38 | 23 | 3 ! | 2 ! | 24 | 30 | 12 ! | 12 ! | 3 ! |
| Arizona | 216 | 57 | 48 | 30 | 13 | 6 | 29 | 18 | 8 | 1 ! | 6 |
| Arkansas | 331 | 91 | 113 | 25 | 17 | 13 | 41 | 17 | 1 ! | 6 ! | 6 ! |
| California | 231 | 55 | 39 | 25 | 17 | 6 | 49 | 21 | 8 | 2 | 9 |
| Colorado | 208 | 40 | 40 | 39 | 15 | -- ! | 38 | 17 | 7 | 5 | 7 |
| Connecticut[d] | 154 | 21 | 37 | 24 | 8 | 4 ! | 32 | 23 | 1 ! | 2 ! | 2 ! |
| Delaware[d] | 227 | 50 | 51 | 21 | 13 ! | 22 | 31 | 25 | 5 ! | 0 | 2 ! |
| Florida | 281 | 84 | 59 | 22 | 18 | 23 | 56 | 8 | 1 ! | 3 | 5 |
| Georgia | 223 | 59 | 75 | 14 | 16 | 11 | 26 | 10 | -- ! | 2 | 7 |
| Hawaii[d] | 189 | 52 | 30 | 24 | 6 ! | 6 | 29 | 30 | 3 ! | 1 ! | 6 ! |
| Idaho | 199 | 55 | 57 | 13 ! | 12 ! | 1 ! | 28 | 24 | 1 ! | 2 ! | 2 ! |
| Illinois | 186 | 56 | 53 | 10 | 9 | 11 | 25 | 15 | 1 ! | 2 | 2 |
| Indiana | 251 | 65 | 66 | 21 | 16 | 6 | 41 | 16 | 8 | 4 | 6 |
| Iowa | 169 | 58 | 34 | 9 ! | 16 | 4 ! | 21 | 22 | 1 ! | 0 | 1 ! |
| Kansas | 253 | 78 | 65 | 30 | 13 | 1 ! | 43 | 14 | 2 ! | 5 ! | 3 ! |
| Kentucky | 351 | 108 | 113 | 28 | 14 | 14 | 60 | 8 | 1 ! | 2 ! | 1 ! |
| Louisiana | 479 | 154 | 129 | 39 | 18 | 37 | 64 | 9 | -- ! | 3 ! | 2 ! |
| Maine | 174 | 46 | 46 | 19 ! | 8 ! | 4 ! | 23 ! | 12 ! | 4 ! | 0 | 12 ! |
| Maryland | 259 | 54 | 58 | 21 | 10 | 33 | 29 | 20 | 16 | 2 ! | 12 |
| Massachusetts | 310 | 82 | 77 | 35 | 17 | 6 ! | 44 | 30 | 7 ! | 5 ! | 1 ! |
| Michigan | 258 | 86 | 81 | 23 | 12 | 6 | 25 | 15 | 2 | 3 | 2 |
| Minnesota | 161 | 47 | 30 | 26 | 6 ! | 1 ! | 28 | 20 | 3 ! | 1 ! | 1 ! |
| Mississippi | 326 | 82 | 127 | 18 | 17 | 9 | 42 | 14 | 1 ! | 4 ! | 5 ! |
| Missouri | 246 | 70 | 70 | 29 | 14 | 5 | 40 | 12 | 2 ! | 1 ! | 3 |
| Montana | 246 | 65 | 44 | 36 | 10 ! | 0 | 44 | 31 | 8 ! | 3 ! | 5 ! |
| Nebraska | 227 | 45 | 58 | 33 | 10 ! | 5 ! | 26 | 17 ! | 7 ! | 3 ! | 2 ! |
| Nevada | 268 | 52 | 66 | 20 | 7 ! | 6 ! | 68 | 17 | 1 ! | 1 ! | 5 ! |
| New Hampshire | 248 | 92 | 50 | 30 ! | 9 ! | 6 ! | 18 ! | 32 ! | 12 ! | 0 | 0 |
| New Jersey | 237 | 54 | 70 | 16 | 15 | 25 | 32 | 12 | 3 ! | 2 ! | 3 ! |
| New Mexico | 262 | 69 | 48 | 49 | 19 | 4 ! | 37 | 22 | 5 ! | 1 ! | 8 ! |
| New York | 244 | 67 | 62 | 22 | 11 | 26 | 25 | 21 | 3 | 3 | 3 |
| North Carolina | 222 | 71 | 58 | 20 | 15 | 12 | 33 | 7 | 1 ! | 4 | 2 ! |
| North Dakota | 82 | 18 ! | 23 ! | 12 ! | 0 | 0 | 18 ! | 6 ! | 6 ! | 0 | 0 |
| Ohio | 237 | 78 | 68 | 14 | 17 | 5 | 35 | 13 | 1 ! | 1 ! | 4 |
| Oklahoma | 319 | 77 | 81 | 37 | 19 | 8 | 45 | 18 | 6 | 7 | 13 |
| Oregon | 252 | 72 | 54 | 44 | 9 | 2 ! | 37 | 18 | 6 ! | 4 ! | 4 ! |
| Pennsylvania | 323 | 89 | 93 | 33 | 17 | 5 | 63 | 16 | 1 ! | 2 ! | 2 |
| Rhode Island[d] | 193 | 41 | 45 | 2 ! | 5 ! | 9 ! | 18 ! | 41 | 9 ! | 7 ! | 2 ! |
| South Carolina | 278 | 58 | 107 | 16 | 14 | 11 | 51 | 12 | -- ! | 1 | 7 |
| South Dakota | 213 | 40 | 63 | 33 | 16 ! | 2 ! | 19 ! | 26 ! | 2 ! | 7 ! | 5 ! |
| Tennessee | 379 | 96 | 111 | 42 | 21 | 14 | 57 | 15 | 7 | 4 ! | 9 |
| Texas | 265 | 60 | 68 | 29 | 21 | 7 | 57 | 16 | 1 | 2 | 3 |
| Utah | 228 | 48 | 46 | 22 | 9 ! | 0 | 46 | 42 | 5 ! | 2 ! | 5 ! |
| Vermont[d] | 182 | 40 ! | 40 ! | 32 ! | 4 ! | 12 ! | 20 ! | 24 ! | 12 ! | 0 | 0 |
| Virginia | 276 | 93 | 74 | 28 | 14 | 13 | 36 | 9 | 1 ! | 1 ! | 2 ! |
| Washington | 208 | 60 | 50 | 26 | 13 | 4 ! | 34 | 11 | 1 ! | 1 ! | 4 |
| West Virginia | 379 | 108 | 143 | 30 | 17 ! | 8 ! | 57 | 7 ! | 2 ! | 3 ! | 3 ! |
| Wisconsin | 189 | 60 | 49 | 13 | 17 | 3 ! | 23 | 20 | 2 ! | 2 | 0 |
| Wyoming | 242 | 40 ! | 77 | 36 ! | 20 ! | 4 ! | 40 ! | 16 ! | 4 ! | 4 ! | 0 |

Note: Data may have been revised from previously published statistics. Mortality rates presented are not adjusted. Detail may not sum to total due to missing data. Excludes executions; for execution data, see *Capital Punishment, 2013 - Statistical Tables* (NCJ 248448, BJS web, December 2014). See *Methodology* for details on rates, illnesses, and homicides.
--Less than 0.5.
...Not available.
! Interpret with caution; too few cases to provide a reliable rate.
[a]Includes other specified illnesses, such as cerebrovascular disease, influenza, and other nonleading natural causes of death, as well as unspecified illnesses.
[b]Includes homicides committed by other inmates, incidental to the staff use of force, and resulting from assaults sustained prior to incarceration.
[c]Includes 9 prisoner deaths reported by the District of Columbia in 2001. As of December 30, 2001, sentenced felons from the District of Columbia were the responsibility of the Federal Bureau of Prisons.
[d]Prisons and jails form one integrated system. Data include total jail and prison population.
Sources: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2013; National Prisoner Statistics, 2001–2006; and Federal Bureau of Prisons.

JX-GCH-000504

# Methodology

## Data collection coverage

The Deaths in Custody Reporting Program (DCRP) is an annual Bureau of Justice Statistics (BJS) data collection. The DCRP collects national, state, and incident-level data on persons who died while in the physical custody of the 50 state departments of corrections or the approximately 2,800 local adult jail jurisdictions nationwide. The DCRP began in 2000 under the Death in Custody Reporting Act of 2000 (P.L. 106-297), and it is the only national statistical collection to obtain comprehensive information about deaths in adult correctional facilities. BJS uses DCRP data to track national trends in the number and causes (or manners) of deaths occurring in state prison or local jail custody.

Mortality data measured by the DCRP include decedent characteristics, such as age, sex, race or Hispanic origin, date of admission, conviction status, admission offense, and the location and type of facility (prison or jail) where the inmate died. The DCRP also collects data about circumstances surrounding the death, including the cause, time and location where the death occurred, and information on whether an autopsy was conducted and the availability of results to the respondent. Data on executions are excluded from this report but are accessible on the BJS website along with the DCRP mortality data. Statistics presented in this report are current as of March 1, 2015. For more information on mortality in correctional settings, see *Mortality in Local Jails, 2000–2007* (NCJ 222988, BJS web, July 2010); *Medical Causes of Death in State Prisons, 2001–2004* (NCJ 216340, BJS web, January 2007); and *Suicide and Homicide in State Prisons and Local Jails* (NCJ 210036, BJS web, August 2005).

The DCRP data collection instruments are administered annually to both state prisons and local jails. Respondents provide an aggregate count of the number of deaths that occurred during the referenced calendar year. The jail (CJ-9) and prison (NPS-4A) survey instruments used to obtain data on each prison and jail death are available on the BJS website at www.bjs.gov.

In addition to the death count, BJS requests that jails provide summary statistics about their population and admissions. All jails, including those with no deaths to report (which includes about 80% of jails in any given year) are asked to complete the annual summary survey form. The 2013 DCRP jail annual summary form was combined with the Census of Jails data collection, which gathered facility-level data on the jail reporting units. Items such as each facility's count of inmates confined at yearend by race, operating expenditures, rated capacity, and number of employed staff were new for respondents this year. The instrument used for the Census of Jails included 18 questions, which was a significant increase compared to the 5-question instrument used in the past.

BJS obtains a separate report describing the decedent's characteristics and the circumstances surrounding the death for each death that occurred in a state prison or local jail. State prison and local jail respondents can submit individual records on decedents at any time during a collection cycle through a BJS web-based collection system.

BJS has modified the survey instruments slightly over time, including changes to clarify questions and ease the burden on respondents. Several questions were added to capture information on any medical treatment that the inmate received prior to death. Changes also allowed respondents to elaborate on cause of death by adding text boxes to the intoxication, suicide, and inmate-involved homicide death questions. Previously, these fields had only been available for deaths due to illness, accident, homicides not caused by other inmates, and other unspecified causes. In addition, BJS clarified respondent instructions on the prison forms and removed a question collecting the conviction status of an inmate after an analysis showed that more than 99% of prison inmates were convicted at the time of death. BJS also streamlined the survey layout to simplify the progression through questions related to autopsies. Rather than initially submitting an incomplete instrument that indicated pending autopsy results, respondents were only permitted to complete the entire survey after autopsy results were available. This change reduced follow-up contact and the burden on respondents.

Starting in 2001 and annually thereafter, BJS has collected DCRP data directly from state prison systems, maintaining a 100% response rate.

## Nonresponse

The jail universe includes all jails currently operating and jails that have been contacted for the DCRP but have closed, consolidated, or otherwise eliminated operations. This universe allows BJS to determine jail participation in the DCRP. The most recent jail universe, constructed in January 2015, identified 2,870 jurisdictions representing 3,170 jail facilities. Of these, 2,703 jurisdictions (94.2%) participated in the DCRP.

A jail jurisdiction is a legal entity that has responsibility for managing jail facilities. Jail jurisdictions typically operate at the county level, in which a sheriff's office or jail administrator manages the local facilities. The DCRP data identify the jail facility in which a jail inmate dies, but the data are arrayed at the jail jurisdiction level. BJS defines a jail as a locally operated correctional facility that confines persons before or after adjudication for more than 72 hours, excluding temporary lockups. Typically, there is one facility per jail jurisdiction, but the 2013 Census

JX-CCH-000505

of Jails found that 6.7% of jail jurisdictions had multiple facilities under a central authority.[1] (See the BJS website for more information.)

### Determining eligibility for reporting to the DCRP

In the DCRP, custody refers to the holding of an inmate in a facility or to the period during which a correctional authority maintains a chain of custody over an inmate. For instance, if a jail transports an ill inmate to a hospital for medical services and that inmate dies while in the chain of custody of the jail, then that death is counted as a death in custody. A death that occurs when an inmate is not in the custody of a correctional authority is considered beyond the scope of the DCRP. Out-of-scope deaths include inmates on escape status or under the supervision of community corrections on probation, parole, or home-electronic monitoring. BJS instructs both state prison and local jail officials to determine whether the inmate was in the physical custody of the jurisdiction at the time of death, regardless of the reason an inmate was being held. For state prisons responding to the survey, inmates in physical custody include those held in any private prison facility under contract to the responding state's department of corrections or in any of their state-operated facilities, including halfway houses, prison camps or farms, training or treatment centers, and prison hospitals.

BJS instructs state prison officials to exclude deaths of inmates who were transferred to local jails while still serving a prison term because the DCRP obtains information about such deaths through the jail reports. Jail inmate custody includes inmates who are temporarily out of the jail facility but are within the chain of custody of the jail. For example, a death in custody would include a jail inmate who died after being transferred to an offsite facility that cares for critically ill persons. From 2000 to 2013, the DCRP data have shown that about 84% of jail deaths occurring in medical facilities have occurred outside of the jail facility.

Custody is further complicated by the dual law enforcement and jail administration functions of some sheriffs' offices. As a result, some deaths reported as jail deaths actually occurred before the jail had custody of the decedent. BJS identifies and excludes from the DCRP these deaths that occurred in the process of arrest by using information about the circumstances surrounding the death.

[1] Approximately 15% of all facilities were part of a multifacility jurisdiction.

### Identifying and excluding duplicate records

Duplicate death records may occur in the DCRP due to overlapping correctional populations and overlapping duties within correctional facilities. For example, a jail jurisdiction may have more than one unit responsible for reporting data to BJS, a jail may be holding a state prison inmate, or state prison systems may report the death of an inmate who was transferred to a local jail but was serving a prison sentence at the time.

To identify duplicate death records, BJS reconciles the aggregate summary counts of deaths occurring during a calendar year with the number of individual death records obtained from a reporting jurisdiction. When discrepancies are identified, BJS contacts reporting jurisdictions to clarify matters. However, even if summary counts and individual reports are reconciled, duplicate death records may exist if multiple reporting units within a jurisdiction provide reconciled data.

Duplicate records occur primarily in reports from jail jurisdictions that have multiple reporting entities. To identify duplicate records, BJS performs record-matching based on inmate name and date of birth, date of death, and date of admission into a correctional facility. After the aggregate count review, BJS searches for deaths reported to both the jail and prison DCRP collections, which most commonly occur when a local jail is housing an inmate for the state department of corrections. The death is considered part of the count of the facility that had custody of the inmate at the time of death, and the duplicate record is deleted.

Duplicate and out-of-scope records are excluded from the analyses.

### Cause-of-death information

The instructions for completing the DCRP tell respondents to report death information as determined by an autopsy or other official medical death investigation. For this collection, intoxication deaths, accidents, suicides, and homicides are considered discrete causes of death. Although there is a distinction between manner and cause of death from a medico-legal standpoint, no such distinction is made in the DCRP. When reporting a death due to illness, accident, suicide, intoxication, or homicide, BJS requests that respondents describe the events surrounding these deaths.

JX-CCH-000506

Clinical data specialists convert illness-related death text entries into standard medical codes according to the World Health Organization's *International Statistical Classification of Diseases and Related Health Problems, Tenth Revision* (ICD-10).

Homicides include all types of intentional homicide and involuntary manslaughter as ruled by a medical examiner or pathologist at autopsy. For example, an inmate may die of positional asphyxia (suffocation caused by the position of the inmate's body) while the inmate is being removed from a cell. A legal-intervention homicide committed while the inmate is trying to escape would also be included. In addition, homicides include cases that are ruled a homicide at autopsy when events that led to the death occurred prior to incarceration. For example, an inmate who was shot in the community years prior to incarceration died from complications of the gunshot wound while incarcerated.

### Other BJS sources of correctional mortality data

BJS collects other data reported to the DCRP on correctional mortality. These other collections include—

- Capital Punishment, which provides data on legal executions. Further discussion on executions is available on the BJS website.

- The National Prisoner Statistics (NPS), which annually collected aggregate counts of deaths in state and federal prisons prior to the establishment of the DCRP. Prior to 2007, the NPS also collected counts of deaths by cause of death, including deaths due to execution, illness, AIDS, suicide, accident, homicide, and other causes. After 2006, the Federal Bureau of Prisons continued to submit the counts of deaths by cause of death using the DCRP, but no longer provided counts of deaths using the NPS. Further discussion of the NPS is available on the BJS website.

- The Census of Jails, conducted every 5 to 6 years, provides counts of inmate deaths in local jails. Further discussion of the Census of Jails is available on the BJS website.

- The Survey of Jails in Indian Country (SJIC), which provides aggregate counts of the number of deaths occurring in all known Indian country correctional facilities operated by tribal authorities or the U.S. Department of the Interior's Bureau of Indian Affairs. Further discussion of the SJIC is available on the BJS website.

### Reported statistics

Mortality data are shown in statistical tables by type of correctional institution (state prisons and local jails) and include the number of deaths and mortality rates by year, cause of death, selected decedent characteristics, and state.

Mortality rates are calculated per 100,000 inmates, with the denominators providing estimates of the number of person-years of exposure in custody in institutional corrections. Until 2010, the mortality rate for state prisons was calculated as the number of deaths per year divided by the midyear state prison population in custody multiplied by 100,000. Starting in 2011, the rate was calculated using yearend custody counts because midyear populations were no longer available. Custody counts for state prisons provide estimates of person-years for prison populations. BJS uses data from the NPS to provide midyear and yearend custody counts of prisoners. For more information on the NPS, see the BJS website.

The mortality rate in local jails is calculated as the number of deaths per year divided by the jail inmate average daily population (ADP) multiplied by 100,000. The ADP for local jails is defined as the average daily number of jail inmates held in a jail jurisdiction during a calendar year, from January 1 through December 31.

The ADP is used as the denominator for jail mortality rates to accommodate the high turnover and daily fluctuation in local jail populations. Also, the ADP better reflects the number of inmate days per year than a 1-day count. Jail populations have a higher turnover than prison populations; mean length of stay in local jails is about 21 days, compared to 2 years in state prisons.

The jail ADP also reflects the annual number of admissions and mean length of stay, and can be expressed as the product of these two values. When mean length of stay is expressed in years, the ADP is equivalent to the number of person-years spent by jail inmates during a given year. BJS obtains the jail ADP data directly from jails through the DCRP using the summary form CJ-9A. Starting in 2002, BJS collected the ADP directly from respondents. Prior to 2002, BJS calculated the jail ADP by taking the average of the January 1 count from the prior year and the December 31 count from the reference year, which is an appropriate proxy measure for the ADP.

Both denominators provide for annualizing mortality rates, which are calculated separately by group or by characteristic. The annualized mortality rates in state prisons and local jails are comparable to annual crude mortality rates reported by the National Center for Health Statistics (NCHS).

The NCHS calculates crude mortality rates as the number of events for a period (e.g., a year) divided by the population estimate at the midpoint of the period. For general population mortality statistics, the NCHS employs the midyear population as an approximation to the average population exposed to risk of death during any given year.[2]

---

[2] See Siegal, J. & Swanson, D. (2004). *The Methods and Materials of Demography, Second Edition*. San Diego, CA: Elsevier Academic Press, 269.

JX-CCH-000507

The crude mortality rates reported in the DCRP annual statistical tables are not directly comparable to the crude mortality rates within the (nonincarcerated) general population, and the crude mortality rates in state prisons are not directly comparable to those of local jails. The composition of the general population (i.e., age, sex, and race or Hispanic origin) differs from the population in state prisons and local jails. Because mortality is correlated with age, sex, and race or Hispanic origin, the crude mortality rates in state prisons, local jails, and the general population should not be compared.

Individual inmate death records collected annually in the death file are included in the national death count. Independent jail-specific summary death counts are collected in the annual summary form (CJ-9A or CJ-10A) and serve as control death totals. If the death count in the summary form file is greater than the count in the individual inmate death file, the summary file count is used as the total in calculating a jail mortality rate. For 2013, individual records for jail inmate deaths were adjusted to match independent counts of deaths occurring in each jail, and the mortality rates were adjusted accordingly.

### Estimating inmate population characteristics to calculate mortality rates by demographic subgroups

BJS does not obtain annual data for all demographic characteristics of prison and jail inmates in all jurisdictions. BJS uses data from sources other than the DCRP to estimate the nationwide composition of state prison and local jail inmate populations by age, sex, and race or Hispanic origin. These data sources consist primarily of periodic surveys of inmates in custody in prisons and jails. The inmate characteristic distributions obtained from these surveys are applied to denominators (i.e., counts of inmates or ADP) to estimate the number of inmates in each demographic subgroup.

BJS estimated the demographic distribution of the state prison population data from the NPS and National Corrections Reporting Program (NCRP) collections. For a discussion on the methodology for obtaining state prisoner distribution estimates by age, sex, and race or Hispanic origin, see *Prisoners in 2012* (NCJ 243920, BJS web, December 2013).

Prior to using the NPS and NCRP to estimate demographic distributions, reports of mortality rates for state prison inmates used demographic distributions derived from BJS's 2004 Survey of Inmates in State and Federal Correctional Facilities (SISFCF). As a result, the state prison mortality rates shown in these tables may differ from previously published rates. A rate comparison between the two sources showed very little difference in the resultant mortality rates. In most instances, the rates either matched or nearly matched. The rates differed in only three instances: Hispanics in 2001, and females and inmates age 55 or

older in 2002. In each instance, the rates calculated using population data from the NCRP and NPS were slightly higher (less than a 1% increase) than rates calculated using population data from the SISFCF.

To estimate inmate demographic characteristic distributions of the ADP, BJS used data from several surveys to generate distributions of age, sex, and race or Hispanic origin and applied these distributions to the ADP. BJS's Annual Survey of Jails (ASJ) provided estimates of the sex distribution of inmates for each year of the DCRP collection and applied these to each year's ADP from the DCRP to estimate the ADP of male and female jail inmates. *Jail Inmates at Midyear 2010 - Statistical Tables* (NCJ 233431, BJS web, April 2011) documents that the distributions of inmate characteristics have changed slowly over time. For the most recent information on the ASJ, see the BJS website.

To estimate the distribution of race and Hispanic origin of adult jail inmates, BJS used data from the Survey of Inmates in Local Jails (SILJ), the National Inmate Survey (NIS), and the Census of Jails to estimate the relative distribution of adults by race and Hispanic origin for different periods. Because the SILJ (2002), the NIS (2007 to 2009), and the Census of Jails (2013) are not fielded annually, the population estimates were smoothed before being applied to DCRP data. BJS used the SILJ estimates to cover the period from 2000 to 2004, the NIS estimates to cover the period from 2005 to 2012, and the Census of Jails to cover 2013. In all cases, the percentages associated with the distribution of race and Hispanic origin were applied to the adult jail ADP. For more information about jail inmates in 2002, see *Profile of Jail Inmates, 2002* (NCJ 201932, BJS web, July 2004).

To estimate the age distribution of the jail inmate population, BJS first obtained an estimate of the number of jail inmates age 17 or younger from the 2013 Census of Jails data collection. By applying the annual percentage of jail inmates age 17 or younger to the annual ADP, BJS obtained an estimate of the ADP of jail inmates age 17 or younger.

To estimate the age distribution of adult jail inmates, BJS used data from the SILJ for 2000 to 2006 and the NIS for 2007 to 2013 to estimate the relative distribution of adults by age category for different periods. The age estimates were smoothed to account for gaps in reference years when age estimates were available, specifically for 2003, 2006, 2010, and 2011.

### Moving averages

Moving averages were used to smooth short-term irregularities and to estimate long-term trends. For instance, moving averages were computed to examine data trends for certain causes of death in jails and prisons while smoothing short-term fluctuations. The data were cut into several 3-year overlapping periods spanning 13 years of prison data and 14 years of jail data.

JX-CCH-000508

The moving averages in this report describe some changes in cause-specific mortality rates over time (e.g., whether the overall decline in the AIDS-related mortality rate was steady, or whether the increase of suicides in jails was recent). Moving averages were not computed for all causes of death in custody because the resultant rates would have been unstable and therefore statistically meaningless due to small cell sizes.

## Random error and suppression

The DCRP data on deaths in state prisons and local jails are not subject to sampling error. However, mortality data from a complete or near-complete enumeration may be subject to random error. Following the methodology of Brillinger[3] and NCHS, "the number of deaths that actually occurred may be considered as one of a large series of possible results that could have arisen under the same set of circumstances.[4] The random variation can be large when the number of deaths is small. Therefore, caution is warranted when interpreting statistics based on small numbers of deaths. According to NCHS standards, mortality rates based on fewer than 100 deaths per year should be interpreted with caution.

Continuing to use the NCHS and Brillinger methods, BJS quantified random variation by assuming that the appropriate underlying probability distribution for the number of deaths is a Poisson distribution. This provides a computationally simple and reasonable approach for estimating variances in mortality statistics when the probability of dying is low. BJS calculated variances based on the assumption of a Poisson process. From these variances, BJS calculated relative random error estimates, which are comparable to relative standard error in that the relative random error is the ratio of random error derived from the Poisson variance to the number of deaths. Following NCHS, when the relative random error exceeded 30%, BJS flagged estimated mortality rates due to the instability of the rate with a "!" symbol (Interpret with caution; too few sample cases to provide a reliable rate).

[3] See Brillinger, D.R. (1986). The Natural Variability of Vital Rates and Associated Statistics. *Biometrics*, *42*, 693–734.

[4] See Xu, J. et al. (2010). Deaths: Final Data for 2007. *National Vital Statistics Report*, 58(19). Retrieved from http://www.cdc.gov/nchs/data/nvsr/nvsr58/nvsr58_19.pdf.

## Survey performance issues

Survey administration and modifications to the survey form generated data from 2007 to 2009 that may not be wholly compatible with prior DCRP data. In 2012, BJS identified a previously undetected data error that mischaracterized more than 600 illness-related deaths as illness-related deaths missing detailed cause-of-death information. The data error led to an inflated frequency of prison deaths in reference year 2007 being characterized as all other illnesses while simultaneously depressing frequencies of known illnesses (e.g., heart disease, cancer, and liver disease). The error was identified and resolved, correcting the distributions. In 2008, local jail officials were unable to provide causes of death for 21.4% of jail inmate deaths. During 2009, BJS made modifications to the collection instruments to improve reporting and reduce burden.

- **Item nonresponse in 2008 jail data and unknown cause of death:** An abnormally large number of cases were missing a response for cause of death in the 2008 jail file (n = 203; 21.4% of all jail deaths in 2008). This coincided with the final year the U.S. Census Bureau acted as the data collection agent for the DCRP. In prior years of the DCRP jail data collection, an average of 6% of all causes of death were classified as other or unknown. For this report, BJS categorized all 203 jail deaths from 2008 as missing data about cause of death.

- **2009 data collection:** Prior to fielding the 2009 DCRP collection, BJS reviewed the data collection instrument and data submission procedures and assessed the communications with DCRP respondents to reduce the burden on respondents. The survey was modified to facilitate navigation and to encourage online response. The modifications led to delays in implementing data collection. As a result, death reports were not collected in the year the deaths occurred, but were instead collected retrospectively during 2010 for the first time. Data collection for subsequent years resumed on a normal schedule.

- **Hispanic origin:** In 2013, the death record form was altered to collect a two-question format regarding ethnicity and race. If Hispanic was selected, the decedent was classified as Hispanic regardless of what was selected for race.

JX-CCH-000509

**APPENDIX TABLE 1**
**Estimated number of local jail inmates in custody on an average day, by selected inmate characteristics, 2000–2013**

| Characteristic | Total | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 10,054,000 | 598,000 | 640,000 | 668,000 | 688,000 | 716,000 | 742,000 | 772,000 | 783,000 | 780,000 | 749,000 | 734,000 | 723,000 | 746,000 | 715,000 |
| **Sex** | | | | | | | | | | | | | | | |
| Male | 8,801,000 | 530,000 | 566,000 | 591,000 | 608,000 | 628,000 | 648,000 | 673,000 | 682,000 | 681,000 | 658,000 | 642,000 | 632,000 | 646,000 | 616,000 |
| Female | 1,226,000 | 68,000 | 68,000 | 74,000 | 78,000 | 82,000 | 88,000 | 94,000 | 100,000 | 101,000 | 99,000 | 91,000 | 92,000 | 91,000 | 100,000 |
| **Race/Hispanic origin[a]** | | | | | | | | | | | | | | | |
| White | 3,613,000 | 214,000 | 229,000 | 239,000 | 247,000 | 256,000 | 263,000 | 274,000 | 277,000 | 277,000 | 265,000 | 259,000 | 244,000 | 252,000 | 317,000 |
| Black/African American | 3,715,000 | 239,000 | 256,000 | 267,000 | 275,000 | 286,000 | 271,000 | 282,000 | 286,000 | 285,000 | 272,000 | 266,000 | 243,000 | 251,000 | 236,000 |
| Hispanic/Latino[b] | 1,924,000 | 110,000 | 118,000 | 123,000 | 127,000 | 132,000 | 136,000 | 141,000 | 143,000 | 152,000 | 154,000 | 151,000 | 162,000 | 167,000 | 108,000 |
| Other[c] | 751,000 | 33,000 | 35,000 | 36,000 | 38,000 | 39,000 | 59,000 | 62,000 | 63,000 | 66,000 | 59,000 | 57,000 | 74,000 | 77,000 | 53,000 |
| **Age** | | | | | | | | | | | | | | | |
| 17 or younger | 93,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 7,000 | 6,000 | 6,000 | 6,000 | 5,000 |
| 18–24 | 2,728,000 | 170,000 | 181,000 | 189,000 | 193,000 | 198,000 | 204,000 | 209,000 | 210,000 | 211,000 | 204,000 | 196,000 | 189,000 | 191,000 | 183,000 |
| 25–34 | 3,275,000 | 192,000 | 205,000 | 215,000 | 220,000 | 228,000 | 236,000 | 244,000 | 247,000 | 250,000 | 244,000 | 244,000 | 245,000 | 258,000 | 247,000 |
| 35–44 | 2,377,000 | 157,000 | 167,000 | 175,000 | 177,000 | 181,000 | 184,000 | 188,000 | 187,000 | 179,000 | 166,000 | 159,000 | 153,000 | 155,000 | 149,000 |
| 45–54 | 1,263,000 | 60,000 | 64,000 | 67,000 | 74,000 | 83,000 | 91,000 | 100,000 | 108,000 | 106,000 | 101,000 | 101,000 | 101,000 | 106,000 | 101,000 |
| 55 or older | 319,000 | 13,000 | 14,000 | 15,000 | 17,000 | 19,000 | 21,000 | 23,000 | 25,000 | 27,000 | 27,000 | 28,000 | 29,000 | 31,000 | 30,000 |
| **Legal status** | | | | | | | | | | | | | | | |
| Convicted[d] | 3,941,000 | 263,000 | 266,000 | 267,000 | 271,000 | 284,000 | 282,000 | 293,000 | 297,000 | 289,000 | 283,000 | 285,000 | 285,000 | 294,000 | 282,000 |
| Unconvicted[e] | 6,110,000 | 335,000 | 374,000 | 400,000 | 417,000 | 432,000 | 460,000 | 480,000 | 485,000 | 490,000 | 466,000 | 448,000 | 438,000 | 452,000 | 433,000 |
| **Jail size[f]** | | | | | | | | | | | | | | | |
| 49 or fewer inmates | 324,000 | 28,000 | 27,000 | 25,000 | 25,000 | 24,000 | 23,000 | 23,000 | 22,000 | 22,000 | 21,000 | 21,000 | 21,000 | 22,000 | 20,000 |
| 50–99 | 548,000 | 40,000 | 40,000 | 42,000 | 42,000 | 43,000 | 40,000 | 40,000 | 38,000 | 39,000 | 38,000 | 37,000 | 36,000 | 37,000 | 36,000 |
| 100–249 | 1,336,000 | 83,000 | 90,000 | 92,000 | 95,000 | 96,000 | 98,000 | 100,000 | 97,000 | 97,000 | 96,000 | 99,000 | 98,000 | 98,000 | 97,000 |
| 250–499 | 1,416,000 | 76,000 | 88,000 | 93,000 | 100,000 | 102,000 | 103,000 | 100,000 | 110,000 | 107,000 | 108,000 | 102,000 | 106,000 | 116,000 | 105,000 |
| 500–999 | 1,720,000 | 100,000 | 107,000 | 107,000 | 110,000 | 113,000 | 127,000 | 135,000 | 128,000 | 132,000 | 125,000 | 136,000 | 133,000 | 134,000 | 133,000 |
| 1,000 or more | 4,707,000 | 270,000 | 288,000 | 308,000 | 317,000 | 338,000 | 351,000 | 375,000 | 388,000 | 382,000 | 361,000 | 339,000 | 328,000 | 339,000 | 323,000 |

Note: Data may have been revised from previously published statistics. Subpopulation estimates, such as sex, race or Hispanic origin, and age, were based on the reported proportion of the subpopulation in comparison to the total average daily population (ADP). Subpopulations for legal status were estimated using data from the Annual Survey of Jails. Subpopulations for sex and jail size were based on total counts as reported to the Deaths in Custody Reporting Program. Prior to 2003, age and race or Hispanic origin were estimated using data from the Survey of Local Jail Inmates. After 2007, race and Hispanic origin were estimated using data from the National Inmate Survey. Bridge data years, 2003 and 2006, were estimated by smoothing the 2002 and 2007 estimates. See *Methodology* for details on Hispanic origin and probation or parole violations.
[a]Excludes persons of Hispanic or Latino origin, unless specified.
[b]In 2013, the survey separated Hispanic origin from race. Comparisons with previous years should not be made.
[c]Includes American Indians or Alaska Natives, Asians, Native Hawaiians, or other Pacific Islanders, and persons identifying two or more races.
[d]Includes inmates who returned on a probation or parole violation.
[e]Includes inmates whose status was marked as other or was unspecified.
[f]Jail size based on ADP.
Sources: Bureau of Justice Statistics, Annual Survey of Jails, 2000–2013; Deaths in Custody Reporting Program, 2000–2013; National Inmate Survey, 2007, 2008–2009, and 2011–2012; and Survey of Inmates in Local Jails, 2002.

JX-CCH-000510

**APPENDIX TABLE 2**
**Illness mortality rate per 100,000 local jail inmates, by selected decedent characteristics, 2001–2013**

| Characteristic | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 81 | 76 | 75 | 74 | 71 | 73 | 78 | 67 | 61 | 65 | 62 | 65 | 69 |
| **Sex** | | | | | | | | | | | | | |
| Male | 82 | 76 | 75 | 73 | 70 | 72 | 77 | 66 | 60 | 65 | 61 | 64 | 70 |
| Female | 78 | 79 | 81 | 85 | 83 | 83 | 86 | 74 | 65 | 66 | 66 | 74 | 70 |
| **Race/Hispanic origin[a]** | | | | | | | | | | | | | |
| White | 91 | 86 | 87 | 85 | 85 | 88 | 90 | 79 | 78 | 86 | 87 | 96 | 84 |
| Black/African American | 89 | 85 | 85 | 83 | 81 | 89 | 99 | 83 | 69 | 73 | 72 | 75 | 80 |
| Hispanic/Latino[b] | 57 | 53 | 50 | 49 | 42 | 41 | 45 | 38 | 35 | 34 | 26 | 27 | 45 |
| Other[c] | 22 | 11 ! | 9! | 20 | 20 | 18 | 19 | 19 | 17 | 15 | 9 | 10 | 15 |
| **Age** | | | | | | | | | | | | | |
| 17 or younger | 15 ! | 14 ! | 14 ! | 7 ! | 7 ! | 7 ! | 7 ! | 0 | 7 ! | 15 ! | 16 ! | 9 ! | 0 |
| 18–24 | 9 | 7 | 8 | 10 | 9 | 9 | 10 | 7 | 7 | 10 | 9 | 7 | 7 |
| 25–34 | 31 | 30 | 28 | 28 | 25 | 22 | 25 | 24 | 20 | 20 | 22 | 23 | 22 |
| 35–44 | 93 | 94 | 92 | 83 | 76 | 79 | 85 | 69 | 57 | 59 | 53 | 51 | 60 |
| 45–54 | 284 | 254 | 241 | 233 | 210 | 206 | 208 | 179 | 162 | 168 | 153 | 166 | 177 |
| 55 or older | 683 | 626 | 619 | 588 | 581 | 608 | 604 | 520 | 504 | 534 | 497 | 524 | 540 |
| **Legal status** | | | | | | | | | | | | | |
| Convicted[d] | 60 | 57 | 58 | 56 | 51 | 49 | 51 | 45 | 44 | 52 | 46 | 49 | 55 |
| Unconvicted[e] | 95 | 88 | 86 | 85 | 83 | 87 | 94 | 80 | 70 | 73 | 72 | 75 | 79 |

Note: Based on 2-year rolling averages centered on the most recent year. See *Methodology* for details on rates, Hispanic origin, and probation or parole violations.
! Interpret with caution; too few cases to provide a reliable rate.
[a]Excludes persons of Hispanic or Latino origin, unless specified.
[b]In 2013, the survey separated Hispanic origin from race. Comparisons with previous years should not be made.
[c]Includes American Indians or Alaska Natives, Asians, Native Hawaiians, or other Pacific Islanders, and persons identifying two or more races.
[d]Includes inmates who returned on a probation or parole violation.
[e]Includes inmates whose status was marked as other or was unspecified.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2000–2013.

**APPENDIX TABLE 3**
**Heart disease mortality rate per 100,000 local jail inmates, by selected decedent characteristics, 2001–2013**

| Characteristic | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 33 | 33 | 34 | 33 | 29 | 30 | 31 | 27 | 25 | 30 | 33 | 34 | 36 |
| **Sex** | | | | | | | | | | | | | |
| Male | 35 | 34 | 35 | 34 | 30 | 31 | 32 | 27 | 25 | 30 | 33 | 35 | 37 |
| Female | 26 | 34 | 31 | 27 | 24 | 24 | 23 | 24 | 25 | 26 | 30 | 34 | 33 |
| **Race/Hispanic origin[a]** | | | | | | | | | | | | | |
| White | 44 | 44 | 42 | 39 | 40 | 41 | 39 | 32 | 34 | 43 | 48 | 53 | 45 |
| Black/African American | 35 | 35 | 38 | 37 | 31 | 33 | 38 | 34 | 29 | 31 | 38 | 41 | 45 |
| Hispanic/Latino[b] | 13 | 16 | 17 | 20 | 17 | 12 | 13 | 13 | 13 | 15 | 10 | 8 | 15 |
| Other[c] | 13 ! | 6 ! | 4 ! | 8 ! | 6 ! | 9 ! | 11 | 7 ! | 5 ! | 5 ! | 5 ! | 7 ! | 8 ! |
| **Age** | | | | | | | | | | | | | |
| 17 or younger | 15 ! | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18–24 | 4 | 2 ! | 2 ! | 3 ! | 3 | 3 | 3 | 2 ! | 2 ! | 4 | 3 | 3 ! | 4 |
| 25–34 | 9 | 11 | 12 | 12 | 10 | 9 | 8 | 7 | 7 | 8 | 10 | 10 | 10 |
| 35–44 | 38 | 37 | 36 | 34 | 28 | 30 | 35 | 28 | 22 | 27 | 28 | 28 | 32 |
| 45–54 | 115 | 121 | 116 | 110 | 90 | 80 | 78 | 68 | 67 | 77 | 85 | 86 | 89 |
| 55 or older | 343 | 329 | 342 | 301 | 271 | 289 | 276 | 244 | 238 | 265 | 277 | 299 | 305 |
| **Legal status** | | | | | | | | | | | | | |
| Convicted[d] | 24 | 28 | 29 | 26 | 22 | 22 | 23 | 19 | 20 | 25 | 25 | 26 | 28 |
| Unconvicted[e] | 40 | 37 | 36 | 37 | 34 | 34 | 35 | 31 | 28 | 33 | 37 | 40 | 42 |

Note: Based on 2-year rolling averages centered on the most recent year. See *Methodology* for details on rates, Hispanic origin, and probation or parole violations.
! Interpret with caution; too few cases to provide a reliable rate.
[a]Excludes persons of Hispanic or Latino origin, unless specified.
[b]In 2013, the survey separated Hispanic origin from race. Comparisons with previous years should not be made.
[c]Includes American Indians or Alaska Natives, Asians, Native Hawaiians, or other Pacific Islanders, and persons identifying two or more races.
[d]Includes inmates who returned on a probation or parole violation.
[e]Includes inmates whose status was marked as other or was unspecified.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2000–2013.

JX-CCH-000511

## APPENDIX TABLE 4
**Suicide mortality rate per 100,000 local jail inmates, by selected decedent characteristics, 2001–2013**

| Characteristic | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 49 | 48 | 45 | 42 | 40 | 37 | 36 | 33 | 35 | 41 | 42 | 42 | 43 |
| **Sex** | | | | | | | | | | | | | |
| Male | 51 | 50 | 46 | 44 | 42 | 40 | 39 | 35 | 36 | 42 | 44 | 44 | 45 |
| Female | 32 | 35 | 38 | 33 | 26 | 21 | 20 | 19 | 24 | 33 | 31 | 26 | 30 |
| **Race/Hispanic origin**[a] | | | | | | | | | | | | | |
| White | 96 | 99 | 93 | 80 | 74 | 70 | 69 | 65 | 71 | 85 | 89 | 90 | 77 |
| Black/African American | 18 | 14 | 13 | 17 | 17 | 17 | 17 | 13 | 12 | 14 | 14 | 16 | 18 |
| Hispanic/Latino[b] | 30 | 29 | 28 | 31 | 31 | 25 | 21 | 19 | 18 | 20 | 24 | 21 | 28 |
| Other[c] | 27 | 24 | 19 | 26 | 22 | 16 | 18 | 19 | 20 | 22 | 14 | 11 | 15 |
| **Age** | | | | | | | | | | | | | |
| 17 or younger | 96 | 84 | 62 ! | 62 ! | 56 ! | 42 ! | 43 ! | 36 ! | 22 ! | 23 ! | 25 ! | 26 ! | 37 ! |
| 18–24 | 36 | 37 | 33 | 32 | 30 | 25 | 24 | 23 | 24 | 24 | 25 | 29 | 26 |
| 25–34 | 49 | 41 | 43 | 43 | 38 | 36 | 32 | 26 | 31 | 41 | 42 | 38 | 42 |
| 35–44 | 52 | 60 | 54 | 48 | 49 | 46 | 47 | 43 | 45 | 51 | 51 | 54 | 54 |
| 45–54 | 57 | 58 | 54 | 47 | 44 | 42 | 47 | 44 | 45 | 56 | 58 | 49 | 47 |
| 55 or older | 88 | 73 | 51 | 54 | 63 | 57 | 48 | 58 | 55 | 54 | 60 | 64 | 86 |
| **Legal status** | | | | | | | | | | | | | |
| Convicted[d] | 24 | 21 | 20 | 18 | 15 | 15 | 15 | 13 | 17 | 20 | 19 | 19 | 18 |
| Unconvicted[e] | 66 | 66 | 61 | 58 | 56 | 50 | 49 | 44 | 45 | 54 | 57 | 56 | 59 |

Note: Based on 2-year rolling averages centered on the most recent year. See *Methodology* for details on rates, Hispanic origin, and probation or parole violations.
! Interpret with caution; too few cases to provide a reliable rate.
[a]Excludes persons of Hispanic or Latino origin, unless specified.
[b]In 2013, the survey separated Hispanic origin from race. Comparisons with previous years should not be made.
[c]Includes American Indians or Alaska Natives, Asians, Native Hawaiians, or other Pacific Islanders, and persons identifying two or more races.
[d]Includes inmates who returned on a probation or parole violation.
[e]Includes inmates whose status was marked as other or was unspecified.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2000–2013.

## APPENDIX TABLE 5
**Mortality rate for all other unnatural deaths per 100,000 local jail inmates, by selected decedent characteristics, 2001–2013**

| Characteristic | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 16 | 17 | 18 | 19 | 18 | 19 | 18 | 12 | 12 | 14 | 15 | 15 | 15 |
| **Sex** | | | | | | | | | | | | | |
| Male | 15 | 17 | 16 | 18 | 18 | 19 | 17 | 13 | 13 | 14 | 14 | 14 | 15 |
| Female | 19 | 20 | 30 | 31 | 19 | 21 | 19 | 10 | 10 | 14 | 19 | 19 | 20 |
| **Race/Hispanic origin**[a] | | | | | | | | | | | | | |
| White | 26 | 30 | 30 | 31 | 29 | 28 | 25 | 20 | 20 | 23 | 26 | 27 | 24 |
| Black/African American | 9 | 10 | 12 | 13 | 13 | 16 | 16 | 9 | 8 | 10 | 10 | 9 | 11 |
| Hispanic/Latino[b] | 11 | 8 | 9 | 12 | 13 | 16 | 15 | 9 | 8 | 9 | 9 | 10 | 12 |
| Other[c] | 6 ! | 7 ! | 7 ! | 5 ! | 2 ! | 4 ! | 3 ! | 0 | 5 ! | 7 ! | 8 ! | 6 ! | 3 ! |
| **Age** | | | | | | | | | | | | | |
| 17 or younger | 0 | 0 | 7 ! | 14 ! | 14 ! | 7 ! | 7 ! | 7 ! | 7 ! | 8 ! | 0 | 0 | 9 ! |
| 18–24 | 8 | 8 | 9 | 9 | 10 | 12 | 11 | 7 | 5 | 6 | 7 | 7 | 7 |
| 25–34 | 12 | 15 | 15 | 18 | 17 | 18 | 18 | 12 | 10 | 10 | 13 | 14 | 13 |
| 35–44 | 19 | 21 | 20 | 21 | 21 | 22 | 20 | 15 | 16 | 18 | 19 | 18 | 18 |
| 45–54 | 35 | 37 | 38 | 36 | 28 | 29 | 25 | 16 | 20 | 24 | 21 | 21 | 25 |
| 55 or older | 33 ! | 17 ! | 26 ! | 45 | 38 | 30 | 27 | 25 | 41 | 49 | 42 | 39 | 43 |
| **Legal status** | | | | | | | | | | | | | |
| Convicted[d] | 10 | 11 | 9 | 8 | 8 | 11 | 11 | 6 | 6 | 9 | 13 | 12 | 9 |
| Unconvicted[e] | 19 | 20 | 23 | 26 | 24 | 22 | 16 | 16 | 11 | 17 | 16 | 17 | 19 |

Note: All other unnatural deaths includes deaths caused by accident, homicide, and drug or alcohol intoxication. Based on 2-year rolling averages centered on the most recent year. See *Methodology* for details on rates, Hispanic origin, and probation or parole violations.
! Interpret with caution; too few cases to provide a reliable rate.
[a]Excludes persons of Hispanic or Latino origin, unless specified.
[b]In 2013, the survey separated Hispanic origin from race. Comparisons with previous years should not be made.
[c]Includes American Indians or Alaska Natives, Asians, Native Hawaiians, or other Pacific Islanders, and persons identifying two or more races.
[d]Includes inmates who returned on a probation or parole violation.
[e]Includes inmates whose status was marked as other or was unspecified.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2000–2013.

JX-CCH-000512

**APPENDIX TABLE 6**
**Illness mortality rate per 100,000 state prisoners, by selected decedent characteristics, 2002–2013**

| Characteristic | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 243 | 251 | 255 | 252 | 251 | 253 | 258 | 259 | 251 | 252 | 262 | 269 |
| Sex | | | | | | | | | | | | |
| Male | 223 | 231 | 234 | 231 | 228 | 229 | 234 | 235 | 230 | 231 | 240 | 246 |
| Female | 124 | 135 | 139 | 145 | 135 | 124 | 142 | 149 | 126 | 125 | 128 | 127 |
| Race/Hispanic origin[a] | | | | | | | | | | | | |
| White | 282 | 295 | 303 | 305 | 302 | 304 | 320 | 324 | 315 | 344 | 370 | 368 |
| Black/African American | 201 | 208 | 213 | 210 | 206 | 205 | 201 | 202 | 202 | 195 | 202 | 209 |
| Hispanic/Latino[b] | 173 | 165 | 153 | 149 | 158 | 169 | 175 | 173 | 158 | 123 | 110 | 122 |
| Other[c] | 119 | 110 | 136 | 147 | 118 | 119 | 148 | 147 | 127 | 76 | 63 | 72 |
| Age | | | | | | | | | | | | |
| 17 or younger | 0 | 18! | 20! | 0 | 19! | 18 | 20! | 20! | 42! | 64! | 21! | 0 |
| 18–24 | 14 | 11 | 13 | 14 | 11 | 11 | 14 | 16 | 16 | 14 | 13 | 16 |
| 25–34 | 38 | 39 | 39 | 36 | 34 | 30 | 27 | 26 | 26 | 25 | 24 | 24 |
| 35–44 | 155 | 156 | 150 | 135 | 121 | 109 | 99 | 92 | 90 | 87 | 84 | 78 |
| 45–54 | 540 | 525 | 515 | 514 | 526 | 509 | 450 | 413 | 372 | 344 | 339 | 324 |
| 55 or older | 1,968 | 1,963 | 1,990 | 2,038 | 2,071 | 2,238 | 2,177 | 2,015 | 1,715 | 1,599 | 1,680 | 1,627 |

Note: Based on 2-year rolling averages centered on the most recent year. See *Methodology* for details on rates and Hispanic origin.
! Interpret with caution; too few cases to provide a reliable rate.
[a]Excludes persons of Hispanic or Latino origin, unless specified.
[b]In 2013, the survey separated Hispanic origin from race. Comparisons with previous years should not be made.
[c]Includes American Indians or Alaska Natives, Asians, Native Hawaiians, or other Pacific Islanders, and persons identifying two or more races.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2013.

**APPENDIX TABLE 7**
**Cancer mortality rate per 100,000 state prisoners, by selected decedent characteristics, 2002–2013**

| Characteristic | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 57 | 62 | 63 | 62 | 63 | 60 | 63 | 71 | 72 | 75 | 80 | 82 |
| Sex | | | | | | | | | | | | |
| Male | 60 | 64 | 65 | 64 | 65 | 62 | 66 | 73 | 74 | 77 | 83 | 86 |
| Female | 22 | 32 | 35 | 33 | 33 | 32 | 31 | 38 | 41 | 50 | 45 | 38 |
| Race/Hispanic origin[a] | | | | | | | | | | | | |
| White | 82 | 90 | 90 | 88 | 91 | 90 | 98 | 108 | 108 | 120 | 133 | 133 |
| Black/African American | 49 | 52 | 56 | 56 | 56 | 54 | 55 | 60 | 62 | 64 | 70 | 72 |
| Hispanic/Latino[b] | 40 | 36 | 34 | 36 | 37 | 32 | 30 | 39 | 43 | 35 | 31 | 34 |
| Other[c] | 35 | 32 | 33 | 42 | 44 | 34 | 41 | 47 | 45 | 27 | 19 | 22 |
| Age | | | | | | | | | | | | |
| 17 or younger | 0 | 0 | 0 | 0 | 0 | 0 | 20! | 20! | 0 | 21! | 21! | 0 |
| 18–24 | 1! | 1! | 2! | 2! | 1! | 1! | 2! | 1! | 4 | 5 | 3 | 2! |
| 25–34 | 5 | 5 | 5 | 5 | 6 | 4 | 4 | 4 | 4 | 5 | 6 | 6 |
| 35–44 | 28 | 31 | 30 | 26 | 25 | 20 | 18 | 20 | 20 | 20 | 21 | 23 |
| 45–54 | 141 | 141 | 131 | 132 | 147 | 138 | 121 | 125 | 120 | 111 | 112 | 114 |
| 55 or older | 676 | 671 | 696 | 696 | 700 | 707 | 699 | 706 | 612 | 586 | 629 | 585 |

Note: Based on 2-year rolling averages centered on the most recent year. See *Methodology* for details on rates and Hispanic origin.
! Interpret with caution; too few cases to provide a reliable rate.
[a]Excludes persons of Hispanic or Latino origin, unless specified.
[b]In 2013, the survey separated Hispanic origin from race. Comparisons with previous years should not be made.
[c]Includes American Indians or Alaska Natives, Asians, Native Hawaiians, or other Pacific Islanders, and persons identifying two or more races.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2013.

JX-CCH-000513

## APPENDIX TABLE 8
**Heart disease mortality rate per 100,000 state prisoners, by selected decedent characteristics, 2002–2013**

| Characteristic | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 65 | 66 | 67 | 67 | 66 | 65 | 64 | 64 | 63 | 65 | 65 | 67 |
| **Sex** | | | | | | | | | | | | |
| Male | 67 | 68 | 69 | 70 | 69 | 67 | 66 | 66 | 66 | 68 | 67 | 70 |
| Female | 35 | 35 | 33 | 33 | 31 | 30 | 35 | 37 | 25 | 25 | 34 | 28 |
| **Race/Hispanic origin[a]** | | | | | | | | | | | | |
| White | 94 | 93 | 94 | 97 | 96 | 92 | 89 | 92 | 90 | 98 | 103 | 103 |
| Black/African American | 57 | 61 | 62 | 62 | 62 | 60 | 59 | 58 | 61 | 61 | 62 | 65 |
| Hispanic/Latino[b] | 38 | 37 | 33 | 32 | 36 | 41 | 44 | 42 | 36 | 29 | 21 | 23 |
| Other[c] | 21 | 22 | 41 | 42 | 23 | 31 | 43 | 33 | 27 | 16 | 16 | 23 |
| **Age** | | | | | | | | | | | | |
| 17 or younger | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 ! | 21 ! | 0 | 0 |
| 18–24 | 3 | 2 ! | 3 | 5 | 5 | 3 | 4 | 5 | 4 | 3 ! | 3 ! | 6 |
| 25–34 | 11 | 11 | 12 | 13 | 11 | 9 | 8 | 8 | 8 | 8 | 7 | 8 |
| 35–44 | 40 | 40 | 42 | 40 | 35 | 30 | 27 | 28 | 30 | 32 | 29 | 25 |
| 45–54 | 140 | 138 | 136 | 133 | 135 | 133 | 113 | 99 | 92 | 87 | 83 | 78 |
| 55 or older | 710 | 672 | 635 | 662 | 682 | 711 | 653 | 594 | 502 | 467 | 480 | 471 |

Note: Based on 2-year rolling averages centered on the most recent year. See *Methodology* for details on rates and Hispanic origin.
! Interpret with caution; too few cases to provide a reliable rate.
[a]Excludes persons of Hispanic or Latino origin, unless specified.
[b]In 2013, the survey separated Hispanic origin from race. Comparisons with previous years should not be made.
[c]Includes American Indians or Alaska Natives, Asians, Native Hawaiians, or other Pacific Islanders, and persons identifying two or more races.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2013.

## APPENDIX TABLE 9
**Liver disease mortality rate per 100,000 state prisoners, by selected decedent characteristics, 2002–2013**

| Characteristic | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 25 | 25 | 24 | 24 | 24 | 24 | 24 | 24 | 23 | 24 | 25 | 26 |
| **Sex** | | | | | | | | | | | | |
| Male | 26 | 26 | 25 | 25 | 25 | 25 | 25 | 26 | 24 | 25 | 26 | 27 |
| Female | 15 | 12 | 11 | 16 | 13 | 9 | 11 | 10 | 9 | 9 | 10 | 15 |
| **Race/Hispanic origin[a]** | | | | | | | | | | | | |
| White | 36 | 34 | 34 | 36 | 36 | 32 | 36 | 38 | 36 | 40 | 43 | 41 |
| Black/African American | 14 | 15 | 15 | 14 | 14 | 14 | 12 | 14 | 14 | 14 | 13 | 14 |
| Hispanic/Latino[b] | 40 | 38 | 32 | 29 | 33 | 36 | 36 | 32 | 28 | 21 | 21 | 25 |
| Other[c] | 30 | 24 | 23 | 29 | 23 | 26 | 23 | 20 | 20 | 10 | 9 | 11 |
| **Age** | | | | | | | | | | | | |
| 17 or younger | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 ! | 21 ! | 0 | 0 |
| 18–24 | 0 | 0 | 0 | 0 | 0 ! | 1 ! | 0 ! | 1 ! | 1 ! | 1 ! | 0 | 0 ! |
| 25–34 | 2 | 2 | 1 | 1 | 1 ! | 1 ! | 1 ! | 1 ! | 2 | 1 ! | 1 ! | 1 ! |
| 35–44 | 20 | 19 | 17 | 12 | 10 | 11 | 9 | 9 | 9 | 8 | 8 | 5 |
| 45–54 | 100 | 86 | 84 | 94 | 95 | 82 | 75 | 71 | 59 | 53 | 54 | 50 |
| 55 or older | 118 | 141 | 135 | 139 | 156 | 173 | 167 | 154 | 136 | 144 | 157 | 162 |

Note: Based on 2-year rolling averages centered on the most recent year. See *Methodology* for details on rates and Hispanic origin.
! Interpret with caution; too few cases to provide a reliable rate.
[a]Excludes persons of Hispanic or Latino origin, unless specified.
[b]In 2013, the survey separated Hispanic origin from race. Comparisons with previous years should not be made.
[c]Includes American Indians or Alaska Natives, Asians, Native Hawaiians, or other Pacific Islanders, and persons identifying two or more races.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2013.

JX-CCH-000514

## APPENDIX TABLE 10
**Respiratory disease mortality rate per 100,000 state prisoners, by selected decedent characteristics, 2002–2013**

| Characteristic | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 12 | 14 | 16 | 16 | 16 | 15 | 17 | 17 | 15 | 15 | 16 | 16 |
| **Sex** | | | | | | | | | | | | |
| Male | 13 | 15 | 16 | 17 | 16 | 15 | 17 | 17 | 16 | 16 | 17 | 17 |
| Female | 8 | 9 | 13 | 15 | 17 | 15 | 15 | 15 | 10 | 9 | 8 | 10 |
| **Race/Hispanic origin[a]** | | | | | | | | | | | | |
| White | 17 | 22 | 23 | 23 | 23 | 24 | 28 | 25 | 23 | 27 | 30 | 28 |
| Black/African American | 11 | 12 | 14 | 16 | 15 | 13 | 14 | 14 | 13 | 11 | 11 | 12 |
| Hispanic/Latino[b] | 8 | 9 | 8 | 8 | 9 | 9 | 11 | 13 | 12 | 7 | 7 | 8 |
| Other[c] | 14 ! | 8 ! | 7 ! | 6 ! | 5 ! | 1 ! | 4 ! | 4 ! | 1 ! | 3 ! | 5 ! | 6 ! |
| **Age** | | | | | | | | | | | | |
| 17 or younger | 0 | 0 | 0 | 0 | 19 ! | 18 ! | 0 | 0 | 0 | 0 | 0 | 0 |
| 18–24 | 3 | 2 ! | 2 ! | 2 ! | 2 ! | 2 ! | 3 | 3 | 1 ! | 2 ! | 2 ! | 2 ! |
| 25–34 | 3 | 4 | 4 | 4 | 3 | 3 | 4 | 3 | 2 | 3 | 3 | 3 |
| 35–44 | 7 | 8 | 8 | 9 | 8 | 7 | 7 | 7 | 6 | 4 | 4 | 4 |
| 45–54 | 21 | 25 | 28 | 26 | 28 | 27 | 24 | 23 | 19 | 19 | 19 | 15 |
| 55 or older | 133 | 152 | 165 | 178 | 169 | 167 | 186 | 161 | 131 | 123 | 129 | 125 |

Note: Based on 2-year rolling averages centered on the most recent year. See *Methodology* for details on rates and Hispanic origin.
! Interpret with caution; too few cases to provide a reliable rate.
[a]Excludes persons of Hispanic or Latino origin, unless specified.
[b]In 2013, the survey separated Hispanic origin from race. Comparisons with previous years should not be made.
[c]Includes American Indians or Alaska Natives, Asians, Native Hawaiians, or other Pacific Islanders, and persons identifying two or more races.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2013.

## APPENDIX TABLE 11
**Mortality rate for all other illnesses per 100,000 state prisoners, by selected decedent characteristics, 2002–2013**

| Characteristic | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 36 | 39 | 44 | 43 | 41 | 48 | 51 | 45 | 43 | 40 | 41 | 42 |
| **Sex** | | | | | | | | | | | | |
| Male | 36 | 39 | 45 | 43 | 41 | 50 | 52 | 46 | 43 | 41 | 41 | 42 |
| Female | 29 | 35 | 37 | 38 | 33 | 31 | 40 | 40 | 36 | 30 | 29 | 34 |
| **Race/Hispanic origin[a]** | | | | | | | | | | | | |
| White | 41 | 47 | 54 | 53 | 51 | 61 | 64 | 56 | 54 | 55 | 56 | 58 |
| Black/African American | 38 | 40 | 43 | 42 | 39 | 47 | 48 | 44 | 42 | 38 | 39 | 38 |
| Hispanic/Latino[b] | 26 | 29 | 36 | 36 | 36 | 45 | 47 | 42 | 35 | 27 | 27 | 30 |
| Other[c] | 14! | 15 ! | 23 | 22 | 21 | 26 | 35 | 40 | 31 | 19 | 13 | 10 |
| **Age** | | | | | | | | | | | | |
| 17 or younger | 0 | 18 ! | 20 ! | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18–24 | 5 | 5 | 5 | 3 | 2 ! | 3 | 5 | 5 | 4 | 3 | 5 | 5 |
| 25–34 | 9 | 8 | 10 | 8 | 8 | 10 | 8 | 8 | 7 | 6 | 7 | 6 |
| 35–44 | 25 | 29 | 30 | 29 | 26 | 29 | 28 | 22 | 18 | 17 | 17 | 16 |
| 45–54 | 87 | 92 | 106 | 104 | 95 | 104 | 95 | 76 | 69 | 65 | 60 | 57 |
| 55 or older | 299 | 302 | 338 | 344 | 342 | 455 | 448 | 375 | 314 | 267 | 270 | 267 |

Note: Detail may not sum to total due to missing data. Data may have been revised from previously published statistics to reflect updated information. Based on 2-year rolling averages centered on the most recent year. Includes other specified illnesses, such as cerebrovascular disease, influenza, and other nonleading natural causes of death, as well as unspecified illnesses. See *Methodology* for details on illnesses, rates, and Hispanic origin.
! Interpret with caution; too few cases to provide a reliable rate.
[a]Excludes persons of Hispanic or Latino origin, unless specified.
[b]In 2013, the survey separated Hispanic origin from race. Comparisons with previous years should not be made.
[c]Includes American Indians or Alaska Natives, Asians, Native Hawaiians, or other Pacific Islanders, and persons identifying two or more races.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2013.

JX-CCH-000515

**APPENDIX TABLE 12**
**Mortality rate for unnatural deaths per 100,000 state prisoners, by selected decedent characteristics, 2002–2013**

| Characteristic | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 23 | 24 | 24 | 26 | 27 | 27 | 25 | 25 | 26 | 27 | 28 | 29 |
| **Sex** | | | | | | | | | | | | |
| Male | 24 | 25 | 25 | 26 | 28 | 28 | 26 | 26 | 27 | 28 | 29 | 30 |
| Female | 13 | 14 | 16 | 15 | 15 | 16 | 14 | 15 | 17 | 18 | 17 | 17 |
| **Race/Hispanic origin[a]** | | | | | | | | | | | | |
| White | 34 | 37 | 37 | 38 | 41 | 41 | 40 | 40 | 40 | 43 | 47 | 46 |
| Black/African American | 14 | 14 | 13 | 15 | 15 | 15 | 15 | 13 | 15 | 16 | 16 | 18 |
| Hispanic/Latino[b] | 27 | 25 | 28 | 31 | 36 | 33 | 26 | 28 | 30 | 23 | 21 | 25 |
| Other[c] | 35 | 37 | 39 | 38 | 40 | 32 | 33 | 34 | 36 | 28 | 19 | 17 |
| **Age** | | | | | | | | | | | | |
| 17 or younger | 51 ! | 55 ! | 61 ! | 40 ! | 19 ! | 18 ! | 59 ! | 41 ! | 21 ! | 43 ! | 21 ! | 0 |
| 18–24 | 20 | 16 | 18 | 22 | 19 | 15 | 17 | 19 | 20 | 17 | 18 | 22 |
| 25–34 | 22 | 25 | 24 | 22 | 23 | 24 | 23 | 22 | 23 | 24 | 22 | 24 |
| 35–44 | 24 | 25 | 24 | 27 | 31 | 27 | 23 | 24 | 25 | 29 | 32 | 29 |
| 45–54 | 26 | 27 | 28 | 31 | 35 | 39 | 34 | 30 | 32 | 32 | 32 | 32 |
| 55 or older | 25 | 33 | 42 | 34 | 42 | 56 | 44 | 39 | 43 | 41 | 49 | 53 |

Note: Unnatural deaths include suicides, homicides, accidents, and those due to drug or alcohol intoxication. Based on 2-year rolling averages centered on the most recent year. See *Methodology* for details on rates and Hispanic origin.

! Interpret with caution; too few cases to provide a reliable rate.

[a]Excludes persons of Hispanic or Latino origin, unless specified.

[b]In 2013, the survey separated Hispanic origin from race. Comparisons with previous years should not be made.

[c]Includes American Indians or Alaska Natives, Asians, Native Hawaiians, or other Pacific Islanders, and persons identifying two or more races.

Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2013.

JX-CCH-000516



The Bureau of Justice Statistics of the U.S. Department of Justice is the principal federal agency responsible for measuring crime, criminal victimization, criminal offenders, victims of crime, correlates of crime, and the operation of criminal and civil justice systems at the federal, state, tribal, and local levels. BJS collects, analyzes, and disseminates reliable and valid statistics on crime and justice systems in the United States; supports improvements to state and local criminal justice information systems; and participates with national and international organizations to develop and recommend national standards for justice statistics. William J. Sabol is director.

This report was written by Margaret Noonan, Harley Rohloff, and Scott Ginder. Danielle Kaeble, Tracy Snell, and Margaret Noonan verified the report. Kim Aspinwall carried out data collection and processing with assistance from Alissa Chambers, under the supervision of Chris Ellis, RTI International. Scott Ginder provided statistical assistance, and Elizabeth Robbins provided technical assistance.

Irene Cooperman and Jill Thomas edited the report. Tina Dorsey and Barbara Quinn produced the report.

August 2015, NCJ 248756



NCJ248756

**Office of Justice Programs**
**Innovation • Partnerships • Safer Neighborhoods**
**www.ojp.usdoj.gov**

JX-CCH-000517







# Managing Prison Health Care Spending

IX-CCH-000518

The State Health Care Spending Project, an initiative of The Pew Charitable Trusts and the John D. and Catherine T. MacArthur Foundation, helps policymakers better understand how much money states spend on health care, how and why that amount has changed over time, and which policies are containing costs while maintaining or improving health outcomes.

## The Pew Charitable Trusts

Susan K. Urahn, executive vice president
Michael Ettlinger, senior director

Ellyon Bell
Kavita Choudhry
Kil Huh
Matt McKillop
Matt Mulkey
Maria Schiff

## John D. and Catherine T. MacArthur Foundation

Valerie Chang, director for policy research
Meredith Klein, communications officer

## External Reviewers

The report benefited from the insights and expertise of two external reviewers: Warren J. Ferguson, M.D., chairman of the board of directors of the Academic Consortium on Criminal Justice Health and professor and vice chair of the Department of Family Medicine and Community Health at the University of Massachusetts Medical School, and Faye S. Taxman, Ph.D., professor in the Criminology, Law, and Society Department and director of the Center for Advancing Correctional Excellence at George Mason University. These experts provided feedback and guidance at critical stages in the project. Although they have screened the report for accuracy, neither they nor their organizations necessarily endorse its findings or conclusions.

## Acknowledgments

Providing invaluable assistance, Jenifer Warren, Ryan King, and Adam Gelb aided in concept development, data analysis, and reporting. We thank the following colleagues for their insights and guidance: Sarah Babbage, Pamela Lachman, Brian Elderbroom, Samantha Chao, Kirsten Paulson, Karen Lyons, Lori Grange, Jeff Chapman, and Gaye Williams. We thank Dan Benderly, Jennifer V. Doctors, and Fred Schecker for providing valuable feedback and production assistance on this report. We would like to thank the following contractors: Jacklyn Lussier, Kimberly Furdell, Richard Greene, and Katherine Barrett. We thank the staff at the Bureau of Justice Statistics for collecting and reporting data vital to this study and the many state officials and other experts in the field who were so generous with their time, knowledge, and expertise.

For additional information, visit www.pewstates.org.

This report is intended for educational and informational purposes. References to specific policymakers or companies have been included solely to advance these purposes and do not constitute an endorsement, sponsorship, or recommendation by The Pew Charitable Trusts and the John D. and Catherine T. MacArthur Foundation.

©2013 The Pew Charitable Trusts. All Rights Reserved.

JX-CCH-000519

# Table of Contents

Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

The challenge for states . . . . . . . . . . . . . . . . . . . . . . . . 7

States responses to growing costs . . . . . . . . . . . . . . . . 12

Conclusion. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

Appendix A: Correctional health care spending data . . . . . 27

Appendix B: Sources interviewed . . . . . . . . . . . . . . . . . . . 30

Endnotes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33

## HEALTH CARE CHALLENGES IN THE STATES

This report is part of a series that explores promising state efforts to manage health care costs across a range of spending areas.

To find other reports in this series, please visit www.pewstates.org/healthcarespending.

This report was updated in May 2014 to reflect revised North Carolina and Oregon spending data published by the Bureau of Justice Statistics after our report's initial release.

JX-CCH-000520

# Overview

Nationwide, spending on both health care and corrections is putting serious pressure on state budgets. Medicaid—the largest component of states' health care spending—has been the fastest-growing part of state expenditures over the past two decades, with corrections coming in just behind it.[1]

Despite increasing interest among policymakers and taxpayers in improving outcomes and controlling costs in health care and corrections, the intersection of these two areas—health care for prison inmates—has garnered comparatively little attention. To better understand spending for inmate health services, researchers from The Pew Charitable Trusts analyzed cost data from the 44 states included in a study by the federal Bureau of Justice Statistics, or BJS.

Pew found that prison health care spending in these 44 states totaled $6.5 billion in 2008, out of $36.8 billion in overall institutional correctional expenditures.[2] Most states' correctional health care spending increased substantially from fiscal 2001 to 2008, the years included in the BJS report:

- Spending increased in 42 of the 44 states, with median growth of 49 percent.[3] In 10 states, prison health expenditures grew 90 percent or more. Only Texas and Illinois experienced inflation-adjusted decreases in this spending area.[4]

- Per-inmate health care spending rose in 35 of the 44 states, with 28 percent median growth.

- In 39 of the states, prison health care costs claimed a larger share of their total institutional corrections budgets, increasing, on average, from 10 percent in fiscal 2001 to 15 percent in fiscal 2008. Maine, Nevada, North Dakota, Oklahoma, and West Virginia were the only exceptions.[5]

This significant growth reflects, in part, the rise in prison populations nationally. From 2001 to 2008, the number of sentenced prisoners in correctional institutions increased by 15 percent, from 1,344,512 to 1,540,100.[6] This rise was part of a multi-decade trend; the number of Americans in prison nearly tripled from 1987 to 2007.[7] The dramatic increase was driven in part by tougher sentencing

JX-CCH-000521

laws and more restrictive probation and parole policies that have put more people in prison and held them there longer.[8] This trend, however, has recently begun to reverse in about half of the states as

sentencing and corrections reforms have spurred reductions in prison populations.

The sheer number of state prisoners does not explain all of the increased

FIGURE 1:

## Spending on Inmate Health Care Rose in 42 of the 44 States, With Median Growth of 49 Percent Over 7 Years

Correctional health care spending change by state, 2001–08



CATEGORIES:

- 90% and above
- 0 to 30%
- No data available
- 31 to 89%
- -7 to -1%

Note: All spending figures are in 2008 dollars. Nominal fiscal 2001 data provided to Pew by the Bureau of Justice Statistics were converted to 2008 dollars using the Implicit Price Deflator for state and local government consumption expenditures and gross investment included in the Bureau of Economic Analysis' National Income and Product Accounts.

Source: U.S. Department of Justice, Bureau of Justice Statistics

© 2013 The Pew Charitable Trusts

JX-CCH-000522

spending. Higher per-inmate expenses and the expanding slice of corrections budgets devoted to health care suggest that other factors are also pushing costs up, including:

- Aging inmate populations.
- Prevalence of infectious and chronic diseases, mental illness, and substance abuse among inmates, many of whom enter prison with these problems.
- Challenges inherent in delivering health care in prisons, such as distance from hospitals and other providers.

Inmates' health, the public's safety, and taxpayers' total corrections bill are all affected by how states manage prison health care services. Effectively treating inmates' physical and mental ailments, including substance abuse, improves their well-being and can reduce the likelihood that they will commit new crimes or violate probation once released.

In addition to examining spending data, Pew researchers interviewed correctional health care experts across the country to identify innovative strategies to deliver health care to inmates, protect public safety, and control costs.

This report examines Pew's findings on state prison health care spending and explores the factors driving costs higher. It also illustrates a variety of promising approaches that states are taking to address these challenges by examining four strategies that were frequently cited during the expert interviews: the use of telehealth technology, improved management of health services contractors, Medicaid financing, and medical or geriatric parole. These examples offer important lessons as policymakers seek the best ways to make their correctional health care systems effective and affordable.

## IMPRISONMENT RATES DECLINE IN MORE THAN HALF THE STATES

The BJS announced in July 2013 that the number of offenders in state prisons declined for the third straight year in 2012, falling by 2.1 percent.* This downward trend follows four decades of steady growth in state prison populations, which led many states in recent years to analyze and reform their corrections and sentencing policies.

* E. Ann Carson and Daniela Golinelli, "Prisoners in 2012—Advance Counts," Bureau of Justice Statistics, July 2013, http://www.bjs.gov/content/pub/pdf/p12ac.pdf

JX-CCH-000523

FIGURE 2:

# Per-Inmate Health Care Spending Rose in 35 of the 44 States, With Median Growth of 28 Percent Over 7 Years

Correctional per-inmate health care spending change by state, 2001 and 2008 (2008 dollars)



Notes: No data available for states not listed. All spending figures are in 2008 dollars. Nominal fiscal 2001 data provided to Pew by the Bureau of Justice Statistics were converted to 2008 dollars using the Implicit Price Deflator for state and local government consumption expenditures and gross investment included in the Bureau of Economic Analysis' National Income and Product Accounts.

Source: U.S. Department of Justice, Bureau of Justice Statistics
© 2013 The Pew Charitable Trusts

JX-CCH-000524



JX-CCH-000525

# The challenge for states

States differ considerably in how they provide health care to prisoners. Some hire medical practitioners, others contract with private companies or university medical staffs, and many use a hybrid approach.[9] Whichever model is used, many institutions, including those that are accredited by the National Commission on Correctional Health Care, have requirements for timely intake screening, comprehensive exams, and periodic health-maintenance and chronic-illness management consultations.

Inmates who become ill typically submit "sick call" slips that are collected at an appointed time each day. These requests are triaged by the medical staff to determine whether the inmate requires a nurse, doctor, or outside specialist. In emergency situations, offenders usually make their requests through correctional officers, who consult with the on-site medical staff to assess the severity of symptoms and determine a course of treatment. Inmates requiring surgery or dialysis or who exhibit complicated symptoms typically are treated at outside hospitals or transferred to special correctional medical facilities. Large prisons may have infirmaries on their grounds that are capable of handling some of these cases.[10]

Despite these variations, several factors characteristic of most state corrections systems can hinder the delivery of health care and drive up costs.

## Location, staffing, and inmate transportation

Some prisons are located in remote places, far from population centers where most medical professionals tend to work. States may have to provide higher-than-average compensation to attract and retain medical staff and may incur considerable overtime and temporary-worker costs if their recruitment efforts fall short. When offenders must travel to see specialists or stay overnight in hospitals, related expenses add up quickly. The Legislative Analyst's Office in California reported that medically related guarding and transportation costs for one inmate can exceed $2,000 per day.[11]

JX-CCH-000526

Case 3:15-cv-00318-SDD-RLB   Document 353-43   11/04/17   Page 62 of 147

## A LEGAL STANDARD FOR CARE

States are legally required to ensure that cost-containment strategies preserve health care quality for offenders in prison. In the landmark 1976 Estelle v. Gamble decision, the U.S. Supreme Court affirmed that prisoners have a constitutional right to adequate medical attention and concluded that the Eighth Amendment is violated when corrections officials display "deliberate indifference" to an inmate's medical needs.[†] The high court's 1988 decision in West v. Atkins and subsequent lawsuits established that this standard also applies to private medical contractors. Over time, other litigation has influenced standards and practices at the state level. In some instances, court decisions require states to expand or improve medical services, upgrade facilities, or increase staff.

[†] William J. Rold, "Thirty Years After Estelle v. Gamble: A Legal Retrospective," Journal of Correctional Health Care 14:1 (January 2008): 11–20.

## Prevalence of mental illness and disease

Inmates have a higher incidence of mental illness and chronic and infectious diseases, such as AIDS and hepatitis C, than the general population.[12] These conditions, many of which exist prior to incarceration, are costly to treat and place a significant burden on state correctional budgets, which assume the entire cost of care.

Estimates of the prevalence of hepatitis C in prisons vary across the country, indicating regional differences in high-risk behaviors such as intravenous drug use. A weighted average derived from a survey of state correctional department medical directors, conducted in 2011 and 2012, placed the national rate of hepatitis C among inmates at 17.4 percent in 2006.[13] By way of comparison, roughly 1 percent of all U.S. residents have chronic hepatitis C infection. More conservative research estimates the prevalence of hepatitis C among prisoners at seven times that of people outside prison walls.[14]

## Older inmates, greater expense

A newer development pushing up correctional health care costs is a dramatic increase in inmates who, partly because of lengthy prison sentences, have grown old behind bars and tend to require more health care than younger inmates. From 2001 to 2008, the number of state and federal prisoners age 55 or older increased 94 percent, from 40,200 to 77,800. During the same period, the number younger than 55 grew more slowly: up 12 percent, from 1.3 million to 1.46 million.[15] This trend continued in succeeding years.[16]

JX-CCH-000527

FIGURE 3:

# Nationwide, the Number of Prisoners Age 55 and Older Rose Sharply Over the Past Decade

Percentage change in sentenced prison populations by age group, state and federal, 1999-11



■ Prisoners under age 55   ■ Prisoners 55 and older

Note: The Bureau of Justice Statistics estimates the age distribution of prisoners using data from the Federal Justice Statistics Program and statistics that states voluntarily submit to the National Corrections Reporting Program. State participation has varied, which can cause year-to-year fluctuations in the Bureau's estimates but does not affect long-term trend comparisons. Between 2009 and 2010, the number of states submitting data increased substantially.

Source: U.S. Department of Justice, Bureau of Justice Statistics
© 2013 The Pew Charitable Trusts

The graying of American prisons stems largely from the use of longer sentences as a public safety strategy over the past two decades. From 1984 to 2008, the number of state and federal prisoners serving life sentences more than quadrupled to 140,610, or 1 in 11 prisoners. Nearly a third of these inmates were ineligible for parole. The proportion of prisoners with life sentences has continued to rise,

reaching 1 in 9 by 2012.[17] Many of today's older inmates were convicted of serious, violent felonies in their younger years.

A second factor in the aging incarcerated population is increasing admissions of older offenders to prison. From 2001 to 2008, new commitments of inmates age 55 and older increased by 55 percent, from 5,750 individuals to 8,914,

JX-CCH-000528

FIGURE 4:

# The National Prison Population Skyrocketed 677 Percent From 1971 to 2011

U.S. prison population growth, sentenced state and federal inmates, 1925-11



Note: Annual figures prior to 1977 reflect the total number of sentenced prisoners in custody. Beginning in 1977, all figures reflect the jurisdictional population as reported in the Bureau of Justice Statistics' "Prisoners" series.

Sources: Sourcebook of Criminal Justice Statistics, University at Albany; U.S. Department of Justice, Bureau of Justice Statistics
© 2013 The Pew Charitable Trusts

compared with an 8 percent increase among all age groups, from 294,147 to 316,475.[18]

Like senior citizens outside prison walls, elderly inmates are more susceptible to chronic medical and mental conditions, including dementia, impaired mobility, and loss of hearing and vision. In prisons, these ailments necessitate increased staffing levels, more officer training, and special housing—all creating additional expense. Medical experts say inmates typically experience the effects of age sooner than people outside prison because of issues such as substance abuse,

JX-CCH-000529

inadequate preventive and primary care prior to incarceration, and stress linked to the isolation and sometimes-violent environment of prison life.[19]

Together, these factors have a substantial impact on prison budgets. The annual cost of incarcerating prisoners age 55 and older with chronic and terminal illnesses is, on average, two to three times that of the expense for all other inmates, particularly younger ones:[20]

- **Virginia's** geriatric inmates, defined by the state as age 50 and older, incurred an average of $5,372 each in off-site medical expenses in fiscal 2010, compared with only $795 per inmate under 50.[21]

- A report by the **Michigan** Senate Fiscal Agency found that the $11,000 annual cost of medical care for an average inmate age 55 to 59 in 2009 was more than four times that of an offender age 20 to 24.[22]

- In **Georgia**, medical care for each prisoner age 65 and older—a more elderly cohort—costs the state an average of $8,565 per year, compared with $961 for those under 65.[23]



JX-CCH-000530

# State responses to growing costs

These cost drivers, as well as the overall size of prison populations, are straining state budgets. In response, corrections officials are pursuing ways to rein in costs without sacrificing either the quality of care or public safety. The experts interviewed by Pew said these approaches include use of telehealth technologies, outsourcing of prison health care, enrollment of prisoners in Medicaid, and paroling of elderly and/or ill inmates.

## Telehealth

Many states are using electronic communications and information technology to provide or support clinical care, a strategy that has been shown to produce savings and improve care for inmates. In 2010, 26 of 44 states surveyed by the American Correctional Association were using telehealth in some fashion to deliver medical services to inmates.[24]

Videoconferencing between an off-site doctor and an incarcerated offender is a common application of telehealth in correctional settings. Exam cameras, monitors, and electronic stethoscopes allow doctors to capture vital signs and treat patients remotely while nurses or physician assistants at the correctional facilities operate equipment and provide support. Telehealth is expanding into psychiatry, radiology, cardiology, neurology, and even emergency care. In Colorado, for example, most psychiatric consultations are done via telehealth.[25] In Texas, many prisoners complaining of chest pain are now connected to monitors and evaluated by an off-site clinician to determine whether a hospital visit is needed. In the past, the typical response to such symptoms was an immediate trip to a hospital.[26]

For correctional facilities, the technology's greatest cost-cutting benefit lies in bridging the distances between prisons and medical professionals. By allowing inmates to consult with primary care physicians and specialists without leaving prison grounds, telehealth eliminates transportation and guarding expenses, can reduce the time needed to determine a diagnosis and begin treatment, and avoids any public safety risks associated with taking inmates out of prison. In Georgia, where corrections spending totaled $1.5 billion in fiscal year 2011, telehealth saved about $9 million—approximately $500 per telehealth

JX-CCH-000531

encounter—in corrections officer pay and transportation costs in fiscal year 2012.[27] In California, the savings are roughly four times that amount per encounter, according to the state's nonpartisan Legislative Analyst's Office.[28]

A 1999 report sponsored by the National Institute of Justice found cost savings associated with a telehealth pilot project in four federal prisons.[29] The study also described how telehealth contributed to better care for inmates by expanding the types of medical specialists available and reducing the time between referrals and initial consultations from an average of 99 days to 23 days.

### Delivering better, cheaper care with telehealth in Texas

Texas, with its vast open spaces, has employed telehealth for years. A recent estimate by the University of Texas Medical Branch, which provides care for a large proportion of the state's inmates, suggests that telehealth saved Texas $780 million from 1994 to 2008.[30]

In the early 1990s, the state's prisons were grappling with a shortage of doctors and escalating health care costs, driven in part by a growing number of inmates with chronic health problems and the need to transport them long distances for care. Many inmates were not properly evaluated before being transferred for hospitalization, leading to unnecessary admissions. In 1994, the university

contracted to provide care for most inmates and began investing in telehealth. Texas Tech University, which serves the balance of the state's inmates, also makes extensive use of the technology.[31] During fiscal 2012 alone, Texas recorded 83,738 telehealth encounters, mostly in psychiatry and primary care.[32]

"Telehealth has greatly improved access to quality care for our offenders, because we are no longer dependent on providers in remote areas to see patients," says Dr. Owen Murray, vice president of offender care services for the University of Texas Medical Branch. "[It] allows us to … get patients treated before they reach the point where they need emergency care. It's about the timely delivery of services."[33] The university has established a standard

> " Telehealth is allowing us to get patients seen, meet our contractual standards, and do it all at a lower cost than if we had to move them out of prison to an off-site provider or bring that provider to them."
>
> —Stephen Smock, University of Texas Medical Branch's associate vice president, Correctional Outpatient Services*

\* The Pew Charitable Trusts interview with Stephen Smock, associate vice president, Correctional Outpatient Services, University of Texas Medical Branch, December 2, 2012.

JX-CCH-000532

Case 3:15-cv-00318-SDD-RLB   Document 358-23   11/09/17   Page 68 of 147

that an inmate referred by a physician for further treatment should be examined within 10 days. In fiscal 2012, this benchmark was met 97 percent of the time.[34]

Texas officials estimate that telehealth, combined with the use of electronic medical records, preferred drug lists, and close adherence to disease-management guidelines, led to several positive outcomes from 1994 to 2003. Together, these practices helped lower average blood sugar rates for inmates with diabetes by 18 percent, improved blood pressure readings for those with hypertension, and contributed to an 84 percent reduction in AIDS-related deaths.[35]

### Expanding telehealth in California

A robust telehealth program is now under development in California following a gradual expansion of high-speed network infrastructure in the states' prisons and the creation of a system to schedule and track inmate medical appointments.[36]

Inadequate access to a high-speed Internet connection is a common barrier to the use of telehealth in prisons. Another is startup capital costs. Institutions must purchase telehealth carts, or T-carts, which are stocked with audiovisual and diagnostic equipment used to transmit information outside the prison. One estimate pegs the cost of these carts at $30,000 to $45,000 per institution.[37]

## TELEHEALTH IN CONTRACTS

States that partner with private companies to deliver inmate health care can require those vendors to employ telehealth. In Michigan, for example, a contract completed in 2009 mandated the expansion of telehealth, and today all of the state's correctional facilities have telemedicine capabilities.*

* Steve Angelotti and Sara Wycoff, "Michigan's Prison Health Care: Costs in Context," Michigan Senate Fiscal Agency, November 2010, http://www.senate.michigan.gov/sfa/Publications/Issues/PrisonHealthCareCosts/PrisonHealthCareCosts.pdf

California has made such investments over the past decade, contributing to an increase in the number of telehealth encounters from about 9,000 in fiscal 2005 to about 23,000 in fiscal 2011, a period when the inmate population actually fell 12 percent. The California Legislative Analyst's Office estimates that expanding telehealth could save up to $15 million annually by reducing inmate transportation and guarding costs and potentially facilitating lower contract costs with outside physicians.[38]

JX-CCH-000533

# Advances in outsourcing care

Many states have looked to outside partners, such as public university medical centers or for-profit companies, to provide all or part of their prison medical, dental, and mental health care at lower costs. Beyond deciding whether to outsource services, policymakers and corrections officials need to consider how they will ensure that contractors meet state goals for quality and cost. Some states have gained more control over spending on outsourced correctional health care through capitated contracts, under which providers agree to deliver services at a fixed reimbursement rate.[39] Others have also attached performance standards and tracking systems to their outsourcing contracts so that the timeliness and effectiveness of prisoners' treatment is continuously monitored and improved.

**University partnerships in New Jersey and Connecticut**

University Correctional Health Care, or UCHC, was established in 2005 through an interagency agreement between the New Jersey Department of Corrections and the University of Medicine and Dentistry of New Jersey (since absorbed by Rutgers, the State University of New Jersey). Initially the agreement was limited to mental health and sex offender treatment, but it was expanded in 2008 to include all medical and dental health care for 24,000 inmates held in 13 adult correctional facilities, as well as juvenile offenders and parolees.

Cost savings—which are recouped by the state, not held as profit by Rutgers—have been significant. In 2008, correctional health expenditures were $10 million below the budgeted amount, and overall costs remained mostly flat thereafter, according to Jeff Dickert, vice president of UCHC at Rutgers.[40]

Successful cost-containment initiatives have included the use of a peer review process to determine the medical necessity of specialist referrals, and reductions in emergency room visits by handling more of patients' care in prison infirmaries. By using evidence-based treatment guidelines and formulary controls, among other efforts, UCHC has succeeded in reducing prescription drug costs to a six-year low.[41]

Evidence shows that UCHC's approach to care contributed to positive health outcomes for inmates. In 2012, for example, blood pressure readings were within normal limits for 89 percent of New Jersey inmates previously diagnosed with hypertension, far higher than the share of hypertensive U.S. adults outside of prisons who have their blood pressure under control.[42] Eighty-five percent of HIV-infected inmates who received treatment for at least six months had undetectable viral loads (the level of active HIV in their blood). In comparison, only 77 percent of adult HIV patients

JX-CCH-000534

nationwide had a suppressed viral load in 2010.[43] In addition, the requirements of two prisoner rights lawsuits have been satisfied, and the state reports a 42 percent reduction in inmate medical complaints from 2007 levels. In 2013, the New Jersey Hospital Association honored UCHC with its Excellence in Quality Improvement award.[44]

Connecticut officials report similarly positive results from a partnership between the state's Department of Correction and the University of Connecticut Health Center. In 1997, the university's Correctional Managed Health Care Division, or CMHC, assumed responsibility for all medical, mental health, pharmacy, and dental services within the state's combined system of prisons and local jails.

Citing cost-containment strategies similar to those used in New Jersey, Connecticut has consistently kept costs under budget, saving the state $28 million from fiscal 2009 to 2013, according to Dr. Robert Trestman, CMHC executive director.[45] CMHC has also succeeded in keeping down blood pressure levels of hypertensive inmates.

Both Trestman and Dickert see an intrinsic benefit to these interagency agreements. "Universities are always looking to do things better, so while we have a contract with the Department of Corrections, every day is a new day, and we are constantly looking for creative ways to maximize quality of care and be good stewards of taxpayer dollars," says Dickert. "These partnerships make sense. Both parties work for the state, and neither is driven by profit."[46]

"With academic institutions, there is a mission at the core of what we do," Trestman notes. "And we are also embedded in the community, which gives us a better sense of what's important in terms of continuity of care" when inmates are released.

**Capitated contracts in California**
In 2011, California hired Health Net Federal Services to maintain a statewide network of outside specialists for its 33 prisons, eliminating the state's burden of managing hundreds of individual contracts. The move saved an estimated $24 million annually in succeeding years.[47] "Prior to Health Net, we couldn't close contracts, we couldn't keep up, and we used a lot of hospitals and providers despite having no contract at all," says J. Clark Kelso, California's prison health care receiver. "Now we have one-stop shopping for specialists and hospital care, and the savings have been tremendous."[48] Shortly before the contract went out to bid, California armed itself with a fiscal advantage: The Legislature imposed statutory caps on the amount the corrections system could pay providers and hospitals, ranging from 110 percent to 130 percent of Medicare rates. These limits

JX-CCH-000535

were designed to strike a balance between controlling expenditures and attracting willing providers. Texas passed a similar law in 2011 to help contain costs.[49]

**Tracking performance in Kansas**

Critics of privatization express concern that for-profit companies put their interest in cutting costs ahead of providing high-quality medical care. To help preserve the quality of care for inmates served by health care contractors, Kansas specifies and monitors performance measures and imposes penalties on providers when standards are not met. If an inmate fails to receive a physical exam within seven days of admission to prison, for example, the provider must pay a $100 fine.

"The key is oversight, and our data collection system allows me to track which inmate did not receive a physical exam, and if not, why not," says Viola Riggin, director of health care services for the Kansas prison system. "We also monitor various quality indicators to ensure that patients with chronic diseases such as cancer or diabetes are receiving timely care."[50]

Riggin adds that requiring contractors to meet clear benchmarks has improved inmates' satisfaction with their care, as evidenced by a dramatic decline in grievances and lawsuits. Overall, she said, outsourcing accompanied by strong oversight has helped control costs in Kansas, where state officials expected to

reduce per-inmate health care spending by 11 percent between fiscal 2012 and 2013.

## Medicaid financing

To date, just a handful of states have pursued Medicaid financing for eligible prisoners' health care services. Still, the results of these efforts hold lessons for all states, especially those that elect to expand their Medicaid programs under the Affordable Care Act, or ACA.

The relatively rare use of Medicaid to finance prison health care is due in part to state and federal policies governing the jointly funded program, which limit both the number of eligible inmates and the types of care covered. These factors have restrained the potential savings states could realize through this strategy. Currently, federal law requires states to cover only certain populations, such as low-income children and low-income pregnant women, through their Medicaid programs. Inmates who fall into one of these categories are eligible for Medicaid, and if they are enrolled in the program, states can seek federal matching funds to pay for some health care services that these prisoners receive. Most inmates, though, are nondisabled adults without dependent children, a group generally not eligible for Medicaid.[51]

In states that expand their Medicaid programs under the ACA in 2014, however, coverage will be available to

JX-CCH-000536

low-income childless adults, making more prisoners eligible. These states also will receive an enhanced federal reimbursement rate for newly enrolled inmates' care.

The ACA will not remove a second long-standing constraint on Medicaid financing of prisoners' health care. In 2014, as now, the federal government will offer coverage only for inpatient health services delivered beyond prison walls, such as when an offender is hospitalized. Care provided within a prison will not qualify for reimbursement. So states could expect Medicaid to cover a relatively infrequent albeit expensive portion of prisoners' health care.

### Medicaid financing achieves savings for states

Though few in number, the states that have initiated Medicaid financing for inmates' health care have quickly achieved savings for two reasons: (1) Federal reimbursements cover at least 50 percent of inmates' inpatient hospitalization costs,[52] and (2) Medicaid typically pays the lowest rates of any payer in a state because of its negotiating power. Therefore, this approach represents both an important new funding source and a cost-containment strategy.

- **Mississippi's** program, launched in 2009, saves about $6 million annually through federal reimbursements for the cost of

eligible inmates' care, according to the state Department of Corrections.[53]

- **Louisiana** saved a total of $2.6 million in fiscal years 2009 and 2010.[54]

- **New York** reported initial federal Medicaid reimbursements of $4.5 million as of December 2012. The state's comptroller estimates that as much as $20 million could be saved annually—a projection that does not account for New York's 2014 ACA Medicaid expansion or enhanced match rate, which would increase the annual savings beyond the comptroller's estimate.[55]

Programs such as these, as well as future efforts as part of the Medicaid expansion, are possible under a federal rule adopted in 1997 allowing states to seek federal Medicaid reimbursement for inpatient care provided to eligible inmates outside prison walls. Medicaid-enrolled offenders must be admitted for more than 24 hours to an inpatient facility such as a hospital, nursing home, or psychiatric center for the state to receive a federal match. This typically occurs only when inmates need specialty or emergency care that the prison cannot provide.

Because of these restrictions and the current limitations on prisoners' Medicaid eligibility, most states have elected not to pursue this savings strategy.

JX-CCH-000537

**Affordable Care Act expands inmate eligibility**

As of September 30, 2013, 25 states had opted to participate in the Medicaid expansion, authorized under the ACA, beginning in 2014.[56] These states will cover Americans under age 65 whose income is less than 138 percent of the federal poverty level. Virtually all inmates are below that threshold, making them eligible for Medicaid under the new rules in expansion states. Moreover, the federal government will initially reimburse 100 percent of the cost of covered services for all newly eligible enrollees, including inmates, with the federal matching rate gradually decreasing to 90 percent by 2020.

The recent experience of California, which in fiscal 2011 spent more than $8 billion on prisons and other corrections costs, gives a sense of the savings that states could realize under the expanded eligibility.[57] California received permission from federal authorities in 2010 to phase in coverage for non-pregnant adults who make less than 133 percent of the federal poverty level—a group that includes nearly 75 percent of inmates in the state—before the 2014 expansion.[58] Legislators directed the Department of Corrections and Rehabilitation to begin enrolling eligible prisoners and claiming federal reimbursements for covered services, which, though narrow in scope, cost the state roughly $100 million a year. From April 2011 to December 2012, the state was reimbursed $5 million. If its Medicaid eligibility is expanded in 2014, California stands to save nearly $70 million annually, according to its Legislative Analyst's Office.[59]

Other states also project significant savings on correctional health care from expanding their Medicaid eligibility. In New Hampshire, where Governor Maggie Hassan, a Democrat, described the ACA's Medicaid expansion as "a good deal," a study commissioned by the state's Department of Health and Human Services estimated that the state Corrections Department would save nearly $22 million from 2014 to 2020 as a result of expanded Medicaid coverage for inpatient care.[60]

A study estimating the fiscal and economic effects of expanding Ohio's Medicaid eligibility found that the state correctional system would save $273 million from fiscal 2014 to 2022.[61] Governor John Kasich, a Republican, has voiced his support for expanding the program in accordance with the reform law.[62]

In Michigan—where Governor Rick Snyder, a Republican, characterized the expansion of his state's Medicaid program as "an opportunity for savings"—the state stands to save roughly $250 million on inpatient hospital services delivered to prisoners during the first 10 years of implementation, according to the Center for Healthcare Research & Transformation at the University of Michigan.[63]

JX-CCH-000538

# PROTECTING THE PUBLIC BY PREVENTING GAPS IN HEALTH COVERAGE

Research demonstrates that effective health care, particularly treatment for substance abuse and certain mental health conditions, such as cognitive-behavioral treatment, can reduce the likelihood that offenders will return to prison for new crimes or parole violations.* But states have frequently struggled to ensure that eligible individuals are enrolled in health care programs when they exit prison or while under community supervision.

One major reason is that most states terminate a Medicaid enrollee's coverage upon incarceration, making it necessary for the offender to re-enroll later—a potentially difficult process to navigate when behind bars or making the transition back to the community. To help alleviate this problem, federal officials indicated that instead states may suspend inmates' coverage and reinstate it when they are discharged from prison. Further, beginning in 2014, many offenders will qualify for Medicaid

in states that participate in the ACA expansion, improving their access to care after release.

Oklahoma illustrates how states can further promote health coverage among eligible ex-offenders. A program started in 2007 helps inmates with severe mental illness apply for federal disability and Medicaid benefits during their final months in prison. The effort produced impressive results: After a year, the share of inmates with severe mental illness who were enrolled in Medicaid on their day of release had increased by 28 percentage points.†

States that expand their Medicaid programs may also consider using suspension as opposed to termination for their incoming prisoners, more of whom will be eligible and enrolled in Medicaid after January 2014. This may also facilitate the use of Medicaid to pay for inmates' inpatient care during incarceration.

* Steve Aos, Marna Miller, and Elizabeth Drake, "Evidence-Based Adult Corrections Programs: What Works and What Does Not," Washington State Institute for Public Policy, 2006, http://www.wsipp.wa.gov/rptfiles/06-01-1201.pdf; Elizabeth Maier, Peter Wicklund, and Max Schlueter, "Evidence-Based Initiatives to Reduce Recidivism," Vermont Center for Justice Research, December 2011, http://66.147.244.94/~vcjrorg/reports/reportscrimjust/reports/ebiredrecid_files/DOCRR%20LitRev%20Report.pdf; Fred Osher et al., "Adults With Behavioral Health Needs Under Correctional Supervision: A Shared Framework for Reducing Recidivism and Promoting Recovery," Council of State Governments Justice Center, 2012, http://www.asca.net/system/assets/attachments/4908/9.27.12_Behavioral_Framework_v6_full.pdf?1348755628; David Mancuso and Barbara E.M. Felver, "Providing Chemical Dependency Treatment to Low-Income Adults Results in Significant Public Safety Benefits," Washington State Department of Social and Health Services Research and Data Analysis Division, February 2009, http://www.dshs.wa.gov/pdf/ms/rda/research/11/140.pdf; Melissa Ford Shah, et al., "The Persistent Benefits of Providing Chemical Dependency Treatment to Low-Income Adults," Washington State Department of Social and Health Services Research and Data Analysis Division, November 2009, http://www.dshs.wa.gov/pdf/ms/rda/research/4/79.pdf.

† U.S. Department of Health and Human Services, "Establishing and Maintaining Medicaid Eligibility upon Release from Public Institutions," 2010, http://store.samhsa.gov/shin/content/SMA10-4545/SMA10-4545.pdf.

JX-CCH-000539

## Medical or geriatric parole

With America's incarcerated population growing older, sicker, and more expensive to care for, states are beginning to adopt or expand laws and policies allowing medical or geriatric parole for elderly inmates and those who are terminally ill or incapacitated. Typically, they contain strict eligibility criteria that exclude certain types of offenders: sex offenders, for instance, or those serving life terms with no possibility of parole. Many allow the release only of inmates who are unable to perform basic activities of daily living, such as feeding and bathing themselves.[64] Eligible inmates must be deemed to pose little or no threat to public safety.[65]

Because of the high cost of incarcerating older prisoners with chronic and terminal illnesses, medical or geriatric parole policies can achieve notable savings, even if the state retains financial responsibility for those individuals' health care costs outside prison.[66]

Reductions in guarding and transportation expenses, especially for inmates receiving care in community settings, yield much of the savings. In 2011, for example, California identified 25 "permanently medically incapacitated" inmates being treated at outside hospitals who were recommended for medical parole because they no longer posed a public safety threat. The state estimated that, should they remain incarcerated, it would spend more than $50 million on those inmates that

year, including as much as $21 million for correctional officers' salaries, benefits, and overtime.[67] Medical parole can also reduce expenses associated with building special protective housing for disabled and frail inmates.[68]

**Lower risk of recidivism**

Evidence suggests that release of elderly prisoners, particularly those with debilitating illnesses, poses far less public safety risk than release of younger inmates. A BJS study that followed 272,111 offenders for three years after their release in 1994 found that those who were age 45 or older when released were roughly half as likely to return with a new sentence as those ages 18 to 24.[69]

State-specific recidivism data indicate similar trends:

- In **Wisconsin**, the rate of inmates age 60 or older released in 2005 who went back to prison within two years was less than half that of offenders ages 17 to 25.[70]

- **Florida's** Department of Corrections found similar results for prisoners age 65 and older released from 2003 to 2010, and the trend held for the full seven years the state tracked them.[71]

- Among **New York** inmates ages 50 to 64 released from 1985 to 2008, less than 7 percent returned to prison on new convictions, and for older inmates, the figure was 4 percent.[72]

JX-CCH-000540

## FEDERAL SUPPORT FOR COMPASSIONATE RELEASE

At the federal level, the Justice Department's independent inspector general concluded in an April 2013 report that "an effectively managed compassionate release program would result in cost savings for the [Federal Bureau of Prisons], as well as assist the BOP in managing its continually growing inmate population and the resulting capacity challenges it is facing. We further found that such a program would likely have a relatively low rate of recidivism."*

U.S. Attorney General Eric H. Holder Jr. echoed these sentiments in August 2013 when he announced new Justice Department policies that, among other things, would expand the use of compassionate release for elderly inmates who did not commit violent crimes, have served significant portions of their sentences, and are judged to pose little threat to public safety.† Careful consideration of eligible inmates' applications for release, he said, is the "fair" and "smart" thing to do.

* U.S. Department of Justice, "The Federal Bureau of Prisons' Compassionate Release Program," April 2013, http://www.justice.gov/oig/reports/2013/e1306.pdf.

† U.S. Department of Justice, "Attorney General Eric Holder Delivers Remarks at the Annual Meeting of the American Bar Association's House of Delegates," August 2013, http://www.justice.gov/iso/opa/ag/speeches/2013/ag-speech-130812.html. gov/sfa/Publications/Issues/PrisonHealthCareCosts/PrisonHealthCareCosts.pdf

## Challenges of medical or geriatric parole

By late 2009, 15 states and the District of Columbia had geriatric release provisions in place, and 39 states had medical parole statutes for inmates with terminal or debilitating conditions.[73] But in practice, states have released relatively few people. Narrow eligibility criteria, complicated applications, lengthy review processes, challenges in assessing medical suitability, and a shortage of nursing home spaces for such offenders are key barriers. Another significant obstacle is opposition among policymakers and citizens to the concept of medical or geriatric parole, because many older and infirm prisoners were convicted of violent crimes or sentenced under habitual-offender laws.

Recent events in Wisconsin illustrate these political sensitivities. The state instituted medical and geriatric parole in 2001, allowing inmates to petition a sentencing court for early release because of age or medical condition. In 2009, the law was amended to broaden the category of eligible inmates and streamline the procedure for sentence modification. The original law's exclusion of elderly inmates serving life sentences was eliminated, and release was no longer limited to inmates with terminal illnesses. Instead, prisoners were required to demonstrate the existence of an "extraordinary health condition," such as advanced age, infirmity, or a disability.[74] The law also moved decision-making from the sentencing court, made

JX-CCH-000541

up of elected judges, to an administrative panel with a chairperson nominated by the governor and confirmed by the state senate for a two-year term.

Fifty-five inmates petitioned for early release in the months after the amendment's passage, and eight were granted parole.[75] But opposition began building before implementation, driven largely by lawmakers and residents who considered the expanded eligibility to be dangerous policy. In 2011, the state Legislature repealed most of the 2009 changes to the law.

### Recent state reforms

Despite political and other barriers, a number of states recently expanded geriatric and medical parole programs as part of ongoing efforts to reduce rising correctional health care costs:

- In 2011, **Louisiana** policymakers expanded parole eligibility for elderly prisoners. Nonviolent inmates who are at least 60 years old, have served more than 10 years, and have been designated as low-risk by the state's Department of Public Safety and Corrections, among other requirements, may apply for parole consideration.[76] Burl Cain, the Louisiana State Penitentiary warden, was among the law's supporters. "I'd rather have predators in those beds instead of dying old men," Cain said as the bill was moving through the state Legislature.[77]

- **Ohio** also passed geriatric parole legislation in 2011 as part of a larger package of criminal justice reforms projected to save the state $46.3 million over three years and reduce the prison population by more than 7 percent.[78] A measure in the package that permits the Ohio Department of Rehabilitation and Correction to petition for judicial release of certain inmates who have served 80 percent of their sentences (among other requirements) was expected to account for a sizable portion of the savings.[79]

But events that followed the law's adoption suggest that change will be difficult. The law required the department to review the cases of all parole-eligible inmates age 65 or older who had participated in at least one parole hearing and justify in a report to the Legislature why these inmates had not been released. The review identified 347 eligible inmates, none of whom were recommended for an immediate early-release hearing.[80] Explanations included the seriousness of inmates' original offenses, subsequent crimes committed while on parole previously, and significant community opposition.

- **New York** expanded the eligibility requirements of its medical parole policy in 2009 to include any inmate who is judged not to be a threat to

JX-CCH-000542

society, is chronically or terminally ill, is physically or cognitively incapacitated, and has served at least half of his or her sentence. Those convicted of first-degree murder are ineligible. The state expected the expansion to save $2 million annually.[81]

- **California** sought in 2010 to build on its rarely used compassionate release program for terminally ill inmates by adopting a new law allowing medical parole for incapacitated prisoners. But amid concerns that released prisoners could harm public safety, eligibility was restricted to inmates who require 24-hour nursing. "Everybody is worried that someone is going to wake up from a coma and do something terrible," says Kelso, the prison health care receiver and a strong advocate of the law. "You need to go slow, be patient, and be very careful about who is in the pipeline."[82]

As of October 2012, California had granted medical parole to 47 inmates under the revised law, reducing correctional health care spending more than $20 million, primarily by reducing associated guarding and transportation expenses. Released parolees were in comas, had extensive brain damage or severe Alzheimer's disease, or were in the final stages of another chronic disease. Eighteen of the original 47 had died by October 2012.[83]

- In 2012, **Connecticut** took a major step toward expanding its medical parole and compassionate release program. Legislators voted to give the correction commissioner discretion to release severely debilitated inmates from custody for palliative and end-of-life care. But simply granting that authority did not solve a problem that Connecticut shared with many other states: a shortage of facilities to house and care for ill or incapacitated offenders upon parole. The state had long struggled to find private nursing homes willing to take offenders who had reached the end of their sentences and had no families to care for them, or were cleared for compassionate release or medical parole.[84]

To resolve the problem, corrections officials contracted with a private company that bought a 95-bed nursing home to house released offenders and mentally ill patients from the community who were under state care. Moving eligible prisoners to this facility reduces custody expenses for the state, which also expects to receive federal matching funds for Medicaid-enrolled parolees.[85] The plan also eliminates the need to construct a multimillion-dollar correctional nursing home.[86] Nearby residents, however, tried unsuccessfully to prevent the converted facility from opening.[87]

JX-CCH-000543

Case 3:15-cv-00318-SDD-RLB   Document 358-23   11/09/17   Page 79 of 147

# A STANDARDIZED FRAMEWORK FOR MEDICAL AND GERIATRIC PAROLE

A group of researchers, led by two geriatrics specialists at the University of California, San Francisco, have proposed the creation of national guidelines for medical and geriatric parole by an independent panel of palliative medicine, geriatrics, and correctional health care experts.* The group's recommendations were inspired by two primary criticisms of most states' medical and geriatric parole policies:

1. First, the group considers the medical eligibility criteria in most states to be clinically flawed, in part because they frequently require physicians to predict limited life expectancy and functional decline. Such requirements exclude prisoners with severe but not near-death illnesses (such as dementia) who are incapable of causing harm, participating in rehabilitation, or experiencing punishment.

2. Second, the researchers criticize what they consider to be overly onerous procedural hurdles in many states that could prevent inmates with cognitive incapacities or illiteracy from being able to apply. In other cases, they argue, the process may be too lengthy to evaluate and release a terminally ill inmate before death.

To address these concerns, the group advocates the categorization of medical eligibility into three groups: (1) terminally ill prisoners with predictably poor prognoses (e.g., Lou Gehrig's disease, rapidly progressing cancer); (2) prisoners with dementia; and (3) prisoners with nonterminal illnesses who have profound functional and/or cognitive impairments (e.g., advanced liver disease, severe heart failure).

The guidelines would also call for assignment of an advocate to represent incapacitated prisoners; fast-track evaluation of rapidly dying prisoners; and a clear application procedure that is widely publicized to inmates. To ease anxiety about released offenders regaining their health and endangering public safety, the researchers recommend that states adopt formal recall mechanisms for prisoners whose conditions improve substantially after release. Twenty-nine national experts in the areas of prison health care, geriatrics, and palliative medicine endorsed these proposed guidelines in 2012.†

* Brie A. Williams, Rebecca L. Sudore, Robert Greifinger, and R. Sean Morrison, "Balancing Punishment and Compassion for Seriously Ill Prisoners," *Annals of Internal Medicine* 155:2 (July 2011): 122-126.

† Brie A. Williams et al., "Aging in Correctional Custody: Setting a Policy Agenda for Older Prisoner Health Care," *American Journal of Public Health* 102:8 (August 2012): 1475-1481.

JX-CCH-000544

# Conclusion

Health care and corrections spending will continue to pose a fiscal challenge to state lawmakers in the years ahead. Addressing the intersection of these spending areas—health care services provided to prison inmates—will be particularly important.

This report demonstrates that four strategies—telehealth, outsourcing care, Medicaid financing for eligible inmates, and medical or geriatric parole—offer states promising opportunities to save taxpayer dollars and maintain or improve the quality of inmate care while protecting public safety.

JX-CCH-000545

# State Correctional Health Care Expenditures
Fiscal 2001 and 2008 (2008 dollars)

| | 2001 health care spending | | |
|---|---|---|---|
| | Total (in thousands) | Per inmate | Share of institutional correctional spending |
| Alabama | $39,090 | $1,580 | 13% |
| Alaska | $23,136 | $7,628 | 11% |
| Arizona | $102,183 | $3,888 | 13% |
| Arkansas | $27,137 | $2,362 | 10% |
| California | $981,238 | $6,426 | 16% |
| Colorado | $59,259 | $3,980 | 10% |
| Connecticut | $93,066 | $5,316 | 13% |
| Delaware | $20,106 | $2,939 | 8% |
| Florida | $329,785 | $4,821 | 15% |
| Hawaii | $13,331 | $3,449 | 7% |
| Idaho | $13,289 | $3,388 | 7% |
| Illinois | $99,746 | $2,249 | 7% |
| Indiana | $51,213 | $2,734 | 7% |
| Iowa | $22,763 | $2,859 | 7% |
| Louisiana | $41,589 | $2,486 | 9% |
| Maine | $12,916 | $7,762 | 14% |
| Maryland | $71,087 | $3,011 | 10% |
| Massachusetts | $59,193 | $5,802 | 8% |
| Michigan | $187,159 | $3,867 | 9% |
| Minnesota | $34,674 | $5,413 | 12% |
| Mississippi | $35,339 | $3,074 | 12% |
| Missouri | $68,382 | $2,393 | 10% |
| Montana | $4,082 | $2,390 | 5% |
| Nebraska | $16,897 | $4,316 | 13% |
| Nevada | $40,242 | $4,288 | 15% |
| New Hampshire | $5,399 | $2,232 | 6% |
| New Jersey | $124,831 | $5,327 | 11% |
| New York | $299,280 | $4,430 | 10% |
| North Carolina | $186,822 | $5,836 | 18% |
| North Dakota | $3,939 | $3,773 | 10% |
| Ohio | $152,126 | $3,542 | 10% |
| Oklahoma | $63,275 | $4,201 | 22% |
| Oregon | $48,452 | $4,425 | 11% |
| Pennsylvania | $186,991 | $5,035 | 10% |
| Rhode Island | $16,099 | $4,786 | 8% |
| South Carolina | $39,111 | $1,801 | 7% |
| South Dakota | $7,443 | $2,693 | 14% |
| Tennessee | $48,955 | $3,551 | 11% |
| Texas | $448,320 | $3,393 | 12% |
| Utah | $9,954 | $2,401 | 4% |
| Virginia | $118,930 | $3,977 | 10% |
| Washington | $70,822 | $4,651 | 10% |
| West Virginia | $15,731 | $4,623 | 10% |
| Wisconsin | $64,126 | $3,699 | 7% |

Sources: (1) Correctional health care expenditures: Tracey Kyckelhahn, "State Corrections Expenditures, FY 1982-2010," Bureau of Justice Statistics, December 2012, http://www.bjs.gov/index.cfm?ty=pbdetail&iid=4556; (2) Total institutional correctional expenditures: Bureau of Justice Statistics, Justice Expenditure and Employment Extracts.

Note: Nominal data for fiscal 2001 were converted to 2008 dollars using the State and Local Consumption Expenditures and Gross Investment price index included in the Bureau of Economic Analysis' National Income and Product Accounts. The Bureau of Justice Statistics did not report data for Georgia, Kansas, Kentucky, New Mexico, Vermont, and Wyoming.

© 2013 The Pew Charitable Trusts

JX-CCH-000546

# State Correctional Health Care Expenditures

Fiscal 2001 and 2008 (2008 dollars), *continued*

| | 2008 health care spending | | |
| --- | --- | --- | --- |
| | Total (in thousands) | Per inmate | Share of institutional correctional spending |
| Alabama | $88,886 | $3,519 | 22% |
| Alaska | $30,775 | $8,676 | 15% |
| Arizona | $138,335 | $4,450 | 16% |
| Arkansas | $64,365 | $4,900 | 21% |
| California | $1,981,919 | $11,793 | 27% |
| Colorado | $93,509 | $5,213 | 16% |
| Connecticut | $107,824 | $5,682 | 15% |
| Delaware | $39,033 | $5,621 | 18% |
| Florida | $421,381 | $4,645 | 20% |
| Hawaii | $17,322 | $5,175 | 9% |
| Idaho | $20,602 | $4,188 | 10% |
| Illinois | $99,180 | $2,181 | 9% |
| Indiana | $74,454 | $3,135 | 12% |
| Iowa | $34,654 | $3,973 | 13% |
| Louisiana | $49,298 | $2,750 | 10% |
| Maine | $13,797 | $6,740 | 14% |
| Maryland | $140,421 | $6,117 | 13% |
| Massachusetts | $90,146 | $8,067 | 10% |
| Michigan | $304,210 | $6,242 | 19% |
| Minnesota | $52,632 | $6,252 | 18% |
| Mississippi | $50,624 | $4,083 | 17% |
| Missouri | $114,896 | $3,812 | 18% |
| Montana | $7,862 | $4,920 | 6% |
| Nebraska | $27,512 | $6,155 | 30% |
| Nevada | $42,629 | $3,584 | 14% |
| New Hampshire | $25,843 | $9,055 | 33% |
| New Jersey | $147,564 | $6,649 | 14% |
| New York | $354,749 | $5,893 | 13% |
| North Carolina | $233,123 | $5,866 | 21% |
| North Dakota | $5,063 | $3,672 | 8% |
| Ohio | $196,664 | $4,034 | 17% |
| Oklahoma | $70,698 | $3,935 | 16% |
| Oregon | $74,157 | $5,476 | 16% |
| Pennsylvania | $214,197 | $4,470 | 13% |
| Rhode Island | $20,570 | $5,501 | 12% |
| South Carolina | $64,266 | $2,715 | 14% |
| South Dakota | $14,373 | $4,307 | 15% |
| Tennessee | $76,076 | $5,348 | 16% |
| Texas | $417,649 | $3,000 | 13% |
| Utah | $21,183 | $4,128 | 11% |
| Virginia | $134,668 | $4,337 | 15% |
| Washington | $141,308 | $8,656 | 16% |
| West Virginia | $21,735 | $4,439 | 10% |
| Wisconsin | $107,755 | $4,846 | 14% |

Sources: (1) Correctional health care expenditures: Tracey Kyckelhahn, "State Corrections Expenditures, FY 1982-2010," Bureau of Justice Statistics, December 2012, http://www.bjs.gov/index.cfm?ty=pbdetail&iid=4556; (2) Total institutional correctional expenditures: Bureau of Justice Statistics, Justice Expenditure and Employment Extracts.

Note: Nominal data for fiscal 2001 were converted to 2008 dollars using the State and Local Consumption Expenditures and Gross Investment price index included in the Bureau of Economic Analysis' National Income and Product Accounts. The Bureau of Justice Statistics did not report data for Georgia, Kansas, Kentucky, New Mexico, Vermont, and Wyoming.

© 2013 The Pew Charitable Trusts

JX-CCH-000547

# State Correctional Health Care Expenditures

Fiscal 2001 and 2008 (2008 dollars), *continued*

| | Real change in spending, 2001-08 | | |
| --- | --- | --- | --- |
| | Total | Per inmate | Share of institutional correctional spending |
| Alabama | 127% | 123% | 69% |
| Alaska | 33% | 14% | 30% |
| Arizona | 35% | 14% | 19% |
| Arkansas | 137% | 107% | 110% |
| California | 102% | 84% | 67% |
| Colorado | 58% | 31% | 61% |
| Connecticut | 16% | 7% | 21% |
| Delaware | 94% | 91% | 130% |
| Florida | 28% | -4% | 36% |
| Hawaii | 30% | 50% | 14% |
| Idaho | 55% | 24% | 45% |
| Illinois | -1% | -3% | 43% |
| Indiana | 45% | 15% | 73% |
| Iowa | 52% | 39% | 69% |
| Louisiana | 19% | 11% | 21% |
| Maine | 7% | -13% | -1% |
| Maryland | 98% | 103% | 36% |
| Massachusetts | 52% | 39% | 25% |
| Michigan | 63% | 61% | 112% |
| Minnesota | 52% | 15% | 58% |
| Mississippi | 43% | 33% | 44% |
| Missouri | 68% | 59% | 84% |
| Montana | 93% | 106% | 27% |
| Nebraska | 63% | 43% | 135% |
| Nevada | 6% | -16% | -9% |
| New Hampshire | 379% | 306% | 446% |
| New Jersey | 18% | 25% | 21% |
| New York | 19% | 33% | 28% |
| North Carolina | 25% | 1% | 18% |
| North Dakota | 29% | -3% | -13% |
| Ohio | 29% | 14% | 73% |
| Oklahoma | 12% | -6% | -31% |
| Oregon | 53% | 24% | 43% |
| Pennsylvania | 15% | -11% | 38% |
| Rhode Island | 28% | 15% | 47% |
| South Carolina | 64% | 51% | 112% |
| South Dakota | 93% | 60% | 9% |
| Tennessee | 55% | 51% | 36% |
| Texas | -7% | -12% | 11% |
| Utah | 113% | 72% | 165% |
| Virginia | 13% | 9% | 57% |
| Washington | 100% | 86% | 60% |
| West Virginia | 38% | -4% | -5% |
| Wisconsin | 68% | 31% | 88% |

Sources: (1) Correctional health care expenditures: Tracey Kyckelhahn, "State Corrections Expenditures, FY 1982-2010," Bureau of Justice Statistics, December 2012, http://www.bjs.gov/index.cfm?ty=pbdetail&iid=4556; (2) Total institutional correctional expenditures: Bureau of Justice Statistics, Justice Expenditure and Employment Extracts.

Note: Nominal data for fiscal 2001 were converted to 2008 dollars using the State and Local Consumption Expenditures and Gross Investment price index included in the Bureau of Economic Analysis' National Income and Product Accounts. The Bureau of Justice Statistics did not report data for Georgia, Kansas, Kentucky, New Mexico, Vermont, and Wyoming.

© 2013 The Pew Charitable Trusts

JX-CCH-000548

# Appendix B: Sources interviewed

The following experts in the field of correctional health care were interviewed for this report.

Daniel Bannish
Director of Behavioral Health
Connecticut Department of Correction

Dr. Ricki Barnett
Chief Medical Officer
California Correctional Health Care
Services

Jamey Boudreaux
Executive Director, Louisiana-Mississippi
Hospice and Palliative Care Organization

Tina Chiu
Director of Technical Assistance
Vera Institute of Justice

Karen Creighton
Associate Director
California Correctional Health Care
Services

Jeff Dickert
Vice President, University Correctional
Health Care
Rutgers, The State University of
New Jersey

Aaron Edwards
Fiscal and Policy Analyst
California Legislative Analyst's Office

Edward Harrison
President, National Commission on
Correctional Health Care

Joyce Hayhoe
Legislative Director
California Correctional Health Care
Services

J. Clark Kelso
Receiver
California Correctional Health Care
Services

Darby Kernan
Policy Consultant
California Senate President Pro Tempore
Darrell Steinberg

JX-CCH-000549

Nanette Larson
Director, Health Services Unit
Minnesota Department of Corrections

Marc Levin
Director, Center for Effective Justice
Texas Public Policy Foundation

Lannette Linthicum
Director, Health Services Division
Texas Department of Criminal Justice

Mark Looney
Public Protection Unit
New York State Division of the Budget

Carol McAdoo
Coordinating Consultant, National
Hospice and Palliative Care Organization

Owen Murray
Vice President, Offender Health Services
Correctional Managed Care, University of
Texas Medical Branch

Dan O'Connor
Analyst, Michigan State Senate Fiscal
Agency

Linda J. Redford
Director, Geriatric Education Center and
Rural Interdisciplinary Training Program
University of Kansas Medical Center

Viola Riggin
Director of Healthcare Services
Kansas Department of Corrections

Joan Shoemaker
Deputy Director of Prisons
Colorado Department of Corrections

Stephen Smock
Associate Vice President, Outpatient
Division
Correctional Managed Care, University of
Texas Medical Branch

Donna Strugar-Fritsch
Principal
Health Management Associates

Robert L. Trestman
Executive Director, Correctional Managed
Health Care
University of Connecticut

Jonathan Turley
Executive Director, Project for Older
Prisoners
Professor, George Washington University
Law School

Anthony Williams
Associate Vice President, Inpatient
Division, Correctional Managed Care,
University of Texas Medical Branch

Jack Williams
Deputy Director, Office of Health Services
Georgia Department of Corrections

JX-CCH-000550

April Zamora
Director, Texas Correctional Office
on Offenders with Medical or Mental
Impairments
Texas Department of Criminal Justice

Stephanie Zepeda
Director, Pharmacy Services
Correctional Managed Care, University of
Texas Medical Branch

These individuals provided additional
information to Pew's researchers via email.

Matthew Buettgens
Mathematician, Health Policy Center
Urban Institute

Jessica Bullard
Parole Manager
Connecticut Board of Pardon and Paroles

Scott Clodfelter
Senior Attorney, Florida Senate Committee
on Criminal Justice

Will Counihan
Team Lead, Data Analysis
Texas Comptroller of Public Accounts

Steve Van Dine
Research Chief
Ohio Department of Rehabilitation and
Corrections

Stan Dorn
Senior Fellow
Urban Institute

Josh Fangmeier
Health Policy Analyst
Center for Healthcare Research &
Transformation

Linda Foglia
Assistant Public Information Officer
New York State Department of Corrections
and Community Supervision

Brian Garnett
Spokesman, Connecticut Department of
Correction

Kate Gurnett
Deputy Press Secretary
New York State Office of the State
Comptroller

John Holahan
Institute Fellow, Health Policy Center
Urban Institute

Alison Lawrence
Policy Specialist, Criminal Justice Program
National Conference of State Legislatures

Cristina Rodda
Director, Office of Public Affairs
New Mexico Corrections Department

Drew Soderborg
Fiscal and Policy Analyst
California Legislative Analyst's Office

JX-CCH-000551

# Endnotes

1 The Pew Charitable Trusts, "Health Care Spending Slowdown? Not for States and Localities," January 2013, http://www.pewstates.org/research/reports/health-care-spending-slowdown-not-for-states-and-localities-85899445452. The Pew Charitable Trusts, "State of Recidivism: The Revolving Door of America's Prisons," April 2011, http://www.pewtrusts.org/uploadedFiles/wwwpewtrustsorg/Reports/sentencing_and_corrections/State_Recidivism_Revolving_Door_America_Prisons%20.pdf.

2 Tracey Kyckelhahn, "State Corrections Expenditures, FY 1982-2010," Bureau of Justice Statistics, December 2012, http://www.bjs.gov/index.cfm?ty=pbdetail&iid=4556. Tracey Kyckelhahn, "Justice Expenditure and Employment Extracts, 2008," Bureau of Justice Statistics, May 2012, http://www.bjs.gov/index.cfm?ty=pbdetail&iid=4333. Health care expenditures were calculated using nominal 2008 figures provided to Pew by the Bureau of Justice Statistics. The Bureau of Justice Statistics categorized all costs associated with medical care, including mental health and dental costs. Medical expenditures included medical personnel costs, contract medical services, operational costs associated with medical units, and capital outlay and supply expenditures related to providing medical care. Data were not reported for Georgia, Kansas, Kentucky, New Mexico, Vermont, and Wyoming. The Bureau of Justice Statistics defines institutional expenditures as related to facilities "for the confinement and correction of convicted adults or juveniles adjudicated delinquent or in need of supervision, and for the detention of those adults and juveniles accused of a crime and awaiting trial or hearing." These facilities include but are not limited to prisons, penitentiaries, reformatories, jails, and correctional farms. Costs for probation programs and parole and pardon boards are among those excluded from institutional expenditures.

3 All spending figures are in 2008 dollars unless otherwise noted. Nominal fiscal 2001 data provided to Pew by the Bureau of Justice Statistics were converted to 2008 dollars using the Implicit Price Deflator for state and local government consumption expenditures and gross investment included in the Bureau of Economic Analysis' National Income and Product Accounts, http://www.bea.gov/iTable/iTable.cfm?ReqID=9&step=1.

4 Officials in Texas attribute the state's inflation-adjusted spending decline to three primary factors: (1) use of telemedicine to reduce transportation and guarding expenses and hasten access to care; (2) use of the 340B drug pricing program, which requires drug manufacturers to provide outpatient drugs to eligible health care organizations at reduced prices to cut the cost of drugs for HIV, hepatitis C, and other illnesses; and (3) the centralization of care at the University of Texas Medical Branch. The Pew Charitable Trusts interview with Owen Murray, vice president, Offender Health Services, University of Texas Medical Branch, June 28, 2013.

5 Bureau of Justice Statistics, "Justice Expenditure and Employment Extracts, 2001," December 2003, http://www.bjs.gov/index.cfm?ty=pbdetail&iid=1027. Tracey Kyckelhahn, "Justice Expenditure and Employment Extracts, 2008," Bureau of Justice Statistics, May 2012, http://www.bjs.gov/index.cfm?ty=pbdetail&iid=4333.

JX-CCH-000552

6 Paige M. Harrison and Allen J. Beck, "Prisoners in 2001," Bureau of Justice Statistics, July 2002, http://bjsdata.ojp.usdoj.gov/content/pub/pdf/p01.pdf. William Sabol, Heather C. West, and Matthew Cooper, "Prisoners in 2008," Bureau of Justice Statistics, June 2010, http://www.bjs.gov/content/pub/pdf/p08.pdf.

7 The Pew Charitable Trusts, "One in 100: Behind Bars in America 2008," February 2008, http://www.pewtrusts.org/uploadedFiles/wwwpewtrustsorg/Reports/sentencing_and_corrections/one_in_100.pdf. After decades of growth, the U.S. prison population declined in 2010, 2011, and 2012, according to the U.S. Justice Department.

8 The Pew Charitable Trusts, "Time Served: The High Cost, Low Return of Longer Prison Terms," June 2012, http://www.pewstates.org/uploadedFiles/PCS_Assets/2012/Pew_Time_Served_report.pdf.

9 National Governors Association webinar, "State Strategies for Controlling Inmate Health Care Costs," August 2012, http://www.nga.org/cms/home/news-room/webcast-center/col2-content/main-content-list/state-strategies-for-controlling.html. Ben G. Raimer and John D. Stobo, "Health Care Delivery in the Texas Prison System: The Role of Academic Medicine," Journal of the American Medical Association 292:4 (July 2004): 485-489.

10 Mary Bosworth, ed., *Encyclopedia of Prisons & Correctional Facilities*, Rev. ed. (Thousand Oaks, CA: SAGE Publications Inc., 2005).

11 Aaron Edwards and Brian Brown, "Providing Constitutional and Cost-Effective Inmate Medical Care," California Legislative Analyst's Office, April 2012, http://lao.ca.gov/reports/2012/crim/inmate-medical-care/inmate-medical-care-041912.pdf.

12 Henry J. Steadman et al., "Prevalence of Serious Mental Illness Among Jail Inmates," *Psychiatric Services* 60 (June 2009): 761-765, http://ps.psychiatryonline.org/data/Journals/PSS/3881/09ps761.pdf. Barbara DiPietro, "Frequently Asked Questions: Implications of the Federal Legislation on Justice-Involved Populations," Council of State Governments Justice Center, 2011, http://csgjusticecenter.org/cp/publications/frequently-asked-questions-implications-of-health-reform-on-justice-involved-populations/.

13 Anne C. Spaulding et al., "Impact of New Therapeutics for Hepatitis C Virus Infection in Incarcerated Populations," *Topics in Antiviral Medicine* 21:1 (February/March 2013): 27-35.

14 The National Center on Addiction and Substance Abuse at Columbia University, "Behind Bars II: Substance Abuse and America's Prison Population," February 2010, http://www.casacolumbia.org/articlefiles/575-report2010behindbars2.pdf.

15 Paige M. Harrison and Allen J. Beck, "Prisoners in 2001," Bureau of Justice Statistics, July 2002, http://www.bjs.gov/content/pub/pdf/p01.pdf. William J. Sabol, Heather C. West, and Matthew Cooper, "Prisoners in 2008," Bureau of Justice Statistics, December 2009, http://www.bjs.gov/content/pub/pdf/p08.pdf.

16 American Civil Liberties Union, "At America's Expense: The Mass Incarceration of the Elderly," June 2012, http://www.aclu.org/files/assets/elderlyprisonreport_20120613_1.pdf. Mike Mitka, "Aging Prisoners Stressing Health Care System," *Journal of the American Medical Association* 292:4 (July 2004): 423-424.

JX-CCH-000553

17 Ashley Nellis and Ryan S. King, "No Exit: The Expanding Use of Life Sentences in America," The Sentencing Project, July 2009, http://www.sentencingproject.org/doc/publications/publications/inc_NoExitSept2009.pdf. Ashley Nellis, "Life Goes On: The Historic Rise in Life Sentences in America," The Sentencing Project, October 2013, http://www.sentencingproject.org/detail/news.cfm?news_id=1636&id=167.

18 Thomas P. Bonczar, "National Corrections Reporting Program: Most Serious Offense of State Prisoners, By Offense, Admission Type, Age, Sex, Race, and Hispanic Origin," Bureau of Justice Statistics, May 2011, http://www.bjs.gov/index.cfm?ty=pbdetail&iid=2065. The National Corrections Reporting Program does not capture data for all 50 states, and the states providing information have varied over time.

19 Tina Chiu, "It's About Time: Aging Prisoners, Increasing Costs, and Geriatric Release," Vera Institute of Justice, April 2010, http://www.vera.org/sites/default/files/resources/downloads/Its-about-time-aging-prisoners-increasing-costs-and-geriatric-release.pdf.

20 B. Jaye Anno et al., "Correctional Health Care: Addressing the Needs of Elderly, Chronically Ill, and Terminally Ill Inmates," National Institute of Corrections, February 2004, http://static.nicic.gov/Library/018735.pdf.

21 Virginia Department of Corrections, "Older Inmate Population: Managing Geriatric Inmates," October 2011, http://hac.virginia.gov/Committee/files/2011/10-17-11/Geriatric_Inmates.pdf.

22 Steve Angelotti and Sara Wycoff, "Michigan's Prison Health Care: Costs in Context," Michigan Senate Fiscal Agency, November 2010, http://www.senate.michigan.gov/sfa/Publications/Issues/PrisonHealthCareCosts/PrisonHealthCareCosts.pdf.

23 Human Rights Watch, "Old Behind Bars: The Aging Prison Population in the United States," January 2012, http://www.hrw.org/sites/default/files/reports/usprisons0112webwcover_0.pdf

24 Cece Hill, "Survey Summary: Inmate Health Care and Communicable Diseases," *Corrections Compendium* 35:4 (Winter 2010): 14–37.

25 The Pew Charitable Trusts interview with Joan Shoemaker, deputy director of prisons in Colorado, May 2, 2013.

26 The Pew Charitable Trusts interview with Anthony Williams, associate vice president, Inpatient Division, Correctional Managed Care, University of Texas Medical Branch, September 12, 2012.

27 The Pew Charitable Trusts interview with Jack Williams, deputy director, Office of Health Services, Georgia Department of Corrections, December 5, 2012. U.S. Census Bureau, State Government Finances: 2011, http://www.census.gov/govs/state/.

28 Aaron Edwards and Brian Brown, "Providing Constitutional and Cost-Effective Inmate Medical Care," California Legislative Analyst's Office, April 2012, http://lao.ca.gov/reports/2012/crim/inmate-medical-care/inmate-medical-care-041912.pdf.

29 National Institute of Justice, "Telemedicine Can Reduce Correctional Health Care Costs: An Evaluation of a Prison Telemedicine Network," March 1999, https://www.ncjrs.gov/pdffiles1/175040.pdf.

30 Alexander H. Vo, "The Telehealth Promise: Better Health Care and Cost Savings for the 21st Century," University of Texas Medical Branch, May 2008, http://telehealth.utmb.edu/presentations/The%20Telehealth%20Promise-Better%20Health%20Care%20and%20Cost%20Savings%20for%20the%2021st%20Century.pdf.

JX-CCH-000554

31 Jonathan Edwards, "Case Study: A Texas Telemedicine Program Offers Lessons for Governments and Care Delivery Organizations Worldwide," Gartner Inc., June 2008, http://telehealth.utmb.edu/news/Gartner%20case_study_a_texas_telemedic_157582.pdf. The Pew Charitable Trusts interview with Owen Murray, vice president, Offender Care Services, University of Texas Medical Branch, November 27, 2012.

32 The Pew Charitable Trusts interview with Anthony Williams, associate vice president, Inpatient Division, Correctional Managed Care, University of Texas Medical Branch, September 12, 2012.

33 The Pew Charitable Trusts interview with Owen Murray, vice president, Offender Care Services, University of Texas Medical Branch, November 27, 2012.

34 The Pew Charitable Trusts interview with Stephen Smock, associate vice president, Correctional Outpatient Services, University of Texas Medical Branch, November 30, 2012.

35 Ben G. Raimer and John D. Stobo, "Health Care Delivery in the Texas Prison System: The Role of Academic Medicine," *Journal of the American Medical Association* 292:4 (July 2004): 485-489.

36 The Pew Charitable Trusts interview with J. Clark Kelso, California health care receiver, September 11, 2012. Mr. Kelso is a court-appointed receiver charged with bringing California's prison health system into constitutional compliance. He was appointed in 2008. The receivership was created after a ruling in a class-action lawsuit found that California's prison medical facilities did not meet constitutional standards.

37 Florida Senate Committee on Criminal Justice, "Use of Telemedicine in Inmate Health Care," September 2011, http://www.flsenate.gov/PublishedContent/Session/2012/InterimReports/2012-213cj.pdf.

38 Aaron Edwards and Brian Brown, "Providing Constitutional and Cost-Effective Inmate Medical Care," California Legislative Analyst's Office, April 2012, http://lao.ca.gov/reports/2012/crim/inmate-medical-care/inmate-medical-care-041912.pdf. E. Ann Carson and William J. Sabol, "Prisoners in 2011," U.S. Bureau of Justice Statistics, December 2012, http://bjs.gov/content/pub/pdf/p11.pdf. California's prison health care receiver, J. Clark Kelso, notes that one management challenge for states is the need for careful tracking to ensure that telemedicine encounters are replacing face-to-face medical appointments rather than amounting to additional appointments, thereby increasing overall costs.

39 Deborah Lamb-Mechanick and Julianne Nelson, "Prison Health Care Survey: An Analysis of Factors Influencing Per Capita Costs," National Institute of Corrections, 2000, http://static.nicic.gov/Library/015999.pdf.

40 The Pew Charitable Trusts interview with Jeff Dickert, vice president, University Correctional Health Care, New Jersey Department of Corrections, September 5, 2013.

41 Ibid.

42 Ibid. U.S. Department of Health and Human Services, "Healthy People 2020," December 2010, http://www.healthypeople.gov/2020/topicsobjectives2020/objectiveslist.aspx?topicId=21#526.

43 Centers for Disease Control and Prevention, "Vital Signs: HIV Prevention Through Care and Treatment—United States," December 2011, http://www.cdc.gov/mmwr/preview/mmwrhtml/mm6047a4.htm?s_cid=mm6047a4_w.

44 New Jersey Hospital Association, "NJHA Presents Awards for Commitment to Healthcare," January 2013, http://www.njha.com/pressroom/2013-press-releases/jan-25,-2013-njha-presents-awards-for-commitment-to-healthcare/.

JX-CCH-000555

45 The Pew Charitable Trusts interview with Dr. Robert Trestman, executive director, Correctional Managed Health Care, University of Connecticut, September 5, 2013. Correctional Managed Health Care, "CMHC Annual Report: June 2011–June 2012," http://cmhc.uchc.edu/pdfs/annual_report_2012.pdf.

46 The Pew Charitable Trusts interview with Jeff Dickert, vice president, University Correctional Health Care, New Jersey Department of Corrections, September 5, 2013.

47 The Pew Charitable Trusts interview with Joyce Hayhoe, legislative director, California Correctional Health Care Services, December 3, 2012.

48 The Pew Charitable Trusts interview with J. Clark Kelso, California health care receiver, September 11, 2012.

49 The Pew Charitable Trusts interview with Owen Murray, vice president, Offender Care Services, University of Texas Medical Branch, November 27, 2012.

50 The Pew Charitable Trusts interview with Viola Riggin, director of health care services, Kansas Department of Corrections, September 10, 2012.

51 Kaiser Commission on Medicaid and the Uninsured, "Expanding Medicaid to Low-Income Childless Adults Under Health Reform: Key Lessons from State Experiences," July 2010, http://www.kff.org/medicaid/upload/8087.pdf.

52 Department of Health and Human Services, "Clarification of Medicaid Coverage Policy for Inmates of a Public Institution," December 1997, http://www.colorado.gov/cs/Satellite?blobcol=urldata&blobheader=application%2Fpdf&blobkey=id&blobtable=MungoBlobs&blobwhere=1251618397983&ssbinary=true.

53 Mississippi Department of Corrections, "MDOC Saves $11 Million Annually," August 2012, http://www.mdoc.state.ms.us/PressReleases/2012NewsReleases/MDOC%20Cost%20Avoidances.pdf; Christine Vestal, "Medicaid Expansion Seen Covering Nearly All State Prisoners," *Stateline*. The Pew Charitable Trusts, Oct. 18, 2011, http://www.pewstates.org/projects/stateline/headlines/medicaid-expansion-seen-covering-nearly-all-state-prisoners-85899375284.

54 Louisiana Department of Public Safety and Corrections, "Annual Report 2009-2010," http://www.doc.la.gov/wp-content/uploads/2010/12/Annual-Report-2009-2010pdf.pdf.

55 Thomas P. DiNapoli, "Payments for Inmate Health Care Services," New York State Office of the State Comptroller, December 2012, http://osc.state.ny.us/audits/allaudits/093013/10s41.pdf. The Pew Charitable Trusts interview with Kate Gurnett, deputy press secretary, New York State Office of the State Comptroller, June 7, 2013.

56 Kaiser Family Foundation, "Status of State Action on the Medicaid Expansion Decision, as of September 30, 2013," http://kff.org/medicaid/state-indicator/state-activity-around-expanding-medicaid-under-the-affordable-care-act/.

57 U.S. Census Bureau, State Government Finances: 2011, http://www.census.gov/govs/state/.

58 According to the Legislative Analyst's Office in California, most of the remaining 28 percent are ineligible for Medicaid because they are not lawful residents of the United States or they lack valid Social Security numbers.

59 Aaron Edwards, Ross Brown, and Brian Brown, "The 2013-14 Budget: Obtaining Federal Funds for Inmate Medical Care—A Status Report," California Legislative Analyst's Office, February 2013, http://www.lao.ca.gov/analysis/2013/crim_justice/inmate-medical-care-020513.pdf.

JX-CCH-000556

60 Governor Maggie Hassan, "Budget Address 2013," February 2013, http://www.governor.nh.gov/media/speeches/budget-address-2013.htm. Megan Cole, Randy Haught, and Mengxi Shen, "An Evaluation of the Impact of Medicaid Expansion in New Hampshire: Phase II Report," The Lewin Group, January 2013, http://www.dhhs.state.nh.us/ombp/documents/nhmedicaidexpansion-phaseiireport-v6-551398.pdf.

61 Amy Rohling McGee et al., "Expanding Medicaid in Ohio: Analysis of Likely Effects," Health Policy Institute of Ohio, The Ohio State University, Regional Economic Models Inc., and the Urban Institute, February 2013, http://www.urban.org/uploadedpdf/412772-Expanding-Medicaid-in-Ohio-Report.pdf.

62 Kim Palmer, "Ohio Governor Kasich Backs Medicaid Expansion in Proposed Budget," Reuters, February 4, 2013, http://www.reuters.com/article/2013/02/04/us-usa-healthcare-medicaid-idUSBRE91312A20130204.

63 Michigan Governor's Office, "Gov. Snyder signs Healthy Michigan into law, bringing health care to 470,000 Michiganders," September 16, 2013, http://www.michigan.gov/snyder/0,4668,7-277-57577_57657-312514--,00.html. Marianne Udow-Phillips et al., "The ACA's Medicaid Expansion: Michigan Impact," Center for Healthcare Research & Transformation, October 2012, http://www.chrt.org/assets/price-of-care/CHRT-Issue-Brief-October-2012.pdf. Total correctional savings would amount to $504 million, but according to the study's authors, these savings would be split between inpatient services delivered to inmates at a noncorrectional facility and services provided to parolees that are paid for by the Department of Corrections. The Pew Charitable Trusts interview with Joshua Fangmeier, health policy consultant, Center for Healthcare Research & Transformation, March 19, 2013.

64 Activities of daily living are a common measure of one's capacity. Examples include feeding oneself, bathing, dressing, and working.

65 Brie A. Williams, Rebecca L. Sudore, Robert Greifinger, and R. Sean Morrison, "Balancing Punishment and Compassion for Seriously Ill Prisoners," *Annals of Internal Medicine* 155:2 (July 2011): 122-126.

66 B. Jaye Anno et al., "Correctional Health Care: Addressing the Needs of Elderly, Chronically Ill, and Terminally Ill Inmates," National Institute of Corrections, February 2004, http://static.nicic.gov/Library/018735.pdf.

67 Regulations were eased somewhat in fiscal year 2010, but California corrections policy requires that even some comatose inmates hospitalized in the community be watched by one guard at the foot of the bed and another at the door. Jack Dolan, "Despite medical parole law, hospitalized prisoners are costing California taxpayers millions," *Los Angeles Times*, March 2, 2011.

68 Williams et al., "Balancing Punishments and Compassion for Seriously Ill Prisoners," 122–126.

69 Patrick A. Langan and David J. Levin, "Recidivism of Prisoners Released in 1994," U.S. Bureau of Justice Statistics, June 2002, http://bjs.gov/content/pub/pdf/rpr94.pdf.

70 The Council of State Governments, "Justice Reinvestment in Wisconsin: Analyses and Policy Options to Reduce Spending on Corrections and Increase Public Safety," May 2009, http://csgjusticecenter.org/jr/wisconsin/publications/justice-reinvestment-in-wisconsin/.

71 Florida Department of Corrections, "2011 Florida Prison Recidivism Report: Releases from 2003 to 2010," April 2012, http://www.dc.state.fl.us/pub/recidivism/2011/Recidivism2011.pdf.

JX-CCH-000557

72 Ryang Hui Kim, "2008 Inmate Releases: Three Year Post Release Follow-Up," New York Department of Corrections and Community Supervision, August 2012, http://www.doccs.ny.gov/Research/Reports/2012/2008_releases_3yr_out.pdf.

73 Tina Chiu, "It's About Time: Aging Prisoners, Increasing Costs, and Geriatric Release," Vera Institute of Justice, April 2010, http://www.vera.org/sites/default/files/resources/downloads/Its-about-time-aging-prisoners-increasing-costs-and-geriatric-release.pdf. National Conference of State Legislatures, "Three Years of Conditional Release Laws," Online Sentencing and Corrections Policy Updates, June 2010, p. 4, http://www.ncsl.org/portals/1/Documents/cj/bulletinJune-2010.pdf.

74 The age requirements allowed inmates at least 60 years old who had served at least 10 years in prison, as well as inmates at least 65 years old who had served at least five years of their sentences, to seek sentence modification.

75 Nicole M. Murphy, "Dying to be Free: An Analysis of Wisconsin's Restructured Compassionate Release Statute," Marquette Law Review 95:4 (Summer 2012): 1679-1741.

76 A description of the law can be found at http://www.legis.la.gov/legis/ViewDocument.aspx?d=760649.

77 Other provisions divert first-time nonviolent offenders to community-based sanctions and allow inmates to reduce their sentences by up to 8 percent by completing treatment and training programs. Ed Anderson, "Prison parole opportunities would increase under bill OK'd by Louisiana House panel," The Times-Picayune, June 1, 2011, http://www.nola.com/politics/index.ssf/2011/06/prison_parole_opportunities_wo.html.

78 Alan Johnson, "Sentencing-overhaul law to reduce Ohio's prison population," The Columbus Dispatch, June 2011, http://www.dispatch.com/content/stories/local/2011/06/30/sentencing-overhaul-to-reduce-prison-population.html. State of Ohio press release, "Kasich Signs Comprehensive Criminal Justice Reform Legislation," June 2011, http://governor.ohio.gov/Portals/0/pdf/news/06.29.11%20Sentencing%20Reform%20Bill%20Signing.pdf.

79 To qualify for release, inmates must also have successfully completed rehabilitative programming and have no incidents of violence while incarcerated. Sex offenders, repeat violent offenders, and those incarcerated for gun crimes are excluded. The Pew Charitable Trusts interview with Steve Van Dine, research chief, Ohio Department of Rehabilitation and Correction, May 21, 2013.

80 Ohio Department of Rehabilitation & Correction, "Amended Substitute House Bill 86: Review of Parole Eligible Offenders 65 and Older," December 2011, http://www.drc.ohio.gov/web/HB%2086%20Report_FINALCBM.pdf. Alan Johnson, "Early release? Not for Ohio's older inmates," The Columbus Dispatch, April 2012, http://www.dispatch.com/content/stories/local/2012/04/30/early-release-not-for-ohios-older-inmates.html.

81 Cara Buckley, "Law Has Little Effect on Early Release for Inmates," New York Times, January 29, 2010, http://www.nytimes.com/2010/01/30/nyregion/30parole.html?_r=0. Christine S. Scott-Hayward, "The Fiscal Crisis in Corrections: Rethinking Policies and Practices," Vera Institute of Justice, July 2009, http://www.vera.org/files/The-fiscal-crisis-in-corrections_July-2009.pdf. New York Department of Corrections and Community Supervision, "Directive: Medical Parole, Executive Law 259-r and 259-s," August 2013, http://www.doccs.ny.gov/Directives/4304.pdf.

JX-CCH-000558

ENDNOTES

82 The Pew Charitable Trusts interview with J. Clark Kelso, California health care receiver, Sept. 11, 2012.

83 The Pew Charitable Trusts interview with Joyce Hayhoe, legislative director, California Correctional Health Care Services, November 13, 2012.

84 The Pew Charitable Trusts interview with Daniel Bannish, director of health and addiction services, Connecticut Department of Corrections, November 26, 2012. David Drury, "State Plans Nursing Home for Disabled Prisoners, Mental Patients in Rocky Hill," *The Hartford Courant*, December 6, 2012, http://articles.courant.com/2012-12-06/community/hc-rocky-hill-locked-care-20121206_1_malloy-administration-dannel-p-malloy-james-siemianowski.

85 Arielle Levin Becker, "State seeking nursing home to take sick, disabled prisoners," *The Connecticut Mirror*, February 27, 2012, http://ctmirror.com/story/15565/state-seeking-nursing-home-take-sick-disabled-prisoners.

86 The Pew Charitable Trusts interview with Daniel Bannish, director of health and addiction services, Connecticut Department of Corrections, November 26, 2012.

87 David Drury, "Judge Dismisses Rocky Hill's Lawsuit Seeking to Block Nursing Home for Prisoners," *The Hartford Courant*, April 24, 2013, http://articles.courant.com/2013-04-24/community/hc-rocky-hill-nursing-home-0425-20130424_1_securecare-realty-llc-judge-antonio-c-town-attorney-morris-r.

JX-CCH-000559

The Pew Charitable Trusts is driven by the power of knowledge to solve today's most challenging problems. Pew applies a rigorous, analytical approach to improve public policy, inform the public, and stimulate civic life.

pewstates.org

The John D. and Catherine T. MacArthur Foundation supports creative people and effective institutions committed to building a more just, verdant, and peaceful world. In addition to selecting the MacArthur Fellows, the Foundation works to defend human rights, advance global conservation and security, make cities better places, and understand how technology is affecting children and society.

macfound.org

JX-CCH-000560



JX-CCH-000561



<u>Requesting exemption from hiring freeze for health care positions in Dept of Corrections:</u>

The Louisiana Department of Public Safety and Corrections is trying to fulfill its constitutional obligation to provide necessary medical care to its inmate population in a very cost effective way. We have positions which have been vacant for months or more mainly because we could not find nurses, EMTs, pharmacist to accept those jobs at the pay we offer currently. We do get the job done as we have dedicated staff but this shortage is taking its toll. We are operating with bare minimum staff and for last few months have been working hard to improve pay structure since LSU raised nursing pay drastically.

There is no good answer why a position was vacant for months, but now we have somebody to take that job. We all are here due to some reason or other. In fact, this new administration is full of bright people who can make much more money outside but they have chosen to do service to this great state and it starts from the top.

The Department could not hire a fully licensed, board certified physician in last many years, but now we have one person who is interested as he is tired of busy life in private sector. If we are not given permission to hire him, then we may not have this opportunity again in the next few years and will prepare answer down the line again how come we survived without this (I hope) for so many years.

Our current staff was very excited as we hoped that with the new administration, things will improve and we will have more nurses. Current staff is stretched thin to the point that many times they are not willing to work even with overtime (they always don't get over time anyway). I see nurses all the time who can not take any time off because they do not have coverage. To answer this question that how we continued to work without these positions filled I can give many examples where nurses have accumulated thousand hours of k-Time only to have it taken away due to civil service rule and our inability to pay them. As a result, we have lost experienced and dedicated staff.

- A few examples include an RN working in our chronic Mental Health Unit accepting a job at LSU because they offered a higher hourly rate, built in paid overtime (rather than accumulated k-time we offer), and $12 an hour extra when working extra shifts; an RN working in our inpatient infirmary that enjoyed treating the inmate population leaving Corrections due to the large workload required of her and her inability to perform her duties to the level she expected from herself; an RN with many years of dedicated service leaving although she loved her job and coworkers because of the large amount of overtime she was consistently required to work to cover late intakes into the reception center that have become a weekly routine since the hurricanes in 2005.

We plan to get these dedicated nurses who enjoyed working in Corrections back.

Secretary Le Blanc had courage to address this problem and has put together a team to do this. He made medical and mental health his top priority and things have already started to change. We became aggressive in recruiting, realizing that we will soon end up in court like other correctional systems unless immediate drastic steps are taken. We went to nursing board, getting lists of all nurses living in Louisiana, went to nursing schools talking to them about benefits of state job, advertised in local newspapers, and even advertised on television during championship bowl game half time show. Word had started to get around as we recruit most of our staff from word of mouth.

Health care staff shortage is a national problem. We and LSU hospitals are in the same boat as we draw from same pool of people wanting to work with the government, but we are at a further disadvantage due to the environment in Corrections. It takes a special nurse or a physician to work and survive out here. When our nurse goes down the cellblock distributing medications, they are faced with inmates overtly masturbating in their view, cursing, threatening and speaking to them in a sexually demeaning manner, and the throwing feces, urine, medications, etc. at them or on them. We have even had cases where they slapped a nurse, scratched them, or charged at them.

As a new administration for this department, we have aggressively fought to improve working conditions for nurses and are seeing major improvements already; however, past situations have greatly affected nurse retention until recently. Now is the time for us to overcome past problems and to gain the staff we need.

To compare our problem with the State of California, which is currently under Federal Receivership due to inadequate health care coverage, they were cited for having a 22% vacancy rate statewide with some institutions with larger medical missions having up to a 50% vacancy rate.

- The Louisiana DPS&C has a 16% vacancy rate statewide and a 27.1% vacancy rate at our Level of Care 1 Medical/Mental Health facilities caring for acutely ill inmates.
- Our staff turnover rate for the last two years is 43.91% statewide and 49.79% for the Level of Care 1 facilities.

Now that California is under Federal Receivership and involved in many greatly expensive class action lawsuits, they are aggressively recruiting health care staff. Louisiana cannot afford to wait until we are in trouble to hire medical staff.

The Louisiana DPS&C has approximately 21,000 inmates and 17,000 state inmates are housed in parish prisons. DOC inmates in parishes are usually healthy as they would be transferred into a state facility if they required medical care. Furthermore, prisons have become the place of treatment for those with significant mental health issues. Several national surveys estimate that 40% to 50% of state inmate population has significant mental health issues.

JX-CCH-000563

To give you an idea of the type of inmates we house and are mandated to provide community standard health care to, in December 2007, the Louisiana DPS&C managed:

- 194 infirmary beds offering over 4,000 inpatient days for inmates requiring around the clock treatment for chronic illnesses/conditions (i.e., paraplegics, cancer, heart, stroke, or AIDS patients, etc.) with only 50 nursing positions being utilized (day and night shift combined) to provide the acute level of care required.

- 200 mental health beds for inmates requiring intensive mental health treatment. This includes over 80 acutely psychotic inmates in special units requiring continual mental health observation and treatment, as well as beds for inmates in step-down treatment or observation areas.

- 3,842 inmates with Hypertension.
- 2,068 inmates with Hepatitis C.
- 1,050 inmates with Diabetes.
- 517 inmates with AIDS.
- 2 inmates with active Tuberculosis.

- In just 30 days (December 2007) the DPS&C Health Care Staff workload consisted of:

  - Issuing over 1.7 Million Doses of Medication.
  - Ordering and Filling 45,000 prescriptions.
  - Making over 50,000 Health Care Contacts including:

    - Assessing 4,000 inmates for routine sick calls.
    - Assessing 6,000 inmates for doctor's calls.
    - Assessing nearly 3,000 inmates for emergency sick calls.
    - Completing nearly 8,000 preventative education contacts.

  - Processing over 500 specialty consults for surgery, Hepatitis C treatment, Urology, Internal Medicine, etc.
  - Conducting over 600 Eye Exams.
  - Completing nearly 3,000 dental exams/procedures.
  - Admitting nearly 400 inmates to inpatient infirmaries.
  - Drawing over 5,000 labs.
  - Taking over 5,000 x-rays.
  - Making nearly 50,000 individual mental health and group contacts.

We also have a need to expand our ability to care for chronically ill inmates in our custody and will be doing that this year, greatly increasing our need for health care staff.

**How will not filling of the position/FTE affect performance?**

This was our answer but apparently did not work:

- Heavy workload because of high number of elderly inmates with cancer, heart disease, diabetes, HIV and other chronic diseases: health problems more prevalent in Louisiana
- Constitutional obligation to provide optimal health care to inmate population.
- Required to meet American Correctional Association and other standards/regulations, Nurse: Patient ratio.
- Cost effective onsite health care versus cost prohibitive private health care.
- Transportation to outside facilities is always a security risk, threat to public safety, and costly. We want to keep it to a minimum.
- Already operating with bare minimum staff and understaffing leads to increased overtime and staff burnout/turnover.
  - Its first casualty is chronic care and preventive medicine (available staff will be forced to prioritize emergency or urgent care needs) and we will end up spending more down the line for preventable complications.
  - It is already very hard to recruit health care staff due to competition with the well organized, managed, and funded health care industry. Chronic understaffing further leads to poor retention rates and it becomes a vicious circle.
- Infectious disease monitoring is vital to not only inmate's health, but to the public health as well upon the inmates' return to society.

Lack of adequate staff may lead to compromised health care delivery and possible law suits which will cost millions of dollars. Several corrections departments are under court supervision in the nation due to reasons mentioned above.

**SUMMARY**:

California DOC is under federal court supervision and they were also cited for their nursing vacancy rate which was 22%. Due to reasons explained above our turnover rate is more than 40% for nursing staff and is almost 50% for the nursing staff at Level of Care 1 institutions (managing inpatients and the sickest population). Our intensive efforts to fix problems has just started showing some result with more people applying for jobs and current staff seeing light at the end of the tunnel.

If we are not allowed to hire staff now to provide essential services, it will set us back again. Word will get out and damage our prospects for years to come. Our current staff that has stuck by us waiting for change will lose hope. By not hiring staff now, we will end up spending more down the line in costly lawsuits such as the class action lawsuits California has faced as well as an increase in overall health care costs for the management of complications for diseases that early treatment or detection would prevent. When we are stretched thin, chances for errors are high and it is very possible for cancers and other diseases to be missed early on.

While Correctional health care is a big mess all over the nation, Louisiana is considered one of the best managed states, but make note that our dependable employees are struggling with large workloads and the lure of more promising prospects at other facilities. If must continuously retain quality staff and recruit quality staff in order to maintain our quality of work. As medical director, our current staff is looking up to me to make positive changes. Leaders from other states such as California and Maryland are contacting me for my insight in how to make positive, cost-effective, and innovative changes. The LA DPS&C has a very positive momentum going right now. In the past, we have stayed out of trouble, but we, like everyone else in the medical profession, continue to struggle with staff recruitment and retention. This hiring freeze is hitting us hard and it is hitting our momentum hard.

I acknowledge that even without the hiring freeze, I may only be able to fill half of the vacant positions right away, but the fact is I will never give up on recruitment efforts to fill them. The only thing standing in the way is this dejection that does not allow me to hire even the most essential staff.

JX-CCH-000566

## MEDICAL POSITIONS VACANCY CRISIS

- According to the June 2004 Corrections Independent Review Panel Report presented to California Governor Arnold Schwarzenegger, the nursing shortage in California and the nation were reaching all-time highs and as a result, their delivery of adequate medical services has been severely affected. It was cited that they had a **22% vacancy rate statewide, with some institutions with larger medical missions having up to a 50% vacancy rate.** (California DOC is now under Federal Court established Receivership and nursing recruitment efforts have increased significantly.)

- The LA DPS&C Nursing Staff Vacancy Rate for July 31, 2007 was

  - **16% statewide.**
  - **27.1% for Level of Care (LOC) 1 facilities treating acutely ill inmates.**
    - The current vacancy rate is skewed due to the recent addition of several nursing positions for the Skilled Nursing Facility opening in May 2008. It looks as though our vacancy rate is nearly 60% at LOC 1 facilities due to positions we have not yet filled.

- The LA DPS&C Nursing Staff Turnover Rate for 2006 & 2007 is:
  - **43.91% for all units.**
  - **49.79% for Level of Care 1 facilities that treat acutely ill inmates.**

- In just 30 days (December 2007) the DPS&C Health Care Staff workload consisted of:
  - Issuing over 1.7 Million Doses of Medication.
  - Ordering and Filling 45,000 prescriptions.
  - Making over 50,000 health care contacts including:
    - Seeing 4,000 inmates for routine sick calls.
    - Seeing 6,000 inmates for doctor's calls.
    - Seeing nearly 3,000 inmates for emergency sick calls. (Over 100 were referred to a hospital and 72 were admitted).
    - Completing nearly 8,000 preventative education contacts.
  - Over 500 specialty consults made for treatment such as surgery, Hepatitis C, Urology, Internal Medicine, etc.
  - Conducting over 600 Eye Exams.
  - Completing nearly 3,000 dental exams/procedures.
  - Admitting nearly 400 inmates to inpatient infirmaries for 24/7 medical oversight.
  - Drawing over 5,000 labs.
  - Taking over 5,000 x-rays.
  - Making nearly 50,000 individual mental health and group contacts.

- **In December 2007 in state custody there were:**
  - 194 infirmary beds currently available resulting in over 4,000 inpatient days per month for inmates requiring around the clock treatment of chronic illnesses/conditions (i.e., paraplegics, cancer patients, AIDS patients, etc). There are currently 50 nursing positions being utilized to provide this acute care, and we are experiencing severe nurse shortages in this area.
  - 200 mental health beds available resulting in inmates receiving intensive mental health treatment. This includes over 80 acutely psychotic inmates in special units requiring continual mental health observation and treatment, as well as beds for inmates in step-down treatment or observation areas.
  - 3,842 inmates with Hypertension.
  - 2,068 inmates with Hepatitis C.
  - 1,050 inmates with Diabetes.

    o  517 inmates with AIDS.
    o  2 inmates with active Tuberculosis.

**Problems with Retaining Staff:**

- In December 2007, an RN working in our chronic Mental Health Unit submitted their resignation because LSU offered a higher hourly rate, built in paid overtime (rather than accumulated k-time we offer), and $12 an hour extra when working extra shifts.
- At one facility LOC 1 facility in 2007, there were over 95 recorded incidents of inmates masturbating, cursing, threatening, or assaulting nurses in some manner. As a new administration for this department, we have aggressively fought to improve working conditions for nurses in this department and this type of behavior has significantly decreased. However, it has greatly affected nurse retention until recently. Some of the incidents include:
  - o Over 75 cases of inmates overtly masturbating in the nurses' presence.
  - o Slapping, grabbing, or charging toward nurse.
  - o Spitting, throwing toilet water, urine, feces, soap, medication, logbooks, etc. on nurses during pill call.
  - o Cursing nurses, threatening nurses and/or their families, etc.
  - o Disrespecting them with sexually demeaning comments or inappropriate touching.
  - o

JX-CCH-000568

**From:** "AshliOliveauxHQ@corrections.state.la.us"
<AshliOliveauxHQ@corrections.state.la.us@AshliOliveauxHQ@corrections.state.la.us>
**Sent:** Mon, 25 Aug 2014 18:39:00 +0000
**To:** "ashlioliveauxhq@doc.la.gov <ashlioliveauxhq@doc.la.gov>" <>
**Subject:** Fw: Prisoners at Angola with stroke symptoms

Raman Singh M.D.
Medical / Mental Health Director
Louisiana Dept. of Public Safety & Corrections
225.342.1320 ( Office)
225.342.1329 ( Fax)


Confidentiality Notice: This e-mail message from Department of Corrections,
including any attachments, is for the sole use of the intended recipient(s) and
may contain confidential and privileged information. Any unauthorized review,
use, copying, disclosure, or distribution is strictly prohibited. If you are
not the intended recipient, please contact the sender by reply e-mail, delete
this e-mail from your computer, and destroy any copies in any form immediately.
----- Forwarded by Ashli OliveauxHQ/CORRECTIONS on 08/25/2014 01:39 PM -----

From: Paige Hargrove <Paige.Hargrove@LA.GOV>
To: "Raman Singh M. D. (RSINGH@corrections.state.la.us)"
<RSINGH@corrections.state.la.us>
Date: 08/25/2014 11:07 AM
Subject: FW: Prisoners at Angola with stroke symptoms



Dr. Singh,
I received this email from the Stroke Coordinator at the LSU Interim Hospital
in New Orleans.  I have not responded to her as I am not sure what medical
system is in place for prisoners at Angola.  I would like to set up a call so
we can discuss.  Please let me know your availability.
Sincerely,

Paige Hargrove
Executive Director
Office (225)756-3440




From: Rougeou, Toni R. [mailto:trouge@lsuhsc.edu]
Sent: Wednesday, August 20, 2014 8:43 AM
To: Paige Hargrove; Yvette Legendre
Cc: Kiff, Dan P.; Branch, Lionel A.; Freiberg, John L
Subject: Prisoners at Angola with stroke symptoms

Paige and Yvette,  I am not sure if there is anything LERN can do to help this
situation but I wanted to give it a shot.  Most of the Angola inmates come to
ILH for acute care.  I can say, in the last month and a half that I have had

JX-CCH-000569

Lewis v. Cain - Def's Production 2 - 00168034

three inmates from Angola that presented with obvious stroke symptoms. All of them were out of the window because it either took them a while to get here or the medical staff at Angola did not think the inmate was having a stroke. One inmate had to go to the infirmary three days in a row until they believed that he was having a stroke. He had to basically be carried to the infirmary on the third day due to his one sided weakness. I did call and talk to one of the nurses in the infirmary and let her know that this man did in fact have a severe stroke just to let them know. I am not a prison nurse and I can't imagine what they see on a daily bases, but there are assessments that can reveal if someone is truly having a stroke.

We will gladly care for the inmates from Angola, I just don't think that if one of them has acute stroke symptoms that they should travel to NO bypassing stroke ready facilities that can administer tPA. Also, they need to get emergent care within the 4.5 hr. window to attempt prevent severe disability. We have sent all three of those pts back to Angola with pretty significant deficits and they only get physical therapy once a week. They are not candidates for inpatient rehab because they are in custody.

Again, I don't really know what can be done. I really just wanted to make you aware of what is happening.

Thanks,

Toni Rougeou, RN
Stroke Program Coordinator
_____
Interim LSU Hospital
Stroke Program
2021 Perdido Street
New Orleans, LA 70112
OFFICE: (504) 903-4447
FAX: (504) 903-4162


Signs/Symptoms of Stroke:
·        Sudden numbness or weakness of face, arm, leg, especially on one side of the body
·        Sudden confusion, trouble speaking or understanding
·        Sudden trouble walking, dizziness, loss of balance or coordination
·        Sudden severe headache with no known cause
·        If you have any of these symptoms, call 911




Confidentiality Notice: This e-mail message from ILH, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended

Lewis v. Cain - Def's Production 2 - 00168034

JX-CCH-000570

recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

Lewis v. Cain - Def's Production 2 - 00168035
JX-CCH-000571

Lewis v. Cain - Def's Production 1 - 000301882

**From:** "dschm1@lsuhsc.edu" <dschm1@lsuhsc.edu@dschm1@lsuhsc.edu>
**Sent:** Thu, 21 Aug 2014 14:34:00 +0000
**To:** STACYE FALGOUT <SFALGOUT@corrections.state.la.us>, "Singh, Raman" <rsingh@corrections.state.la.us>
**CC:** "Schmidt, Daniela K." <dschm1@lsuhsc.edu>, "Schroth, Keith" <KSchro@lsuhsc.edu>
**Subject:** FW: Updated contract - Department of Corrections SOMET/Telemedicine OMFS and Neurology

Dr. Singh and Stacye,

Our Oral Surgery chair asked to share with you his message and let DOC know that LSU has been seeing "increased number of inmates who present to us with 3 week old fractures that are already infected and thus use a lot of resources to fix something that could have been treated easily if diagnosed sooner".

Please, see below and let us know if you would like to keep the OMFS telemicine option open within the current approved $$ maximum as a part of the cushion we have in the agreement. The services could be provided on as needed basis. If you would like to address the OMFS needs in any other way, let us know how we can assist, please.

Thank you. The agreement is prepared to route for LSU signatures pending DOC approval of the final language revision (attached for convenience).

D.

504-319-2248

From: DiVincenti, A.J.
Sent: Wednesday, August 20, 2014 3:45 PM
To: Schmidt, Daniela K.
Subject: FW: Updated contract - Department of Corrections SOMET/Telemedicine OMFS and Neurology

Daniela, you may want to pass the email below to DoC.

Lewis v. Cain - Def's Production 1 - 000301882

JX-CCH-000572

A.J. DiVincenti, MBA

Assistant Dean for Fiscal Affairs

LSU School of Dentistry

504-941-8114

Description: Description: cid:image001.png@01CD2208.1FFE3A90

From: Neary, John P.
Sent: Tuesday, August 19, 2014 2:43 PM
To: DiVincenti, A.J.
Cc: Welch, Mark
Subject: Re: Updated contract - Department of Corrections SOMET/Telemedicine
OMFS and Neurology

AJ

I don't care if we do the telemedicine or not but who do we talk to about the
increased number of inmates who present to us with 3 week old fractures that
are already infected and thus use a lot of resources to fix something that
could have been treated easily if diagnosed sooner

John P. Neary, MD, DDS, FACS

INTERIM CHAIRMAN

LSU OMS

LSU Health Sciences Center

Sent from my iPhone

From: STACYE FALGOUT [mailto:SFALGOUT@corrections.state.la.us]
Sent: Monday, August 18, 2014 11:28 AM
To: Schmidt, Daniela K.
Cc: Schroth, Keith
Subject: Updated contract

Please note. Oral Surgery is not needed by DOC. We have not had any clinics. DOC only needs 2 neurology clinics per month.


Stacye Falgout RN CCN/M
Office of the Medical/Mental Health Director
(225) 342-1320 (office)
(225) 342-1329 (fax)
- image001.jpg - image001.jpg
Received: from EXCHMB06.lsuhsc.edu ([169.254.6.81]) by ExchHT02.lsuhsc.edu
([155.58.13.9]) with mapi id 14.03.0174.001; Thu, 21 Aug 2014 09:30:22 -0500
From: "Schmidt, Daniela K." <dschm1@lsuhsc.edu>
To: "Schmidt, Daniela K." <dschm1@lsuhsc.edu>
Subject: FW: Updated contract
Date: Thu, 21 Aug 2014 14:30:22 +0000
Message-ID: <1494941DC85B2343A3D53E494ED5B99F01557AC719@EXCHMB06.lsuhsc.edu>
Content-Type: multipart/mixed;
boundary="_004_1494941DC85B2343A3D53E494ED5B99F01557AC719EXCHMB06lsuhs_"
Content-Language: en-US
Thread-Topic: FW: Updated contract
Thread-Index:
AQHPuwFb/Gm33IZ8U0mkfZmp9p7/dZvWjYHggANYzYD//8T+gIAAXS0A///mlbCAATPDoA==
Importance: high
X-Priority: 1
Accept-Language: en-US
X-MS-Exchange-Organization-AuthAs: Internal
X-MS-Exchange-Organization-AuthMechanism: 04
X-MS-Exchange-Organization-AuthSource: ExchHT02.lsuhsc.edu
X-MS-Has-Attach: yes
X-MS-Exchange-Organization-SCL: -1
X-MS-TNEF-Correlator:
x-originating-ip: [155.58.38.229]
MIME-Version: 1.0



From: Schmidt, Daniela K.
Sent: Wednesday, August 20, 2014 3:25 PM
To: 'STACYE FALGOUT'
Cc: Schroth, Keith; Schmidt, Daniela K.
Subject: RE: FW: Updated contract
Importance: High



Stacye,


We have one final addition to the scope of duties. Based on the information
provided to Dr. Singh for review earlier, some of our Departments provide

additional services outside the 4-hour clinic blocks that are directly related and necessary for the prisoner care. We would like to add a brief provision that would make it clear that: "Any services provided by contractor as a part of follow up care and/or directly related to the telemedicine services rendered pursuant to this Agreement as mutually agreed upon by DPS&C and contractor shall also be reimbursed under this Agreement at the rates as outlined in Section 14. below not to exceed  the combined maximum contract amount for all the services in accordance with Section 13."

I would suggest adding the provision in Section 9. Please, let us know if acceptable and I will route the final document with the revision asap. Thank you!

D.

504-319-2248

From: STACYE FALGOUT [mailto:SFALGOUT@corrections.state.la.us]
Sent: Wednesday, August 20, 2014 11:40 AM
Cc: Schmidt, Daniela K.; Schroth, Keith
Subject: Re: FW: Updated contract

We will need 2 copies.  The contract looks fine.

Thanks,

Stacye Falgout RN CCN/M
Office of the Medical/Mental Health Director
(225) 342-1320 (office)
(225) 342-1329 (fax)

Confidentiality Notice: This e-mail message from Department of Corrections, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, copying, disclosure, or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail, delete this e-mail from your computer, and destroy any copies in any form immediately.

"Schmidt, Daniela K." <dschm1@lsuhsc.edu>

Lewis v. Cain - Def's Production 1 - 000301886

08/20/2014 11:33 AM


To


'STACYE FALGOUT' <SFALGOUT@corrections.state.la.us>


cc


"Schmidt, Daniela K." <dschm1@lsuhsc.edu>, "Schroth, Keith" <KSchro@lsuhsc.edu>


Subject


FW: Updated contract


Stacye,


I added "after execution of this Agreement" in the third paragraph on page 1 as previously proposed and accepted all your other changes. I also slightly adjusted Attachment B to make it clear that we are using the revised rates, but the cushion in the agreement could be used to accommodate any fluctuations requested and/or needed by DOC. That should help us avoid an unnecessary amendment during FY 15 if anything slightly changes with respect to the patient care needs.

Let us know if you are in agreement and we will be prepared to print and sign. Would DOC need one or two originals of the contract?

Thank you,

D.

Lewis v. Cain - Def's Production 1 - 000301887

504-319-2248


From: STACYE FALGOUT [mailto:SFALGOUT@corrections.state.la.us]
Sent: Wednesday, August 20, 2014 9:37 AM
Cc: Schmidt, Daniela K.; Schroth, Keith
Subject: RE: Updated contract


Stacye Falgout RN CCN/M
Office of the Medical/Mental Health Director
(225) 342-1320 (office)
(225) 342-1329 (fax)

Confidentiality Notice: This e-mail message from Department of Corrections,
including any attachments, is for the sole use of the intended recipient(s) and
may contain confidential and privileged information. Any unauthorized review,
use, copying, disclosure, or distribution is strictly prohibited. If you are
not the intended recipient, please contact the sender by reply e-mail, delete
this e-mail from your computer, and destroy any copies in any form immediately.


"Schmidt, Daniela K." <dschm1@lsuhsc.edu>

08/18/2014 02:47 PM



To

'STACYE FALGOUT' <SFALGOUT@corrections.state.la.us>


cc

"Schroth, Keith" <KSchro@lsuhsc.edu>, "Schmidt, Daniela K." <dschm1@lsuhsc.edu>


Subject

RE: Updated contract

Lewis v. Cain - Def's Production 1 - 000301887

JX-CCH-000577

Lewis v. Cain - Def's Production 1 - 000301888

Stacye,

Please, could you send the matching Attachment B, or clarify how did you calculate the $ amount of $1,129,619 in Section 13?

As for any clinic cancellations, the language in Section 14 (and its matching HCSD counterpart in our support services contract) covers any cancellations under the control of either party. I would recommend deleting the inconsistent bullet point in Section 9 as confusing. I believe that any disaster cancellations beyond control of any of the parties should be addressed in accordance with the force majeure provision and any emergency regulations issued by the State and/or local authorities at any given time. LSU's standard force majeure language is below for convenience.

The parties understand and agree that any change in clinic schedule, clinic cancellation and/or scheduling of a clinic shorter than four (4) hours requires a minimum of two (2) week notice by either party. If any clinic is cancelled by the DPS&C without such notice due to scheduling or other clinic management reasons (including, but not limited to low volume or no patients scheduled for the clinic), Contractor shall be entitled to full compensation for the clinic time as originally scheduled. The parties also agree that if less than a full clinic/session is provided by Contractor without such notice, the amount due for the actual services shall be proportionately prorated and reduced. Any fractions of hours of services provided by any SOMET Physician will be rounded down to the nearest one quarter (0.25) of an hour provided.

Neither party shall be liable nor deemed to be in default for any delay or failure in performance under this Agreement or other interruption of service or employment deemed resulting, directly or indirectly, from Acts of God, civil or military authority, acts of public enemy, war, accidents, fires, explosions, earthquakes, floods, failure of transportation, non-appropriation, strikes or other work interruptions by either party's employees, or any similar or dissimilar cause beyond the reasonable control of either party.

I made revisions in LSU's spreadsheet (2 Neurology clinics, 0 OMFS) and attached for reference.

The additional language in Section 9, third paragraph is acceptable, but we

Lewis v. Cain - Def's Production 1 - 000301888

JX-CCH-000578

Lewis v. Cain - Def's Production 1 - 000301889

need to add "after the execution of this Agreement" to make sure we are not in default while the signatures are still pending and LSU is unable to issue invoices with the required documentation.

Thank you for the clarification!

D.

504-319-2248


From: STACYE FALGOUT [mailto:SFALGOUT@corrections.state.la.us]
Sent: Monday, August 18, 2014 11:28 AM
To: Schmidt, Daniela K.
Cc: Schroth, Keith
Subject: Updated contract


Please note. Oral Surgery is not needed by DOC. We have not had any clinics. DOC only needs 2 neurology clinics per month.


Stacye Falgout RN CCN/M
Office of the Medical/Mental Health Director
(225) 342-1320 (office)
(225) 342-1329 (fax)  - FY 14-15 DOC LSU Telemedicine 08.20.14 Rev. CM.docx

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


HYMEL VARNADO, et al

                      Docket No. 3:13-cv-348-JWD-SCR

     Plaintiffs

V                        Consolidated for Discovery with:
                        3:13-cv-490-JWD-SCR
JAMES LEBLANC, et al            3:13-cv-673-JWD-SCR
                      3:13-cv-556-JWD-SCR

     Defendants



        DEPOSITION OF JASON H. COLLINS M.D.,
given in the above-entitled cause, pursuant to
the following stipulation, before Raynel E.
Schule, Certified Shorthand Reporter in and for
the State of Louisiana, at the Law Offices of
Messrs. Keogh, Cox & Wilson, Ltd., 701 Main
Street, Baton Rouge, Louisiana, 70802,
commencing at 12:40 o'clock p.m., on Friday, the
12th day of August, 2016.

JX-CCH-000580

```
 1        Corrections wasn't implementing them?
 2   A.   Well, they -- they weren't responding.
 3   Q.   Huh-huh.
 4   A.   You know, they -- based on the examples I
 5        gave you with the cataract surgery.
 6   Q.   Huh-huh.
 7   A.   I can help you if you let me, but if you
 8        don't let me, what other role can I play?
 9   Q.   Right.  Was that frustrating for you
10        personally?
11   A.   Not really.  I have other things.  That
12        wasn't the only thing that I'm involved in.
13        I'm involved in other things that are very
14        interesting.
15   Q.   Sure.
16   A.   So I just was glad to get back to that.
17   Q.   I can imagine being frustrated by building
18        a building to solve a problem, and then it
19        wasn't used?
20   A.   Well, my place wasn't here to fix DOC.
21   Q.   Okay.
22   A.   My place here was to take care of the
23        patients.
24   Q.   Huh-huh.  So it's kind of like a patient
25        with, say, a mental health problem, they've
```

JX-CCH-000581

1      got to maybe want to change before you can

2      help them and --

3  A.   Exactly.

4  Q.   Would you say that the DOC similarly didn't

5      really want to change?

6  A.   Well, if you have a cancer patient that's

7      refusing chemo --

8  Q.   Huh-huh.

9  A.   -- what are you going to do?

10 Q.   And the DOC was kind of like that?

11 A.   I wasn't able to do whatever it is, what

12     the reasons.  So, I mean, there was

13     nothing.  I couldn't progress --

14 Q.   Huh-huh.

15 A.   -- you know, so what was the point?

16 Q.   Right.

17           MR. BLANCHFIELD:

18           State of Emergency just declared

19        by the Governor of Louisiana, I'm just

20        saying.

21           MR. MOST:

22           Because of hernia surgery?

23 BY MR. MOST:

24 Q.   So I know it's uncomfortable to talk about.

25 A.   Well, I feel safer that the Governor called

1

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


JOSEPH LEWIS, JR., KENTRELL          CIVIL ACTION
PARKER,FARRELL SAMPIER,              NO. 15-318
REGINALD GEORGE,JOHN TONUBBEE,       JUDGE:  BAJ
OTTO BARRERA,CLYDE CARTER,CEDRIC     MAG:  RLB
EVANS,EDWARD GIOVANNI,RICKY D.
DAVIS,LIONEL TOLBERT, and RUFUS
WHITE,on behalf of themselves and
all others similarly situated,

               Plaintiffs,

               V.

BURL CAIN, Warden of the Louisiana State
Penitentiary, in his official capacity;
STEPHANIE LAMARTINIERE, Assistant Warden for
Health Services, in her official capacity;
JAMES LEBLANC, Secretary of the Louisiana
Department of Public Safety and Corrections, in
his official capacity; and THE LOUISIANA
DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS.
               Defendants.



        DEPOSITION OF CYNTHIA A. PARK, NP,

given in the above-entitled cause, pursuant to

the following stipulation, before Sandra P.

DiFebbo, Certified Shorthand Reporter, in and

for the State of Louisiana, at Shows, Cali &

Walsh, 628 St. Louis Street, Baton Rouge,

Louisiana, on the 12th day of September, 2016.

JX-CCH-000583

1 and you can usually deescalate the situation.

2 Q.    If they were -- for example, if you had a

3 dementia patient who got a security write-up for

4 yelling at a guard --

5 A.    Right.  They would be -- they would still

6 follow the same procedures of security, which

7 means they would get a write-up, and they would

8 go into an isolation room.  I actually have one

9 patient there that does have dementia, but his

10 preference is to stay in a room by himself.  He

11 comes out to shower.  He does what he wants, but

12 his preference is to be by himself.  It has

13 always been to be by himself.

14 Q.    You would not intervene to make an

15 accommodation for a patient with dementia if

16 they had a write-up?

17 A.    It's not my situation to be able to

18 intervene.  It's going to be still be their

19 write-up.  There has been situations if the

20 patient is too ill to be in a room by himself,

21 he's not able to get up or not able to do

22 certain things, then I will advocate for him by

23 himself.  But a dementia patient, I'm not sure

24 what patient we're talking about.  If a dementia

25 patient is still able to feed himself, still

JX-CCH-000584

1   A.      I don't remember.

2   Q.      But with some regularity at Hunt?

3   A.      Yeah.  It would be part of some of the

4   staff meetings that we had.

5   Q.      You have staff meetings at LSP?

6   A.      Yes.  Every morning we have a meeting.

7   Q.      You never heard about any QI/QA at LSP?

8   A.      Not that I recall.

9   Q.      When did you find out about this

10  litigation?

11  A.      The very first day I started at Angola.

12  Q.      Can you tell what you were told?

13  A.      Just that there was litigation with the

14  advocacy board about the care of inmates there.

15  Q.      Were you given any sort of advice at that

16  point about the litigation?

17  A.      Not really, no.

18  Q.      Have you ever been told, for example, be

19  careful what you put in e-mails, because they

20  might be subject to litigation?

21  A.      Yes.

22  Q.      Were you told, for example, to treat the

23  advocacy center patients any differently?

24  A.      I don't know even know who they are.

25  Well, I do now, but no.  No one has ever told me

Lewis v. Cain - Def's Production 3 - 000034773

On Monday June 22, 2015, a statewide healthcare meeting was held at Headquarters in Conference Room A. We had personnel from all 9 facilities and headquarters that attended.

DWCC:     Dr. Pam Hearn, Medical Director

DCI:      Dr. Robert Cleveland, Medical Director
          Wanda Warner, NP

RCC:      Warden Beverly Kelly
          Dr. Casey McVea, Medical Director

HUNT:     Dr. Preety Singh, Medical Director
          Michelle Minor, NP
          Dr. Jonathan Roundtree, Physician

ALC:      Bonnie Froge, NP
          Genifier Fontenot

LSP:      Dr. Robert Lavespere, Medical Director
          Dr. John McCane, Physician
          Dr. Robert Colon, Physician
          Dr. Paul Toce, Physician
          Cindy Park, NP

AVC:      Assistant Warden Myrna Copper
          Dr. George Smith,

LCIW:     Dr. John Prejean, Medical Director
          Carolyn Moore, NP
          Kimberly Carr
          Herbert Lewis

WNC:      Dr. Mark Singleton, Medical Director
          Kathy Richardson, NP

HDQ:      Dr. Raman Singh, Medical/Mental Health Director
          Stacye Falgout, Chief Nurse Operator
          Melanine Benedict, Nurse Manager
          Ashli Oliveaux, Admin. Program Specialist B
          Rebecca Chaiban, Administrative Coordinator

COMMENTS/UPDATES/DISCUSSION

Secretary Le Blanc welcomed everyone to headquarters and states that he appreciates everything they do for the department.

Lewis v. Cain - Def's Production 3 - 000034774

- Pushing for Correctional Officers pay raises
- OMS system still working out the kinks
- EHR is needed
- Litigation – everything looked at we feel comfortable with care provided.
- Autopsies – unplanned death, okay to go ahead to get autopsy
- Telemedicine –It works but need the right connections and support.  Need to get larger parishes on board. North LA is the biggest challenge
- Hoarding meds – cellblocks, assure appropriate training for staff

Dr. Singh: Welcomes everyone to the meeting.
- Purpose of the meeting is for everyone to get updates and communicate changes and what is happening within the department.

**Melanie - Case Management**

- Coordination of Care

- Discussed TCOL and explains that all the facilities have access to the same information that Case Management has.
- ILH and LAK are connected through Link
- Dr. Preety Singh asked if we are getting notes from OLOL?
  Melanie told her that we are close and that she should have a meeting at the end of the week with OLOL to discuss more of the details.

- Dr. Raman Singh comments on the admits to ER.

Case Management Goals and Achievements

- Length of  bed stay decreased from 8-14 to 3-5 days

- Ramp up on –site services to decrease off-site bed days

- Inpatient notes for  hospitals that are Case Managed can be found in TCOL

- Work together for difficult discharges / notify HQ of issues.

**Questions/Comments on Case Management:**
- Hunt: Dr. Preety Singh- appreciates what CM does for them and states that they save her staff time.

- LSP: Dr. Lavaspere states that he receives his reports on offender's pretty regularly.

- AVC: Dr. Smith- Scheduling problem questions on current offender.  Asks Melanie Who supervise her? Wants to know if Dr. Singh gets involved.  Does he

Lewis v. Cain - Def's Production 3 - 000034774

JX-CCH-000587

contact the trip nurse? Dr. Singh Response is that everyone has access to the system to know what is going on with the patient schedules.

- DCI: Dr. Cleveland found out if you ask to speak to the hospital group on call and they will discuss the patient all you want. Dr. Singh asked if the nurse could put that into the system so that everyone could get access.

- Dr Cleveland states that Lane has very strict rules on releasing information. He states they can tell the CO that is sitting with the offender the information and then can pass it on to the Dr. at the facility. Wants to know if there is a way that we can contact them and set up a special code for them to have so they know who is on the other line asking for the information? A.I for HQ

- LOC 2 facilities Expectations- RN 24/7. Nursing capability, each unit is expected to provide same care. If they are not capable of providing the necessary care to inform someone at headquarter as soon as possible. Dr. Preety Singh asked about PEG Tube feeding? Yes all LOC 2 can handle PEG Tubes.

**Action Items for Case management**

- Send a list of Case Management staff with
- Send a list of hospitals that we case manage.
- Contact Lane Regional Medical Center to set up communications for updates

Melanie Scheduling

- South and North scheduling volume are different

- New referrals were passed out and we encourage staff to begin using

- Please contact Melanie with any suggestion or changes that need to be made to the referrals

- Dr. Singh states that there are other factors to the reasons that some referrals take longer than others.

- Dr. Smith would like more verbal communication, when more information is need on a request.
- NO nurse should change orders.
- Cancer – communicate with HQ.
  - o If you have any questions regarding cancer treatment for an offender please contact HQ.
  - o DOC continues to case manage weekly to get appointments timely.

Lewis v. Cain - Def's Production 3 - 000034775

JX-CCH-000588

- Dr. P. Singh ask about when transition/transfer how well the communication from transfer from somewhere else. Why are they not getting seen in timely manner. States that they have everything and still haven't heard from MBP.

Referrals and Eceptionist

Nursing staff placing request into eceptionist is given information regarding referrals.
The process below is outlined in eceptionist as a tool for requesting sites to follow.

**Use this to route request with "request for information" back to DOC HQ for further review**

1)    Click on Status on Incoming request page

2)    Click on Request More Info-these are referrals that need more information        prior to appt being scheduled

3)    Click on offender-read comments from DOC HQ to determine what is        needed

4)    Attach needed information or respond to required information

5)    Click- **COMPLETE UPDATE BUTTON (blue)**-Once all information is        attached or questions answered- if you do not click **COMPLETE UPDATE**        **BUTTON** it will not route back to DOC HQ

**Action items for Scheduling**
- Find radiation services in north
-  Input from the units on how to make the request of more information more efficient.
- Work on finding an Ortho Doctor
- Delay in scheduling/time frame for services
  - o  How do we handle this?
  - o  Referrals over a certain time frame

- QI process
  - o  What are our major delays?
  - o  Dr. Hearn's Case re: compressed spine

- HIV
  - o Telemed Lafayette
  - o Dr. George – HIV why do they get seen Q 3months? Response: it is at the discretion of the MD when the offender returns to clinic
- Mammogram
  - o Is an ultrasound required?

**Around Table  (Case Management and Scheduling)**

- Dr. Smith- He  would like more verbal communication.

- He has a current patient that transfer to LSP to see the urologist.  Feels it would save money to use on something else. He would like to communicate more.

- Dr. Lavespere-  Backlog is down and he has time to respond to everyone.

- Dr. Colon- states that they are trying to set up a cardiology clinic at LSP so they don't have to take them out.

- Dr. Toce- Aging population and end of life care, brought up the idea of a new dorm for aging population

- Dr. Cleveland- Two years ago to where we are now things are wonderful. No complaints and test are getting done in a timely manner.

- Wanda Warner- Concern Things have come a long way.

- Cindy Park- states that she monitors the cancer patients and works closely with Melanie and her team to make sure the offenders are scheduled.

- Michelle Minor- Thanks everyone for their help.

- Dr. Preety Singh- Cancer, vascular, and surgery are a concern of hers.  Thinks that it is important to come up with a alert for any updates in the eceptionist system.

- 340B one face to face then telemedicine ok after that?  Needs to be clarified.

- Bonnie Froge- States that she is brand new and excited to be here.

- Jenny Fontenot- Tells everyone that she made a spreadsheet to keep track of all the referrals that she put in and will go and look at who hasn't gotten a appointment.

Lewis v. Cain - Def's Production 3 - 000034778

- Warden Cooper- Tells Melanie and her team that they are doing a great job.

- Kathy Richardson- Feels lucky that have LSU the training hospital near them.

- Dr. Singleton- He agrees with Kathy.  He tells everyone they are in a transitioned period.  Have no computers, no telemeds.  He states that he learned to just put a month follow up in the patients chart.

- Stacye Falgout- informs everyone that Melanie and her team review approximately 50,000 referrals in a year.  This includes DOC and Parish.

- Carolyn Moore- her big issue is referrals, mammogram.

- Dr. Roundtree- understands the problems they are having.  He is just concerned with dotting the I's and crossing the T's.

- Dr. Hearn- utilizes E.A Conway.  General will do any surgery she advised to WNC.  She had an issue with a delay for oncology for 6-8 months.

- Dr. McVea- Most concerns spoke about from others in the room.  He suggested that there should be a dedicated offsite nurse for each facility.

- Dr. Prejean-  Clarification of things on referrals have to be very clear on what is needed. Scheduling that occurs, services not available

- Dr. Raman Singh states that ALL specialists' appointments have to be approved by the Medical Director of the facility.

**Post Prison Transition Clinic:** Dr. Niyogi

She runs the FIT clinic in New Orleans.  It is a one day a week in the afternoon .  It is a 6 month primary care.  It is for anyone 50 and over with chronic illness and medication.  They will take your offenders if they have chronic illnesses or on medication.  She suggests that they email them when they are getting out.  They will set up a date and time.  They will set them up with referrals, Medicare or the Affordable care act.  She has a case management group.  They take people in the New Orleans area and will take people in the Jefferson parish area as well.

- Please see attached flyers and business cards and provide this information to your staff that works on the discharge planning of offenders.

**EHR**
- Customize not around billing purposes
- Dr. Singh would like a few staff from all the facilities to be involved to help set it up

Lewis v. Cain - Def's Production 3 - 000034778

JX-CCH-000591

- Like with any new software we do excepted there to be major issues and that we just have to work through as a team.
- Dr. Cleveland- involved in EHR before and states that it took more time at first because learning how to use it but it should be quick once it is set up and everyone is trained
- EHR has been sent to OTS for review and is being sent back for a final review before going out on bid

**Pharmacy:** Jonathan Travis

- Inhalers are the top medication costs.
  - o Explained how LSP has saved on inhalers with their COPD Program
- Controlled Medication
  - o We are seeing more overdoses and we've had some offenders being written up for being intoxicated on the walk.
  - o It is also slowing the pill call process.
  - o The number of scripts is increasing, as well as the dosages (Tramadol 50mg TID was the usual dosage, now most offenders are taking 100mg TID, which doubles the amount of pills on the yards).
  - o Chart of the increase of the number of scripts from 2013-2015.

  Please see chart below

### # of Current Scripts during May

| DRUG | | 2013 | 2014 | 2015 |
|---|---|---|---|---|
| | Clonazepam | 71 | 83 | 88 |
| | Gabapentin | 20 | 38 | 66 |
| | Tramadol | 23 | 39 | 82 |

**Medical Release Process: Compassionate Release vs. Medical Parole Releases**

- Dr. Raman Singh- discussed the difference between Compassionate and Medical Parole Releases.
  - o Look for an update policy soon
  - o Passed out the Medical Release Form that we will begin to utilize with the new policy
  - o Reminder that a video is required. The healthcare provider will need to go to a different area and explain the offender's diagnosis in lay person's

terms. Healthcare provider needs to provide and explanation of disability and ADLs

- Dr. Lavespere- What are the chances of resubmitting a medical release on someone that has rescinded prior? Dr. Singh would reconsider.
- Time to time Case Management will come across an offender that may qualify for a medical release. We would like to work with the units Medical Director and Wardens to get their input on these cases.

**Action Items for medical Releases**
- Work out a process to start providing good time classes for nursing unit and mental health patients.

**Medical Litigation**

- Documentation everything written clearly and professionally.

- Attorney calls or media- use the chain of command prior to talking to anyone.

- Reminder: watch the contents of your emails, these can be used in court

- Before the offender can file a lawsuit they most complete the ARP process first.

**Advance Directives**

- Dr. Lavespere- No legal justification why this LaPost cannot be transferred between LSP/ Hospital.

- DNR is about start/stop CPR. Futility of Care

- You are not allowed to make anyone a DNR

- Hospital should treat the offender as if they are a freeperson.

- To be in the Hospice program you shouldn't have to sign an advanced directive

**Action Items for Advance Directives**

- Revise the Advance Directive policy vs. Futility of Care
- What is the policy re: admission to hospice/ end of life.
- Futility of Care workgroup
  - o Dr. Lavespere, Dr. Cleveland, C. Parks, Dr. P. Singh, and Dr. Prejean,
  - o Stacye Project need Pull laws, legal experts, current regulations

     o  Include Greg Polozola in this workgroup

     o  Beed to schedule a follow up meeting and get a timeline together (4wks)

### Transgender Dysphoria Disorder

- Make a diagnosis without self claim

- Dr. McVea- had an offender with documentation of prior treatment and another with out prior treatment.

- Dr. P. Singh- Hunt had a couple of cases. Made efforts to get the documentation if they had it they start them on the medication.  They lived in general population.

- Dr. R. Singh- if you have documentation. Talk and see how to restart treatment.

     o  Please see attached the email from Dr. Singh on Transgender Dysphoria Disorder.

### Action Items for Transgender Dysphoria Disorder
- Policy, Regulation GDD, consistent throughout the department

### Autopsy

Order an autopsy if you feel it is needed.

### Miscellaneous

- Contract Dr. Comeaux-pain management, Guidelines. ASAP (Melanie, Dr. Preety and Dr. Comeaux)

- Noncompliance- don't discontinue medications just because he didn't show up to pill call.

     o  Dr. Cleveland- Discontinue = Withholding

     o  McCane- Please see the attached from used by LSP for diverting medication.  It states the rules and what happens if they are caught.  Have the offender sign stating that he/she understands.

- Chronic care Guidelines- see INH patients  monthly
     o  Sandra to call Hunt's ID department

- Form a committee for TB (Dr. Smith, Dr. Preety, Warden Cooper, Dr. Roundtree and Cindy Parks) (4wks)

**Miscellaneous Action Items**

- Contact Randy Olsen at Lane to get access for the Prison MDs to speak to Lane's MD

- Redefine Level of Care 2 facilities in department Regulation

- Set up a meeting with LCIW on OBGYN and Mammogram

- Work on getting a business agreement with Tulane (Help with the Post Prison Care clinic and medical information)

- Visits units quarterly with QI, Warden, on-site services, etc

**Round Table** (End of Meeting)

- Prejean- Audit cited for sick call- Regulation/policy and not required to see everyone. C-05 report only actual patients saw. There are two places for the offender to sign on the sick call slip. They usually only sign the top one. Should we have them sign both spaces? He states that every sick call is charged even if they are a follow up. He states that sick call are down since they stated to apply this method. Special Diet working on regulation. Needs to update.

- Dr. Hearn- GI referrals

- Mrs. Britton states they have been using the same meds for 20 years and it cures it. Tells everyone that there is a new medication and that it is expensive and that everyone is hearing about and stating they want that medication. It is a 12-24 week, 5 pills a day at $1000 per pill. It is a 74,000 per person treatment and that isn't including lab work. Not everyone qualifies to get on the medication if you are on level 2,1 or 0.

- Dr. Roundtree- Everything is good

- Stacye Falgout- Thanked everyone and told everyone if they have issues to call.

- Assistant Warden Cooper- enjoyed the meeting and learned a lot

Lewis v. Cain - Def's Production 3 - 000034782

JX-CCH-000595

Lewis v. Cain - Def's Production 3 - 000034783

- Dr. Preety Singh- Thanks everyone at headquarters.

- Dr. Cleveland- Question about LTAC status.

- Dr. Toce- accumulating a lot of dementia patients.  States that having a ward for them would be a good idea.

- Dr. Colon- Offered his services to everyone

- Dr. Lavespere- He noticed that there is a change in the attitudes of the inmates

- Dr. Raman Singh- wishes that when he goes to legislatures or to court that they see how much everyone appreciates the work they do.

**Workgroups (**We will need responses from the groups in 4 weeks)

1. Pain Management Guidelines:  DR. P. Singh and Dr. Comeaux  ( we can show them the pain agreement form LSP is using )

2. Futility of Care
   Dr. Lavespere, Cleveland, C. Parks, P. Singh, Prejean,  Stacye Project need Pull laws, legal experts, current regulations need to schedule a follow up meeting and get a timeline together (4wks)

3. INH Guidelines
   Leading group Dr. Smith, P. Singh, Warden Cooper, C. Parks, Roundtree    need recommendations in 4 wks and to change the regulations and policy of needed (4wks)

**List of all Action Items:**

- Send a list of Case Management staff with
- Send a list of hospitals that we case manage.
- Contact Lane Regional Medical Center to set up communications for updates
- Find radiation services in north
-  Input from the units on how to make the request of more information more efficient.
- Work on finding an Ortho Doctor

Lewis v. Cain - Def's Production 3 - 000034783

JX-CCH-000596

- ▪ Delay in scheduling/time fram for services
    - o How do we handle this?
    - o Referrals over a certain time frame

- ▪ QI process
    - o What are our major delays?
    - o Dr. Hearn's Case re: compressed spine

- ▪ HIV
    - o Telemed Lafayette
- ▪ Mammogram
    - o Is an ultrasound required?

- ▪ Work out a process to start providing good time classes for nursing unit and mental health patients.

- ▪ Revise the Advance Directive policy vs. Futility of Care
- ▪ What is the policy re: admission to hospice/ end of life.
- ▪ Futility of Care workgroup
    - o Dr. Lavespere, Dr. Cleveland, C. Parks, Dr. P. Singh, and Dr. Prejean,
    - o Stacye Project need Pull laws, legal experts, current regulations
    - o Include Greg Polozola in this workgroup
    - o Beed to schedule a follow up meeting and get a timeline together (4wks)

- ▪ Policy, Regulation GDD, consistent throughout the department

- ▪ Contact Randy Olsen at Lane to get access for the Prison MDs to speak to Lane's MD

- ▪ Redefine Level of Care 2 facilities in department Regulation

- ▪ Set up a meeting with LCIW on OBGYN and Mammogram

- ▪ Work on getting a business agreement with Tulane  (Help with the Post Prison Care clinic and medical information)

- ▪ Visits units quarterly with QI, Warden, on-site services, etc

Lewis v. Cain - Def's Production 3 - 000034784

JX-CCH-000597

**From:** "RSINGH@corrections.state.la.us"
<RSINGH@corrections.state.la.us@RSINGH@corrections.state.la.us>
**Sent:** Thu, 07 Jun 2012 18:43:00 +0000
**To:** dangel@lsuhsc.edu
**CC:** MKaise@lsuhsc.edu
**Subject:** Fw: DAVID FLEEKS DOC 337214 FYI

I am fine if the decisions are based on the clinical grounds only as we need to
follow the evidence based medicine. I will very much prefer the terminology
used by Dr. Couk " medically necessary" or not. I also think that surgical
referral review committee has more expertise in the field than me as an
internist or any other family practitioner so their recommendation trumps my
initial preliminary determination.

I will like to set up a meeting at your convenience as ACLU is closely looking
into the possibility of a class action law suit and is in process of getting
patients/ offenders signing the release of information forms. We need to ensure
that we implement a clinical evidence based referral review process which
counters the prevalent practice of defensive medicine.
Thanks

----- Forwarded by RAMAN SINGH/CORRECTIONS on 06/07/2012 01:37 PM -----

Ashli Oliveaux/LSP/CORRECTIONS
06/07/2012 12:22 PM

To
KENNY NORRIS/LSP/CORRECTIONS@CORRECTIONS, BRUCE
DODD/LSP/CORRECTIONS@CORRECTIONS, Jason Collins/LSP/CORRECTIONS@CORRECTIONS,
RAMAN SINGH/CORRECTIONS@CORRECTIONS
cc
BILLY CANNON/LSP/CORRECTIONS@CORRECTIONS, STACYE
FALGOUT/CORRECTIONS@CORRECTIONS, BILL
HAWKINS/LSP/CORRECTIONS@CORRECTIONS,
Sharon Dunbar/LSP/CORRECTIONS@CORRECTIONS, Annette
Dupuis/LSP/CORRECTIONS@CORRECTIONS
Subject
DAVID FLEEKS DOC 337214 FYI

DR. CANNON REQUESTED OMFS FOR DISTENDED SINUS DROPPING ON MANDIBLE ON
5/14/12
ON 5/16/12 DR COUK COMMENTS TELEMED OMFS  THEN 6/4/12  DIANE ANGELICO  STATES "
BECAUSE OF RESOURCE LIMITATIONS AFTER CAREFUL REVIEW AND PRIORITIZATION
REQUEST
FOR OMFS CLINIC HAS BEEN DENIED BY SURGICAL UTILIZATION REVIEW COMMITTEE AT
THIS TIME.  IF YOU PHYSICIANS DETERMINE THIS  PATIENT'S CONDITION HAS CHANGED
AND WOULD LIKE TO REQUEST ANOTHER APPT FOR EVALUATION PLEASE DO S AND
MENTION

PREVIOUS DENIAL AS WELL AS INCLUDE IN NEW INFORMATION UPDATING PATIENTS CONDITION WITH THAT REQUESTED  SHE STATES THAT THIS WAS REVIEWED BY OMFS AND ENT."

I AM GOING TO PLACE THIS IN OFFENDERS CHART AND HAVE DR. COLLINS FOLLOW HIM IN CLINIC .


REBTC TRIPS OFFICE ( ANGOLA)

ASHLI OLIVEAUX LPN
PHONE: 225-655-2261
FAX:  225-655-2275

**From:** "RTanner@corrections.state.la.us"
<RTanner@corrections.state.la.us@RTanner@corrections.state.la.us>
**Sent:** Mon, 09 Mar 2015 14:33:00 +0000
**To:** RSINGH@corrections.state.la.us
**CC:** SETHSMITH@corrections.state.la.us, thooper@corrections.state.la.us,
WCOOK@CORRECTIONS.STATE.LA.US, PSingh@corrections.state.la.us
**Subject:** Medical Peer Review

Enclosed is a peer review of EHCC by Dr. MacMurdo from February 26, 2015. In
it, he recommends "additional medical personnel." I have some concern with a
peer review calling for additional staffing, especially when there is no
justification given for the opinion.
Undoubtedly every institution would like additional staff for every
department. The problem arises when a peer review is recommending additional
staff and the Department of Corrections does not act upon that. In a
subsequent suit against the institution, an offender may use that opinion as a
part of his argument. My suggestion is that such remarks not be included in
future peer reviews. Thank you for your consideration.

Lewis v. Cain - Def's Production 2 - 00157064

JX-CCH-000600

**From:** "RTanner@corrections.state.la.us"
<RTanner@corrections.state.la.us@RTanner@corrections.state.la.us>
**Sent:** Mon, 09 Mar 2015 14:33:00 +0000
**To:** RSINGH@corrections.state.la.us
**CC:** SETHSMITH@corrections.state.la.us, thooper@corrections.state.la.us,
WCOOK@CORRECTIONS.STATE.LA.US, PSingh@corrections.state.la.us
**Subject:** Medical Peer Review

Enclosed is a peer review of EHCC by Dr. MacMurdo from February 26, 2015. In
it, he recommends "additional medical personnel." I have some concern with a
peer review calling for additional staffing, especially when there is no
justification given for the opinion.
Undoubtedly every institution would like additional staff for every
department. The problem arises when a peer review is recommending additional
staff and the Department of Corrections does not act upon that. In a
subsequent suit against the institution, an offender may use that opinion as a
part of his argument. My suggestion is that such remarks not be included in
future peer reviews. Thank you for your consideration.

Lewis v. Cain - Def's Production 2 - 00122642

**From:** "CN=SETH SMITH/OU=EHCC/O=CORRECTIONS" <CN=SETH SMITH/OU=EHCC/O=CORRECTIONS@CN=SETH SMITH/OU=EHCC/O=CORRECTIONS>
**Sent:** Fri, 02 Jul 2010 20:08:00 +0000
**To:** "CN=RAMAN SINGH/O=CORRECTIONS@CORRECTIONS" <>
**Subject:** Re: Death @LSP

---

Think it was a very appropriate forum to share our concerns. Think it was much needed. I agree completely about the handling of the other as well.

    ----- Original Message -----
    From: RAMAN SINGH
    Sent: 07/02/2010 03:05 PM CDT
    To: SETH SMITH
    Subject: Re: Death @LSP
autopsy has been ordered and I recommended to JML to not dig too deep , openly , as even if Pharmacorr shares the blame, liability is still ours ( That's why it was not mentioned yesterday) . We will continue our investigation. what do you think about yesterday's videoconference

SETH SMITH/EHCC/CORRECTIONS
07/02/2010 02:54 PM

To
RAMAN SINGH/CORRECTIONS@CORRECTIONS
cc

Subject
Re: Death @LSP

Has cause of death been established?

    ----- Original Message -----
    From: RAMAN SINGH
    Sent: 06/30/2010 05:11 PM CDT
    To: SETH SMITH; LESLIE SCHMIDT
    Subject: Death @LSP
on aniti epileptic 5 times a day, after refill new label said once a day
Found dead in his bed
Raman Singh  M.D.
Medical / Mental Health Director

Lewis v. Cain - Def's Production 2 - 00122642

JX-CCH-000601

Louisiana Dept. of Public Safety & Corrections
225.342.1320 ( Office)
225.342.1329 ( fax)

Lewis v. Cain - Def's Production 2 - 00122643
JX-CCH-000602

LOUISIANA STATE PENITENTIARY

DIRECTIVE # 07.004

DATE:            06/26/03

CHAPTER:         PHYSICAL PLANT

SUBJECT:         HOUSING FOR THE DISABLED

REFERENCES:

ACA STANDARDS: 4-4142, 4-4143, 4-4144

**PURPOSE:** To ensure that the institution provides reasonable housing to **inmates with disabilities**.

**APPLICABILITY:** All LSP **Wardens,** Security Supervisors, Classification Officers, and inmates.

**POLICY:** It is the policy of Louisiana State Penitentiary to provide reasonable housing to **inmates with disabilities that provides for their safety and security**.

Housing and facilities for the **disabled** shall be available in designated areas consistent with security, safety, and medical needs. Housing units utilized by **disabled** inmates shall be designed to provide adequate integration with the general population, including access to program areas, dining rooms, health care services, visiting rooms, education, **exercise and recreation areas. Equipment and facilities and the support necessary for inmates with disabilities to perform self-care and personal hygiene in a reasonably private environment will be provided as allowed by security.**

**PROCEDURE:**

A.    AREAS OF HANDICAPPED HOUSING

Severely handicapped inmates requiring medical care **and/or assistance with basic life functions** shall be housed at the R. E. Barrow, Jr. Treatment Center consistent with custody concerns. **Only appropriately trained staff and inmates will be assigned to assist a disabled inmate who cannot otherwise perform basic life functions.**

JX-CCH-000603

REV0000000881

LSP - 07.004
June 26, 2003
Page 2

_____                    _____
Burl Cain, **CCE** - Warden                          Effective Date

This policy supersedes Penitentiary Directive No. 07.004 dated **May 4, 1998**.


Signed Directive:

JX-CCH-000604

REV0000088

Lewis v. Cain - Def's Production 2 - 00073665

# PROPOSAL TO OPEN EHCC BUILDING FOUR

June 2012

Lewis v. Cain - Def's Production 2 - 00073665

JX-CCH-000605

Currently Louisiana Department Of Corrections has a state of the art medical dormatory at Elayn Hunt Correctional Center(EHCC) sitting vacant while both Louisiana State Penitentiary and EHCC are operating Medical Dorms in dormitories designed for general population.  Due to stringent sentencing laws, the prison population is growing older and sicker.

From December 2011 until March 2012, parish and DOC facilities have transferred in 193 offenders for medical or mental health reasons.  Of these, 66 are still housed at EHCC.  49 were admitted directly to the SNU.  These offenders have resulted in 23 emergency trips.

The average age of an offender at EHCC is currently 40.9 years with 496 offenders > 50 years of age. In the last three years, off site emergencies have increased 42% both at LSP and EHCC(Comparing 1st quarter 2009 and 2012).  Chronic diseases have also grown significantly with the incidence of Cancer increasing by ~ 36% (at LSP and EHCC) in the last three years. Incidence of diabetes has increased 32% during this same time frame.  This trend will continue and only get worse as the population ages.

TRANSFER REQUESTS TO EHCC DECEMBER – MARCH 2012

| | Dec 11 | Jan 12 | Feb 12 | Mar 12 |
|---|---|---|---|---|
| Medical transfer request | 42 | 42 | 57 | 52 |
| Number from DOC Facilities | 5 | 4 | 2 | 2 |
| Direct admit to SNU | 11 | 9 | 17 | 12 |
| Remain at EHCC 06/01/2012 | 10 | 20 | 17 | 19 |
| Were transferred for MH purposes | 7 | 14 | 7 | 10 |

- EHCC had 3 Compassionate Releases and 2 Medical Paroles
- This group of offenders was responsible for 23 Emergency medical trips

Lewis v. Cain - Def's Production 2 - 00073667

JX-CCH-000607



Comparison of diagnosis of chronic diseases at EHCC over the last three years

Cancer increased 33%
Diabetes increased 24%
Hypertension increased 4.6%
COPD / asthma increased 148%

Lewis v. Cain - Def's Production 2 - 00073668

JX-CCH-000608



Comparison of Off Site Emergencies(OSE) and Off Site Admissions(OSA)
in the 1st quarter at EHCC of 2009 and 2012
     OSEs increased by 42%
     OSA decreased by 67%

Lewis v. Cain - Def's Production 2 - 00073669
JX-CCH-000609



Comparison of diagnosis of chronic diseases at LSP over the last three years

Cancer increased 37%
Diabetes increased 35%
Hypertension increased 64%
COPD / asthma increased 144%

Lewis v. Cain - Def's Production 2 - 00073670
JX-CCH-000610



Comparison of Off Site Emergencies(OSE) and Off Site Admissions(OSA)
in the 1st quarter at LSP in 2009 and 2012

    OSEs increased by 42%
    OSA increased by 21%

Lewis v. Cain - Def's Production 2 - 00073671

JX-CCH-000611

Building four is comprised of four separate dormitories each housing forty-one offenders. The building houses a total of 164 offenders.

# OPTION 1

Option 1 would consist of moving offenders currently housed in LSP's medical dorms( ) and EHCC's medical dorm(28). The remaining beds would be filled by offenders meeting the criteria developed and approved by the State's Medical / Mental Health Director. The State's Medical / Mental Health Director would also approve all moves in to the assisted living area.

Suggested Criteria include:
>    Impaired Mobility
>    Chronic Illness which would benefit from controlled climate
>    Needs assistance with activities of daily living

Medical staffing for option 1 would include a minimum of 4 nursing positions (LPNs). These positions would be assigned straight days, 12 hour shifts. These positions would be responsible for routine sick call, pill call, nursing rounds, monthly weights / vital sign checks, wound care, and appropriate documentation. The addition of one Radiological Tech is also requested as EHCC's number of Xrays has increased significantly(C05 shows comparable numbers between LSP and EHCC). After reviewing numbers sent from LSP (last page of this report), we are also requesting 2 additional EMS officers.

# OPTION 2

Option 2 would include moving Nursing Unit Ward 2(W2) from LSP to EHCC and it would occupy one of the four dormitories as am inpatient chronic medical unit. This would increase the number of inpatient beds from 32? to 41. There are currently ~ thirty offenders assigned to W2. The other beds would be filled by moving the least acutely ill offenders from EHCC's Skilled Nursing Unit(SNU) or those requiring the most nursing care from one of the medical dorms. The other 123 beds would be filled by moving the offenders currently housed in LSP's medical dorms( ) and EHCC's medical dorm(28). The remaining beds would be filled with candidates from other facilities or those chronically mentally ill that are most at risk for heat related injury.

Medical staffing for option one would include 10 Nursing positions. One RN and two LPNs on day shifts and one RN and one LPN on night shift. They would be responsible for all nursing care on the 41 bed inpatient unit plus various functions in the assisted living dorms. These various functions would include routine sick call, pill call, wound care, monthly weights / vital sign checks, and appropriate documentation. Once again, EHCC would request a Radiological Tech position be considered for reasons stated above.

Lewis v. Cain - Def's Production 2 - 00073672

JX-CCH-000612

Pill pass, meals, and routine medical call outs would all occur in building four.
In conclusion, Louisiana DOC has an aging, ill population that currently resides in dormitories constructed for general population. Louisiana also has an Assisted Living Dorm equipped with air conditioning and hospital beds. As of today, this dorm remains vacant.

**We have yet to show a true cost savings as these offenders would receive an increase in services, but I think we have shown that opening Building Four is the right thing to do.**

Lewis v. Cain - Def's Production 2 - 00073674

# Numbers sent from LSP

Health Services at LSP from 01/01/12 till present in the areas being considered for consolidation.

|  | Emergency Trips(off site) | Routine Trips(off site) | Ambulance Runs |  |
|---|---|---|---|---|
| Medical Dorms | 4 | 50 | 15 |  |
| NU II | 11 | 34 |  |  |

Sickcall encounters (as best we could come up with) per Kelley Hawkins, these numbers are from the whole unit (Ash & Cypress) that saw sick call and were referred to MD for an appt.

| MONTH | ASH 2 | CYP 2 | HIC |
|---|---|---|---|
| JAN | 6 | 3 | 3 |
| FEB | 6 | 7 | 9 |
| MARCH | 4 | 1 | 6 |
| APRIL | 5 | 5 | 6 |
| MAY | 5 | 2 | 9 |

ATU numbers from the effected area. These numbers are all Ash 2, Cyp 2 (includes Hic 4 (H/C dorm)). Numbers also include insulins & dressing changes, which can be the same offenders twice a day.

Lewis v. Cain - Def's Production 2 - 00073674

JX-CCH-000614

Lewis v. Cain - Def's Production 2 - 00073675

```
Jan      184
Feb      155
March    175
April    177
May      185
```

Average 175 contacts per month.

Lewis v. Cain - Def's Production 2 - 00073675

JX-CCH-000615

LOUISIANA STATE PENITENTIARY

DIRECTIVE # 09.036

DATE:              06/21/06

CHAPTER:           SECURITY AND CONTROL

SUBJECT:           HOBBYSHOP OPERATIONS

REFERENCES:        Department Regulation No. C-03-007; Penitentiary Directive No. 08.006, 09.026, 09.036/A; Inmate Posted Policies

ACA STANDARDS:

**PURPOSE:**  To establish and outline the institution's policy pertaining to the safe and secure operation of hobbyshops.

**APPLICABILITY:**  It is the responsibility of the Assistant Warden in charge of each living area to ensure that inmate hobbyshops are operated in compliance with all applicable policies.

**POLICY:**  It is the policy of Louisiana State Penitentiary that inmate hobbyshops are operated in such a manner as to ensure the safety of inmates utilizing the hobbyshops while maintaining the necessary level of security supervision. This will include the temporary interruption of an inmate utilizing the hobbyshop when under medical care and/or treatment, requiring a duty status, until such time as the inmate is returned to regular duty without restrictions.

Area supervisors are responsible for maintaining appropriate records such as, but not limited to, inmate waiting lists, hold harmless agreements, tool control inventories, flammables, toxins and caustics control, inventories, and all other rules and procedures concerning hobbyshops.

Generally, crafts produced by inmates participating in hobbycraft activities at Louisiana State Penitentiary will be contingent on those crafts being available for retail sale at the Angola Prison Rodeo and Arts and Crafts Festival.

**PROCEDURE:**

A.    GENERAL

Fire and emergency evacuation routes must be posted at all times inside hobbyshops indicating routes of emergency evacuation.

REV0000000858

LSP - 09.036
June 21, 2006
Page 2

At no time will inmates be locked in a hobbyshop without an officer present with the keys necessary to unlock emergency exits. Keys to emergency exits of hobbyshops where the primary entrance remains unlocked must be immediately available to provide a means of unlocking emergency exits for possible emergency access.

All hobbyshops are to be operated in such a manner as to ensure that proper level of security supervision is provided.

      4.     No inmate receiving medical care and/or treatment requiring a restriction in the inmate's regular duties will be allowed to utilize the hobbyshops, until such time the inmate is returned to regular duty without restrictions.

B.    **HOBBY SHOP ASSIGNMENT**

    1.    Supervisors shall establish and maintain waiting lists of inmates desiring to participate in hobbyshop activities. **Assignments** shall be administered on a first come/first serve basis. **Prior to an inmate being assigned a hobbyshop box, Supervisors will ensure that:**

a.    All inmates participating in hobbyshop activities sign **the required** Hold Harmless Agreements.–

**b.    All inmates participating in hobbyshop activities sign the required Acknowledgement of Liability.**

    **Effective June 2006, Supervisors will ensure that inmates currently participating in hobbyshop activities sign the required Acknowledgement of Liability.**

C.    TOOL CONTROL INVENTORY

    1.    Supervisors shall ensure assigned hobbyshops are in compliance with all applicable policies.

    2.    Supervisors shall ensure that all hobbyshop boxes have accurate up-to-date inventories of all hobbycraft tools. These inventories are displayed on the inside door of assigned boxes. Inventory lists will be kept by inmates with duplicate copies of inventories maintained by supervisors to ensure compliance.

4.    All inmate tools will be inventoried by security on a monthly basis, except for the K-9 Training Center, which will be inventoried on a quarterly basis. Random inventory checks will be conducted on a weekly basis. Officers will sign hobbyshop inventories to verify all tools are accurate when checks are performed.

JX-CCH-000617

REV000000858

LSP - 09.036
June 21, 2006
Page 3

a.     Any tools not on inventory sheets will be confiscated.

b.     Any tools on inventory sheets, but not in lockers, will be investigated. Disciplinary action may be taken depending on actual location of tool.

5.     All changes in the inventory must be made known to the Security Officer assigned to the hobbyshop so that the inventory can be adjusted.

D.     FLAMMABLES, TOXINS, AND CAUSTICS (FTC) CONTROL AND INVENTORY

     1.     All flammables, toxins, and caustics will be properly secured and stored in original container in an approved storage locker at all times when not in use.

     2.     Security shall be responsible for issuance of these items.

a.     Material Safety Data Sheets (MSDS) must be available for all grinding wheels/stones, liquids, semi-liquids, pastes, powders, chemicals, and/or petroleum based products. MSDS shall be turned in to and maintained by the area supervisor. A complete set of MSDS will be placed in a binder located near the flammable cabinet. MSDS should be available to all inmates and officers in the hobbyshop.

     b.     Security shall conduct periodic checks of flammables, toxins, and caustics to ensure inmates are in compliance with applicable policies. This will include checking to ensure that no FTC's are kept in the hobbyshop boxes.

     c.     Security will account for all FTC's on a monthly basis. Cabinets will be inventoried and officers conducting these inventories will sign them to verify all FTC's are accurate.

     3.     All approved hobbycraft items must fit in the hobbycraft box storage provided. These cabinets must be secured with a lock when not in use.

E.     HOBBYCRAFT LIST

     1.     Inmates must seek the approval of the Assistant Warden over that area before requesting an item not listed on the approved hobbycraft list. The Assistant Warden must sign the hobbycraft permit prior to ordering the item.

     No aerosols of any kind are permitted.

     2.     The following items are approved:

     GENERAL HOBBYCRAFT SUPPLIES/EQUIPMENT:

JX-CCH-000618

REV00000000858

LSP - 09.036
June 21, 2006
Page 4

Desk Lamps (110 volt, with or without magnifying glass, standard or
swing arm style, replacement bulbs)
Dust Masks
Magnifying Glasses (standard or flip up style)
Reusable Ear Plugs
Safety Glasses

ITEMS FOR ARTWORK:

Drawing Mediums
Air Brush Inks (may also be used in some pens)
Air Brushes
Blenders (rolled up cardboard)
Cellophane (clear or colored)
Clamps (spring, web, angle, bar, "c," corner, pipe, and ring)
Domed Glass Covers
Drawing Inks (assorted colors)
Erasers
Glue
Heat Gun
Hoses (25' maximum for Air Compressors, Connections, Clamps,
Air Regulators, and Gauges)
Lettering Points for Pens
Masking Films
Masonite Panels
Mattes Framing
Mirrors
Paint (water color)
Paint Brushes
Paper
Pastels
Pen Cleaner (liquid soap)
Pencil Sharpener
Pencils (various types)
Pens (technical or drafting, and calligraphy with ink)
Plastic Squares and Rulers
Plexi-Glass (up to 1/8" maximum thickness, size 4' x 4' maximum)
Portable Wooden Easel
Sketch Pads
Sponges
Tape (scotch, colored)
Tape Measure (plastic, cloth or paper, not to exceed 12')
Templates
Tracing Paper
Transfer Letters

REV00000058

LSP - 09.036
June 21, 2006
Page 5

Transfer Paper
Varnish

<u>Oil, Enamel, Water Color and Acrylic Paints</u>
Acrylic Mediums (all)
Acrylic Retarder (water based)
Air Guns
Canvas
Canvas Pliers (no cutting edge, 6" maximum)
Damer Varnish
Deluxe Button Machine
Designer Gouche (paints)
Erasing Shields
Masking Fluid (water based)
Matt Cutter (no blade over 1 ½")
Matte Finishes
Ox Gall Liquid (water based)
Palette (cups for holding mediums)
Palettes (for holding paints)
Polyurethane Varnish
Rulers or Squares (plastic)
X-acto Knives & Blades (no blade over 1 1/2", limit 3 handles)

<u>ITEMS FOR CERAMIC CRAFTS</u>:

Ceramic Craft Set (tools no longer than 6" overall including blade)
Ceramic Glaze
Ceramic Starter Brush Set
Liquid Ceramic Color Coating
Modeling Clay
Molds (non-offensive, no human head or bust molds, no human body parts,
        i.e., hands, feet, etc.)
Molds, Candle (wax, wicks, fragrance oils)
Paints
Plaster of Paris
Silk Vestment
Slip/Mud
Sponges

<u>ITEMS FOR CLOCK PARTS</u>:

Batteries for Movements
Faces
Hands
Hangers

JX-CCH-000620

REV0000000658

LSP - 09.036
June 21, 2006
Page 6

Movements
Music Box Movements
Pendulums and Weights
Prints

ITEMS FOR METAL WORK:

Bails
Beading Wire
Bead Reamers
Beads
Belt Buckles (standard buckle 1 ½"  x 2 ½" maximum)
Buffing and Bobbing Components
Casting Grain
Clasps
Cratex Wheels
Ear Wire/Posts
Epoxy
Epoxy Resin (colored)
Flux
Investment Powder for Jewelry
Jewelers Files (6" overall length)
Jewelers Metal
Jewelers Rouge
Jewelers Saw (not to exceed 6" throat depth)
Jewelers Saw Blades
Jewelers Stones
Jewelers Wax
Lacquer Thinner and Other Thinners (as long as supplied by company with

MSDS)

Lopes (not to exceed 15 power)
Mineral Spirits
Polishing Wheel
Ring Clamps
Ring Mandrel (not to exceed 16" overall length, wooden only)
Ring Mounts
Sandpaper Disks and Cones
Separating Disks
Solder
Stainless Steel Sheets (not to exceed 1/8" maximum thickness, 12" square)
Stone Settings
Turpentine
Uncompleted Jewelry Chains (1/4 diameter rolls or specified lengths)
Wire (10' length, stainless, aluminum, gold, silver, copper, brass, nickel,
      base metal, patter, etc.)

JX-CCH-000621

REV0000000858

LSP - 09.036
June 21, 2006
Page 7

All other accessories for making necklaces, rings, and earrings

TOOLS FOR LEATHER CRAFT & WOOD CRAFT:

Acrylic Wax for Leather
Adjustable V Gauge
Assorted Artist Brushes
Beeswax
Bevel Eze Edger (2" blade)
Block Planer - 6"
Buffer Wheels for Small Electric Motor (felt buffer, rag buffer, not to exceed 8")
Coping Saw (with 6" throat and blades)
Craft Aids
Craftools
Craft Tool Adjustable Creaser
Craft Tool Edge Cutter
Craft Tool Modeling Tool (#8034)
Daubers
Drive Punches
Electric Soldering Iron (no gas or butane)
French Edge Skiving Tool (2" blade)
Hammers (wooden or leather mallets only, no claw or ball-peen hammers)
Hand Stitching Awl #12 (sewing)
Leather and Wood Craft Hardware (nuts, bolts, clasps, hasps, catches, etc.)
Leather Cement and Thinner
Leather Dye and Paint
Leather/Hides (no uncured hides or skins)
Leather Knives (X-acto Knife Set, 1 ½"  blade, 3 handle limit)
Leather Punches (plier type or revolving)
Leather Stamp Tools and Swivel Knife (no blade over 1 ½" long)
Leather Thread
Lumber/Wood (4 foot length maximum at Main Prison; 8 foot maximum
Outcamps)
Marble Slab
Mechanical Hand Drill (maximum capacity 1/2", no brace or bit, tool type)
Metal Backsaw (blade length 5", overall size including handle 9 3/4")
Nail Punch
Osborne Space Marker (#485)
Patterns
Plans (diagrams)
Pliers (no cutting edge, needle nose and regular, 6" maximum)
Poundo Board
Rulers (wood or plastic only)
Saddle Blanks
Saddle Soap

JX-CCH-000622

REV000000858

LSP - 09.036
June 21, 2006
Page 8

Sandpaper Disc and Cones
Scissors (blade length 3 ½" from bolt with blunt ends)
Scratch Awl (with 1" blade)
Screwdrivers (jeweler type, standard only, 4" overall length)
Skife Knife
Snap Setters (hammer type)
Spray Gun (airbrush, 25' maximum, air hoses, air regulators and gauges)
Square (plastic only)
Stapler
Stitching Groover
Stitching Needles
Stitching Punchers
Strap Cutter and Stripper (razor blade type)
Taper and Dove Tail Jigs
Vise Grips
Waxed Thread
Wing Divider (metal - none over 4", wood - none over 6")
Wood Glue

ITEMS FOR NEEDLE CRAFT:

Crewel Embroidery Needles (plastic only, maximum overall length 3")
Crochet Needle (plastic only, 6" overall length)
Hoop
Knitting Needles (curve and straight, plastic only, maximum length 14")
Latch Hooks (plastic only, not to exceed 7" overall length)
Seam Ripper, Threader
Sewing Guide
Yarn, Thread

MOTORIZED HOBBYCRAFT TOOLS:

1 - Buffing and Sanding Motor (small ½ h.p., 4" - 7" in diameter or smaller)
1 - Electric Hand Drill (1/4 h.p. maximum, 25,000 RPM's maximum, ½" drive,
        reversible, drill bit sets not to exceed ½")
1 - Engraver Machine (110 volts and tips)
1 - Flex Shaft
1 - Jig Saw
1 - Rotary Tool (variable speed, electric, fixed cord only, flex shaft not to exceed
        48" length, no battery operated, no removable electric wires)
1 - Router (small, not to exceed 1 ¾ h.p., 11 amps, ½ to 1/4 collet, maximum
        27,500 RPM)
1 - Sander (vibrating only)
1 - Scroll Saw (small, not to exceed 16", including blades)
1 - Sewing Machine (portable models only, foot control)

REV0000000858

LSP - 09.036
June 21, 2006
Page 9

1 - Small Electric Motor (not to exceed 8" in length, 6" in height, 18,000 RPM's maximum, not to exceed ½ h.p. maximum, shaft size ½", includes bench top buffer, sander, polisher, polishing lathe)
1 - Soldering Gun
1 - Stylus, Electric
1 - Wood Burner (110 volts)

### MOTORIZED HOBBYCRAFT TOOL ACCESSORIES:

Blades for Approved Saws (Scroll Saw, Jig Saw, Table Saw)
Buffing, Sanding, and Polishing Wheels (not to exceed 8")
Drill Accessories (arbor, not to exceed ½" shaft size; spindle, not to exceed ½" shaft size; chuck, not to exceed ½" shaft size, or 2" in diameter; chuck keys, not to exceed 3" in length; mandrels, not to exceed ½" shaft size)
Drill Bits (wood, metal, and Forstner bits, not to exceed ½" shaft or 3" diameter)
Leather Belt and Strap Embosser and Embossing Rolls
Leather Hand Press and Accessories
Mandrels (burs)
Router Bits (not to exceed 3" length)

NOTE:   Inmates must show proof of purchase on all tools. Any tools, motors, or instruments which are homemade or modified are subject to confiscation and disciplinary action.

All tools that do not conform to this list must be sent home by the inmate at his own expense. Any item not conforming to this policy and found in the possession of an inmate will be confiscated and disposed of in accordance with Department Regulation No. C-03-007. Inmates will be subject to disciplinary action as defined in the Disciplinary Rules and Procedures for Adult Inmates.

### COMMUNITY HOBBY SHOP ITEMS:

Shop Vacuum Cleaner (5 gallon capacity - 1 per hobby shop)
Table Saw (10" - 1 per hobby shop)

ABOVE ITEMS MUST BE PURCHASED BY INMATE WELFARE FUND

F.   TOOL REPAIR/PARTS

1.   Inmates who need parts or repair for approved hobbycraft tools will follow the below procedure:

a.   The inmate will prepare a Hobbycraft Order & Permit Form (see attached) with a drawslip listing the parts/repair needed, the type tool (include the

JX-CCH-000624

REV00000858

LSP - 09.036
June 21, 2006
Page 10

serial number), part number, and the company that can provide the needed parts or repair. The Lt. Colonel, Colonel or Assistant Warden of the housing area is authorized to approve the permit, after verifying the address of the company. The inmate is responsible for sending a copy of the permit to the Package Department, and the drawslip with the original permit to Inmate Accounts. If the tool must be mailed out for repair, the inmate is responsible for coordinating the mailing of the tool through the package personnel at that location.

b.      There will not be a list of authorized vendors for repairs or parts.

c.      If the company cannot repair the tool, and must return a new or reconditioned item or the company the tool or part was originally mailed to is unable to repair the item and must mail it to a service center, it will be permitted provided it meets the institutional requirements for that tool and appropriate paperwork is included in the package.

G.   VIOLATIONS

1.      Failure to comply with applicable policies related to hobbyshops will be subject to Disciplinary Rules and Procedures for Adult Inmates.

2.      Employees failing to comply with policies and procedures relating to the hobbyshop will be subject to disciplinary action as well.

H.   HOBBYCRAFT VENDOR LIST

The approved Hobbycraft Vendor List is an addendum to this penitentiary directive and will be updated as necessary.

I.   **The loss of hobbyshop items is limited to a maximum reimbursement of $250.00 (replacement cost per item shall not exceed $50.00 up to a maximum of $250.00 for multiple items lost, regardless of the quantity).**

JX-CCH-000625

REV00000858

LSP - 09.036
June 21, 2006
Page 11

_____

Burl Cain, CCE - Warden                                    Effective Date

Attachment:            Hobbycraft Order & Permit Form

Addendum:              Hobbycraft Vendor List

This policy supersedes Penitentiary Directive No. 09.036 dated **August 6, 2004**

Signed Directive:    LSP-09.036 Attachment A Hobbycraft Vendor List.pdf

JX-CCH-000626

REV0000000858

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH LEWIS, JR., KENTRELL PARKER,FARRELL SAMPIER, REGINALD GEORGE,JOHN TONUBBEE, OTTO BARRERA,CLYDE CARTER,CEDRIC EVANS,EDWARD GIOVANNI,RICKY D. DAVIS,LIONEL TOLBERT, and RUFUS WHITE,on behalf of themselves and all others similarly situated, | CIVIL ACTION NO. 15-318 JUDGE: BAJ MAG: RLB |

           Plaintiffs,

           V.

BURL CAIN, Warden of the Louisiana State
Penitentiary, in his official capacity;
STEPHANIE LAMARTINIERE, Assistant Warden for
Health Services, in her official capacity;
JAMES LEBLANC, Secretary of the Louisiana
Department of Public Safety and Corrections, in
his official capacity; and THE LOUISIANA
DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS.
           Defendants.


      30(b)(6) DEPOSITION OF THE LOUISIANA

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS,

through its designated representative, TRACY

JOHN FALGOUT, R.N., given in the above-entitled

cause, pursuant to the following stipulation,

before Sandra P. DiFebbo, Certified Shorthand

Reporter, in and for the State of Louisiana, at

Angola State Penitentiary, 17544 Tunica Trace,

Angola, Louisiana, on the 8th day of August,

2016.

```
 1            What are the medical recommendations
 2   for managing the impairment?  It's duty status
 3   medications and auxiliary agent services as well
 4   as follow-up assessment.
 5   BY MR. DUBNER:
 6   Q.    Then on the tracking form, which is Form
 7   B-08-010-B, there is Number 3 and 4 there. 3,
 8   "Was an accommodation granted? If so, describe."
 9   4, "Was a finding of disability made?  If so,
10   date of finding."
11   A.    This is a form that I do not complete.
12   This is going to be up in Warden Peabody's
13   office.
14   Q.    You don't know who completes that?
15   A.    I do not.
16   Q.    That's fine.  What staff received training
17   on the ADA?
18   A.    All staff have the ability to review the
19   policy.  As far as any formal ADA training, I'm
20   not sure.  I don't know if there is anything.
21   Q.    Nothing that you're aware of?
22   A.    Nothing that I'm aware of.
23   Q.    Are you familiar with something called the
24   ADA Advisory Committee?
25   A.    No.
```

1    Q.    Let's talk about the initial assessment
2    when somebody comes in.  What does that consist
3    of?
4    A.    An initial screening is done by a
5    registered nurse.  Upon intake, do an assessment
6    and establish medical history, current
7    medications, current diagnosis, various head to
8    toe assessment sort of thing just in general
9    about the patient, making sure he is not having
10   any issues that prevent him from eating.  Are
11   his teeth in a state where he is not able to
12   eat, because we also let them know that within
13   that first two weeks, they are going to be seen
14   by a doctor and a dentist, unless it's of an
15   emergent issue at that time of the initial
16   screening, that they'll be seen for a health
17   appraisal by a healthcare provider, be it
18   medical or dental or psych, however the case may
19   be.
20   Q.    In terms of disabilities in particular,
21   are there any sort of specific parts of that
22   initial assessment that focus on disabilities?
23   A.    Yes.  That's that accommodation form.  The
24   nurse will fill that out with the offender, and,
25   again, it goes to me, and the process starts

1  immediately on that.

2  Q.    Is that filled out only if the offender

3  raises something or how does the nurse fill that

4  out for every offender?

5  A.    No.  When they come in, they are asked, if

6  they walk up to us and sit down, do you feel at

7  this point in time you have any need for any

8  assistive devices or do you currently have any

9  hearing aids, wear eyeglasses, have any adaptive

10 equipment, and that is asked on initial intake.

11 Q.    Of every offender who comes in?

12 A.    If the patient rolls up in a wheelchair,

13 it's established that he needs the wheelchair,

14 so we'll go from there with it, but no matter

15 who it is, they are asked those questions at

16 intake.

17 Q.    That's the same if they transfer in from

18 another DOC facility?

19 A.    Anybody that comes in, yes, for initial

20 intake.

21 Q.    You said a nurse conducts that?

22 A.    Yeah, a registered nurse.

23 Q.    Is there particular training for the

24 initial assessment?

25 A.    That which we got in school.  That's part

1       MR. HILBURN:

2           Is that a no?

3       THE WITNESS:

4           Yeah, that's a no.  I'm sorry.  No.

5  Again, with accommodation, we try to make sure

6  that they have access to those activities or

7  they do have access to those activities, I

8  should say.

9  BY MR. DUBNER:

10  Q.   What about disciplinary proceedings?  Are

11  there any differences for hard-of-hearing

12  inmates in disciplinary proceedings?

13  A.   No.  I mean, unless -- if it would be the

14  individual right now that we know that knows

15  sign language, and in that DB board, he would

16  say, I want to have an interpreter, then they

17  would suspend the board, call Warden Peabody's

18  office, set up to have the audiovideo set up and

19  do it like that.

20  Q.   Are there any specific steps in any

21  evacuation plans for hard of hearing inmates?

22       MR. HILBURN:

23           Object to the form.  Subject to the

24  objection, you can answer it.

25       THE WITNESS:

1        No, not that I'm aware of.  Whatever
2   means needs to be addressed in that time.  If
3   there is an evacuation.  I mean, as far as like
4   fire alarm systems have both audio and visual
5   alarms, so they'll know that.  If they are in
6   restrictive housing, in a cell block, then
7   security has processes in place to evacuate
8   those cells safely, whether he be hearing
9   impaired or not.  There are practices in place
10  to make sure that that's done safely.
11  BY MR. DUBNER:
12  Q.    Let's talk about blind inmates for a
13  minute.  What accommodations do you make for
14  blind inmates?
15  A.    They are seen by an ophthalmologists,
16  optometrists, depending on the case-by-case
17  need.  A lot of our healthcare orderlies help,
18  because those guys are placed in those
19  healthcare dorms.  That's what we use.  If they
20  have a cane, there is a few guys down the walk
21  that have tap canes, if they request it.
22  Q.    Any others that come to mind?
23  A.    No.  Other than just to make sure that if
24  they need to have audiobooks, I know that
25  through the library they can request audiobooks,

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

ELZIE BALL, NATHANIEL CODE,        *   CIVIL ACTION
AND JAMES MAGEE,                    *
                                   *   NO. 13-368
          PLAINTIFFS               *
                                   *   JUDGE:  BAJ
VERSUS                             *
                                   *   MAGISTRATE:  SCR
JAMES M. LEBLANC, SECRETARY OF     *
THE LOUISIANA DEPARTMENT OF        *
PUBLIC SAFETY AND CORRECTIONS,     *
BURL CAIN, WARDEN OF THE           *
LOUISIANA STATE PENITENTIARY,      *
ANGELA NORWOOD, WARDEN OF          *
DEATH ROW, AND THE LOUISIANA       *
DEPARTMENT OF PUBLIC SAFETY AND    *
CORRECTIONS,                       *
                                   *
          DEFENDANTS               *
                                   *
***********************************

          Deposition of the Department of Public
Safety and Corrections through its designated
representative, RICHARD L. PEABODY, taken in the
above-entitled cause before CATHY L. LOGAN, a
Certified Court Reporter, authorized to administer
oaths of witnesses, pursuant to Section 961.1 of
Title 13 of the Louisiana Revised Statutes of 1950,
as amended, pursuant to the following stipulation,
given at the offices of SCHIFF, SCHECKMAN & WHITE,
LLP, 11715 Bricksome Avenue, Suite A-3, Baton Rouge,
Louisiana 70816, on Thursday, the 25th day of July,
2013.

**SOUTHERN COURT REPORTERS, INC.**
**(504)488-1112**

JX-CCH-000633

ebc5a85e-7cc3-4cdd-b33e-6fbc9bceabcf

Page 19

1   regarding the impairment, and whether or not that

2   would affect a major life function.  Then I make a

3   decision and see if an accommodation is needed, then

4   attempt to determine what accommodation we can

5   provide and see if it's not going to create a

6   security threat or an undue burden on the

7   department.  Those kinds of things.

8      Q.  And how do you decide when you get an ARP

9   whether or not it's a complaint that might implicate

10  the ADA?

11     A.  Can you resay that?

12     Q.  When you get an ARP you're looking at, how

13  do you decide that that ARP is talking about

14  something that might have to do with the Americans

15  with Disabilities Act?

16     A.  I wouldn't be the best one to answer that

17  since I'm not the one that routes the ARPs.

18     Q.  And who is it that does that?

19     A.  I believe the programs department.

20     Q.  So when you get an ARP it's already been

21  routed to you, someone else has made a determination

22  that the ADA is implicated?

23     A.  If it's an ARP I may not even see it if it's

24  just treated as a regular ARP.

25     Q.  Okay.  We're going to turn now to the

**SOUTHERN COURT REPORTERS, INC.**
**(504)488-1112**

ebc5a85e-7cc3-4cdd-b33e-6fbc9bceabcf

Page 20

1   form -- The Inquiry in Response to an Offender

2   Accommodation Request.  We'll call that Exhibit 2.

3       MS. MONTAGNES:

4           There's a letter on the top.

5       (Whereupon the instrument referred to was

6   marked EXHIBIT NO. 2 for identification and is

7   attached hereto.)

8       Q.  (BY MS. MONTAGNES)  So is this form familiar

9   to you?

10      A.  Not very.

11      Q.  Not very?

12      A.  No.

13      Q.  Do you want to read the letter on the front

14  of it?

15      A.  (Witness reviewing document.)  I read it.

16      Q.  Okay.  Do you want to turn to Exhibit 1 and

17  read the bottom of the last page?

18      A.  Exhibit 1?

19      Q.  Uh-huh.

20      A.  Read what now?

21      Q.  The bottom of the last page.  This

22  regulation supersedes Department Regulation form,

23  and it mentions two forms there.

24      A.  Right, it does.

25      Q.  Does this appear to be the form that's

**SOUTHERN COURT REPORTERS, INC.**
**(504)488-1112**

ebc5a85e-7cc3-4cdd-b33e-6fbc9bceabc1



BOBBY JINDAL
Governor

JAMES M. Le BLANC
Secretary

# State of Louisiana

Department of Public Safety and Corrections
Louisiana State Penitentiary

July 12, 2012

Mercedes Montagnes
The Capital Appeals Project
636 Baronne Street
New Orleans, La. 70113

Dear Ms. Montagnes:

Attached please find the following documents you requested in your letter dated July 2, 2012 on Department Regulation B-08-010-A and B forms.

If we can be of any further assistance please call Trish Foster at (225) 655-2038.

Sincerely,

L. Bruce Dodd
Deputy Warden 5/Programming
Attorney at Law



Louisiana State Penitentiary • Angola, Louisiana 70712-9813 • (225) 655-4411 • Fax (225) 655-2319
www.doc.la.gov
An Equal Opportunity Employer

JX-CCH-000636

Form B-08-010-A
10 June 2009

## INQUIRY IN RESPONSE TO AN OFFENDER ACCOMMODATION REQUEST

A. **MEDICAL:**

**A person has a disability under the ADA if the person has an impairment that substantially limits one or more major life activities.**

The following questions are to assist in determining whether an offender has a disability:

1. Does the offender have a physical or mental impairment?  ☐ Yes  ☐ No

    If so, what is the impairment? _____

2. Is the impairment long term or permanent?  ☐ Yes  ☐ No

    If the impairment is not permanent, how long will it likely last? _____

3. What are the medical recommendations for managing this impairment?

    Duty Status: ☐ Yes  ☐ No  Comments: _____

    Medications: ☐ Yes  ☐ No  Comments: _____

    Auxiliary Aids or Services: ☐ Yes  ☐ No  Comments: _____

    Follow-up assessment and treatment: ☐ Yes  ☐ No

    Comments: _____

4. Does the impairment affect a major life activity? ☐ Yes  ☐ No

    If so, which major life activity(s) is/are affected?

    ☐ Caring for self          ☐ Thinking          ☐ Other: (Describe) _____
    ☐ Interacting w/others     ☐ Toileting          _____
    ☐ Performing manual tasks  ☐ Hearing            _____
    ☐ Breathing                ☐ Seeing             _____
    ☐ Working                  ☐ Speaking
    ☐ Walking                  ☐ Learning
    ☐ Standing                 ☐ Sitting
    ☐ Reaching                 ☐ Lifting
    ☐ Thinking                 ☐ Sleeping
    ☐ Reaching                 ☐ Concentrating

JX-CCH-000637

Form B-08-010-A
10 June 2009
Page Two

5. Is the offender **substantially** limited in one or more of these major life activities?
   ☐ Yes   ☐ No

6. The request for accommodation is due to:

   ☐ Architectural Barriers
   ☐ Transportation Barriers
   ☐ Communication Barriers
   ☐ Rule and Policy Barriers
   ☐ Personal Safety
   ☐ Exclusion from services, programs or activities, etc.

7. The requestor has requested the following accommodation(s) for the following reasons:

   _____

   _____

8. Is this accommodation medically indicated?   ☐ Yes   ☐ No

   Explain why or why not: _____

   _____

   _____

   _____

9. Are these reasonable alternatives and/or accommodations which would address the offender's concerns?   ☐ Yes   ☐ No

   Comments: _____

   _____

   _____

   _____

   _____

   _____

   _____

Form B-08-010-A
10 June 2009
Page Three

**B.   CLASSIFICATION:**

An offender with a disability is entitled to an accommodation only when the accommodation is needed because of the disability.  Section 5. of this regulation states:  "It is the Secretary's policy to provide offenders with access to housing, programs and services regardless of their disability to the extent possible within the context of the Department's fundamental mission to preserve the safety of the public, staff and offenders and consistent with other classification variables that may affect custody, housing and program assignments.  Equal access to programs, services and activities will be provided to all offenders based upon their classification." However, such accommodation should not constitute a danger to the offender or others and should not create undue hardship on the Department or its employees.

The following questions are to assist in determining whether the requested accommodation is needed because of the disability:

1.   The offender's request for accommodation involves:

☐ Housing    ☐ Custody    ☐ Programs    ☐ Services    ☐ Privileges

2.   The offender's request for accommodation is due to:

☐ Architectural Barriers        ☐ Barber              ☐ Mail
☐ Transportation Barriers       ☐ Laundry             ☐ Other (Describe)
☐ Communication Barriers        ☐ Religious Activities  _____
☐ Rule/Policy Barrier           ☐ Medical             _____
☐ Personal Safety               ☐ Offender Banking    _____
☐ Exclusion from programs       ☐ Visitation
    and/or services             ☐ Telephone
☐ Food                          ☐ Law Library
☐ Canteen                       ☐ Property

3.   What location of the facility is the offender currently housed? _____

4.   Is the offender housed at this location for disciplinary reasons?  ☐ Yes   ☐ No
     If so, what is the nature of the rule violation(s)? _____

5.   Are there other locations within the facility which would provide the requested or alternative accommodations that are suitable for the offender's classification status?
     ☐ Yes    ☐ No
     If so, where? _____
     Is space available?  ☐ Yes   ☐ No
     If not, can it be ascertained when space is available?  ☐ Yes   ☐ No
     If so, when will space be available? _____
     If not, is space available at another departmental facility?  ☐ Yes   ☐ No

JX-CCH-000639

Form B-08-010-A
10 June 2009
Page Four

If so, which facility? _____

Does this offender's custody status allow for transfer to that facility? ☐ Yes ☐ No

## C. UNDUE HARDSHIP:

If an offender has a disability and needs an accommodation because of the disability, the Department must provide a reasonable accommodation unless the accommodation poses an undue hardship on the Department or its employees or the accommodation constitutes a danger to the offender or others.

**Undue hardship must be based on an individualized assessment of current circumstances that show that a specific reasonable accommodation would cause significant difficulty or expense.**

The following questions are to assist in determining if an accommodation constitutes an undue hardship:

1. What is the nature and cost of the accommodation required?

   _____

2. What is the impact of the accommodation on the operation of the facility?

   _____

3. What is the impact of the accommodation on the operation of the Department as a whole?

   _____

4. Are there any sources of outside funding such as state rehabilitation agencies?

   _____

## D. OTHER COMMENTS:

_____

_____

_____

_____

_____

JX-CCH-000640

Form B-08-010-B
10 June 2009

## OFFENDER ADA TRACKING FORM

**OFFENDER'S NAME:**

**DOC #:**

1.  How was the request conveyed?

    ☐ Accommodation Form   ☐ Grievance   ☐ ARP
    ☐ Lawsuit              ☐ Verbal      ☐ Other

2.  Date the Request for Accommodation Request Form was completed:

3.  Was an accommodation granted?   ☐ Yes   ☐ No

    If so, describe:

4.  Was a finding of disability made?   ☐ Yes   ☐ No

    If so, date of finding:

5.  Was this the accommodation requested?   ☐ Yes   ☐ No
    If not, what accommodation was requested?

6.  Date(s) met with offender requesting accommodation:

7.  If a finding of disability was made, is periodic follow up required?   ☐ Yes   ☐ No

8.  Was the offender informed of his right to appeal the denial of accommodation or the accommodation provided?   ☐ Yes   ☐ No

    If so, date informed:

9.  Did the requestor appeal?   ☐ Yes   ☐ No

    If so, what was the result of the appeal?

**UPON COMPLETION OF THIS FORM, PLEASE SUBMIT TO THE HEAQDQUARTERS ADA COORDINATOR.**

JX-CCH-000641