TO: LEGAL PROGRAM/ MS. TRISH FORSTER

FROM: FARRELL SAMPIER # 607098
      WARD 2 TREATMENT CENTER

DATE: JULY 24, 2014

RE: THIS IS A REQUEST FOR AN ADMINISTRATIVE REMEDY
      PROCEDURE


    Farrell Sampier # 607098 suffer from a dieases called Transverse Myelitis. Complainant has no control of bowel movement and uses a catheter. Complainant docile at Angola State Penitentiary, complain against the medical director and medical staff of the R.E. Barrow Treatment Center. The deliberate indifference complained of herein is ongoing, as a result, complainant is subjected to unnecessary pain and suffering in violation of the Eighth Amendment to the United States Constitution.

    Complainant avers that he is being denied adequate medical care resulting from deliberate indifference to his serious medical needs posing substantial risk to his health and well being.

    Complainant avers that the R.E. Barrow Treatment Center is inadequately staffed to care for the number of patients/type of patients housed and the majority of that staff are deliberately indifferent to complainant serious medical needs.

    Complainant is being denied effective medication for pain and spasms, necessary mobility aids, proper turning to alleviate pressure on hot spots, use of pressure reduction devices, proper hygiene, adequate range of motion therapy, and adequate bathing.

    Complainant experience sharp pains attempting to move upper body and is paralyzed in the lower extremities and must be moved to different positions to avoid bed sore. The complainant is being denied an air mattress to prevent decubit (sore). Complainant is being denied stomach inserted catheter to prevent urine infections. Complainant is often left in feces for long periods of time due to the limited amount of health care orderlies. The medical staff fail to provide rehabilitative therapy, whirl pool treatment, and proper weighing machine for complainant special needs.

JX-CCH-000935

Complainant is being denied personal orderlies assistance with the basic medical attention needed to assure adequate care. Complainant avers the actions of the defendants presented herein are common practice establishing a pattern, and that he is not only offender subjected to such treatment.

## RELIEF DESIRED

Complainant seek not any and all monetary damages for injuries sustained

Complainant seek injunctive relief to prevent any ongoing deliberate denial of medical attention.

Complainant seek to be released to a medical facility that is equipped to adequately handle the basic and serious medical needs required for a quadriplegic.

Complainant seek not to be retaliated against overtly or covertly via security, medical staff, and administration for complaining of serious medical needs.

Copy: Advocate Attorney/
    Miranda Tate

    U.S. Attorney General/Eric H. Holder, Jr.
    Legal Program/ Trish Forster

                                      Farrell Sampier #607098

JX-CCH-000936

CASE NUMBER: CPCC-2014-0411

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: <u>SAMPIER, FARRELL 607098</u>                    <u>TC  W2</u>
                                                           Living Quarters


Response to request dated 08/13/2014, received in this office on 08/14/2014

This is in response to your ARP 2014-0411.  After careful review of the pertinent volumes of your current medical record, I find the following:  The extensive documentation in your medical record indicates that you have been afforded the opportunity to address your concerns with professional staff in a manner that is consistent with guidelines set by LSP and your level of need.
You have been  and continue to be monitored by the Physicians at LSP and you have also been seen by the LSU Neurologist.
Your initial admission documentation to the Nursing Unit, nursing notes,showing administration of pain medication, your response and actions has been reviewed and are noted.
The Physician ordered wound care and subsequent healing has been noted.
Post hospital notes and progress notes have been reviewed in preparation of this response and discharge documentation has also been noted.
Your diagnoses and condition have been and continue to be monitored on a regular basis and as needed.

The members of the LSP Medical Team and the LSU Neurology Clinic have responded to your situation. Each patient is treated on an individual basis and in accordance with LSP Policy and Procedure and their own level of need.

You have failed to provide evidence to substantiate your allegation that your Rights have been violated or that your care has not met acceptable standards of care.  Disagreeing with a Physician's judgement, treatment or diagnosis is insufficient to state an Eighth Amendment claim of deliberate indifference.  It does not mean you are being denied care because the care does not meet your demands.
I find no evidence to support you claim that you have been denied medication, assistance with activities of daily living or any mobility aids, that are medically indicated and approved by the Security Department. No patient is assigned a personal orderly.  Furthermore, I find no evidence that the LSP Medical Team has not performed their assigned duties in accordance with established guidelines and Department of Corrections and State Board Rules and Regulations.

Your accusations and allegations are invalid an unfounded.

Monetary compensation is not an option at this level of the ARP Process and is denied.
Your request for a transfer to another facility is not a medical issue and is denied.  If you have concerns regarding your location of incarceration, this matter would be better addressed through the Classification Department and the Security Department.  The Medical Department does not determine where you are incarcerated.
Department Regulation B-05-005, Administrative Remedy Procedure, prohibits reprisals for an offender's use of the ARP Process.

As you have failed to prove any wrongdoing on the part of any employee at LSP, your request for remedy is denied.

Prepared by: _L. Lytin Ra CCN/ol_
_for_ Stephanie Lamartiniere
Assistant Warden Health Services

_9/15/14_
Date

JOSEPH F.G. LAMARTINIERE
ASSISTANT WARDEN
Unit Head

Instructions to Offender:  If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

(✓) I am not satisfied with this response and wish to proceed to Step Two.

Reason: FELT LIKE REQUEST'S SHOULD HAVE BEEN GRANTED

_9/18/14_
Date

_Farrell Sampier 607098_
Offender's Signature    DOC#

JX-CCH-000938

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER:  CPCC-2014-0411

SECOND STEP RESPONSE FORM
(HEADQUARTERS)

TO: <u>SAMPIER, FARRELL   607098</u>                                 <u>CPCC</u>
      Offender Name and Number                                Living Unit

*Response* to Request Dated 09/22/2014, Received in this Office on 10/24/2014:

Your request for an Administrative review of ARP# CPCC-2014-0411 has been received.  A qualified
member of the Headquarters staff has reviewed your request in order to render a fair and impartial
response.

Your statement has been considered as well as your medical records.  The medical staff is well aware of
your medical condition and has adequate information upon which to base a determination of your medical
concerns and the treatment necessary.  Per LSP medical staff and your medical records, you are
receiving medication(s) that meet your needs; you have a wheelchair, an electric bed and a trapeze bar to
facilitate movement; no order has been given for an "air mattress" as you can move self; you have no
decubiti; no order has been given for a "stomach inserted catheter"; no offender has their own *personal*
orderly, they are shared (it was noted in your record that you have been observed refusing care by an
orderly); and patients who can assist with their own care (which you are capable of) are expected to do so;
Medical opinion is controlling.  The medical care you have received and will continue to receive is deemed
adequate.  No further investigation will be conducted as this issue has been clearly addressed in the first
step response.

Therefore, your request for relief is denied.

_____                    _____
                    Date                                    Secretary's Signature or His Designee

JX-CCH-000939

## ADMINISTRATIVE REMEDY PROCEDURE & PROPERTY CLAIMS

### INPUT SCREEN

*gess*

CASE NUMBER: LSP-2015-1591
EVACUEE:
DOC #: 111518          BACKLOG:
LAST NAME: GEORGE          FIRST NAME: REGINALD
RECORD TYPE: A     SUBJECT CODE: 0110 - MEDICATIONS (DELIVERY OF)
INCIDENT DATE: 6/13/15   SUBJECT TYPE :
LSP Only
LSP RESPONDENT: Camp C Warden

*Still At 2nd Step*

LSP HOUSING: CAMP C

|         | DATE RECEIVED | ACCEPTED DATE | DISPOSITION DATE | DISPOSITION CODE |
|---------|---------------|---------------|------------------|------------------|
| STEP 1: | 06/15/2015    | 06/29/2015    | 08/12/2015       | 02-Denied        |
| STEP 2: | 08/28/2015    | 08/28/2015    |                  |                  |

COMPLAINT: 2ND STEP   8/26/2015: OFFENDER COMPLAINS ABOUT BEING REFUSED HIS HIV
MEDICATION AT NIGHT ON C-TEAM AND WHEN HE ASK MRS.WHITE ABOUT HIS MEDICINE SHE
ALWAYS STATES SHE CAN'T FIND IT, OFFENDER ALSO CLAIMS HE'S GOT A DUTY STATUS AND
BEING DENIED HIS SOFT DIET BY SGT. GROOM
IF REJECTED REASON:

06/15/2015

06/15/2015

JX-CCH-000940

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: LSP-2015 -1591

TO:  <u>REGINALD GEORGE 111518</u>          <u>C TIG 1/R</u>
     Offender's Name and Number             Living Quarters


          <u>6/13/15</u>
          Date of Incident


X          ACCEPTED:  This request comes to you from the Wardens Office.  A response will be
           issued within 40 days of this date.

           REJECTED:  Your request has been  rejected for the following reason(s):



       <u>06/29/2015</u>                              <u>Trish Foster</u>
         Date                                Warden's Signature or Designee

REV00000932

158

2015-1591
0110/camp c

Administrative Remedy Procedure
Filed 6/13/2015

**RECEIVED**

JUN 1 5 2015

LEGAL PROGRAMS DEPARTMENT

I, Reginald George #111518 housed at Camp "C"
Tiger 1 Right cell 14,   This complaint arises out
of retaliation from Angola security and offials
I've been refused my H.IV medication at
night on "c" team, I queston the security
lady Ms. White about the medication And
she always states she cannot find it.
this is detrimental to my health, I
also recently been given a soft diet duty
statis. All my top teeths been pulled out
I shower my soft diet statis to security
working on both shifts however Sgt Groom
refuses to get me a soft diet and I have
to go without eating that day he work
on this unit. I made my complaint to
Lt. Smith he look at the tray was set-
ting and he stated "This not a soft diet I'm
going holler at Sgt Groom for you.
I am filing this complaint and I will let
you and my attorney resolve these
problems.

Respectfully
Reginald George

JX-CCH-000942

CASE NUMBER: LSP-2015-1591

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO:  GEORGE, REGINALD 111518            C TIG 1/R
                                        Living Quarters

Response to request dated 06/14/2015, received in this office on 06/15/2015

In your letter of complaint dated June 13, 2015, while housed at Camp C, you state Sergeant White on
C-team refused to give you your HIV medication.  You further state Master Sergeant Groom refused to get
you a soft diet.  Institutional records reflect there is not a Sergeant White assigned to Camp C/C-team.
Colonel McKey stated at no time have you ever brought to his attention any problems that you were
having with your medication.  Master Sergeant Groom stated he supervises you receiving your soft diet.
Numerous supervisors make rounds on your unit each day, and you could and should have brought this or
any other complaint to their attention.  No evidence is found to support your allegations.  Your request for
Administrative Remedy is denied.

Prepared by: _____
                Barrett Boeker//AWII/adb

Approved by: _____
                Chad Menzina/AWIII/tdb

_____          _____
            Date                                   Unit Head

Instructions to Offender:  If you are not satisfied with this response, you may go to Step Two by checking
below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of
this decision.

. ( )  I am not satisfied with this response and wish to proceed to Step Two.

Reason:

_____
_____
_____

_____          _____
            Date                            Offender's Signature     DOC#

**LOUISIANA STATE PENITENTIARY**
**ANGOLA, LOUISIANA**

**ARP STATEMENT**

ARP NUMBER: 2015-1591

DATE: 7-26-15

INMATE'S NAME & NUMBER: REGINALD GEORGE #111518

> In response to the above offenders statements, I Ltc. McKey have the following to offer. At no time did this offender ever inform me that he was not receiving his medication or had any problems with any medication officers at Cp. C. At no time has Cp. C C-Team had an officer named Ms. White handling or passing out medication.
> This is for your information and further handling.

OFFICER'S SIGNATURE

7-26-15
DATE

Ltc Jeremy McKey
OFFICER'S PRINTED NAME

**LOUISIANA STATE PENITENTIARY**
**ANGOLA, LOUISIANA**

**ARP STATEMENT**

ARP NUMBER: 2015-1591

DATE: 8/4/2015

INMATE'S NAME & NUMBER:

Concerning the above numbered A.R.P. involving Offender Reginald George, #111518 complaint about his food. I, Master Sergeant Melvin Groom supervised Offender George receiving his soft diet. I, Master Sergeant Groom have no knowledge concerning anything to the contrary.

This is for your information and further handling.

OFFICER'S SIGNATURE                    8-4-15
                                        DATE

Melvin Groom, Master Sergeant, A-Team, Camp C
OFFICER'S PRINTED NAME

JX-CCH-000945

REV00000932

# Camp C

| Team: | C-TEAM | Time Shift Change Completed: | 5:30 p.m. | Date: | 6-13-2015 |
|---|---|---|---|---|---|
| Warden: | Barrett Boeker | Major: | James Daucat | | C-4 |
| Colonel: | Martin Allen | Captain: | Greg Templeton | | C-5 |
| Lt. Colonel: | Jeremy McKey | Captain: | Kevin Wilson | | C-6 |
| Lt. Colonel: | Trent Barton | Lieutenant: | Frank Hill | | C-7 |

| | | | |
|---|---|---|---|
| Bear 1: | Sgt. Joseph McNeely | Tiger 1: | Sgt. Coty Bass |
| Bear 2: | Sgt. Joseph McNeely | Tiger 2: | Sgt. Bryant Spiller |
| Bear 3: | Sgt. Joseph McNeely/Sgt. Issac Gaines | Tiger 3: | Sgt. Jason Smiley |
| Bear 4: | Sgt. Joseph McNeely/Sgt. Issac Gaines | Tiger 4: | Sgt. Martina Baker |
| Bear Hall: | Lt. Avery Green | Jaguar 1: | Sgt. Kevin Johnson |
| Wolf 1: | Sgt. Casey Winnfield | Jaguar 2: | Cdt. Shirquelle Wright |
| Wolf 2: | Closed | Jaguar 3: | Sgt. Casey Ledee |
| Wolf 3: | Cdt. Chelsi Alexander | Jaguar 4: | Sgt. Amberlin Haynes (Cp D) |
| Wolf 4: | Msgt. Terry Enslinger | Tiger Yard s: | Sgt. Issac Gaines |
| Wolf Hall: | Lt. Frank Hill | Sallyport: | Closed |
| Wolf Patrol: | Closed | Tower 1: | Sgt. Mia Stewart (Couns) |
| Patrol: | Closed | Tower 2: | Closed |
| Clerk: | Closed | Tower 3: | Closed |
| Entrance Bld.: | Msgt. Adrienne Barnes | Tower 4: | Closed |
| Kitchen: | Sgt. Justin Bohannon | Tower 5: | Closed |
| Kitchen: | Closed | Tower 6: | Closed |
| Medium Gate: | Sgt. Justin Bohannon / Capt. Kevin Wilson | Chapel: | Unmanned |
| Mailroom: | Closed | RS: | Cdt. Zanata Price/ Cadet Jeffery Hauer (Cp D) |
| Dental Clinic: | Closed | River Bus: | Closed |
| Visiting Shed: | Closed | Medication: | Sgt. James Packnett / Sgt. Joshua Dorsey |

| Absences: | Absences: |
|---|---|
| Sgt. Latonya Smith- SLA | Cadet Reenoclastic White- ULW |
| Msgt. Erica Mitchell- SLA | Cadt. Zanata Price- SLA |

| Remarks: | Remarks: |
|---|---|
| | OFFICERS ASKED ABOUT CELL PHONES  YES ( X )   NO ( ) |

Training: "FREA" Dist 10.027

| Shakedown: | | | | Topics Discussed at Roll Call: |
|---|---|---|---|---|
| Cell #'s: Left: | 6.11 | Right: | Same | Read Memos off of Clipboard, job postings |

| Shakedown: | | Camps Called for Extra Officer's | |
|---|---|---|---|
| Bed #'s Dorm1: | 49,59,79,89 | Cp-D / Major Jeanzonse / 0 | Cp-J / Major Simon / 0 |
| Dorm 2: | Same | DR / Capt. Tolliver / 0 | MPW / Major Williams / 0 |
| Dorm 3: | Same | TC / Lt. Paige / 0 | MPE / Major Smith / 0 |
| Dorm 4: | Same | Cp F / Lt. Moreau / 0 | TU / Capt. Reed / 0 |

Supervisor(s) assigned to this shift manning a drop(s)?

| Supervisor's Name | Area Worked | Time Example: (1:00 PM to 4:00 PM) |
|---|---|---|
| Capt. Kevin Wilson | Cp C Medium Gate | 12:30am - 5:30am |
| Lt. Avery Green | Cp C Bear Hall | 5:30pm- 5:30am |
| Lt. Frank Hill | Cp C Wolf Hall | 5:30pm-5:30am |

ACA Standard Number Read:

Supervisor's Signature: _Major James ____

REV00000932

222

OFFICER NAME: _Sgt Bass & Sgt Spillman_   SHIFT: _C_

DATE: _6-14-15_   T/3

| TIME | OFFICER ENTRY |
|------|---------------|
| 5:00 | the two facts 63 + 11 F B3, B4 other 81° |
| 5:00 | relieve by C-team officer of all duty & eqp. |
|  | Sgt Bass |
|  | Sgt Spillman |
|  |  |
|  |  |
| 5:35am | Relieve both C-team officer of all duties and equipments: 2 beepers #22 #23, 2 sets of keys on unit, time clock keys (2), logbook, post orders, post policies, fire extinguisters checked and fully charged, first aid kit sealed. Post orders read and understood for this particular post. Made rounds A/S |
| 5:50am | Beeper check. Good |
| 0555 | Sgt parker tm # 536 S/C |
| 5:55am | Count (25 + 13 + 13 + 13 = 64) |
|  | Lt miller on unit all call |
| 6:50am | Made rounds all secure. |
| 7:20am | Made rounds all secure. |
| 7:50am | Made rounds all secure |
| 8:20 | Leroy Broussard Catholic Ministry |
|  | Sgt Ray / Sgt Bass unarmed |
| 8:50am | Made rounds all secure. |
| 9:20am | Made rounds all secure. |
| 9:55am | Made rounds all secure. |
| 10:20am | Made rounds all secure. |
| 10:40am | Chow (Spoons #19, Dippers #124 Spatulas #58, Solid Spoon #21) Temp 1420) |
|  | Lt Miller on unit all call |
| 11:15am | Made rounds all secure. |
| 11:50am | Made rounds all secure, |

JX-CCH-000948



CASE NUMBER: LSP-2015-1591

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: GEORGE, REGINALD 111518      C TIG 1/R
                                   Living Quarters

Response to request dated 06/14/2015, received in this office on 06/15/2015

In your letter of complaint dated June 13, 2015, while housed at Camp C, you state Sergeant White on C-team refused to give you your HIV medication. You further state Master Sergeant Groom refused to get you a soft diet. Institutional records reflect there is not a Sergeant White assigned to Camp C/C-team. Colonel McKey stated at no time have you ever brought to his attention any problems that you were having with your medication. Master Sergeant Groom stated he supervises you receiving your soft diet. Numerous supervisors make rounds on your unit each day, and you could and should have brought this or any other complaint to their attention. No evidence is found to support your allegations. Your request for Administrative Remedy is denied.

Prepared by: _____
                 Barrett Boeker/AWII/tdb

Approved by: _____
                Chad Menzina/AWII/tdb

_____            _____
      Date                                     Unit Head

Instructions to Offender: If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

(✓) I am not satisfied with this response and wish to proceed to Step Two.

Reason: The investigation was handle improperly. The Key factor was sue not getting my medication. Claim the soft diet problems was brought to the attention of rank and the Warden.

8/19/2015 _____       Reginald George #111518
      Date                                 Offender's Signature /DOC#

REV00000966

# ADMINISTRATIVE REMEDY PROCEDURE & PROPERTY CLAIMS

## INPUT SCREEN

4 n ps

CASE NUMBER: LSP-2014-3156
EVACUEE:

DOC #: 322954          BACKLOG:
LAST NAME: WHITE          FIRST NAME: RUFUS
RECORD TYPE: A     SUBJECT CODE: 0111 - DUTY STATUS
INCIDENT DATE: 10/12/2014   SUBJECT TYPE :
LSP Only
LSP RESPONDENT: Med Services Warden

LSP HOUSING: CAMP D

|  | DATE RECEIVED | ACCEPTED DATE | DISPOSITION DATE | DISPOSITION CODE |
|---|---|---|---|---|
| STEP 1: | 10/16/2014 | 10/31/2014 | 11/20/2014 | 03-Granted in part |
| STEP 2: | 12/17/2014 | 12/17/2014 | 01/30/2015 | 02-Denied |

COMPLAINT: FINAL  : OFFENDER SAYS THE DOCTOR TOSS TOOK HIS OUT OF THE FIELD
DUTY STATUS AND HE WANTS IT BACK.
IF REJECTED REASON:

10/16/2014

10/16/2014

JX-CCH-000950

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: LSP-2014 -3156

TO:  <u>RUFUS WHITE 322954</u>                    <u>D RAV 4/R</u>
     Offender's Name and Number                Living Quarters


          <u>10/12/2014</u>
          Date of Incident


X                    ACCEPTED:  This request comes to you from the Wardens Office.  A response will be
                     issued within 40 days of this date.

                     REJECTED: Your request has been  rejected for the following reason(s):



     <u>10/31/2014</u>                                    <u>Trish Foster</u>
          Date                               Warden's Signature or Designee

JX-CCH-000951

REV00000966

0111
Med.

2014-3156

To: Warden N. Burl Cain
From: Rufus White #322954   CBD4L #7
RE: EMERGENCY ARP
Date: 10-12-14

RECEIVED
OCT 1 6 2014
LEGAL PROGRAMS DEPARTMENT

ISSUES
1. Deliberate Indifference
2. Violation of Eighth Amendment

RECEIVED
OCT 1 5 2014
WARDEN'S OFFICE

FACTS / ARGUMENT

On Aug. 14 a routine check was administered on Me at R.E. Barrow. While being seen by DR. Toss  he said I looked fine and didn't need a duty status. No test or anything were performed, a simply viewing erased My Chronic asthma, years of back pain suffering, bullet wounds that enabled me to have My permanent duty status out of the field. An eye examination or courtesy glance does not speak of the indepthness of anything internal and is easily the cause of Misdiagnosis. In citing Dean v. Coughlin, 623 F.Supp. 392, 404 (S.D.N.Y. 1985) accord, McGuckin v. Smith, 974 F.2d at 1060 ("chronic and substantial pain" indicates that a Medical need is serious); Moreland v. Wharton, 899 F.2d 1168, 1170 (11th Cir. 1989) ("significant and uncomfortable health problem").

The chemicals used for pesticide, the dust, grass, all triggers My asthma. The heavy lifting, long walks, unleveled grounds, ditches, all effects my back and bullet wounds, causing Me to not be able to work at the level of healthier guys. This is why I was given My initial duty status after being tested and examined. Please see Vaughn v. Gray, 557 F.3d 904, 909 (8th Cir. 2009), Sciejuna v. Wells, 345

JX-CCH-000952

F.3d 441,446 (6th Cir. 2003), Hudak v. Miller, 28 F. Supp. 2d 827,832 (S.D.N.Y. 1998), LeMarbe v. Wisneski, 266 F.3d 429,440 (6th Cir. 2001). All will show that a medical staff's statement of not knowing the seriousness of an illness is contrary if there is evidence (direct or indirect) to show otherwise.

I have serious medical conditions yet Dr. Toss refuses to acknowledge this and insist that I suffer through them by being forced to undertake normal task as prisoners without medical issues. In this he not only "violates" my "Eighth Amendment Right" he shows he is "deliberately indifferent!"

## RELIEF DESIRED

1. A doctor review me, not my medical charts by an Ass. Warden whom has no medical training.
2. My duty status of out of field be given back to me.
3. Dr. Toss be made to follow professional dictates over Administrative ones.
4. NO RETALIATION BE BROUGHT AGAINST ME FOR THIS FILING.

Sincerely,
# Rufus White 352954

CASE NUMBER: LSP-2014-3156

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: <u>WHITE, RUFUS 322954</u>                    D RAV 4/R
                                                 Living Quarters

Response to request dated 10/15/2014, received in this office on 10/16/2014

This is in response to your ARP 2014-3156. After careful review of the pertinent volumes of your current medical record, I find the following: The extensive documentation in your medical record indicates that you have been afforded the opportunity to address your concerns with professional staff in a manner that is consistent with guidelines set by LSP and your level of need.
Your complaint and your medical record have been reviewed by Dr. Lavespere. Pertinent findings related to your ARP complaint are:

You were seen by the Chiropractor for low back pain but treatment was discontinued in 2/2010 due to your noncompliance.
You were issued a duty status on 5-17-2010, squad A, no prolonged bending or squatting, no sports and no hobbycraft x 1 month.
You were denied an out of field duty status on 5-25-20110.
You hurt your shoulder playing basketball on 8-22-2010.
You hurt your shoulder again, playing basketball, on 1-21-2011.
You were seen in the LSU Orthopedic Clinic on 1-4-2012 and your shoulder was injected. On 4-14-2012, you were seen in the LSU Orthopedic Clinic and no new recommendations were made, other than to continue the NSAIDS.
Documentation supports that you were given a RDWR; indoors, no sports, no HC, no rodeo and no kitchen on 5-8-2012.
You were seen in the LSU Orthopedic Clinic and no new recommendations were made and you were to return as needed. No appointment was given.
You were seen in the ATU for "hemoptysis" and rib pain. You reported that you were hit in the ribs while watching a basketball game on the compound.
You were seen in the LSP Physician's Clinic for asthma and it is documented that you continued to smoke and only used your Albuterol inhaler on occasion.
You were seen in the ATU for "atypical chest pain", not cardiac related and you received a GI cocktail with resolution of your symptoms.
Your canteen list was pulled and showed purchases for lighter/black and milds, June through July of 2014.
You were seen by Dr. Toce on 7-28-2014 and it is noted that you are a smoker and you use the Albuterol inhaler intermittently. Pulmonary Function testing was recommended and a change to regular duty status.

You have been followed in the Physician's Clinic on a regular baiss and you have had blood work, x-rays and physical examinations completed without any significant findings. You demonstrated a normal gait and showed no signs of any musculoskeletal weakness. The cardiac panel was negative and the chest x-ray was negative. The Pulmonary Function Test showed that you performed greater than 100% of expected. This is not to say that you do not have asthma, but your asthma is controlled.

You have failed to provide evidence to substantiate your allegations that your Rights have been violated or that your care has not met acceptable standards of care. I find no evidence to support your claim that you have been subjected to deliberate indifference. Disagreeing with a Physician's judgement, treatment or diagnosis is insufficient to state an Eighth Amendment claim of deliberate indifference.
You have failed to provide evidence to substantiate your claim that your current job assignment has

adversely affected your physical health. At no time are you forced to perform the duties of any job assignment, however, consequences may be imposed according to the Rules and Regulations for Adult Offenders. If you have job complaints, this matter would be better addressed through the Classification Department, which handles job assignments and job changes.
Your current duty status is deemed medically appropriate at the time of this response.

Your request for review by a Physician has been granted.
Your request for out of field duty status is denied as it is not medically indicated at the time of this response.
Department Regulation B-05-005, Administrative Remedy Procedure, prohibits reprisals for an offender's use of the ARP Process.
As you have failed to prove any wrongdoing on the part of any LSP employee, your request for remedy is denied.

Your request for remedy has been partially granted.

Prepared by: _____
JO Stephanie Lamartiniere
Assistant Warden Health Services

_____
Date

_____
Unit Head

**Instructions to Offender:** If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

( )  I am not satisfied with this response and wish to proceed to Step Two.

Reason: _____
_____
_____
_____

_____
Date

_____
Offender's Signature   DOC#

REV00000966



LOUISIANA STATE PENITENTIARY

ANGOLA, LOUISIANA

**ARP NUMBER:  LSP - 2014 - 3156**

RE:  RUFUS WHITE    322954

LOCATION: _____ D RAU 4 1R _____

I HEREBY ACKNOWLEDGE RECEIPT OF 1ST STEP RESPONSE FORM REGARDING REQUEST
FOR REMEDY NUMBER LSP-2014-3156.

RECEIVED BY: _____
                        (INMATE'S NAME & NUMBER)

DATE RECEIVED: _____

DELIVERED BY: _____

===============================================================================

1.   Have the inmate sign this receipt.

2.   Delivery Officer signs the reciept and dates it.

3.   Give the Inmate the Manila Envelope and contents.

4.   Return the reciept to LEGAL PROGRAMS DEPARTMENT.

**RECEIVED**

NOV 2 5 2014

LEGAL PROGRAMS DEPARTMENT

JX-CCH-000956

REV00000966

CASE NUMBER: LSP-2014-3156

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: <u>WHITE, RUFUS 322954</u>

D RAV 4/R
Living Quarters

Response to request dated 10/15/2014, received in this office on 10/16/2014

This is in response to your ARP 2014-3156. After careful review of the pertinent volumes of your current medical record, I find the following: The extensive documentation in your medical record indicates that you have been afforded the opportunity to address your concerns with professional staff in a manner that is consistent with guidelines set by LSP and your level of need.

Your complaint and your medical record have been reviewed by Dr. Lavespere. Pertinent findings related to your ARP complaint are:

You were seen by the Chiropractor for low back pain but treatment was discontinued in 2/2010 due to your noncompliance.

You were issued a duty status on 5-17-2010, squad A, no prolonged bending or squatting, no sports and no hobbycraft x 1 month.

You were denied an out of field duty status on 5-25-20110.

You hurt your shoulder playing basketball on 8-22-2010.

You hurt your shoulder again, playing basketball, on 1-21-2011.

You were seen in the LSU Orthopedic Clinic on 1-4-2012 and your shoulder was injected. On 4-14-2012, you were seen in the LSU Orthopedic Clinic and no new recommendations were made, other than to continue the NSAIDS.

Documentation supports that you were given a RDWR; indoors, no sports, no HC, no rodeo and no kitchen on 5-8-2012.

You were seen in the LSU Orthopedic Clinic and no new recommendations were made and you were to return as needed. No appointment was given.

You were seen in the ATU for "hemoptysis" and rib pain. You reported that you were hit in the ribs while watching a basketball game on the compound.

You were seen in the LSP Physician's Clinic for asthma and it is documented that you continued to smoke and only used your Albuterol inhaler on occasion.

You were seen in the ATU for "atypical chest pain", not cardiac related and you received a GI cocktail with resolution of your symptoms.

Your canteen list was pulled and showed purchases for lighter/black and milds, June through July of 2014. You were seen by Dr. Toce on 7-28-2014 and it is noted that you are a smoker and you use the Albuterol inhaler intermittently. Pulmonary Function testing was recommended and a change to regular duty status.

You have been followed in the Physician's Clinic on a regular baiss and you have had blood work, x-rays and physical examinations completed without any significant findings. You demonstrated a normal gait and showed no signs of any musculoskeletal weakness. The cardiac panel was negative and the chest x-ray was negative. The Pulmonary Function Test showed that you performed greater than 100% of expected. This is not to say that you do not have asthma, but your asthma is controlled.

You have failed to provide evidence to substantiate your allegations that your Rights have been violated or that your care has not met acceptable standards of care. I find no evidence to support your claim that you have been subjected to deliberate indifference. Disagreeing with a Physician's judgement, treatment or diagnosis is insufficient to state an Eighth Amendment claim of deliberate indifference.

You have failed to provide evidence to substantiate your claim that your current job assignment has

REV00000966

adversely affected your physical health. At no time are you forced to perform the duties of any job assignment, however, consequences may be imposed according to the Rules and Regulations for Adult Offenders. If you have job complaints, this matter would be better addressed through the Classification Department, which handles job assignments and job changes.

Your current duty status is deemed medically appropriate at the time of this response.

Your request for review by a Physician has been granted.

Your request for out of field duty status is denied as it is not medically indicated at the time of this response.

Department Regulation B-05-005, Administrative Remedy Procedure, prohibits reprisals for an offender's use of the ARP Process.

As you have failed to prove any wrongdoing on the part of any LSP employee, your request for remedy is denied.

Your request for remedy has been partially granted.

Prepared by: _Stephanie Lamartiniere_
Stephanie Lamartiniere
Assistant Warden Health Services

_11/20/14_
Date

_[signature]_
Unit Head

Instructions to Offender: If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

(X) I am not satisfied with this response and wish to proceed to Step Two.

Reason: _My duty status was taken cause Doctor say I look healthy? that I was my_
_inhaler on occassions which I use every week! my status was given to me because_
_of my health issues due to gunshot wounds Iu left hand, stomach, right shoulder ex_
_AND Asthma I Now Im forced to perform Duties that I Truly cant Do!_

_11-24-14_
Date

_Kul us White_
Offender's Signature

_322954_
DOC#

_If my medical Chart be review you can see that I have problem!_

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER: LSP-2014-3156

SECOND STEP RESPONSE FORM
(HEADQUARTERS)

TO: <u>WHITE, RUFUS   322954</u>                                    <u>LSP</u>
      Offender Name and Number                                      Living Unit

Response to Request Dated 11/24/2014, Received in this Office on 12/17/2014:

Your request for an Administrative review of ARP# LSP-2014-3156 has been received.  A qualified
member of the Headquarters staff has reviewed your request in order to render a fair and impartial
response.

Your statement has been considered as well as your medical records.  The medical staff is well aware of
your medical condition and has adequate information upon which to base a determination of your medical
concerns and the treatment necessary.  The physician at your current facility is your primary care doctor,
he/she will determine your treatment plan which includes your duty status.  As stated in the first step
response, your current duty status is deemed medically appropriate at the time of the first step response.
Medical opinion is controlling.  The medical care you have received and will continue to receive is deemed
adequate.  No further investigation will be conducted as this issue has been clearly addressed in the first
step response.

Therefore, your request for relief is denied.

_____                    _____
                Date                                             Secretary's Signature or His Designee

R E C E I V E D

FEB 0 3 2015

Legal Programs Department

JX-CCH-000959

REV00000966

LOUISIANA STATE PENITENTIARY
ANGOLA, LOUISIANA

INMATE:   322954 RUFUS WHITE

LOCATION:  D RAV 4/R     CBB U/R # (12)

## ACKNOWLEDGMENT OF RECEIPT OF SECOND STEP RESPONSE

This will acknowledge receipt of the SECOND STEP response
(SECRETARY'S RESPONSE) OF ARP #LSP-2014-3156 .

RECEIVED BY: _Rufus White 322954_

DATE RECEIVED: _2-5-15_

DELIVERED BY: _Sgt W Jones 238574_

==================================================================
PLEASE READ THE FOLLOWING
INSTRUCTIONS TO DELIVERY OFFICER:

1.   Have the inmate sign and date the second step portion of
     the envelope acknowledging receipt of the second step
     response.

2.   Have the inmate sign this receipt.

3.   Delivery Officer signs receipt and dates it.

4.   Give the inmate the contents of the envelope.

5.   Return the envelope and the receipt to LEGAL PROGRAMS DEPARTMENT.

_12-12-14_

**RECEIVED**

FEB 09 2015

**LEGAL** PROGRAMS DEPARTMENT

JX-CCH-000960

# ADMINISTRATIVE REMEDY PROCEDURE & PROPERTY CLAIMS

## INPUT SCREEN

20 P55

CASE NUMBER: LSP-2014-3096
EVACUEE:

DOC #: 99041     BACKLOG:
LAST NAME: CARTER     FIRST NAME: CLYDE
RECORD TYPE: A     SUBJECT CODE: 0111 - DUTY STATUS
INCIDENT DATE: ONGOING    SUBJECT TYPE :
LSP Only
LSP RESPONDENT: Med Services Warden

LSP HOUSING: CAMP D

|  | DATE RECEIVED | ACCEPTED DATE | DISPOSITION DATE | DISPOSITION CODE |
|---|---|---|---|---|
| STEP 1: | 10/10/2014 | 10/31/2014 | 11/20/2014 | 03-Granted in part |
| STEP 2: | 12/17/2014 | 12/17/2014 | 01/27/2015 | 02-Denied |

COMPLAINT: FINAL   : OFFENDER SAYS THAT HE WANTS A "OUT OF THE FIELD" DUTY STATUS
BECAUSE OF HIS KNEE PROBLEMS.
IF REJECTED REASON:

10/10/2014

10/10/2014

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: LSP-2014 -3096

TO: <u>CLYDE CARTER 99041</u>                    <u>D FAL 2</u>
     Offender's Name and Number                    Living Quarters


              <u>ONGOING</u>
             Date of Incident


X                         ACCEPTED:  This request comes to you from the Wardens Office.  A response will be
                issued within 40 days of this date.

                REJECTED:  Your request has been  rejected for the following reason(s):


     <u>10/31/2014</u>                                    <u>Trish Foster</u>
          Date                                    Warden's Signature or Designee

JX-CCH-000962

Legal oll/med 2014-3096

This is A Request For Administrative Remedy Precedures

I am (Clyde Carter, #99041) filing this (ARP) due to my physical injure torn ligaments; my Lateral Collateral Ligament, limits sideway motion and runs along the outside of my knee; Anterior Cruciate ligament limits rotation and the forward motion of the tibia crosses from the back of the femur to the front of the tibia; Medial Collateral ligament ligament limits sidway motion and runs along the inside of my knee joint; and my Posterior Cruciate ligament limits backward motion of the tibia. However, the entire joint in my knee is held in place by several ligaments and tendons, And my knee will and has slip-out of joint. which I have wroted several letters to the Medical Director, and Dr. Lavespere, MD, here at Louisiana state Penitentiary, R.E. Barrow, JR Treatment Center, Angola, LA 70712. Stating that I am having problems walking in the field on the uneven grounds, having to jump-ditches because the Officer's will not honor the "Restrictions" that are on "Squad A Duty Status," which is not helping my injure knee. This is very painful because the brace that I have is not stabilizing when I am having to walk on the uneven grounds and jumping ditches. This is why I wroted to the "Treatment Center" requesting "Out of Field" duty status, which I have not received as of this date.

Relief Requested

1). That I receive some kind of relief out of the field having to walk on the uneven grounds, because this is not helping my medical condition;

2). That I receive a "Stabilizing Brace" with neoprene hinged allows for full flexion while protecting injured medial and lateral structures such as MCl, PCl.

October 3, 2014

JX-CCH-000963

CASE NUMBER: LSP-2014-3096

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: CARTER, CLYDE 99041                    D FAL 2
                                           Living Quarters

Response to request dated 10/09/2014, received in this office on 10/10/2014

This is in response to your ARP 2014-3096. After careful review of the pertinent volumes of your current medical record, I find the following: The extensive documentation in your medical record indicates that you have been afforded the opportunity to address your concerns with professional staff in a manner that is consistent with guidelines set by LSP and your level of need. You have been followed in the LSP Physician's Clinic and your last visit was on 9-29-2014.
You have also been followed on a regular basis in the LSU Orthopedic Clinic and your last visit was on 6-30-2014. You have received a knee brace and a knee sleeve.
Dr. Lavespere reviewed your duty status based on the Orthopedic Physician's recommendations, which were considered during this review.
Your revised duty status is: Squad A, no prolonged walking, bending, no jumping, no sports, no hobbycraft and no rodeo x 6 months. This duty status expires on 3-17-2015.

The members of the LSP and the LSU Medical teams have responded to your situation. Your duty status has been reviewed and revised by Dr. Lavespere. At no time are you forced to perform the duties of any job, however, consequences may be imposed according to the Rules and Regulations for Adult Offenders. If you have job complaints, this matter would be better addressed through the Classification Department, which handles job changes and job assignments.

Your request for an out of field duty status is denied as it is not medically indicated at the time of this response.
Your request for a "stabilizing brace" is denied. The Orthopedic Physician has made recommendations for the most appropriate brace for you at the time of this response. You are in possession of the recommended brace.
If your complaints persist or worsen, you are advised to see sick call in your assigned living area, as this is the established procedure for accessing health care services.

Your request for remedy has been partially granted.

Prepared by
                    Stephanie Lamartiniere
                    Assistant Warden Health Services

        11-20-14
          Date                                        Unit Head

Instructions to Offender: If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of

JX-CCH-000964

this decision.

( )  I am not satisfied with this response and wish to proceed to Step Two.

Reason:

_____

_____

_____

_____          _____
            Date                                          Offender's Signature   DOC#

JX-CCH-000965



LOUISIANA STATE PENITENTIARY

ANGOLA, LOUISIANA

**ARP NUMBER:**   LSP - 2014 - 3096

RE:  CLYDE CARTER     99041

LOCATION: _____ D  A 1 2 _____

I HEREBY ACKNOWLEDGE RECEIPT OF 1ST STEP RESPONSE FORM REGARDING REQUEST
FOR REMEDY NUMBER LSP-2014-3096.

RECEIVED BY: _Clyde Carter_  #99041_
                    (INMATE'S NAME & NUMBER)

DATE RECEIVED: __11-24-14_____

DELIVERED BY: _____

=========================================================================

1.    Have the inmate sign this receipt.

2.    Delivery Officer signs the reciept and dates it.

3.    Give the Inmate the Manila Envelope and contents.

4.    Return the reciept to LEGAL PROGRAMS DEPARTMENT.

**RECEIVED**

NOV 2 5 2014

LEGAL PROGRAMS DEPARTMENT

JX-CCH-000966

LOUISIANA STATE PENITENTIARY
R.E . BARROW, JR. TREATMENT CENTER          DS#:
ANGOLA, LA  70712

MEDICAL DUTY STATUS REPORT
ISSUE DATE: 9/17/2014          MEMO TYPE DATE: 9/17/2014          D FAL 1

DOC#:99041          NAME:CARTER          , CLYDE          RACE:B
TEMPORARY DUTY STATUS:REGULAR DUTY WITH RESTRICTIONS: SQUAD A, NO PROLONGED
                     WALKING, BENDING, NO JUMPING, NO SPORTS, NO HOBBYCRAFT,
                     NO RODEO X SIX (6) MONTHS

REASON:MEDICAL

TEMPORARY DUTY EXPIRES 03/17/2015    AND REVERTS BACK TO PERMANENT DUTY STATUS
AT MIDNIGHT.                                              RDWR
TEMPORARY DUTY PER ORDERS OF:DR. LAVESPERE, MD
*****************************************************************************
ISSUE DATE: 11/26/2013          MEMO TYPE DATE: 12/03/2013
PERMANENT DUTY STATUS:REGULAR DUTY WITH RESTRICTIONS: SQUAD A, NO KITCHEN DUTY,
                     NO JUMPING DITCHES, NO HOBBYCRAFT, NO RODEO, NO SPORTS X
                     PERMANENT

REASON:     MEDICAL DIRECTOR REVIEW

PER ORDERS OF:DR. COLLINS, MD          MD    Perm Duty Status Code: RDWR
                                             INPUT BY

CC: INMATE SIGNATURE
    SECURITY SIGNATURE
    FILE

Louisiana State Penitentiary
R  Barrow, Jr. Treatment Center
Physician's Clinic

| | | | | |
|---|---|---|---|---|
| 6  6  4  6  -  ☐ | | | | FSNMOF |

| Name | | DOC | Location | Date: |
|---|---|---|---|---|
| CARTER | , CLYDE | 99041 | D FAL 2 | 9/29/2014 |

BP: 138/84  Temp 99.5  Pulse 62  Resp: 18  Height  Wt.: 264

DOB 12/10/58                    55  year old B   Male

Time: 9³⁵/am

Allergies: NKDA

Reason for Vis CLINIC A

Chief Complaint F/U HTN, L KNEE

O2 Saturation ☐

**<Field Mis**

HTN, ⒧ Knee MCL/ACL tear/med/lat meniscal tears

Pt having problems c̄ uneven surfaces
and is still jumping ditches.

refill                    #(P.) HTN
Norvasc ✓              2) ⒧ Knee MCL/ACL / med
Cozaar ✓                  lateral menisci
Hydralazine ✓  } Rx
Mobic                     DS review - having problem
                          in Field on uneven surface
                          + ditches, Hard CO F
                          now squad A

**Assessment:**                    **Plan:**

1. ___ RTC 3mo ___      1. ___
2. ___ COA ___          2. ___
3. ___                  3. ___
4. ___                  4. ___
5. ___                  5. ___

Date _____        MD Signature _____

LOUISIANA STATE PENITENTIARY
R.E. BARROW, JR. TREATMENT CENTER
PHYSICIANS CLINIC

: Clyde Carter _____ DOC#: 99041 ___ CAMP: D ___ JOB ASSIGN: _____

: _____ PULSE: _____ RESP: _____ B/P: _____ WEIGHT: _____

E: 9/17/14 _____

fE: _____

.LLERGIES: _____

Dx = Chronic ACL injury

Ortho rec'd "No cutting or Jumping"

DS –

Revised DS:        SQUAD A
          ADWL= prolonged walking, Bending, Ø Jumping
                Øsports ØHC Ørodeo  x  Camo

9-17-14  B Daydof  C SOlar

☐ DUTY STATUS: _____    ☐ APPOINTMENT: _____

☐ DIET: _____

☐ MISC. ORDERS: _____    PHYSICIAN SIGNATURE: _____

LSP-TC 19   06/2006              PHYSICIANS CLINIC

JX-CCH-000969

JX-CCH-000970

| 6 | 6 | 4 | 6 | - | |
|---|---|---|---|---|---|

R.F

**Louisiana State Penitentiary**
**arrow, Jr. Treatment Center**
**Physician's Clinic**

PSNMOF

| Name | | DOC | Location | Date: |
|---|---|---|---|---|
| CARTER | : CLYDE | 99041 | D EAG 3 | 8/20/2014 |

BP: 152/86  Temp 090  Pulse 72  Resp: 18  Height 5'5"  Wt.: 208    Time:
                                                                    10:19AM
DOB 12/10/58            55  year old B      Male

Allergies:  None Known
Reason for Vis __ CLINIC A
Chief Complaint:  F/U  HTN, KNEE

O2 Saturation [        ]

<Field Mis

① HTN - borderline, min c/o HA on Hydral → dↄ 9 days
                add corg

② (L) knee - chr ACL (by MRI) + MCL + lat'l meniscus
   jt instability → lot crepitance + occ'l "dislocates" @ HS
                     ortho → "adjust" D/S, gave
                     some quad Ex's

Dr L ☺ V → ✗ Needs: bottom bunk - climbs huts
                    ↑ valgus stress on standing from
                    if does not walk qd - PT stiffner
   co Seq 12.5 mg BID ☺ 4p  ①wears brace    .OOF?

**Assessment:**  ✓ Rx                    **Plan:**  RTC ← mo ①DW
1. _____                      1. _____
2. _____                      2. ✗KOP - prazem - (Sↄ tab x 3days)
3. _____                      3. _____
4. _____                      4. _____
5. _____                      5.  8-2014          [MD signature]
                                           **Date**          **MD Signature**

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
PHYSICIAN'S CLINIC

NAME: CARTER    ,CLYDE    DOC#: 99041    CAMP:D EAG 3    JOB:NURSING AIDE

DATE: 06/30/2014

Reason For Visit: ORTHO    3 MTH F/U

55 yo M c̄ chronic (L) ACL tear / LM News / MCL injury
10/2013. c/o pain . waking him up at night.

c/o occasional instability

(L) Knee
1° _____    1° _____

(3) McMurray

(3) TTP m/l Jt line

ROM - O - 130

Lachman 1° ACL

[circled note: Ortho recd ___ cutting or ___ Jumping]

Assess:                          Plan:
1. CHRONIC ACL                   1. Knee Sleeve _____ 10/14
2. _____              2. Quad Exercises
3. _____              3. Mobic 15 po Q day, TKI Equs
4. _____              4. Admit Dorm Status
5. _____              5. RTC 6 months

[signature across: 6/30/14]

6/30/14                          [signature]
Date                             MD Signature

JX-CCH-000971

55/ Bm

Clyde Carter # 99041
45311 mueller adj knee

**Location:** Eagle 3

Accepted by: _Clyde Carter_
DOC#: _99041_
Date: _6-10-14_

**OR**

Refused by: _____
DOC#: _____
Date: _____

Please have offender sign form then fax to 3-2127. Return original form
to Central Supply by way of Pill Box or by nursing staff. Thanks.

JX-CCH-000972

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
PHYSICIAN'S CLINIC

NAME: CARTER      ,CLYDE      DOC#: 99041    CAMP:D EAG 3        JOB:NURSING AIDE

DATE: 03/28/2014

Reason For Visit: ORTHO   AWAITS NEW ORLEANS

55 yo ♂

Pt č (L) ACL/lat men/MCL Injuries since 10/2013.
C/o common episodes of varus/valg Instability
& leg "giving out"

(L) LE: ⊕ lachmans
       ⊖ pd
       pain med č valgus stress
       ⊕ lat jt line
       ⊕ McMurry č IR
       0-125°

XR Down
Today

Assess:
1. Chronic (L) ACL
2.
3.
4.
5.

Plan:
1. Duty Status
2. Knee Sleeve
3. Flu 3 mos
4. 9 Plan
5. @

Add
cont of
fb/us

3/28/14          Russo
Date           MD Signature

002175

**Form HC-01-A**
**14 September 2009**

**Health Care Request Form**

Institution_____

| Clyde Carter | 99041 | 55 | Falcon 4 | Farm line |
|---|---|---|---|---|
| Name | DOC # | Age | Housing | Job Assignment |

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:**
Preexistence Condition i.e, Due to torn ligament in my left knee. I have been having problems with my knee, like my leg has been numb, with a lot of swelling and pain. I really need to see a Doctor about this matter, because my knee is not healing.

**Healthcare Personnel Screening:** Date: 1-5-14   Time: 0610?   Location Seen: Fed

(Circle One):   Emergency / Routine Sick Call / Work Related Allergies: NKDA

B/P 160/80   Pulse 88   Resp 12   Temp _____   Other _____

**Assessment/Comment:** Pt c/o as above PE some swelling of (R) Knee c̄ a̅ redness, tender to touch. Amb c̄ diff. Pt denies hip or ankle pain. PMSx4 AtoX4 Spoke in full unbroken sentences. Rest of PE Unremarkable. V/ as above

**Disposition:** S/c prn
Keep sch Apt.

**Health Care Practitioner Notes:**

**New Medications Ordered:**

Total #: ∅

Screener's Signature: _Xalonbe 551_   HCP's Signature: _____   Date:

☐ No Fees  ☒ $3 Access Fee  ☒ $6.00 Access Fee  ☐ $2 for Each Prescription Fee: $_____  Total: $ 300

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

| Clyde Carter | 99041 | 1-5-14 | Xalonbe 551 |
|---|---|---|---|
| Offender Signature | DOC # | Date | Witness Signature |

Original - Offender's Medical Record     Yellow - Business Office     Pink - Offender's Copy

Mueller 7-pt    47489   8,14 0-9    4531

# THE BRACE & SUPPORT FORM

| Lumbar spine Brace | 9291-41 | Small: 27-39 waist | Notes: |
|---|---|---|---|
| | 9291-42 | Regular: 32-47 waist | |
| | 9291-43 | XL: 40-54 waist | |
| | 9291-44 | XXL: 46-62 waist | |
| Knee Brace with stays | 7103-02 M<br>7103-03 L<br>7103-04 XL | Circumference below kneecap:<br>M 13½-15"<br>L 15- 16½"<br>XL 16½- 18" | |
| | | | |
| Knee Braces NO-STAYS | 45311  XL | Measure 3" above knee cap 12-20" | |
| PLEASE | NO | HINGED | BRACES |
| Ankle Supports Hard plastic for severe pain | 8053-02 | One size R or L | |
| Soft for Rehab & minor ankle sprain | 5546-54-02 | Medium: 7-8 | |
| | 5546-54-03 | Large: 8 ½-9 ½ | |
| | 5546-54-04 | XL: 10-11 | |
| | 5546-54-05 | XXL: 11 ½-13 | |
| AFO Mild to Mod. Foot Drop | R: 5608-17-05<br>5608-17-06 | L: 5608-17-02<br>5608-17-03 | SIZE:<br>MED: 6-9 ½<br>LRG: 10-15 |
| Clavicle support/ AC joint | A549-321 | Small: 24-30 chest circ | |
| | A549-322 | Medium: 30-36 chest circ | |
| | A549-323 | Large: 36-42 chest circ | |
| | A549-324 | XL: 42-48 chest circ | |

JX-CCH-000975

PSNMOF

Louisiana State Penitentiary
Barrow, Jr. Treatment Center
Physician's Clinic

| Name CARTER | , CLYDE | DOC 99041 | Location D FAL 4 | | Date: 1/9/2014 |
|---|---|---|---|---|---|

BP: 158 , 86  Temp 98  Pulse 62  Resp: 18  Height ___  Wt.: ___  Time: ___

DOB 12/10/58     55 year old B  Male

Allergies:

Reason for Vis CLINIC A

Chief Complaint F/U APE HTN, KNEE PAIN, S/C KNEE

O2 Saturation ___

**< Field Mis**

HTN, ① knee MCL/ACL/② meniscal tear

Pt reports he is being written up
For jumping ditches and prolonged walking
to the Field. Ortho wanted extended
Duty Status until seen by ortho in
NOLA.

KOP course

PE brace on
② effusion

A/P. 1) HTN
2) ① knee MCL/ACL
   ② meniscal tear

refill
Naproxen

Kent

DS review as
above    no △ △?

**Assessment:**

1.        RTC 3 mo
2.        ⊘ as
3.
4.   1/9/14
5.   0755

**Plan:**

1.
2.
3.
4.
5.

Date ___          MD Signature ___

JX-CCH-000976

**Form HC-01-A**
14 September 2009

**Health Care Request Form**

Institution LSP

048799

Name _Clyde Carter_   DOC # _99041_   Age _55_   Housing _Fall 4_   Job Assignment _Line 25_

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:**

(L) knee

**Healthcare Personnel Screening:** Date: _12-10-13_  Time: _0821_  Location Seen: _Line 25_

(Circle One): (Emergency) / Routine Sick Call / Work Related Allergies: _NKDA_

B/P _____ Pulse _____ Resp _____ Temp _____ Other _____

**Assessment/Comment:** Pt ambulating 5 difficulty or assistance, AAOx3. Pt
C/o (L) knee pain & swelling - states has torn ACL in (L) knee.
Pt refuses to allow visible assessment of knee 2° "its too cold"
Advised pt I couldn't provide any ? to 5 assessment pt states "Just give me
a duty status so I can go back in to the warm air" Advised pt I could not do that &
he became argumentative. I gave several direct verbal orders to step away from the
truck & go back to his line. Pt refused all orders given. pt was told to
get in back of truck (which he did 5 difficulty or assistance) pt was restrained & brought
Naproxen, norvasc, losartan, hydralazine    to (PP) Saliport. (DB report issued)
                                              pt custody turned over to Capt Hebert 5

**Disposition:** continue meds - has DB# 3.5.15b    **Health Care Practitioner Notes:** incident of
-kup appt    appropriate Rx.                      5 inpt condition
-SC PRN

**New Medications Ordered:**

Total #: _0_

Screener's Signature: _____   HCP's Signature: _____   Date: _12-10-13_

☐ No Fees  ☐ $3 Access Fee  ☑ $6.00 Access Fee  ☐ $2 for Each Prescription Fee: $ ___   Total: $ _6.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

Offender Signature _Clyde Carter_   DOC # _99041_   Date _12-10-13_   Witness Signature

Original - Offender's Medical Record     Yellow - Business Office     Pink - Offender's Copy

CASE NUMBER: LSP-2014-3096

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: <u>CARTER, CLYDE 99041</u>                D FAL 2
                                              Living Quarters

Response to request dated 10/09/2014, received in this office on 10/10/2014

This is in response to your ARP 2014-3096. After careful review of the pertinent volumes of your current medical record, I find the following: The extensive documentation in your medical record indicates that you have been afforded the opportunity to address your concerns with professional staff in a manner that is consistent with guidelines set by LSP and your level of need. You have been followed in the LSP Physician's Clinic and your last visit was on 9-29-2014.
You have also been followed on a regular basis in the LSU Orthopedic Clinic and your last visit was on 6-30-2014. You have received a knee brace and a knee sleeve.
Dr. Lavespere reviewed your duty status based on the Orthopedic Physician's recommendations, which were considered during this review.
Your revised duty status is: Squad A, no prolonged walking, bending, no jumping, no sports, no hobbycraft and no rodeo x 6 months. This duty status expires on 3-17-2015.

The members of the LSP and the LSU Medical teams have responded to your situation. Your duty status has been reviewed and revised by Dr. Lavespere. At no time are you forced to perform the duties of any job, however, consequences may be imposed according to the Rules and Regulations for Adult Offenders. If you have job complaints, this matter would be better addressed through the Classification Department, which handles job changes and job assignments.

Your request for an out of field duty status is denied as it is not medically indicated at the time of this response.
Your request for a "stabilizing brace" is denied. The Orthopedic Physician has made recommendations for the most appropriate brace for you at the time of this response. You are in possession of the recommended brace.
If your complaints persist or worsen, you are advised to see sick call in your assigned living area, as this is the established procedure for accessing health care services.

Your request for remedy has been partially granted.

Prepared by _____ CCN/og
                Stephanie Lamartiniere
                Assistant Warden Health Services

            11-20-14                        _____
            Date                                  Unit Head

<u>Instructions to Offender:</u> If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of

JX-CCH-000978

this decision.

(✓)  I am not satisfied with this response and wish to proceed to Step Two.

Reason:
My Physical injure, torn ligaments are not going to get any better without a stabilizing
Brace with neoprene hinged, because I am having to walk on uneven grounds, jumping
ditches, when the Officer's are not honoring Squad A Duty Status with Restrictions. This is not
helping my injure knee.

November 24, 2014                                    Clyde Carter      99041
_____                     _____
          Date                                    Offender's Signature   DOC#

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER: LSP-2014-3096

SECOND STEP RESPONSE FORM
(HEADQUARTERS)

TO: <u>CARTER, CLYDE   99041</u>                          <u>LSP</u>
Offender Name and Number                          Living Unit

Response to Request Dated 11/24/2014, Received in this Office on 12/17/2014:

Your request for an Administrative review of ARP# LSP-2014-3096 has been received.  A qualified
member of the Headquarters staff has reviewed your request in order to render a fair and impartial
response.

Your statement has been considered as well as your medical records.  The medical staff is well aware of
your medical condition and has adequate information upon which to base a determination of your medical
concerns and the treatment necessary.  As stated in the first step response and which is supported by
your medical records:  your duty status was revised to Regular Duty with restrictions, Squad A, No Kitchen
Duty, No Jumping Ditches, No Hobbycraft, No Rodeo, No Sports, Permanent; an out of field duty status is
not medically indicated at the time of the first step response; and the Orthopedic Physician has made
recommendations for the most appropriate brace for you and you are in possession of the recommended
brace.  Medical opinion is controlling.  The medical care you have received and will continue to receive is
deemed adequate.  No further investigation will be conducted as this issue has been clearly addressed in
the first step response.

Therefore, your request for relief is denied.

_____01/27/15_____                          _____
Date                                            Secretary's Signature or His Designee

R E C E I V E D

FEB 0 3 2015

Legal Programs Department

LOUISIANA STATE PENITENTIARY
ANGOLA, LOUISIANA

INMATE:   99041 CLYDE CARTER

LOCATION:   D FAL 2

## ACKNOWLEDGMENT OF RECEIPT OF SECOND STEP RESPONSE

This will acknowledge receipt of the SECOND STEP response
(SECRETARY'S RESPONSE) OF ARP #LSP-2014-3096 .

RECEIVED BY: _____

DATE RECEIVED: _____

DELIVERED BY: _____

==================================================================

PLEASE READ THE FOLLOWING
INSTRUCTIONS TO DELIVERY OFFICER:

1.   Have the inmate sign and date the second step portion of
     the envelope acknowledging receipt of the second step
     response.

2.   Have the inmate sign this receipt.

3.   Delivery Officer signs receipt and dates it.

4.   Give the inmate the contents of the envelope.

5.   Return the envelope and the receipt to LEGAL PROGRAMS DEPARTMENT.

12-8-14

R E C E I V E D

FEB 0 5 2015

Legal Programs Department

8/28/16

Alton Adams Doc #284186
Camp C Wolf 3

Emergency ARP: ON R.E. Burrow Treatment Cen.

    I filing this Compliant on the above
named, for not coming to treatment for
the accident I had when I flipped
backward out of my wheelchair in the
shower on the 8/25/16 at 10:00Pm. I notified
the Door Sgt, and he notified the Cpt, which
was Cpt. Chaffin, and he came in the shower
and seen me, which he then called for the
EMT, to come. I stayed in the shower area
for 45 minutes before the EMT came, and I
told him that I hurt my back and my
Amputee, from the fall. I wasn't taken to
the hospital until 4 hours later by a
transportation van, which I have one leg,
and I had a health care to pick me out of
my wheelchair and put me in the van. They
didn't send a ambulance to come get me, with
the back injury I had from the fall. I would
have not received these injuries if they had
the handicap ramp right, that they made
out of plywood. That is very dangerous. I
ask that some action be taken about this
matter. Brady Harrington
was the health care orderly.  Thank You
                          Alton Adams

JX-CCH-000982

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JOSEPH LEWIS, JR., KENTRELL PARKER,       CIVIL ACTION NO. 15-CV-318
FARRELL SAMPIER, REGINALD GEORGE,
JOHN TONUBBEE, OTTO BARRERA, CLYDE
CARTER, CEDRIC EVANS, EDWARD               JUDGE: BRIAN A. JACKSON
GIOVANNI,   RICKY D. DAVIS, LIONEL
TOLBERT, AND RUFUS WHITE, on behalf of     MAGISTRATE JUDGE:
themselves and all others similarly situated   RICHARD L. BOURGEOIS, JR.

VERSUS

BURL CAIN, Warden of the Louisiana State
Penitentiary, in his official capacity; STEPHANIE
LAMARTINIERE, Assistant Warden for Health
Services, in her official capacity, JAMES M.
LEBLANC, Secretary of the Louisiana
Department of Public Safety and Corrections
in his official capacity and THE LOUISIANA
DEPARTMENT OF PUBLIC SAFETY AND
CORRECTIONS

---

## EXPERT REPORT OF BRIAN NOLAN

I.   **Name and Address of Expert**

Brian Nolan, Architect

3331 Mills Street

Carencro, LA 70520

II.   **Statement of Expert Opinions, along with Reasons, the Facts or Data
Considered, and Exhibits Considered**

I was retained to review the violation findings and photographs in the September 29,
2016 report by Mark J. Mazz, AIA of an Americans with Disabilities Act review of
Louisiana State Penitentiary. The report contains an on-site survey of the following
areas with references to applicable standards:

1. Ash 2 and Cypress 2 Dormitories
a. Accessible route to public check-in desk
b. Van transit parking
c. Access to recreation yards
d. Law Library and visiting area

JX-CCH-000983

e. Contact visiting space
f. Public side of the non-contact visiting space
g. Inmate restroom (near Law library)
2. Camp F, Bldg. E, Dormitory 1
3. Treatment Unit
a. Protection Tier shower
b. Extended Lockdown (Mental Health) Tier shower
c. Cell #13 d. Timeout Cell B
4. R.E. Barrow Treatment Center
a. Nursing Unit 1
b. Nursing Unit 2
c. Cell #7

See Attachment A

I reviewed and analyzed each item to determine if a violation exists. Common violations between the Department of Justice Settlement Agreement between the United States of America and Louisiana State Penitentiary (DJ #204-32M-55) and the Mazz report are indicated.

In summation, I can substantiate the items recorded in the above referenced Mazz report as being violations of the 1991 and 2010 ADA Standards for Accessible Design.

**III.    Qualifications**

1977: Bachelors of Architecture, University of Southwestern Louisiana

Apprenticed with: Glankler and Broadwell, Architects, Alexandria, Louisiana

Joe Fryar, Architect, Alexandria, Louisiana

Architects Southwest, Lafayette, Louisiana

1983: Licensed Architect, State of Louisiana No. 3103

1983-1986: Perez and Associates, New Orleans, Louisiana-

>Project Architect for Computer Facilities, Hotels, Banks

Project Costs: $ 10,000,000+

1986-1989: Chrestia and Staub, New Orleans, LA/ New York, New York-

>Project Architect for high-end, New York City and Hampton residences,

Project Costs: $ 2,000,000+

>Team Architect: Hotel Cap-Ferrat, France

JX-CCH-000984

Project Costs: $ 40,000,000

1989-1992: Urban Innovations Group, Los Angeles, California

>Technical Director / Project Architect for hotels, parking garages

Project Costs: $ 14,000,000+

1992- 2016: Self-Employed, Brian Nolan, Architect, Lafayette, Louisiana-

New Residences, Office Buildings, Medical Buildings, Educational

facilities, Industrial facilities:

1997- 2003: Louisiana State University, Baton Rouge, Louisiana- Building

upgrades /improvements / additions

2002- 2004: Project Designer / Architect Riviana Foods Inc., Abbeville,

Louisiana  Packaging Plant/Warehouse

2005- 2016: Project Designer / Architect State of Louisiana, Louisiana

Department of Wildlife and Fisheries, Louisiana Department of

Corrections

I have authored no publications, nor have I previously testified as an expert at trial or by deposition.

## IV.   Compensation

Hourly rate for review/analysis/travel and other expenses - $100.00