# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

JOSEPH LEWIS, JR., KENTRELL PARKER,  
FARRELL SAMPIER, REGINALD GEORGE,  
JOHN TONUBBEE, OTTO BARRERA, CLYDE  
CARTER, CEDRIC EVANS, EDWARD  
GIOVANNI,  RICKY D. DAVIS, LIONEL  
TOLBERT, AND RUFUS WHITE, on behalf of  
themselves and all others similarly situated

VERSUS

BURL CAIN, Warden of the Louisiana State  
Penitentiary, in his official capacity; STEPHANIE  
LAMARTINIERE, Assistant Warden for Health  
Services, in her official capacity, JAMES M.  
LEBLANC, Secretary of the Louisiana  
Department of Public Safety and Corrections  
in his official capacity and THE LOUISIANA  
DEPARTMENT OF PUBLIC SAFETY AND  
CORRECTIONS

CIVIL ACTION NO. 15-CV-318

JUDGE: SHELLY D. DICK

MAGISTRATE JUDGE:  
RICHARD L. BOURGEOIS, JR.

---

## DEFENDANTS' MOTION FOR SITE VISIT BY JUDGE

---

NOW INTO COURT COME DEFENDANTS, through undersigned counsel, who respectfully move this Honorable Court to attend a site visit of Louisiana State Penitentiary in connection with the trial in this matter. For the reasons more fully set forth in the attached memorandum, Defendants respectfully move that this Honorable Court attend a site visit of Louisiana State Penitentiary to aid in its evaluation of the facts at issue in this matter.

Respectfully Submitted:

JEFF LANDRY,  
ATTORNEY GENERAL

KANTROW, SPAHT, WEAVER & BLITZER  
(A PROFESSIONAL LAW CORPORATION)  
445 North Boulevard, Suite 300 (70802)  
P. O. Box 2997

Baton Rouge, Louisiana 70821-2997
Telephone: (225) 383-4703
Facsimile: (225) 343-0630

By: /s/ Randal J. Robert
      Randal J. Robert (#13800)
      Connell L. Archey (#29992)
      Keith J. Fernandez (#33124)
      George P. Holmes (#36501)
      *Special Assistant Attorneys General*
      Email: randy@kswb.com
            connell@kswb.com
            keith@kswb.com
            george@kswb.com

**SHOWS, CALI & WALSH, L.L.P.**
Mary E. Roper, La. Bar Roll No. 22146
Jeffrey K. Cody, La. Bar Roll No. 28536
Caroline T. Bond, La. Bar Roll No. 34120
John C. Conine, Jr., La. Bar Roll No. 36834
*Special Assistant Attorneys General*
628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, Louisiana 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-1467
Email: maryr@scwllp.com
       jeffreyc@scwllp.com
       caroline@scwllp.com
       coninej@scwllp.com

Patricia Wilton (La. Bar Roll No. 18049)
Elizabeth Murrill (La. Bar Roll No. 20685)
Michelle White (La. Bar Roll No. 26988)
Angelique Freel (La. Bar Roll No. 28561)
Colin Clark (La. Bar Roll No. 33775)
Andrea Barient (La. Bar Roll No. 35643)
*Assistant Attorneys General*
Louisiana Department of Justice
1885 North 3rd Street
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6200
Facsimile: (225) 326-6297
Email: WiltonP@ag.louisiana.gov
       MurrillE@ag.louisiana.gov

2

WhiteMi@ag.louisiana.gov
FreelA@ag.louisiana.gov
ClarkC@ag.louisiana.gov
BarientA@ag.louisiana.gov

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September, 2018, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

_____/s/ Randal J. Robert_____
Randal J. Robert