**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| JOSEPH LEWIS, JR., *et al.*, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | CIVIL ACTION NO. 3:15-cv-00318 |
| v. | JUDGE SDD |
| BURL CAIN, Warden of the Louisiana State Penitentiary, in his official capacity, *et al.*, | MAGISTRATE RLB |
| Defendants. | |

### RESPONSE TO DEFENDANTS' MOTION FOR SITE VISIT BY JUDGE

On September 11, 2018, less than a month before trial was set to begin, Defendants filed a motion for the Court to participate in a site visit of Louisiana State Penitentiary (LSP). (Rec. Doc. 461). Defendants' request appears to be that the Court visit the R.E. Barrow Treatment Center, assisted living dormitories, out-camp clinics, and the death row clinic, in order to "aid its fact finding at trial." (Rec. Doc. 461-1 at 1-2). Plaintiffs support Defendants' request that the Court schedule a visit to LSP but believe that this visit should take place after the liability phase of trial is completed, if and when current conditions become relevant. In addition, Plaintiffs' counsel should be present throughout the entirety of the Court's visit, as well as be involved in the planning of the visit.

In June of this year, the Court ordered that the trial be bifurcated into separate liability and remedy phases. (Rec. Doc. 419 at 3). The Court also granted Plaintiffs' Motion to Exclude Evidence of Post-Discovery Conditions, and ordered that evidence for the liability phase "be limited a 'snapshot in time'" – specifically, "the healthcare conditions and the facility conditions as they existed as of September 30, 2016." (*Id.* at 2-3). Accordingly, the current conditions at LSP, to the extent they differ

from the conditions during the discovery period, are irrelevant to the Court's adjudication of Plaintiffs'

constitutional and ADA claims.

On the other hand, the Court has indicated that evidence of conditions after September 30,

2016, will become relevant to the crafting of injunctive relief if Plaintiffs prevail at the liability phase.

(Rec. Doc. 419 at 3). Rather than conducting multiple full-day visits to LSP, with the attendant costs

and scheduling burdens for the Court, Plaintiffs believe the Court's fact-finding would be better served

by a single visit after the upcoming three-week trial on liability. If the Court determines after the

liability trial that any remaining liability questions require a site visit, the visit could be scheduled shortly

after the liability trial. If the Court concludes that a site visit will be necessary only for remedial issues,

it could be deferred until the parties have presented their positions on appropriate remedies to the

Court. In any event, the Court need not decide Defendants' motion now, as it will be far clearer

whether and how a site visit will be useful after the upcoming trial. Counsel for Plaintiffs and

Defendants could confer on the length and scope of a site visit to recommend to the Court at that

point in time.

Respectfully submitted by:

/s/ *Mercedes Montagnes*
Mercedes Montagnes, La. Bar No. 33287
Amanda Zarrow (*pro hac vice*)
Nishi Kumar, La. Bar No. 37415
The Promise of Justice Initiative
636 Baronne Street
New Orleans, LA 70113
Telephone: (504) 529-5955
Facsimile: (504) 558-0378
Email: mmontagnes@thejusticecenter.org

Jeffrey B. Dubner (*pro hac vice)*
P.O. Box 34553
Washington, DC 20043
Telephone: (202) 656-2722

Email: Jeffrey.dubner@gmail.com

Daniel A. Small (*pro hac vice*)
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: dsmall@cohenmilstein.com

Bruce Hamilton, La. Bar No. 33170
ACLU Foundation of Louisiana
P.O. Box 56157
New Orleans, Louisiana 70156
Telephone: (504) 522-0628
Facsimile: (504) 613-6511
Email: bhamilton@laaclu.org

Miranda Tait, La. Bar No. 28898
Advocacy Center
600 Jefferson Street, Suite 812
Lafayette, LA 70501
Telephone: (337) 237-7380
Facsimile: (337) 237-0486
Email: mtait@advocacyla.org

Jamila Johnson, La. Bar No. 37953
Meredith Angelson, La. Bar No. 32995
Jared Davidson, La. Bar No. 37093
Southern Poverty Law Center
201 Saint Charles Avenue, Suite 2000
New Orleans, LA 70170
Telephone: (504) 486-8982
Facsimile: (504) 486-8947
Email:  jamila.johnson@splcenter.org
         meredith.angelson@splcenter.org
         jared.davidson@splcenter.org

*Attorneys for Plaintiffs*

4

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2018, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF

participants.

/s/ Mercedes Montagnes
Mercedes Montagnes