## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
SEPTEMBER 25, 2018
CHIEF DISTRICT JUDGE SHELLY D. DICK

**JOSEPH LEWIS, JR., ET AL.**

**VERSUS**

**CAIN, ET AL.**

CIVIL ACTION

15-318-SDD-RLB

This cause came on this day for a *Pretrial Conference*.

**PRESENT:   Mercedes Montagnes, Esq.
Bruce Hamilton, Esq.
Jeffrey Dubner, Esq.
Amanda Zarrow, Esq.
Jared Davidson, Esq.
Jamila Johnson, Esq.
Nishi Kumar, Esq.
Counsel for Plaintiff**

**Connell Archey, Esq.
Jeffrey Cody, Esq.
Randal Robert, Esq.
Mary Roper, Esq.
Counsel for Defendant**

Counsel make appearances.

Court discusses pending Motions. Plaintiffs' *Second Motion Requesting Judicial Notice*[1] is denied in part and granted in part finding Exhibits 1 – 7 require specificity; Exhibits 8 and 9 are admitted subject to Defendant's ability to put on testimony that disputes those reports; and Exhibits 10, 11, and 12 are denied judicial notice.

---

[1] Rec. Doc. 466.

Plaintiffs' *Motion for Leave to File Excess Pages for Deposition Designations*[2] is granted.

Plaintiffs' *Motion for Leave to Permit Dr. Jane Andrews to Testify Remotely at Trial*[3] is denied with reservation of right to re-urge by 10/3/2018.

Defendants' *Motion for Site Visit*[4] is deferred to trial.

\* \* \* \* \*

Cv27/0.50

---

[2] Rec. Doc. 464.
[3] Rec. Doc. 459.
[4] Rec. Doc. 461.