Lewis v. Cain—October 1, 2018
Plaintiffs' FINAL Exhibit List

| PX Number | Substance/Purpose | Defendants' Objections | Sealed |
|---|---|---|---|
| 1 | email response re Giovanni and Parker medical care | | Sealed |
| 2 | response to Advocacy Center letter re Kentrell Parker isolation | | Sealed |
| 3 | response to Advocacy Center letter re Kentrell Parker isolation | | Not Sealed |
| 4 | response to Advocacy Center letter re Kentrell Parker isolation | | Not Sealed |
| 5 | response to Advocacy Center letter re Kentrell Parker isolation | | Sealed |
| 6 | Plaintiffs' corrected medical expert report | | Not Sealed |
| 7 | Plaintiffs' ADA expert report | | Not Sealed |
| 8 | email re medical necessity | | Sealed |
| 9 | email medical necessity | | Not Sealed |
| 10 | email re screening colonoscopies | | Not Sealed |
| 11 | email re infirmary staffing | | Not Sealed |
| 12 | email re inmates with stroke symptoms | | Not Sealed |
| 13 | email re inmates with infections | | Not Sealed |
| 14 | meeting minutes from statewide healthcare meeting | | Not Sealed |
| 15 | proposal re EHCC medical dorm | | Not Sealed |
| 16 | evacuation plans | | Not Sealed |
| 17 | consent decree in *Lynn v. Williams* | | Not Sealed |
| 18 | expert report of Brian Nolan | | Not Sealed |
| 19 | Dr. Puisis Lynn v. Williams' Report | | Not Sealed |
| 20 | 1994 DOJ Findings | | Not Sealed |
| 21 | email regarding nursing unit staffing | | Not Sealed |

Lewis v. Cain—October 1, 2018
Plaintiffs' FINAL Exhibit List

| PX Number | Substance/Purpose | Defendants' Objections | Sealed |
|---|---|---|---|
| 22 | census and acuity documentation 2011-2015 | | Not Sealed |
| 23 | Singh email regarding staffing | | Not Sealed |
| 24 | email re Wexford report | | Not Sealed |
| 25 | email regarding screening colonoscopies | | Not Sealed |
| 26 | email regarding screening colonoscopies | | Not Sealed |
| 27 | ACA Medical Evaluation | | Not Sealed |
| 28 | Plaintiffs' medical expert rebuttal report to Thomas report | | Sealed |
| 29 | email regarding Wexford report | | Not Sealed |
| 30 | email regarding Wexford report | | Not Sealed |
| 31 | email regarding radiation treatments | | Sealed |
| 32 | email regarding cataract surgeries | | Sealed |
| 33 | 2014 peer review by Dr. Prejean | | Sealed |
| 34 | Table of post-op wound infections | | Sealed |
| 35 | 2012 peer review report | | Sealed |
| 36 | email regarding follow-up care for cancer patients | | Sealed |
| 37 | email regarding hernia treatment and attachment | | Sealed |
| 38 | eceptionist entry 84306 | | Sealed |
| 39 | eceptionist entry 78746 | | Sealed |
| 40 | eceptionist entry 22976 | | Sealed |
| 41 | EMS workload statistics | | Not Sealed |
| 42 | email re screening colonoscopies | | Not Sealed |

| PX Number | Substance/Purpose | Defendants' Objections | Sealed |
|---|---|---|---|
| 43 | eceptionist record 84306 | | Sealed |
| 44 | email re hernia treatment scheduling | | Not Sealed |
| 45 | protocol for hernia treatment | | Not Sealed |
| 46 | document regarding cost containment strategies | | Not Sealed |
| 47 | eceptionist records re Clyde Carter | | Sealed |
| 48 | email re telemedicine | | Not Sealed |
| 49 | email regarding issues with trips | | Not Sealed |
| 50 | email re nursing supplies | | Not Sealed |
| 51 | REBTC monthly management report, March 2016 | | Sealed |
| 52 | REBT monthly management report, April 2016 | | Sealed |
| 53 | sick call form re Shannon Hurd | | Sealed |
| 54 | email regarding health care numbers | | Not Sealed |
| 55 | email re drug costs | | Not Sealed |
| 56 | email re off-site health care meeting minutes | | Not Sealed |
| 57 | email re health care spending statistics | | Not Sealed |
| 58 | email re screening colonoscopies | | Not Sealed |
| 59 | email regarding Advocacy Center letter | | Not Sealed |
| 60 | email re negative pressure system | | Sealed |
| 61 | email re inmate medical care | | Sealed |
| 62 | email regarding peer reviews | | Not Sealed |
| 63 | A-02-048-A form for Randy Lavespere | | Not Sealed |

| PX Number | Substance/Purpose | Defendants' Objections | Sealed |
|---|---|---|---|
| 64 | email regarding physician supervisor | | Not Sealed |
| 65 | email attaching death review | | Sealed |
| 66 | email regarding inmate death | | Not Sealed |
| 67 | Singh letter regarding staffing | | Not Sealed |
| 68 | email regarding quality improvement meetings with attachments | | Sealed |
| 69 | email re cancer patients needing appointments | | Sealed |
| 70 | email re post-op wound infections | | Not Sealed |
| 71 | email re Kentrell Parker | | Sealed |
| 72 | email re prisoner medical update | | Sealed |
| 73 | attachment re pending surgeries | | Sealed |
| 74 | email re patient's HIV treatment | | Sealed |
| 75 | email re Keppra and Neurontin | | Sealed |
| 76 | spreadsheet re inmate medical care | | Sealed |
| 77 | email re HIV patient | | Sealed |
| 78 | email re futility of care teleconference | | Not Sealed |
| 79 | email regarding treatment at Our Lady of the Lake | | Sealed |
| 80 | email regarding hiring Ron Sylvest | | Sealed |
| 81 | email re Clyde Carter medical care | | Sealed |
| 82 | email re hernias | | Sealed |
| 83 | email re medical care of Justin Pleasant | | Sealed |
| 84 | email re no shows | | Sealed |

Lewis v. Cain—October 1, 2018
Plaintiffs' FINAL Exhibit List

| PX Number | Substance/Purpose | Defendants' Objections | Sealed |
|---|---|---|---|
| 85 | email regarding Ancar treatment and transfer | | Sealed |
| 86 | notes on inmates medical care | | Not Sealed |
| 87 | email forwarding Wexford Group report | | Not Sealed |
| 88 | email re inmate death | | Not Sealed |
| 89 | email regarding providers with restricted licenses | | Seal |
| 90 | email re oncology appointments | | Sealed |
| 91 | email re medication administration | | Not Sealed |
| 92 | email re screening colonoscopies | | Not Sealed |
| 93 | email re screening colonoscopies | | Not Sealed |
| 94 | email re managed care contract system | | Not Sealed |
| 95 | email re cancer appointments | | Sealed |
| 96 | email re offender death | | Not Sealed |
| 97 | email re offender healthcare | | Sealed |
| 98 | email re surgical needs | | Not Sealed |
| 99 | email re HIV and work release | | Not Sealed |
| 100 | email re psychotropic medications | | Sealed |
| 101 | email re backlog numbers | | Not Sealed |
| 102 | email re screening colonoscopies | | Not Sealed |
| 103 | email re missed appointments | | Not Sealed |
| 104 | email re inmate mortality | | Sealed |
| 105 | meeting notes re leadership team meeting | | Not Sealed |

Lewis v. Cain—October 1, 2018
Plaintiffs' FINAL Exhibit List

| PX Number | Substance/Purpose | Defendants' Objections | Sealed |
|---|---|---|---|
| 106 | email re screening colonoscopies | | Not Sealed |
| 107 | email re hernia treatment | | Not Sealed |
| 108 | email re screening colonoscopies | | Not Sealed |
| 109 | email forwarding Wexford Group report | | Not Sealed |
| 110 | email re complaint to LSBME | | Not Sealed |
| 111 | email re offender death | | Not Sealed |
| 112 | email re Walter Reed medical care | | Sealed |
| 113 | form for reporting medication non-compliance | | Not Sealed |
| 114 | email re eceptionist request | | Sealed |
| 115 | email attaching cost analysis for inmate health care | | Not Sealed |
| 116 | email re costs of incarceration | | Sealed |
| 117 | email re costs of offender treatment | | Sealed |
| 118 | email re inmate admission | | Sealed |
| 119 | email re no-show | | Sealed |
| 120 | email re offender needing joint replacements | | Sealed |
| 121 | sample pill call log | | Sealed |
| 122 | email re Walter Read healthcare | | Sealed |
| 123 | email re pill call in Camp J | | Sealed |
| 124 | email re pill call staffing | | Not Sealed |
| 125 | email re missing manifest | | Not Sealed |
| 126 | email re endoscopy | | Not Sealed |

| PX Number | Substance/Purpose | Defendants' Objections | Sealed |
|---|---|---|---|
| 127 | email re pill call training | | Not Sealed |
| 128 | email re missed follow-up appointments | | Not Sealed |
| 129 | email re canteen purchases for indigent inmates, specifically over the counter meds | | Not Sealed |
| 130 | email re Pharmacorr | | Not Sealed |
| 131 | email re John Freeman healthcare | | Sealed |
| 132 | referral tracking form | | Not Sealed |
| 133 | email re audiograms | | Sealed |
| 134 | email re information needed by Mary Bird Perkins | | Not Sealed |
| 135 | email re Henry Talley healthcare | | Sealed |
| 136 | email re offenders assigned to wheelchairs | | Not Sealed |
| 137 | email re Donald Woodley healthcare | | Sealed |
| 138 | email re Robert Williams healthcare | | Sealed |
| 139 | email re physicians at Angola | | Not Sealed |
| 140 | email re Patrick Kennedy healthcare | | Sealed |
| 141 | email re hematology and oncology appointments | | Not Sealed |
| 142 | email re missed and rescheduled appointments | | Not Sealed |
| 143 | email re night shifts | | Not Sealed |
| 144 | email re nursing unit censuses | | Not Sealed |
| 145 | email re chemotherapy | | Sealed |
| 146 | wish list of items to be addressed | | Not Sealed |
| 147 | letter re LSP staffing | | Not Sealed |

| PX Number | Substance/Purpose | Defendants' Objections | Sealed |
|---|---|---|---|
| 148 | email re heme/onc appointment | | Sealed |
| 149 | email re Ulysses Brown healthcare | | Sealed |
| 150 | presentation re Aging Population in Corrections | | Not Sealed |
| 151 | document re aging-related costs | | Sealed |
| 152 | email re offender visits to outside facilities | | Not Sealed |
| 153 | email re hernia repair | | Not Sealed |
| 154 | email re offenders assigned to wheelchairs | | Sealed |
| 155 | document re surgical utilization review committee | | Not Sealed |
| 156 | email re hernia repair | | Not Sealed |
| 157 | email re hematology and oncology treatment plan | | Sealed |
| 158 | email re hematology request | | Sealed |
| 159 | email re patients needing surgery | | Sealed |
| 160 | email re cancer patients needing appointments | | Sealed |
| 161 | email re duty statuses at LSP | | Not Sealed |
| 162 | email re reducible hernias | | Not Sealed |
| 163 | email re inmate medical care | | Sealed |
| 164 | document re formulary meeting | | Not Sealed |
| 165 | email attaching C-05 report | | Not Sealed |
| 166 | email attaching PowerPoint re Offender Health Care System | | Not Sealed |
| 167 | PowerPoint re Offender Health Care System | | Not Sealed |
| 168 | email re telemed contract | | Not Sealed |

Lewis v. Cain—October 1, 2018
Plaintiffs' FINAL Exhibit List

| PX Number | Substance/Purpose | Defendants' Objections | Sealed |
|---|---|---|---|
| 169 | email attaching offender healthcare redesign presentation | | Not Sealed |
| 170 | offender healthcare redesign presentation | | Not Sealed |
| 171 | email re HIV costs | | Not Sealed |
| 172 | document discussing telemedicine conversation | | Not Sealed |
| 173 | email re inmate death | | Not Sealed |
| 174 | email re delay in care | | Not Sealed |
| 175 | demographics re inmate deaths | | Not Sealed |
| 176 | email re strategic plan | | Not Sealed |
| 177 | email re medication | | Not Sealed |
| 178 | email re staffing | | Not Sealed |
| 179 | charts reflecting C-05 reports | | Not Sealed |
| 180 | email re hernia triage list | | Not Sealed |
| 181 | document re staffing issues | | Sealed |
| 182 | email re follow-up care | | Sealed |
| 183 | email re hernia treatment | | Sealed |
| 184 | email re Tremaine Harper medical care | | Sealed |
| 185 | email re Plavix usage | | Sealed |
| 186 | email re oncology appointment | | Sealed |
| 187 | email re electronic medication administration records | | Not Sealed |
| 188 | prison census | | Not Sealed |
| 189 | email re continuity of care | | Not Sealed |

| PX Number | Substance/Purpose | Defendants' Objections | Sealed |
|---|---|---|---|
| 190 | email re medical trips | | Sealed |
| 191 | statistics re DOC facilities | | Not Sealed |
| 192 | statistics re DOC facilities | | Not Sealed |
| 193 | statistics re DOC facilities | | Not Sealed |
| 194 | email re surgery | | Sealed |
| 195 | email re cancer treatment | | Sealed |
| 196 | email re pill call problem | | Sealed |
| 197 | email re echocardiograms | | Not Sealed |
| 198 | email re cancer treatment | | Sealed |
| 199 | email re heat and staffing | | Not Sealed |
| 200 | policies re disability tracking | | Not Sealed |
| 201 | email re neurosurgery patients | | Not Sealed |
| 202 | email re accuchecks | | Sealed |
| 203 | email re prosthetics | | Sealed |
| 204 | email re strategic plan | | Not Sealed |
| 205 | email re hearing tests | | Not Sealed |
| 206 | list of late ARP responses | | Not Sealed |
| 207 | email re site deaf and hard of hearing site visit | | Not Sealed |
| 208 | email re surgery clinic | | Not Sealed |
| 209 | email re funding issue | | Not Sealed |
| 210 | email re nursing vacancies | | Not Sealed |

Lewis v. Cain—October 1, 2018
Plaintiffs' FINAL Exhibit List

| PX Number | Substance/Purpose | Defendants' Objections | Sealed |
|---|---|---|---|
| 211 | email re telemedicine | | Not Sealed |
| 212 | email re named plaintiffs | | Not Sealed |
| 213 | email re telemedicine and HIV clinic | | Not Sealed |
| 214 | email re Michael Kelly healthcare | | Sealed |
| 215 | email re Matthew Howell transfer | | Sealed |
| 216 | Peer review reports and ACA audit forms | | Not Sealed |
| 217 | EMT treatment protocols | | Not Sealed |
| 218 | hernia triage list | | Not Sealed |
| 219 | documents re amputations | | Sealed |
| 220 | evacuation plans | | Not Sealed |
| 221 | documents re Anthony Young emergency response | | Sealed |
| 222 | documents re Veran Jones emergency response | | Sealed |
| 223 | list of physical alterations | | Not Sealed |
| 224 | DNR forms for Shannon Hurd and Edward Giovanni | | Sealed |
| 225 | minutes for monthly department head meetings | | Not Sealed |
| 226 | evacuation plans | | Not Sealed |
| 227 | DOC referral guidelines and hernia list | | Sealed |
| 228 | DOC disciplinary rules and Procedures and malingering disciplinary reports | | Sealed |
| 229 | hernia triage list | | Sealed |
| 230 | credentialing materials for LSP medical practitioners | | Not Sealed |
| 231 | ARPS related to medical care | | Sealed |

| PX Number | Substance/Purpose | Defendants' Objections | Sealed |
|---|---|---|---|
| 232 | Data related to sick call requests | | Sealed |
| 233 | Documentation of death related reporting | | Sealed |
| 234 | Unusual Occurrence reports related to medical care | | Sealed |
| 235 | Daily food menus | | Not Sealed |
| 236 | Evacuation plans to TC and other areas | | Not Sealed |
| 237 | QI/QA materials | | Sealed |
| 238 | Defendants' responses to Plaintiffs' RFAs | | Not Sealed |
| 239 | letter re Notice of findings in *Lynn v. Williams* | | Not Sealed |
| 240 | Executive summary of findings in *Lynn v. Williams* | | Not Sealed |
| 241 | Plaintiffs' medical report in *Lynn v. Williams* | | Not Sealed |
| 242 | stipulation regarding document preservation and deletion | | Not Sealed |
| 243 | in preparation for writing their reports, which may be used during their testimony | | Not Sealed |
| 244 | Plaintiffs' medical expert rebuttal report to Moore report | | Not Sealed |
| 245 | related to medical care, excluding ARPs and medical records | | Sealed |
| 246 | Alton Batiste Documents | | Sealed |
| 247 | Clyde Carter Documents | | Sealed |
| 248 | Ian Cazenave Documents | | Sealed |
| 249 | Ricky Davis Documents | | Sealed |
| 250 | Reginald George Documents | | Sealed |
| 251 | Edward Giovanni Documents | | Sealed |
| 252 | Shannon Hurd Documents | | Sealed |

Lewis v. Cain—October 1, 2018
Plaintiffs' FINAL Exhibit List

| PX Number | Substance/Purpose | Defendants' Objections | Sealed |
|---|---|---|---|
| 253 | Kentrell Parker Documents | | Sealed |
| 254 | Farrell Sampier Documents | | Sealed |
| 255 | Lionel Parks Documents | | Sealed |
| 256 | John Tonubbee Documents | | Sealed |
| 257 | Edward Washington Documents | | Sealed |
| 258 | Rufus White Documents | | Sealed |
| 259 | Alton Adams Documents | | Sealed |
| 260 | email exchange regarding building plans | | Not Sealed |
| 261 | DOJ regarding requests for accommodation | | Sealed |
| 262 | counsel and Defendants' counsel re DOJ correspondence regarding requests for | | Sealed |
| 263 | email re inmate medical treatment | | Sealed |
| 264 | email re Sampier medical care | | Sealed |
| 265 | regarding health care at LSP and other DOC facilities | Hearsay | Not Sealed |
| 266 | email regarding medication administration | | Not Sealed |
| 267 | email forwarding Wexford Group report | Hearsay; Relevance/Not LSP | Not Sealed |
| 268 | email forwarding Wexford Group report | Relevance | Not Sealed |
| 269 | Wexford Group report about health care at LSP, EHCC, and LCIW | Relevance | Not Sealed |
| 270 | Wexford Group report about health care at LSP, EHCC, and LCIW | Hearsay | Not Sealed |
| 271 | email forwarding Wexford Group report | Hearsay | Not Sealed |
| 272 | about health care at LSP, EHCC, and LCIW | Relevance | Not Sealed |
| 273 | response by Prince to Wexford report | Relevance | Not Sealed |

| PX Number | Substance/Purpose | Defendants' Objections | Sealed |
|---|---|---|---|
| 274 | email re infection control | Relevance/Not LSP | Not Sealed |
| 275 | letter from Advocacy Center re medical problems | Hearsay | Not Sealed |
| 276 | email re Lidio Calzadilla medical care | Hearsay | Sealed |
| 277 | minutes of Regional Criminal Justice Meeting | Relevance; Hearsay | Not Sealed |
| 278 | PowerPoint with statistics on statewide conditions | Relevance | Not Sealed |
| 279 | overview for Senate Study Committee on Public Safety | Relevance | Not Sealed |
| 280 | email forwarding PowerPoint from Judges' Conference | Relevance | Not Sealed |
| 281 | letter re eMAR and Pharmacorr issues | Relevance | Not Sealed |
| 282 | email re Pharmacorr problems | Relevance | Sealed |
| 283 | document re Pharmacorr problems | Relevance | Sealed |
| 284 | email re medical necessity | Relevance | Not Sealed |
| 285 | email re peer reviews | Relevance/Not LSP | Not Sealed |
| 286 | presentation to Police Jury Association Convention | Relevance/Not LSP | Not Sealed |
| 287 | email re HIV testing | Relevance | Sealed |
| 288 | email re ambulance staffing | Relevance/Not LSP | Not Sealed |
| 289 | email re parish monetary allotment | Relevance/Not LSP | Not Sealed |
| 290 | email regarding potential hire | Relevance | Not Sealed |
| 291 | email re McKinley Jackson healthcare | Relevance/ Not LSP | Sealed |
| 292 | email re potential hire | Relevance/Not LSP | Not Sealed |
| 293 | email re medication for multiple myeloma | Relevance/Not LSP | Sealed |
| 294 | Raymond White ARP | Relevance/Not LSP | Sealed |

| PX Number | Substance/Purpose | Defendants' Objections | Sealed |
|---|---|---|---|
| 295 | email re Robert Coates healthcare | Relevance/Not LSP | Sealed |
| 296 | email re David Worthy healthcare complaint | Relevance/Not LSP | Sealed |
| 297 | email re Villery Kennedy healthcare | Relevance/Not LSP | Sealed |
| 298 | email re Pharmacorr issues | Relevance/Not LSP | Sealed |
| 299 | email re Pharmacorr issues | Relevance/Not LSP | Sealed |
| 300 | email re Pharmacorr issues | Relevance/Not LSP | Not Sealed |
| 301 | response from pharmacorr | Relevance/Not LSP | Not Sealed |
| 302 | attachment to response from pharmacorr | Relevance/hearsay/Not LSP | Sealed |
| 303 | email re Pharmacorr teleconference | Relevance/Not LSP | Not Sealed |
| 304 | email re radiation treatment | Relevance | Sealed |
| 305 | email re physical therapy | Relevance/Not LSP | Not Sealed |
| 306 | email re nursing unit census | Relevance/Not LSP | Sealed |
| 307 | email re problems at AVC | Relevance/Not LSP | Not Sealed |
| 308 | email re follow-up care | Relevance/Not LSP | Sealed |
| 309 | email re biopsies | Relevance/Not LSP | Sealed |
| 310 | email re cancer treatment at Mary Bird Perkins | Relevance/Not LSP | Sealed |
| 311 | email re inmates in wheelchairs | Relevance/Not LSP | Not Sealed |
| 312 | email re potential hire | Relevance/Not LSP | Not Sealed |
| 313 | email re inmate death | Relevance/Not LSP | Sealed |
| 314 | email re surgery recommendations | Relevance/Not LSP | Sealed |
| 315 | email re inmate surgery | Relevance/Not LSP | Sealed |

| PX Number | Substance/Purpose | Defendants' Objections | Sealed |
|---|---|---|---|
| 316 | email re Anthony Rapides death | Relevance/Not LSP | Sealed |
| 317 | email re inmate deaths | Relevance/Not LSP | Sealed |
| 318 | death report for Russell Ellwood | Relevance | Sealed |
| 319 | email re Lonnie Easterwood death | Relevance | Sealed |
| 320 | email re David Jones medical care | Relevance | Sealed |
| 321 | autopsy report for Aaron Bratton | Relevance | Sealed |
| 322 | email regarding Lloyd Ancar security treatment | Relevance | Sealed |
| 323 | transfer summary for Lloyd Ancar | Relevance | Sealed |
| 324 | email re Moses Mayer medical care | Relevance | Sealed |
| 325 | email regarding Laird Veillion medical care | Relevance | Sealed |
| 326 | email regarding Glenn Harrison medical care | Relevance | Sealed |
| 327 | email regarding offenders with mental illness and restrictive housing | Relevance | Not Sealed |
| 328 | email re orderly job and pay | Relevance | Not Sealed |
| 329 | email re hunger strikes | Relevance | Sealed |
| 330 | email re medical care of Jose Rene Osorio | Relevance | Sealed |
| 331 | email re inmate medical care | Relevance | Sealed |
| 332 | email re Bill Periera healthcare | Relevance | Sealed |
| 333 | email re diabetes treatment | Relevance/Not LSP | Not Sealed |
| 334 | email re Lamont Matthews healthcare | Relevance/ Not LSP | Sealed |
| 335 | email re Francisco San Nicholas death | Relevance | Sealed |
| 336 | death report re Francisco San Nicholas | Relevance | Sealed |

Lewis v. Cain—October 1, 2018
Plaintiffs' FINAL Exhibit List

| PX Number | Substance/Purpose | Defendants' Objections | Sealed |
| --- | --- | --- | --- |
| 337 | memo re Francisco San Nicholas | Relevance | Sealed |
| 338 | email re inmate deaths | Relevance | Not Sealed |
| 339 | email re inmate death | Relevance | Sealed |
| 340 | death summary | Relevance | Sealed |
| 341 | email attaching report on mental health issues | Relevance | Not Sealed |
| 342 | report on mental health issues | Relevance | Not Sealed |
| 343 | email re ASCOT trial | Relevance | Not Sealed |
| 344 | documents related to prisoner complaints to LSBME | Relevance | Sealed |
| 345 | Mortality in Local Jails and State Prisons, 2000-2013—Statistical Tables | hearsay | Not Sealed |
| 346 | Pew Charitable Trust report on Managing Prison Health Care Spending | Hearsay | Not Sealed |
| 347 | mental health problems of prison and jail inmates | Hearsay | Not Sealed |
| 348 | BJS report on prison and jail deaths in custody | Hearsay | Not Sealed |
| 349 | Cornell University, 2014 Disability Status Report—Louisiana | Hearsay | Not Sealed |
| 350 | declaration of Susi Vassallo re Kentrell Parker isolation | Hearsay; Relevance | Sealed |
| 351 | Advocacy Center letter re Kentrell Parker isolation | Hearsay | Sealed |
| 352 | departure, Edward Giovanni & Kentrell Parker's medical care | Hearsay; | Sealed |
| 353 | Advocacy Center letter re Kentrell Parker isolation | Hearsay | Sealed |
| 354 | Advocacy Center letter re Kentrell Parker isolation | Hearsay | Sealed |
| 355 | Advocacy Center letter re Kentrell Parker isolation | Hearsay | Sealed |
| 356 | Advocacy Center letter re Kentrell Parker isolation | Hearsay | Sealed |
| 357 | Advocacy Center letter re Kentrell Parker isolation | Hearsay | Sealed |

Lewis v. Cain—October 1, 2018
Plaintiffs' FINAL Exhibit List

| PX Number | Substance/Purpose | Defendants' Objections | Sealed |
|---|---|---|---|
| 358 | email re Advocacy Center visit | Hearsay | Sealed |
| 359 | letter re Richard Roussell medical care | relevance | Sealed |
| 360 | email re inmate post-op emergency | Relevance | Sealed |
| 361 | letter regarding Lionel Parks ARP | Hearsay | Sealed |
| 362 | letter re Kentrell Parker medical care | Relevance; Hearsay | Sealed |
| 363 | email regarding inmate at TC2 | Hearsay | Sealed |
| 364 | email re Advocacy Center visit | Relevance; Hearsay | Sealed |
| 365 | document regarding Shon Miller medical care | Relevance | Sealed |
| 366 | letter re Shon Miller discipline | Relevance; Hearsay | Sealed |
| 367 | email forwarding Advocacy Center letter | Relevance | Not Sealed |
| 368 | Advocacy Center letter re Eddie Giovanni | Relevance | Sealed |
| 369 | email re Kentrell Parker medical treatment | Relevance; Hearsay | Sealed |
| 370 | email forwarding Advocacy Center letter | Hearsay | Not Sealed |
| 371 | Advocacy Center letter re Kentrell Parker | relevance/hearsay | Sealed |
| 372 | email re medical care of Roussell, Tarver, Luckett, Zihlavsky, and George | Hearsay | Sealed |
| 373 | email re Shon Miller | Portions not relevant | Sealed |
| 374 | Advocacy Center letter re Anthony Sanders ARP | Relevance | Sealed |
| 375 | email re Edward Giovanni medical care | Relevance; Hearsay | Sealed |
| 376 | email from Advocacy Center re Robert Byrd needs | Relevance | Sealed |
| 377 | email re Robert Byrd medical care | Relevance; Hearsay | Sealed |
| 378 | counsel and Defendants' counsel re Lionel Parks | Relevance | Sealed |

| PX Number | Substance/Purpose | Defendants' Objections | Sealed |
|---|---|---|---|
| 379 | counsel and Defendants' counsel re Kentrell Parker | Relevance | Sealed |
| 380 | counsel and Defendants' counsel re multiple named Plaintiffs for letter sent | Relevance | Sealed |
| 381 | counsel and Defendants' counsel re refusing medical care | Relevance | Sealed |
| 382 | counsel and Defendants' counsel re retaliation concerns | Relevance | Sealed |
| 383 | counsel and Defendants' counsel re Shannon Hurd | Relevance | Sealed |
| 384 | counsel and Defendants' counsel re transfer | Relevance | Sealed |
| 385 | counsel and Defendants' counsel re would care | Relevance | Sealed |
| 386 | email regarding Advocacy Center visit | Relevance | Sealed |
| 387 | email regarding Advocacy Center and named plaintiffs | Relevance | Not Sealed |
| 388 | email re Robert Byrd medical care | Relevance | Sealed |
| 389 | ACA PowerPoint regarding litigation management for correctional health care | Relevance | Not Sealed |
| 390 | email forwarding Advocacy Center letter | Relevance | Not Sealed |
| 391 | email re Advocacy Center visit | Relevance | Not Sealed |
| 392 | email re Advocacy Center visit | Relevance | Not Sealed |
| 393 | email re Advocacy Center visit | Relevance | Sealed |
| 394 | email re inmates visited by Advocacy Center | Relevance | Not Sealed |
| 395 | (entirely redacted; included as attachment to Ex. 1373) | Relevance | Not Sealed |
| 396 | email re inmates visited by Advocacy Center | Relevance | Not Sealed |
| 397 | (entirely redacted; included as attachment to Ex. 1375) | Relevance | Not Sealed |
| 398 | draft settlement agreement between DOJ and LSP re ADA with attachments | Relevance | Not Sealed |
| 399 | letter attaching DOJ settlement agreement | 408 | Not Sealed |

**Lewis v. Cain—October 1, 2018**
**Plaintiffs' FINAL Exhibit List**

| PX Number | Substance/Purpose | Defendants' Objections | Sealed |
|---|---|---|---|
| 400 | emails re DOJ settlement | 408/Relevance | Not Sealed |
| 401 | DOJ draft settlement | 408/Relevance | Not Sealed |
| 402 | DOJ settlement attachment | 408 | Not Sealed |
| 403 | Defendants' responses to Plaintiffs' Seventh Set of Requests for Production | | Sealed |
| 404 | Email | hearsay/relevance | Not Sealed |