**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

MINUTE ENTRY:
OCTOBER 25, 2018
CHIEF DISTRICT JUDGE SHELLY D. DICK

**JOSEPH LEWIS, ET AL.**

**CIVIL ACTION**

**VERSUS**

**15-318-SDD-RLB**

**CAIN, ET AL.**

This cause came on this day to continue the Bench Trial.

PRESENT:  **Mercedes Montagnes, Esq.**
**Jeffrey Dubner, Esq.**
**Meredith Angelson, Esq.**
**Jared Davidson, Esq.**
**Jamila Johnson, Esq.**
**Amanda Zarrow, Esq.**
**Nishi Kumar, Esq.**
**Erica Navalance, Esq.**
**Bruce Hamilton, Esq.**
**Counsel for Plaintiff**

**Connell Archey, Esq.**
**Mary Roper, Esq.**
**John Conine, Esq.**
**Randal Robert, Esq.**
**Jeffrey Cody, Esq.**
**Keith Fernandez, Esq.**
**Caroline Bond, Esq.**
**Counsel for Defendant**

Witness Tracy Falgout continues to testify.

Exhibits are admitted.

Defense rests.

Proffered testimony and exhibits are offered by both Parties.

Plaintiffs put on rebuttal witness Susi Vassallo.

Court orders simultaneous briefing thirty (30) days following the lodging of the transcript and there is no page limitation for these briefs.

Within twenty (20) days of briefs, simultaneous replies limited to twenty (20) pages are due.

The Court orders the Parties to meet with the Magistrate Judge for a post-trial mediation and Secretary Leblanc is ordered to be present at the mediation.

The Parties are ordered to notify the Court upon the confirmed scheduling of the mediation.

* * * * *

Reporter: Shannon Thompson
Cv5/2.00