1              UNITED STATES DISTRICT COURT

2              MIDDLE DISTRICT OF LOUISIANA

3

4  JOSEPH LEWIS JR., ET AL      *    CIVIL ACTION

5  VERSUS                       *    NO. 15-318

6  BURL CAIN, ET AL             *    OCTOBER 24, 2018

7  * * * * * * * * * * * * * * *

8

9                          DAY 10
                    BENCH TRIAL BEFORE
10           THE HONORABLE SHELLY D. DICK
          UNITED STATES CHIEF DISTRICT JUDGE
11

12 APPEARANCES:

13 FOR THE PLAINTIFFS:          THE PROMISE OF JUSTICE
                                INITIATIVE
14                              BY:  MERCEDES H. MONTAGNES, ESQ.
                                     AMANDA C. ZARROW. ESQ.
15                                   MEREDITH ANGELSON, ESQ.
                                     NISHI KUMAR, ESQ.
16                              636 BARONNE STREET
                                NEW ORLEANS, LOUISIANA 70113
17
                                ACLU OF LOUISIANA
18                              BY:  BRUCE W. HAMILTON, ESQ.
                                P.O. BOX 56157
19                              NEW ORLEANS, LOUISIANA 70156

20                              COHEN MILSTEIN SELLERS & TOLL
                                PLLC
21                              BY:  JEFFREY B. DUBNER, ESQ.
                                1100 NEW YORK AVE NW, SUITE 500
22                              WASHINGTON, DC 20005

23                              THE CAPITAL APPEALS PROJECT
                                BY:  ERICA L. NAVALANCE, ESQ.
24                              636 BARONNE STREET
                                NEW ORLEANS, LOUISIANA 7013

25

```
 1                              SOUTHERN POVERTY LAW CENTER
                                BY:   JARED F. DAVIDSON, ESQ.
 2                                    JAMILA A. JOHNSON, ESQ.
                                1055 ST. CHARLES AVE., SUITE 505
 3                              NEW ORLEANS, LOUISIANA 70130

 4    FOR THE DEFENDANTS:       KANTROW SPAHT WEAVER &
                                BLITZER
 5                              BY:   RANDAL J. ROBERT, ESQ.
                                      CONNELL L. ARCHEY, ESQ.
 6                                    KEITH FERNANDEZ, ESQ.
                                P.O. BOX 2997
 7                              BATON ROUGE, LOUISIANA 70821

 8                              SHOWS CALI & WALSH LLP
                                BY:   MARY E. ROPER, ESQ.
 9                                    JOHN C. CONINE JR., ESQ.
                                      CAROLINE T BOND, ESQ.
10                                    JEFFREY K. CODY, ESQ.
                                628 ST. LOUIS STREET
11                              BATON ROUGE, LOUISIANA 70802

12    OFFICIAL COURT REPORTER:  SHANNON L. THOMPSON, CCR.
                                UNITED STATES COURTHOUSE
13                              777 FLORIDA STREET
                                BATON ROUGE, LOUISIANA 70801
14                              (225) 389-3567

15         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY USING
                   COMPUTER-AIDED TRANSCRIPTION SOFTWARE
16

17

18

19

20

21

22

23

24

25
```

1                              INDEX

2                                                           PAGE

3   DEFENDANTS' WITNESSES:

4    DARREN CASHIO

5      DIRECT EXAMINATION BY MR. FERNANDEZ          6

6      CROSS-EXAMINATION BY MR. HAMILTON            33

7      REDIRECT EXAMINATION BY FERNANDEZ            60

8    TAMMI WILLIS

9      DIRECT EXAMINATION BY MR. FERNANDEZ          63

10     CROSS-EXAMINATION BY MR. DUBNER              89

11   TONIA FAUST

12     DIRECT EXAMINATION BY FERNANDEZ              101

13   MARY ANNETTE CARROLL, RN, CCN/M

14     DIRECT EXAMINATION BY MS. BOND               114

15     CROSS-EXAMINATION BY MS. KUMAR               126

16     REDIRECT EXAMINATION BY MS. BOND             135

17   MELANIE BENEDICT, RN

18     DIRECT EXAMINATION BY MS. BOND               136

19   TRACY FALGOUT,

20     DIRECT EXAMINATION BY MS. ROPER              156

21

22

23

24

25

1          **(OCTOBER 24, 2018)**

2              **THE COURT:**  GOOD MORNING, EVERYONE.  BE SEATED.

3                  THE DEFENDANTS MAY CALL THEIR NEXT WITNESS.

4              **MR. ROBERT:**  YOUR HONOR, CAN WE DO A LITTLE -- JUST A

5     LITTLE HOUSEKEEPING BEFORE WE START?

6              **THE COURT:**  YOU MAY.

7              **MR. ROBERT:**  WE ARE GOING TO WORK HARD TO TRY TO

8     STREAMLINE THIS THING.

9              **THE COURT:**  OKAY.

10             **MR. ROBERT:**  MY GOAL IS TO GET THIS DOWN TO US BEING

11    DONE EARLY AFTERNOON THURSDAY TO GIVE PLAINTIFFS' COUNSEL A

12    COUPLE OF HOURS.  SHE'S INDICATED THAT SHE WANTS TO DO

13    REBUTTAL, GIVE HER A COUPLE OF HOURS TO DO REBUTTAL.  MY

14    QUESTION IS:  WHAT ELSE DOES THE COURT WANT?  DOES THE COURT

15    WANT A CLOSING ARGUMENT FROM US?  DO THEY WANT BRIEFING FROM

16    US?  I MEAN, I JUST WANT TO KNOW BECAUSE --

17             **THE COURT:**  I DON'T NEED CLOSING ARGUMENTS.  AND LET

18    ME ASK YOU THIS.  I'M ASSUMING, BECAUSE I KNOW THAT YOU'VE BEEN

19    ASKING FOR SOME DAILY TRANSCRIPTS, ARE Y'ALL GOING TO REQUEST A

20    TRANSCRIPT OF THE HEARING, OF THE TRIAL?

21             **MR. ROBERT:**  ABSOLUTELY.

22             **THE COURT:**  THEN WHAT THE COURT'S GOING TO ORDER IS

23    THE COURT'S GOING TO ORDER BRIEFING A CERTAIN NUMBER OF DAYS

24    AFTER YOU GET THE TRANSCRIPT.

25             **MR. ROBERT:**  PERFECT.  THANK YOU, YOUR HONOR.

10:17   1        **MS. MONTAGNES:**  THANK YOU, YOUR HONOR.  AND I JUST
    2    WANT TO HIGHLIGHT ONE ISSUE WHICH IS THAT DR. VASSALLO IS
    3    SCHEDULED TO BE IN THE EMERGENCY ROOM ON SATURDAY, AND SO SHE'S
    4    TRYING TO GET OUT OF THE SHIFT RIGHT NOW.  SHE'S TEXTING AND
    5    EMAILING EVERYONE SHE CAN, BUT BECAUSE SHE'S HAD TO MOVE A LOT
    6    OF SHIFTS AROUND, IT'S BEEN -- IT MIGHT BE A LITTLE BIT TRICKY,
    7    AND SO IF WE DO GET TO THURSDAY AFTERNOON, WE WOULD REQUEST THE
    8    OPPORTUNITY TO TAKE HER OUT OF TIME ON REBUTTAL, IF THAT'S AT
    9    ALL POSSIBLE BECAUSE SHE WILL NOT BE ABLE TO COME BACK ON
   10    SATURDAY.
   11        **THE COURT:**  I DON'T HAVE ANY PROBLEM WITH YOU TAKING
   12    HER OUT OF ORDER ON REBUTTAL, AND I ALSO DON'T HAVE ANY
   13    OBJECTION TO WORKING A BIT LATE ON THURSDAY NIGHT TO ALLOW YOU
   14    TO COMPLETE THAT TESTIMONY.
   15        **MS. MONTAGNES:**  THANK YOU, YOUR HONOR.
   16        **THE COURT:**  OKAY.
   17        **MR. ROBERT:**  THANK YOU.
   18        **THE COURT:**  YOU'RE WELCOME.
   19            ALL RIGHT, NEXT WITNESS.
   20        **MR. FERNANDEZ:**  YOUR HONOR, THE DEFENSE CALLS DARREN
   21    CASHIO.
   22        **THE COURT:**  DERRICK WHO?
   23        **MR. FERNANDEZ:**  DARREN CASHIO.
   24        **THE COURT:**  DARREN CASHIO.
   25

```
10:18  1                        DARREN CASHIO,
       2    HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS.
       3              THE COURT:  GO AHEAD, SIR.
       4                      DIRECT EXAMINATION
       5    BY MR. FERNANDEZ:
       6    Q.   GOOD MORNING, COLONEL.
       7              CAN YOU PLEASE STATE YOUR NAME FOR THE RECORD?
       8    A.   DARREN CASHIO.
       9    Q.   AND WHAT'S YOUR RANK?
      10    A.   I'M A CORRECTIONS COLONEL.
      11    Q.   WHAT DO YOU DO AT LSP?
      12    A.   I'M A PARAMEDIC.
      13    Q.   HOW LONG HAVE YOU BEEN A PARAMEDIC AT LSP?
      14    A.   AT LSP FOR ALMOST 20 YEARS.
      15    Q.   OKAY.  AND HOW LONG HAVE YOU BEEN A PARAMEDIC IN TOTAL?
      16    A.   I THINK ABOUT 23 MAYBE.
      17    Q.   WHAT DID YOU DO BEFORE YOU WERE AT LSP?
      18    A.   I WORKED FOR A PRIVATE COMPANY.
      19    Q.   AND WHAT DID YOU DO FOR THAT PRIVATE COMPANY?
      20    A.   I WAS A PARAMEDIC AS WELL.
      21    Q.   OKAY.  WHAT DO YOU DO IN YOUR POSITION AT LSP?
      22    A.   I'M THE DEPARTMENT HEAD RIGHT NOW.
      23    Q.   WHAT DOES THAT ENTAIL?
      24    A.   SCHEDULING, STAFFING, PRETTY MUCH OVER ALL OPERATIONS.
      25    Q.   OKAY.  DO YOU OVERSEE TRAINING?
```

1   **A.**   YES.

2   **Q.**   DO YOU HAVE ANY OBLIGATIONS WITH RESPECT TO CHECKING

3   PAPERWORK?

4   **A.**   YES.

5   **Q.**   WHAT DO YOU DO WITH RESPECT TO PAPERWORK?

6   **A.**   I SPOT CHECK ALL THE PAPERWORK THAT COMES THROUGH THAT'S

7   GENERATED FOR THE DEPARTMENT.

8   **Q.**   OKAY.  WHAT ABOUT EQUIPMENT, DO YOU HAVE ANY DUTIES WITH

9   RESPECT TO THAT?

10  **A.**   YES.

11  **Q.**   DO YOU HAVE ANY -- WHAT DO YOU DO WITH EQUIPMENT?

12  **A.**   I DO THE -- PRETTY MUCH MOST OF THE ORDERING OF EQUIPMENT,

13  MAKE SURE WE ARE UP-TO-DATE AND OUR MONITORS GET SENT OFF FOR

14  PREVENTATIVE MAINTENANCE ON MOST OF OUR EQUIPMENT, YES.

15  **Q.**   DO YOU HAVE ANY OBLIGATIONS WITH RESPECT TO COMPLIANCE

16  WITH STATE REGULATIONS?

17  **A.**   YES.

18  **Q.**   WHAT DO YOU DO WITH THAT?

19  **A.**   I MAKE SURE OUR PROTOCOLS AND PRETTY MUCH EVERYTHING WE DO

20  COMPLIES WITH THE STATE OF LOUISIANA REGARDING TO EMS AND THE

21  NATIONAL REGISTRY.

22  **Q.**   LET'S TALK ABOUT EMT REQUIREMENTS AND TRAINING AT LSP.

23  WHAT QUALIFICATIONS DOES LSP REQUIRE OF ITS EMTS?

24  **A.**   WELL, WE HAVE TO HOLD NATIONAL REGISTRY CERTIFICATIONS AND

25  A STATE OF LOUISIANA LICENSE.

10:20

1   **Q.**   IS THERE ANYTHING WITH RESPECT TO LIFE SUPPORT THAT'S

2   REQUIRED?

3   **A.**   YEAH.  ALL OF OUR MEDICS DO BASIC LIFE SUPPORT, AND OUR

4   PARAMEDICS DO ADVANCED CARDIAC LIFE SUPPORT.

5   **Q.**   AND WHO IS THAT THROUGH?

6   **A.**   THAT'S THROUGH THE AMERICAN HEART ASSOCIATION.

7   **Q.**   WHAT TRAINING DO EMTS UNDERGO AT LSP OR BEFORE THEY START

8   AT LSP?

9   **A.**   THEY GO THROUGH WHATEVER RESPECTIVE CLASS THAT THEY HAVE

10  TAKEN AND GO THROUGH THE NATIONAL REGISTRY PROCESS AND THE

11  STATE TESTING BEFORE THEY EVEN COME TO WORK THERE.

12  **Q.**   OKAY.  AND DOES LSP SUPPLEMENT THAT TRAINING IN ANY WAY?

13  **A.**   YEAH.  WE DO THE CONTINUING EDUCATION, CONTINUING

14  EDUCATION HOURS, THE REFRESHER CLASS, AND MAKE SURE THE

15  RECERTIFICATION PROCESS IS DONE EVERY TWO YEARS.

16  **Q.**   DO EMTS HAVE TO GO THROUGH THE TRAINING ACADEMY AS WELL?

17  **A.**   YES.

18  **Q.**   OKAY.  WHAT DO THEY DO AT THE TRAINING ACADEMY?

19  **A.**   THEY GO THROUGH THE OPERATIONS OF THE PRISON PART OF IT,

20  CUSTODY OF INMATES, DEFENSIVE DRIVING.  THERE'S A WHOLE LIST, A

21  THREE-WEEK COURSE.

22  **Q.**   AND DO THEY DO ANYTHING WITH REGARD TO DEFENSIVE TACTICS?

23  **A.**   YES, DEFENSIVE TACTICS.

24  **Q.**   AND WHY DO THEY DO THAT?

25  **A.**   JUST IN CASE THINGS HAPPEN.

1    Q.    SO THEY NEED TO BE ABLE TO PROTECT THEMSELVES?

2    A.    YES.

3    Q.    OKAY.  WHAT ABOUT WITH RESPECT TO BLOODBORNE PATHOGENS,

4    WHAT IS DONE?

5    A.    THAT'S A COMPUTER COURSE THAT'S DONE EVERY YEAR BY ALL

6    EMPLOYEES.

7    Q.    OKAY.  LET'S TALK ABOUT PROTOCOLS.  WHAT IS YOUR

8    UNDERSTANDING ABOUT WHAT THESE PROTOCOLS ARE?

9    A.    GENERALLY, PROTOCOLS ARE PRETTY MUCH A DOCTOR'S ORDER.

10   YOU HAVE TWO DIFFERENT TYPES.  PARAMEDICS RUN ONLINE MEDICAL

11   DIRECTION AND OFFLINE MEDICAL DIRECTION, AND THE PROTOCOL WOULD

12   BE OFFLINE.

13   Q.    AND WHY IS IT IMPORTANT TO HAVE OFFLINE MEDICAL DIRECTION?

14   A.    WELL, IN CASE YOU GET IN A SITUATION WHERE YOU DO NOT HAVE

15   ACCESS BY TELEPHONE OR RADIO TO A DOCTOR OR MED CONTROL.

16          MR. FERNANDEZ:  JOHN, CAN YOU PUT UP JX8 FOR ME,

17   PLEASE.  CAN YOU SCROLL TO BATES NO. 2.

18   BY MR. FERNANDEZ:

19   Q.    DO YOU RECOGNIZE THIS DOCUMENT, COLONEL?

20   A.    YES.

21   Q.    WHAT IS THIS?

22   A.    THAT'S ONE OF THE PROTOCOLS.

23   Q.    AND THAT, FOR THE RECORD, IS JOINT EXHIBIT 8-00002.  IS

24   THIS A REPRESENTATIVE OF THE TYPE OF INFORMATION THAT YOU WOULD

25   FIND IN A PROTOCOL?

1  **A.**   YES.

2  **Q.**   AND SO WHAT EXACTLY ARE WE LOOKING AT IN GENERAL?  ARE

3  THESE AILMENT SPECIFIC, OR HOW DO THEY WORK?

4  **A.**   YEAH.  IF SOMEONE COMES IN COMPLAINING OF WHATEVER KIND OF

5  JOINT PAIN FROM AN ACUTE EVENT, NO PREVIOUS HISTORY TO THAT

6  COMPLAINT, THEN WE WOULD FOLLOW THE DOCUMENT.

7  **Q.**   OKAY.  THE PROTOCOLS ARE CONTAINED IN JX8 FROM BATES NO. 1

8  TO 00584.  I'M NOT GOING TO GO THROUGH ALL OF THEM FOR TIME,

9  BUT THAT'S WHERE THEY ARE.

10        LET'S TAKE A STEP BACK, THOUGH.  WHAT DO PROTOCOLS

11  LIKE THIS ALLOW AN EMT TO DO AT LSP?

12  **A.**   WELL, IT ALLOWS YOU TO TREAT THE PATIENT.

13  **Q.**   IN WHAT WAY?

14  **A.**   IN WHATEVER WAY IS DESCRIBED IN THE PROTOCOL.

15  **Q.**   AND SO YOU DON'T NECESSARILY --

16  **A.**   THIS IS A PHYSICIAN'S ORDER.

17  **Q.**   AND SO IF WE ARE TALKING ABOUT THE FIRST CATEGORY ONLINE,

18  THAT WOULD BE A PHYSICIAN TELLING YOU SOMETHING; IS THAT RIGHT?

19  **A.**   CORRECT.  BY PHONE OR IN PERSON.

20  **Q.**   AND SO THIS IS A SUBSTITUTE FOR THAT?

21  **A.**   YES.

22  **Q.**   AND ARE THESE FOR COMMON AILMENTS?

23  **A.**   YES.

24  **Q.**   OKAY.  WHERE DO THESE PROTOCOLS COME FROM?

25  **A.**   THEY'RE GENERATED BY THE MEDICAL DIRECTOR.

10:24

1    Q.    OKAY.  WHO ELSE HAS TO REVIEW THESE PROTOCOLS OTHER THAN
2    THE MEDICAL DIRECTOR AT LSP THAT YOU'RE AWARE OF?
3    A.    THE MEDICAL PERSONNEL.
4    Q.    OKAY.  IS THERE ANYONE WITH THE PARISH THAT HAS TO REVIEW
5    THIS?
6    A.    NOT THESE, BUT THE ONES FOR OUR AMBULANCE, THEY ARE
7    BROUGHT TO WEST FELICIANA PARISH TO MAKE SURE WE ARE IN
8    COMPLIANCE WITH THEIR PROTOCOLS.
9    Q.    AND WHY IS THAT?
10    A.    BECAUSE WE ALSO DO MUTUAL AID CALLS OUTSIDE THE GATE.
11    Q.    AND SO WEST FELICIANA HAS SOMEONE WHO REVIEWS THE
12    AMBULANCE PROTOCOLS?
13    A.    YES, SIR.
14    Q.    AND TO YOUR KNOWLEDGE, HAVE THOSE BEEN APPROVED BY WEST
15    FELICIANA?
16    A.    YES, SIR.
17    Q.    OKAY.  DO YOU KNOW WHO DOES THAT FOR WEST FELICIANA?
18    A.    I BROUGHT THEM TO DR. SHIELDS.
19    Q.    OKAY.  SO WHAT TRAINING IS DONE WITH REGARDS TO THESE
20    PROTOCOLS WITH THE EMTS?
21    A.    WELL, AS THEY COME THROUGH, THERE'S A COMPLETE SET OF
22    PROTOCOLS IN THE ATU, AND THAT'S PART OF THEIR SHIFT MEETINGS
23    AND THEIR TRAINING ON SHIFTS, THEY GO OVER THEM ONE BY ONE.
24    Q.    OKAY.  IS ANYTHING DONE WITH NEW EMTS TO MAKE SURE THAT
25    THEY ARE UP TO SPEED ON THESE PROTOCOLS?

10:26   1   **A.**   YEAH.   THEY SHADOW SOME OF OUR EMPLOYEES, SUPERVISORS

2   ESPECIALLY.

3   **Q.**   OKAY.   AND WITH REGARD TO HOW YOU STAFF LSP, WHAT DO YOU

4   TRY TO MAKE SURE WITH REGARD TO NEW HIRES?

5   **A.**   THAT THEY'RE BEING SHADOWED BY A SUPERVISOR.

6   **Q.**   OKAY.   AND WHY IS THAT IMPORTANT?

7   **A.**   TO MAKE SURE EVERYTHING'S GOING RIGHT.

8   **Q.**   WHAT WOULD BE DONE IF AN EMT THOUGHT A PROTOCOL WAS

9   UNCLEAR?

10   **A.**   THEN THEY WOULD DISCUSS IT WITH THE SUPERVISOR, AND IF

11   THEY CAN'T CLEAR IT UP, THEN THEY WOULD GET ON THE PHONE AND GO

12   UP THE CHAIN OF COMMAND UNTIL WE GET IT CLEAR.

13   **Q.**   ARE THOSE RESOURCES AVAILABLE -- WELL, LET ME ASK YOU

14   THIS.   WHAT TIMES ARE THOSE RESOURCES AVAILABLE TO AN EMT?

15   **A.**   24-HOURS A DAY.

16   **Q.**   OKAY.   AND SO IF SOMEBODY WERE TO CALL YOU, YOU WOULD

17   ANSWER 24-HOURS A DAY?

18   **A.**   24-HOURS A DAY, 7 DAYS A WEEK.

19   **Q.**   OKAY.   WHEN MULTIPLE PROTOCOLS COULD BE APPLICABLE TO YOUR

20   PATIENT, HOW DOES AN EMT DECIDE WHICH ONE THEY WANT TO FOLLOW?

21   **A.**   IF THEY -- IT'S POSSIBLE THAT THEY COULD FALL UNDER TWO

22   DIFFERENT PROTOCOLS, BUT YOU WOULD FOLLOW THE PROTOCOL THAT'S

23   MORE LIFE-THREATENING, AND YOU WOULD RESOLVE THOSE ISSUES FIRST

24   BEFORE YOU WOULD MOVE TO A SECONDARY ONE.

25   **Q.**   ARE EMTS TRAINED AS PART OF THEIR TRAINING AS TO EVALUATE

10:27   1   WHAT CONDITIONS ARE MOST SERIOUS?

2   **A.**   YES.

3   **Q.**   AND SO THAT'S SOMETHING THAT'S WITHIN THE SCOPE OF

4   PRACTICE FOR AN EMT?

5   **A.**   YES, AT ALL LEVELS.

6   **Q.**   IS THERE ANY QUESTION AS -- IF THERE'S ANY QUESTION AS TO

7   WHERE TO START, IF YOU'RE NOT SURE ABOUT WHICH AILMENT OR

8   PRESENTATION MIGHT BE MOST SERIOUS, WHAT WOULD HAPPEN?

9   **A.**   THERE REALLY SHOULDN'T BE, BUT IN THE CASE THAT THERE IS,

10  THEY WOULD PICK UP THE PHONE AND CALL.

11  **Q.**   OKAY.  WHAT'S THE TYPICAL LITANY THAT AN EMT GOES THROUGH

12  WHEN ASSESSING SERIOUSNESS?

13  **A.**   THE TYPICAL WHAT?

14  **Q.**   THE TYPICAL LIST THAT AN EMT GOES THROUGH WHEN HE'S

15  ASSESSING SERIOUSNESS?

16           **MR. HAMILTON:**  OBJECTION; FOUNDATION, YOUR HONOR.

17           **THE COURT:**  YOU WANT TO ADDRESS THE OBJECTION?

18           **MR. FERNANDEZ:**  SURE.  HE'S AN EMT.

19  BY MR. FERNANDEZ:

20  **Q.**   ARE YOU FAMILIAR WITH THAT?

21  **A.**   WITH A LIST?

22           **THE COURT:**  LET THE COURT RULE.

23           **MR. FERNANDEZ:**  I'LL LAY A FOUNDATION AT THIS TIME.

24           **THE COURT:**  LET THE COURT RULE ON THE OBJECTION, AND

25  YOU MAY.  PLEASE LAY THE FOUNDATION.

10:28

1  BY MR. FERNANDEZ:

2  Q.   COLONEL, ARE YOU FAMILIAR WITH TYPICAL EMT PRACTICE?

3  A.   YES.

4  Q.   ARE YOU STILL A PRACTICING EMT?

5  A.   YES.

6  Q.   DO YOU KNOW WHEN ASSESSING A PATIENT WHAT PROCEDURES WOULD

7  BE FOLLOWED?

8  A.   YES.

9  Q.   OKAY.  NOW IN LIGHT OF THAT, IN ORDER TO ASSESS

10  SERIOUSNESS, IS THERE A LIST OF THINGS THAT AN EMT LOOKS AT IN

11  ORDER?

12  A.   WELL, DEPENDING ON THE ILLNESS OR INJURY, YOU WOULD START

13  WITH AIRWAY, BREATHING, CIRCULATION, IN THAT ORDER AND CORRECT

14  WHATEVER PROBLEMS IN THAT ORDER THAT WOULD COME UP.

15  Q.   AND WHY IS THAT ORDER IMPORTANT?

16  A.   WELL, IF YOU DON'T HAVE AN AIRWAY, YOU'RE NOT GOING TO

17  HAVE EFFECTIVE BREATHING.  IF YOU'RE NOT BREATHING, YOU'RE NOT

18  GOING TO HAVE CIRCULATION FOR VERY LONG.

19  Q.   AND SO IT'S PUT IN THAT ORDER BECAUSE THAT'S THE

20  SERIOUSNESS THAT NEEDS TO BE ADDRESSED, CORRECT?

21  A.   CORRECT.

22  Q.   IF THERE'S ANY ISSUE WITH THAT PROCESS OR A SITUATION IS

23  DETERIORATING ON AN EMT, WHAT CAN THEY DO AT THAT POINT?

24  A.   YOU WOULD CONTINUOUSLY REASSESS AND RECHECK VITAL SIGNS

25  AND KIND OF SEE WHERE YOUR PATIENT STATUS IS AT THAT POINT.

10:29 1  Q.   CAN AN EMT ORDER AN AMBULANCE?

2  A.   CAN AN EMT DO WHAT?

3  Q.   ORDER AN AMBULANCE.

4  A.   THEY CAN CALL FOR AN AMBULANCE, YES.

5  Q.   AND HOW OFTEN IS THE AMBULANCE SERVICE AT LSP AVAILABLE?

6  A.   24/7.

7  Q.   AND THAT'S WITHIN THEIR TRAINING?

8  A.   YES.

9  Q.   OKAY.  LET'S TALK ABOUT THE SICK CALL FOR A SECOND.  WHO

10  DOES SICK CALL AT LSP?

11  A.   PRETTY MUCH ALL OF OUR EMS STAFF.

12  Q.   HOW DOES SICK CALL WORK AT LSP?

13  A.   FIVE DAYS A WEEK, THEY WILL GO TO THE DIFFERENT HOUSING

14  LOCATIONS, AND AN EMT WILL MAKE A ROUND, PUNCH A CLOCK, SIGN

15  THE BOOK, AND SEE IF THERE'S ANYBODY THAT'S AVAILABLE -- I

16  MEAN, ANYBODY THAT'S WANTING TO SEE SICK CALL AND WE WILL

17  GATHER THE PAPERWORK, GATHER THE COMPLAINTS, AND DECIDE WHAT TO

18  DO WITH IT FROM THERE.

19  Q.   OKAY.  AND HOW MANY EMTS RUN SICK CALL?

20  A.   GENERALLY ABOUT FIVE A DAY.

21  Q.   AND WHAT IS THE COMPOSITION OF THAT FIVE?

22  A.   THE COMPOSITION?

23  Q.   YEAH.  SO THERE -- ARE THERE DIFFERENT LEVELS OF EMS?

24  A.   YEAH.  IT COULD BE ANY OF THE LEVELS OR ALL OF THE LEVELS.

25  Q.   WHAT DO YOU TRY TO DO WHEN YOU STAFF A SICK CALL LIKE

1  THAT?

2  **A.**   WELL, WE STAFF -- WE TRY TO STAFF, LIKE THE ATU IN THE

3  MORNING WOULD BE A PARAMEDIC AND AN EMT BASIC, MOST OF THE

4  TIME, AND THEN WE'LL HAVE A BASIC AND A PARAMEDIC ON AN

5  AMBULANCE.  AND THEN THE THIRD ONE WOULD BE A TRIAGE MEDIC AND

6  THAT COULD BE ANY LEVEL.  AND THEY'LL DISPERSE IN THE MORNING

7  AND START HITTING DIFFERENT AREAS OF THE PRISON.

8  **Q.**   AND HOW IS SICK CALL CONDUCTED ONCE THE STAFF IS IN PLACE?

9  **A.**   THEY WILL GO DOWN EACH UNIT AND ANNOUNCE SICK CALL.

10  **Q.**   AND THEN WHAT HAPPENS?

11  **A.**   AND THEN THE OFFENDER WILL HAVE A SICK CALL SHEET

12  PRE-FILLED OUT THAT THEY'LL BRING TO THEM, AND THEN THEY'LL

13  DECIDE, BASED ON THAT INFORMATION THAT THEY ARE GIVEN, WHAT THE

14  NEXT STEP WOULD BE.

15  **Q.**   OKAY.  ARE THEY ASSESSED?

16  **A.**   YES.

17  **Q.**   IS A PHYSICAL EXAMINATION DONE?

18  **A.**   YES.

19  **Q.**   WHERE IS THAT DONE?

20  **A.**   WHERE IS WHAT?

21  **Q.**   WHERE IS THAT DONE IN, SAY, THE CELLBLOCK?

22  **A.**   IN THE CELL.

23  **Q.**   IF THAT WASN'T DONE AT THE CELL, WHAT WOULD HAVE TO BE

24  DONE FOR THEM TO BE SEEN BY A HEALTH PROVIDER?

25  **A.**   IF SICK CALL WASN'T DONE?

10:11  1   **Q.**   IF THE ASSESSMENT WASN'T DONE CELL SIDE.

2   **A.**   I'M NOT SURE WHERE YOU'RE GETTING.

3   **Q.**   WOULD THEY HAVE TO BE CALLED OUT?

4   **A.**   FROM THE CELL?  I MEAN, YEAH, IT'S POSSIBLE.

5   **Q.**   TO GET THEM IN A PRIVATE AREA, WHAT WOULD HAVE TO BE DONE

6   IN THE CELLBLOCK?

7   **A.**   THEN WE WOULD SEND THEM TO THE ATU FOR FURTHER EVALUATION.

8   **Q.**   SO WHEN AN EMT IS CONDUCTING ONE OF THESE EVALUATIONS

9   DURING SICK CALL, WHAT GUIDES WHAT THE EMT DOES IN TERMS OF THE

10   EVALUATION?

11   **A.**   THEY WOULD FOLLOW THE SICK CALL PROTOCOL.

12   **Q.**   AND THEY WOULD LOOK AT THE SICK CALL FORM; IS THAT RIGHT?

13   **A.**   THE SICK CALL FORM, YES.  THERE'S A PLACE ON THE TOP OF IT

14   WHERE THEY'LL PUT THEIR COMPLAINTS.

15   **Q.**   AND WHAT DO YOU -- WHAT DOES AN EMT DO WITH THIS COMPLAINT

16   LISTINGS?

17   **A.**   WELL, IT DEPENDS ON WHAT THE COMPLAINT IS.  IF IT'S A

18   MEDICATION RENEWAL, YOU KNOW, THERE'S NOT GOING TO BE MUCH OF

19   AN ASSESSMENT THERE.  IF THEY HAVE A MEDICAL COMPLAINT, THEN

20   THEY'LL ADDRESS THAT COMPLAINT.

21   **Q.**   ARE YOU FAMILIAR WITH THE TERM "SCOOP AND RUN"?

22   **A.**   YES.

23   **Q.**   WHAT IS A "SCOOP AND RUN"?

24   **A.**   THAT'S DONE PRETTY MUCH ON THE AMBULANCE SIDE OF IT, WHERE

25   IF THEY HAVE A POTENTIAL PROBLEM, AT THE DISCRETION OF THE

10:33   1   SENIOR PARAMEDIC THAT'S ON THE SHIFT, CAN DECIDE TO DO A SCOOP
2   AND RUN AND ACTUALLY TRANSPORT TO AN OUTSIDE FACILITY.
3   Q.   I THINK YOU MIGHT HAVE HIT AROUND IT, BUT I'M NOT SURE YOU
4   TOLD US EXACTLY WHAT IS A SCOOP AND RUN.  WHAT HAPPENS WHEN A
5   SCOOP AND RUN IS ORDERED?
6   A.   WELL, YOU'D MAKE SURE THE INMATE IS RESTRAINED.  YOU WOULD
7   SCOOP THEM, LOAD THEM UP, DO THEIR ASSESSMENT, FIGURE OUT IF
8   THEY NEED TO GO OUT, AND YOU WOULD HEAD TOWARD THE FRONT GATE
9   WHERE WE'D GET A WEAPON AND CONTINUE TO THE OUTSIDE HOSPITAL.
10   NOW, THERE ARE SOME PHONE CALLS YOU WOULD HAVE TO MAKE OR RADIO
11   CONTACT TO LET PEOPLE KNOW THAT YOU'RE DOING THAT.
12   Q.   AND HOW'S THAT DIFFERENT THAN THE NORMAL PROCESS?
13   A.   THE NORMAL PROCESS IS WE'D GO TO THE ATU AND GET THEM
14   STABILIZED AND THEN GO GET THEM TRANSFERRED TO THE OUTSIDE
15   FACILITIES.  THAT WOULD BE DONE BY THE DOCTOR.
16   Q.   AND IS SCOOP AND RUN A WRITTEN POLICY AT LSP?
17   A.   IT IS.
18   Q.   IS THERE A FORMULARY OF MEDICATIONS THAT EMTS CAN
19   PRESCRIBE OR ADMINISTER?
20   A.   THERE IS.
21   Q.   JOHN, CAN YOU PULL UP DX5?  AND THE BATES IS 02337 TO
22   02387.
23        IS THIS THE FORMULARY THAT YOU'RE FAMILIAR WITH?
24   A.   WELL, THAT'S JUST A NATURAL PROTOCOL.  IT'S NOT REALLY A
25   FORMULARY.

10:34   1    **Q.**   AT THE TOP IT SAYS PRE-HOSPITAL FORMULARY, YES?

2    **A.**   I DIDN'T SEE THAT.  I'M SORRY, YES.

3    **Q.**   SO WHAT IS IN THE FORMULARY?

4    **A.**   THIS IS JUST -- YEAH, THIS IS JUST ONE DRUG, THIS IS FOR

5    ASPIRIN.

6    **Q.**   AND ALL THE INFORMATION IS IN THERE ABOUT HOW IT WORKS?

7    **A.**   YES.

8    **Q.**   OKAY.  WHERE IS THE FORMULARY AVAILABLE TO AN EMT?

9    **A.**   IT'S AT THE ATU.

10   **Q.**   AND SO THEY'RE ALLOWED TO FAMILIARIZE THEMSELVES WITH

11   THAT?

12   **A.**   YES.

13   **Q.**   HOW LONG DOES IT GENERALLY TAKE FOR A DOCTOR TO REVIEW

14   WHAT WAS DONE IN SICK CALL BY AN EMT?

15   **A.**   GENERALLY WITHIN 24 HOURS.

16   **Q.**   HOW ARE OTC MEDICINES ADMINISTERED AT SICK CALL?

17   **A.**   HOW ARE THEY ADMINISTERED?

18   **Q.**   YES, SIR.

19   **A.**   THEY ARE USUALLY ORDERED AND THEY ARE OVER-THE-COUNTER

20   MEDICATIONS.

21   **Q.**   OKAY.  AND SO EMTS SORT OF SERVE AS THE CONDUIT FOR

22   OVER-THE-COUNTER MEDICATION?

23   **A.**   YES.

24        **MR. HAMILTON:**  OBJECTION, YOUR HONOR.  COUNSEL IS

25   TESTIFYING.

1           **MR. FERNANDEZ:**  TRYING TO MOVE IT ALONG.

2           **THE COURT:**  REPHRASE, TRY NOT TO LEAD.  LET'S TRY TO

3    MOVE THINGS ALONG THOUGH, IF WE COULD HAVE A LITTLE BIT OF

4    TOLERANCE ON THAT SIDE.  JUST ASK SOME DIRECT QUESTIONS.

5           **MR. FERNANDEZ:**  OKAY.

6    BY MR. FERNANDEZ:

7    **Q.**   WHY DO EMTS ADMINISTER OTC MEDICINES TO INMATES?

8    **A.**   A LOT OF TIMES IT'S AT A PATIENT'S REQUEST AND IT'S FOR

9    REALLY NON-EMERGENT THINGS.

10   **Q.**   WHERE CAN AN INMATE GO TO GET OVER-THE-COUNTER MEDICINES?

11   **A.**   WELL, ACTUALLY, THEY HAVE SOME AVAILABLE AT THE CANTEENS,

12   AND IF NOT, THEY CAN CATCH SICK CALL AND HAVE THEM SENT TO

13   THEM.

14   **Q.**   OKAY.  WHEN DO EMTS DO TRIAGE?

15   **A.**   EVERY DAY.

16   **Q.**   IN CONNECTION WITH WHAT?

17   **A.**   WE HAVE ONE -- AT LEAST ONE MEDIC THAT GOES AROUND THE

18   WHOLE FARM BOTH -- WELL, ALL SHIFTS AND DOES TRIAGE, AS WELL AS

19   ONE IN THE FIELD.

20   **Q.**   IS TRIAGE DONE WITH SICK CALL, OR IS IT DONE IN ANOTHER

21   CONTEXT?

22   **A.**   IT'S MORE -- WELL, ON AN EMERGENCY BASIS.

23   **Q.**   OKAY.  IS THAT THE SELF-DECLARED EMERGENCIES?

24   **A.**   YES.

25   **Q.**   AND WHAT IS A SELF-DECLARED EMERGENCY?

10:37   1   **A.**   IT'S WHEN AN OFFENDER FEELS THAT HE HAS A MEDICAL

2   EMERGENCY.  HE'LL LET SECURITY KNOW, AND SECURITY WILL CALL US,

3   AND THEN WE'LL SEND A TRIAGE MEDIC OUT.

4   **Q.**   LET'S TALK ABOUT PERFORMANCE EVALUATION AND IMPROVEMENT

5   FOR EMTS.  WHAT IS DONE TO TRACK WHEN AN EMT DOES NOT FOLLOW

6   IDEAL PRACTICE?

7   **A.**   SAY AGAIN.

8   **Q.**   WHAT IS DONE TO TRACK WHEN AN EMT DOES NOT FOLLOW IDEAL

9   PRACTICE?

10   **A.**   WELL, YOU'VE GOT THE QA AND QI THAT THOSE FORMS ARE FILLED

11   OUT AND SENT IN, AND THEY'LL GO THROUGH THEIR PROCESS.

12   **Q.**   WHO DO YOU UNDERSTAND REVIEWS QI SUBMISSIONS?

13   **A.**   IT WAS WARDEN FALGOUT AT ONE POINT.

14   **Q.**   DOES ANYONE ELSE REVIEW THE QI SUBMISSIONS?

15   **A.**   THERE'S ANOTHER NURSE THAT'S DOING IT NOW.

16   **Q.**   OUTSIDE OF THE NURSE AND THE ADMINISTRATION, DO ANY EMTS

17   REVIEW THEM?

18   **A.**   WELL, THE SHIFT -- YEAH, THE SHIFT SUPERVISORS DO IT

19   FIRST, BUT --

20   **Q.**   OKAY.  HOW DOES THAT WORK?  WHAT DO THEY DO?

21   **A.**   WELL, THEY GO OVER THE PAPERWORK THAT'S GENERATED.

22   **Q.**   AND THEY TALK ABOUT WHAT HAPPENED?

23   **A.**   YES.

24   **Q.**   WHAT'S DONE FOR PERFORMANCE IMPROVEMENT FOR EMTS AT LSP?

25   **A.**   JUST OUR TRAINING, RENEWING, KEEPING UP WITH THE CHANGES.

10:38   1   **Q.**   ARE EMTS GIVEN ANY KIND OF PLANS OR GOALS?

2   **A.**   THAT'S PRETTY MUCH DONE THROUGH NATIONAL REGISTRY AND THE

3   STATE THROUGH OUR CONTINUING EDUCATION AND REFRESHER PROGRAM.

4   **Q.**   OKAY.   THERE'S BEEN SOME TALK ABOUT MALINGERING, AND I

5   WANT TO TALK ABOUT THAT FOR A SECOND.   WHAT, IF ANYTHING, DO

6   EMTS DO IF THEY SUSPECT MALINGERING?

7          **MR. HAMILTON:**   OBJECTION, YOUR HONOR; FOUNDATION.

8          **THE COURT:**   SUSTAINED.

9              LAY A FOUNDATION.

10   BY MR. FERNANDEZ:

11   **Q.**   ARE YOU FAMILIAR WITH THE MALINGERING POLICY?

12   **A.**   YES.

13   **Q.**   ARE YOU FAMILIAR WITH THAT BECAUSE YOU'RE THE CHIEF

14   PARAMEDIC AT LSP?

15   **A.**   YES.

16   **Q.**   OKAY.   DO YOU KNOW LSP'S MALINGERING POLICY?

17   **A.**   YES.

18   **Q.**   WHAT, IF ANYTHING, DO EMTS DO IF THEY SUSPECT MALINGERING?

19          **MR. HAMILTON:**   SAME OBJECTION.

20          **THE COURT:**   OVERRULED.

21   BY MR. FERNANDEZ:

22   **Q.**   YOU CAN ANSWER.

23   **A.**   ALL RIGHT.   SAY AGAIN.

24   **Q.**   WHAT, IF ANYTHING, DO EMTS DO IF THEY SUSPECT MALINGERING?

25   **A.**   THEY COULD WRITE THEM UP ON A MALINGERING CHARGE.

10:19   1   Q.   OKAY.  HOW OFTEN DOES THAT HAPPEN IN YOUR ESTIMATION?

2   A.   ALMOST NONE.

3   Q.   WHAT DO YOU MEAN WHEN YOU SAY "ALMOST NONE"?

4   A.   I THINK WE DID THE NUMBERS A COUPLE OF YEARS AGO, AND I

5   BELIEVE IT WAS -- I DON'T KNOW -- LIKE .001 PERCENT OF THE

6   MEDICAL CONTACTS ACTUALLY GOT WRITTEN UP.

7   Q.   OKAY.  LET'S TALK ABOUT CO-PAYS.

8   A.   UH-HUH.

9   Q.   WHAT'S THE PURPOSE OF THE CO-PAY SYSTEM?

10   A.   TO, I GUESS, MAKE SURE THE OFFENDER ACTUALLY NEEDS TO SEE

11   MEDICAL, WANTS TO SEE MEDICAL AND CAN KIND OF KEEP FROM

12   CLOGGING UP THE SYSTEM.

13   Q.   WHY IS THAT IMPORTANT?

14   A.   WELL, IF YOU CLOG UP THE SYSTEM, THEN THERE WILL BE DELAYS

15   IN PATIENT CARE.

16   Q.   WHAT COULD HAPPEN IF THERE ARE DELAYS?

17   A.   I MEAN, IT COULD BE FROM NOTHING TO SOMETHING MAJOR.

18   Q.   WHAT ISSUES, IF ANY, HAVE ARISEN WITH THE CO-PAY SYSTEM IN

19   YOUR EXPERIENCE?

20   A.   EVERY NOW AND THEN, YOU KNOW, ONE WILL GET CHARGED THAT

21   REALLY SHOULDN'T HAVE BEEN CHARGED, AND WHEN DOES THAT HAPPEN,

22   THEY WILL WRITE A LETTER OR THEY'LL GO THROUGH THE

23   ADMINISTRATIVE REMEDY PROCESS AND WE'LL REFUND IT.

24   Q.   LET'S TALK ABOUT IMPROVEMENTS TO EMT PRACTICE AT LSP.

25   WHAT IMPROVEMENTS HAVE YOU MADE OVER TIME?  KEEPING IN MIND

10:41   1   THAT YOU NEED TO ANSWER ONLY THROUGH SEPTEMBER OF 2016.

2   **A.**   JUST MAKING SURE THE EQUIPMENT IS ALL THERE AND IN WORKING

3   CONDITION AND MAKING SURE THAT WE'RE DOING THE CONTINUING

4   EDUCATION ON WHAT WE NEED TO BE FOCUSED ON.

5   **Q.**   OKAY.  HAVE Y'ALL FOCUSED ON ANY ADDITIONAL TRAINING?

6   **A.**   WE DO A LOT OF TRAINING.

7   **Q.**   OKAY.  WHAT, IF ANY, TRAINING HAVE EMS OFFICERS RECEIVED

8   ON STROKES?  KEEPING IN MIND THE 2016 TIMELINE.

9   **A.**   WELL, IN 2015, ACLS INCORPORATED INTO THAT CERTIFICATION

10   AS WELL WITH THE NEWER GUIDELINES.

11   **Q.**   IS THAT A CLASS?

12   **A.**   YES.

13   **Q.**   WHAT --

14   **A.**   IT'S THE ADVANCED CARDIAC LIFE SUPPORT, AND WE ALSO DO

15   SOME TRAINING IN THE REFRESHER AS WELL ON THAT.

16   **Q.**   WHY DID Y'ALL WANT TO FOCUS ON STROKE TRAINING?

17   **A.**   BECAUSE I MEAN, THAT'S A NATIONAL THING.

18   **Q.**   LET'S TALK ABOUT EMT'S SCOPE OF PRACTICE.  ARE YOU

19   FAMILIAR WITH AN EMT'S SCOPE OF PRACTICE IN LOUISIANA?

20   **A.**   YES.

21   **Q.**   AND IS THAT THROUGH YOUR PRACTICE OF BEING A PARAMEDIC?

22   **A.**   YES.

23   **Q.**   JOHN, CAN YOU GIVE ME DX15, AND THE BATES ARE 02946 TO

24   029469.

25               ARE YOU FAMILIAR WITH THIS?

10:42  1    **A.**    YES, SIR.

2    **Q.**    WHAT IS THIS?

3    **A.**    THAT'S THE SCOPE OF PRACTICE, THE MATRIX.

4    **Q.**    AND WHAT IS THE PURPOSE OF THIS DOCUMENT?

5    **A.**    IT'S A GUIDELINE AS TO CERTAIN SKILLS THAT THE DIFFERENT

6    LEVELS CAN DO.

7    **Q.**    AND SO I SEE FOUR COLUMNS HERE.

8    **A.**    YES.

9    **Q.**    CAN YOU TELL ME WHAT THOSE ARE?

10    **A.**    THE FIRST ONE IS AN EMERGENCY MEDICAL RESPONDER.  THE

11    SECOND ONE IS AN EMT BASIC.  THE THIRD ONE IS AN ADVANCED EMT,

12    AND THE FOURTH ONE IS A PARAMEDIC.

13    **Q.**    OKAY.  SO THIS CHART EXPLAINS WHO CAN DO WHAT IN CERTAIN

14    CATEGORIES; IS THAT CORRECT?

15    **A.**    YEAH, PRETTY MUCH.

16    **Q.**    AND THIS IS SOMETHING YOU HAVE TO BE FAMILIAR WITH TO BE A

17    PARAMEDIC?

18    **A.**    YES.

19    **Q.**    OKAY.  IN TERMS OF THE SCOPE OF PRACTICE, ARE EMTS

20    AUTHORIZED TO TAKE A PATIENT HISTORY?

21    **A.**    YES.

22    **Q.**    AND HOW DO THEY TAKE PATIENT HISTORIES?

23    **A.**    WELL, THEY CAN EITHER ASK OR THEY WILL GO OVER THE

24    MEDICATIONS THEY PULLED UP ON THE COMPUTER, WHAT THE INMATE IS

25    ACTUALLY ON, AND THEY CAN KIND OF GAIN A HISTORY BASED ON THE

1    MEDICATIONS THEY'RE TAKING.

2    **Q.**    OKAY.  AND ONCE THAT ASSESSMENT OR THAT PATIENT HISTORY IS

3    DONE, WHAT CAN AN EMT DO THEN AFTER?

4    **A.**    IN WHAT SITUATION?

5    **Q.**    LET'S CONFINE IT TO THE SICK CALL.

6    **A.**    OKAY.

7    **Q.**    AFTER THE EMT TAKES THE PATIENT'S HISTORY, WHAT'S THE NEXT

8    STEP?

9    **A.**    I GUESS FIND OUT WHAT THE PROBLEM IS, WHAT THE MEDICAL

10   PROBLEM IS.

11   **Q.**    SO LIKE AN ASSESSMENT?

12   **A.**    ASSESSMENT, YES.

13   **Q.**    OKAY.  AND IS THAT WITHIN THE SCOPE OF PRACTICE FOR AN

14   EMT?

15   **A.**    YES.

16   **Q.**    WHAT DO EMTS DO WITH RESPECT TO THE RESOURCES AVAILABLE TO

17   THEM AT SICK CALL, AS PART OF THIS PROCESS?

18   **A.**    WELL, I MEAN, BASED ON THE INMATE, THE COMPLAINT, THEY'LL

19   LOOK THEM UP ON THE COMPUTER, THEY CAN -- LIKE I SAID, THEY CAN

20   CHECK THE ALLERGIES, THEY CAN CHECK MEDICATIONS, THEY CAN SEE

21   IF THEY HAVE AN APPOINTMENT COMING UP.

22   **Q.**    WHAT DOES AN EMT DO IF HE BELIEVES HE NEEDS ADDITIONAL

23   RESOURCES?

24   **A.**    IT DEPENDS ON THE SEVERITY OF THE CASE.  IT CAN BE PICKING

25   UP THE PHONE AND CALLING THEIR SUPERVISOR.  THEY CAN CALL THE

1   DOCTOR, OR GET ON THE RADIO AND JUST CALL FOR AN AMBULANCE AND

2   LET THE PARAMEDIC COME OUT THERE AND SEE.

3   **Q.**   IS REQUESTING ADDITIONAL RESOURCES WITHIN THE SCOPE OF

4   PRACTICE FOR AN EMT?

5   **A.**   YES.

6   **Q.**   WHAT KIND OF RESOURCES CAN THEY UTILIZE?  WHO IS AVAILABLE

7   AT LSP?

8   **A.**   I MEAN, YOU HAVE ALL LEVELS OF EMTS, YOU HAVE THE DOCTORS,

9   YOU HAVE NURSES, YOU HAVE -- I MEAN, PRETTY MUCH ANYBODY.

10  **Q.**   YOU HAVE AN AMBULANCE, RIGHT?

11  **A.**   WE HAVE AMBULANCES, YES.

12  **Q.**   OKAY.  WHAT DOES AN EMT -- I'LL TAKE YOU BACK THROUGH THIS

13  PROCESS SO WE CAN TELL THE COURT HOW THIS WORKS.  WHAT DOES AN

14  EMT DO ONCE THE ASSESSMENT PART OF SICK CALL IS COMPLETE?

15  **A.**   I'M NOT SURE WHERE YOU'RE GOING WITH IT.

16  **Q.**   I'M JUST TRYING TO FIGURE OUT ONCE YOU HAVE ASSESSED THE

17  PATIENT, WHAT'S THE NEXT STEP AT SICK CALL?

18  **A.**   THEY WOULD DOCUMENT IT AND FIGURE OUT WHERE THEY NEED TO

19  GO FROM THERE WITH THE PAPERWORK OR THE PATIENT.

20  **Q.**   AND SO THAT'S DONE IN CONJUNCTION WITH THE PATIENT?

21  **A.**   YES.

22  **Q.**   AND THAT'S WITHIN AN EMT'S SCOPE OF PRACTICE?

23  **A.**   YES, IT IS.

24  **Q.**   ARE EMTS ALLOWED TO PROVIDE INITIAL ASSESSMENTS AND

25  PROVIDE CARE BASED ON THOSE FINDINGS?

10:46  1  **A.**   YES, THEY ARE.

2  **Q.**   ARE YOU FAMILIAR WITH AN OPQRST HISTORY?

3  **A.**   YES.

4  **Q.**   WHAT IS THAT?

5  **A.**   THAT'S KIND OF A GUIDELINE FOR LOOKING UP OR FIGURING OUT

6  THINGS ON A PATIENT ASSESSMENT, LIKE THE -- IT'S -- I FORGET

7  WHAT THE NAME OF IT IS.  BUT LIKE THE O WOULD STAND FOR LIKE

8  THE ONSET OF WHATEVER PROBLEM THEY WOULD HAVE.  PROVOCATION, L,

9  P, Q, QUALITY, ANY RADIATION OF ANY PAIN THEY MAY HAVE;

10  SEVERITY, TENDERNESS, BURNS.

11  **Q.**   THE TIME?

12  **A.**   AND TIME, YEAH.  I WAS TRYING TO THINK OF ALL THAT.

13  **Q.**   AND SO WHEN EMTS MAKE ASSESSMENTS USING THAT WITHIN THEIR

14  SCOPE OF THEIR PRACTICE -- I'M SORRY.  LET'S BACK UP A SECOND.

15  IS AN OPQRST HISTORY WITHIN THE SCOPE AND PRACTICE FOR EMS?

16  **A.**   YES.

17  **Q.**   OKAY.  ONCE THEY MAKE THAT ASSESSMENT, IS IT WITHIN THE

18  SCOPE OF PRACTICE TO PROVIDE CARE BASED ON THOSE FINDINGS?

19  **A.**   YES, IT IS.

20  **Q.**   CAN AN EMT PERFORM A PHYSICAL EXAMINATION?

21  **A.**   YES.

22  **Q.**   AND THAT DOESN'T HAVE TO BE DONE PURSUANT TO PROTOCOL?

23  **A.**   THAT DOESN'T WHAT?

24  **Q.**   THAT'S NOT FROM A PROTOCOL, THAT'S WITHIN THE SCOPE OF

25  PRACTICE?

10:48  1    **A.**    YEAH, THEY HAVE TO BE ABLE TO DO AN ASSESSMENT.

2    **Q.**    IS IT WITHIN THE SCOPE OF PRACTICE TO PERFORM ONGOING

3    ASSESSMENTS?

4    **A.**    YES.

5    **Q.**    WHAT DO YOU UNDERSTAND TO MEAN ONGOING ASSESSMENTS?

6    **A.**    WELL, IF YOU DO SOMETHING FOR AN AMBULANCE PART OF IT, YOU

7    WOULD HAVE AN INITIAL ASSESSMENT.  YOU DECIDE TO TRANSPORT, YOU

8    GET THEM IN THE BACK OF THE UNIT, YOU TRANSPORT.  IF IT'S A

9    CRITICAL PATIENT, YOU WOULD WANT TO REASSESS EVERY FIVE MINUTES

10   WITH ANOTHER SET OF VITALS AND RECHECK TO SEE IF ANY OF YOUR

11   TREATMENT HAS IMPROVED, HAS THE PATIENT DECLINED, AND THEN

12   DECIDE WHAT TO DO FROM THERE ON.  FOR A STABLE PATIENT, IT'S

13   USUALLY EVERY 15 MINUTES.

14   **Q.**    ARE THERE ANY OTHER ONGOING ASSESSMENT SITUATIONS OTHER

15   THAN JUST IN ONE ENCOUNTER?

16   **A.**    YOU KNOW, SOMETIMES IN -- IF YOU'RE REFERRING TO SICK

17   CALL, I IMAGINE?

18   **Q.**    YES.

19   **A.**    SICK CALL A LOT OF TIMES WILL HAVE THE SAME MEDIC WILL DO

20   CERTAIN AREAS PRETTY CONSISTENTLY, NOT EVERY SINGLE TIME, BUT

21   THEY WILL GET TO KNOW SOME OF THE PATIENTS AND BE FAMILIAR WITH

22   SOME OF THEM.

23   **Q.**    AND IS IT COMMON TO DRAW ON THAT EXPERIENCE?

24   **A.**    ABSOLUTELY.

25   **Q.**    HOW OFTEN, WHEN YOU WERE AN OUTSIDE EMT, WOULD YOU SEE THE

1    SAME PATIENT MULTIPLE TIMES?

2    **A.**    IT PRETTY MUCH HAPPENS IN THE OUTSIDE, NOT AS FREQUENTLY

3    AS, YOU KNOW, IN-HOUSE BECAUSE WE HAVE THE SAME 6000 PEOPLE

4    THAT WE SEE PRETTY MUCH EVERY DAY.

5    **Q.**    WHEN IT HAPPENED ON THE OUTSIDE, WHAT WAS USUALLY THE

6    CAUSE OF THAT, IN YOUR EXPERIENCE?

7    **A.**    WHAT WAS THE CAUSE OF IT?

8    **Q.**    YES, SIR.

9    **A.**    I'M NOT SURE WHAT YOU MEAN.

10   **Q.**    DID YOU EVER HAVE ANY REPEAT CUSTOMERS?

11   **A.**    A FEW.

12   **Q.**    OKAY.  NOW, WHAT DO YOU MEAN BY THAT?

13   **A.**    I MEAN, THERE WERE SOME THAT I COULDN'T RECITE TODAY, BUT

14   20 YEARS AGO I'D REMEMBER THEIR 13 DIGIT MEDICAID NUMBER AND

15   SOCIAL SECURITY NUMBER AND DATE OF BIRTH AND ALLERGIES AND, YOU

16   KNOW, WE WOULD SEE THEM THAT OFTEN.

17   **Q.**    WOULD YOU DRAW ON YOUR EXPERIENCE WITH THAT PATIENT --

18   **A.**    YES.

19   **Q.**    -- IN THE OUTSIDE WORLD?  OKAY.  I APPRECIATE YOUR TIME.

20   FINALLY, I'D LIKE TO TALK ABOUT EMT PRACTICE IN A CORRECTIONAL

21   SETTING.  HOW OFTEN AT LSP WOULD YOU SAY EMTS SEE THE SAME

22   PATIENT REPEATEDLY?

23   **A.**    I'D SAY QUITE OFTEN.

24   **Q.**    WHAT'S THE ADVANTAGE OF THAT?

25   **A.**    LIKE I SAID, WE GET TO KNOW SOME OF THE PEOPLE AND THEIR

1   PROBLEMS.

2   **Q.**   WHAT ARE SOME OF THE BENEFITS AS AN EMT WORKING IN A

3   CORRECTIONAL SETTING?

4   **A.**   WELL, THAT IS THE BENEFIT.  YOU GET TO KNOW SOME OF THEM,

5   YOU GET TO KNOW THEIR MEDICAL HISTORIES.  AN AMBULANCE -- ON

6   THE AMBULANCE SIDE OF THIS, YOU KNOW, WHEN WE ARE DISPATCHED,

7   WE -- LIKE IF I'M IN THE ATU AND I'M DISPATCHING AN AMBULANCE,

8   I WILL PROVIDE THAT AMBULANCE WITH THE PATIENT'S AGE, ANY

9   ALLERGIES THAT THEY MAY HAVE, MEDICATIONS THEY MAY BE ON, AND

10  YOU DON'T GET THAT ON THE STREETS.

11  **Q.**   WHAT ABOUT IN TERMS OF THE SCOPE OF PRACTICE, WHAT'S THE

12  BENEFIT TO AN EMT IN A CORRECTIONAL SETTING?

13  **A.**   I REALLY DON'T KNOW IF THERE'S ANY.

14  **Q.**   DO YOU HAVE ANY LIMITS ON YOUR SCOPE OF PRACTICE WHEN YOU

15  WERE IN PRIVATE PRACTICE?

16  **A.**   YEAH.

17  **Q.**   WHAT WAS THAT?

18  **A.**   WELL, THE PROTOCOLS WERE SET UP A LITTLE DIFFERENTLY.  IF

19  I RAN A CARDIAC ARREST ON THE STREET, JUST TO USE AS AN

20  EXAMPLE, I WOULD GET TO THE SCENE AND I WOULD DO AN ADVANCED

21  AIRWAY, I WOULD DO DEFIBRILLATION, I WOULD GET AN IV STARTED, I

22  WOULD GIVE THE FIRST ROUND OF MEDICATIONS, AND THEN I HAVE TO

23  CALL MED CONTROL TO GET ORDERS TO PROCEED FURTHER THAN THAT.

24  AND TO ME, THAT'S A DELAY IN PATIENT CARE.

25  **Q.**   AND WHO PUT THAT BARRIER IN PLACE?

10:52   1    A.    THE PRIVATE COMPANY DID.

        2    Q.    SO THAT WASN'T CONSISTENT WITH THE SCOPE OF PRACTICE?

        3    A.    NO.

        4    Q.    IT LIMITED THE SCOPE OF THE PRACTICE?

        5    A.    THE COMPANY LIMITED IT.

        6    Q.    OKAY.  WOULD IT BE FAIR TO SAY THAT THE SCOPE OF PRACTICE

        7    IN A CORRECTIONAL SETTING IS MORE CO-EXTENSIVE WITH YOUR FULL

        8    SCOPE OF PRACTICE?

        9    A.    IN CERTAIN ASPECTS, YES.  I MEAN, WE DON'T HAVE TO CALL TO

       10    A GIVE A SECOND ROUND OF EPINEPHRINE, IF THAT'S WHAT WE'RE

       11    TALKING ABOUT.  WE CAN GO THROUGH -- OUR ACL HAS PROTOCOLS AND

       12    JUST LET THEM KNOW, HEY, WE ARE COMING IN, THIS IS WHAT WE

       13    HAVE, THIS IS WHAT WE HAVE DONE, AND WE WILL BE THERE IN A

       14    COUPLE OF MINUTES.

       15    Q.    AND WHY IS THAT IMPORTANT IN A REMOTE FACILITY?

       16    A.    WELL, IT LETS WHOEVER IS WORKING THE ATU KNOW THAT, OKAY,

       17    THEY ARE COMING, WE NEED TO CLEAR THIS ROOM OUT, WE NEED TO GET

       18    READY BECAUSE THIS IS COMING IN.

       19    Q.    WHAT ABOUT FROM THE PATIENTS' STANDPOINT IN A REMOTE

       20    COMMUNITY, WHY IS IT IMPORTANT TO HAVE A BROAD SCOPE OF

       21    PRACTICE?

       22    A.    IN A REMOTE COMMUNITY OUTSIDE OF ANGOLA YOU'RE TALKING

       23    ABOUT?

       24    Q.    NO, IN ANGOLA.

       25    A.    I'M NOT SURE WHAT YOU'RE SAYING.

10:53  1   **Q.**   WOULD YOU CONSIDER LSP REMOTE FROM OTHER TOWNS' AND

2   MEDICAL FACILITY?

3   **A.**   FROM THE OUTSIDE, YES.

4   **Q.**   YES.  SO WHY IS IT IMPORTANT FOR A BROAD SCOPE OF PRACTICE

5   IN A COMMUNITY LIKE LSP WHERE IT'S REMOTE?

6   **A.**   WELL, WE CAN TREAT MORE WITHOUT -- OR NOT SAY WITHOUT --

7   BUT BEFORE WE COME IN CONTACT WITH THE PHYSICIAN AND OTHER

8   STAFF.

9   **Q.**   ARE INMATES EVER FAR AWAY FROM THE ATU?

10   **A.**   NO MORE THAN TEN MINUTES.

11   **Q.**   THANK YOU.  THAT'S ALL THE QUESTIONS I HAVE FOR YOU.

12          **THE COURT:**  CROSS?

13                          **CROSS-EXAMINATION**

14   **BY MR. HAMILTON:**

15   **Q.**   GOOD MORNING, MR. CASHIO.

16   **A.**   GOOD MORNING.

17   **Q.**   LET'S TALK A LITTLE MORE ABOUT THE SICK CALL.  SICK CALL

18   IS DONE ONLY FIVE DAYS A WEEK, RIGHT?

19   **A.**   YES.

20   **Q.**   SO IF SOMEONE GETS SICK ON A WEEKEND, HE HAS TO DECLARE AN

21   EMERGENCY, RIGHT?

22   **A.**   YES.

23   **Q.**   AND A PATIENT IS CHARGED $6 WHEN HE DECLARES AN EMERGENCY,

24   RIGHT?

25   **A.**   CORRECT.

10:54  1  **Q.**   BUT WHEN A PATIENT REQUESTS SICK CALL, HE'S CHARGED $3,

2  RIGHT?

3  **A.**   YES, SIR.

4  **Q.**   SO SICK CALL ON THE WEEKEND IS ACTUALLY TWICE AS

5  EXPENSIVE, ISN'T IT?

6  **A.**   WE DON'T HOLD SICK CALL ON THE WEEKENDS.  SICK CALL IS

7  FIVE DAYS A WEEK.

8  **Q.**   OKAY.  IF A PATIENT WANTS TO DO SICK CALL ON THE WEEKEND,

9  HE CAN'T, RIGHT?

10  **A.**   CORRECT.

11  **Q.**   SO HE HAS TO DO AN EMERGENCY, RIGHT?

12  **A.**   EMERGENCY, YES.

13  **Q.**   WHICH IS TWICE AS EXPENSIVE?

14  **A.**   YES.

15  **Q.**   SICK CALL IS HELD AT DIFFERENT TIMES DEPENDING ON THE

16  LOCATION AND THE SEASON?

17  **A.**   YES.

18          **MR. FERNANDEZ:**  OBJECTION; OUTSIDE THE SCOPE.

19          **THE COURT:**  OVERRULED.

20  **BY MR. HAMILTON:**

21  **Q.**   YOU CAN ANSWER.

22  **A.**   YES.

23  **Q.**   BUT THERE IS NO SET SCHEDULE, RIGHT?

24  **A.**   WELL, IT DEPENDS WHAT'S HAPPENING WITH THESE FIVE

25  EMPLOYEES THAT WE HAVE.  IF THERE IS AN AMBULANCE RUN DURING

10:55  1  THE TIME OF SICK CALL, THEN THEY'LL HAVE TO LEAVE WHAT THEY'RE

2  DOING TO GO DO AN AMBULANCE RUN AND THEN THEY'LL COME BACK AND

3  FINISH WHERE THEY LEFT OFF.  SO THE TIME WILL VARY A LITTLE

4  BIT.

5  **Q.**   SO THERE'S NO SET SCHEDULE, RIGHT?

6       **MR. FERNANDEZ:**  OBJECTION; LACK OF FOUNDATION.

7       **THE COURT:**  OVERRULED.

8       **THE WITNESS:**  WE START AT 4:30 IN THE MORNING.

9  **BY MR. HAMILTON:**

10  **Q.**   AND IT GOES UNTIL 4:30 AT NIGHT?

11  **A.**   USUALLY BY 6:30, 7:00 SICK CALL IS DONE.

12  **Q.**   IN THE MORNING OR AT THE NIGHT?

13  **A.**   IN THE MORNING.

14  **Q.**   DO YOU REMEMBER GIVING A DEPOSITION IN THIS MATTER?

15  **A.**   YES.

16  **Q.**   ALEXANDER, COULD YOU BRING UP MR. CASHIO'S DEPOSITION AT

17  PAGE 33.

18       DRAWING YOUR ATTENTION TO LINES 9, 10, AND 11.  YOU

19  WERE ASKED:  "WHAT'S THE RANGE OF TIME?"

20       AND YOU ANSWERED:  "FROM 4:30 IN THE MORNING TILL 4:30

21  IN THE EVENING, USUALLY."

22  **A.**   AND WE USED TO DO IT THAT WAY.

23  **Q.**   OKAY.  SO I JUST WANT TO REMIND YOU THAT WE ARE TALKING

24  ABOUT BEFORE SEPTEMBER OF 2016.

25  **A.**   I THINK --

1 0 : 5 6   1   **Q.**   UP TILL SEPTEMBER.

2   **A.**   I THINK BEFORE THEN WE HAD THE EAST AND WEST YARDS OF THE

3   MAIN PRISON THAT WAS HANDLED BY THE NIGHT SHIFT, AND THEY WOULD

4   DO THAT AT 4:30 P.M.  THE REST OF IT WAS DONE AT 4:30 A.M.,

5   STARTED.

6   **Q.**   OKAY.  SO IT USUALLY STARTS AT 4:30 A.M.  SO IT OFTEN

7   HAPPENS WHEN PATIENTS ARE ASLEEP, RIGHT?

8              **MR. FERNANDEZ:**  OBJECTION; LACK OF FOUNDATION.

9              **THE COURT:**  OVERRULED.

10             **THE WITNESS:**  SLEEP PATTERNS IN A PRISON ARE REALLY

11   ODD.  THEY SLEEP -- SOME SLEEP ALL DAY, SOME SLEEP ALL NIGHT.

12   THERE'S REALLY NO RHYME OR REASON.

13   **BY MR. HAMILTON:**

14   **Q.**   SO MANY PATIENTS ARE ASLEEP WHEN SICK CALL HAPPENS, RIGHT?

15   **A.**   YES.  IT'S ANNOUNCED BEFORE.

16   **Q.**   AND IF A PATIENT SLEEPS THROUGH SICK CALL, HE HAS TO CATCH

17   IT THE NEXT DAY?

18   **A.**   YES.

19   **Q.**   HOW MANY SICK -- HOW LONG SICK CALL LASTS DEPENDS ON HOW

20   MANY PATIENTS THE EMTS SEE, RIGHT?

21   **A.**   CORRECT.

22   **Q.**   AND THEY DO A QUICK EVALUATION FOR SICK CALL REQUESTS?

23   **A.**   YES.

24   **Q.**   THEY TAKE A HISTORY?

25   **A.**   IT DEPENDS ON THE COMPLAINT, YES.

1  Q.   THEY CHECK WHAT MEDICATIONS THE PATIENT IS ON?

2  A.   YES.

3  Q.   BUT THEY DON'T KNOW EVERY PATIENT'S HISTORY OR WHAT MEDS

4  HE MIGHT BE ON, RIGHT?

5  A.   AT THE TIME OF THE SICK CALL, NO.  THEY'LL FOLLOW THAT UP

6  WHEN THEY GET BACK TO THE EMS BUILDING.

7  Q.   OKAY.  AN EMT CAN'T RUN ANY DIAGNOSTIC TESTS IN THE FIELD,

8  RIGHT?

9  A.   WHAT DO YOU MEAN BY "DIAGNOSTIC TESTS"?

10  Q.   X-RAYS?

11  A.   NO, WE CAN'T DO AN X-RAY AT THE CELLBLOCK.  I WISH WE

12  COULD.

13  Q.   BLOOD WORK?

14  A.   NO, WE CAN'T DO THAT AT THE CELL.

15  Q.   MOST OF THE PEOPLE WHO ASK FOR SICK CALL DON'T ACTUALLY

16  SEE A DOCTOR, DO THEY?

17  A.   MOST OF THE TIME, NO, NOT IMMEDIATELY ANYWAY.

18  Q.   A PATIENT IS NOT SUPPOSED TO BE CHARGED FOR A FOLLOW-UP

19  SICK CALL, RIGHT?

20  A.   IF THEY ARE BEING FOLLOWED BY A DOCTOR IN THE CLINICS FOR

21  A SPECIFIC PROBLEM, THEN THEY SHOULDN'T BE CHARGED FOR IT, AND

22  WE DO HAVE THAT FROM TIME TO TIME THAT, YOU KNOW, WE'LL SLIP

23  THROUGH THE CRACKS AND THEY'LL WRITE ME A LETTER, OR THEY'LL

24  FILE AN ARP, AND WE WILL REFUND THAT MONEY.

25  Q.   BUT SOME OF THEM FALL THROUGH THE CRACKS I THINK YOU

1   TESTIFIED?

2   **A.**   IT'S POSSIBLE, YES.

3   **Q.**   AND YOU CHARGE THEM WHEN THEY USE SICK CALL EVERY DAY TO

4   BE SEEN, RIGHT?

5   **A.**   WELL, THAT DEPENDS IF IT'S A REPEAT SICK CALL FOR

6   SOMETHING THEY ARE BEING FOLLOWED ON.

7   **Q.**   AND IF THEY ARE USING SICK CALL REPEATEDLY, YOU CONSIDER

8   THAT CLOGGING THE SYSTEM, I THINK YOU TESTIFIED?

9   **A.**   YEAH.

10   **Q.**   AND SO YOU CHARGE THEM TO PREVENT CLOGGING THE SYSTEM?

11   **A.**   YES.  UNLESS THEY ARE BEING FOLLOWED, THEN THEY WOULDN'T

12   BE CHARGED FOR THE REPEATS.

13   **Q.**   OKAY.  LET'S TALK ABOUT EMERGENCY TRANSPORT.  YOU SAID

14   EMTS CAN DECIDE WHETHER A PATIENT GETS TAKEN TO THE ATU OR AN

15   OUTSIDE HOSPITAL?

16   **A.**   THEY CAN, IN EXTREME CIRCUMSTANCES, YES.

17   **Q.**   AND YOU MENTIONED YOU HAVE A POLICY CALLED SCOOP AND RUN,

18   CORRECT?

19   **A.**   YES.

20   **Q.**   AND THAT POLICY GOVERNS THE TRANSPORT OF A PATIENT IN A

21   LIFE-THREATENING EMERGENCY?

22   **A.**   YES.

23   **Q.**   AND A PARAMEDIC MAKES THAT DETERMINATION, RIGHT?

24   **A.**   AS IT IS.

25   **Q.**   BUT MOST OF THE PATIENTS WHO GET PICKED UP BY AN AMBULANCE

11:00 1    AT ANGOLA DON'T ACTUALLY GO TO AN OFF-SITE HOSPITAL, DO THEY?

2    **A.**    MOST, NO.    MOST CAN BE TREATED THERE.

3    **Q.**    IN THE FIELD YOU RUN WHAT YOU CALL A TRIAGE SYSTEM, RIGHT?

4    **A.**    YES.

5    **Q.**    WHICH MEANS THAT SOMETIMES EMTS EXAMINE PATIENTS AT THEIR

6    LOCATION?

7    **A.**    YES.

8    **Q.**    AND THEY SOMETIMES SEE PATIENTS IN THE FIELD?

9    **A.**    YES.

10   **Q.**    AND THE TRIAGE MEDIC CAN BE A BASIC EMT, RIGHT?

11   **A.**    CORRECT.

12   **Q.**    MOST OF THE PATIENTS WHO ARE SEEN BY A TRIAGE MEDIC ARE

13   NOT SENT TO THE DOCTOR, RIGHT?

14   **A.**    MOST, PROBABLY NOT, NO.

15   **Q.**    AND MOST OF THE PATIENTS WHO ARE TAKEN TO THE ATU ARE NOT

16   SEEN BY A DOCTOR, ARE THEY?

17   **A.**    IF THEY ARE SENT IN BY ANOTHER EMT, THEY ARE SEEN BY A

18   DOCTOR.

19   **Q.**    I WANT TO GO OVER SOME OF THE HEALTHCARE SERVICES WORKLOAD

20   INDICATORS YOU PROVIDED TO US AT YOUR DEPOSITION.

21           ALEXANDER, CAN YOU BRING UP PLAINTIFFS' EXHIBIT 41.

22           **MR. FERNANDEZ:**  I'M GOING TO OBJECT AGAIN TO OUTSIDE

23   THE SCOPE.

24           **THE COURT:**  WHAT'S THE QUESTION?  I JUST HEARD THE

25   LAST PART ABOUT EXHIBIT WHATEVER.

11:01  1    **MR. HAMILTON:**  I ASKED HIM WHETHER MOST PATIENTS THAT

2    ARE TAKEN TO THE ATU ARE NOT SEEN BY A DOCTOR -- ARE SEEN BY A

3    DOCTOR.

4        **THE COURT:**  OVERRULED.

5        **MR. HAMILTON:**  COULD YOU GO TO PAGE 39, ALEXANDER.

6    I'M SORRY.  COULD YOU BACK UP TWO PAGES.  THANK YOU.  AND

7    THAT'S PATIENT 41-0039.

8    **BY MR. HAMILTON:**

9    **Q.**   IS THIS DOCUMENT FAMILIAR TO YOU, MR. CASHIO?

10   **A.**   SOMEWHAT.

11   **Q.**   DO YOU REMEMBER PROVIDING THIS TO US IN YOUR DEPOSITION?

12   **A.**   I DON'T REMEMBER.

13   **Q.**   OKAY.

14   **A.**   THIS IS LIKE CUMULATIVE.  THIS IS A BUNCH OF DIFFERENT

15   DEPARTMENTS ALL IN -- YOU KNOW, GATHERED TOGETHER IN ONE.  I

16   DON'T HAVE ANYTHING TO DO WITH THE OTHER PARTS OF THE DIFFERENT

17   CLINICS.

18   **Q.**   OKAY.  WELL, DRAWING YOUR ATTENTION TO THE ASSESSMENT

19   TREATMENT UNIT SECTION IN THE UPPER RIGHT-HAND CORNER.  YOU

20   HAVE A TOTAL INMATES EVALUATED BY EMT, THAT'S 547; IS THAT

21   CORRECT?

22   **A.**   THAT IS WHAT IT LOOKS LIKE.

23   **Q.**   AND YOU HAVE TOTAL INMATES SEEN BY M.D., THAT WOULD BE A

24   DOCTOR.  THAT'S 334; IS THAT CORRECT?

25   **A.**   THANK YOU WHOEVER DID THAT.

11:02  1              SAY AGAIN.  ASK YOUR QUESTION AGAIN.

2    **Q.**    SO THE NUMBER OF TOTAL INMATES SEEN BY A DOCTOR IS 334?

3    **A.**    YES.

4    **Q.**    AND --

5    **A.**    PHYSICALLY, PHYSICALLY SEEN BY THE DOCTOR.

6    **Q.**    AND SEEN BY AN EMT IS 1758?

7    **A.**    YES.  THAT INCLUDES A LOT OF OTHER THINGS IN THERE AS WELL

8    THAT'S NOT EMERGENT.

9    **Q.**    ALEXANDER, CAN WE GET TO THE NEXT PAGE, WHICH IS MAY OF

10   2016.

11              SAME DRILL, MR. CASHIO.  ASSESSMENT TREATMENT UNIT,

12   YOU HAVE 1954 INMATES SEEN BY AN EMT AT THE ATU?

13   **A.**    AND THIS IS FOR WHEN?

14   **Q.**    THIS IS FOR MAY 2016.

15   **A.**    OKAY.

16   **Q.**    AND 295 --

17              **MR. FERNANDEZ:**  I'M GOING TO OBJECT AGAIN.  I'M NOT

18   SURE HE'S FAMILIAR WITH THE DOCUMENT, SO LACK OF FOUNDATION.

19   HE SAID HE DIDN'T RECOGNIZE IT.

20              **THE COURT:**  I THOUGHT THE TESTIMONY WAS THAT HE

21   PRODUCED THE DOCUMENT IN HIS DEPOSITION; IS THAT NOT CORRECT?

22              **MR. HAMILTON:**  THAT'S CORRECT, YOUR HONOR.

23              **MR. FERNANDEZ:**  AND HE WAS ASKED JUST NOW IF HE

24   RECALLED IT, AND HE SAID HE DID NOT.

25              **THE COURT:**  OBJECTION IS OVERRULED.

1          **THE WITNESS:**  I DON'T PUT ALL THE OTHER NUMBERS IN

2     THIS.  OUR STATISTICS GO INTO THIS SMALL SECTION.

3     **BY MR. HAMILTON:**

4     **Q.**    OKAY.  BUT YOU DO RELY ON THESE STATISTICS, DON'T YOU?

5     **A.**    YES.

6     **Q.**    AND WE'LL JUST MOVE TO THE NEXT MONTH, SO YOU WOULD HAVE A

7     THREE MONTH VIEW HERE.  THE NEXT PAGE?  THAT'S 0041.  THIS IS

8     FOR JUNE OF 2016.  UNDER THE ATU, YOU HAVE 1831 INMATES SEEN BY

9     AN EMT.

10    **A.**    UH-HUH.

11    **Q.**    AND 295 SEEN BY A DOCTOR.

12    **A.**    YEAH.  WELL, THERE'S NO REALLY REASON FOR THE DOCTOR TO

13    SEE THEM WHEN THEY COME IN FOR INSULIN.  YOU KNOW, WE'LL HAVE

14    20, 30, 40, DEPENDING ON WHAT TIME IT IS, THAT COMES IN TWICE A

15    DAY, SO THAT'S A BIG PART OF YOUR NUMBERS.

16    **Q.**    SURE.  I UNDERSTAND.  SO I'LL JUST ASK YOU AGAIN:  MOST OF

17    THE PATIENTS ARE SENT TO THE ATU ARE NOT SEEN BY A DOCTOR, ARE

18    THEY?

19    **A.**    BUT THERE'S A -- SOME ARE, SOME AREN'T.

20    **Q.**    WE TALKED A LITTLE BIT ABOUT MALINGERING.  YOU'VE BEEN AT

21    ANGOLA, I THINK YOU SAID --

22    **A.**    RIGHT AT 20 YEARS.

23    **Q.**    -- 20 YEARS.  SO YOU RECOGNIZE WHEN SOMEBODY IS FAKING,

24    DON'T YOU?

25    **A.**    I WOULD LIKE TO THINK SO.

11:05

1  Q.   YOU KNOW WHEN SOMEBODY'S PLAYING GAMES WITH YOU?

2  A.   SOMETIMES, YES.

3  Q.   AND THAT IS SOMETHING THAT PATIENTS CAN BE DISCIPLINED

4  FOR, RIGHT?

5  A.   AT THAT TIME, YES.

6  Q.   AND AN EMT CAN WRITE UP A PATIENT FOR MALINGERING?

7  A.   YES.

8  Q.   AND THAT'S PART OF ANGOLA'S RULES?

9  A.   YES.

10  Q.   AND IT'S UP TO THE EMT TO DECIDE WHETHER THAT HAPPENS?

11  A.   AT THAT TIME, YES.

12  Q.   ALEXANDER, CAN YOU PULL UP PLAINTIFFS' EXHIBIT 228 AND

13  0215.

14        DOES THIS LOOK FAMILIAR TO YOU, MR. CASHIO?

15  A.   IT'S A WRITE-UP.

16  Q.   A WRITE-UP FOR MALINGERING?

17  A.   YES.

18  Q.   CAN YOU JUST READ THE SUMMARY OF THE DESCRIPTION UNDER

19  PARAGRAPH 10?

20  A.   I'LL POINT OUT THAT THIS IS NOT MY HANDWRITING.

21        MR. FERNANDEZ:  I'M GOING TO GO AHEAD AND OBJECT TO

22  THE EXTENT IT'S NOT HIS DOCUMENT.

23        THE COURT:  DO YOU WANT TO RESPOND?

24        MR. HAMILTON:  YOUR HONOR, THIS IS A DISCIPLINARY

25  REPORT FOR MALINGERING.  WE'VE HEARD SOME TESTIMONY ABOUT HOW

11:06 1    OFTEN MALINGERING IS HANDLED, AND I THINK THIS IS A FAIRLY

2    TYPICAL SAMPLE OF A MALINGERING WRITE-UP.

3              **THE COURT:**  OKAY.  THE COURT IS NOT GOING -- THE

4    COURT WILL OVERRULE THE OBJECTION.  IT WON'T BE ALLOWED FOR THE

5    TRUTH OF THE MATTER ASSERTED, BUT TO ELUCIDATE THE WITNESS'S

6    PRIOR TESTIMONY THAT THE MALINGERING POLICY, FOR LACK OF A

7    BETTER WORD, IS NOT OFT USED.

8    **BY MR. HAMILTON:**

9    **Q.**    WOULD YOU JUST READ THE BOX NO. 10, MR. CASHIO?

10   **A.**    "DESCRIPTION OF THE INCIDENT, INCLUDE ALL RELEVANT

11   INFORMATION, UNUSUAL OFFENDER BEHAVIOR, STAFF WITNESSES,

12   PHYSICAL EVIDENCE" AND SOMETHING, "IMMEDIATE ACTION INCLUDING

13   USE OF FORCE, USE THE OTHER SIDE IF NECESSARY."

14   **Q.**    AND JUST BELOW THAT?

15   **A.**    "PATIENT DECLARED HIMSELF AN EMERGENCY FOR SOMETHING THAT

16   SHOULD HAVE BEEN HANDLED AT SICK CALL.  OFFENDER STATED HIS

17   MEDS AREN'T WORKING.  THIS SELF-DECLARED EMERGENCY DID NOT

18   REQUIRE ANY EMERGENCY TREATMENT."

19   **Q.**    THAT'S A FAIRLY TYPICAL MALINGERING WRITE-UP, WOULDN'T YOU

20   SAY?

21             **MR. FERNANDEZ:**  I'M GOING TO OBJECT AGAIN.  IT'S A

22   LACK OF FOUNDATION.

23             **MR. HAMILTON:**  YOUR HONOR, HE'S TESTIFIED THAT HE'S

24   FAMILIAR WITH THE MALINGERING RULES.  HE KNOWS HOW OFTEN

25   MALINGERING IS -- THE WRITE-UPS HAPPEN.  HE'S FAMILIAR WITH

MALINGERING WRITE-UPS.

          **THE COURT:**  OVERRULED.

              YOU MAY ANSWER, SIR.  I THINK THE QUESTION WAS,

IS THIS TYPICAL OF MALINGERING WRITE-UPS.

          **THE WITNESS:**  I WOULD HAVE TO SAY YES, BUT IF YOU GO

BACK TO THAT STATISTIC OF HOW MANY ACTUALLY ARE WRITTEN UP,

WHOEVER THIS IS HAS PROBABLY BEEN SEEN NO TELLING HOW MANY

TIMES FOR THAT AND PROBABLY REFUSES TO SEE SICK CALL.

**BY MR. HAMILTON:**

**Q.**   AND THAT'S --

**A.**   THAT WOULD BE A REASON FOR THE WRITE-UP, I'M SURE.

**Q.**   AND THAT STATISTIC YOU MENTIONED, THAT WAS THE

.011 PERCENT YOU REFERRED TO EARLIER?

**A.**   I THINK IT WAS .001, IF I'M NOT MISTAKEN.

**Q.**   THAT WAS BASED ON YOUR REVIEW OF ABOUT TWO YEARS OF SICK

CALL REQUESTS; IS THAT CORRECT?

**A.**   SOMEWHERE BETWEEN TWO AND THREE YEARS, I THINK.

**Q.**   LET'S GO BACK TO YOUR DEPOSITION TESTIMONY ON THAT POINT.

              ALEXANDER, CAN YOU BRING UP PAGE 78 OF MR. CASHIO'S

DEPOSITION.

              SO LINE 22 TO THE BOTTOM OF THAT PAGE.  YOU SAID:  "I

HAVE THE ACTUAL NUMBERS FROM JANUARY OF 2014 UNTIL JUNE OF

'16."

**A.**   OKAY.

**Q.**   "THEY WERE 117,364."

11:09  1          THE NEXT PAGE DOWN IN THE MIDDLE OF THE PAGE, "THE

2    TOTAL NUMBER OF WRITE-UPS," THAT'S LINE 12, "WAS 131, WHICH

3    COMES OUT TO, I THINK -- I THINK IT'S ACTUALLY .011 PERCENT";

4    IS THAT RIGHT?

5    **A.**   SOUNDS RIGHT.

6    **Q.**   OKAY.  BUT YOU DON'T ACTUAL -- BUT EMTS CAN THREATEN TO

7    WRITE UP SOMEBODY FOR MALINGERING, RIGHT?

8    **A.**   IT'S BEEN THREATENED BEFORE, YEAH.

9    **Q.**   AND YOU DON'T KEEP TRACK OF HOW OFTEN THAT HAPPENS, DO

10   YOU?

11   **A.**   NO, I DO NOT.  I DON'T HAVE PAPERWORK TO GO WITH.

12          **MR. HAMILTON:**   THANK YOU, ALEXANDER.  YOU CAN TAKE

13   THAT DOWN.

14   **BY MR. HAMILTON:**

15   **Q.**   SO WE TALKED ABOUT BEING EMT TRAINING.  YOU HAVE THREE

16   SKILL LEVELS FOR EMS PERSONNEL, RIGHT?

17   **A.**   YES.

18   **Q.**   BASIC EMTS, ADVANCED EMTS, AND PARAMEDICS?

19   **A.**   YES, SIR.

20   **Q.**   EMTS GET A FRACTION OF THE TRAINING THAT PARAMEDICS DO; IS

21   THAT RIGHT?

22   **A.**   CORRECT.

23   **Q.**   ADVANCED GET -- BASIC EMTS GET ABOUT THREE TO SIX MONTHS

24   OF TRAINING?

25   **A.**   YEAH.  I THINK THE LAST CLASS WE TAUGHT, I THINK WE ENDED

1  UP -- I DON'T REMEMBER HOW MANY HOURS.  I KNOW WE --

2  **Q.**   WE'RE TALKING ABOUT BEFORE SEPTEMBER 30TH OF 2016.

3  **A.**   YEAH.  IT'S SOMEWHERE BETWEEN -- I DON'T REMEMBER THE

4  ACTUAL HOURS.  I THINK IT'S SOMEWHERE BETWEEN 180 AND 300

5  HOURS, MAYBE.  I'M NOT REAL SURE.

6  **Q.**   OKAY.  AND ABOUT HALF OF YOUR EMS STAFF WERE EMTS IN 2015;

7  IS THAT CORRECT?

8  **A.**   YES.

9  **Q.**   AND I THINK YOU TESTIFIED THAT PARAMEDICS AT ANGOLA TREAT

10  MORE THAN THEY DO IN THE COMMUNITY BECAUSE THEY COME -- WHEN

11  THEY COME INTO CONTACT WITH THE OFFENDER?

12             **MR. FERNANDEZ:**  OBJECTION; MISSTATES TESTIMONY.

13             **THE COURT:**  WAS THAT YOUR PRIOR TESTIMONY?

14             **THE WITNESS:**  I DON'T REMEMBER.

15             **THE COURT:**  CAN YOU ASK HIM THE QUESTION ABOUT -- TO

16  CLARIFY WHAT HIS PRIOR TESTIMONY WAS PLEASE, SIR.

17  **BY MR. HAMILTON:**

18  **Q.**   MR. CASHIO, DEFENSE COUNSEL ASKED YOU ABOUT THE

19  DIFFERENCES BETWEEN TREATING PATIENTS IN THE COMMUNITY AND AT

20  ANGOLA.  DO YOU REMEMBER WHAT YOU TESTIFIED ABOUT TREATING

21  PEOPLE AT ANGOLA?

22  **A.**   NO, I DON'T.

23  **Q.**   OKAY.  PARAMEDICS DO PRETTY MUCH EVERYTHING AT ANGOLA;

24  ISN'T THAT RIGHT?

25  **A.**   WELL, IT DEPENDS ON WHAT YOU MEAN BY EVERYTHING.

**Q.**   ANYTHING THEY COME INTO CONTACT WITH THAT THEY NEED TO

HANDLE?

**A.**   PRETTY MUCH, YEAH.

**Q.**   WITH OR WITHOUT SUPERVISION OF A DOCTOR?

**A.**   I THINK THAT'S TAKEN OUT OF CONTEXT.

**Q.**   OKAY.  LET'S GO BACK TO YOUR DEPOSITION.

ALEXANDER, CAN YOU BRING UP PAGE  15 OF MR CASHIO'S

DEPOSITION.

DO YOU REMEMBER THIS DEPOSITION, MR. CASHIO?

**A.**   SOMEWHAT.

**Q.**   AND YOU WERE BEING TRUTHFUL WHEN YOU GAVE THIS DEPOSITION,

RIGHT?

**A.**   YES.

**Q.**   OKAY.  LINES 1 THROUGH 5.  YOU WERE ASKED:  "WITH OR

WITHOUT" -- SORRY.

CAN WE BACK UP PAGE 14?  I'M SORRY.  THE BOTTOM OF

PAGE  14.

"WHAT DO YOU MEAN BY 'PRETTY MUCH' EVERYTHING?" WAS

THE QUESTION ON LINE 21.  YOU ANSWERED --

**A.**   WELL, IF WE GO OUT ON AN AMBULANCE, I DON'T SEE ANYWHERE

THAT ACTUALLY HAS A DOCTOR ON AN AMBULANCE, SO WE HANDLE PRETTY

MUCH EVERYTHING THAT WE COME ACROSS UNTIL WE GET TO THE

HOSPITAL.

**Q.**   WITH OR WITHOUT THE SUPERVISION OF A DOCTOR?

**A.**   WITHOUT, YES.

1   Q.   YEAH.

2   A.   THAT'S KIND OF WHAT EMS DOES.

3   Q.   OKAY.  AND YOU TALKED ABOUT THE TRAINING THAT AN EMT GETS

4   AT THE ACADEMY WHEN HE'S HIRED, OR SHE'S HIRED.  THAT'S

5   BASICALLY SECURITY TRAINING AT THE ACADEMY, RIGHT?

6   A.   YES.

7   Q.   OTHER THAN CPR, THEY DON'T GET ANY MEDICAL TRAINING AT THE

8   ACADEMY, RIGHT?

9   A.   I THINK THE SECURITY KNOWS FIRST AID AS WELL.

10   Q.   OKAY.  BUT YOU DON'T ACTUALLY TRAIN THEM ON THE PROTOCOLS,

11   DO YOU?

12   A.   SECURITY, NO.

13   Q.   NO, BUT YOU DON'T ACTUALLY TRAIN EMTS ON THE PROTOCOLS, DO

14   YOU?

15   A.   WHEN I WAS A SHIFT SUPERVISOR, MY SHIFT, I WOULD GO AND GO

16   THROUGH THE PROTOCOLS ONE BY ONE, YES.

17   Q.   YOU'RE SAYING IN THE MORNING MEETINGS, YOU WOULD GO

18   THROUGH EVERY PROTOCOL ONE BY ONE?

19   A.   IN THE MORNING MEETINGS, NO.  YOU DIDN'T SAY MORNING

20   MEETINGS.  IN THE MORNING MEETINGS WE GET TOGETHER WITH THE

21   DOCTORS AND THE DEPARTMENT HEADS, AND WE DISCUSS OUR PATIENTS

22   THEN.

23   Q.   OKAY.  BUT WHEN THEY ARE HIRED, YOU SAY YOU GO THROUGH ALL

24   THE PROTOCOLS WITH THEM?

25   A.   I'M NOT SURE WHERE YOU -- YOU ARE GOING FROM ONE EXTREME

1   TO THE OTHER.

2          MR. FERNANDEZ:  OBJECTION.  I THINK IT MISSTATES HIS

3   TESTIMONY.

4          MR. HAMILTON:  I'M SORRY, YOUR HONOR.

5   BY MR. HAMILTON:

6   Q.   I'M NOT TRYING TO TRIP YOU UP, MR. CASHIO.  I'M JUST

7   TRYING TO ASK WHAT KIND OF TRAINING YOU GIVE ON THE PROTOCOLS.

8   YOU DON'T ACTUALLY TRAIN YOUR NEW EMTS ON YOUR PROTOCOLS, DO

9   YOU?

10  A.   PERSONALLY, NO.

11  Q.   OKAY.  BUT YOU DO OVERSEE TRAINING FOR ALL EMS, RIGHT?

12  A.   YES.  FOR OUR REFRESHERS, OUR CONTINUING EDUCATION HOURS,

13  ADVANCED CARDIAC LIFE SUPPORT, BASIC LIFE SUPPORT, YES.

14  Q.   SO LET'S TALK ABOUT HOW YOU DETERMINE WHETHER THE EMTS ARE

15  ACTUALLY FOLLOWING THOSE PROTOCOLS.  IT'S BEEN YEARS SINCE YOU

16  WERE NOTIFIED ABOUT ANYONE IN EMS FAILED TO FOLLOW A PROTOCOL,

17  RIGHT?

18  A.   YES.

19  Q.   AS LONG AS YOU HAVE BEEN AN EMS SUPERVISOR, YOU'VE NEVER

20  DISCIPLINED ANY EMT FOR TREATING A PATIENT INCORRECTLY, HAVE

21  YOU?

22  A.   NOT AS OF 2016, NO.

23  Q.   AND AS LONG YOU HAVE BEEN THE EMS DIRECTOR, YOU NEVER

24  DISCIPLINED AN EMT FOR THE QUALITY OF CARE THAT THEY DELIVERED,

25  HAVE YOU?

1   **A.**   I BECAME EMS DIRECTOR AFTER 2016.

2   **Q.**   YOU WERE AN EMS SUPERVISOR WHEN YOU GAVE YOUR DEPOSITION,

3   RIGHT?

4   **A.**   I WAS A SUPERVISOR.  I WAS NOT EMS DIRECTOR.

5   **Q.**   OKAY.  BUT YOU'VE NEVER DISCIPLINED AN EMT FOR THE QUALITY

6   OF CARE THAT THEY DELIVERED, HAVE YOU?

7   **A.**   I CAN'T REMEMBER.

8   **Q.**   OKAY.  LET'S TALK ABOUT YOUR PROTOCOLS.  AS I UNDERSTAND

9   IT, THESE ARE WRITTEN PROTOCOLS THAT ARE PREAPPROVED BY THE

10  MEDICAL DIRECTOR, RIGHT?

11  **A.**   YES.

12  **Q.**   AND THESE ARE ESSENTIALLY DIAGNOSTIC CRITERIA, THE

13  PROCEDURES THAT YOU FOLLOW?

14  **A.**   WHEN YOU SAY "DIAGNOSTIC," YOU MEAN . . .

15  **Q.**   THESE ARE CRITERIA PROCEDURES THAT YOU FOLLOW, CORRECT?

16  **A.**   CRITERIA, YES.

17  **Q.**   OKAY.  I JUST NEED TO CORRECT AN EXHIBIT PREVIOUSLY.  WHEN

18  WE REFERRED TO THE MALINGERING PROTOCOL, MALINGERING

19  DISCIPLINARY WRITE-UP, THAT WAS ACTUALLY PLAINTIFFS' EXHIBIT

20  228 FOR THE RECORD.

21       YOUR PROTOCOLS, THE WRITTEN PROTOCOLS ARE KEPT IN A

22  DESK IN THE ATU, RIGHT?

23  **A.**   ON A DESK, YEAH.

24  **Q.**   IT'S A BOOK OF THEM?

25  **A.**   YES.

**Q.**   OKAY.  AND YOU HAVE PROTOCOLS FOR LIFE-THREATENING
EMERGENCIES AND FOR EVERYDAY PROBLEMS?

**A.**   YES.

**Q.**   DO YOU KNOW HOW MANY PROTOCOLS YOU HAVE?

**A.**   NOT RIGHT OFFHAND.

**Q.**   IS IT FAIR TO SAY THERE ARE MORE THAN YOU CAN REMEMBER?

**A.**   WELL, IF I DON'T REMEMBER THE NUMBER, THEN I GUESS YES.

**Q.**   I'M SAYING SPECIFIC PROTOCOLS.  THERE ARE PROTOCOLS YOU
CAN'T REMEMBER, RIGHT?

**A.**   NOT THAT I'M AWARE OF.

**Q.**   I DIDN'T HEAR YOUR ANSWER.

**A.**   NOT THAT I'M AWARE OF.

**Q.**   YOU SOMETIMES HAVE TO REFER TO THE BOOK, DON'T YOU?

**A.**   YES, SIR.

**Q.**   AND THESE PROTOCOLS ARE SPECIFIC TO ANGOLA, RIGHT?

**A.**   YES, THEY ARE -- KIND OF GO ALONG WITH EVERYBODY ELSE, BUT
YES.

**Q.**   AND YOU CHANGED ALL OF THEM ABOUT THREE YEARS AGO, DIDN'T
YOU?

**A.**   THE AMBULANCE PART, YES.

**Q.**   JUST THE AMBULANCE PART?  YOU DIDN'T CHANGE THE WHOLE
THING?

**A.**   NO, SIR.

**Q.**   BUT THEY NEEDED TO BE UPDATED?

**A.**   YES, SIR.

1  Q.   AND, IN FACT, YOU'RE REQUIRED BY POLICY TO KEEP THEM

2  UP-TO-DATE, RIGHT?

3  A.   YES, SIR.

4  Q.   OKAY.  I'D LIKE TO LOOK AT SOME OF THOSE PROTOCOLS.  IF

5  YOU COULD BRING UP -- I'M SORRY.  LET'S LOOK AT YOUR POLICY FOR

6  EMERGENCY MEDICAL SERVICES, DIRECTIVE 13.007.  THAT'S JOINT

7  EXHIBIT 6E.  THIS IS THE DIRECTIVE TITLED "EMERGENCY MEDICAL

8  SERVICES."  ARE YOU FAMILIAR WITH THIS, MR. CASHIO?

9  A.   YES.

10  Q.   AND THIS IS THE CURRENT POLICY GOVERNING EMS AT ANGOLA,

11  RIGHT?

12  A.   YES.

13  Q.   CAN WE GO TO THE NEXT PAGE, THAT'S JOINT EXHIBIT 600040.

14  DRAW YOUR ATTENTION TO PARAGRAPH B2 ON PAGE 2.  THERE'S A

15  REFERENCE TO INSTITUTION TRANSFERS.  DO YOU SEE THAT?

16  A.   YES, SIR.

17  Q.   WHAT INSTITUTION DOES IT MENTION?

18  A.   EARL K. LONG.

19  Q.   AND WHEN DID EARL K. LONG CLOSE?

20  A.   A FEW YEARS AGO.

21  Q.   OKAY.

22  A.   THIS IS NOT AN EMS PROTOCOL, BY THE WAY.

23  Q.   I UNDERSTAND.  AND IF YOU COULD READ THE LAST SENTENCE

24  UNDER SUPERVISION, PARAGRAPH A, AN UP-TO-DATE MANUAL . . .

25  A.   "THE DIRECTOR SHALL IMMEDIATELY REPORT TO THE WARDEN IN A

1   SITUATION OR A CONDITION THAT POSES A DANGER TO STAFF OR

2   OFFENDER" --

3   **Q.**   SORRY, NO.  THE LAST SENTENCE OF THE FIRST PARAGRAPH THAT

4   BEGINS "AN UP-TO-DATE MANUAL . . ."

5   **A.**   "AN UP-TO-DATE MANUAL OF THE EMERGENCY PROTOCOLS APPROVED

6   BY THE MEDICAL DIRECTOR WILL BE MAINTAINED AND FOLLOWED BY THE

7   EMS STAFF WHEN PROVIDING EMERGENCY CARE."

8   **Q.**   OKAY.  YOU STILL HAVE A LOT OF OLD PROTOCOLS IN YOUR

9   MANUAL, DON'T YOU?

10   **A.**   YES.

11   **Q.**   I WOULD LIKE TO LOOK AT ONE OF THOSE.

12         IF YOU COULD BRING UP JOINT EXHIBIT 8A, AND TURN TO

13   PAGE 506.

14         THIS IS A MEMO DATED MAY 10, 2005; IS THAT CORRECT?

15   **A.**   YES.

16   **Q.**   AND IT'S SIGNED BY DR. SINGH?

17   **A.**   YES.

18   **Q.**   IT SAYS "AFTER REVIEW OF CURRENT SICK CALL AND ACLS

19   PROTOCOLS, I APPROVE THEM AS OF THIS DATE."

20   **A.**   YES.

21   **Q.**   OKAY.

22   **A.**   THAT'S NOT AN AMBULANCE PROTOCOL EITHER.

23   **Q.**   OKAY.  THEN YOU ALSO HAVE PROTOCOLS IN THIS MANUAL THAT

24   YOU DON'T USE, RIGHT?

25   **A.**   IT'S POSSIBLE.  I DON'T REALLY KNOW.

11:20   1    Q.    CAN WE LOOK AT PAGE 376.

2    A.    YEAH, I WOULD PROBABLY SAY WE DON'T USE THAT ONE MUCH.

3    Q.    RIGHT.  SO YOU DON'T HAVE FEMALE INMATES AT ANGOLA, DO

4    YOU?

5    A.    I THINK WE HAVE FOUR NOW.

6    Q.    YOU HAVE FOUR FEMALE INMATES AT ANGOLA?

7    A.    I THINK SO, YEAH.

8    Q.    BUT YOU SAID YOU DON'T USE THIS PROTOCOL?

9    A.    PERSONALLY, NO.

10    Q.    OKAY.  LET'S LOOK AT PAGE  459.

11    A.    I'M NOT SURE IF THEY WERE THERE IN 2016.

12    Q.    THESE ARE OBSTETRICS PROTOCOLS.

13    A.    UH-HUH.

14    Q.    YOU DON'T DELIVER BABIES AT ANGOLA, DO YOU?

15    A.    I PERSONALLY HAVE NOT BUT IT HAS BEEN DONE.

16    Q.    LET'S LOOK AT PAGE 350.  YOU HAVE PEDIATRIC AND NEONATAL

17    TREATMENT PROTOCOLS.  YOU DON'T HAVE BABIES AT ANGOLA, DO YOU?

18    A.    NOT INCARCERATED.

19    Q.    LET'S LOOK AT PAGE 417.  THIS IS A PEDIATRIC INITIAL

20    ASSESSMENT AND RESUSCITATION FOR EIGHT YEARS AND UNDER.  YOU

21    DON'T HAVE INMATES YOUNGER THAN EIGHT YEARS OLD, DO YOU?

22    A.    INMATES, NO, BUT I DID STATE EARLIER THAT WE DO COVER

23    MUTUAL AID OUTSIDE THE FRONT GATE, AND THAT COVERS US ON THAT.

24    Q.    OKAY.  EMTS DON'T GENERALLY CHANGE PROTOCOLS, DO THEY?

25    A.    CHANGE PROTOCOLS?

**Q.**   YEAH.   EMTS CAN'T CHANGE PROTOCOLS BY THEMSELVES, CAN
THEY?

**A.**   NO, NOT BY THEMSELVES.

**Q.**   YOU CAN'T CHANGE A PROTOCOL WITHOUT A DOCTOR, CAN YOU?

**A.**   RIGHT.

**Q.**   AND THE PROCESS IS BASICALLY YOU PULL THE SHEET OUT OF THE
MANUAL, YOU MODIFY IT AND YOU GET IT SIGNED BY THE DOCTORS AND
YOU PUT IT BACK, RIGHT?

**A.**   WELL, IT DEPENDS WHAT PROTOCOL YOU'RE REFERRING TO.

**Q.**   THAT'S NOT THE GENERAL PROCESS FOR ALL YOUR PROTOCOLS?

**A.**   ALL THE PROTOCOLS, NO.

**Q.**   I'D LIKE TO GO TO --

**A.**   THE ONES SPECIFIC TO ANGOLA, YOU KNOW, IT CAN GO THROUGH
THE MEDICAL DIRECTOR, BUT THOSE THAT YOU'RE POINTING OUT WITH
THE PEDIATRICS AND SUCH, WE ACTUALLY BRING THOSE TO THE OUTSIDE
AND GET THOSE APPROVED BY THE OUTSIDE AS WELL AS THE INSIDE.

**Q.**   OKAY.   WOULD YOU CONCEDE THAT YOU HAVE A LOT OF DUPLICATE
PROTOCOLS IN YOUR MANUAL?

**A.**   I'M NOT SURE.

**Q.**   ALEXANDER, COULD YOU BRING UP PAGE 2 AND PAGE 391 SIDE BY
SIDE.

         THESE ARE BOTH ACUTE JOINT PAIN PROTOCOLS, ARE THEY
NOT?

**A.**   IT LOOKS LIKE IT.

**Q.**   COULD YOU BRING UP PAGES 8 AND 25.

11:22  1        THESE ARE BOTH ATHLETE'S FOOT PROTOCOLS, ARE THEY

2    NOT?

3    **A.**    SICK CALL PROTOCOLS, YES.

4    **Q.**    OKAY.  SO YOU DO HAVE A LOT OF DUPLICATE PROTOCOLS IN YOUR

5    MANUAL?

6    **A.**    I'M NOT SURE.

7    **Q.**    OKAY.  LET'S LOOK AT PAGES 9 AND 27.  THESE ARE BOTH

8    BLEEDING GUMS PROTOCOLS, ARE THEY NOT?

9    **A.**    YES.

10   **Q.**    SO YOU DO HAVE A LOT OF DUPLICATES IN YOUR MANUAL, DON'T

11   YOU?

12   **A.**    I MEAN, I CAN BARELY SEE.  I MEAN, IT MIGHT BE A COPY OF

13   ONE TO ANOTHER.  I'M NOT SURE.

14   **Q.**    OKAY.  MOST OF THESE ARE NOT DATED, RIGHT?

15   **A.**    NO, SIR.

16   **Q.**    SO THERE'S REALLY NO WAY TO TELL WHICH ONE IS MORE RECENT?

17        **MR. FERNANDEZ:**  I'M GOING TO OBJECT.  THEY LOOK

18   IDENTICAL TO ME.  I'M NOT SURE IF THAT'S MISLEADING.

19        ARE YOU REPRESENTING THESE ARE NOT IDENTICAL?

20        **MR. HAMILTON:**  YOUR HONOR, I --

21        **THE COURT:**  YOUR OBJECTION IS NOTED.  WHAT IS YOUR

22   OBJECTION, THAT THEY ARE IDENTICAL?  WE ARE GOING TO LET HIM

23   CLEAR IT UP.  OVERRULED.

24   **Q.**    OKAY.  LET'S GO TO SOME THAT AREN'T IDENTICAL.

25        CAN YOU BRING UP PAGE 24, ALEXANDER.

1          IS THIS YOUR PROTOCOL FOR ABDOMINAL PAIN, MR. CASHIO?
2    A.    FOR SICK CALL, YES.
3    Q.    DO YOU HAVE OTHER PROTOCOLS FOR ABDOMINAL PAIN?
4    A.    I'M SURE THERE'S ONE ON THE AMBULANCE SIDE OF IT, IF YOU'D
5    LIKE TO LOOK IN THERE.
6    Q.    COULD YOU BRING UP PAGE 82 NEXT TO THE PAGE 24.
7          SO THESE ARE BOTH ABDOMINAL PAIN PROTOCOLS?  YOU
8    WOULD ADMIT THAT THESE ARE TWO DIFFERENT ABDOMINAL PAIN
9    PROTOCOLS?
10   A.    YES, THEY ARE.  AND THEN NOW THAT YOU'RE POINTING IT OUT,
11   THERE'S PROBABLY A THIRD ONE OUT THERE.
12   Q.    AND YOU WOULDN'T KNOW WHICH ONE TO FOLLOW, WOULD YOU?
13   A.    WELL, SURE, I WOULD.
14   Q.    THEY ARE NOT DATED, ARE THEY, MR. CASHIO?
15   A.    NO, THEY'RE NOT.
16   Q.    AND SO WHICH ONE OF THESE WOULD YOU FOLLOW?
17   A.    IF I WAS DOING SICK CALL, I WOULD FOLLOW THE FIRST ONE.
18   IF I WAS IN THE ATU, I WOULD FOLLOW THE SECOND ONE.
19   Q.    OKAY.  SO --
20   A.    IF I WAS ON THE AMBULANCE, I WOULD FOLLOW THE THIRD ONE.
21   Q.    THE THIRD ONE?
22   A.    I'M SURE THERE'S A THIRD ONE IN THERE.
23   Q.    DO YOU THINK THERE'S A FOURTH?
24   A.    NO, I DON'T BELIEVE.
25   Q.    ALEXANDER, COULD YOU BRING UP PAGES 388 AND 444.

1    **A.**    OH, THERE'S THE THIRD ONE.

2    **Q.**    THESE ARE BOTH ADDITIONAL ABDOMINAL PAIN PROTOCOLS, ARE

3    THEY NOT?

4    **A.**    UH-HUH.

5    **Q.**    AND THESE ARE DIFFERENT, AREN'T THEY?

6    **A.**    THE ONE ON THE LEFT IS GOING TO BE AN ATU ONE.  I'M NOT

7    SURE OF THE OTHER TWO.  THE ONE ON THE END IS THE ONE FOR THE

8    AMBULANCE.

9    **Q.**    YOU'RE REFERRING TO JOINT EXHIBIT 800444 IS THE ONE FOR

10   THE AMBULANCE?

11   **A.**    YES, SIR.

12   **Q.**    SO YOU WOULD USE THAT FOR AN AMBULANCE RUN?

13   **A.**    YES.

14   **Q.**    SO THERE'S REALLY NO WAY FOR YOU TO KNOW WHETHER YOU'RE

15   CONSULTING THE CORRECT PROTOCOL, IS THERE?

16   **A.**    YEAH, IF I'M ON THE AMBULANCE, I'M GOING TO FOLLOW THAT

17   ONE.

18   **Q.**    SOMETIMES YOU HAVE TO FOLLOW MORE THAN ONE PROTOCOL,

19   RIGHT?

20   **A.**    WELL, THAT KIND OF DEPENDS ON THE PATIENT'S STATUS AND IT

21   DEPENDS WHAT YOU'RE REFERRING TO.

22   **Q.**    IT'S SUBJECTIVE, IT DEPENDS ON THE SITUATION?

23   **A.**    I'M SORRY?

24   **Q.**    IT'S SUBJECTIVE, IT DEPENDS ON THE SITUATION?

25   **A.**    I WOULD SAY YES, IF YOU -- YOU CAN HAVE ONE GO FROM ONE

11:27  1    PROTOCOL TO ANOTHER.

2    Q.    AND SO WHEN AN EMT NEEDS TO CONSULT THE PROTOCOLS, HE OR

3    SHE HAS TO CALL THE EMT AT THE ATU, RIGHT?

4    A.    IF THEY NEED IT, YES.

5    Q.    AND ASK HIM OR HER FOR INFORMATION ABOUT THAT PROTOCOL?

6    A.    I DON'T EVER RECALL THAT HAPPENING, BUT IF THEY NEED

7    CLARIFICATION, THEN YES.  WE DISCUSSED THAT EARLIER.

8    Q.    SO THERE IS REALLY NO WAY FOR THE TRIAGE MEDIC WHO CALLS

9    THE ATU TO KNOW WHETHER THE PERSON HE OR SHE CALLS IS

10    CONSULTING THE CORRECT PROTOCOL, IS THERE?

11    A.    THEY WOULD HAVE GOT THEIR PROTOCOL FROM WHOEVER WAS ON THE

12    PHONE, YES.

13    Q.    THANK YOU, MR. CASHIO.  THAT'S ALL MY QUESTIONS.

14              THE COURT:  REDIRECT?

15              MR. FERNANDEZ:  YES, YOUR HONOR.

16                        REDIRECT EXAMINATION

17    BY MR. FERNANDEZ:

18    Q.    COLONEL, ARE THERE PEOPLE OTHER THAN OFFENDERS THAT LIVE

19    AT LSP?

20    A.    YES.

21    Q.    ARE SOME OF THOSE FOLKS FEMALES?

22    A.    YES, ABSOLUTELY.

23    Q.    YOU EVER HAD TO TREAT SOMEBODY WHO WASN'T INCARCERATED

24    THERE?

25    A.    YES, SIR.

1  **Q.**   ARE THERE EVER ANY OTHER PEOPLE ON THE LSP COMPOUND WHO
2  DON'T WORK THERE?
3  **A.**   YES.
4  **Q.**   IN FACT, YOU PROBABLY HAVE A RODEO GOING ON RIGHT NOW,
5  DON'T YOU?
6  **A.**   YEAH, ABOUT 10,000 COMING SUNDAY.
7  **Q.**   YOU EVER AVAILABLE TO TREAT PEOPLE AT THE RODEO?
8  **A.**   YES, WE ARE.
9  **Q.**   EVER ANY FEMALES AT THAT RODEO?
10 **A.**   YES, SIR.
11 **Q.**   IT MIGHT BE NICE TO HAVE A PROTOCOL TO TREAT FEMALES,
12 WOULDN'T IT?
13 **A.**   IT WOULD BE.
14 **Q.**   OKAY.  YOU WERE SHOWN SOME PATIENT STATISTICS, WHICH I
15 BELIEVE YOU TESTIFIED YOU WEREN'T -- YOU DIDN'T PREPARE THOSE
16 NUMBERS, YOU'VE JUST SEEN IT BEFORE; IS THAT CORRECT?
17 **A.**   I THINK SO, YES.
18 **Q.**   NOW, THERE ARE PATIENTS THERE THAT HAVE MEDICAL NEEDS THAT
19 THEY DON'T NEED TO SEE A PROVIDER; IS THAT RIGHT?
20 **A.**   CORRECT.
21 **Q.**   WHAT ARE SOME EXAMPLES OF THAT?
22 **A.**   YOU KNOW, WE HAVE THEM -- IF WE'RE TALKING ABOUT THOSE
23 NUMBERS AGAIN, A LOT OF THOSE PATIENTS COME IN FOR DRESSING
24 CHANGES AT NIGHT.  THEY WILL COME IN FOR INSULIN IN THE
25 MORNINGS, AT NIGHT.  SOME OF THEM JUST COME IN FOR, YOU KNOW, A

1  SIMPLE HEADACHE, NEED A TYLENOL.  YOU KNOW, I MEAN, IT'S -- A

2  LOT OF THEM DON'T HAVE -- THEY CAN'T RUN TO WALMART AND GET

3  WHAT THEY NEED.

4  **Q.**   DO OFFENDERS WHO NEED INSULIN NEED A DOCTOR TO ADMINISTER

5  THEM THE --

6  **A.**   NO, THEY DON'T.

7  **Q.**   OKAY.  AND SO WOULD IT BE FAIR TO SAY THAT THERE IS A

8  NUMBER OF OCCASIONS WHERE THERE ARE MEDICAL NEEDS THAT DON'T

9  NEED DOCTOR INTERVENTION?

10  **A.**   ABSOLUTELY.

11  **Q.**   THANKS, COLONEL.  THAT'S ALL I HAVE FOR YOU.

12         **THE COURT:**  YOU MAY STEP DOWN, SIR.  THANK YOU.

13              IT'S 11:30, DO YOU HAVE A SHORT WITNESS?

14         **MR. ROBERT:**  NO.

15         **THE COURT:**  WELL, THEN LET'S TAKE A BREAK FOR LUNCH

16  NOW.  WE WILL BE IN RECESS UNTIL 12:30.

17                        **(RECESS.)**

18         **THE COURT:**  BE SEATED.

19              NEXT WITNESS.

20         **MR. FERNANDEZ:**  YOUR HONOR, THE DEFENDANTS CALL TAMMI

21  WILLIS.

22                     **TAMMI WILLIS,**

23  HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS.

24         **THE COURT:**  MA'AM, YOUR NAME FOR THE RECORD, PLEASE.

25         **THE WITNESS:**  MA'AM?

1    **THE COURT:**  YOUR NAME FOR THE RECORD?

2    **THE WITNESS:**  TAMMI WILLIS.

3    **THE COURT:**  ALL RIGHT.  AND IT'S T-A-M-M-I?

4    **THE WITNESS:**  YES, MA'AM.

5    **THE COURT:**  GO AHEAD, MR. FERNANDEZ.

6                    **DIRECT EXAMINATION**

7    BY MR. FERNANDEZ:

8    **Q.**   MS. WILLIS, THANKS FOR BEING WITH US TODAY.

9         WHAT DID YOU DO AT LSP?

10   **A.**   I WAS THE NURSING SUPERVISOR AT CAMP J, I WAS OVER THE

11   MEDICAL WAREHOUSE, AND I TAUGHT KOP AND TRAINED FOR THE EMAR

12   SYSTEM, THE ELECTRONIC MEDICAL ADMINISTRATION RECORD SYSTEM.

13   **Q.**   DID YOU HAVE ANY CAMP RESPONSIBILITIES?

14   **A.**   YES, I DID.

15   **Q.**   WHAT WERE THOSE?

16   **A.**   AT CAMP J?

17   **Q.**   YES.

18   **A.**   OVER THE PILL CALL.

19   **Q.**   WHAT, IF ANY, INVOLVEMENT DID YOU HAVE WITH THE PILL

20   ROOMS?

21   **A.**   WITH THE PILL ROOMS, ONCE A WEEK, WE WOULD GO INSPECT AT

22   ALL THE PILLS ROOMS.  WE WOULD PULL ELECTRONIC MEDICAL RECORDS

23   AND ENSURE COMPLIANCE.

24   **Q.**   OKAY.  WHEN DID YOU LEAVE LSP?

25   **A.**   JANUARY OF 2017.

1    Q.    OKAY.  AND SO WHAT'S GOING TO BE IMPORTANT FOR THIS
2    EXAMINATION IS THE INFORMATION I'M TRYING TO GET FROM YOU IS
3    THROUGH SEPTEMBER OF 2016.  OKAY?
4    A.    UH-HUH.
5    Q.    SO TRY TO PUT YOURSELF BACK IN TIME WHEN YOU'RE ANSWERING
6    THINGS.
7    A.    UH-HUH.
8    Q.    WHO IS MELANIE BARNETT [SIC]?
9    A.    SHE'S AN LPN THAT ASSISTED ME IN THE EDUCATION OF THE
10   OFFENDERS IN THE KOP PROGRAM.  SHE ALSO ASSISTED ME IN THE
11   QUALITY ASSURANCE FOR THE EMAR SYSTEM.
12   Q.    OKAY.  DO PILL CALL OFFICERS UNDERGO ANY TRAINING?
13   A.    YES, THEY DO.
14   Q.    WHAT TRAINING DO THEY UNDERGO?
15   A.    FIVE HOURS OF TRAINING.  THREE HOURS WAS BY MS. MARY
16   LABATTUT, THE PHARMACIST, AND TWO HOURS WAS MINE AND IT WAS
17   NAVIGATING THE EMAR SYSTEM.
18   Q.    SO SHE HANDLED THE PHARMACY SIDE AND YOU HANDLED THE EMAR
19   SIDE?
20   A.    THAT'S CORRECT.
21   Q.    JOHN, CAN YOU GIVE ME DEFENDANTS' EXHIBIT 3B, AND THE
22   BATES NUMBERS ARE 02198 TO 02329.  CAN YOU GIVE ME THE NEXT
23   PAGE ON THAT, PLEASE.
24          MS. WILLIS, DO YOU RECOGNIZE THIS SLIDE?
25   A.    YES.

12:17    1    **Q.**    WHAT IS THIS?

2    **A.**    THIS IS ACTUALLY WHAT I WAS SETTING UP.  WE WERE GOING TO

3    EXPAND FROM FIVE HOURS TO UP TO 20 HOURS.

4    **Q.**    OKAY.

5    **A.**    AND IT WAS --

6    **Q.**    DID THAT OCCUR AS OF SEPTEMBER OF 2016?

7    **A.**    NO, IT DID NOT.

8    **Q.**    OKAY.  SO THIS IS COURSE INFORMATION?

9    **A.**    YES.

10    **Q.**    AND THIS IS FOR WHAT?  WHAT COURSE?

11    **A.**    PILL CALL, AND AT THE END OF IT, EMAR.

12    **Q.**    NOW, DID THIS DOCUMENT EXIST AS OF 2016?

13    **A.**    NO.

14    **Q.**    NO?

15    **A.**    THERE WAS ONE BEFORE THAT; IT WAS A FIVE-HOUR CLASS.

16              **MR. DUBNER:**  OBJECTION; MOVE TO STRIKE.  IT DIDN'T

17    EXIST AS OF 2016.

18              **THE COURT:**  OVERRULED.

19    BY MR. FERNANDEZ:

20    **Q.**    HOW OFTEN DO PILL CALL OFFICERS UNDERGO TRAINING FOR PILL

21    CALL?

22    **A.**    YEARLY.

23    **Q.**    WHO OVERSEES THE CORRECTIONAL OFFICERS THAT DO PILL CALL?

24    **A.**    THE WARDENS AT THE CAMPS.

25    **Q.**    SO WHAT IS YOUR ROLE IN OVERSIGHT WITH THE PILL CALL

1    OFFICERS, IF ANY?

2    **A.**    EDUCATION.

3    **Q.**    WHAT DO YOU MEAN BY THAT?

4    **A.**    WHEN WE GO IN AND INSPECT FOR QUALITY ASSURANCE REASONS,

5    IF WE SEE ANYTHING THAT WE FEEL LIKE NEEDS A LITTLE BIT MORE

6    EDUCATION ON, WE'LL EDUCATE ON THAT AS FAR THE EMAR SYSTEM IS

7    CONCERNED.

8    **Q.**    ALL RIGHT, MS. WILLIS, I'M SHOWING YOU WHAT HAS BEEN

9    MARKED AS DX3A, BATES NO. 01896.

10   **A.**    UH-HUH.

11   **Q.**    WOULD THIS BE THE COURSE THAT WAS IN PLACE AS OF SEPTEMBER

12   OF 2016?

13   **A.**    YES, IT LOOKS TO BE.

14   **Q.**    AND HOW DO YOU KNOW THAT?

15   **A.**    ON THIS, BECAUSE THE OBJECTIVES ARE THE SAME AS THE ONE

16   THAT ME AND MS. MARY HAD COME UP WITH.

17   **Q.**    SO YOU WROTE THIS?

18   **A.**    YES.

19   **Q.**    OR YOU AT LEAST PARTICIPATED IN --

20   **A.**    YES.

21   **Q.**    -- WRITING THIS COURSE?

22   **A.**    YES.  YES.

23   **Q.**    I'M SORRY TO INTERJECT HERE, MS. WILLIS, BUT PLEASE TRY TO

24   LET WHOEVER IS ASKING YOU QUESTIONS FINISH.

25   **A.**    OKAY.

1  **Q.**   IT MAKES IT EASIER ON THE COURT REPORTER.  THANK YOU.

2           SO YOU TALKED A LITTLE BIT EARLIER ABOUT QUALITY

3  ASSURANCE WITH THE PILL CALL OFFICERS.  HOW DID YOU MAKE SURE

4  THAT THEY WERE DOING PILL CALL CORRECTLY?

5  **A.**   ONCE A WEEK, WE WOULD PULL TEN EMAR'S FROM EACH PILL CAMP

6  AND ONCE WE CHECKED THAT, THEN WE WOULD GO OBSERVE PILL CALL.

7  AS THEY WERE LOGGING INTO THE COMPUTER, WE WOULD VERIFY

8  MEDICATION COMING IN AND GOING OUT ON THE COMPUTER FROM THE

9  PHARMACY, DIFFERENT THINGS LIKE THAT.

10  **Q.**   WHAT DID YOU CALL THAT PROCESS THAT YOU JUST DESCRIBED?

11  **A.**   JUST PILL ROOM INSPECTIONS.

12  **Q.**   OKAY.  YOU MENTIONED EARLIER THAT THE CAMP SUPERVISORS

13  HAVE DIRECT AUTHORITY OVER THE PILL CALL OFFICERS; IS THAT

14  RIGHT?

15  **A.**   THAT'S CORRECT.

16  **Q.**   HOW DID YOU MAKE SURE THAT THOSE FOLKS COULD PROPERLY

17  SUPERVISE THE PILL CALL OFFICERS?

18  **A.**   EVERYONE OF RANK FROM CAPTAINS OR LIEUTENANTS ALL THE WAY

19  UP TO WARDENS WERE REQUIRED TO TAKE THE EMAR CLASS, THE

20  FIVE-HOUR CLASS, SO THAT THEY COULD MONITOR THEIR OFFICERS.

21  **Q.**   WHY WAS THAT THE REQUIREMENT?

22  **A.**   SO THAT THEY WOULD KNOW WHAT TO LOOK FOR TO MAKE SURE THAT

23  THEIR OFFICERS STAYED IN COMPLIANCE.  IT WAS A SECOND SET OF

24  EYES.

25  **Q.**   THEY WOULD KNOW WHAT THEY'RE SUPPOSED TO DO SO THEY COULD

1    DIRECT THEM?

2    **A.**    YES.

3    **Q.**    WHAT IS AN EMAR?

4    **A.**    ELECTRONIC MEDICAL ADMINISTRATION RECORD.

5    **Q.**    AND AM I GIVEN TO UNDERSTAND THAT'S A CLASS OF SOFTWARES?

6    **A.**    YES.

7    **Q.**    WHAT DO THEY DO?

8    **A.**    AS THE OFFENDER COMES TO THE PILL CALL WINDOW OR AS THE

9    OFFICER GIVES THE OFFENDER MEDICATION, WHEN YOU OPEN UP THE

10   EMAR, IT HAS A LIST OF THE MEDICATIONS.  IF YOU'RE ON, LET'S

11   SAY, SECOND PILL CALL, THEY ARE GOING TO TYPE THE OFFENDER'S

12   DOC NUMBER IN, IT'S GOING TO BRING UP EVERY MEDICATION THAT IS

13   THEIR REGULAR MEDICINE AND THE AS-NEEDED MEDICINE UP ON A

14   WINDOW.  AND IT'S GOT THE PRESCRIPTION NUMBER WITH THE PILL

15   NAME AND THE DIRECTIONS.  THEY'LL VERIFY WITH THE CARDS THAT

16   THEY HAVE, THEY'LL ISSUE THAT MEDICATION TO THE OFFENDER AND

17   ONCE THE OFFENDER TAKES IT, THEY'LL DOUBLE CLICK ON THE ICON

18   AND IT'LL ELECTRONICALLY SIGN IT, THAT THEY WATCHED THE

19   OFFENDER TAKE THAT MEDICINE.

20   **Q.**    IS THAT COVERED IN THE COURSE OF MATERIALS THAT YOU LOOKED

21   AT EARLIER?

22   **A.**    YES, IT IS.

23   **Q.**    IS IT COVERED IN ANY OTHER PLACE?

24   **A.**    I KNOW AT THE TRAINING ACADEMY THAT THEY ALSO ARE TAUGHT

25   PILL CALL ONCE A YEAR, BUT MINE WAS ABOVE THAT.  MINE WAS A

1  LITTLE BIT MORE IN-DEPTH.

2  **Q.**   WERE THERE ANY POST ORDERS?

3  **A.**   YES.

4  **Q.**   WHAT IS A POST ORDER?  LET'S START THERE.

5  **A.**   A POST ORDER IS SOMETHING THAT AN OFFICER HAS, WHATEVER

6  DROP OR POSITION THEY ARE AT, IT'S BASICALLY GUIDELINES THAT

7  THEY GO BY OR DIRECTIONS.

8  **Q.**   WHAT DOES IT MEAN FOR SOMETHING TO BE A POST ORDER?

9  **A.**   IT'S AN ORDER.  IT'S SOMETHING THAT THEY HAVE TO FOLLOW.

10  **Q.**   AND IT'S PUT UP WHERE?

11  **A.**   IT'S IN EVERY PILL CALL ROOM.

12  **Q.**   JOHN, CAN YOU GIVE ME DX4.

13        MS. WILLIS, DO YOU RECOGNIZE THIS?

14  **A.**   YES, I DO.

15  **Q.**   WHAT IS THIS?

16  **A.**   THAT IS THE POST ORDERS FOR THE PILL ROOMS.

17  **Q.**   FOR THE RECORD, THAT'S DX4, BATES 02330.

18        HOW DO YOU RECOGNIZE THIS?

19  **A.**   BECAUSE WE WORKED WITH SECURITY WHEN THEY REVISED THEM.

20  **Q.**   SO YOU WERE INVOLVED IN THE CRAFTING OF THIS?

21  **A.**   YES, I WAS.

22  **Q.**   LET'S GET BACK TO THE EMAR SYSTEM IF WE COULD.  WHAT

23  SOFTWARE SYSTEM DID YOU USE AT LSP FOR EMAR?

24  **A.**   IT WAS KELOS.

25  **Q.**   OKAY.  CAN YOU -- DO YOU KNOW HOW THAT'S SPELLED?

1    A.   K-E-L-O-S.

2    Q.   OKAY.  WHEN DID LSP GET THAT EMAR SYSTEM?

3    A.   2013.  I CAN'T REMEMBER THE EXACT DATE.

4    Q.   WHY DID THEY GET AN EMAR SYSTEM?

5    A.   IT'S EASIER TO TRACK COMPLIANCE AS FAR AS MEDICATION

6    ADMINISTRATION.

7    Q.   NOW, WHEN YOU ROLL OUT IN THE EMAR SYSTEM, DOES EVERYONE

8    JUST INSTANTLY KNOW HOW IT WORKS?

9    A.   NO, SIR, I HAD TO TRAIN EVERYONE.

10   Q.   SO WHAT DOES THAT INVOLVE?

11   A.   THAT INVOLVED ME GOING TO THE CAMPS AND GOING OVER THE

12   WHOLE SYSTEM WITH THEM AND THEN GOING TO THE PILL ROOM AND

13   TRAINING THEM IN THE PILL ROOM ALSO, THE PILL CALL OFFICERS

14   THAT WERE IN THERE.  AND ONCE THEY FINISH THAT TRAINING, THEN I

15   ASSIGNED THEM A LOG-IN AND A PASSWORD.

16   Q.   DOES ANYONE HAVE ACCESS TO THE EMAR SYSTEM THAT HASN'T

17   UNDERGONE THAT TRAINING?

18   A.   NO.

19   Q.   WHY IS THAT?

20   A.   THEY HAVE TO UNDERGO -- IN FACT, THE TRAINING THAT I FIRST

21   DID, THEY ALSO HAVE TO GO OVER THE NEWER TRAINING, THE

22   FIVE-HOUR CLASS, OR THEY CAN'T WORK IN THE PILL ROOM.  IF THEY

23   DIDN'T TAKE THE FIVE-HOUR CLASS AND PASS THE COURSE WITH AN

24   80 PERCENT IN BOTH THE PHARMACY AND IN THE EMAR SECTION OF THE

25   TEST, THEN THEY WERE NOT IN THE PILL ROOM.  THEIR LOG-INS AND

1 PASSWORDS WERE MADE INACTIVE.

2 **Q.** NOW, LET ME BE CLEAR. YOU SAID THEY'RE NOT ALLOWED IN THE

3 PILL ROOM. THAT MEANS THEY CAN'T WORK IN THE PILL ROOM OR THEY

4 CAN'T --

5 **A.** NO, THEY CANNOT WORK IN THE PILL ROOM.

6 **Q.** CAN THEY PHYSICALLY BE IN THE PILL ROOM?

7 **A.** WELL, YEAH, THEY CAN WALK IN THE PILL ROOM, BUT THEY CAN'T

8 ADMINISTER MEDICATION.

9 **Q.** I THINK YOU MENTIONED EARLIER THAT YOU CONDUCT

10 INSPECTIONS; IS THAT RIGHT?

11 **A.** THAT'S CORRECT.

12 **Q.** WHAT DO THOSE INSPECTIONS ENTAIL?

13 **A.** NUMEROUS THINGS. MS. MARY DID A LARGER INSPECTION ONCE A

14 MONTH. OUR INSPECTIONS WERE DERIVED FROM HER INSPECTIONS.

15 THERE'S SEVERAL THINGS. WE WOULD CHECK FOR KOP RECEIPTS, WE

16 CHECKED PHARMACY MANIFESTS, THE MEDICINE BEING CHECKED IN. WE

17 WOULD CHECK THAT ANY OPEN CONTAINERS HAD THE DATE THAT THEY

18 WERE OPENED ON THEM. BUT MAINLY, MS. MELANIE DID THAT. I

19 WOULD MONITOR THEM ISSUING PILLS ON THE EMAR SYSTEM ON THE

20 COMPUTER.

21 **Q.** NOW, LET ME CLARIFY. WHEN YOU SAY "MS. MARY," WHO AM I TO

22 UNDERSTAND YOU'RE TALKING ABOUT?

23 **A.** MS. MARY LABATTUT, THE PHARMACIST.

24 **Q.** AND WHEN YOU SAY "MS. MELANIE," WHO ARE --

25 **A.** MELANIE BARTON, THE ONE THAT ASSISTED ME.

1    **Q.**    OKAY.  IT MAY BE EASIER TO REFER TO THEM BY THEIR LAST

2    NAMES, IF THAT'S OKAY.

3    **A.**    OKAY.

4    **Q.**    WHEN YOU CONDUCT AUDITS OF THE EMAR SYSTEM, HOW DO YOU

5    DETERMINE WHICH RECORDS YOU'RE GOING TO LOOK AT?

6    **A.**    IT'S JUST RANDOM.

7    **Q.**    ARE YOU FAMILIAR WITH THE ORANGE BINDER FORMULARY?

8    **A.**    YES, I AM.

9    **Q.**    WHAT ROLE DID YOU HAVE IN THE CREATION OF THAT ORANGE

10    BINDER FORMULARY?

11    **A.**    WE HAVE AT CAMP J, BECAUSE IT'S NURSES THERE, WE HAVE PILL

12    CALL BOOKS, OR PILL DRUG BOOKS, HANDBOOKS.  WE TOOK THE

13    MEDICATION THAT WAS ON THE FORMULARY, AND MEDICATIONS THAT WE

14    OFTEN PRESCRIBED THAT ARE NON-FORMULARY, AND PUT DOWN THE

15    INFORMATION ABOUT THE MEDICATION IN AN ORANGE BINDER AND PLACED

16    THOSE ALL IN THE PILL ROOMS, IN EVERY PILL ROOM.

17    **Q.**    THANK YOU.  AND HOW DID THAT COME ABOUT?

18    **A.**    WHEN WE EXPANDED OR WERE PLANNING ON EXPANDING TO THE

19    20-HOUR CLASS, ONE OF THE THINGS THAT WE GO OVER IS THE SIGNS

20    AND SYMPTOMS NOT OF THE MEDICATION, BUT OF HYPOGLYCEMIA AND

21    HIGH BLOOD PRESSURE AND ALTERED MENTAL STATUS, AND THERE ARE

22    CERTAIN MEDICATIONS THAT CAN BE A SIDE EFFECT, SO WE PUT THAT

23    IN THE PILL ROOM.  AND IT'S A REFERENCE IF AN OFFENDER COMES UP

24    AND WANTS TO KNOW WHAT A MEDICATION IS, AND THEY'VE ALREADY

25    SENT ME A LETTER; I JUST HAVEN'T GOTTEN BACK TO THEM, THE PILL

1    OFFICER CAN PULL THAT BINDER DOWN AND SHOW THE OFFENDER WHAT

2    MEDICINE HE HAS, WHAT IT'S FOR, THINGS LIKE THAT.

3    Q.    AND WHO TRAINS THOSE FOLKS ON HOW TO DO THAT?

4    A.    TRAINS WHAT FOLKS?

5    Q.    THE PEOPLE AT CAMP J TO USE THESE ORANGE BINDER FORMULARY.

6    A.    OH, CAMP J ARE NURSES.  THEY HAVE DRUG BOOKS.  THE OTHER

7    ONES, MS. MELANIE BARTON WENT AROUND AND TRAINED THEM.

8    Q.    AND SO --

9    A.    EVERY SHIFT, EVERY OFFICER THAT HAD ACCESS TO THE PILL

10   CALL SYSTEM.

11   Q.    SO SHE WENT OUT TO THEM?

12   A.    YES.

13   Q.    AND WHY DID SHE DO THAT?

14   A.    IT'S EASIER TO GO TO THE PILL ROOMS BECAUSE THERE ARE SO

15   MANY AND THERE'S SO MANY DIFFERENT SHIFTS, THAT WE HIT MORNING

16   SHIFT AND NIGHT SHIFT A-TEAM, B-TEAM, C-TEAM, D-TEAM.

17   Q.    YOU WANT TO MAKE SURE YOU GOT EVERYONE?

18   A.    EVERYONE.

19   Q.    WHAT IS KOP?

20   A.    KOP IS A PROGRAM, IT'S SHORT FOR KEEP ON PERSON, THAT AN

21   OFFENDER CAN HAVE CERTAIN MEDICINES AS LONG AS THEY'RE NOT

22   RESTRICTED IN THE DORM WITH THEM IN THEIR BOX LOCKED UP.

23   Q.    WHAT WAS YOUR FIRST EXPOSURE TO A KOP POLICY?

24   A.    PHELPS CORRECTIONAL CENTER.

25   Q.    IS THAT WHERE YOU WORKED BEFORE LSP?

1   **A.**   THAT'S WHERE I WAS AT BEFORE, YES, SIR.

2   **Q.**   WHAT ROLE, IF ANY, DID YOU HAVE WITH KOP AT THE LOUISIANA

3   STATE PENITENTIARY?

4   **A.**   MS. ANNETTE WAS TEACHING THE CLASSES AND I HAD MORE TIME,

5   AND I HAD EXPERIENCE IN IT, SO I TOOK OVER TEACHING THE CLASSES

6   BECAUSE THE CLASSES INTERMINGLE WITH THE EMAR.

7   **Q.**   ARE YOU FAMILIAR WITH THE KOP POLICY AS OF THIS TIME

8   PERIOD?

9   **A.**   YES.

10   **Q.**   JOHN, CAN YOU GIVE ME DX645.  NOW, THIS WAS OBJECTED TO.

11          DO YOU RECOGNIZE THIS?

12   **A.**   YES, I DO.

13   **Q.**   WHAT IS THIS?

14   **A.**   THIS IS THE PILOT PROGRAM THAT WAS STARTED FOR THE KOP

15   PROGRAM.

16   **Q.**   AND HOW DO YOU KNOW THAT?

17   **A.**   BECAUSE I'VE SEEN IT BEFORE, BUT IT WAS ALREADY IN PLACE

18   WHEN I GOT THERE.

19          **MR. FERNANDEZ:**   AT THIS TIME, I'D LIKE TO OFFER THIS

20   INTO EVIDENCE AS DEFENDANTS' EXHIBIT 645, AND THE BATES NUMBERS

21   ARE 07587 TO 07588.

22          **THE COURT:**   645, ANY OBJECTION?

23          **MR. DUBNER:**   NO OBJECTION.

24          **THE COURT:**   645 IS ADMITTED.

25   BY MR. FERNANDEZ:

1   Q.   WHAT ARE THE ADVANTAGES OF THE KOP PROGRAM?

2   A.   THE OFFENDERS DON'T HAVE TO STAND IN A LONG PILL CALL

3   LINE.  THEY HAVE A LITTLE BIT MORE CONTROL OVER THEIR

4   MEDICATION.  AND IF THEY HAVE THEIR MEDICINE ON PERSON, WE

5   EDUCATE THEM AS TO WHAT THAT MEDICATION IS AND THE IMPORTANCE

6   OF THEM TAKING IT, WHICH ALSO INCREASES COMPLIANCE.

7   Q.   IN YOUR EXPERIENCE, HAS KOP BEEN SUCCESSFUL IN THE

8   CORRECTIONAL SETTINGS YOU'VE BEEN IN?

9   A.   YES, SIR, IT HAS.

10   Q.   WHAT DOES AN OFFENDER HAVE TO DO TO BE PART OF THE KOP

11   PROGRAM?

12   A.   THE KOP CLASS IS MANDATORY AND THEY BASICALLY HAVE TO STAY

13   OUT OF THE CELLBLOCK BECAUSE IF YOU'RE A CELLBLOCK OFFENDER,

14   YOU CANNOT DO KOP UNLESS IT'S A LOTION OR CREAM OR INHALER.  NO

15   PILLS ARE KOP IN THE CELLBLOCK.  THEY HAVE TO GO TO THEIR LAB

16   CALL-OUTS.  THEY HAVE TO MAKE THEIR DOCTOR'S APPOINTMENTS AND

17   ANY TRIPS THAT THEY ARE SCHEDULED TO GO ON.

18   Q.   IF THEY ARE TO MISS ANY OF THOSE THINGS, IS IT

19   IMMEDIATELY -- ARE THEY IMMEDIATELY TAKEN OFF THE PROGRAM?  HOW

20   -- I'M SORRY.

21   A.   NO, SIR.  NO, SIR.  WE REEDUCATE THE OFFENDER.

22   Q.   SO THE FIRST STEP IS EDUCATION?

23   A.   YES.

24   Q.   WHAT DOES THAT ENTAIL?

25   A.   WE ACTUALLY GO TO WHERE THAT OFFENDER IS AT UNLESS THEY'RE

1   AT MAIN PRISON, WE WOULD HAVE THEM COME TO US BECAUSE WE'RE

2   RIGHT THERE BY MAIN PRISON, BUT IF THEY WERE IN AN OUTLYING

3   CAMP, WE WOULD ACTUALLY GO TO THE OFFENDER, TO HIS DORM, SIT

4   DOWN, GET HIM TO PULL OUT ALL OF HIS PILL CARDS AND WE WOULD GO

5   OVER EVERYTHING ALL OVER AGAIN AND EXPLAIN THE RESPONSIBILITIES

6   OF THE PROGRAM.

7   **Q.**   AND WHY DO YOU DO THAT?

8   **A.**   JUST BECAUSE IT'S PREVENTATIVE CARE.

9   **Q.**   WOULD IT BE FAIR TO SAY YOU WANT THESE MEN TO TAKE THEIR

10  MEDICINE?

11  **A.**   YES, I DO.

12  **Q.**   WHY DO YOU WANT THESE MEN TO TAKE THEIR MEDICINE?

13  **A.**   BECAUSE IT STOPS LONG-TERM PROBLEMS, HEALTH ISSUES.

14  **Q.**   YOU DON'T WANT TO SEE ANY HARM COME TO THESE MEN?

15  **A.**   NO, SIR, I DO NOT.

16  **Q.**   LET'S TALK ABOUT EMAR MISTAKES BY PILL CALL OFFICERS.  ARE

17  THERE EVER ANY MISTAKES IN THE EMAR?

18  **A.**   YES.

19  **Q.**   WHAT ARE THE MOST COMMON EMAR MISTAKES YOU CATCH THROUGH

20  YOUR PROGRAM YOU DESCRIBED EARLIER?

21  **A.**   A LOT OF THE TIMES, WHEN THEY GO TO DOUBLE CLICK ON THE

22  SECTION THAT HAS THE MEDICINE ON IT, THEY HAVE TO CLICK ON EACH

23  INDIVIDUAL MEDICINE, AND EITHER THEY WILL SINGLE CLICK AND MOVE

24  TO THE NEXT ONE AND IT WON'T GET DEPRESSED, OR THEY WILL DOUBLE

25  CLICK IT, NOT MOVE THE MOUSE FAST ENOUGH AND CLICK IT AGAIN,

1   WHICH IF YOU DOUBLE CLICK IT WAS TAKEN, THE FIRST TIME YOU
2   CLICK, IT'S HIGHLIGHTED SO YOU KNOW YOU'RE ON THE RIGHT
3   MEDICINE.  WHEN YOU CLICK IT AGAIN, YOU ELECTRONICALLY SIGN
4   THAT YOU GAVE THAT MEDICATION.  AND THEY WOULD HAVE JUST EITHER
5   CLICKED TOO MANY TIMES OR NOT ENOUGH.  AND WHEN THAT HAPPENS, A
6   NO-SHOW WILL COME UP.

7   **Q.**   SO WHAT HAPPENS WHEN YOU CATCH THAT KIND OF ACTIVITY
8   THROUGH YOUR AUDITS AND INVESTIGATION?

9   **A.**   WE REEDUCATE THE WHOLE PILL ROOM, NOT JUST THAT
10  INDIVIDUAL, AND WE GO IN AND WE -- I'LL ACTUALLY GO IN AND
11  CLEAR IT WHERE THEY CAN MAKE THE CORRECTION THEIRSELF.  THEY
12  CAN GO BACK IN AND PUT THE MEDICINE IN.

13  **Q.**   SO THEY WIN AS A TEAM AND LOSE AS A TEAM, RIGHT?

14  **A.**   YES.

15  **Q.**   DO YOU GO OUT TO THEM TO DO THIS REEDUCATION?

16  **A.**   YES.

17  **Q.**   WHY DO YOU GO OUT TO THEM?

18  **A.**   BECAUSE IT'S EASIER AND FASTER FOR ME TO GO TO THEM AND
19  THEY'RE IN A MORE COMFORTABLE ENVIRONMENT THAN IT IS FOR THEM
20  TO COME TO ME.

21  **Q.**   AND YOU WANT TO MAKE SURE THAT IT'S DONE QUICKLY?

22  **A.**   YES.

23  **Q.**   DO YOU TRY TO MAKE SURE IT'S DONE QUICKLY WHEN YOU CATCH
24  IT?

25  **A.**   EVERY TIME.

Q.   WHAT'S YOUR PRACTICE?  OR WHAT WAS YOUR PRACTICE AS OF
SEPTEMBER 2016?  HOW OFTEN -- HOW QUICKLY WOULD YOU TRY TO
RESPOND?

A.   I WOULD -- USUALLY WITHIN THAT SAME DAY.  AND IF I WASN'T
AVAILABLE, MS. BARTON WAS.

Q.   SO Y'ALL HANDLED IT AS A TEAM?

A.   YES.

Q.   WHAT COMPLAINTS, IF ANY, DO YOU GET ABOUT SECURITY
OFFICERS CONDUCTING PILL CALL?

A.   FROM THE OFFENDERS?

Q.   YEAH.

A.   I'LL GET COMPLAINTS -- I'LL GET COMPLAINTS -- THEY JUST
BASICALLY DIDN'T LIKE THAT PILL CALL OFFICER.  THEY WERE RUDE
OR THEY WERE THIS OR -- BUT THERE WAS REALLY NOTHING AS FAR AS
THE PILL CALL ITSELF.  I DID HAVE A COUPLE TELL ME THAT THEY
DID NOT GET THEIR KOP OR IT TOOK TOO LONG TO GET THEIR KOP
MEDICATION.  BUT OTHER THAN THAT, THERE REALLY WERE NO
COMPLAINTS.

Q.   WHEN YOU DID RECEIVE COMPLAINTS FROM OFFENDERS, WHAT DID
YOU DO TO ADDRESS THEM?

A.   THE MAIN ONE WAS A KOP, AND THEY WOULD TELL ME THAT THEY
DIDN'T RECEIVE IT.  I WOULD GET ON MY COMPUTER AND SEE WHEN IT
LEFT PHARMACY, WHEN IT ARRIVED AT THE CAMP, AND I WOULD SEE
THAT IT WOULD BE DOCUMENTED ON THE EMAR.  AND SO THEN I WOULD
GO TO THE CAMP AND I WOULD PULL THE KOP RECEIPT BECAUSE THEY

1  HAVE TO SIGN FOR THE MEDICINE WHEN THEY GET IT KOP AND IT WOULD

2  SHOW THE DATE AND THE TIME THAT THEY GOT IT.  I WOULD TAKE A

3  COPY OF THAT RECEIPT, AND THE INMATES ALSO HAVE A COPY OF THAT

4  RECEIPT, THEY WOULD GET A COPY, AND I WOULD TAKE THAT AND I

5  WOULD GO DOWN THERE AND I WOULD COUNSEL THEM.

6  **Q.**    AND DID YOU WORK WITH MS. LABATTUT ON THAT?

7  **A.**    YES, I DID.

8  **Q.**    DID YOU FIND MS. LABATTUT WAS PRETTY KNOWLEDGEABLE ABOUT

9  WHAT WAS GOING ON IN THE PHARMACY?

10  **A.**    YES.

11  **Q.**    HOW MANY PILL CALL TIMES ARE THERE, GENERALLY SPEAKING?

12  **A.**    GENERALLY, THERE'S THREE.  MAIN PRISON HAS MORE, BUT IT'S

13  STILL CONSIDERED THREE PILL CALLS.

14  **Q.**    CAN YOU EXPLAIN THAT FOR US?

15  **A.**    YOU HAVE FIRST PILL CALL AT THE -- EVERY CAMP AT MAIN

16  PRISON, AND THAT FIRST PILL CALL IS GOING TO BE THE ONE BEFORE

17  BREAKFAST.  THE SECOND ONE IS GOING TO BE THE ONE AT LUNCH, AND

18  THE THIRD ONE IS GOING TO BE RIGHT BEFORE SUPPER CHOW.  AND AT

19  MAIN PRISON, BECAUSE THEY HAVE SO MANY AND THERE'S TWO

20  DIFFERENT PILL ROOMS, ON ONE YARD, YOU HAVE THE FARM, GUYS THAT

21  GO OUT AND WORK THE FARM, THE OFFENDERS THAT WORK THE FARM.

22  THEY'LL GET THEIRS A LITTLE BIT EARLIER WITH THE DIABETICS IN

23  THE MORNING, AND THEN THEY'LL RELEASE THE DORMS TO COME AND GET

24  THEIR MEDICINE, AND THAT'S FIRST PILL CALL.

25            SECOND PILL CALL IS GOING TO BE THE ONES THAT ARE

12:57    1   COMING IN FROM THE FARM LINE AND THE DIABETICS, THEY'LL COME

2   AND THEN THEY'LL HAVE THE REST OF THE OFFENDERS COME, SO THAT'S

3   LIKE SIX OF THEM RIGHT THERE BUT THEY'RE CONSECUTIVE, BACK TO

4   BACK.

5            AND THEN THE SAME THING WITH THE EVENING SHIFT.

6   Q.   IT SOUNDS LIKE YOU'RE DESCRIBING IT TO LINE UP WITH MEALS.

7   IS THERE A REASON FOR THAT?

8   A.   SOME OF THE MEDICATIONS THAT THEY'LL TAKE SUCH AS INDOCIN,

9   WHICH IS AN ANTIINFLAMMATORY, OR TYLENOL, CAN CAUSE SOME

10   STOMACH UPSET SO WE TRY TO PUT PILL CALLS AROUND CHOW TIME.

11   Q.   HOW DOES PILL CALL WORK FROM THE OFFENDER PERSPECTIVE?

12   WHAT DO THEY DO IF THEY'RE GOING TO THE WINDOW?  LET'S START

13   THERE.

14   A.   IF THEY'RE GOING TO THE WINDOW, THEY'LL COME TO THE

15   WINDOW, THEY'LL HAVE THEIR CUP, THEY'LL GET WATER IN THEIR CUP.

16   THEY WILL GIVE THE SECURITY OFFICER THEIR ID.  IF THEY DO NOT

17   HAVE AN ID, IF THERE'S A SECURITY OFFICER THAT CAN VERIFY

18   THAT'S WHO THEY ARE, THEY'LL GET THEIR MEDICINE.  IF NOT,

19   THEY'LL HAVE TO GO BACK AND GET THEIR ID.  WE DON'T GIVE

20   MEDICINE UNLESS WE KNOW EXACTLY WHO THEY ARE.  THEY GET THEIR

21   MEDICINE, THEY'LL TAKE IT, GET A DRINK OF WATER, CHECK THEIR

22   MOUTH, AND THEN THEY MOVE ON, AND THEN THE NEXT ONE COMES UP.

23   Q.   IS THAT PROCESS OUTLINED IN YOUR POST ORDER?

24   A.   YES.

25   Q.   HOW LONG IS THE WINDOW FOR AN OFFENDER TO GET MEDICINE AT

1   PILL CALL?

2   **A.**   IT DEPENDS ON WHERE YOU ARE AT.  OF COURSE, CAMP F IS

3   GOING TO BE SHORTER.  MAIN PRISON, BECAUSE THEY ACCOMMODATE SO

4   MANY PILL CALLS, IS GOING TO BE A LITTLE BIT SHORTER.

5   AT CAMP D, IT MIGHT BE A LITTLE BIT LONGER BECAUSE THEY HAVE

6   ONE PILL WINDOW, BUT WITH THE AMOUNT OF OFFENDERS THAT WE HAVE

7   KOP, THE PILL LINES HAVE SHORTENED SIGNIFICANTLY, BECAUSE IF

8   THEY TAKE TEN PILLS AND THEY CAN HAVE ALL OF THEM EXCEPT FOR

9   ONE, MAYBE A CLONIDINE, OR SOMETHING LIKE THAT, THAT'S

10  RESTRICTED, THEY JUST HAVE TO GO TO THE WINDOW AND GET THAT ONE

11  PILL.  SO EVEN THOUGH THEY'RE STILL GOING TO THE WINDOW, IT

12  SHORTENS THE TIME.

13  **Q.**   DO YOU EVER GET INMATES ASKING YOU QUESTIONS ABOUT HOW

14  PILL CALL OR KOP WORK?

15  **A.**   YES.

16  **Q.**   HOW DO YOU HANDLE THOSE?

17  **A.**   WE EDUCATE DURING THE KOP CLASS, AND I GOT INUNDATED WITH

18  LETTERS.  WE ANSWERED THEM BEFORE WE LEFT TO GO HOME FOR THE

19  DAY, AND IF IT WAS MAIN PRISON OR SOMEWHERE WE GET TO EASIER,

20  WE HANDLE IT IMMEDIATELY AND WENT AND SPOKE WITH THEM.

21  **Q.**   WOULD IT BE FAIR TO SAY YOU WANT TO MAKE SURE THEY HAVE

22  THE INFORMATION THEY NEEDED?

23  **A.**   YES.

24  **Q.**   WHY IS THAT?

25  **A.**   THE MORE INFORMATION THAT THEY HAD, THE MORE KNOWLEDGEABLE

01:00

1   THEY WERE ABOUT THEIR MEDICATION.  WE EDUCATED THEM ON HOW TO

2   READ THEIR PILL CARD, WE EDUCATED THEM THAT IF WHAT A DC DATE

3   IS, A DISCONTINUE DATE, THAT WHEN THEY SEE THAT COMING UP, THEY

4   KNOW TO WATCH BECAUSE THEY HAVE A DOCTOR'S APPOINTMENT COMING

5   UP, A CLINIC APPOINTMENT, TO GET THEIR MEDICATION RENEWED.  SO

6   THEY NEED TO WATCH FOR THAT APPOINTMENT.  WHEN THEY GOT THEIR

7   MEDICINE, ESPECIALLY IF IT WAS A NEW MEDICATION, WE EDUCATED ON

8   WHAT THAT MEDICINE WAS FOR, THE IMPORTANCE OF TAKING THAT

9   MEDICINE AND COMPLIANCE.  WE EDUCATED ON WHICH MEDICATIONS

10  REQUIRED LEVELS SUCH AS SEIZURE OR BLOOD LEVELS, COUMADIN,

11  THINGS LIKE THAT, AND WE EDUCATED ON THAT AND THE IMPORTANCE OF

12  THEM MAKING IT TO THEIR LABS BECAUSE WE CAN'T -- THE KOP

13  PROGRAM IS BASED ON RESPONSIBILITY.  IT'S GIVING SOME OF THAT

14  RESPONSIBILITY AND THAT FREEDOM BACK TO THE OFFENDER.  AND WE

15  HAVE TO BE RESPONSIBLE ALSO.  I CAN'T EXPECT DR. LAVESPERE OR

16  ANY OF THE OTHER DOCTORS TO WRITE A PRESCRIPTION FOR SOMETHING

17  THAT THEY DON'T HAVE THE LABS TO BACK IT UP.  SO IT'S VERY

18  IMPORTANT THAT THEY STAY COMPLIANT AND THAT THEY MAKE THEIR

19  DOCTOR'S APPOINTMENTS AND THEIR LABS AND THINGS LIKE THAT, AND

20  TAKE THEIR MEDICINE AS DIRECTED.

21  Q.   SO THE OFFENDERS' RESPONSIBILITIES ARE TO SHOW UP IF THEY

22  HAVE TO GO TO THE WINDOW?

23  A.   YES.

24  Q.   TO BRING AN ID CARD WITH THEM?

25  A.   YES.

**Q.**   OR OTHERWISE VERIFY THEIR ID?

**A.**   YES.

**Q.**   AND TO TAKE MEDICINE?

**A.**   YES.

**Q.**   STAY IN COMPLIANCE?

**A.**   YES.

**Q.**   AND IF THEY DON'T DO ANY OF THOSE THINGS, THEY'RE NOT GETTING THEIR MEDICINE, ARE THEY?

**A.**   NO.

**Q.**   AND THEN WHAT HAS TO HAPPEN AFTER THAT?

**A.**   IF THEY DON'T GET THEIR MEDICATION?

**Q.**   YEAH, IF THEY MISS.

**A.**   WE ADDRESS IT WITH THE PHYSICIAN, AND WE STILL KEEP THE MEDICINE AVAILABLE FOR THEM BECAUSE IF THEY EVER DECIDE THEY WANT IT, IT'S IN THE PILL CALL ROOM, IT'S AVAILABLE.  WE CAN'T -- THEY HAVE THE RIGHT TO REFUSE.  AND IF THEY DON'T WANT TO TAKE THEIR MEDICINE, THEY DON'T WANT TO TAKE THEIR MEDICINE. ALL THAT WE CAN DO IS EDUCATE AND MAKE SURE THAT THAT MEDICINE IS AVAILABLE FOR THEM.

**Q.**   AND SOME OF THEM DO REFUSE, DON'T THEY?

**A.**   YES, THEY DO.

**Q.**   DO THEY HAVE BAD OUTCOMES WHEN THEY REFUSE?

**A.**   THEY BRING IT ON THEIRSELF FOR NOT TAKING THEIR MEDICINE. IF IT'S A BAD OUTCOME, IT'S A HEALTH OUTCOME, BUT NO, THERE IS NO DISCIPLINARY.  THEY HAVE THE RIGHT TO REFUSE THEIR

MEDICATION.

**Q.**   HOW MANY OFFICERS ADMINISTER MEDICATION AS OF SEPTEMBER OF

2016 AT LSP?

**A.**   I DO NOT HAVE THAT IN FRONT OF ME SO I DO NOT KNOW.

**Q.**   IS IT MORE THAN 100?

**A.**   YES.

**Q.**   MORE THAN 150?

**A.**   I DO NOT KNOW.  I KNOW IT IS MORE THAN 100.

**Q.**   OKAY.

**A.**   AND --

**Q.**   GO AHEAD.

**A.**   THAT'S THE ONES THAT HAVE BEEN TRAINED AND TAKEN THE MORE

EXTENSIVE CLASS THAT HAVE LOG-ONS, BUT THERE'S NORMALLY REGULAR

PILL OFFICERS IN THE PILL ROOM.  AND ONCE A WEEK, SO THAT IN

CASE THERE WAS A SHORTAGE OR SOMEONE CALLED IN, WE HAD BACKUP

AVAILABLE, BUT TO ENSURE THAT THAT BACKUP COULD WORK IN THE

PILL ROOM, ONCE A WEEK, ONE OF THE REGULAR PILL OFFICERS THAT

WERE THERE ALL THE TIME WOULD TRADE ONE OF THE DROPS OR

POSITIONS WITH ANOTHER ONE SO THEY WOULD GET THAT WEEK EXTRA

TRAINING, AND THAT WAS THROUGHOUT THE YEAR.

**Q.**   WE TALKED A LITTLE BIT ABOUT NONCOMPLIANCE, BUT I WANT TO

FOCUS ON MENTAL HEALTH FOR JUST A SECOND.

**A.**   YES, SIR.

**Q.**   WHEN A MENTAL HEALTH PATIENT IS NONCOMPLIANT, WHAT HAPPENS

THEN?

1    **A.**   THEY HAVE TO -- IN EVERY CAMP WITH THE EXCEPTION OF CAMP

2    J, THEY HAVE TO MISS THREE CONSECUTIVE DOSES.  THE SOCIAL

3    WORKER IS NOTIFIED, AN EMAIL IS SENT TO THE SOCIAL WORKER, AND

4    THE WARDEN AT THAT CAMP IS ALSO NOTIFIED.  OR IF THEY SEE A

5    PATTERN OR A TREND.

6    **Q.**   CAN YOU EXPLAIN THAT FOR ME?  I THINK WHAT YOU'RE SAYING

7    IS THREE CONSECUTIVES IS AN AUTOMATIC TRIGGER?

8    **A.**   YES.

9    **Q.**   OKAY.  WHAT ARE YOU TALKING ABOUT THEN?

10   **A.**   AS AN AUTOMATIC --

11   **Q.**   A PATTERN.

12   **A.**   OH, A PATTERN.  IF THEY COME GET IT THROUGH THE WEEK AND

13   DON'T GET IT ON THE WEEKENDS 'CAUSE THEY WANT TO SLEEP IN, OR

14   THEY KNOW THAT -- AND I'VE HAD THEM TELL ME THAT WE TATTLE ON

15   THEM WITH THE SOCIAL WORKER.  IF THEY TAKE -- COME TWO DAYS,

16   MISS A THIRD, COME TWO DAYS, MISS A THIRD, 'CAUSE THEY KNOW AT

17   THAT THIRD MISS, WE'RE GOING TO NOTIFY THE SOCIAL WORKER AND

18   THE WARDEN AT THE CAMP.  SO WE JUST HAVE LEARNED TO WATCH FOR

19   TRENDS AND PATTERNS.

20   **Q.**   SO IF YOU SEE A PATTERN LIKE THAT, YOU THINK THAT THEY MAY

21   BE TRYING TO MANIPULATE THAT POLICY?

22   **A.**   YES.  WE GIVE THEM THE BENEFIT OF THE DOUBT, BUT WE STILL

23   NOTIFY THE SOCIAL WORKER AND THE WARDEN AT THE CAMP.

24   **Q.**   AND THAT'S FOR EDUCATIONAL PURPOSES?

25   **A.**   YES, AND FOR THE INMATE'S SAFETY.

01:04    1   **Q.**   WHAT, IF ANYTHING, DID YOU DO TO IMPROVE THE

2    ADMINISTRATION FOR PSYCHOTROPIC DRUGS?

3    **A.**   WELL, PSYCHOTROPIC DRUGS, OF COURSE, ARE NOT ALLOWED DOWN

4    THE WALL, THEY ARE NOT KOP.  IF WE HAVE OFFENDERS THAT WORK

5    AWAY FROM THEIR NORMAL PILL ROOM, THEN THEY ARE BROUGHT BACK TO

6    THE PILL ROOM AND MOST OF THE TIME IT'S AT SECOND PILL CALL, SO

7    THAT SECURITY BRINGS THEM BACK TO THEIR HOUSING UNITS SO THEY

8    CAN TAKE THEIR MEDICATION, AND WITH US ENSURING THAT THEY ARE

9    NOT -- AND WATCHING THE TRENDS, ENSURING THEY'RE TAKING THE

10   MEDICINE, WE SAW A BIG IMPROVEMENT IN THE MENTAL HEALTH.

11   **Q.**   HOW DOES A KOP OFFENDER REFILL A PRESCRIPTION?

12   **A.**   FIVE TO SEVEN DAYS, NOT DOSES, DAYS -- AND WE TEACH THEM

13   HOW TO COUNT THEIR MEDICATION, AND TO CIRCLE THE NUMBER ON

14   THEIR CARD -- BUT SEVEN TO TEN DAYS BEFORE THE MEDICATION IS

15   DUE TO RUN OUT, THEY WRITE THEIR NAME, THEIR DOC NUMBER, AND

16   THE PRESCRIPTION NUMBER THAT'S ON THE CARD, AND THEY'RE TAUGHT

17   THAT THAT PRESCRIPTION NUMBER IS, THAT PRESCRIPTION NUMBER IS

18   THEIRS AND THEIRS ONLY.  THEY WRITE IT ON A PIECE OF PAPER,

19   THEY GIVE IT TO THE PILL OFFICER.  WHILE THE PILL OFFICER IS

20   STANDING WHEN THEY GIVE IT TO HER, SHE ACTUALLY GOES -- YOU CAN

21   OPEN UP ANOTHER WINDOW ON THE COMPUTER AND GO INTO THE BATCH

22   REFILLS AND AUTOMATICALLY REFILL IT.  AND IT'S IN THE PILL ROOM

23   USUALLY THE NEXT DAY, BUT WE TELL THEM TO GIVE US TWO BUSINESS

24   DAYS.

25   **Q.**   AND SO THAT'S WHY YOU REQUIRE THAT BUFFER TIME PERIOD --

**A.**   YES.

**Q.**   -- OF FIVE TO SEVEN DAYS?

**A.**   YES, BECAUSE THERE'S SOME TIMES THAT THEY'LL ORDER IT ON A FRIDAY EVENING, AND THEY WON'T GET IT TILL MONDAY EVENING OR TUESDAY MORNING, SO THEY HAVE THAT MEDICATION.

**Q.**   IS THAT PART OF THE CLASS?

**A.**   YES, IT IS.

**Q.**   HOW ARE THOSE MEN NOTIFIED WHEN THEIR MEDICATION MAY BE SWITCHED OR CHANGED?

**A.**   KOP OR REGULAR MEDICINE?

**Q.**   LET'S START WITH REGULAR MEDICINE.

**A.**   WELL, FIRST, THE PHYSICIAN LETS THEM KNOW WHEN THEY'RE AT THE CLINIC.  MOST OF THE TIME THAT'S WHEN THE MEDICATION IS CHANGED.  WHEN THE MEDICINE COMES THROUGH, THE PILL OFFICERS ARE ALERTED BY A STOP ORDER WHICH WILL -- IF THEY'RE STOPPING ONE MEDICATION AND STARTING ANOTHER ONE, THEY KNOW THAT THAT'S A NEW MEDICATION, AND SO WHEN THE OFFENDER COMES TO THE WINDOW, THEY ALERT THE OFFENDER THAT THEIR MEDICATION HAS CHANGED.  AND A LOT OF THE TIMES, THE OFFENDER -- BECAUSE WE TEACH THAT IN THE CLASS.  WE TEACH THEM TO PAY ATTENTION TO EVERYTHING THE DOCTOR SAYS BECAUSE THAT WAY WHEN THEY GO TO THE WINDOW, THEY ARE NOT SURPRISED WHEN THE MEDICATION IS CHANGED.  AND IF THEY HAVE ANY QUESTIONS, THEY ASK US.

**Q.**   IS THAT PROCESS OUTLINED IN THE POST ORDER AS WELL?

**A.**   YES.

01:07  1    **Q.**   WHAT ABOUT KOP, HOW ARE THOSE COUNSELED?

2    **A.**   KOP, IF THOSE OFFENDERS' MEDICATION IS CHANGED, THE PILL

3    CALL OFFICER WHEN THEY RECEIVE THE NEW MEDICATION IN, WILL CALL

4    THE OFFENDER UP, AND HAVE THE OFFENDER GO GET THE MEDICATION

5    THAT THEY HAVE, THEY'LL BRING THAT UP, AND THEN THEY'LL GIVE

6    THEM THE NEW MEDICATION, EDUCATE THEM ON IT WHILE THEY'RE

7    THERE, EXPLAIN TO THEM, YOU KNOW, YOU WENT TO THE DOCTOR AND HE

8    SAID HE WAS CHANGING YOUR MEDICINE, THIS IS THE NEW MEDICATION,

9    IT TAKES THE PLACE OF THIS MEDICINE.

10    **Q.**   WHEN AN OFFENDER HAS A KOP MEDICINE, HOW SHOULD IT APPEAR

11    IN THE EMAR SYSTEM?  HOW ARE THOSE DOSES ACCOUNTED FOR IN THE

12    EMAR SYSTEM?

13    **A.**   IT DEPENDS ON WHERE THEY'RE LOCATED.  IF THEY ARE IN

14    REGULAR POPULATION, IT WILL COME UP JUST THE KOP, THE LETTERS

15    KOP.  THE OFFICERS ARE TAUGHT YOU DO NOT MARK IT UNLESS YOU GET

16    IT.  SO YOU WILL SEE LIKE A 30-DAY MAR, AND ON THE 15TH OR

17    20TH, YOU'LL SEE A PILL CALL OFFICER INITIAL, AND THAT TELLS

18    YOU THAT THEY GOT A MONTH'S SUPPLY OR TWO MONTHS' SUPPLY, OR

19    THREE MONTHS' SUPPLY.  THEY'LL SAY 30, 60, OR 90.  OR IF IT'S A

20    MEDICATION THEY ONLY TAKE EVERY OTHER DAY, YOU'LL SEE THAT IT'S

21    15 PILLS.

22    **Q.**   DOES KOP POPULATE EACH DAY IN THE ELECTRONIC MAR?

23    **A.**   YES.

24    **Q.**   OR HOW DOES IT LOOK?

25    **A.**   YES.  UNTIL THEY EITHER GO TO THE CELLBLOCK OR THEY WERE

01:09    1    MOVED OFF KOP, AND THEN WE ALERT THE PHARMACY AND THE PHARMACY

2    WILL CHANGE THEM BACK TO THE PILL CALL WINDOW INSTEAD OF

3    SELF-ADMINISTRATION.

4    **Q.**    DO PILL CALL OFFICERS HAVE RECORD TO THESE MEN'S PRIVATE

5    MEDICAL RECORDS?

6    **A.**    NO.

7    **Q.**    WHY IS THAT?

8    **A.**    BECAUSE IT'S PRIVATE.  IT'S A HIPAA VIOLATION.  THEY HAVE

9    A RIGHT TO THEIR PRIVACY.

10    **Q.**    SO THAT WOULD BE PRETTY TYPICAL TO RESTRICT THE HEALTH

11    RECORDS TO PROVIDERS?

12    **A.**    YES.  IF I AM NOT TREATING THAT INMATE, I HAVE NO BUSINESS

13    IN HIS MEDICAL RECORD.

14    **Q.**    AND SO Y'ALL TRY TO KEEP THAT AS PRIVATE AS POSSIBLE?

15    **A.**    YES, WE DO.

16    **Q.**    MS. WILLIS, THANK YOU.  THAT'S ALL MY QUESTIONS FOR YOU.

17             **THE COURT:**  CROSS?

18                     **CROSS-EXAMINATION**

19    **BY MR. DUBNER:**

20    **Q.**    GOOD AFTERNOON, MS. WILLIS.

21    **A.**    GOOD AFTERNOON.

22    **Q.**    LSP DOESN'T REQUIRE PILL CALL OFFICERS TO HAVE ANY MEDICAL

23    TRAINING, CORRECT?

24    **A.**    NO, SIR.

25    **Q.**    AND JUST TO WALK THROUGH THE TRAINING THAT EXISTED DURING

1    THE TIME PERIOD WE'VE BEEN TALKING ABOUT.

2    **A.**    UH-HUH.

3    **Q.**    UNTIL 2013, PILL CALL TRAINING FOR CORRECTIONS OFFICERS

4    WAS PART OF THE TRAINING ACADEMY, CORRECT?

5    **A.**    I WAS NOT THERE AT THAT TIME.  I ASSUME.

6    **Q.**    THAT'S YOUR UNDERSTANDING?

7    **A.**    YES.

8    **Q.**    AND IN YOUR EXPERIENCE, THE TRAINING ACADEMY PROGRAM IS

9    TAUGHT BY CORRECTIONAL SECURITY STAFF AND NOT MEDICAL STAFF?

10   **A.**    I CAN'T ANSWER THAT.  I'M NOT SURE.  I JUST KNOW THAT IT

11   WAS A YEARLY TRAINING.

12   **Q.**    AND THEN YOU STARTED TRAINING CORRECTIONAL OFFICERS IN

13   2013, RIGHT?

14   **A.**    THAT'S CORRECT, ON THE EMAR SYSTEM.

15   **Q.**    AND FROM 2013 UNTIL LATE 2015, THAT WAS ABOUT ONE TO TWO

16   HOURS' TRAINING?

17   **A.**    IT WAS TWO HOURS, AND THAT'S TWO HOURS CLASSROOM TRAINING.

18   **Q.**    UH-HUH.

19   **A.**    I ALSO WENT TO THE CAMPS AND TRAINED IN THE CAMPS ON THE

20   EMAR.

21   **Q.**    AND THEN AT THE END OF 2015, YOU STARTED A NEW TRAINING,

22   CORRECT?

23   **A.**    THAT'S CORRECT.

24   **Q.**    AND THAT TRAINING WAS ABOUT FIVE HOURS, RIGHT?

25   **A.**    YES, SIR.

01:11   1    **Q.**    YOU FIGURED FIVE HOURS WOULD STICK WITH THE OFFICERS?

2    **A.**    YES.

3    **Q.**    AND LET'S BRING UP DEFENDANTS' 3A AT 2070.

4            THIS IS THE COURSE AGENDA FOR THE 2015 TRAINING; IS

5    THAT RIGHT?

6    **A.**    YES, SIR.

7    **Q.**    AND SO, FOR EXAMPLE, THE AGENDA HAD CORRECTIONS OFFICERS

8    GETTING .25 HOURS OR 15 MINUTES ON MEDICATION MEASUREMENTS AND

9    DOSING SCHEDULES; IS THAT RIGHT?

10   **A.**    HOLD ON JUST A SECOND.

11   **Q.**    I WAS LOOKING AT SECTION 6.

12   **A.**    YES.

13   **Q.**    AND THEY'D GET 15 MINUTES ON LABELS AND MARS?

14   **A.**    YES, BUT THAT'S THE OFFICERS, YES.

15   **Q.**    AND THEY'D GET 15 MINUTES ON MEDICATION COMPLIANCE AND

16   DIRECTLY OBSERVE THERAPY, RIGHT?

17   **A.**    YES.

18   **Q.**    AND JUST TO CLEAR UP, THIS SAYS FOUR HOURS AT THE BOTTOM.

19   THE OTHER HOUR WAS FOR BREAKS AND A TEST ON WHAT THEY LEARNED?

20   **A.**    YES.

21   **Q.**    AND THEN AS OF AUGUST 2016, YOU HAD PLANS TO EXPAND THE

22   TRAINING MORE, RIGHT?

23   **A.**    YES.

24   **Q.**    AND THAT WAS BECAUSE THERE WERE THINGS THAT CORRECTIONS

25   OFFICERS FOUND CONFUSING?

A.    SOME OF THE TERMINOLOGY.

Q.    AND SO YOU WERE REWRITING PARTS OF THE TRAINING PROGRAM TO MAKE THINGS SIMPLER SO THAT ANYONE COULD UNDERSTAND IT.

A.    WE HAD ALREADY DONE THAT, BUT YES, WE WERE EXPANDING ON THAT, THAT'S CORRECT.

Q.    YOU WANTED TO TAKE OUT TECHNICAL TERMS AND PUT IN LAYMAN'S TERMS SO THINGS WOULD BE SIMPLER?

A.    YES.  WE HAD ALREADY DONE THAT.  AND WITH THE -- ALSO THE WAY THAT WE DO THE CURRICULUM, IT'S THE FEEDBACK THAT WE GET FROM THE OFFICERS THEMSELVES.

Q.    UH-HUH.

A.    THINGS THAT THEY FEEL LIKE THEY WANT A LITTLE BIT MORE TRAINING ON.

          BUT AS FAR AS THE PILL CALL TRAINING, THE EXPANDED COURSE WAS ALSO GOING TO COVER HOW TO DO THE CONTROLS ON THEIR GLUCOMETERS, DIFFERENT PAPERWORK THAT WAS DONE.  IT WASN'T JUST ON THE PILL CALL PROCESS.

Q.    AND FOCUSING ON, YOU KNOW, THE CHANGES YOU WERE MAKING TO FIX UP SOME OF THE CONFUSING PARTS, YOU KNOW, FOR EXAMPLE, YOU WERE TALKING ABOUT SIGNS AND SYMPTOMS AND YOU WANTED TO PUT THOSE IN LAYMAN'S TERMS; IS THAT RIGHT?

A.    YES.

Q.    SO INSTEAD OF USING THE WORD "DIAPHORETIC," FOR EXAMPLE, YOU WERE GOING TO TELL OFFICERS TO LOOK FOR PATIENTS WHO WERE SWEATING AND CLAMMING?

1   **A.**   YES.

2   **Q.**   AND INSTEAD OF THE PHRASE "ALTERED MENTAL STATUS," YOU

3   WERE GOING TO TELL OFFICERS TO LOOK FOR PATIENTS WHO WERE

4   TALKING OUT OF THEIR HEAD?

5   **A.**   YES, A DIFFERENCE IN THE BEHAVIOR.  THEY SEE THEM EVERY

6   DAY, TWO OR THREE TIMES A DAY.  THEY ARE THE EYES AND EARS.

7   **Q.**   UH-HUH.

8   **A.**   I MEAN, THEY SEE THEM MORE THAN WE DO.

9   **Q.**   AND --

10   **A.**   OH, GO AHEAD.

11   **Q.**   AND THAT TRAINING WASN'T GIVEN AS OF THE TIME THAT YOU

12   LEFT, RIGHT?

13          LET ME REPHRASE BECAUSE -- STICK TO THE TIME PERIOD.

14   THAT TRAINING WAS NOT BEING GIVEN AS OF SEPTEMBER OF 2016?

15   **A.**   ACTUALLY, YES, IT WAS.  IT WAS GIVEN, BUT IT WAS GONNA BE

16   MORE SIMPLIFIED.

17   **Q.**   INSTEAD OF 20 HOURS, IT WAS SIX HOURS?

18   **A.**   WHAT DO YOU MEAN SIX HOURS?

19   **Q.**   WELL, YOU HAD SAID THAT IT WAS GOING TO BE A 20-HOUR

20   PROGRAM.  INSTEAD OF A 20-HOUR PROGRAM, IT BECAME A SIX-HOUR

21   PROGRAM; IS THAT RIGHT?

22   **A.**   WHEN I WAS THERE, IT WAS FIVE HOURS.

23   **Q.**   OKAY.  THANK YOU.

24          YOU'RE A REGISTERED NURSE?

25   **A.**   THAT'S CORRECT.

01:14  1   Q.   BUT YOU DON'T HAVE A DEGREE IN PHARMACY, RIGHT?

    2   A.   NO, I DO NOT.

    3   Q.   AND YOU HAVEN'T ATTENDED A COLLEGE OF PHARMACY?

    4   A.   NO, SIR.

    5   Q.   A DOCTORATE IN PHARMACY IS TYPICALLY A FOUR-YEAR PROGRAM;

    6   IS THAT RIGHT?

    7   A.   YES.

    8   Q.   AND IN YOUR EDUCATION TO BECOME A NURSE, YOU WEREN'T

    9   TAUGHT HOW TO DESIGN A MEDICATION ADMINISTRATION TRAINING

   10   CURRICULUM, WERE YOU?

   11   A.   NO, BUT I DIDN'T DESIGN THAT.  I DESIGNED THE EMAR, THE

   12   TRAINING ON IT.

   13   Q.   AND LSP RUNS A PHARMACY TECHNICIAN TRAINING PROGRAM,

   14   RIGHT?

   15   A.   I DON'T KNOW.

   16   Q.   OKAY.  YOU DON'T KNOW ANYTHING ABOUT THAT.

   17        YOU HAVEN'T SUBMITTED YOUR MEDICATION ADMINISTRATION

   18   TRAINING TO THE LOUISIANA BOARD OF PHARMACY, HAVE YOU?  OR HAVE

   19   YOU, AS OF THE TIME PERIOD WE'RE TALKING ABOUT?

   20        MR. FERNANDEZ:  OBJECTION.  SHE TESTIFIED THAT SHE

   21   DIDN'T DO THE PHARMACY PART.

   22        MR. DUBNER:  LET ME REPHRASE BECAUSE THAT MIGHT HAVE

   23   BEEN UNCLEAR.

   24   BY MR. DUBNER:

   25   Q.   IN TERMS OF THE TRAINING THAT YOU AND MS. MARY LABATTUT

1   DID FOR THE CORRECTIONS OFFICERS, YOU NEVER SUBMITTED THAT

2   TRAINING TO THE LOUISIANA BOARD OF PHARMACY, CORRECT?

3           **MR. FERNANDEZ:**  SAME OBJECTION.  SHE'S NOT A

4   PHARMACIST.

5           **THE COURT:**  SUSTAINED.

6   **BY MR. DUBNER:**

7   **Q.**   DID YOU -- TO YOUR KNOWLEDGE, WAS THE TRAINING PROGRAM

8   THAT YOU AND MS. MARY LABATTUT SUBMITTED TO -- OR GAVE TO

9   CORRECTIONS OFFICERS, TO YOUR KNOWLEDGE, WAS THAT SUBMITTED TO

10  ANYBODY OUTSIDE OF LSP FOR APPROVAL?

11          **MR. FERNANDEZ:**  SAME OBJECTION.

12          **THE COURT:**  I'LL ALLOW IT.  IT CALLS FOR HER

13  KNOWLEDGE.  IF YOU KNOW, MA'AM.  IF YOU KNOW, YOU CAN ANSWER.

14          **THE WITNESS:**  I DON'T KNOW ABOUT THE PHARMACY PART.

15  I SAID I TAUGHT THE COMPUTER PROGRAM.  THAT WAS IT, THE

16  COMPUTERS.

17  **BY MR. DUBNER:**

18  **Q.**   RIGHT.  BUT TO YOUR KNOWLEDGE, NONE OF THE PARTS OF IT --

19  AS FAR AS YOU KNOW, WERE SUBMITTED TO ANYBODY OUTSIDE OF LSP?

20  **A.**   I HAVE NO IDEA.

21          **MR. FERNANDEZ:**  OBJECTION; ASKED AND ANSWERED.

22          **THE COURT:**  ALL RIGHT, SIT DOWN.  SHE SAID SHE DIDN'T

23  KNOW.

24          **MR. DUBNER:**  THANK YOU.

25  **BY MR. DUBNER:**

**Q.**   NOW TO TALK ABOUT THE ACTUAL ACT OF MEDICATION

ADMINISTRATION FOR A MINUTE.

**A.**   UH-HUH.

**Q.**   CORRECTIONS OFFICERS TRANSFER POSSESSION OF A DRUG TO THE

PATIENT; IS THAT RIGHT?

**A.**   WHAT DO YOU MEAN?

**Q.**   THEY GIVE THE DRUG TO THE PATIENT?

**A.**   YES.

**Q.**   SOME OF THE OFFICERS MAY SEE HUNDREDS OF PATIENTS DURING A

PILL CALL?

**A.**   IT DEPENDS WHAT PILL ROOM THEY ARE IN, BUT YES, SOMETIMES

THEY CAN.

**Q.**   AND AS YOU SAID, YOU DON'T OVERSEE THE CORRECTIONAL

OFFICERS THEMSELVES, RIGHT?

**A.**   NO, SIR, I DO NOT.

**Q.**   THE CORRECTIONAL CHAIN OF COMMAND OVERSEES MEDICATION

ADMINISTRATION?

**A.**   THAT IS CORRECT.

**Q.**   AND CORRECTIONAL OFFICERS WHO ARE ADMINISTERING MEDICATION

SHOULD BE DOCUMENTING MEDICATION ADMINISTRATION AS THEY GIVE

OUT THE MEDICATION TO THE PATIENT, RIGHT?

**A.**   IT DEPENDS WHERE THEY'RE AT.

**Q.**   AND IN WHAT WAY DOES IT DEPEND?

**A.**   IF IT'S A CELLBLOCK OFFENDER, THEY ACTUALLY ARE NOT

PUTTING IT ON THE COMPUTER, THEY'RE ACTUALLY WRITING IT DOWN,

1  AND WHEN THEY GET BACK TO THE PILL ROOM, THEN THEY INPUT IT IN

2  THE COMPUTER.

3  **Q.**   RIGHT.  SO THEY WRITE IT ON PAPER AND THEN THEY TRANSFER

4  IT INTO ANOTHER DOCUMENT --

5  **A.**   THAT IS CORRECT.

6  **Q.**   -- OFF THE COMPUTER?  THANK YOU.

7         AND IN PLACES WHERE THEY'RE NOT IN A CELLBLOCK, FOR

8  EXAMPLE, THE MEDICAL DORMITORIES, THEY'RE SUPPOSED TO DO IT AS

9  THEY GO, RIGHT, AS THEY GIVE OUT EACH MEDICATION?

10 **A.**   YES.  THEY PULL IT UP ON THE COMPUTER SCREEN, THAT'S HOW

11 THEY KNOW WHAT MEDICATION TO GIVE THEM.

12 **Q.**   AND THEY'RE NOT SUPPOSED TO WAIT UNTIL THEY FINISH AND

13 THEN DOCUMENT MEDICATION ADMINISTRATION, RIGHT?

14 **A.**   NO.

15 **Q.**   AND THAT'S BECAUSE THERE'S NO WAY THEY CAN REMEMBER

16 EVERYBODY THEY SAW, RIGHT?

17 **A.**   THAT'S CORRECT.

18 **Q.**   AND AS OF SEPTEMBER 2016 -- WELL, REPHRASE THAT.

19         WHAT TIME WAS FIRST PILL CALL IN THE MEDICAL DORMS AS

20 OF THE TIME YOU WERE THERE?

21 **A.**   I HAVE NO IDEA.  IT'S ON THE POST ORDERS.

22 **Q.**   DOES IT SOUND RIGHT FOR IT TO HAVE BEEN EARLY MORNING,

23 SOMETHING LIKE 3 A.M.?

24 **A.**   I HAVE NO IDEA.  IT'S IN THE POST ORDERS.

25 **Q.**   TO YOUR KNOWLEDGE, DID IT HAPPEN AT SOME TIME WHEN INMATES

1   MIGHT HAVE BEEN SLEEPING?

2           MR. FERNANDEZ:  OBJECTION; ASKED AND ANSWERED.

3           THE WITNESS:  I HAVE NO IDEA.

4           THE COURT:  OVERRULED.

5   BY MR. DUBNER:

6   Q.   IF AN OFFICER CAME AROUND AND SOMEBODY WAS SLEEPING IN THE

7   MEDICAL DORMITORIES AGAIN, WHAT WAS SUPPOSED TO HAPPEN --

8           MR. FERNANDEZ:  OBJECTION; SPECULATION.

9   BY MR. DUBNER:

10  Q.   -- AS FAR AS PILL CALL?

11          THE COURT:  YOU HAVE TO LET HIM FINISH HIS QUESTION

12  FIRST.

13              DO YOU WANT TO ADDRESS THE OBJECTION?

14          MR. DUBNER:  I'LL ASK THE -- I'LL FINISH THE QUESTION

15  AND WE'LL SEE IF IT'S A GOOD QUESTION OR NOT.

16  BY MR. DUBNER:

17  Q.   IN THE MEDICAL DORMS IF AN OFFICER CAME FOR PILL CALL AND

18  SOMEBODY WAS SLEEPING, WHAT WAS SUPPOSED TO HAPPEN PER THE

19  PRACTICES?

20          MR. FERNANDEZ:  OBJECTION; SPECULATION.

21          THE COURT:  OVERRULED.

22          THE WITNESS:  THEY HAVE TO FOLLOW THEIR POST ORDERS

23  AND THE DIRECTIONS ARE IN THE POST ORDERS.

24  BY MR. DUBNER:

25  Q.   WAS IT YOUR UNDERSTANDING THAT OFFICERS SCREAM VERY LOUDLY

1    TO WAKE PEOPLE UP?

2    **A.**   AT CAMP J, I KNOW THAT BECAUSE THEY'RE FEMALES, THEY'RE

3    ANNOUNCED WHEN THEY COME IN AND IT'S EXTREMELY LOUD, AND THEY

4    LET THEM KNOW, FEMALE ON THE TIER, PILL CALL TIME.  AND IF

5    THEY'RE ASLEEP, THEY GET WOKEN UP.

6    **Q.**   SO YOU'RE RELYING ON THE LOUDNESS OF THE SCREAM TO WAKE

7    PEOPLE UP?

8    **A.**   NO.  IF THEY'RE ASLEEP, WE WAKE THEM UP.

9    **Q.**   YOU TALKED ABOUT REFUSALS.  YOU SAID SOME PATIENTS DON'T

10   ALWAYS TAKE ALL THEIR MEDICATIONS?

11   **A.**   THAT'S CORRECT.

12   **Q.**   AND SOME OF THEM DON'T TAKE THEIR MEDICATIONS BECAUSE OF

13   SIDE EFFECTS?

14   **A.**   SOME OF THEM, IF THEIR INDOCIN IS UPSETTING THEIR STOMACH

15   OR SOMETHING LIKE THAT, YES, THEY WILL REFUSE IT.

16   **Q.**   AND THAT CAN BE TRUE FOR A VARIETY OF MEDICATIONS?

17   **A.**   FOR ANY KIND OF MEDICINE.  A BABY ASPIRIN CAN DO THAT.

18   **Q.**   AND CORRECTIONAL OFFICERS AREN'T TRAINED TO COUNSEL

19   PATIENTS ON THE SIDE EFFECTS OF THEIR MEDICATION, ARE THEY?

20   **A.**   I HAVEN'T LOOKED AT THE CURRICULUM.

21   **Q.**   TO YOUR KNOWLEDGE?

22   **A.**   AS TO THE SIDE EFFECTS?

23   **Q.**   UH-HUH.

24   **A.**   THE PHYSICIAN EDUCATES THEM AND WE EDUCATE THEM.  WHEN

25   THEY GET NEW MEDICATION, WE GO OUT AND WE EDUCATE.

**Q.**    BUT THE CORRECTIONS OFFICERS WHO ARE ADMINISTERING THE
MEDICATION AS FAR AS YOU KNOW THAT --

**A.**    THEY WERE TAUGHT TO WATCH FOR SIDE EFFECTS.

**Q.**    BUT NOT TO COUNSEL PATIENTS ON THEM?

**A.**    NO.

**Q.**    AND YOU MENTIONED GETTING LETTERS FROM INMATES ABOUT
ISSUES THEY HAD WITH PILL CALL; IS THAT RIGHT?

**A.**    THAT'S CORRECT.

**Q.**    AND SOMETIMES YOU'D GET AS MANY AS 30 LETTERS A WEEK; IS
THAT RIGHT?

**A.**    THAT'S CORRECT.

**Q.**    AND YOU TALKED ABOUT PRIVACY A MOMENT AGO.  AND I
UNDERSTAND YOU SAID CORRECTIONS OFFICERS DON'T HAVE ACCESS TO
THE MEDICAL FILES.  THEY DO HAVE ACCESS TO ALL THE INMATES'
MEDICATIONS; IS THAT CORRECT?

**A.**    THAT'S CORRECT.

**Q.**    AND THEN ON KOPS, YOU WERE SAYING THAT WHEN AN OFFICER IS
DOCUMENTING KOPS ON AN EMAR, THEY CLICK THE DATE ON WHICH THEY
GIVE OUT THE BOTTLE, BUT NOT EVERY DAY AFTER THAT?

**A.**    NO.  THEY SHOULDN'T.  THEY SHOULD CLICK WHEN THEY GIVE
MEDICINE IS -- YOU ONLY MARK THAT YOU GAVE IT WHEN YOU GIVE IT.

**Q.**    RIGHT.

**A.**    IF YOU DIDN'T GIVE IT, YOU DON'T SIGN OFF THAT YOU DID.

**Q.**    IF YOU MARKED IT EVERY DAY, THAT WOULD -- IT WOULD LOOK
LIKE YOU WERE GIVING THEM A BOTTLE EVERY DAY?

01:22   1   **A.**   IT WOULD FLAG IT AND THAT'S WHEN WE WOULD GO REEDUCATE.

2   **Q.**   OKAY.  THANK YOU, MR. WILLIS.  APPRECIATE YOUR TIME.

3   **A.**   YOU'RE WELCOME.

4           **THE COURT:**  REDIRECT?  REDIRECT?

5           **MR. FERNANDEZ:**  ONE MOMENT, PLEASE, YOUR HONOR.

6   THAT'S ALL I HAVE FOR HER.

7           **THE COURT:**  YOU MAY STEP DOWN.

8               NEXT WITNESS.

9           **MR. FERNANDEZ:**  DEFENDANTS CALL TONIA FAUST.

10          **THE COURT:**  MA'AM, COME RIGHT UP HERE, PLEASE.

11                      **TONIA FAUST,**

12  HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS.

13                  **DIRECT EXAMINATION**

14  **BY MR. FERNANDEZ:**

15  **Q.**   GOOD EVENING, MS. FAUST.

16  **A.**   HI.

17  **Q.**   CAN YOU PLEASE STATE YOUR NAME FOR THE RECORD?

18  **A.**   TONIA FAUST.

19  **Q.**   AND WHERE DO YOU WORK?

20  **A.**   LOUISIANA STATE PENITENTIARY.

21  **Q.**   AND WHAT IS YOUR EDUCATIONAL BACKGROUND?

22  **A.**   I HAVE AN ASSOCIATE DEGREE IN NURSING.  I'M A REGISTERED

23  NURSE.

24  **Q.**   WHAT JOBS HAVE YOU HELD AT LSP?

25  **A.**   TELEMEDICINE, INFECTION CONTROL MANAGER, DOCTOR'S CLINIC

01:25  1   MANAGER, AND CURRENTLY HOSPICE COORDINATOR.

2   **Q.**    WHEN DID YOU START AS THE HOSPICE COORDINATOR?

3   **A.**    I BELIEVE IT WAS EIGHT YEARS AGO.

4   **Q.**    I'M GOING TO BE ASKING YOU SOME QUESTIONS TODAY AND I WANT

5   YOU TO LIMIT YOUR ANSWERS TO THROUGH SEPTEMBER OF 2016, SO TRY

6   TO PUT YOURSELF BACK IN THAT TIME PERIOD.  I DON'T WANT TO HEAR

7   ABOUT MORE RECENT DEVELOPMENTS.  IS THAT OKAY?

8   **A.**    OKAY.

9   **Q.**    THANK YOU.

10          WHAT IS THE DIFFERENCE BETWEEN HOSPICE AND PALLIATIVE

11   CARE?

12   **A.**    HOSPICE CARE IS WHEN A PATIENT IS POTENTIALLY HAVING SIX

13   MONTHS OR LESS LIFE EXPECTANCY.  THEY ARE NOT CURRENTLY SEEKING

14   ANY CURATIVE MEASURE.  IT'S PAIN AND COMFORT CONTROL.

15          OUR PALLIATIVE PATIENTS, TYPICALLY THEY HAVE BEEN

16   GIVEN SOME FORM OF A DIAGNOSIS WHERE THERE'S A POTENTIAL

17   TERMINAL ILLNESS, YET THEY ARE STILL AT THAT POINT LOOKING FOR

18   MAYBE SOME FORM OF CURATIVE MEASURE.  BUT YOU KNOW, THEY'RE NOT

19   EXACTLY 100 PERCENT SURE.

20   **Q.**    WHERE IS THE HOSPICE PROGRAM HOUSED?

21   **A.**    OUR HOSPICE PATIENTS ARE HOUSED ON NURSING UNIT 2, AND OUR

22   PALLIATIVE PATIENTS, SOME OF THEM LIVE ON NURSING UNIT 2, AND

23   SOME OF THEM LIVE STILL OUT IN THEIR NORMAL LIVING DORMS OUT AT

24   MAIN PRISON UNDER DIFFERENT CAMPS.

25   **Q.**    OKAY.  AND WHY THE DIFFERENCE?

01:26  1    **A.**   OUR HOSPICE PATIENTS TYPICALLY WHEN THEY GET INTO THE

2    PROGRAM, THEY AREN'T SEEKING ANY OTHER FORM OF CURATIVE

3    MEASURE.  A LOT OF THEM ARE ON SOME FORM OF COMFORT CONTROL

4    PAIN MANAGEMENT, AND THOSE OFFENDERS HAVE TO REMAIN ON THE

5    NURSING UNIT WHILE THEY ARE ON ANY FORM OF A NARCOTIC.

6         A LOT OF OUR PALLIATIVE PATIENTS ARE STILL SEEKING

7    TREATMENT SO THEY CAN STILL FUNCTION.  THEY MAY NOT BE ON PAIN

8    MANAGEMENT, SO THEY WILL CONTINUE TO LIVE OUT IN THEIR OTHER

9    DORMITORIES.

10        **MR. FERNANDEZ:**  MADAM DEPUTY, WOULD YOU MIND MUTING

11   THE DISPLAY?  THANK YOU.

12   **BY MR. FERNANDEZ:**

13   **Q.**   WHEN DID HOSPICE START AT LSP?

14   **A.**   I BELIEVE IT WAS IN 1997 IS WHEN IT FIRST BEGAN, AND THEY

15   GOT THEIR FIRST PATIENT IN 1998.

16   **Q.**   OKAY.  DO YOU KNOW WHY THEY WOULD HAVE STARTED A HOSPICE

17   PROGRAM AT LSP?

18   **A.**   I WAS NOT -- I WASN'T AT LSP AT THAT TIME, SO I'M NOT

19   EXACTLY.

20   **Q.**   WHAT IS THE SIGNIFICANCE OF AN AGING AND ELDERLY PRISON

21   POPULATION FROM A HOSPICE PERSPECTIVE.

22   **A.**   CAN YOU RESTATE THAT, PLEASE?

23        **MS. JOHNSON:**  OBJECTION; FOUNDATION.

24        **THE COURT:**  LAY A FOUNDATION.

25   **BY MR. FERNANDEZ:**

01:27  1    Q.    ARE YOU THE HOSPICE COORDINATOR AT LSP?

2    A.    YES, SIR.

3    Q.    DO YOU UNDERSTAND WHAT IMPACT AGE MAY HAVE ON THE HOSPICE

4    PROGRAM?

5              THE COURT:  I THINK THE FOUNDATION IS, IS IT AN AGING

6    AND WHATEVER YOU SAID POPULATION.  I THINK THAT'S THE

7    FOUNDATION.

8    BY MR. FERNANDEZ:

9    Q.    DOES LSP HAVE AN AGING AND ELDERLY POPULATION?

10    A.    YES, SIR.

11    Q.    WHAT IS THE SIGNIFICANCE OF AN AGING AND ELDERLY PRISON

12    POPULATION FROM A HOSPICE PERSPECTIVE?

13    A.    OUR POPULATION IS AGING.  WE HAVE -- THE AGING POPULATION

14    IS DEFINITELY GOING UP, AND WITH THAT, THERE'S A LOT MORE

15    ILLNESS.  AND DUE TO THE OUTSIDE LIFESTYLES THAT THEY'VE HAD

16    BEFORE, THEIR ILLNESSES DO PROGRESS AND TYPICALLY OUR GUYS THAT

17    ARE IN THE HOSPICE PROGRAM ARE DUE TO THAT.

18    Q.    WOULD YOU GENERALLY EXPECT THAT AS SOMEONE AGES, THE

19    CHANCES THAT THEY WILL NEED HOSPICE OR PALLIATIVE CARE

20    INCREASE?

21    A.    CORRECT.

22    Q.    WHAT IS HOSPICE AT LSP SPECIFICALLY?  AND WHAT I MEAN BY

23    THAT IS WHAT DO Y'ALL DO FOR THESE MEN?

24    A.    WELL, WHENEVER A PATIENT IS GIVEN A TERMINAL ILLNESS WITH

25    A POTENTIAL SIX MONTHS OR LESS LIFE EXPECTANCY, AND THEY ARE

01:29    1    ADMITTED INTO THE HOSPICE PROGRAM, WE ARE LOOKING AT TRYING TO

2    GIVE THEM THE BEST REMAINING TIME THAT THEY HAVE AS COMFORTABLE

3    AND AS MEANINGFUL WITH THOSE LAST FEW MONTHS OR WEEKS OR DAYS

4    THAT THEY HAVE.

5    **Q.**    WOULD IT BE FAIR TO SAY YOU'RE TRYING TO GIVE THEM A SOFT

6    LANDING?

7    **A.**    YES.

8    **Q.**    WHY MIGHT AN OFFENDER CHOOSE TO BE IN THE PALLIATIVE

9    PROGRAM AS OPPOSED TO HOSPICE?

10    **A.**    REALLY THE PATIENT -- THEY'RE OFFERED THE HOSPICE OR THE

11    PALLIATIVE AND IT'S BASED ON THEIR DIAGNOSES AND THE LENGTH OF

12    POTENTIAL LIFE EXPECTANCY THAT THEY HAVE WITH OUR PHYSICIANS OR

13    THE OUTSIDE PHYSICIANS.

14    **Q.**    NOW, WHO WOULD COUNSEL THEM ON BEING IN THESE PROGRAMS?

15    **A.**    INITIALLY, OUR DOCTORS WILL DISCUSS THE PROGRAM WITH THEM

16    AND SEE IF -- YOU KNOW, LET THEM KNOW WHAT THEIR DIAGNOSIS IS,

17    WHAT LIFE EXPECTANCY IS, AND GIVE THEM A LITTLE BIT OF

18    BACKGROUND INFORMATION ON THE TWO PROGRAMS THAT WE HAVE AND

19    SEEING WHICH ONE THEY WOULD APPLY.  AND ONCE THEY DISCUSS THAT

20    WITH THE PHYSICIAN, A REFERRAL IS WRITTEN FOR ONE OF THE

21    PROGRAMS AND THEN THEY ARE DIRECTED TOWARDS ME AND I WILL GO

22    AND DISCUSS THE PROGRAM WITH THEM AND EDUCATE THEM ON WHAT

23    EXACTLY IT ENTAILS.

24    **Q.**    DO YOU KNOW WHAT A DNR IS?

25    **A.**    DO NOT RESUSCITATE?

01:30   1   **Q.**   YES.

2           WHAT ROLE, IF ANY, DO DNRS PLAY IN HOSPICE OR

3   PALLIATIVE CARE?

4   **A.**   ANYTIME A PATIENT IS ADMITTED INTO OUR HOSPICE OR

5   PALLIATIVE CARE OR IF THEY'RE EVEN REFERRED TO IT, THAT IS --

6   THE DO NOT RESUSCITATES ARE ADVANCED DIRECTIVES, OR THE POST IS

7   DISCUSSED WITH THE PATIENT, EDUCATING THEM ON WHAT IT IS, THAT

8   IT'S A FORM OF THEM BEING ALLOWED TO HAVE SOME FORM OF SAY-SO

9   IN THE REMAINDER OF THEIR LIFE.  IN THE EVENT THAT THEY DO

10  DECLINE, WHAT SERVICES, WHAT MEDICAL INTERVENTIONS, HEROIC

11  MEASURES THAT THEY DO WANT OR DO NOT WANT.

12  **Q.**   SO THEY HAVE A CHOICE AS TO WHETHER TO ENTER A DNR OR NOT?

13  **A.**   YES, SIR.

14  **Q.**   AND HOW IS THAT DECISION MADE FROM THE OFFENDER'S

15  PERSPECTIVE?

16  **A.**   THE PHYSICIANS WILL DISCUSS THAT WITH THEM.  AND I ALSO,

17  ALONG WITH A MENTAL HEALTH WORKER AND PHYSICIAN, WE WILL

18  DISCUSS THE DIFFERENCES WITH ALL OF THEM, READ THE

19  DOCUMENTATIONS TO THEM, EXPLAIN TO THEM, YOU KNOW, WHAT THEY

20  ENTAIL, AND THEY HAVE THE CHOICE WHETHER TO SIGN A DNR, ADVANCE

21  DIRECTIVE, OR CONTINUE WITH A FULL CODE STATUS.

22  **Q.**   ARE THEY ALLOWED TO CONSULT WITH FAMILY?

23  **A.**   ABSOLUTELY, YEAH.

24  **Q.**   CAN THEY DECLINE TO CONSULT WITH FAMILY?

25  **A.**   YES.

1    **Q.**    IS IT UP TO THEM OR HOW IS THAT DETERMINED?

2    **A.**    A LOT OF TIMES, A LOT OF TIMES, THE OFFENDERS MAY NOT HAVE

3    FAMILY MEMBERS SO WE'VE HAD MANY VARIATIONS.  THEY MAY WANT TO

4    SPEAK WITH OTHER OFFENDERS THAT THEY CONSIDER AS THEIR FAMILY

5    MEMBERS.  THEY MAY WANT TO SPEAK WITH FAMILY MEMBERS, THEY MAY

6    WANT TO TALK TO OTHER STAFF, THINK ABOUT IT.  WE GIVE THEM

7    EDUCATIONAL INFORMATION, DISCUSS THAT WITH THEM, AND DEPENDING

8    ON WHAT THEIR DECISION IS TO SPEAK WITH FAMILY, WE ALSO HAVE

9    DONE FAMILY CONFERENCE CALLS WITH THE FAMILY BECAUSE THEY

10    WANTED US TO DISCUSS THAT WITH THEM.  FAMILY ALSO HAS COME FROM

11    DIFFERENT AREAS TO ANGOLA TO DISCUSS THAT WITH MYSELF AND OTHER

12    PHYSICIANS TO HELP THEM MAKE THAT DETERMINATION.

13    **Q.**    IF ONE OF THESE MEN CAN'T GET OFF THE NURSING UNIT AND

14    THEY WANT TO SPEAK TO ANOTHER OFFENDER, CAN ANY ACCOMMODATION

15    BE MADE FOR THAT?

16    **A.**    OH, ABSOLUTELY.  IN THE HOSPICE AND PALLIATIVE, WE HAVE

17    WHOMEVER THE OFFENDERS VIEWS AS THEIR FAMILY MEMBER, WHETHER

18    IT'S A FAMILY MEMBER OR ANOTHER OFFENDER, THEY TELL US WHO

19    THOSE PEOPLE ARE AND WE MAKE ACCOMMODATIONS FOR THEM TO COME

20    VISIT THROUGHOUT THE WEEK.  WE ALSO MAKE IT AVAILABLE TO FAMILY

21    IF THEY'RE UNABLE TO COME DURING REGULAR VISITATION HOURS AT

22    THE PRISON, WE CAN DO SPECIAL VISITATIONS FOR THE FAMILY TO

23    COME.

24    **Q.**    WE'VE TALKED ABOUT HOSPICE AND PALLIATIVE CARE.  IS THERE

25    ANYTHING ELSE THAT LSP DOES FOR INMATES THAT HAVE TERMINAL

ILLNESSES?

**A.**   YES.  WE ALSO ASSIST THE PATIENTS WITH MEDICAL FURLOUGHS,

MEDICAL PAROLES, AND COMPASSIONATE RELEASES.

**Q.**   CAN YOU EXPLAIN THOSE TO THE COURT, PLEASE?

**A.**   THOSE ARE -- IN THE EVENT THAT THERE IS AN OFFENDER THAT

HAS A  --

          **MS. JOHNSON:**  OBJECTION, YOUR HONOR, RELEVANCE.

          **THE COURT:**  WHAT'S THE RELEVANCE?

          **MR. FERNANDEZ:**  THE RELEVANCE IS WHAT IS BEING DONE

TO MINISTER TO THESE MEN AND PROVIDE THEM HEALTHCARE AND THE

CARE THAT THEY NEED.

          **THE COURT:**  HOW IS MINISTRY TO MEN RELEVANT TO THIS

EIGHTH AMENDMENT CLAIM?

          **MR. FERNANDEZ:**  I THINK IT'S RELEVANT BECAUSE IF YOU

WANT TO SHOW DELIBERATE INDIFFERENCE AND WE'RE SHOWING

COMPASSIONATE CARE THROUGH HOSPICE, PALLIATIVE, NARCOTICS,

COMPASSIONATE RELEASE, AND MEASURES LIKE THAT, I THINK IT GOES

DIRECTLY TO WHAT KIND OF CARE IS BEING PROVIDED.

          **THE COURT:**  OKAY.  OBJECTION IS OVERRULED.

**BY MR. FERNANDEZ:**

**Q.**   WOULD YOU LIKE ME TO ASK IT AGAIN?

**A.**   YES, SIR, PLEASE.

**Q.**   CAN YOU PLEASE EXPLAIN WHAT A COMPASSIONATE RELEASE AND A

MEDICAL FURLOUGH IS?

**A.**   YES.  IN THE EVENT THAT AN OFFENDER HAS AN ILLNESS WHERE

01:34    1  IT LIMITED MOBILITY AND THEIR ILLNESS IS POTENTIALLY TERMINAL,

2  WE WILL LOOK INTO THEIR MEDICAL BACKGROUND AND WE REVIEW THEIR

3  RECORDS AND EVERYTHING TO SEE IF THEY QUALIFY BASED ON THE

4  POLICIES FOR A MEDICAL FURLOUGH OR PAROLE, DEPENDING ON THEIR

5  CRIME, AND IN THE EVENT THAT THEY DO, THEN THERE IS PAPERWORK

6  THAT WE COMPLETE.  WE DO A VIDEO, SHOW THEIR MEDICAL CONDITION

7  SO THAT THEY HOPEFULLY COULD BE RELEASED FROM THE PRISON SYSTEM

8  AND BE CLOSER TO FAMILY, HAVE MORE ACCESS TO THEIR FAMILY, BE

9  OUTSIDE OF THE PRISON SYSTEM ITSELF.

10          A COMPASSIONATE RELEASE IS WHENEVER A PATIENT IS

11  VIEWED AS 60 DAYS OR LESS LIFE EXPECTANCY, AND WE TRY TO PLACE

12  THEM WITH THEIR FAMILY IN THE EVENT THAT THE FAMILY CAN TAKE

13  CARE OF THEM.  IF NOT, A NURSING HOME OR ANOTHER ASSISTED

14  HOSPICE LIVING AREA SO THAT THEY ARE OUTSIDE OF THE PRISON

15  SYSTEM AND CAN PASS AWAY CLOSER TO FAMILY.

16  Q.    DO THE MEN HAVE TO ENGAGE IN A MEDICAL FURLOUGH OR A

17  COMPASSIONATE RELEASE OR DO THEY HAVE A CHOICE?

18  A.    THEY HAVE A CHOICE IN THAT.

19  Q.    ARE YOU AWARE OF ANYONE WHO HAS EVER DECLINED TO DO THOSE

20  THINGS?

21  A.    YES, SEVERAL.

22  Q.    WHY IS THAT?

23  A.    MANY OF THE PATIENTS, THEY MAY NOT HAVE FAMILY THAT CAN

24  TAKE CARE OF THEM AND THEY WOULD PREFER TO STAY AT ANGOLA WHERE

25  THEY ARE COMFORTABLE WITH THE HEALTHCARE THAT THEY'VE GOT.

01:16    1    THEY ARE WITH THE OTHER OFFENDERS THAT THEY VIEW AS FAMILY

2    MEMBERS.  THEY KNOW THEY WILL COME AND VISIT THEM AND THEY HAVE

3    SOMEONE THERE INSTEAD OF JUST BEING IN AN AREA WHERE THEY ARE

4    EVEN OUTSIDE OF JUST THE PRISON SYSTEM.  IT'S PEOPLE THAT THEY

5    DON'T KNOW, AND SEVERAL OF THE PATIENTS HAVE VERBALLY

6    INSTRUCTED ME TO --

7        **MS. JOHNSON:**  OBJECTION; HEARSAY.

8        **THE COURT:**  SUSTAINED.

9            YOU CAN'T TALK ABOUT WHAT PEOPLE HAVE TOLD YOU

10    OUTSIDE OF THE COURTROOM.

11        **THE WITNESS:**  OKAY.

12        **MR. FERNANDEZ:**  YOUR HONOR, MAY I BE HEARD?

13        **THE COURT:**  YES.

14        **MR. FERNANDEZ:**  I WOULD ARGUE THAT'S AN ADMISSION AS

15    THESE ARE CLASS MEMBERS.

16        **THE COURT:**  YOU NEED TO LOOK AT THE RULES OF

17    EVIDENCE, OFFERED BY A PARTY OPPONENT.  IS SHE YOUR OPPONENT?

18    OBJECTION SUSTAINED.

19        **MR. FERNANDEZ:**  BUT THE STATEMENT IS BY THE OTHER

20    FOLKS.  THE STATEMENT THAT'S BEING OFFERED IS OF THE

21    PLAINTIFFS.

22        **THE COURT:**  THE OBJECTION IS SUSTAINED.  YOU NEED TO

23    LOOK AT THE RULES.

24    BY MR. FERNANDEZ:

25    **Q.**    HOW MANY HOSPICE VOLUNTEERS ARE THERE?

01:37  1    **A.**    CURRENTLY WE HAVE 27.

2    **Q.**    AND WHO ARE THOSE MEN?

3    **A.**    THERE ARE OTHER OFFENDERS AT ANGOLA.

4    **Q.**    AND WHAT DO THEY DO?

5    **A.**    THEY ASSIST ME AND THE HOSPICE AND PALLIATIVE PATIENTS.

6    **Q.**    IN WHAT WAY?

7    **A.**    IN THE EVENT THAT WE HAVE -- WELL, WHENEVER WE HAVE A

8    HOSPICE OR A PALLIATIVE PATIENT THAT'S ASSIGNED TO THE NURSING

9    UNIT, WE ASSIGN SIX HOSPICE VOLUNTEERS.  AND THOSE SIX

10   INDIVIDUALS ARE DESIGNATED TO THAT PATIENT, AND THROUGHOUT THE

11   PATIENT'S STAY ON THE NURSING UNIT, THEY GO JUST THROUGHOUT THE

12   WEEK WHENEVER THEY HAVE TIME FROM THEIR OTHER ASSIGNED JOBS TO

13   JUST SEE IF THEY ARE NEEDING ANYTHING, IF THEY WANT TO TALK, IF

14   THEY, YOU KNOW, JUST WANT TO PLAY GAMES, YOU KNOW, JUST

15   INTERACTION, JUST GIVING THEM SOMEONE TO CONVERSE WITH BESIDES

16   THE SAME THINGS THAT THEY HAVE THROUGHOUT THE WEEK.

17           IN THE EVENT THAT THERE'S A VIGIL, WHICH IS WHENEVER

18   WE SEE THERE'S POTENTIALLY 72 HOURS OR LESS LIFE EXPECTANCY,

19   THOSE SIX VOLUNTEERS ARE PUT INTO MOTION OF THEY SIT AROUND THE

20   CLOCK 24-7 WITH THE PATIENT UNTIL THE VIGIL HAS ENDED, OR THE

21   PATIENT PASSES AWAY.  AND DURING THAT TIME, THEY JUST SIT WITH

22   THE PATIENT AND WHATEVER THE PATIENT'S NEEDING JUST TO MAKE

23   SURE -- OUR GOAL IS THAT NO ONE DIES ALONE, THAT SOMEONE IS IN

24   THE ROOM WITH THEM AND IS THERE TO BE AT THEIR SIDE WHEN

25   NEEDED.

**Q.** IN THE HOSPICE AND PALLIATIVE PROGRAMS, ARE Y'ALL ALLOWED
TO ADMINISTER NARCOTICS?

**A.** YES.

**Q.** AND WHY ARE Y'ALL ALLOWED TO DO THAT?

**A.** IN THE EVENT THAT ANY OF OUR PATIENTS ON THE NURSING UNIT,
WHETHER THEY ARE HOSPICE OR NOT, IF THEY'RE NEEDING PAIN
MEDICATION, WE DO ADMINISTER NARCOTICS.  BUT FOR OUR HOSPICE
PATIENTS, TYPICALLY IT'S, YOU KNOW, WE'RE LOOKING AT THEIR
PAIN.  THAT IS OUR NUMBER ONE GOAL IS FOR COMFORT MEASURES.

**Q.** I WANT TO RETURN TO THE TOPIC OF DNRS FOR JUST A MOMENT.
HOW ARE STAFF MADE AWARE OF THE EXISTENCE OF A DNR?

**A.** WHENEVER MEDICAL STAFF IS INITIALLY HIRED ON AT ANGOLA,
THEY DO HAVE TO GO THROUGH EDUCATION PROCESS WITH A NURSING
STAFF WITH THE NURSING MANAGEMENT, AND THERE IS A PART IN THAT
AREA THAT DISCUSSES HOSPICE CARE, PALLIATIVE CARE, AND THE
DNRS.

**Q.** HOW CAN AN OFFENDER CHANGE HIS STATUS AS DNR OR NOT DNR?

**A.** ALL HE HAS TO DO IS TELL US THAT HE DOESN'T WANT THE DNR
ANYMORE, RESCIND IT, JUST HAS TO VERBALLY TELL US, AND HE
RETURNS TO FULL CODE STATUS.

**Q.** AND WHAT DO YOU DO IN RESPONSE TO THAT NOTIFICATION?

**A.** WITH THAT, WE HAVE A FORM THAT WE GET THEM TO SIGN SHOWING
THAT THEY'VE RESCINDED IT.  WE MAKE NOTES IN OUR RECORDS
STATING THAT THEY HAVE DONE SO, AND WE ALERT ALL MEDICAL STAFF
TO THAT FACT.

**Q.** DO YOU KNOW WHO A FARRELL SAMPIER IS?

**A.** YES.

**Q.** WHO IS FARRELL SAMPIER?

**A.** FARRELL SAMPIER IS AN OFFENDER AT ANGOLA.  HE'S CURRENTLY ON NURSING UNIT 2.

**Q.** HOW DID YOU FIRST COME INTO CONTACT WITH MR. SAMPIER?

**A.** I'M NOT QUITE SURE OF WHAT THEY YEAR WAS, BUT I DO RECALL THAT HE WAS REFERRED TO OUR PALLIATIVE CARE PROGRAM BECAUSE HE INITIALLY HAD A DIAGNOSIS AND SO OUR -- MY PHYSICIAN AT THE TIME REFERRED HIM TO ME, AND I ADMITTED HIM INTO OUR PALLIATIVE CARE PROGRAM.

**Q.** DID YOU COUNSEL HIM ON DNRS?

**A.** YES.

**Q.** WAS HE ULTIMATELY A DNR?

**A.** I HONESTLY DO NOT RECALL.

**Q.** DID MR. SAMPIER HAVE ANY RESTRICTIONS WHEN HE WAS IN YOUR PROGRAM?

**A.** NO.

**Q.** THAT'S ALL THE QUESTIONS I HAVE.  THANKS.

**MS. JOHNSON:**  NO CROSS, YOUR HONOR.

**THE COURT:**  MA'AM, YOU MAY STEP DOWN.

**THE WITNESS:**  THANK YOU.

**THE COURT:**  LET'S TAKE A BRIEF BREAK.  IT SEEMS LIKE THIS MIGHT BE A GOOD TIME, WE'RE BETWEEN WITNESSES.  LET'S SEE. IT'S 1:42, WE'LL TAKE A 15-MINUTE RECESS.  LET'S RESUME AT

01:42    1    2:00.

2                               (RECESS.)

3              THE COURT:  NEXT WITNESS.

4              MS. BOND:  DEFENDANTS CALL MARY ANNETTE CARROLL.

5                       **MARY ANNETTE CARROLL, RN, CCN/M**

6    HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS.

7              THE COURT:  COUNSEL, MAKE YOUR APPEARANCE.  I'M

8    SORRY, I JUST HAVE MOMENTARILY FORGOTTEN.

9              MS. BOND:  NO, THAT'S OKAY.  I'M CAROLINE BOND FOR

10   THE DEFENDANTS.

11             THE COURT:  ALL RIGHT, GO AHEAD, MA'AM.

12                       **DIRECT EXAMINATION**

13   BY MS. BOND:

14   Q.   GOOD AFTERNOON, MS. CARROLL.

15             PLEASE STATE YOUR FULL NAME FOR THE RECORD.

16   A.   MARY ANNETTE CARROLL.

17   Q.   HOW ARE YOU CURRENTLY EMPLOYED?

18   A.   I'M EMPLOYED AT LOUISIANA STATE PENITENTIARY.

19   Q.   AND WHAT IS YOUR POSITION AT LSP?

20   A.   RN MANAGER.

21   Q.   HOW LONG HAVE YOU HELD THIS POSITION?

22   A.   FIFTEEN YEARS.

23   Q.   ARE YOU A REGISTERED NURSE?

24   A.   YES, I AM.

25   Q.   DO YOU SUPERVISE ANY DEPARTMENTS AT LSP?

**A.**    YES, I DO.

**Q.**    AND WHAT ARE THOSE DEPARTMENTS?

**A.**    I SUPERVISE THE DOCTORS' CLINIC AND THE TRIP OFFICE.

**Q.**    MS. CARROLL, WE ARE FOCUSED ON THE TIMEFRAME OF 2015 UP THROUGH SEPTEMBER 30TH OF 2016.  SO MY QUESTIONS ARE GOING TO BE ABOUT THAT TIMEFRAME, AND SO PLEASE FOCUS YOUR ANSWER ON THAT AND I'LL TRY TO REMIND YOU AS WELL.

DURING THAT TIME PERIOD, 2015 THROUGH SEPTEMBER 30TH OF 2016, DID YOU SUPERVISE THE DOCTORS' CLINIC AND THE TRIPS OFFICE AT LSP?

**A.**    YES, I DID.

**Q.**    WHAT DOES THE TRIP'S OFFICE DO?

**A.**    THE TRIP OFFICE ACTUALLY DOES A MULTITUDE OF THINGS, BUT THEY ARE RESPONSIBLE FOR SETTING UP AND SENDING OFFENDERS FOR THE OUTSIDE TRIPS, THEIR OUTSIDE APPOINTMENTS TO OUTSIDE FACILITIES.  THEY ALSO OBTAIN ANY INFORMATION FROM THE OUTSIDE FACILITIES TO ASSURE THAT THEIR CARE IS FOLLOWED THROUGH FROM THE OUTSIDE FACILITIES.

**Q.**    OKAY.  DURING 2015 AND 2016, HOW MANY PERSONS WERE EMPLOYED IN THE TRIP'S OFFICE?

**A.**    THREE.

**Q.**    OKAY.  WERE THEY RNS, LPNS, ET CETERA?

**A.**    LPNS.

**Q.**    OKAY.  WERE YOU THEIR SUPERVISOR?

**A.**    YES.

**Q.**   AND WHAT IS THE ROLE OF THE TRIP'S NURSES?

**A.**   THE TRIP NURSES -- WELL, IT STARTS WITH THE REFERRAL

PROCESS.  THEY OBTAIN REFERRALS.  FROM THE REFERRAL PROCESS,

THEY THEN INPUT THE INFORMATION INTO THE ECEPTIONIST PROGRAM.

FROM ECEPTIONIST -- AND I MEAN, THAT INVOLVES A LOT.  THEY

OBTAIN --

**Q.**   WE'LL GO INTO THAT.

**A.**   OKAY.  SO THEY PUT IT INTO ECEPTIONIST, OBTAIN

APPOINTMENTS, AND THEN I DON'T KNOW HOW MUCH YOU WANT ME TO GO

INTO AT THIS POINT.  I MEAN --

**Q.**   OKAY.  DO THEY DO ANYTHING TO PREPARE PATIENTS FOR

APPOINTMENTS?

**A.**   DEFINITELY.

**Q.**   ALL RIGHT.

**A.**   SENDING AN OFFENDER OUT ON A TRIP IS JUST NOT PAPERWORK.

WE ALSO PREPARE THEM FOR THEIR APPOINTMENT WHICH INCLUDES PREP

FOR TESTS.  SO THE NURSES ALSO DO CALLOUTS AND CALL THE

OFFENDER OVER TO PREPARE THEM FOR THEIR TEST.  THIS MAY INCLUDE

FASTING FOR THEIR TEST, YOU KNOW, TELLING THEM, YOU KNOW, TO

NPO OR OBTAIN ALL THE TESTS THAT ARE REQUIRED AS A PREOP FOR

WHATEVER THEIR SURGICAL PROCEDURES OR THEIR TEST PROCEDURES.

**Q.**   OKAY.  AND YOU JUST MENTIONED NPO.  WHAT DOES THAT MEAN?

**A.**   NOTHING BY MOUTH.

**Q.**   OKAY.  LSP HAS ON-SITE SPECIALTY SERVICES, CORRECT?

**A.**   THAT'S CORRECT.

1    **Q.**    DO THE TRIP NURSES ALSO SCHEDULE THE ON-SITE SPECIALTY

2    SERVICES?

3    **A.**    SOME OF THEM, YES.

4    **Q.**    OKAY.  AND LSP ALSO HAS TELEMEDICINE, CORRECT?

5    **A.**    CORRECT.

6    **Q.**    DO THE TRIP NURSES SCHEDULE TELEMEDICINE APPOINTMENTS?

7    **A.**    NO, NOT THE TELEMEDICINE.

8    **Q.**    OKAY.  LET'S DISCUSS THE REFERRAL PROCESS DURING 2015 AND

9    2016.  HOW DOES A SPECIALTY REFERRAL ORIGINATE AT LSP?

10   **A.**    OKAY.  IT STARTS WITH THE DOCTORS, AND IT COULD BEGIN WITH

11   OUR PRIMARY CARE PHYSICIANS OR A SPECIALTY DOCTOR BECAUSE WE DO

12   HAVE SPECIALTY DOCTORS THAT COME ON SITE AT LSP.  SO ONE OF THE

13   SPECIALTY DOCTORS OR PRIMARY CARE MAY DECIDE TO REFER TO AN

14   OUTSIDE FACILITY.  SO THE REFERRAL PROCESS STARTS FROM EITHER

15   THE PRIMARY CARE OR THE SPECIALTY DOCTOR.  THEY WRITE A

16   REFERRAL.  THE REFERRAL THEN COMES -- IS GIVEN TO DR.

17   LAVESPERE.  AND THEN FROM THERE, THE REFERRAL IS TRACKED BY

18   MYSELF AND THEN WE GO AHEAD FROM THAT POINT IN TIME, WE PUT IT

19   IN THROUGH THE ECEPTIONIST PROGRAM WHERE THAT APPOINTMENT IS

20   PUT IN AND AN APPOINTMENT IS REQUESTED THROUGH THE HEADQUARTERS

21   PROGRAM, THROUGH ECEPTIONIST.

22   **Q.**    OKAY.  AND WHAT IS YOUR UNDERSTANDING AS TO WHY DR.

23   LAVESPERE REVIEWS THE REFERRALS?

24   **A.**    WELL, BECAUSE THERE ARE CERTAIN THINGS, YOU KNOW, THAT

25   COULD HAPPEN AT LSP.  JUST LIKE IF YOU GO TO A PRIVATE DOCTOR,

1    THERE ARE CERTAIN TESTS, YOU KNOW, SO HE LOOKS AT THEM TO MAKE

2    SURE EVERYTHING IS OBTAINED BEFORE THEY GO TO THE SPECIALTY

3    DOCTOR, BECAUSE IT COULD BE A WASTED TRIP.  I MEAN, YOU

4    COULD -- THEY MAY HAVE NEEDED AN X-RAY.  THEY MAY HAVE NEEDED

5    LAB, BEFORE SENDING THEM TO A SPECIALTY DOCTOR.  BECAUSE, YOU

6    KNOW, HE WANTS TO MAKE SURE THAT EVERYTHING WAS DONE SO THAT

7    THE SPECIALTY DOCTOR WILL HAVE EVERY TEST AVAILABLE TO HIM

8    BEFORE HE GETS THERE, BECAUSE I MEAN, IF HE GOES THERE AND HE

9    DOESN'T HAVE EVERYTHING THAT HE NEEDS TO PROPERLY ASSESS THAT

10   PATIENT, IT'S A WASTED TRIP.

11   **Q.**   OKAY.  DURING THE PERIOD OF 2015, 2016, ARE YOU AWARE OF

12   ANY INSTANCES IN WHICH DR. LAVESPERE DENIED A REFERRAL?

13   **A.**   NO.

14   **Q.**   I BELIEVE YOU TESTIFIED THAT AFTER DR. LAVESPERE REVIEWS A

15   REFERRAL, IT IS INPUT INTO ECEPTIONIST BY ONE OF THE TRIP

16   NURSES; IS THAT CORRECT?

17   **A.**   THAT'S CORRECT.

18   **Q.**   AND THEN ONCE IT'S INPUT INTO ECEPTIONIST, WHERE IS IT

19   SENT?

20   **A.**   IT GOES TO HEADQUARTERS.

21   **Q.**   OKAY.  IS THERE ANY SUPPORTING DOCUMENTATION INCLUDED WITH

22   THE REFERRAL REQUEST?

23   **A.**   YES.

24   **Q.**   WHAT KIND OF SUPPORTING DOCUMENTATION?

25   **A.**   ANYTHING LIKE SUPPORTING LABS, X-RAY REPORTS, CT REPORTS,

02:20   1   ANYTHING THAT CAN SUPPORT THE REASON WHY THIS OFFENDER IS BEING

        2   SENT OUT FOR A SPECIALTY CONSULT.

        3   **Q.**   ARE URGENT REFERRALS HANDLED ANY DIFFERENTLY BY THE LSP

        4   TRIP NURSES?

        5   **A.**   DEFINITELY.

        6   **Q.**   HOW SO?

        7   **A.**   IF A PHYSICIAN FEELS THAT A PATIENT REFERRAL IS URGENT, WE

        8   WILL DEFINITELY PUT IT IN AS URGENT BECAUSE, I MEAN, THAT

        9   PATIENT -- THE DOCTOR FEELS THAT SOMETHING IS GOING ON THAT

       10   THIS PATIENT CANNOT WAIT, CANNOT WAIT 30 DAYS OR 60 DAYS OR

       11   WHATEVER THAT MAY BE, SO WE WILL PUT IT IN URGENTLY.  YOU KNOW,

       12   IT'S KIND OF A RED FLAG SAYING WE NEED TO GET THIS GUY SEEN AS

       13   SOON AS POSSIBLE.

       14   **Q.**   OKAY.  DO YOU EVER -- ASIDE FROM PUTTING IT IN AS AN

       15   URGENT REQUEST, DO THE TRIP NURSES EVER CALL ANYONE AT

       16   HEADQUARTERS?

       17   **A.**   DEFINITELY.

       18   **Q.**   ONCE A REFERRAL REQUEST HAS BEEN INPUT INTO ECEPTIONIST,

       19   DO THE TRIP NURSES MONITOR THE STATUS OF THAT REQUEST?

       20   **A.**   YES.

       21   **Q.**   HOW DO THEY DO THAT?

       22   **A.**   WE CHECK OUR IN-BOXES, BECAUSE I DO SO MYSELF.  WE CHECK

       23   OUR IN-BOXES DAILY.  AND MOST OF THE TIME, TWICE A DAY.  AND

       24   SOMETIMES ALSO HEADQUARTERS MAY CALL AND SAY, YOU KNOW, CHECK

       25   YOUR IN-BOX, OR HEY, THIS PERSON IS GOING OUT, CAN YOU CHECK,

1    YOU KNOW, BECAUSE WE ARE GOING TO BE SENDING THIS GUY OUT

2    TODAY, BECAUSE THEY MAY GET AN APPOINTMENT FOR TODAY, SO THEY

3    WILL SEND US AN EMAIL OR GIVE US A PHONE CALL AND SAY, LOOK,

4    WE'RE ADDING ON A PATIENT TODAY.  THAT WAY, YOU KNOW, BECAUSE

5    WE MAY CHECK OUR IN-BOXES TWICE A DAY, SO THEY WANT TO GIVE US

6    A HEADS-UP AND SAY JUST GO AHEAD AND -- THIS GUY'S BEING ADDED

7    ON.  SO WE HAVE NO PROBLEM PICKING UP THE PHONE OR SHOOTING AN

8    EMAIL TO EACH OTHER TO MAKE SURE THAT WE COMMUNICATE THIS.

9    Q.    OKAY.  DO YOU KNOW MELANIE BENEDICT AT HEADQUARTERS?

10   A.    YES, I DO.

11   Q.    DO YOU WORK WITH HER?

12   A.    I MEAN, YES, NOT, YOU KNOW, SIDE BY SIDE, BUT YES, WE WORK

13   TOGETHER.

14   Q.    OKAY.  AND YOU TESTIFIED THAT LSP HAS ON-SITE SPECIALTY

15   APPOINTMENTS AND SOME OF THOSE ARE SCHEDULED THROUGH

16   ECEPTIONIST, CORRECT?

17   A.    ON-SITE, YES, A COUPLE OF THINGS ARE.

18   Q.    SO IF AN ON-SITE -- ONCE AN ON-SITE SPECIALTY APPOINTMENT

19   IS SCHEDULED, WHAT HAPPENS NEXT?  WHAT DO THE TRIP NURSES DO

20   NEXT IN THAT PROCESS?

21   A.    OKAY.  ONCE IT'S SCHEDULED, THEN THE TRIP NURSES PREPARE

22   THE PATIENT, PREPARE THE PAPERWORK AND, YOU KNOW, PUT ALL THEIR

23   SUPPORTING DOCUMENTATION TOGETHER FOR THAT TRIP.  THEY NOTIFY

24   THE TRIP OFFICERS AS TO WHEN THE, YOU KNOW, OFFENDER IS GOING

25   OUT, GET ALL THE SUPPORTING DOCUMENTATION TOGETHER FOR THAT

1   TRIP.

2   **Q.**   AND HOW FAR IN ADVANCE OF THE TRIP DOES THAT PROCESS

3   OCCUR?

4   **A.**   WELL, WE DO ALL TRIPS 24 HOURS IN ADVANCE.

5   **Q.**   AND HOW FAR IN ADVANCE OF THE TRIP ARE THE OFFENDERS

6   NOTIFIED?

7   **A.**   WELL, THAT DEPENDS.  WE NEVER GIVE AN OFFENDER THE DATE

8   THAT THEY ARE GOING OUT FOR SECURITY REASONS.  NOW, WE ALWAYS

9   PREPARE THEM AS FAR AS FOR THE NPO, NOTHING BY MOUTH, OR IF

10  THEY NEED TO STOP MEDICATION FOR A CERTAIN TEST OR A PROCEDURE,

11  WE ALWAYS CALL THEM OVER AND EDUCATE THEM ON THIS, BECAUSE IF

12  WE DON'T, THEN THEY CAN'T HAVE THE TEST OR PROCEDURE.  BUT WE

13  DON'T EVER GIVE THEM A DATE BECAUSE, AGAIN, DUE TO SECURITY,

14  YOU KNOW, REASONS.

15  **Q.**   DURING 2015 AND 2016, WERE YOU AWARE OF ANY PATIENTS

16  SHOWING UP READY TO GO ON A TRIP WITHOUT HAVING DONE THE

17  NECESSARY PREP WORK?

18  **A.**   NO.

19  **Q.**   OKAY.  WHAT HAPPENS ONCE AN LSP PATIENT RETURNS FROM AN

20  OFFSITE APPOINTMENT?

21  **A.**   ONCE THEY RETURN, THE PAPERWORK IS NORMALLY RETURNED WITH

22  THE OFFENDER.  SOMETIMES IT IS INCOMPLETE, BUT THE TRIP NURSES

23  GO INTO THE EPIC SCREEN AND PULL UP ALL THEIR PAPERWORK.  THE

24  NURSES PULL IT UP, REVIEW IT, AND THEN THEY BRING IT TO DR.

25  LAVESPERE.  AND IN DR. LAVESPERE'S ABSENCE, THE ASSISTANT

0 2 : 2 5

1    MEDICAL DIRECTOR.  AND THEY GO OVER ALL THE ORDERS AND, OF

2    COURSE, TAKE THE ORDERS OFF AND FOLLOW THROUGH WITH WHATEVER

3    THE ORDERS ARE.

4    **Q.**    IS THERE A PARTICULAR FORM THAT THE TRIP NURSES USE?

5    **A.**    YES.

6    **Q.**    ALL RIGHT.  I'D LIKE TO SHOW YOU A DOCUMENT.  THIS IS

7    JOINT EXHIBIT 10, BATES NO. 044300.

8            MS. CARROLL, ARE YOU FAMILIAR WITH THIS DOCUMENT?

9    **A.**    YES, I AM.

10   **Q.**    OKAY.  WHAT IS THIS?

11   **A.**    THIS IS THE FORM THAT WE FILL OUT AFTER A TRIP RETURNS.

12   **Q.**    OKAY.  AND HOW SOON AFTER THE TRIP RETURN IS IT FILLED

13   OUT?

14   **A.**    WITHIN 24 HOURS.

15   **Q.**    OKAY.  ALL RIGHT.  AND IN THIS MIDDLE, THIS BLANK SPACE

16   WITH THE HANDWRITTEN NOTES, WHAT GOES IN THAT SECTION?

17   **A.**    THE RECOMMENDATIONS FROM THE SPECIALTY DOCTOR.

18   **Q.**    AND WHO COMPLETES THAT SECTION?

19   **A.**    THE TRIP NURSES.

20   **Q.**    AND HOW DO THE TRIP NURSES GET THAT INFORMATION?

21   **A.**    FROM LINKS OR EPIC, AND THAT COMES FROM THE SPECIALTY

22   DOCTOR.

23   **Q.**    OKAY.  AND WHAT ARE LINKS AND EPIC?

24   **A.**    THAT'S THROUGH UMCNO, THAT'S THE PAPERWORK THAT THEY

25   ACTUALLY WRITE THEIR ORDERS ON, AND A LOT OF THE PAPERWORK

1    COMES BACK WITH THE OFFENDER, BUT THE TRIP NURSES HAVE THE

2    CAPABILITY OF GOING INTO LINKS BECAUSE SOMETIMES THE SPECIALTY

3    DOCTORS DO NOT COMPLETE THEIR PAPERWORK UNTIL AFTER THE

4    OFFENDER LEAVES, SO THE TRIP NURSES GO BACK INTO THE SYSTEM,

5    IT'S EPIC, AND THEY GO BACK INTO IT AND PULL UP THE PAPERWORK

6    AGAIN SO THAT THEY CAN HAVE THE MOST CURRENT UP-TO-DATE ORDERS

7    FROM THE PHYSICIAN.  AND THAT WAY THEY CAN MAKE SURE THAT, YOU

8    KNOW, WE FOLLOW THROUGH THE DOCTOR'S RECOMMENDATIONS.

9    Q.   OKAY.  AND THE TRIP RETURN IS REVIEWED BY DR. LAVESPERE;

10   IS THAT CORRECT?

11   A.   THAT'S CORRECT.

12   Q.   DO YOU SEE WHERE THERE FORM INDICATES WHETHER IT WAS

13   REVIEWED BY HIM?

14   A.   YES.  HIS SIGNATURE'S ON THE RIGHT, RIGHT BOTTOM CORNER.

15   Q.   THANK YOU.

16        AND I WANT TO TALK ABOUT REFUSALS AND NO-SHOWS.

17   DURING 2015 AND 2016 WHEN A PATIENT WAS SCHEDULED FOR A

18   SPECIALTY APPOINTMENT, WERE YOU AWARE OF PATIENTS EVER REFUSING

19   THE APPOINTMENT?

20   A.   YES, THAT HAPPENS ALL THE TIME.

21   Q.   OKAY.  AND WHAT HAPPENS WHEN A PATIENT REFUSES THE

22   APPOINTMENT?

23   A.   I MEAN, THEY HAVE THE RIGHT TO REFUSE AN APPOINTMENT OR

24   ANY CARE.  I MEAN, THAT IS THEIR RIGHT.

25   Q.   OKAY.

02:28  1  **A.**    THEY DO -- YOU KNOW, IF THEY DO REFUSE AN APPOINTMENT,

2  THEY ARE ASKED TO, YOU KNOW, SIGN A REFUSAL AND DOCUMENT WHY

3  THEY'RE REFUSING THAT APPOINTMENT.

4  **Q.**    AND DO THE TRIP NURSES DO ANY EDUCATION REGARDING THE

5  REFUSAL?

6  **A.**    DEFINITELY.  BECAUSE WHEN WE -- YOU KNOW, WE TAKE THE TIME

7  TO SCHEDULE THE TRIP.  WHEN THEY'RE GOING OUT FOR A TRIP, IT'S

8  FOR A SPECIALTY.  A LOT OF TIMES IT'S FOR SURGERY, SPECIAL

9  TESTS, SO WE TAKE THAT OPPORTUNITY TO GO ABOVE AND BEYOND TO

10  EXPLAIN TO THE OFFENDER THAT WHY, YOU KNOW, WHY THEY'RE GOING

11  OUT AND WHY THEY SHOULDN'T REFUSE.  SO THEY ARE CALLED IN, THEY

12  ARE ACTUALLY IN FRONT OF THREE NURSES.  A LOT OF TIMES DR.

13  LAVESPERE ALSO WANTS TO SPEAK TO THEM.  SO WE'LL CALL THEM

14  OVER, DR. LAVESPERE WILL COME IN, HE'LL TALK TO THEM, AND WE

15  EXPLAIN TO THEM THAT IF THEY REFUSE THIS TRIP, THAT THEIR CARE

16  COULD BE DELAYED AND I MEAN, THIS COULD EVEN RESULT IN DEATH.

17  SO I MEAN, WE GO OVER THIS WITH THEM AND TELLING THEM, YOU

18  KNOW, WHY ARE YOU REFUSING THIS TRIP.

19        YOU KNOW, A LOT OF TIMES, THEY DON'T KNOW WHAT

20  THEY'RE GOING FOR.  SO WE TRY TO EDUCATE THEM AND SAY, IF YOU

21  KEEP THIS APPOINTMENT, YOU KNOW, YOU COULD -- I MEAN, YOU COULD

22  BE SAVING YOUR LIFE.  SO A LOT OF THE GUYS JUST, THEY DON'T

23  WANT TO GO, YOU KNOW.  SO I MEAN, WE DO EXPLAIN IT TO THEM.

24  AND, LIKE I SAID, THREE NURSES, MYSELF, AND DR. LAVESPERE'S

25  VERY INVOLVED ALSO.  HE NORMALLY WANTS TO SPEAK TO ALL THE

1    GUYS, ESPECIALLY THE GUYS GOING OUT FOR SURGERY.  HE LIKES TO

2    SPEAK TO THEM ONE-ON-ONE.

3    **Q.**    OKAY.  YOU INDICATED THAT INMATES WHO ARE REFUSING A TRIP,

4    YOU DO HAVE THEM SIGN A REFUSAL FORM, CORRECT?

5    **A.**    THAT'S CORRECT.

6    **Q.**    WHAT DO YOU ALL DO WITH THE SIGNED REFUSAL FORMS?

7    **A.**    IT GOES INTO THEIR FILE, THEIR CHART, MEDICAL CHART.

8    **Q.**    OKAY.  AND IS IT SHARED WITH THE PHYSICIANS AT LSP?

9    **A.**    YES, YES.  THE DOCTORS RECEIVE ALL REFUSALS.

10   **Q.**    HOW DOES A NO-SHOW DIFFER FROM A REFUSAL?

11   **A.**    A NO-SHOW IS BASICALLY -- AT THE END OF THE DAY, IF THE

12   OFFENDER DOES NOT SHOW UP, WE CLASSIFY THAT AS A NO-SHOW.

13   THROUGHOUT THE DAY, WE CALL SEVERAL TIMES FOR NO-SHOWS.  THE

14   MORNING CALL-OUT GOES OUT AND WE CALL IT SEVERAL DIFFERENT

15   TIMES DURING THE DAY TO TRY TO GET THE GUYS THAT WE CONSIDER

16   NO-SHOWS.  WE NOTIFY SECURITY IN THE MORNING BY 9:30, 10:00.  I

17   CALL THE GUYS THAT ARE NOT HERE AT THAT TIME FOR THE MORNING

18   CALL-OUT.  WE GET THEM TO CALL.  THE NURSES ALSO CALL ALL THE

19   HOUSING UNITS, AND ASK FOR THESE OFFENDERS AND TELL THEM WHAT

20   THEY'RE HERE FOR, ESPECIALLY THE SPECIALTY CLINICS, BUT WE DO

21   IT FOR ALL CLINIC A'S, WHICH IS OUR REGULAR MEDICAL CALL-OUT

22   AND ALL SPECIALTY CALL-OUTS.  WE CALL ALL THE HOUSING UNITS AND

23   ASK THEM TO PLEASE, YOU KNOW, TRY TO LOCATE THESE OFFENDERS

24   BECAUSE THE CALL-OUT HAS GONE OUT AND THEY HAVE A MEDICAL

25   APPOINTMENT.  SO WE DO THAT ABOUT 9:30, 10, FOR MORNING

1   CALL-OUT.

2          THEN AFTERNOON CALL-OUT, AROUND 2:00, WE START

3   CALLING AT THAT TIME, WE DO THE SAME PROCESS.  WE CALL, THE

4   NURSES CALL, PLUS WE GIVE A COPY OF THE GUYS THAT ARE NOT HERE

5   AT THAT TIME TO SECURITY TO TRY TO START CALLING FOR THESE GUYS

6   TO COME OVER.

7   **Q.**   AND WHAT DO YOU DO IF THE INMATE JUST DOESN'T -- IS JUST

8   TRULY A NO-SHOW?  DO YOU RESCHEDULE THE APPOINTMENT?

9   **A.**   WE DO.  WE WRITE ON THEIR SHEET FOR THAT DAY THAT THEY

10  WERE A NO-SHOW, WE GIVE IT TO THE PHYSICIAN, AND THEN THEY ARE

11  RESCHEDULED.

12  **Q.**   THANK YOU, MS. CARROLL.  I DON'T HAVE ANYTHING FURTHER FOR

13  YOU.

14  **A.**   THANK YOU.

15          **THE COURT:**  CROSS?

16          **MS. MONTAGNES:**  COURT'S INDULGENCE.

17                      **CROSS-EXAMINATION**

18  BY MS. KUMAR:

19  **Q.**   GOOD AFTERNOON, MS. CARROLL.

20          DO YOU ALSO GO BY MS. DUPUIS OR HAVE YOU GONE BY MS.

21  DUPUIS ON OCCASION?

22  **A.**   YES.

23  **Q.**   SO YOUR FULL NAME, FOR THE RECORD, IS MARY ANNETTE DUPUIS

24  CARROLL?

25  **A.**   YES.

Q.    THANK YOU.

YOU TESTIFIED THAT YOU EDUCATE PATIENTS ABOUT THE
CONSEQUENCES OF REFUSING TRIPS, RIGHT?

A.    THAT'S CORRECT.

Q.    AND YOU DON'T DOCUMENT THOSE CONVERSATIONS, DO YOU?

A.    AT TIMES WE DO, YES.

Q.    THERE ARE THREE OTHER NURSES IN THE ROOM WITH YOU?

A.    YES.

Q.    AND NOBODY WRITES ANYTHING ON THE REFUSAL SHEET ITSELF TO
DOCUMENT THOSE CONVERSATIONS YOU'RE HAVING?

A.    AT TIMES WE DO, YES.

Q.    AND DO YOU REMEMBER GIVING A DEPOSITION IN THIS MATTER?

A.    YES.

Q.    ALEXANDER, CAN YOU PULL UP THE DEPOSITION AT PAGE 41,
PLEASE.

SO IN YOUR DEPOSITION, YOU WERE ASKED:  "IN TERMS OF
THE INFORMATION THAT YOU'RE DESCRIBING BEFORE ABOUT THE
CONSEQUENCES OF REFUSAL, IT'S COMMUNICATED TO THE OFFENDER, IS
THAT RECORDED ANYWHERE OTHER THAN THE REFUSAL FORM?"

AND BEFORE THAT, I BELIEVE YOU WERE REFERRING TO THE
LANGUAGE THAT'S PREPRINTED ON THE REFUSAL FORM.  YOU HAD NOT
INDICATED THAT YOU MADE ANY NOTES.  AND THEN IF YOU'LL JUST
TURN TO THE NEXT PAGE.  YOU SAID:  "BASICALLY, IT'S A VERBAL."
IS THAT CORRECT?

MS. BOND:  OBJECTION.  SHE NEEDS TIME TO LOOK AT THE

1    DOCUMENT.

2              MS. KUMAR:  CAN YOU PULL UP PAGE 41 AND 42 NEXT TO

3    EACH OTHER, PLEASE, ALEXANDER?

4              MS. BOND:  AND ALSO MAYBE THE FOLLOWING PAGE, PAGE 43

5    TO GET THE COMPLETE CONVERSATION.

6              MS. KUMAR:  DID YOU MEAN 40?

7              MS. BOND:  NO, 43, THE FOLLOWING PAGE.

8              MS. KUMAR:  SO I WAS ONLY GOING TO THE TOP OF 42.

9    BY MS. KUMAR:

10   Q.   DO YOU NEED TO SEE PAGE 43 AS WELL, MS. CARROLL?

11             THE COURT:  IS THIS IMPEACHMENT OR ARE YOU JUST

12   SHOWING HER A PRIOR STATEMENT JUST BECAUSE YOU WANT TO ASK HER.

13   I'M NOT REALLY FOLLOWING.

14             MS. KUMAR:  I CAN WITHDRAW IT, YOUR HONOR.  SHE HAD

15   JUST TESTIFIED THAT SHE DID NOT -- SHE HAD JUST SAID THAT --

16   INDICATED THAT SHE DOCUMENTED HER CONVERSATIONS, AND SO I WAS

17   TRYING TO REFRESH HER MEMORY WHERE SHE SAID THAT SHE ACTUALLY

18   JUST GAVE VERBAL INFORMATION.

19             THE COURT:  OKAY.

20             MS. KUMAR:  BUT I CAN WITHDRAW AND MOVE ON.

21             THE COURT:  YOU DON'T HAVE TO BACK DOWN SO FAST, JUST

22   I WAS NOT FOLLOWING THAT IT WAS AN ATTEMPT AT IMPEACHMENT.  SO

23   ASK YOUR QUESTION HOWEVER YOU WOULD LIKE TO ASK IT.

24   BY MS. KUMAR:

25   Q.   AND MS. CARROLL, YOU ALSO HAVE THE EMTS FILL OUT REFUSAL

1    FORMS; IS THAT RIGHT?

2    **A.**    CAN YOU REPEAT THAT, PLEASE?

3    **Q.**    DO EMTS ALSO FILL OUT REFUSALS FORMS?

4    **A.**    I MEAN, I CAN'T ANSWER FOR EMTS, BUT I'M SURE THEY DO.  I

5    CAN'T ANSWER FOR THE EMTS.

6    **Q.**    SO YOU DON'T KNOW IF EMTS USE REFUSAL FORMS?

7    **A.**    WE ALL USE, YOU KNOW, REFUSALS, BUT I CAN'T ANSWER THAT

8    FOR EMTS.

9    **Q.**    OKAY.  SO YOU ALSO CAN'T SPEAK TO WHAT EDUCATION EMTS

10    PROVIDE TO PATIENTS THAT REFUSE?

11    **A.**    NO, I CANNOT.

12    **Q.**    YOU SAID EARLIER THAT YOU GO ABOVE AND BEYOND TO MAKE SURE

13    PATIENTS HAVE THAT EDUCATION, RIGHT?

14    **A.**    THAT'S CORRECT.

15    **Q.**    OKAY.  AND YOU WANT THE PATIENTS TO UNDERSTAND THE RISKS

16    OF REFUSING TREATMENT?

17    **A.**    THAT'S CORRECT.

18    **Q.**    AND YOU WANT THE PATIENTS TO UNDERSTAND THE CONSEQUENCES

19    OF REFUSING TREATMENT?

20    **A.**    THAT'S CORRECT.

21    **Q.**    OKAY.  HAS THAT ALWAYS BEEN YOUR PHILOSOPHY?

22    **A.**    YES, IT HAS BEEN.

23    **Q.**    AND YOU HAVE ACTUALLY ACTIVELY PREVENTED PATIENTS FROM

24    GETTING EDUCATION THAT MIGHT HELP THEM IN IDENTIFYING SERIOUS

25    MEDICAL PROBLEMS, RIGHT?

02:36  1   **A.**   CAN YOU REPEAT THAT, PLEASE?

2   **Q.**   SO YOU'VE ACTUALLY ACTIVELY PREVENTED PATIENTS FROM

3   GETTING THE EDUCATION THAT WOULD HELP THEM IDENTIFY SERIOUS

4   MEDICAL PROBLEMS?

5   **A.**   HAVE I PREVENTED THEM FROM GETTING EDUCATION?

6   **Q.**   YES, MA'AM.

7   **A.**   NO, I'VE NEVER PREVENTED THEM FROM GETTING EDUCATION.  I

8   HAVE ACTUALLY EDUCATED MANY OFFENDERS.

9   **Q.**   ALEXANDRA, CAN YOU PLEASE PULL UP PLAINTIFFS' EXHIBIT 132

10   THAT'S ALREADY BEEN ADMITTED INTO EVIDENCE.

11           AND THIS EMAIL WAS SENT BY YOU, GOING BY ANNETTE

12   DUPUIS?

13           ALEXANDER, CAN YOU JUST CALL OUT THE FIRST PARAGRAPH,

14   PLEASE.

15           **MS. BOND:**  AND I'M GOING TO OBJECT, YOUR HONOR.  THIS

16   IS OUTSIDE THE RELEVANT TIME PERIOD.  THIS EMAIL IS FROM

17   JUNE 24TH OF 2010.

18           **MS. KUMAR:**  YOUR HONOR, IT GOES DIRECTLY TO

19   CREDIBILITY.

20           **THE COURT:**  I'LL ALLOW IT.

21   **BY MS. KUMAR:**

22   **Q.**   SO THIS EMAIL WAS YOUR EDITS TO A VIDEO ON HEAT-RELATED

23   DISORDERS THAT YOU WERE PLANNING TO SHOW TO PATIENTS, CORRECT?

24   **A.**   I MEAN, BY REVIEWING JUST THIS SMALL PORTION, I CANNOT

25   TELL YOU WHAT THIS IS EVEN ABOUT.

1    **Q.**   OKAY.  WOULD YOU LIKE A MOMENT JUST TO READ THROUGH THE

2    EMAIL?

3    **A.**   CAN YOU REPEAT THAT?

4    **Q.**   WOULD YOU LIKE A MOMENT TO READ THROUGH THE EMAIL?

5    **A.**   I MEAN, THIS SMALL PORTION OF EMAIL?

6          **MS. KUMAR:**  CAN YOU CLEAR THAT, ALEXANDER, AND PUT

7    THIS PAGE AND NEXT PAGE ON THE SCREEN, PLEASE.

8          **THE COURT:**  WERE YOU ABLE TO READ IT, MA'AM?

9          **THE WITNESS:**  YES.

10          **THE COURT:**  OKAY.

11          **THE WITNESS:**  BUT I'M NOT STILL NOT SEEING WHAT WAS

12    REMOVED.

13    BY MS. KUMAR:

14    **Q.**   OKAY.  SO THAT'S AN ATTACHMENT.  I JUST WANTED TO CONFIRM

15    THAT THIS WAS AN EMAIL THAT YOU SENT?

16    **A.**   YES, THAT'S MY NAME.

17          **MS. KUMAR:**  AND CAN YOU CALL OUT THE FIRST PARAGRAPH

18    AGAIN, PLEASE, ALEXANDER?

19          **MS. BOND:**  AND YOUR HONOR, IT'S MY UNDERSTANDING THIS

20    IS ACTUALLY A FOUR-PAGE EMAIL, AND THE WITNESS HASN'T BEEN

21    PROVIDED WITH ALL FOUR PAGES.

22          **MS. KUMAR:**  YOUR HONOR, THE SECOND TWO PAGES ARE

23    ACTUALLY NOT PART OF THE EMAIL, THEY'RE AN ATTACHMENT THAT I'M

24    GOING TO MOVE TO IN A SECOND, AND THE WITNESS CAN HAVE A CHANCE

25    TO REVIEW IT THEN IF THAT'S OKAY.

1           **THE COURT:**  ALL RIGHT.  I'LL GIVE YOU SOME LATITUDE.

2           **MS. KUMAR:**  THANK YOU.

3    BY MS. KUMAR:

4    **Q.**   SO THIS PART SAYS "SHARON, I HAVE REVIEWED AND MADE

5    CHANGES.  I DO NOT WANT TO GIVE THEM S/S BECAUSE THEY WILL USE

6    THAT TO MANIPULATE THE SYSTEM.  SO PLEASE REMOVE ALL SECTION I

7    HAVE HIGHLIGHTED IN RED.  PLUS I MADE ONE CHANGE HIGHLIGHTED IN

8    YELLOW.  THANKS."

9           IS THAT WHAT THAT SAYS?

10   **A.**   YES.

11   **Q.**   AND "S/S" STANDS FOR SIGNS AND SYMPTOMS, CORRECT?

12   **A.**   THAT'S CORRECT.

13   **Q.**   ALEXANDER, IF YOU CAN MOVE TO PX132.0003 AND 0004.

14          SO THIS IS THE ATTACHMENT TO THAT EMAIL, MS. CARROLL?

15   **A.**   OKAY.  THIS WAS WIPED OFF OF MY SCREEN.  OH, IT'S NOT ON

16   MY SCREEN ANYMORE.

17          **THE COURT:**  IT'S NOT ON THE BIG SCREEN EITHER.  YOU

18   MIGHT NEED TO --

19          **THE DEPUTY CLERK:**  IT'S NOT SUPPOSED TO BE BECAUSE

20   IT'S TENTATIVELY SEALED.

21          **THE COURT:**  OH.

22          **MS. KUMAR:**  ACTUALLY, IT'S NOT SEALED.

23          **THE DEPUTY CLERK:**  WHICH EXHIBIT IS IT?

24          **MS. KUMAR:**  IT'S PLAINTIFFS' EXHIBIT 132.

25          ALEXANDER, CAN YOU CALL UP THE FIRST PARAGRAPH,

02:40  1   PLEASE.

2   **BY MS. KUMAR:**

3   **Q.**   STARTING AT THE THIRD LINE OF THE FIRST PARAGRAPH, IT SAYS

4   "IT IS IMPORTANT TO BE KNOWLEDGEABLE OF POTENTIAL HEAT-RELATED

5   DISORDERS SUCH AS DEHYDRATION, HEAT EXHAUSTION, AND HEAT STROKE

6   SO THAT YOU CAN TAKE THE NECESSARY PRECAUTIONS."

7            IS THAT WHAT THAT SAYS?

8   **A.**   CORRECT.

9   **Q.**   AND ALEXANDER, IF YOU CAN PLEASE PULL OUT THE THIRD

10  PARAGRAPH DOWN, WHICH IS UNDERLINED IN RED OR HIGHLIGHTED IN

11  RED.

12           THIS SAYS "WARNING SIGNS OF DEHYDRATION MAY VARY BUT MAY

13  INCLUDE THE FOLLOWING:  THIRST, DRY STICKY MOUTH. HEADACHE,

14  DIZZINESS, LIGHTHEADEDNESS, SUNKEN EYES, MUSCLE CRAMPS, RAPID

15  HEARTBEAT, EIGHT-HOUR PERIOD WITH LITTLE OR NO URINATION, AND

16  LACK OF SWEATING."

17           IS THAT RIGHT?

18  **A.**   THAT'S CORRECT.

19  **Q.**   AND YOU HAD THAT LANGUAGE REMOVED?

20  **A.**   (NO ORAL RESPONSE.)

21  **Q.**   ALEXANDER, CAN YOU PLEASE CALL UP THE FIFTH PARAGRAPH

22  HIGHLIGHTED IN RED.

23           AND THIS SAYS "WARNING SIGNS OF HEAT EXHAUSTION CAN

24  VARY BUT MAY INCLUDE THE FOLLOWING:  WEAKNESS, FATIGUE, NAUSEA,

25  MUSCLE CRAMPS, DIZZINESS, HEADACHE, PALE COMPLEXION, CONFUSION,

02:42

RAPID, SHALLOW BREATHING, HEAVY SWEATING AND CLAMMY/MOIST SKIN."

IS THAT WHAT THAT SAYS?

**A.** YES, IT IS.

**Q.** AND YOU HAD THAT LANGUAGE REMOVED?

**A.** (NO ORAL RESPONSE.)

**MS. KUMAR:** ALEXANDER, CAN YOU PLEASE CALL UP THE SEVENTH PARAGRAPH.

**MS. BOND:** YOUR HONOR, SHE DIDN'T GIVE THE WITNESS A CHANCE TO ANSWER.

**THE WITNESS:** AND I NEED TO GO BACK TOO, BECAUSE I'M NOT SURE IF THAT'S WHAT I HAD REMOVED OR JUST THE HIGHLIGHTED PART IN THE YELLOW.

**BY MS. KUMAR:**

**Q.** OKAY.

**A.** BECAUSE HONESTLY THIS IS -- YOU KNOW, I MEAN, I WOULD NEED TO SEE THE COMPLETED DOCUMENT THAT WAS ACTUALLY PUT OUT.

**Q.** SO WHAT YOU SAID IN THE EMAIL THAT I JUST SHOWED YOU WAS: "REVIEWED AND MADE CHANGES. I DO NOT WANT TO GIVE THEM S/S BECAUSE THEY WILL USE THAT TO MANIPULATE THE SYSTEM. SO PLEASE REMOVE ALL SECTIONS I HAVE HIGHLIGHTED IN RED."

**A.** AGAIN, UNTIL -- YOU KNOW, I CAN'T SAY THAT THIS ACTUALLY HAPPENED, THAT THIS DOCUMENT ACTUALLY WENT OUT. YOU KNOW, UNLESS YOU HAVE THE DOCUMENT THAT ACTUALLY WAS SENT OUT TO THE OFFENDERS, I CAN'T SAY THAT THIS DOCUMENT WENT OUT.

02:43  1    **Q.**   BUT YOU CAN SAY THAT YOU HIGHLIGHTED THIS DOCUMENT IN RED

2    AND ATTACHED IT TO AN EMAIL?

3    **A.**   I CAN'T SAY THAT.

4    **Q.**   OKAY.

5           AND JUST FOR THE RECORD, ALEXANDER, CAN YOU PLEASE

6    MOVE TO THE LAST PARAGRAPH HIGHLIGHTED IN RED.  THE ONE AFTER

7    THAT.

8           **MS. BOND:**  AND YOUR HONOR, I'M JUST GOING TO OBJECT

9    AGAIN.  MS. KUMAR SAID THIS GOES TO THE WITNESS'S CREDIBILITY

10   AND I'M NOT REALLY SEEING HOW IT DOES.

11          **THE COURT:**  I'M HAVING A PROBLEM UNDERSTANDING HOW

12   SOMETHING IN 2010 GOES TO CREDIBILITY FOR A TIME PERIOD OF 2013

13   TO 2016.

14          **MS. KUMAR:**  YOUR HONOR, I CAN WRAP IT UP.  MS.

15   CARROLL TESTIFIED THAT SHE WENT ABOVE AND BEYOND IN EDUCATING

16   PATIENTS AND THAT THAT HAD ALWAYS BEEN HER PHILOSOPHY AND HER

17   PRACTICE.

18          **THE COURT:**  ALL RIGHT.  MOVE ON TO ANOTHER LINE OF

19   QUESTIONING.

20          **MS. KUMAR:**  OKAY.

21   BY MS. KUMAR:

22   **Q.**   MS. CARROLL, THAT'S ACTUALLY ALL I HAVE.  THANK YOU.

23          **THE COURT:**  ANY REDIRECT, MA'AM?

24          **MS. BOND:**  VERY BRIEFLY.

25                    **REDIRECT EXAMINATION**

02:44 1  BY MS. BOND:

2  Q.   MS. CARROLL, WHEN YOU WERE TESTIFYING EARLIER ABOUT

3  EDUCATING PATIENTS, WERE YOU SPEAKING -- YOU EDUCATE PATIENTS

4  ABOUT THE CONSEQUENCES OF REFUSING SPECIALTY APPOINTMENTS; IS

5  THAT CORRECT?

6  A.   THAT'S CORRECT, I DO.

7  Q.   OKAY.  THANK YOU.

8          THE COURT:  YOU MAY STEP DOWN, MA'AM.

9              NEXT WITNESS.

10         MS. BOND:  WE CALL MELANIE BENEDICT.

11                  MELANIE BENEDICT, RN,

12  HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS.

13         THE COURT:  GO AHEAD, MS. BOND.

14                DIRECT EXAMINATION

15  BY MS. BOND:

16  Q.   PLEASE STATE YOUR FULL NAME FOR THE RECORD.

17  A.   MELANIE BENEDICT.

18  Q.   HOW ARE YOU CURRENTLY EMPLOYED?

19  A.   I'M A REGISTERED NURSE AT DEPARTMENT OF CORRECTIONS, AT

20  HEADQUARTERS.

21  Q.   AND HOW LONG HAVE YOU HELD THIS POSITION?

22  A.   FIVE YEARS.

23  Q.   HOW WERE YOU EMPLOYED PRIOR TO DOC?

24  A.   I'M WAS AT EARL K. LONG HOSPITAL FOR 21 YEARS.

25  Q.   AND AS RN MANAGER AT DOC, DO YOU SUPERVISE ANY

1    DEPARTMENTS?

2    **A.**    I DO.  I SUPERVISE THE SCHEDULING DEPARTMENT AND THE CASE

3    MANAGEMENT DEPARTMENT.

4    **Q.**    OKAY.  LET'S TALK ABOUT THIS SCHEDULING DEPARTMENT.  AND

5    MS. BENEDICT, WE ARE LOOKING AT THE TIME PERIOD UP THROUGH

6    SEPTEMBER 30TH OF 2016, FOCUSING ON 2015 TO 2016,

7    SEPTEMBER 30TH OF 2016.  SO DURING THAT TIME PERIOD, HOW MANY

8    PERSONS WORKED IN THE SCHEDULING DEPARTMENT?

9    **A.**    EIGHT.

10   **Q.**    AND WERE THOSE RNS, LPNS?  HOW ARE THEY -- WHAT KIND OF

11   EMPLOYEES WERE THEY?

12   **A.**    TWO RNS AND FIVE LPNS AND A CLERK.

13   **Q.**    WHAT DOES THE SCHEDULING DEPARTMENT DO?

14   **A.**    THE SCHEDULING DEPARTMENT SCHEDULES SPECIALTY CARE

15   REFERRALS, ANCILLARY TESTING, SURGERY DATES FOR THE WHOLE

16   STATE, ALL THE PRISONS IN THE DOC FACILITIES.

17   **Q.**    ALL RIGHT.  AND THIS INCLUDES LSP, CORRECT?

18   **A.**    IT DOES.

19   **Q.**    DURING THE YEARS OF 2015 TO 2016, WHAT WAS THE LARGEST

20   PROVIDER OF OFFSITE SPECIALTY CARE FOR LSP?

21   **A.**    WHAT DO YOU MEAN BY THAT?

22   **Q.**    WELL, WHO -- WAS THERE ANY ONE FACILITY IN PARTICULAR THAT

23   SERVED THE BULK OF LSP APPOINTMENTS?

24   **A.**    NEW ORLEANS, I MEAN, UMCNO, YES.

25   **Q.**    OKAY.  AND DURING THAT TIME PERIOD, WERE THERE ANY ISSUES

1    WITH GETTING TIMELY APPOINTMENTS AT UMCNO?

2    **A.**    NO.

3    **Q.**    AND DURING THE YEARS OF 2015 AND 2016, DID THE SCHEDULING

4    DEPARTMENT ALSO SCHEDULE ON-SITE SPECIALTY CARE FOR LSP?

5    **A.**    YES, THE SCHEDULING CENTER.

6    **Q.**    WHAT DOES YOUR DEPARTMENT USE TO SCHEDULE SPECIALTY

7    APPOINTMENTS?

8    **A.**    WE USE AN ON-LINE PROGRAM CALLED ECEPTIONIST.

9    **Q.**    IS ECEPTIONIST AN ELECTRONIC HEALTH RECORD?

10   **A.**    NO.

11   **Q.**    IS IT PURELY A SCHEDULING PROGRAM?

12   **A.**    IT IS A SCHEDULING PROGRAM.

13   **Q.**    WHEN YOU STARTED AT DOC, WHICH I BELIEVE WAS IN 2013, WAS

14   ECEPTIONIST ALREADY IN USE?

15   **A.**    YES, IT WAS.

16   **Q.**    ARE YOU AWARE OF ANY EFFORTS BY DOC TO TRAIN THE OTHER DOC

17   FACILITIES TO USE ECEPTIONIST?

18   **A.**    YES.

19   **Q.**    ARE YOU AWARE OF ANY SUCH TRAINING DURING THE YEARS OF

20   2015 TO 2016?

21   **A.**    WE HAD MULTIPLE TRAININGS.  THEY EVEN FLEW IN TO

22   HEADQUARTERS TO TRAIN, TO GIVE ADDITIONAL TRAINING AND ON-LINE

23   TRAINING THROUGH LIVE INTERFACES.

24   **Q.**    OKAY.  AND YOU WERE PRESENT FOR THAT TRAINING?

25   **A.**    YES, I WAS.

0 2 : 4 9

1  Q.    ALL RIGHT.  AND WHAT WAS THE PURPOSE OF THE TRAINING?

2  A.    TO EDUCATE ON THE TECHNOLOGY AND TO DO SOME ENHANCEMENTS,

3  DO CHANGES, MAKE FIELDS MANDATORY, JUST ENHANCING THE SOFTWARE

4  THAT WAS ALREADY PUT IN PLACE.

5  Q.    SO HOW DO YOU AND YOUR DEPARTMENT, HOW DO YOU ACCESS

6  ECEPTIONIST?

7  A.    IT'S AN ON-LINE PROGRAM, WITH AN ICON, YOU, YOU KNOW, LOG

8  IN.  EVERYONE HAS A SPECIFIC LOG-IN AND A PASSWORD, EACH

9  INDIVIDUAL USER.

10  Q.    ALL RIGHT.  AND HOW -- DURING 2015 AND 2016, HOW WAS

11  ECEPTIONIST USED TO SCHEDULE SPECIALTY APPOINTMENTS?

12  A.    THE REQUESTING SITES ENTER REFERRALS AND SCAN DOCUMENTS

13  AND THEY GO ELECTRONICALLY, AND MY STAFF THEN PULLS UP THE

14  REFERRALS AND THEN PROCESSES THE REFERRALS DEPENDING ON WHAT

15  FACILITY OR REQUEST SITE AND WHAT FACILITY THEY NEED TO GO TO

16  SEE.

17  Q.    AND WHEN YOU SAY THE REQUESTING SITE, PERTAINING TO THIS

18  CASE, THAT WOULD BE LSP; IS THAT CORRECT?

19  A.    THAT'S CORRECT, YES.

20  Q.    SO HOW ARE THE NURSES IN YOUR DEPARTMENT, HOW ARE THEY

21  ALERTED TO A NEW REFERRAL REQUEST IN ECEPTIONIST?

22  A.    MY RNS, I HAVE TWO RNS, THEY REVIEW ALL REFERRALS THAT

23  COME THROUGH BECAUSE THEY'RE PROFESSIONAL NURSES, AND SO THEY

24  ASSESS THE INFORMATION, REVIEW IT, AND THEN THEY FORWARD THE

25  INFORMATION ELECTRONICALLY TO THE LPNS AND THEY THEN MAKE THE

1   APPOINTMENTS.

2   Q.   ALL RIGHT.  AND HOW SOON AFTER A REFERRAL REQUEST IS

3   RECEIVED, HOW SOON IS IT REVIEWED BY ONE OF THE RNS?

4   A.   IT'S USUALLY REVIEWED THE SAME DAY.

5   Q.   OKAY.  IS THAT TRUE FOR EVEN ROUTINE REQUESTS?

6   A.   YES.

7   Q.   I BELIEVE YOU TESTIFIED THAT THE RNS CONDUCT A REVIEW OF

8   THE REFERRAL.  WHAT IS THE PURPOSE OF THAT REVIEW?

9   A.   THE PURPOSE IS TO MAKE SURE THAT ALL THE DOCUMENTATION IS

10  APPROPRIATE PRIOR TO GOING TO THE LPN.

11  Q.   IS SUPPORTING DOCUMENTATION REQUIRED WITH THE REFERRAL

12  REQUEST?

13  A.   YES.

14  Q.   WHY IS THAT?

15  A.   BECAUSE WE HAVE TO THEN -- WE SUBMIT THE DOCUMENTATION TO

16  THE REQUESTING HOSPITAL FOR THE APPOINTMENT BECAUSE IT HAS TO

17  GO THROUGH A REVIEW FROM A PROVIDER FOR THE SPECIALTY CARE.

18  Q.   OKAY.  DOES THE PROVIDER OF SPECIALTY CARE, ARE THEY THE

19  ONES THAT REQUIRE THE SUPPORTING DOCUMENTATION?

20  A.   THEY DO, UH-HUH.

21  Q.   DURING 2015 AND 2016, ARE YOU AWARE OF THE DOC MEDICAL

22  DIRECTOR EVER REVIEWING REFERRAL REQUESTS?

23  A.   YES.

24  Q.   AND WHAT WAS YOUR UNDERSTANDING AS TO WHY HE WAS REVIEWING

25  THOSE REQUESTS?

**A.**    IF THERE'S QUESTIONS REGARDING SPECIALTY CARE OR IF

THERE'S A PHYSICIAN THAT NEEDS TO BE CONTACTED, THOSE TYPES OF

THINGS.

**Q.**    SO ONCE THE REVIEW IS COMPLETE AND ALL THE SUPPORTING

DOCUMENTATION IS THERE, I BELIEVE YOU TESTIFIED THAT THE LPNS

SCHEDULED THE APPOINTMENT; IS THAT CORRECT?

**A.**    THE RNS SCHEDULE SOME APPOINTMENTS TOO.  IT JUST DEPENDS

ON THE REFERRAL.  BUT THE MAJORITY, THE BULK OF THEM, THE LPNS

DO SCHEDULE THEM.

**Q.**    OKAY.  AND THEN HOW IS THAT APPOINTMENT COMMUNICATED TO

LSP?

**A.**    ONCE THE APPOINTMENT IS RECEIVED FROM THE REQUESTING

FACILITY, THE HOSPITAL OR CLINIC, THEN IT IS THEN CLOSED INTO

ECEPTIONIST AND THE APPOINTMENT IS THEN SENT BACK TO THE

REQUESTING FACILITY.

**Q.**    OKAY.  SO IT WOULD BE SENT BACK TO LSP?

**A.**    ELECTRONICALLY, UH-HUH.

**Q.**    DURING 2015 AND 2016, ARE YOU AWARE OF ANY LSP REFERRAL

REQUESTS BEING DENIED BY THE DOC?

**A.**    YES.  I MEAN, EARLY ON IN THE PROCESS, THERE WERE

FUNCTIONALITIES THAT WERE ALREADY PUT IN PLACE AND THEN WHEN WE

DID ENHANCEMENTS OF THE PROGRAM, WE STOPPED USING THE DENY

BUTTON AND WE USED THE REQUEST FOR INFORMATION.  SO IT WASN'T

TRULY -- IT WAS DENIED SENDING BACK FOR A REQUEST OF MAYBE

ADDITIONAL DOCUMENTATION.  WE WORK WITH NEW ORLEANS TO DO

02:53   1   EVIDENCE BASED REFERRALS.  THOSE WERE IMPLEMENTED, SO THERE WAS
        2   JUST ADDITIONAL DOCUMENTATION THAT WAS NEEDED.  SO IN ESSENCE,
        3   IT WAS DENIED BECAUSE WE COULDN'T SEND IT TO THE HOSPITAL
        4   BECAUSE IT WASN'T COMPLETE.
        5   Q.   OKAY.  AND I GUESS WHAT WAS THE OTHER OPTION BESIDES DENY,
        6   WHAT WOULD YOU HAVE TO DO IN THAT CASE?
        7   A.   NOW WE HAVE A REQUEST FOR INFORMATION.  SO INSTEAD OF
        8   SAYING IT WAS DENIED, WE'RE REQUESTING FOR --
        9         MS. ZARROW:  OBJECTION.  YOUR HONOR, I BELIEVE SHE'S
       10   TESTIFYING TO THE PRESENT MOMENT.
       11         THE COURT:  OVERRULED.  I WILL GIVE YOU SOME
       12   LATITUDE.  OVERRULED.
       13            YOU MAY ANSWER, MA'AM.  DO YOU NEED THE QUESTION
       14   AGAIN?
       15         THE WITNESS:  YES, PLEASE.
       16         THE COURT:  WOULD YOU GIVE HER THE QUESTION AGAIN,
       17   PLEASE?
       18         MS. BOND:  YES.
       19   BY MS. BOND:
       20   Q.   MS. BENEDICT, I'M ACTUALLY ASKING ABOUT THE TIME WHEN
       21   THERE WAS A DENIAL BUTTON.  WAS THERE ANOTHER BUTTON THAT YOU
       22   COULD PUSH TOO?  WERE THERE ONLY TWO OPTIONS; IS THAT CORRECT?
       23   A.   WE WERE USING THE DENIED BUTTON FOR REQUESTING MORE
       24   INFORMATION.
       25   Q.   OKAY.

1  **A.**   BUT IT WASN'T TRULY DENIED.  WE NEEDED ADDITIONAL

2  INFORMATION SO WE COULD FORWARD IT TO THE REQUESTING FACILITY.

3  **Q.**   OKAY.  SO IS IT FAIR TO SAY THAT THE DENIAL BUTTON WAS NOT

4  A DETERMINATION BY DOC THAT THE PATIENT COULD NOT HAVE THE

5  PROCEDURE, CORRECT?

6  **A.**   THAT'S CORRECT.

7  **Q.**   IT WAS JUST THEY NEED MORE INFORMATION, CORRECT?

8  **A.**   MORE INFORMATION.

9  **Q.**   DURING 2015 AND 2016, ARE YOU AWARE OF ANY LSP REFERRAL

10  REQUEST BEING DENIED BY THE OUTSIDE SPECIALISTS?

11  **A.**   I CAN'T REMEMBER TOTALLY, YOU KNOW, SPECIFICALLY.

12  **Q.**   OKAY.  DURING THIS TIME PERIOD, DID THE OUTSIDE

13  SPECIALISTS HAVE A LIMITED NUMBER OF APPOINTMENTS AVAILABLE AT

14  ANY TIME?

15  **A.**   THERE WAS NO LIMIT ON REQUESTS.  WE WORKED WITH THE

16  OUTSIDE FACILITIES TO DO EVIDENCE-BASED REFERRALS SO THEY WERE

17  GIVEN COMPLETE INFORMATION TO MAKE A DETERMINATION OF WHEN THE

18  APPOINTMENT NEEDED TO BE SCHEDULED.

19  **Q.**   I'D LIKE TO SHOW YOU -- ONE MOMENT, PLEASE.  I'M SORRY.

20       MS. BENEDICT, WHEN REQUESTING APPOINTMENTS WITH

21  OUTSIDE SPECIALISTS, DID DOC HAVE ANY CONTROL OVER WHEN THE

22  APPOINTMENTS WOULD BE SCHEDULED?

23  **A.**   NO.

24  **Q.**   ALL RIGHT.  I'D LIKE TO SHOW YOU SOME DOCUMENTS.  THIS IS

25  JOINT EXHIBIT 9, PAGES 10222 THROUGH 10228.  AND I'M GOING TO

1    USE THE ELMO.

2              THE DEPUTY CLERK:  OKAY.

3              MS. BOND:  THIS IS A NAMED PLAINTIFF, I BELIEVE.

4    BY MS. BOND:

5    Q.   MS. BENEDICT, ARE YOU FAMILIAR WITH THIS DOCUMENT?

6    A.   YES.  I MEAN, IT'S AN ECEPTIONIST REQUEST.

7    Q.   ALL RIGHT.  AND WHO HAS ACCESS TO PENDING REFERRAL

8    REQUESTS?

9    A.   PENDING REFERRALS ARE MY RNS.

10   Q.   OKAY.  AND DOES ECEPTIONIST ALLOW THE RNS TO MONITOR THE

11   STATUS OF THE REQUESTS?

12   A.   YES.

13   Q.   AND THEY CAN SEE EVERYTHING THAT'S INPUT INTO THE REQUEST,

14   CORRECT?

15   A.   YES, UH-HUH.

16   Q.   I'D LIKE TO LOOK AT THIS.  AT THE TOP, I HAVE HIGHLIGHTED

17   "REQUEST NUMBER."  IS EACH REFERRAL REQUEST ASSIGNED A NUMBER?

18   A.   YES.

19   Q.   ALL RIGHT.  WHAT IF THERE ARE -- WHAT IF ONE PATIENT HAS

20   TWO REFERRALS, WHAT HAPPENS IN THAT CASE?

21   A.   THEY ARE GOING TO HAVE TWO REQUEST NUMBERS.

22   Q.   ALL RIGHT.  AND THE NEXT IS THE REQUEST DATE/TIME.  WHAT

23   DOES THIS INDICATE?

24   A.   THAT'S WHEN THE REQUESTING SITE INPUTS THE REFERRAL INTO

25   ECEPTIONIST.

02:57   1   **Q.**   ALL RIGHT.  AND THEN CURRENT STATUS, WHAT DOES THAT FIELD
        2   INDICATE?
        3   **A.**   THERE'S DIFFERENT STATUS OPTIONS OF WHEN A REFERRAL IS
        4   INITIALLY PUT IN, IT'S UNDER A PENDING REFERRAL REQUEST.  ONCE
        5   IT'S REVIEWED, IT GOES TO -- ASSIGNED BY A COORDINATOR, AND
        6   THEN IT GETS ACCEPTED, REVIEWED BY CONSULTANT.  AND THEN IT
        7   GETS CLOSED BY A CONSULTANT COORDINATOR.  IT JUST DEPENDS ON
        8   WHO MAKES THE APPOINTMENT.
        9   **Q.**   OKAY.
       10   **A.**   OR IT CAN BE IN A REQUEST FOR INFORMATION IF IT GOES BACK
       11   TO THE FACILITY, SO THERE'S LIKE FIVE OR SIX DIFFERENT STATUSES
       12   IT COULD BE IN.
       13   **Q.**   OKAY.  AND THESE ARE PRE-POPULATED OPTIONS THAT YOU
       14   CHOOSE; IS THAT CORRECT?
       15   **A.**   IT ACTUALLY -- WHEN YOU FORWARD TO DIFFERENT USERS IN
       16   ECEPTIONIST, IT THEN CHANGES THE STATUS.
       17   **Q.**   ALL RIGHT.  AND MOVING ON TO PRIORITY, WHAT DOES THIS CELL
       18   INDICATE?
       19   **A.**   THERE'S TWO PRIORITIES.  IT COULD BE URGENT OR IT COULD BE
       20   ROUTINE.
       21   **Q.**   OKAY.  AND WHO DETERMINES WHETHER A REFERRAL IS URGENT OR
       22   ROUTINE?
       23   **A.**   THE REQUEST SITE.
       24   **Q.**   CONTACT, WHO IS THE CONTACT?
       25   **A.**   THAT'S THE -- WHOEVER INPUTS THE REFERRAL IN THE REQUEST

1    SITE IS THE CONTACT.

2    **Q.**    OKAY.  SO THAT WOULD BE -- IN THIS INSTANCE, THIS WOULD BE

3    SOMEONE FROM LSP; IS THAT CORRECT?

4    **A.**    CORRECT.

5    **Q.**    OKAY.  AND THEN THE COORDINATOR, WHO'S THE COORDINATOR?

6    **A.**    THE COORDINATOR IS THE RN, WHOEVER REVIEWS.

7    **Q.**    OKAY.  AND THAT WOULD BE SOMEONE IN YOUR DEPARTMENT,

8    CORRECT?

9    **A.**    CORRECT, AT HEADQUARTERS.

10   **Q.**    ALL RIGHT.  AND THEN, FINALLY, THE CONSULTANT, WHO IS

11   THAT?

12   **A.**    THAT'S WHO MAKES THE APPOINTMENT.

13   **Q.**    OKAY.

14   **A.**    LIKE THE LPNS.  THE LPNS ARE CONSULTANTS AND THE RNS ARE

15   COORDINATORS.

16   **Q.**    OKAY.  SO IN THIS EXAMPLE, THE CONSULTANT IS ALSO EMPLOYED

17   BY DOC?

18   **A.**    HEADQUARTERS, CORRECT.

19   **Q.**    HEADQUARTERS, YES, OKAY.  REASON FOR REQUEST, WHAT'S

20   CAPTURED IN -- WHAT'S THE PURPOSE OF THIS FIELD?

21   **A.**    THAT'S TO GIVE A LITTLE SNAPSHOT FROM THE REQUESTING

22   FACILITY JUST TO LET US KNOW WHAT'S NEEDED FOR THE PATIENT.

23   **Q.**    OKAY.

24   **A.**    IT'S PRECHECKS.

25   **Q.**    OKAY.  AND THEN THE COMMENTS SECTION, WHAT'S THE PURPOSE

OF THIS FIELD?

**A.**   COMMENTS, ANY TIME A REFERRAL IS RECEIVED AT HEADQUARTERS,
THERE'S COMMENTS EVERY TIME SOMEONE DOES SOME KIND OF ACTION
WITH THE REFERRAL.  SO EVERY TIME AN RN RECEIVES IT, THEY'VE
INPUT INSTRUCTIONS, SEND IT TO THE COORDINATOR, THE COORDINATOR
CAN THEN PUT INSTRUCTIONS AND WHEN THEY PUT THE REFERRAL IN,
THEY COMMUNICATE ANY NEXT STEPS SO THE REQUESTING SITE CAN VIEW
THE REFERRAL.  BECAUSE THEY CAN SEE EVERYTHING THAT
HEADQUARTERS -- WHEN WE TYPE IN, THE REQUEST SITE SEES THAT
INFORMATION 'CAUSE THEIR REQUESTS ARE KEPT.  IT'S ELECTRONIC,
BUT I MEAN, WHEN THEY SEND IT THE STATUS ONLY CHANGES.  BUT
THEY CAN SEE ALL THE COMMENTS, SO THEY DON'T HAVE TO CALL OR WE
DON'T HAVE TO CALL THEM.

**Q.**   OKAY.  AND DO THESE COMMENTS, DO THEY SHOW UP IN REALTIME?

**A.**   YES.

**Q.**   OKAY.  AND THEN ONCE AN APPOINTMENT IS SCHEDULED, WHERE IS
THE APPOINTMENT DATE AND TIME NOTED IN ECEPTIONIST?

**A.**   WHEN THE CONSULTANT OR THE COORDINATOR, WHOEVER IS MAKING
THE APPOINTMENT, THEY CLOSE OUT THE APPOINTMENT, THEN IT GOES
BACK TO THE REQUESTING SITE.

**Q.**   OKAY.  AND THEN THIS, I JUST WANT BRIEFLY KIND OF GO OVER
A LITTLE BIT MORE OF THE DETAILS THIS PARTICULAR EXAMPLE.  SO
WHEN WAS THIS REQUEST ENTERED INTO ECEPTIONIST?  AND I CAN ZOOM
IN IF YOU NEED ME TO.

**A.**   IT WAS ENTERED ON TUESDAY, FEBRUARY 24TH, 1529, 2015.

1    Q.    OKAY.  AND THEN DO YOU -- WHERE -- DOES THIS INDICATE THAT
2    IT -- WHEN IT WAS REVIEWED BY THE RN?
3    A.    YEAH, IT WAS REVIEWED ON THE 24TH AT 3:27.
4    Q.    OKAY.
5    A.    3:37.  SORRY.
6    Q.    AND THEN WHEN WAS THE APPOINTMENT REQUESTED?
7    A.    IT WAS REQUESTED ON 2/25 AT 2:55.
8    Q.    OKAY.  AND THEN WHEN WAS THE APPOINTMENT OBTAINED?
9    A.    ON 3/5 AT 3:52.
10   Q.    OKAY.  AND IT WAS SCHEDULED FOR APRIL 21ST, 2015; IS THAT
11   CORRECT?
12   A.    THAT IS CORRECT.
13   Q.    OKAY.  MS. BENEDICT, WHEN YOU'RE AT YOUR COMPUTER AND
14   YOU'RE WORKING IN ECEPTIONIST, IS THIS WHAT IT LOOKS LIKE, THIS
15   JOINT EXHIBIT 9I?
16   A.    YEAH, WHENEVER WE OPEN UP A REFERRAL.
17   Q.    OKAY.
18   A.    EACH REFERRAL THAT YOU OPEN UP WILL LOOK LIKE THIS FORMAT.
19   Q.    OKAY.  I ALSO WANT TO SHOW YOU THIS.  THIS IS JOINT
20   EXHIBIT 9I, BATES NO. 10-592.  IS THIS ALSO A SCREENSHOT OF
21   WHAT ECEPTIONIST MIGHT LOOK LIKE ON YOUR COMPUTER SCREEN AT
22   THAT TIME, 2015?
23   A.    YEAH.  I MEAN, THAT'S A SHOT FROM ECEPTIONIST.
24   Q.    OKAY.  ALL RIGHT.  THE ATTACHMENTS TAB, WHAT IS THE
25   PURPOSE OF THAT TAB?

1   **A.**   ATTACHMENTS IS TO SCAN IN ANY APPROPRIATE DOCUMENTATION

2   THAT'S NEEDED FOR A SPECIALTY PHYSICIAN TO REVIEW THE REFERRAL

3   TO MAKE A DETERMINATION WHEN THE APPOINTMENT IS NEEDED.

4   **Q.**   OKAY.  AND THEN THE SURVEY TAB, WHAT INFORMATION GOES

5   UNDER THAT TAB?

6   **A.**   WE DON'T USE THE SURVEY TAB.

7   **Q.**   OKAY.  ALL RIGHT.  DURING 2015, 2016, WHAT WAS YOUR ROLE

8   IN THE SCHEDULING PROCESS?

9   **A.**   MY ROLE HAS BEEN THE SAME THROUGHOUT.  I'M THE MANAGER.  I

10  REVIEW OVERALL SPECIALTY APPOINTMENTS AS FAR AS LIKE THE

11  VOLUMES AND THE NEED, AND I SUPERVISE THE STAFF, CREATE

12  PROCESSES, MAKE SURE REFERRALS ARE BEING REVIEWED AND THEY ARE

13  BEING COMPLETED BY THE END OF THE DAY.

14  **Q.**   OKAY.  ARE YOU EVER ALERTED WHETHER -- IF THERE ARE ANY

15  PROBLEMS IN --

16  **A.**   YES.

17  **Q.**   OKAY.  AND WHO ALERTS YOU TO THOSE PROBLEMS?

18  **A.**   MY STAFF, THE ONES THAT ARE SCHEDULING.  THE LPNS, THE

19  RNS, ANY OF MY NURSES.

20  **Q.**   OKAY.  DO YOU LOOK AT ANY DATA, ANY TYPE, ANY TRENDS OR

21  ANYTHING LIKE THAT?

22  **A.**   YES.

23  **Q.**   OKAY.  AND CAN YOU TELL THE COURT ABOUT WHAT KIND OF

24  THINGS YOU LOOK AT?

25  **A.**   LIKE WAIT TIMES AS FAR AS ANCILLARY, ANYTHING THAT WE

1    SCHEDULE ON SITE, MAKING SURE IF I NEED ADDITIONAL DAYS, IF I

2    GET AN INFLUX OF REFERRALS, YOU KNOW, JUST COORDINATING.  WE

3    COORDINATE THE ON-SITE CARE, TELEMEDICINE VISITS, VOLUMES

4    NEEDS, THOSE TYPE OF THINGS.

5    **Q.**    OKAY.  AND WHAT DO YOU DO WITH THAT INFORMATION?

6    **A.**    I MAKE ADJUSTMENTS TO SCHEDULES.

7    **Q.**    OKAY.

8    **A.**    REQUEST MORE DAYS, THOSE TYPE OF THINGS.

9    **Q.**    OKAY.  SO YOU'LL GO TO AN OUTSIDE PROVIDER WHO MAY BE

10   PROVIDING ON-SITE SERVICES AND REQUEST FOR THAT PROVIDER TO

11   COME OUT MORE OFTEN?

12   **A.**    YES.

13   **Q.**    WOULD THAT BE CORRECT?

14   **A.**    YES.

15   **Q.**    OKAY.  DO YOU EVER LOOK AT THE NUMBER OF PARTICULAR

16   SERVICES SCHEDULED, YOU KNOW, OVER A MONTH-LONG PERIOD SUCH AS

17   ULTRASOUNDS, SOMETHING LIKE THAT?

18   **A.**    YES.  I LOOK AT MONTHLY NUMBERS.

19   **Q.**    OKAY.  AND WHAT DO YOU DO WITH THAT INFORMATION?

20   **A.**    IT JUST DEPENDS IF, YOU KNOW, IF THERE'S SOMETHING THAT'S

21   GOING OUT OFFSITE AND THERE'S A PROVIDER THAT WE CAN CONTRACT

22   ON SITE, WE LOOK AT THOSE TYPES OF THINGS.  SO WE DON'T WANT TO

23   SEND PATIENTS OFFSITE IF WE CAN ACTUALLY HAVE A PROVIDER COME

24   ON SITE, IF IT'S FEASIBLE.

25   **Q.**    OKAY.  DID YOU ALSO LOOK AT COSTS?

03:06  1   **A.**   I DON'T LOOK AT COSTS GOING OUT, BUT WE DO REVIEW COSTS OF

2   CLAIMS COMING BACK.  KIND OF LIKE INFUSION THERAPY, IF THERE'S

3   THINGS THAT WE CAN DO ON SITE, THEN WE WILL DO ON SITE, BUT I

4   DON'T KNOW IT AT FIRST GOING OUT, BUT WE WILL REVIEW BECAUSE

5   THERE MAY BE SOMETHING THAT WE CAN DO THAT WE CAN PROVIDE ON

6   SITE SO WE DON'T HAVE TO TRIP ANY PATIENTS OUT.  BUT I DON'T DO

7   IT ON THE FRONT END.  I DON'T HAVE TIME TO DO THAT ON THE FRONT

8   END.

9   **Q.**   OKAY.  SO DURING 2015, 2016, IF A SPECIALTY SERVICE WAS

10   PROVIDED ON SITE AT LSP, DID THIS ALSO PREVENT AN OFFSITE TRIP

11   FOR THAT SPECIALTY SERVICE?

12   **A.**   NO.

13   **Q.**   NO.

14        DURING 2015, 2016, ARE YOU AWARE OF WHETHER DOC

15   RATIONED SPECIALTY SERVICES BASED ON A BUDGET?

16   **A.**   NO.

17   **Q.**   ALL RIGHT.  LET'S TALK ABOUT THE CASE MANAGEMENT

18   DEPARTMENT.  SO DURING THE YEARS OF 2015, 2016, DID YOU ALSO

19   SUPERVISE THE CASE MANAGEMENT DEPARTMENT?

20   **A.**   I DID.

21   **Q.**   AND HOW MANY PERSONS WORKED IN THE CASE MANAGEMENT

22   DEPARTMENT AT THAT TIME?

23   **A.**   SIX.

24   **Q.**   ALL RIGHT.  AND WERE THOSE RNS, LPNS?  WHAT WAS THE

25   BREAKDOWN?

03:07   1    **A.**   TWO RNS, THREE LPNS, AND A CLERK.

2    **Q.**   OKAY.  AND WHAT'S THE PURPOSE OF THE CASE MANAGEMENT

3    DEPARTMENT?

4    **A.**   THE CASE MANAGEMENT DEPARTMENT CASE MANAGES ALL THE

5    INPATIENTS THROUGHOUT THE WHOLE STATE IF THEY'RE AN OFFENDER.

6    **Q.**   OKAY.

7    **A.**   IN, LIKE, 65 DIFFERENT HOSPITALS.

8    **Q.**   OKAY.  DO YOU KNOW WHEN THIS DEPARTMENT WAS IMPLEMENTED?

9    **A.**   YES.  JUNE OF 2014.

10    **Q.**   ALL RIGHT.  AND HAS THERE BEEN ANY POSITIVE EFFECTS AS A

11    RESULT OF THIS DEPARTMENT?

12    **A.**   YEAH.  THEY ARE ESSENTIALLY LOCATED SO THERE'S LIKE THE

13    HOSPITALS HAVE CONTACT WHERE THEY CAN GET IN TOUCH WITH THE

14    SAME PERSONNEL, THEN THEY WILL RESPOND AND MAKE SURE THAT

15    DISCHARGE PLANNING GOES EFFICIENTLY, IF THERE'S ANY EQUIPMENT

16    THAT'S NEEDED AND IF THERE'S ANY SPECIAL DRUGS THAT'S NEEDED SO

17    IT DOESN'T DELAY DISCHARGES.  PRIOR TO CASE MANAGEMENT

18    IMPLEMENTATION, THERE WAS 14 DAYS INPATIENT LENGTH OF STAY AND

19    NOW IT'S LESS THAN FOUR ON AVERAGE.

20    **Q.**   ALL RIGHT.  SO WHAT EXACTLY DOES THE CASE MANAGEMENT

21    DEPARTMENT DO ON A DAILY BASIS?

22    **A.**   THEY REVIEW INPATIENT RECORDS, DIALOGUE WITH THE STAFF IN

23    THE HOSPITALS.  IF THERE'S ANY SPECIAL EQUIPMENT THAT'S NEEDED,

24    LIKE I SAID, ANY DRUGS THAT'S GOING TO BE DISCHARGED, IF

25    THERE'S ANYTHING THAT'S NEEDED, IF THERE'S -- A PATIENT'S

1    CRITICAL, IF THEY NEED NEXT-OF-KIN, THEY GIVE CONTACT

2    INFORMATION SO THEY CAN PROVIDE IT TO THE FACILITY AND THEY CAN

3    CALL THEM.  SO IT'S LIKE A LIAISON BETWEEN THE HOSPITAL AND THE

4    FACILITY WHEN NEEDED.

5    **Q.**    OKAY.  AND HOW ARE YOUR STAFF ASSIGNED IN THE CASE

6    MANAGEMENT DEPARTMENT?  IS IT BY PATIENT, BY FACILITY?

7    **A.**    BY FACILITY.

8    **Q.**    BY FACILITY.  BY OUTSIDE HOSPITAL; IS THAT CORRECT?

9    **A.**    YES.

10   **Q.**    ALL RIGHT.  AND DOES DOC HAVE ANY CASE MANAGEMENT

11   GUIDELINES?

12   **A.**    WE HAVE A PROCESS, I MEAN.

13   **Q.**    OKAY.

14   **A.**    FOR ALL THE HOSPITALS TO USE.  THEY NOTIFY US.  THEY SEND

15   US A CENSUS REPORT DAILY OF ANY OFFENDERS THAT ARE IN THEIR

16   HOSPITAL.

17   **Q.**    OKAY.  ALL RIGHT.  I'D LIKE TO SHOW YOU JOINT EXHIBIT 87

18   NOW.

19          MS. BENEDICT, IS THIS THE CASE MANAGEMENT PROCESS YOU

20   WERE REFERRING TO?

21   **A.**    YES, IT IS.

22   **Q.**    ALL RIGHT.  DID YOU HAVE ANY ROLE IN DRAFTING THESE

23   GUIDELINES?

24   **A.**    YES.

25   **Q.**    AND WHAT WAS YOUR ROLE?

**A.**   I HELPED CREATE THESE GUIDELINES.

**Q.**   OKAY.  DID YOU LOOK AT ANYTHING IN PARTICULAR IN CREATING THESE GUIDELINES?

**A.**   YEAH.  I MEAN, IT WAS MULTIDISCIPLINARY.  WE USED ANY OF THE HOSPITALS THAT WE CASE MANAGED, MEDICAL DIRECTORS, OTHER CASE MANAGEMENT DEPARTMENTS, AND SOME, LIKE, BILLING GUIDELINES FOR, YOU KNOW, 30-DAY OBSERVATIONS AND THINGS LIKE THAT.

**Q.**   OKAY.  YOU SEE I'VE HIGHLIGHTED DAILY CLINICALS.  IT'S THE FOURTH BULLET DOWN.  DO YOU SEE THAT?

**A.**   UH-HUH.

**Q.**   CAN YOU TELL THE COURT ABOUT THAT?  THAT'S SOMETHING THAT YOU REQUIRE OF THE HOSPITALS; IS THAT CORRECT?

**A.**   YEAH, THAT'S THE DAILY CLINICALS.  I MEAN, IT'S THE PROGRESS REPORTS DAILY.  THEY FAX THOSE TO US, IF WE ARE NOT ACTUALLY -- WE DON'T HAVE ACCESS TO THEIR EHR.  LIKE NEW ORLEANS, WE HAVE ACCESS TO EPILINK.  SO WE ACTUALLY VIEW ON SITE, ON-LINE THE DATA.

**Q.**   OKAY.  SO IT'S IN THAT CASE, IF IT'S IN NEW ORLEANS, UMC, I GUESS, YOU WOULDN'T -- THEY WOULD NOT BE FAXING YOU THE DAILY CLINICALS, CORRECT?

**A.**   THAT'S CORRECT, YES.

**Q.**   OKAY.  AND IT SAYS WITH IQ CRITERIA DOCUMENTED, DO YOU KNOW WHAT THAT IS?  WHAT IS IQ CRITERIA?

**A.**   THAT'S INTERQUAL CRITERIA?

**Q.**   INTERQUAL.  AND WHAT IS INTERQUAL?

**A.**    INTERQUAL IS A DATA APPLICATION THAT'S USED BY LOTS OF
HOSPITALS.  IT ACTUALLY GIVES YOU GUIDELINES AND CRITERIA IF A
PATIENTS NEEDS INPATIENT CRITERIA, OBSERVATION.  IT'S DATA
SETS.  IT'S A SOFTWARE PROGRAM.

**Q.**    OKAY.  AND THEN DISCHARGE, WHAT DOES THE CASE MANAGEMENT
DEPARTMENT DO ONCE A PATIENT IS READY TO BE DISCHARGED?

**A.**    THEY WILL THEN -- THEY NOTIFY THE RECEIVING FACILITY.
THEY'VE ALREADY REVIEWED THE CLINICALS.  IF THEY HAVE ANY
QUESTIONS, THEY WILL CALL US.  YOU KNOW, THEY DIALOGUE THEM.
AND SOME DISCHARGES ARE COMPLEX AND SOME ARE NOT.  SO SOME ARE
JUST ROUTINE AND THEY DON'T HAVE TO CALL THE FACILITIES, BUT IF
THEY HAVE A WOUND VAC, THEY HAVE SPECIALTY EQUIPMENT, ANYTHING
LIKE THAT THAT'S NEEDING TO BE ORDERED, THOSE THINGS HAVE TO BE
COORDINATED PRIOR TO DISCHARGE.

**Q.**    OKAY.  SO THE OUTSIDE HOSPITAL WILL CALL THE CASE
MANAGEMENT DEPARTMENT TO COORDINATE THAT?

**A.**    YES.

**Q.**    AND THEN I GUESS WILL THE CASE MANAGEMENT DEPARTMENT
COMMUNICATE WITH LSP?

**A.**    THEY DO.

**Q.**    THANK YOU, MS. BENEDICT.  I DON'T HAVE ANYTHING FURTHER.

            **THE COURT:**  CROSS?

            **MS. ZARROW:**  WE HAVE NO CROSS, YOUR HONOR.

            **THE COURT:**  OKAY.  YOU MAY STEP DOWN, MA'AM.  THANK
YOU.

1          DO YOU HAVE ANOTHER SHORT WITNESS?

2              **MR. ROBERT:**  WE'VE GOT ONE, YOUR HONOR.  IT PROBABLY

3    IS GOING TO TAKE A LITTLE WHILE, BUT WE CAN START HIM.

4              **THE COURT:**  WELL, LET'S TAKE A 15-MINUTE RECESS.

5    IT'S 3:12 SO WE WILL BE IN RECESS UNTIL 3:30.

6                          **(RECESS.)**

7              **THE COURT:**  NEXT WITNESS.

8              **MS. ROPER:**  YOUR HONOR, THE DEFENDANTS WOULD CALL

9    TRACY FALGOUT.

10             **THE COURT:**  OKAY.

11                       **TRACY FALGOUT,**

12   HAVING BEEN DULY SWORN, TESTIFIED AS FOLLOWS.

13                    **DIRECT EXAMINATION**

14   **BY MS. ROPER:**

15   **Q.**   GOOD AFTERNOON, TRACY.

16   **A.**   GOOD AFTERNOON.

17   **Q.**   PLEASE STATE YOUR FULL NAME.

18   **A.**   TRACY FALGOUT.

19   **Q.**   AND YOU ARE CURRENTLY IN WHAT POSITION AT LOUISIANA STATE

20   PENITENTIARY?

21   **A.**   MY CURRENT POSITION IS ASSISTANT WARDEN OVER HEALTH

22   SERVICES AT LOUISIANA STATE PENITENTIARY.

23   **Q.**   OKAY.  AND TODAY WE ARE GOING TO BE FOCUSING ON THE TIME

24   PERIOD BETWEEN 2015 AND 2016 AND THE DUTIES AND POSITIONS THAT

25   YOU MAY HAVE HAD DURING THAT TIME.  OKAY?

**A.**   OKAY.

**Q.**   ALL RIGHT.  CAN YOU TELL ME WHAT POSITION YOU WERE HOLDING

DURING THAT TIME PERIOD?

**A.**   I WAS A RN PROGRAM COORDINATOR AND THEN A RN SUPERVISOR B

IN THAT TIMEFRAME.

**Q.**   AND WHAT SORT OF DUTIES DID THAT ENTAIL?

**A.**   IT INCLUDED QA, QI, STAFF EDUCATION, HEALTHCARE ORDERLY

EDUCATION, ADA RELATED TO HEARING IMPAIRMENT.

**Q.**   OKAY.

**A.**   I'M TRYING TO THINK.

**Q.**   AND GIVE ME JUST A LITTLE -- WE'LL GO IN MORE DETAIL ON

THOSE POSITIONS.

**A.**   SURE.

**Q.**   GIVE ME A LITTLE BRIEF BACKGROUND ON YOUR EDUCATIONAL

BACKGROUND, PLEASE.

**A.**   I GRADUATED FROM OUR LADY OF THE LAKE SCHOOL OF NURSING IN

1990.  AFTER THAT, WORKED IN VARIOUS FIELDS IN THE COMMUNITY

FOR TEN YEARS, ICU, O.R., PHYSICAL REHAB.  AND THEN LEFT THERE

AND WENT TO WORK IN 2000, TOWARD THE END OF 2000, AT ANGOLA.

**Q.**   OKAY.  TELL ME JUST BRIEFLY ABOUT YOUR EXPERIENCE IN

PHYSICAL REHAB.

**A.**   I WORKED FOR A REHABILITATION HOSPITAL OF BATON ROUGE FROM

'93 TO '96.  AND THEN TOOK A YEAR AND A HALF OFF, DID HOME

HEALTH, WENT BACK FROM SOMEWHERE IN '98 TO '99, AND THEN IN

'99, WENT TO WORK AT RIVER WEST HOSPITAL IN PLAQUEMINE MANAGING

1    THEIR INPATIENT REHABILITATION UNIT THROUGH NATIONAL REHAB

2    PARTNERS.

3    **Q.**    OKAY.  AND THEN SO OBVIOUSLY YOU ARE NOW AT LOUISIANA

4    STATE PENITENTIARY.  ROUGHLY, HOW LONG HAVE YOU BEEN THERE?

5    **A.**    SINCE NOVEMBER OF 2000, SO 18 YEARS.

6    **Q.**    OKAY.  ARE YOU FAMILIAR WITH THE INTAKE PROCESS FOR

7    INMATES AT LOUISIANA STATE PENITENTIARY?

8    **A.**    YES, I AM.

9    **Q.**    HAVE YOU EVER BEEN INVOLVED IN THAT PROCESS?

10   **A.**    MANY TIMES, YES.

11   **Q.**    OKAY.  AND DURING THE RELEVANT PERIOD, 2015, 2016, WERE

12   YOU INVOLVED IN THAT PROCESS?

13   **A.**    YES, I WAS.

14   **Q.**    OKAY.  CAN YOU BRIEFLY EXPLAIN WHAT THE PROCESS IS FOR AN

15   INMATE THAT COMES IN FROM ANOTHER FACILITY?

16   **A.**    THE GENERAL PROCESS IS THE SAME FOR ANYONE COMING INTO THE

17   FACILITY.  THEY COME FROM DIFFERENT AREAS, WHETHER IT BE INTRA

18   OR INTER SYSTEM, BUT WE GET NOTIFICATION THAT WE'LL HAVE

19   OFFENDERS COMING INTO OUR FACILITY BY EITHER MEANS.  WE SET UP

20   IN AREAS EITHER IN THE MAIN PRISON OR AT ONE OF THE OUTCAMPS,

21   DEPENDING ON AVAILABILITY OF SPACE, AND FROM THAT POINT, IT'S

22   MULTIDISCIPLINARY, NURSING IS THERE, THE PHYSICIANS ARE THERE,

23   MENTAL HEALTH IS THERE, CLASSIFICATIONS IS THERE, SECURITY.  SO

24   INTERDISCIPLINARY WITHIN THE PENITENTIARY OF ALL THOSE PEOPLE

25   REPRESENTED.  EDUCATION IS THERE AS WELL.

**Q.** AND YOU MENTIONED INTRA VERSUS INTER TRANSFERS.  CAN YOU
TELL ME THE DIFFERENCE?

**A.** SURE.  AN INTRA SYSTEM WOULD BE AN OFFENDER COMING FROM
ANOTHER DOC FACILITY, ANOTHER DOC STATE FACILITY.  AN INTER
SYSTEM WOULD BE SOMEONE COMING FROM A PARISH LEVEL, WHETHER
THEY ARE IN DOC OR A PARISH INMATE COMING NEW INTO THE DOC
SYSTEM AS WELL AS, AT THAT TIME, REENTRY COMING FROM THE PARISH
LEVEL, THAT WOULD BE CONSIDERED INTER.  AND ANY DEATH ROW
COMING IN WOULD BE INTER SYSTEM.

**Q.** AND IS THAT THE ONLY WAY THAT YOU RECEIVE PEOPLE COMING
FROM ANOTHER FACILITY, WHETHER IT BE A STATE OR A LOCAL
FACILITY?

**A.** YES.

**Q.** THEY DON'T COME DIRECTLY OFF THE STREET FROM BEING
SENTENCED TO ANGOLA?

**A.** NO, NO.

**Q.** OKAY.  AND SO WHEN THEY COME, YOU HAVE SOME SORT OF
PAPERWORK ON THEM FROM THE PREVIOUS FACILITY?

**A.** IT DEPENDS.  AGAIN, INTRA SYSTEM, WE WILL, WE WILL HAVE A
MEDICAL RECORD.

**Q.** DO YOU HAVE YOUR CELL PHONE?

**A.** NO.

**Q.** OKAY.

**A.** YOUR HONOR, I DID NOT GIVE SIRI AN OPPORTUNITY TO ASK
QUESTIONS TODAY.

1          **THE COURT:**  OKAY.

2                  GO AHEAD.

3          **MS. ROPER:**  MY IPAD IS OVER THERE, BUT I DON'T HAVE A

4    CELL PHONE UP HERE, YOUR HONOR.

5          **THE COURT:**  GO AHEAD.  WE'RE GOING TO HAVE SOMEBODY

6    LOOK AT ALL THE FEEDBACK THIS WEEKEND.

7    **BY MS. ROPER:**

8    **Q.**   OKAY.  AND SO IS THERE ANY DIFFERENCE BETWEEN THE TWO

9    PROCESSES, WHETHER SOMEONE IS COMING FROM A DOC FACILITY VERSUS

10   A LOCAL FACILITY?

11   **A.**   OKAY.  SO AN INTRA SYSTEM TRANSFER, LIKE I SAID, IS COMING

12   FROM ANOTHER DOC FACILITY, SO WE WOULD HAVE A HEALTH RECORD

13   ESTABLISHED FROM THAT PREVIOUS FACILITY.  SO WE WOULD HAVE

14   PERTINENT HISTORY.  WE WOULD HAVE A LOT OF INFORMATION,

15   DEPENDING ON HOW LONG THEY'VE BEEN IN THE SYSTEM.

16          SO WITH AN INTER SYSTEM, SOME PARISH FACILITIES THAT

17   WE GET PATIENTS FROM OR OFFENDERS FROM MAY NOT HAVE AN

18   EXTENSIVE MEDICAL RECORD, SO THE INTER SYSTEM INITIAL SCREENING

19   IS MORE IN-DEPTH THAN THE INTER SYSTEM TRANSFER.

20   **Q.**   OKAY.  AND IS THERE A TYPICAL TIME FOR HOW LONG THE INTAKE

21   PROCESS TAKES?

22   **A.**   IT'S ON A CASE BY CASE.  IT'S DEPENDENT UPON THE OFFENDER

23   AS FAR AS THEIR MEDICAL NEEDS, ARE THEY ON MEDICATIONS, WHAT

24   KIND OF MEDICAL HISTORY DO THEY HAVE, DO THEY HAVE CHRONIC

25   DISEASE.  ALL OF THESE THINGS PLAY A PART IN HOW MUCH WE'RE

1   GOING TO DO ON A SCREENING, AND THEN THAT GOES EVEN ONE STEP

2   FURTHER BETWEEN THE INTRA AND INTER SYSTEM TRANSFERS.

3   **Q.**   AND DO INMATES COME IN WITH MEDICATIONS ALREADY PRESCRIBED

4   FROM ANOTHER DOC FACILITY OR AN OUTSIDE FACILITY AT TIMES?

5   **A.**   THEY MAY COME FROM ANOTHER DOC FACILITY OR A LOCAL

6   FACILITY.

7   **Q.**   OKAY.

8   **A.**   WE GET MEDICATION PROFILES COMING IN FROM BOTH OF THOSE

9   MEANS OF COMING INTO THE SYSTEM.

10   **Q.**   AND --

11   **A.**   OR INTO ANGOLA, I SHOULD SAY.

12   **Q.**   OKAY.  AND AS PART OF THE PROCESS, DO YOU MAKE NOTE OF ALL

13   THE MEDICATIONS THAT THEY ARE CURRENTLY ON?

14   **A.**   YES.

15   **Q.**   OKAY.  AND --

16   **A.**   TO THE BEST OF OUR KNOWLEDGE COMING IN WITH THE RECORDS

17   THAT WE HAVE --

18   **Q.**   OKAY.

19   **A.**   -- WHEN WE GET THEM ON INTAKE.

20   **Q.**   AND JUST BRIEFLY, I DON'T WANT TO -- YOU KNOW, WE DON'T

21   WANT TO GO INTO EVERY LITTLE DETAIL, BUT IF YOU COULD JUST GIVE

22   ME A BRIEF OVERVIEW, WHAT IS THE PROCESS?  YOU MEET THE INMATE,

23   THE TEAM IS THERE, HOW DOES THIS WORK?

24   **A.**   SO AN OFFENDER WILL COME TO MEDICAL.  WE START OFF BY

25   GETTING BASIC DEMOGRAPHICS:  NAME, DOC NUMBER, DATE OF BIRTH,

03:43  1   ALLERGIES.  THEN WE GO INTO ANY PERTINENT MEDICAL HISTORY THAT

2   THEY MAY HAVE, WE GO INTO MEDICATIONS.  FROM THERE, WE GO INTO

3   ANY PHYSICAL LIMITATIONS THAT THEY MAY HAVE, ANY DIET ISSUES

4   THAT THEY MAY HAVE, WHETHER THEY ARE ON A REGULAR OR A

5   PRESCRIBED DIET.  IT GOES INTO PREVIOUS DUTY STATUS IF THEY HAD

6   ONE AT THE PREVIOUS FACILITY.  IT GOES INTO A BRIEF MENTAL

7   HEALTH ASSESSMENT, AND RIGHT NOW I'M SPEAKING ON THE INTRA

8   SYSTEM TRANSFER.  YOU GOT TO REMEMBER THAT MENTAL HEALTH IS

9   SITTING AT ANOTHER AREA TO TAKE CARE OF THE MENTAL HEALTH

10  NEEDS.

11       ONCE WE FINISH WITH THAT, THERE'S THE DETERMINATION

12  MADE AS TO WHETHER THAT OFFENDER WILL GO INTO GENERAL

13  POPULATION WITHOUT A REFERRAL TO THE ATU OR TO A PRIMARY CARE

14  DOCTOR FOR A CATEGORY ONE.  IF THEY NEED TO BE SEEN IN A MORE

15  TIMELY FASHION, OR IF THEY ACTUALLY NEED TO BE TRANSFERRED INTO

16  AN INPATIENT MEDICAL SETTING LIKE NURSING UNIT 1.

17  Q.   AND DO YOU OFTEN HAVE PEOPLE COMING THERE THAT ARE GOING

18  DIRECTLY INTO HOSPICE CARE?

19  A.   WE DO HAVE, ON OCCASION, OFFENDERS COMING FROM OTHER DOC

20  FACILITIES THAT WILL BE DIRECT ADMITS INTO OUR HOSPICE PROGRAM.

21  WHEN THEY COME IN, THE SAME INTAKE AS AN INTRA SYSTEM OFFENDER

22  IS UTILIZED, AND THEN THEY GO DIRECTLY TO NURSING UNIT 2 TO BE

23  ADMITTED INTO THE HOSPICE.

24  Q.   OKAY.  AND AS -- WHEN YOU SAY WE ARE ASKING THESE

25  QUESTIONS, WE MEANING AN RN?

**A.**   YEAH, REGISTERED NURSES DO ALL OF THE INITIAL SCREENINGS

ON INTAKE.

**Q.**   OKAY.  SO IT'S NOT SECURITY OFFICERS SITTING THERE ASKING

THEM HEALTH INFORMATION QUESTIONS, CORRECT?

**A.**   NO.

**Q.**   OKAY.  AND ARE THEY -- ARE ALL OF YOU -- I KNOW YOU SAID

IT'S A MULTIDISCIPLINARY TEAM, BUT Y'ALL ARE NOT ALL SITTING AT

THE TABLE AT THE SAME TIME?

**A.**   WE HAVE SEPARATE TABLES.  WE HAVE DIFFERENT TABLES FOR

DIFFERENT OFFENDERS.  WE MAY HAVE FOUR OR FIVE NURSES DEPENDING

ON THE VOLUME THAT WE HAVE COMING IN, AND WE'LL HAVE TABLES SET

UP TO ALLOW PRIVACY.

**Q.**   OKAY.  SO I WAS JUST WONDERING ABOUT THAT.  YOU ARE MAKING

AN EFFORT TO ENSURE PRIVACY OF THE HEALTH INFORMATION?

**A.**   YES.

**Q.**   OKAY.  AND THE ASSESSMENT OF AN INMATE'S NEEDS, IS THAT

SOMETHING THAT YOU ARE TAKING INTO ACCOUNT IN A FORMAL WAY OR

IS THAT JUST BY OBSERVATION OR HOW IS THAT BEING DONE?

**A.**   BY BOTH.  WE ASK THE QUESTIONS ON EVERYONE COMING IN, DO

YOU HAVE ANY PHYSICAL LIMITATIONS, DO YOU HAVE ANY ISSUES AS

FAR AS BEING ABLE TO AMBULATE.  SOME OF IT IS QUITE EVIDENT.

IF THEY COME IN WITH A WHEELCHAIR OR A CANE OR A WALKER, WE

KNOW THAT.  WE'LL TAKE THAT INTO CONSIDERATION.  WE ALSO, LIKE

I SAID, WE'LL ASK THEM THE QUESTIONS IF THEY HAVE ANY PHYSICAL

LIMITATION.  JUST TRY TO MAKE THEM -- IT'S OBVIOUSLY AN

1   UNCOMFORTABLE TIME FOR THEM COMING INTO OUR FACILITY.  WE TRY

2   TO -- I KNOW PERSONALLY I DO, I'LL ASK THEM DO YOU HAVE TEN

3   FINGERS AND TEN TOES, DO YOU HAVE EVERYTHING THAT YOU WERE

4   GIVEN COMING IN, AND THAT KIND OF BREAKS THE ICE WITH THEM.  IT

5   CALMS THEM DOWN A LITTLE BIT.  THEY CAN SAY, WELL, YEAH, I MAY

6   HAVE THESE THINGS GOING ON THAT THEY MAY NOT HAVE OTHERWISE

7   TOLD ME IF I WAS JUST SITTING THERE RIGID AND MAKING THEM FEEL

8   COMFORTABLE KNOWING THAT MEDICAL IS THERE TO TAKE CARE OF THEM.

9   **Q.**   AND WHAT IS THE PURPOSE OF TRYING TO DEVELOP A RAPPORT

10  SUCH AS THAT?

11  **A.**   TO BE ABLE TO TREAT THEM, TO BE ABLE TO TAKE CARE OF THEM,

12  TO HAVE THEM HAVE A TRUST IN ME WHERE THEY CAN COME TO ME WITH

13  MEDICAL ISSUES.

14        **MS. ROPER:**  MR. CONINE, COULD YOU PULL UP DOCUMENT 8J

15  PLEASE?  I'M SORRY, JOINT EXHIBIT 8.

16        **THE WITNESS:**  IF I CAN BACK UP ONE SECOND.

17  **BY MS. ROPER:**

18  **Q.**   YES.

19  **A.**   ON THE INTER SYSTEM, WHICH IS COMING FROM A LOCAL

20  FACILITY, BECAUSE THERE IS A DIFFERENCE THERE THAT NEEDS TO BE

21  ASSESSED, THAT ON THE INTER SYSTEM COMING FROM A LOCAL FACILITY

22  OR DIRECTLY IN FROM A NON-DOC, THERE IS A PHYSICIAN THERE ON

23  SITE TO DO THE ASSESSMENT, THE INTAKE AT THAT TIME.  THE INTRA

24  SYSTEMS WILL BE SCHEDULED TO COME BACK WITHIN A WEEK TO TWO,

25  DEPENDING ON IF THERE'S ANY PHYSICAL LIMITATIONS OR ANY MEDICAL

1  CONDITIONS THAT NEED TO BE ADDRESSED.

2  **Q.**   AND SO JUST TO MAKE SURE I'M UNDERSTANDING, IF THEY ARE

3  COMING DIRECTLY FROM A DOC FACILITY, THAT'S -- YOU HAVE THE

4  INFORMATION?

5  **A.**   SO IT COULD BE ONE TO TWO WEEKS BEFORE THEY ARE SEEN BY A

6  PHYSICIAN COMING INTO THAT SYSTEM.

7  **Q.**   OKAY.  BUT IF THEY'RE COMING FROM A NON-DOC FACILITY, THE

8  PHYSICIAN IS THERE?

9  **A.**   SEES THEM ON THE DAY OF INTAKE, YES.

10  **Q.**   OKAY.  ALL RIGHT.  I'M PULLING UP WHAT IS JOINT EXHIBIT 8,

11  BATES NO. 8-02656.  ACTUALLY IT'S 8J.  DO YOU RECOGNIZE THIS?

12  **A.**   YES.

13  **Q.**   CAN YOU TELL ME WHAT THIS IS?

14  **A.**   IT'S A HEALTH INFORMATION PAMPHLET THAT WE GIVE ALL OF THE

15  OFFENDERS COMING INTO ANGOLA NO MATTER WHICH MEANS, INTER OR

16  INTRA, THEY GET THIS PAMPHLET.

17  **Q.**   IS --

18  **A.**   IN SUMMARY OF IT, IT GIVES THEM WHAT THEY NEED TO ACCESS

19  SICK CALL, THE INFORMATION THEY NEED FOR PILL CALL, THE

20  INFORMATION THEY NEED TO MAKE MEDICAL EMERGENCIES.  IT GOES

21  THROUGH IF THEY HAVE A GRIEVANCE AS FAR AS FROM MEDICAL, HOW TO

22  DO ALL OF THESE THINGS, SOME SELF-CARE BASED ON

23  SELF-ASSESSMENT.

24  **Q.**   OKAY.

25  **A.**   SO . . .

1  Q.    AND THIS IS GIVEN TO EVERY INMATE THAT COMES INTO DOC?

2  A.    CORRECT.

3  Q.    AND IS IT ALSO EXPLAINED TO THEM IN SOME SORT OF FORMAT?

4  A.    YES.

5  Q.    OKAY.  SO ARE THEY ALLOWED AN OPPORTUNITY TO ASK QUESTIONS

6  THAT THEY MIGHT HAVE ABOUT HOW TO ACCESS SICK CALL?

7  A.    THEY CAN ASK QUESTIONS INITIALLY THROUGH INTAKE, AND WE

8  GIVE THEM THE INFORMATION AND TELL THEM THAT IF AT ANY TIME

9  THEY HAVE QUESTIONS RELATED TO ANYTHING IN THERE, THAT THEY CAN

10 ACCESS US.

11 Q.    OKAY.

12 A.    TO ANSWER THOSE QUESTIONS.

13 Q.    AND THEN THEY ARE ALLOWED TO TAKE THIS WITH THEM TO THEIR

14 CELL?

15 A.    IT IS THEIRS, YES.

16 Q.    OR TO THEIR DORM?

17 A.    FOR REFERENCE AND RESOURCE, YES.

18 Q.    OKAY.  SO THAT'S SOMETHING THAT THEY HAVE ON THEM AT ALL

19 TIMES IF THEY WANT?

20 A.    YES.  NO MATTER WHERE THEY'RE GOING, WHETHER THEY'RE GOING

21 TO A CELLBLOCK AREA OR WHETHER THEY ARE GOING TO A DORM, THIS

22 GOES WITH THEM.

23 Q.    OKAY.  AND AS PART OF THE INTAKE, LET'S GO TO THE FIRST

24 PAGE ON THIS JUST BRIEFLY.  THE NEXT ONE.  I'M SORRY.  OKAY.

25 AND THIS IS SORT OF -- THIS IS AN INDEX THAT KIND OF COVERS THE

1    TOPICS THAT ARE CONTAINED WITHIN THE PAMPHLET; IS THAT CORRECT?

2    A.    CORRECT.

3    Q.    OKAY.  AND WE'RE AT PAGE 8-02657.  IT APPEARS TO BE AN

4    INDEX OF 26 PAGES.

5              YOU CAN GO TO THE NEXT PAGE.  GO BACK TO THE OTHER

6    ONE.

7              OKAY.  AND WE CAN JUST BRIEFLY SEE THAT THE TOPIC OF

8    ACCESS TO MEDICAL CARE IS COVERED?

9    A.    CORRECT.

10   Q.    DUTY STATUS?

11   A.    YES.

12   Q.    MEDICAL COPAYS?

13   A.    YES.

14   Q.    PERSONAL HYGIENE ISSUES?

15   A.    CORRECT.

16   Q.    NUTRITION?

17   A.    YES.

18   Q.    EXERCISE?

19   A.    YES.

20   Q.    PREVENTATIVE DENTISTRY?

21   A.    YES.

22   Q.    SMOKING?

23   A.    YES.  AT THIS TIME, IT WAS A SMOKING -- THEY STILL HAD

24   SMOKING GOING ON, SO YOU WOULD SEE THAT IN THIS PAMPHLET AT

25   THIS TIME.

1    **Q.**    OKAY.  AND MEDICATIONS?

2    **A.**    YES.

3    **Q.**    FLU VACCINATION?

4    **A.**    CORRECT.

5    **Q.**    TESTICLE EXAMINATION?

6    **A.**    YES.

7    **Q.**    SEXUALLY TRANSMITTED DISEASE?

8    **A.**    YES.

9    **Q.**    HYPERTENSION?

10    **A.**    YES.

11    **Q.**    SELF-CARE FOR PERSONS WITH CHRONIC DISEASE DISABILITIES?

12    **A.**    CORRECT.  AND IT LISTS THOSE THAT WE HAVE.

13    **Q.**    AND IT LIST SEVERAL, RIGHT?

14    **A.**    YES.

15    **Q.**    HYPERTENSION, DIABETES, ASTHMA, SEIZURE DISORDERS, CARDIAC

16    CONDITIONS, CORRECT?

17    **A.**    CORRECT.

18    **Q.**    OKAY.  SUBSTANCE ABUSE PROGRAMS SERVICES?

19    **A.**    CORRECT.

20    **Q.**    TUBERCULOSIS IS ADDRESSED?

21    **A.**    YES.

22    **Q.**    HEPATITIS?

23    **A.**    YES.

24    **Q.**    HIV AND AIDS?

25    **A.**    YES.

1  **Q.**   OKAY.  SO THOSE ARE THE TOPICS THAT ARE CONTAINED WITHIN

2  THE PAMPHLET, CORRECT?

3  **A.**   YES.

4  **Q.**   OKAY.  WE CAN TAKE THAT DOWN.

5            OKAY.  ANOTHER THING THAT AS YOU ARE GOING THROUGH

6  THE INTAKE PROCESS, ARE YOU MAKING A DETERMINATION DUE TO THE

7  RESPONSES THAT YOU'RE RECEIVING WHETHER OR NOT THERE ARE ANY

8  COGNITIVE INFIRMITIES?

9  **A.**   YES.  THAT IS SOMETHING THAT'S ALWAYS TAKEN INTO

10  CONSIDERATION WHEN WE GET NEW PEOPLE IN ON INTAKE, WE LOOK AT

11  THAT.  IF IN THE PROCESS OF DOING MEDICAL INTAKE, THERE APPEARS

12  TO BE THAT THERE IS SOME TYPE OF COGNITIVE DEFICIT AS FAR AS

13  THIS OFFENDER'S ABILITY TO UNDERSTAND, WE WILL TAKE OUR TIME

14  AND SLOW THINGS DOWN, READ IT FOR THEM.  IF THERE'S STILL THAT

15  ISSUE, WE BRING MENTAL HEALTH IN ON THAT.  IF THEY'VE NOT BEEN

16  SEEN BY MENTAL HEALTH, I WILL GO TO MENTAL HEALTH AND SAY, THIS

17  GUY RIGHT HERE, WE NEED TO ASSESS WHAT'S GOING ON WITH HIM

18  BECAUSE HE JUST DOESN'T SEEM TO BE COMPREHENDING AND THAT WAY

19  WE CAN MOVE ON FURTHER TO HELP HIM AS MUCH AS POSSIBLE

20  COMPREHEND WHAT'S GOING ON WITH THE INTAKE PROCESS AND MAKE

21  SURE HE GETS THE INFORMATION.

22  **Q.**   SO YOU DON'T JUST KEEP PLOWING THROUGH THE PROCESS?

23  **A.**   NO.

24  **Q.**   OKAY.  AND WHAT IF YOU MAKE A DETERMINATION THAT PERHAPS

25  THE PERSON IS HAVING A HEARING DEFICIT, PERHAPS THEY'RE NOT --

1   IT'S EVIDENT THAT THEY'RE HAVING TROUBLE UNDERSTANDING YOU,

2   MAYBE THEY ARE HARD OF HEARING OR THEY HAVE SOME SORT OF

3   HEARING IMPAIRMENT?

4   **A.**   WELL, WE WILL GO INTO THAT AS FAR AS ANY DISABILITIES IF

5   WE SEE WHERE HE HAS WHAT WE PERCEIVE TO BE A HEARING

6   IMPAIRMENT, WE WILL ASK HIM IF HE DOES.  IF HE SAYS YES, I DO,

7   WE WILL ASK HIM, YOU KNOW, TO WHAT EXTENT.  IF IT'S ANYTHING

8   OTHER THAN HAVING TO ELEVATE THE VOLUME OF YOUR VOICE A BIT,

9   THEN WE WILL CONTINUE ON WITH IT.  IF WE NEED TO TAKE HIM

10  SOMEWHERE WHERE WE CAN DO DIFFERENT THINGS TO ASSESS WHETHER OR

11  NOT HE'S ABLE TO READ THE INFORMATION IN THE PAMPHLET, WE DO

12  THAT.  IF ON INTAKE IT'S DISCOVERED THAT THEY CAN UTILIZE SIGN

13  LANGUAGE, WE CAN BRING INTERPRETERS IN TO DO THAT.  AND THAT

14  WOULD BE ONE OF THE THINGS THAT WE WOULD LOOK AT AS FAR AS FROM

15  AN ADA PERSPECTIVE ON WHAT WE NEED TO DO WITH HIM MOVING

16  FORWARD AS WELL.

17  **Q.**   SO YOU MAKE IT -- YOU TRY TO MAKE A DETERMINATION OF

18  WHETHER OR NOT THEY ARE ABLE TO UNDERSTAND AND COMPREHEND WHAT

19  IT IS YOU ARE TELLING THEM?

20  **A.**   CORRECT.

21  **Q.**   OKAY.  AND IF SOMEONE COMES INTO THE FACILITY WITH AN

22  ASSISTIVE DEVICE SUCH AS A TAPPING CANE OR SOMETHING LIKE THAT,

23  ARE THEY ABLE TO KEEP THAT DEVICE WITH THEM?

24  **A.**   YES.

25  **Q.**   OKAY.  AND IF THEY DON'T HAVE THAT, BUT YOU BELIEVE THEY

03:54   1   MIGHT NEED SUCH A THING, IS THAT SOMETHING YOU WOULD BE LOOKING
        2   AT?
        3   **A.**   YES.   THAT WOULD BE SOMETHING THAT WE WOULD LOOK AT
        4   GETTING FOR THAT OFFENDER.   IT WOULD NOT BE SOMETHING THAT --
        5   IT WOULD BE ABOVE CALLING THE DOCTOR, SENDING THEM TO THE ATU,
        6   LET THE DOCTOR TAKE A LOOK AT THEM, SEE FROM A STANDPOINT DO
        7   THEY NEED TO HAVE ANY ASSISTIVE DEVICE FOR AMBULATION OR
        8   ANYTHING TO THAT MATTER.
        9   **Q.**   OKAY.   AND LIKEWISE WITH A WHEELCHAIR, IF YOU SEE SOMEONE
       10   THAT COMES IN AND THEY APPEAR TO HAVE TROUBLE AMBULATING, BUT
       11   THEY DON'T HAVE A WHEELCHAIR, IS THAT SOMETHING THAT YOU WOULD
       12   LOOK AT AS FAR AS A RECOMMENDATION?
       13   **A.**   YES.   YES.   ON INTAKE, WE HAVE GIVEN WHEELCHAIRS TO PEOPLE
       14   COMING IN THAT ARE HAVING DIFFICULTY WITH AMBULATION.   FROM
       15   THAT POINT, ONCE THE DOCTOR SEES THEM, THEN IT BECOMES THE
       16   ISSUE OF FROM THE DOCTOR'S PERSPECTIVE, DOES THIS -- IS THIS
       17   SOMETHING THAT IS CONTINUED AS FAR AS A NECESSITY TO HELP HIM
       18   WITH ADA.   THEY LOOK AT IT FROM WILL PHYSICAL THERAPY HELP HIM,
       19   CAN THEY DO ANYTHING TO HELP PROMOTE HIS INDEPENDENCE.
       20   **Q.**   MR. CONINE, CAN YOU PULL UP JOINT EXHIBIT 12A, PLEASE.
       21        CAN YOU TELL ME WHAT THIS FORM IS?
       22   **A.**   YES.   IT'S A REQUEST FOR ACCOMMODATION FORM.
       23   **Q.**   AND HOW IS THIS FORM UTILIZED?
       24   **A.**   IT'S UTILIZED FROM THE TIME THAT THEY COME IN THROUGH
       25   INTAKE THROUGHOUT THEIR STAY AT ANGOLA.   AT ANY POINT IN TIME,

03:56  1    THIS IS ONE OF THE MEANS THAT THEY HAVE TO SELF-REPORT OR FOR

2    ANY OTHER STAFF TO REPORT THAT THEY HAVE A DISABILITY.

3    **Q.**    OKAY.  AND SO IS THIS SOMETHING THAT'S GONE OVER DURING

4    THE INTAKE PROCESS?

5    **A.**    YES.  THIS FORM IS COMPLETED DURING THE INTAKE.

6    **Q.**    OKAY.  AND AS FAR AS REQUESTING AN ACCOMMODATION AFTER THE

7    INTAKE PROCESS, I BELIEVE YOU ALLUDED TO IT, BUT JUST TO BE

8    MORE SPECIFIC, IS AN INMATE ABLE TO MAKE A REQUEST FOR AN

9    ACCOMMODATION AT ANY TIME DURING THEIR --

10   **A.**    YES.  THAT'S ONE THING THAT WE LET THEM KNOW AT INTAKE

11   BECAUSE SOME OF THEM HAVE A -- THEY HESITATE AS FAR AS WHETHER

12   THEY WANT TO SIGN IT.  WE ASSURE THEM THAT WHAT THEY HAVE

13   CURRENTLY WHEN THEY SIGN THIS DOCUMENT AT INTAKE IS JUST THAT,

14   AT INTAKE.  AT ANY POINT IN TIME PAST THIS INITIAL SIGNATURE,

15   IF THEY HAVE A NEED FOR ANY ADAPTIVE DEVICE, THEN THEY CAN MAKE

16   THE REQUEST AND WE'LL ASSESS THE NEED FOR IT AT THAT TIME.

17   **Q.**    AND WHEN SOMEONE FILLS OUT A REQUEST FOR ACCOMMODATION,

18   AND WE ARE TALKING THE 2015, 2016 PERIOD AGAIN, WAS THAT

19   SOMETHING THAT WOULD BE ROUTED TO YOU?

20   **A.**    IT WOULD BE RELATED TO HEARING IMPAIRMENT, MORE

21   SPECIFICALLY.

22   **Q.**    OKAY.  AND SO DURING THAT TIMEFRAME, YOU WERE JUST DEALING

23   WITH THE HEARING IMPAIRMENT PORTION OF IT?

24   **A.**    CORRECT.

25   **Q.**    AND CAN YOU TELL ME HOW THAT WOULD WORK IF YOU RECEIVE A

1    REQUEST FOR AN ACCOMMODATION FOR A HEARING IMPAIRMENT?

2    **A.**    WELL, THE FIRST THING YOU DO IS GET THE RECORD.  IF WE

3    HAVE RECORDS, GO BACK AND LOOK AND SEE WHAT'S GOING ON WITH THE

4    PATIENT, DOES HE HAVE A HEARING AID IN THE PAST, DID HE HAVE

5    OTHER TYPES OF AMPLIFICATION IN THE PAST.

6    **Q.**    AND YOU'RE TALKING ABOUT THE MEDICAL RECORD WHEN YOU SAY

7    THE --

8    **A.**    YES.  I'M SORRY, THE MEDICAL RECORD, YES.

9    **Q.**    OKAY.

10   **A.**    FROM THAT POINT, IF THE DOCTOR DETERMINED THAT HE NEEDED A

11   HEARING TEST, I WOULD BE THE ONE TO CONDUCT THE HEARING TEST ON

12   HIM, BRING THOSE RESULTS TO DR. LAVESPERE AND DISCUSS WHETHER

13   THE CRITERIA FOR ANY AMPLIFICATION WOULD BE MET AND AT THAT

14   TIME, IF IT WOULD, THEN WE WOULD ORDER HIM AMPLIFICATION TO

15   ASSIST HIM WITH HIS HEARING IMPAIRMENT.  IF CRITERIA WASN'T

16   MET, THAT DID NOT MEAN THAT WE WERE GOING TO NOT CONTINUE TO

17   LOOK AT THIS.  THEY ARE PUT ON A CALL-OUT ON AN ANNUAL BASIS TO

18   HAVE FOLLOW-UP HEARING TESTS DONE ON THEM.

19   **Q.**    AND WHAT TYPE OF HEARING TEST WOULD BE ADMINISTERED?

20   **A.**    IT'S AN OTOGRAM, O-T-O-G-R-A-M, AND IT IS SOMEWHAT OF AN

21   AUTOMATED HEARING TEST.  IT GOES THROUGH BOTH SUBJECTIVE AND

22   OBJECTIVE TESTING.  WE CAN LOOK AND DETERMINE THEIR PURE TONES,

23   WE CAN SEE THEIR SPEECH RECOGNITION, WE CAN SEE THEIR SPEECH

24   THRESHOLD.  WE CAN LOOK AT -- THAT'S OUR SUBJECTIVE.

25            FROM AN OBJECTIVE STANDPOINT, THE TESTING INCLUDED

03:59   1   TYMPANOGRAPHY, SO WE CAN LOOK AT THEIR EARDRUMS TO SEE IF

2   THERE'S ANY VARIANCES IN PRESSURE OR IF THERE'S ANY

3   PERFORATIONS IN THE EARDRUM, IT WILL SHOW THAT.  WE DO

4   OTOACOUSTIC EMISSIONS WHICH IS DEALING WITH THE INNER EAR AS

5   WELL AS -- I'M TRYING -- WE ALWAYS REFER TO IT AS A.R. IT'S

6   ACOUSTIC REFLEXES.  AND IT HAS TO DO WITH THE MIDDLE EAR

7   INVOLVEMENT.  THAT'S THE EXTENT OF MY KNOWLEDGE OF THE TESTING.

8   **Q.**   AND WERE YOU TRAINED TO CONDUCT THIS TYPE OF TESTING?

9   **A.**   I WAS TRAINED BY THE MANUFACTURER, OTOTRONIX, ON THE USE

10   OF THE DEVICE, YES.

11   **Q.**   AND WHEN DID YOU GET TRAINED ON THAT, ROUGHLY?

12   **A.**   IN 2009, 2010, MAYBE.

13   **Q.**   OKAY.  AND JUST SO WE'RE CLEAR, I MEAN, THAT'S NOT

14   SOMETHING YOU'RE STILL DOING, RIGHT?

15   **A.**   NO.

16   **Q.**   OKAY.  BUT SOMEONE ELSE IS DOING THAT NOW?

17   **A.**   CORRECT.

18   **Q.**   OKAY.  AND DURING A PERSON'S TIME AT ANGOLA, DO THEY HAVE

19   TO UTILIZE THIS PARTICULAR FORM IF THEY NEED AN ACCOMMODATION?

20   **A.**   NO, NO, THEY DON'T.  THERE'S ANY MEANS.  THEY CAN VERBALLY

21   REQUEST AND WE'LL TAKE THAT AS A REQUEST.  THEY CAN GO THROUGH

22   FORM MAIL, WRITE IT ON A PIECE OF PAPER, FOLD IT UP, PUT IT TO

23   THE ATTENTION OF MEDICAL.  WE GET IT, WE ASSESS IT.  SO THIS

24   FORM -- AS WELL AS THIS FORM BEING ACCESSIBLE TO ALL THE

25   HOUSING AREAS.  SO THERE'S NO LIMIT ON HOW THEY CAN REQUEST

04:01  1    ACCOMMODATION.

2    **Q.**    OKAY.  AND OTHER THAN THE INMATE HIMSELF REQUESTING AN

3    ACCOMMODATION, ARE THERE ANY MEASURES IN PLACE OR ANY WAYS THAT

4    NEEDS FOR ACCOMMODATION ARE TAKEN INTO ACCOUNT BY THE STAFF AT

5    LSU -- I MEAN, AT LSP?

6    **A.**    IN MY ISSUE -- AND WITH HEARING IMPAIRMENT, I'VE HAD

7    SECURITY OFFICERS CALL ME FROM LINE STAFF UP TO WARDENS SAYING,

8    HEY, CAN YOU PLEASE LOOK AT THIS GUY, CAN YOU GET THE DOCTOR TO

9    LOOK AT HIM, CAN WE GET A HEARING TEST DONE.  SO WE'VE HAD

10   THAT, MENTAL HEALTH EDUCATION.  SO CLASSIFICATIONS, IT'S

11   UNLIMITED AS FAR AS WHO CAN REQUEST ACCOMMODATION, EITHER

12   THEMSELVES OR FOR THAT OFFENDER.

13   **Q.**    AND DO YOU FEEL LIKE THERE'S A GOOD COMMUNICATION AMONG

14   THE STAFF ABOUT THESE TYPES OF THINGS?

15   **A.**    YES.

16   **Q.**    OKAY.  LET'S GO TO THE HOUSING FOR PEOPLE WITH

17   DISABILITIES.  ARE YOU FAMILIAR WITH WHERE THE HOUSING WOULD BE

18   LOCATED AT LOUISIANA STATE PENITENTIARY?

19   **A.**    YES.

20   **Q.**    WHERE WOULD THAT BE?

21   **A.**    WE HAVE ASSISTED LIVING DORMITORIES IN ASH 2 AND CYPRESS

22   2, AND THEN WE HAVE NURSING UNITS 1 AND 2 IN THE HOSPITAL OR IN

23   THE TREATMENT CENTER.

24   **Q.**    AND WHAT ABOUT HICKORY?

25   **A.**    HICKORY 4 IS A HANDICAPPED ACCESSIBLE DORMITORY THAT WE DO

04:02   1   HAVE --

2           **MS. ZARROW:**  OBJECTION, YOUR HONOR.  AND I WOULD MOVE

3   TO STRIKE THAT RESPONSE, JUST AS BEING CONTRADICTORY TO

4   30(B)(6) TESTIMONY REGARDING HIS KNOWLEDGE OF THE ACCESSIBILITY

5   OF THE FACILITIES.

6           **THE COURT:**  DO YOU WANT TO RESPOND?

7           **MS. ROPER:**  I'M NOT SURE THAT IT'S CONTRADICTORY

8   BUT --

9           **THE COURT:**  IT SEEMS TO ME THAT WOULD BE SUBJECT TO

10   CROSS-EXAMINATION.

11           **MS. ZARROW:**  WELL, YOUR HONOR, THIS IS ACTUALLY THE

12   SUBJECT OF A MOTION IN LIMINE ABOUT, YOU KNOW, THE ANTICIPATION

13   THAT DEFENDANTS MAY CONTRADICT 30(B)(6) TESTIMONY.  AND YOUR

14   HONOR ENCOURAGED US TO RAISE THOSE OBJECTIONS AT THE TIME OF

15   TRIAL, BUT I WILL NOTE THAT A SIMILAR ISSUE AROSE IN THE CLASS

16   CERTIFICATION CONTEXT, AND YOUR HONOR HELD THAT DEFENDANTS HAD

17   AN OBLIGATION TO PREPARE THEIR DESIGNEE TO GIVE BINDING ANSWERS

18   AND CANNOT LATER PROFFER NEW OR DIFFERENT ALLEGATIONS THAT

19   COULD HAVE BEEN MADE AT THE TIME OF THE 30(B)(6) DEPOSITION.

20   WARDEN FALGOUT TESTIFIED THAT HE DIDN'T HAVE KNOWLEDGE

21   REGARDING THE ACCESSIBILITY OF THE FACILITIES, AND FOR THAT

22   REASON, WE ACTUALLY HAD TO DEPOSE SOMEONE ELSE AS A 30(B)(6)

23   WITNESS ON THAT SUBJECT.

24           **THE COURT:**  AND MS. ROPER, WHAT WAS THE QUESTION?

25           **MS. ROPER:**  I WAS ASKING HIM WHAT IS HIS KNOWLEDGE OF

THE ACCESSIBILITY OF FACILITIES.

          **THE COURT:**  SO HE WAS DESIGNATED AS A 30(B)(6), BUT

HE WASN'T ABLE TO GIVE TESTIMONY ON THAT PARTICULAR SUBJECT

MATTER, BUT HIS TESTIMONY -- AND SO THEN YOU HAD TO GO ABOUT

THE EXPENSE OF GETTING ANOTHER -- THEY HAD TO GIVE YOU ANOTHER

DESIGNEE ON THAT SUBJECT MATTER.  BUT IF HIS TESTIMONY IS, I

DON'T KNOW WHAT THE ADA QUESTION IS, I MEAN, IT'S CONSISTENT

WITH WHAT HE TOLD YOU IN THE 30(B)(6); IS THAT RIGHT?

          **MS. ZARROW:**  YOUR HONOR, I BELIEVE HE JUST STATED

THAT HICKORY 4 IS AN ACCESSIBLE DORM, AND I WOULD BELIEVE

THAT'S TESTIMONY REGARDING THE ACCESSIBILITY OF THE FACILITIES.

          **THE COURT:**  IF HE SAID HE DOESN'T KNOW WHAT THE

ACCESSIBILITY OF THE FACILITIES IS AND YOU HAD TO DESIGNATE A

NEW 30(B)(6), I TEND TO AGREE WITH THEM.

          **MS. ROPER:**  WELL, YOUR HONOR, HE'S TESTIFYING AS TO

WHAT HE KNOWS AND THE --

          **THE COURT:**  BUT IN A 30(B)(6) DEPOSITION, HE

TESTIFIED UNDER OATH, I DON'T KNOW ABOUT ACCESSIBILITY.  YOU

CAN'T NOW ASK HIM ABOUT ACCESSIBILITY AND HE NOW SOMEHOW KNOWS

ABOUT ACCESSIBILITY WHEN HE DIDN'T WHEN HE WAS A 30(B)(6)

DEPONENT.

          **MS. ROPER:**  YOUR HONOR, AT THE TIME HE WAS A 30(B)(6)

DEPONENT, HE WAS TALKING ABOUT HIS KNOWLEDGE FOR THE DEPARTMENT

OF CORRECTIONS.  TODAY, HE'S TESTIFYING AS TO HIS KNOWLEDGE

AS -- HE IS A NAMED DEFENDANT IN THIS CASE.  HE'S TESTIFYING AS

04:04

1   TO WHAT HIS KNOWLEDGE IS AS HE SITS HERE TODAY.  WHAT THE

2   CONDITIONS WERE AT THE TIME IS WHAT WE'VE BEEN LIMITED TO, BUT

3   AS FAR AS --

4          **THE COURT:**  EXCEPT IT'S CONTRARY TO HIS PRIOR SWORN

5   TESTIMONY.  AND ORDINARILY I WOULD LEAVE THAT TO

6   CROSS-EXAMINATION TO IMPEACH HIM WITH, BUT BECAUSE OF THE

7   PECULIARITY OF THE FACT THAT HE WAS A DESIGNATED, FOR LACK OF A

8   BETTER WORD, CORPORATE AGENCY REPRESENTATIVE, I'M NOT GOING TO

9   ALLOW HIM TO GIVE CONTRARY TESTIMONY.  OBJECTION IS SUSTAINED.

10          **MS. ROPER:**  OKAY, YOUR HONOR.  AND I WOULD LIKE TO

11   PROFFER THAT AND MAKE AN OFFER OF PROOF AT THE END --

12          **THE COURT:**  YOU MAY DO THAT.

13          **MS. ROPER:**  -- ON A PARTICULAR ISSUE.  THANK YOU.

14   **BY MS. ROPER:**

15   **Q.**   MR. FALGOUT, ANOTHER ONE OF YOUR DUTIES BEYOND WORKING

16   WITH ADA ISSUES AT THE TIME DURING 2016 AND -- 2015, 2016, YOU

17   MENTIONED THE QA/QI PROCESS.  CAN YOU TELL ME A LITTLE BIT MORE

18   ABOUT THAT?  WHAT DOES THAT ENTAIL?

19   **A.**   YES.  WITHIN THE TREATMENT CENTER, MY JOB WAS TO GO AND

20   LOOK AT THE DEPARTMENTS WITH THE DEPARTMENT DIRECTORS OR STAFF

21   IN GENERAL, MEET WITH THEM, SEE IF THERE WERE ANY ISSUES

22   RELATED TO QI, QUALITY IMPROVEMENT OR QUALITY ASSURANCE, THAT

23   THEY WOULD POTENTIALLY HAVE, DO RECORD REVIEWS, LOOKING AT

24   THINGS, AND FROM THERE, MOVE FORWARD WITH INITIATION OF QA/QI

25   STUDIES.

**Q.**    AND WHAT IS THAT?  WHAT IS A QA/QI STUDY?

**A.**    WELL, QUALITY IMPROVEMENT IS GOING TO BE LOOKING AT A

PROCESS FROM THE STANDPOINT OF WHATEVER IS EITHER IN PLACE OR

BEING PUT INTO PLACE TO MAKE SURE THAT THAT PROCESS IS EITHER

GOING TO BE AN EFFICIENT, FUNCTIONAL PROCESS, OR IF IT'S

ALREADY EXISTING, TO SEE WHAT CAN BE DONE TO IMPROVE ON THE

PROCESS GOING FORWARD.

**Q.**    AND WHAT TYPES OF PROCESSES WOULD YOU BE LOOKING AT?

**A.**    A MULTITUDE OF THINGS.  WE COULD LOOK AT INFECTION CONTROL

ISSUES, WE COULD LOOK AT RECORDS, WE CAN LOOK AT FROM A

STANDPOINT OF LOOKING AT MAYBE LABS.  IT WAS JUST ANYTHING THAT

WAS WITHIN THE TREATMENT CENTER.

**Q.**    OKAY.  AND WERE MEETINGS HELD IN CONJUNCTION WITH THESE

STUDIES?

**A.**    YES.

**Q.**    OKAY.

**A.**    THERE WERE QUARTERLY MEETINGS THAT WERE HELD.

**Q.**    OKAY.

**A.**    FOR THESE STUDIES.

**Q.**    AND WERE MEETING NOTES KEPT OF THE MEETINGS THAT WERE

HELD?

**A.**    YES, THEY WERE.

**Q.**    OKAY.  AND I'M SHOWING YOU JOINT EXHIBIT 3A, AND THE BATES

NUMBER IS 3-00002.  WOULD YOU TAKE A LOOK AT THAT.

DO WE HAVE ANYTHING MORE RECENT, JOHN?

04:08   1            LET'S LOOK AT 00460, BATES NUMBER FOR THAT.

2            AND CAN YOU TELL ME WHAT THIS IS?

3   **A.**   IT IS A SUMMARY AND MEETING MINUTES FOR THE AGENDA FOR THE

4   2016 FIRST QUARTER QI MEETING, THE QUARTERLY MEETING.

5   **Q.**   OKAY.  AND WHO PARTICIPATES IN THESE MEETINGS?

6   **A.**   IT CAN BE DEPARTMENT HEADS FROM VARIOUS DEPARTMENTS.  THE

7   PRIMARY CORE IS GOING TO BE THE ASSISTANT WARDEN OF HEALTH

8   SERVICES, THE MEDICAL DIRECTOR, MYSELF AT THE TIME, THE

9   DIRECTOR OF NURSING, MAYBE THE ASSISTANT DIRECTOR OF NURSING,

10  AND LIKE I SAID, VARIOUS REPRESENTATIVES, DEPENDING ON WHAT'S

11  GOING ON WITHIN THE STUDIES.

12  **Q.**   OKAY.  AND IN THIS PARTICULAR DOCUMENT, IT LISTS A FEW

13  STUDIES.  IT SAYS ALL BELOW STUDIES WERE TABLED BY TRACY

14  FALGOUT IN THE FOLLOWING ORDER.  WHAT DO YOU MEAN BY "TABLED"?

15  **A.**   THEY WERE BROUGHT TO THE TABLE TO BE DISCUSSED.

16  **Q.**   OKAY.  SO THAT DOESN'T MEAN THAT THEY WERE SHELVED,

17  CORRECT?

18  **A.**   CORRECT.

19  **Q.**   OKAY.  JUST MAKING SURE.

20            CAN YOU TELL ME -- DO YOU RECALL ANY OF THESE STUDIES

21  IN PARTICULAR THAT ARE LISTED HERE AS TO WHAT THE PURPOSE OF

22  THE STUDY WAS, WHAT CAUSED YOU TO USE THAT PARTICULAR TOPIC AS

23  A STUDY?

24  **A.**   WELL, I CAN JUST POINT OUT LIKE THE HIV POST-TEST

25  NOTIFICATION.  THE POST-TEST NOTIFICATION IS DONE BY EITHER

04:09  1    MENTAL HEALTH STAFF OR BY THE PHYSICIAN DEPENDENT UPON WHETHER

2    THE OUTCOME OF THE TEST WAS NEGATIVE OR POSITIVE.

3          IF IT WAS POSITIVE, THEN IT WOULD BE THE PHYSICIAN,

4    THE PRACTITIONER, THAT WOULD DISCUSS THE POSITIVE TEST WITH THE

5    OFFENDER.  IF IT WAS NEGATIVE, THEN IT WOULD BE DISCUSSED BY A

6    MENTAL HEALTH PROFESSIONAL.

7          AND THE POLICY AND IN THE PROCESS, THEIR TIME LIMITS

8    AS FAR AS ONCE THE TEST IS COMPLETED AND ONCE IT GETS TO THE

9    APPROPRIATE EITHER THE PHYSICIAN OR THE MENTAL HEALTH

10   PRACTITIONER, THAT THEY, IN A TIMELY FASHION, GET THE OFFENDER

11   IN AND DISCUSS THE TEST RESULTS WITH THEM.

12   **Q.**   OKAY.  AND THE TOPICS THAT ARE SELECTED FOR STUDY, HOW DO

13   THOSE COME ABOUT?

14   **A.**   SOME OF THEM ARE REQUIRED.  SOME OF THEM ARE VOLUNTARY.

15   AND BY REQUIRED, BOTH OUR EMS AND OUR HOSPICE HAVE STATE

16   LICENSURE THROUGH DEPARTMENT OF HOSPITAL, LOUISIANA DEPARTMENT

17   OF HOSPITAL.  AND BOTH OF THEM HAVE A REQUIREMENT FOR ONGOING

18   QI, SO WE HAVE AN EMS DOCUMENTATION STUDY TO LOOK AT THEIR

19   DOCUMENTATION.  WE HAVE HOSPICE RELATED TO PAIN MANAGEMENT AND

20   BEREAVEMENT FOLLOW-UPS, SO WE HAVE THAT.

21         THE POST-TEST NOTIFICATION WOULD HAVE BEEN SOMETHING

22   THAT IS -- WE WERE LOOKING AT AT THAT TIME TO SEE WHETHER OR

23   NOT THEY WERE MEETING THE POLICY.

24   **Q.**   AND ARE OTHER TOPICS BROUGHT TO YOU BY STAFF MEMBERS AT

25   LSP?

**A.**   YES.   LIKE THE OFFENDER HEALTHCARE PNP DOCUMENTATION, THIS WAS DEALING WITH PROBATION AND PAROLE GETTING DOCUMENTATION FOR CONTINUITY OF CARE ON THOSE OFFENDERS RELEASING WITH MENTAL HEALTH ISSUES TO MAKE SURE THAT MENTAL HEALTH APPOINTMENTS WERE FOLLOWED UP, MAKE SURE THAT THEY HAD MEDICATIONS ACCESSIBILITY, THOSE SORT OF THINGS.

**Q.**   AND WHY IS THAT IMPORTANT?

**A.**   IT'S IMPORTANT FOR CONTINUITY OF CARE.   AS WE ALL KNOW, THE CORRECTIONAL SYSTEM HAS KIND OF BECOME THE DE FACTO MENTAL HEALTH.   SO MOVING THEM BACK OUT INTO THE COMMUNITY, WE WANT TO MAKE SURE THAT THEY HAVE EVERY OPPORTUNITY TO MAINTAIN THE CARE THAT WAS PROVIDED TO THEM INSIDE THE PENITENTIARY.

**Q.**   OKAY.   CAN YOU TELL ME WHAT THIS IS, THIS NEXT PAGE?

**A.**   THIS IS NUMBERS THAT ARE SUBMITTED ON A MONTHLY BASIS BOTH FROM MEDICAL RECORDS AND FROM MENTAL HEALTH.   THEY ARE DEALING WITH DEATHS, THE NUMBER OF DEATHS FROM SUICIDES.   THAT'S GOING TO BE COMING FROM MEDICAL RECORDS, AND THE NUMBER OF STANDARD AND EXTREME WATCHES ARE COMING FROM MENTAL HEALTH.   AND IT GIVES US A GUIDE TO BE ABLE TO TREND AND SEE WHERE WE ARE MONTH BY MONTH AS FAR AS THOSE THINGS, BECAUSE THEY ARE IMPORTANT TO THE RUNNING OF THE OPERATIONS OF MEDICAL AND THE PENITENTIARY AS A WHOLE.

**Q.**   AND SO THIS WAS SOMETHING THAT WOULD HAVE BEEN REVIEWED IN CONJUNCTION WITH ONE OF THE TOPICS THAT WAS ON THE LIST FOR THAT AGENDA?

04:13    1    **A.**    YEAH, YOU WOULD HAVE SEEN IT.  IT WAS DEATHS AND SUICIDE

2    DATA ON THAT.

3    **Q.**    OKAY.  CAN WE GO TO THE NEXT PAGE?

4          AND CAN YOU TELL ME WHAT THIS PARTICULAR FORM MIGHT

5    BE?  THIS LOOKS LIKE AN EMS TYPE OF --

6    **A.**    YEAH, THIS IS THE BODY OF THE STUDY FOR EMS AS FAR AS

7    THEIR CONTACT FORM DOCUMENTATION STUDY.  BASICALLY, WHAT THIS

8    IS IS THAT THERE ARE DIFFERENT FORMS THAT EMS USES IN MAKING

9    CONTACT WITH THE OFFENDERS, AND WE JUST WANTED TO MAKE SURE

10   THAT THEY WERE COMPLETING THE FORMS, AS PER OUR POLICY AND

11   PROCEDURE.

12   **Q.**    OKAY.  SO THAT WAS SOMETHING IN ORDER TO MAKE SURE THAT

13   THE PAPERWORK WAS BEING DONE PROPERLY?

14   **A.**    CORRECT.

15   **Q.**    OKAY.  AND WHAT HAPPENS WITH A STUDY SUCH AS THIS AFTER

16   YOU LOOK AT IT, YOU STUDY IT?  WHAT HAPPENS TO IT WHEN YOU

17   FINISH STUDYING IT?

18   **A.**    WELL, WE USE A FOCUS PDCA METHOD, AND IF YOU LOOK --

19   **Q.**    WHAT DOES THAT MEAN?

20   **A.**    IN THE POLICY, IT TALKS ABOUT THE FOCUS PIECE IS LOOKING

21   AT WHAT IS THERE, LOOKING AT THE OBSERVATION OF WHAT IS -- WHAT

22   IS BEING LOOKED AT.  THEN LOOKING AT WHAT VARIABLES ARE WITHIN

23   THE PROCESS THAT COULD LEAD TO HAVING PROBLEMS IN EFFICIENCY

24   WITH IT, AND THEN FIGURING OUT HOW TO GO ABOUT INITIATING AND

25   ACTUALLY GETTING THE STATISTICAL DATA TO SUPPORT WHAT OUR --

1   WHETHER OUR FINDINGS ARE GOING TO BE POSITIVE, NEGATIVE.  IT

2   DOESN'T MATTER.  THE STATISTICAL DATA IS GOING TO GIVE US WHAT

3   WE NEED.

4          WITH THAT STATISTICAL DATA, IF WE ARE COMPLIANT, THEN

5   WE WILL CONTINUE TO MONITOR IT.  IF COMPLIANCE IS MAINTAINED,

6   THEN WE CAN DISCONTINUE THE STUDY WITH ALWAYS THE POTENTIAL OF

7   GOING BACK TO DO A SPOT CHECK ON IT IN THE FUTURE.  IF THERE'S

8   ISSUES WITH COMPLIANCE BASED ON CERTAIN ASPECTS OF THE POLICY,

9   THEN WE CAN LOOK INTO DO WE CHANGE THE POLICY OR DO WE CHANGE

10  HOW WE ARE DOCUMENTING OR WHATEVER THE STUDY IS ENTAILED TO BE

11  ABLE TO USE THE CURRENT POLICY IN A MORE EFFICIENT MEANS.  AND

12  THEN IF THAT HAPPENS, WE CONTINUE TO WATCH IT UNTIL WE SEE

13  WHERE OUR COMPLIANCE IS GOING.  SO IT'S AN EVOLVING THING.  WE

14  EITHER HAVE IT OR WE DON'T HAVE IT.  AND IF WE DON'T HAVE IT,

15  WE LOOK AT HOW WE CAN MAKE IT BETTER AND MAKE IT TO WHERE WE DO

16  HAVE IT WHERE WE WANT IT AND THEN WE CAN MOVE ON.

17  Q.   AND ASIDE FROM THE PEOPLE THAT ARE SITTING IN THE ROOM

18  STUDYING AND DISCUSSING THESE THINGS, IS ANYONE ELSE INCLUDED

19  IN THAT PROCESS?

20  A.   THE QUARTERLY MEETINGS, ONCE THEY ARE COMPLETED, THAT

21  INFORMATION IS FORWARDED TO THE ASSISTANT WARDEN OF HEALTH

22  SERVICES.  FROM THAT POINT IT GOES TO OUR ADMINISTRATION

23  BUILDING TO THE WARDEN TO THE REGIONAL WARDEN, AND THEN IT GOES

24  TO THE DOC MEDICAL DIRECTOR AT DOC HEADQUARTERS.

25  Q.   OKAY.  AND ONCE THAT INFORMATION IS SENT UP THE CHAIN, DO

1   YOU EVER RECEIVE ANY FEEDBACK FROM THAT?

2   **A.**   YES.  YES, WE DO.  MOST OF THE INFORMATION THAT I RECEIVE

3   AS FAR AS FEEDBACK COMES FROM THE HEADQUARTERS MEDICAL

4   DEPARTMENT BECAUSE THESE ARE MEDICAL.  IF THERE'S SOMETHING

5   THAT THE SECURITY SIDE SAYS THAT, YOU KNOW, THEY MAY BE ABLE TO

6   HELP WITH THIS IN LOOKING AT IT TO MAKE A DETERMINATION OF

7   WHETHER SECURITY CAN HELP MEDICAL, THEN WE'LL LOOK AT THAT.

8   BUT MOST OF THE FEEDBACK COMES FROM DOC MEDICAL.

9   **Q.**   AND WOULD IT BE UNUSUAL TO NOT RECEIVE ANY FEEDBACK ONCE

10  YOU SEND SOMETHING UP THE CHAIN?

11  **A.**   NO, IT'S NOT UNUSUAL.  I MEAN, IT DOES HAPPEN, BUT IT'S

12  NOT ALWAYS THAT WE GOT FEEDBACK.

13  **Q.**   OKAY.  WOULD YOU SAY MORE OFTEN THAN NOT YOU GET FEEDBACK?

14  **A.**   I WOULD SAY WE GOT MORE THAN -- WE DIDN'T GET A LOT OF

15  FEEDBACK UNLESS THERE WAS SOMETHING OF A COMPLIANCE ISSUE.  IF

16  THERE WAS AN ISSUE WITH COMPLIANCE IN ANY GIVEN STUDY, THEN WE

17  WOULD GET FEEDBACK FROM WHAT ARE YOU DOING TO IMPROVE THIS

18  PROCESS, WHERE ARE YOU GOING.  THEY MAY WANT ADDITIONAL

19  INFORMATION ON IT, AND WE WOULD WORK WITH THEM ON THAT.

20  **Q.**   OKAY.  ARE THERE ANY PARTICULAR STUDIES THAT STAND OUT IN

21  YOUR MIND AS BEING OF PARTICULAR BENEFIT TO THE PENITENTIARY?

22  **A.**   I THINK ALL THE STUDIES ARE IMPORTANT TO US.  THERE ARE

23  SOME, OF COURSE, THAT ARE MORE SPECIFIC TO PATIENT CARE.  WE

24  HAD AN ISSUE WITH POST-OP INFECTIONS IN OUR NURSING UNITS AND

25  ANY SPIKE IN A POST-OP INFECTION BECOMES AN ISSUE BECAUSE THE

04:18   1    PATIENT'S BEEN OPENED UP TO SOME DEGREE, AND THAT'S ALWAYS AN
        2    OPPORTUNITY FOR INFECTION, SO WE WERE GETTING -- WE GOT A SPIKE
        3    IN A SPIKE -- I SAY A SPIKE, I THINK WE ENDED UP -- WE HAD IN A
        4    MONTH, WE HAD TWO OR THREE THAT CAME BACK TO US.  THEY CAME
        5    BACK WITH SURGICAL DRESSINGS INTACT.  SO THAT LETS US KNOW THAT
        6    THAT SURGICAL DRESSING STILL BEING INTACT WAS APPLIED IN A
        7    STERILE AREA BEING THE OPERATING ROOM.  SO WE WORKED WITH EARL
        8    K. LONG AT THE TIME TO LOOK AND SEE WHERE IS IT COMING FROM,
        9    IS IT LSP, IS IT EARL K. LONG?  WHAT'S GOING ON BECAUSE WE NEED
       10    TO CORRECT THIS.
       11            IT WENT FOR A WHILE.  WE HAD A LOWERING WHERE WE WERE
       12    FINE, AND THEN I THINK IN 2011, WE WERE AT A POINT WHERE WE
       13    COULD HAVE TAKEN IT OUT OF THE -- JUST DISCONTINUED THE STUDY.
       14    BUT IN MAY OF -- THE SPRING OF 2011, WE HAD A FLOOD.  WE
       15    WERE -- ALL OF OUR MEDICAL PATIENTS WERE MOVED TO HUNT, SO
       16    RATHER THAN KEEP -- DISCONTINUE ANY OF THE STUDIES, WE KEPT
       17    THAT THROUGH UNTIL WE GOT BACK HOME.
       18            ONCE WE GOT BACK, WE HAD A SPIKE OF, I THINK, THREE
       19    AND A QUARTER.  WE KEPT IT GOING FOR A COUPLE MORE TO MAKE SURE
       20    THAT WE KNEW WHAT WE HAD AND MAKE SURE WE HAD IT UNDER CONTROL,
       21    AND THEN I THINK IT WAS PROBABLY SOMETIME IN 2012 THAT THE
       22    STUDY WAS DISCONTINUED BECAUSE OF COMPLIANCE.
       23    Q.    AND WHAT DO YOU MEAN BY THAT?  HOW DID YOU DETERMINE IT
       24    WAS COMPLIANCE?
       25    A.    WE HAD NO POST-OP INFECTIONS ON THE NURSING UNIT EITHER

1    COMING IN OR WHILE THEY WERE IN THE NURSING UNIT BEING TAKEN

2    CARE OF PRIOR TO THAT INCISION HEALING.

3    Q.    AND DID YOU EVER MAKE A DETERMINATION OF WHAT WAS CAUSING

4    THE SPIKE?

5    A.    WE NEVER DID GET DOWN TO THE ROOT OF IT.    THERE WERE

6    THINGS THAT WE LOOKED AT FROM EARL K. AS FAR AS -- WE WENT ALL

7    THE WAY BACK TO THEIR CENTRAL STERILIZATION.    WE WENT AND

8    LOOKED AT OUR STERILIZATION PROCESSES THAT WE UTILIZED TO MAKE

9    SURE ALL OF OUR BIOLOGICALS WERE BEING TAKEN CARE OF AND THEY

10   WERE COMING UP NEGATIVE, THAT WE DIDN'T HAVE SOMETHING GOING ON

11   WITH OUR AUTOCLAVE.    EARL K. LONG DID THE SAME.    I MEAN, THERE

12   WERE PHONE CALLS BACK AND FORTH.    AND WE GOT TO THE POINT TO

13   WHERE WE HAD NO POST-OP INFECTIONS; THAT'S A GOOD THING.    WE

14   WENT THROUGH, I THINK, TWO OR THREE QUARTERS WITH THAT, AND WE

15   WENT AHEAD AND DISCONTINUED THE STUDY AT THAT TIME.

16   Q.    OKAY.    AND IF YOU DETERMINED THAT YOU WERE SEEING A SPIKE

17   OF THAT AGAIN, IS THAT SOMETHING YOU WOULD STUDY AGAIN PERHAPS?

18   A.    WE WOULD REINITIATE THE STUDY, YES.

19   Q.    OKAY.

20   A.    THE FACT THAT A STUDY HAS BEEN DISCONTINUED DOESN'T MEAN

21   THAT IT COMPLETELY GOES AWAY.    IT'S SOMETHING THAT WE'RE

22   CONSTANTLY, ESPECIALLY WITH INFECTION CONTROL, WE'RE

23   CONSTANTLY LOOKING AT THOSE THINGS.

24   Q.    AND IS THERE SOMEONE AT LOUISIANA STATE PENITENTIARY THAT

25   DEALS PRIMARILY WITH INFECTION CONTROL ISSUES?

1  **A.**   WE HAVE AN INFECTION CONTROL DEPARTMENT WITHIN THE NURSING

2  DEPARTMENT THAT THEY DO THE TB SKIN TESTING ON BOTH OFFENDERS

3  AND STAFF.   THEY GIVE THE FLU VACCINES.   BUT THEY DO A LOT MORE

4  THAN THAT.   THEY TRACK INFECTIONS, WHETHER IT BE STDS OR OTHER

5  TYPES OF INFECTIONS, THEY DO SURVEILLANCE ROUNDS IN HOUSING

6  AREAS, IN KITCHENS, THE BATHROOMS INSIDE THE HOUSING AREAS.   SO

7  THEY SWAB AND THEY DO SURVEILLANCE ROUNDS ON A MONTHLY BASIS AS

8  WELL.

9  **Q.**   AND WHO IS IN CHARGE OF THAT DEPARTMENT?

10 **A.**   HONESTLY, FOR THE '15/'16 -- I CAN'T RECALL.

11 **Q.**   SO IT WAS NOT SHERWOOD PORET?

12 **A.**   IT VERY WELL MAY HAVE BEEN SHERWOOD AT THAT TIME.

13 **Q.**   OKAY.

14 **A.**   BUT I'M NOT RECALLING SPECIFICALLY WITHIN THAT YEAR, YEAR

15 AND A HALF.

16 **Q.**   IS IT CURRENTLY SHERWOOD PORET?

17 **A.**   I'M SORRY?

18 **Q.**   IS IT CURRENTLY SHERWOOD PORET?

19 **A.**   YES, IT'S SHERWOOD -- NO, SHERWOOD PORET IS CURRENTLY THE

20 DIRECTOR OF NURSING.

21 **Q.**   OKAY.   AND SO THAT'S NOT UNDERNEATH HIM?

22 **A.**   IT IS NOW AS THE DIRECTOR, YES.

23 **Q.**   OKAY.

24 **A.**   IT'S PART OF THE NURSING DEPARTMENT.

25 **Q.**   OKAY.   AND YOU HEARD DR. MOORE, I KNOW YOU WERE IN HERE

1    FOR HER TESTIMONY, I THINK SHE MENTIONED SOMETHING ABOUT SHE
2    BELIEVED THAT THE PROCESS SHOULD BE A LITTLE MORE ROBUST?
3    **A.**   I'VE HEARD THAT, YES.
4    **Q.**   OKAY.  AND I BELIEVE SHE ALSO TESTIFIED THAT IT APPEARED
5    THAT Y'ALL WERE STUDYING THE SAME THINGS OVER AND OVER?
6    **A.**   THAT WAS HER, YES.
7    **Q.**   DO YOU HAVE ANY COMMENT TO THAT OBSERVATION?
8    **A.**   I THINK THAT OUR STUDIES ARE APPLICABLE TO OUR
9    INSTITUTION.  AND MOVING ON FROM THAT, IF IT'S SOMETHING THAT
10   STILL NEEDS TO BE LOOKED AT FROM A QA OR A QI, AND UNDERSTAND
11   THIS IS NOT JUST -- I KNOW THAT THERE WAS ABOUT CONTINUOUS
12   QUALITY IMPROVEMENT.  WE HAVE A QA, WHICH YOU ASKED ME ABOUT
13   QUALITY IMPROVEMENT, BUT QUALITY ASSURANCE IS MORE OF MAKING
14   SURE THAT THESE THINGS THAT ARE IMPORTANT TO THE RUNNING OF THE
15   MEDICAL DEPARTMENT ARE MAINTAINED.  SO THINGS SUCH AS INFECTION
16   CONTROL STUDIES, YOU WOULD SEE THOSE CONTINUE ON BECAUSE WE
17   WANT TO MAINTAIN A CLOSE HANDLE ON THAT, AND IF THERE WERE TO
18   BE ANYTHING THAT WOULD SPIKE, THEN WE COULD IMMEDIATELY TAKE
19   CARE OF IT.
20   **Q.**   AND SO THAT'S THE QA PART OF THE WHOLE PROCESS?
21   **A.**   CORRECT, YES.
22   **Q.**   WHICH YOU WOULD CONTINUALLY LOOK AND ASSESS, CORRECT?
23   **A.**   YES.
24   **Q.**   OKAY.  AND THAT'S A GOOD THING, RIGHT?
25   **A.**   IT IS.

04:23    1    **Q.**   ARE YOU FAMILIAR WITH THE UTILIZATION OF THE CLINICAL

2    SPACE AT LSP DURING THE 2015, 2016 PERIOD OF TIME, HOW IT WAS

3    BEING USED?

4    **A.**   AT THAT TIME, WE DID HAVE THE NEW BUILDING OUTSIDE.  MY

5    OFFICE WAS -- I HAD AN OFFICE ACROSS THE STREET AT THE EMS

6    BUILDING.  I UTILIZED THAT FOR EDUCATION FOR STAFF.  NOT ONLY

7    DID I DO JUST GENERAL EDUCATION, PART OF MY EDUCATION WAS I DID

8    MONTHLY ARTICLES FOR THE NURSING STAFF AND FOR ANYBODY WITHIN

9    THE MEDICAL TREATMENT CENTER THAT WOULD BE INTERESTED IN IT,

10    PRIMARILY NURSING.  I WAS ALSO A BASIC --

11    **Q.**   LET'S SLOW DOWN ONE SECOND.

12    **A.**   OKAY.

13    **Q.**   WHEN YOU SAY "MONTHLY ARTICLES," WHAT ARE YOU TALKING

14    ABOUT?

15    **A.**   I WOULD PULL FROM VARIOUS RESOURCES ON THE INTERNET

16    ARTICLES THAT WOULD PROVIDE CONTINUING EDUCATION FOR THE

17    NURSING STAFF.

18    **Q.**   AND WHAT TYPES OF RESOURCES WOULD YOU BE ACCESSING?

19    **A.**   ANY RESOURCE THAT I COULD GET MY HANDS ON THAT I COULD

20    DOWNLOAD, HAVE THE NURSING STAFF READ IT, TAKE A POST TEST ON

21    IT, SUBMIT THE INFORMATION AND GET CONTINUING EDUCATION FOR

22    THAT, THAT WOULD GO TOWARD THE LICENSURE OF AN RN AND JUST

23    EDUCATION.

24            THE MORE INFORMATION I CAN GET TO THE NURSING

25    STAFF -- THE WAY I LOOKED AT, THE MORE INFORMATION I COULD GET

04:25  1    TO THEM, THE BETTER OFF THEY WERE.

2    **Q.**    AND WOULD YOU BE DRAWING FROM ANY NATIONAL ORGANIZATIONS

3    OR ANY --

4    **A.**    WITH CONTINUING EDUCATION, AS LONG AS IT WAS ACCREDITED BY

5    THE AMERICAN NURSES ASSOCIATION, FOR INSTANCE.  IF IT WAS

6    APPROVED BY THE LOUISIANA STATE BOARD OF NURSING OR ANY STATE

7    BOARD OF NURSING THAT HAD RECIPROCITY AS FAR AS FOR EDUCATION

8    WITH THE LOUISIANA STATE BOARD OF NURSING.

9    **Q.**    OKAY.  AND YOU SAID HOW OFTEN WAS THAT DONE?

10   **A.**    ON A MONTHLY BASIS, I WOULD PUT OUT AN ARTICLE THAT GAVE

11   THEM USUALLY AROUND TWO HOURS OF CONTINUING ED CONTACT.

12   **Q.**    AND WAS THAT A MANDATORY TRAINING OR WAS THAT SOMETHING

13   VOLUNTARY?

14   **A.**    NO, IT WAS VOLUNTARY.

15   **Q.**    OKAY.  COULD YOU --

16   **A.**    ACCORDING TO OUR EDUCATION REQUIREMENTS WITH ACA, STAFF

17   HAVE TO HAVE 40 HOURS OF CONTINUING EDUCATION.  SO WITH THAT

18   PIECE THAT I WOULD OFFER THEM, THEY HAD THE ABILITY TO OBTAIN

19   24 HOURS A YEAR AS FAR AS THEIR CONTINUING EDUCATION TO MEET

20   THAT REQUIREMENT.

21   **Q.**    AND SO THAT WAS DONE IN AN EFFORT TO MAKE SURE THAT YOU

22   STAYED WITHIN WHAT IS REQUIRED UNDER THE ACA?

23   **A.**    CORRECT.

24   **Q.**    OKAY.  AND DID YOU FEEL THAT THERE WAS A BENEFIT TO THAT

25   PROGRAM AS WELL?

1    **A.**    DEFINITELY, YES.

2    **Q.**    AS FAR AS TRAINING, AND I KNOW THAT YOU ARE TRAINING OTHER

3    NURSES, CORRECT?

4    **A.**    CORRECT.

5    **Q.**    OKAY.  DO YOU TRAIN ANYONE ELSE AT THE PENITENTIARY?

6    **A.**    YES.  I HAD A HAND IN THE HEALTHCARE ORDERLY PROGRAM AND

7    THE HOSPICE VOLUNTEER PROGRAM.

8    **Q.**    OKAY.  TELL ME FIRST ABOUT THE HOSPICE VOLUNTEER PROGRAM.

9    WHAT'S ENTAILED IN THAT TRAINING PROCESS?

10    **A.**    MY PIECE IN THAT WAS TO TRAIN THE HOSPICE VOLUNTEERS ON

11    PROPER BODY MECHANICS AND PROPER ASSISTANCE WITH ACTIVITIES OF

12    DAILY LIVING.

13    **Q.**    OKAY.  AND WHEN YOU SAY YOU'RE TRAINING VOLUNTEERS, IS

14    THAT INMATES OR IS IT PEOPLE FROM THE OUTSIDE?

15    **A.**    ALL OF OUR HOSPICE VOLUNTEERS ARE INMATES, OFFENDERS,

16    YEAH.

17    **Q.**    AND AS FAR AS THE TRAINING, THE ORDERLY TRAINING, ARE WE

18    TALKING ABOUT HEALTHCARE ORDERLIES, JANITORIAL ORDERLIES, WHAT

19    ARE WE TALKING ABOUT?

20    **A.**    NO, HEALTHCARE ORDERLIES.

21    **Q.**    OKAY.  AND WHAT IS THE TRAINING THAT A HEALTHCARE ORDERLY

22    WOULD RECEIVE?

23    **A.**    IT'S A PROGRAM THAT WAS DEVELOPED IN CONJUNCTION WITH -- I

24    GUESS I CAN GO BACK TO THE ORIGIN OF IT OR MAYBE EVEN A LITTLE

25    BIT BEFORE THAT IF THAT'S OKAY.  WE HAD OFFENDERS THAT WOULD

0 4 : 2 8

1    VOLUNTARILY HELP OTHER OFFENDERS.  WE WANTED TO MAKE SURE THAT

2    THEY WERE DOING WHAT THEY NEEDED TO BE DOING TO PROPERLY CARE

3    FOR THEM.  THEY WERE DOING THIS.  WE WOULD FUSS, YOU CAN'T DO

4    THAT, AND THEY SAID, WELL, LET US DO IT, BUT GIVE US SOMETHING

5    CONCRETE TO BASE IT, YOU KNOW, TO GO BY.  SO I GOT A CERTIFIED

6    NURSING ASSISTANT INSTRUCTION MANUAL AND STUDENT WORKBOOKS, AND

7    MY INTENTION WAS TO UTILIZE A CNA PROGRAM, A COMPLETE CNA

8    PROGRAM, AS PART OF A REENTRY.  AT THE TIME, IT WAS CALLED

9    PREP, BUT A REENTRY TO GIVE THESE GUYS AN OPPORTUNITY TO HAVE A

10   TRADE BECAUSE THEY LIKE DOING IT.  THEY FELT THERE WAS A PRIDE

11   IN THEM DOING IT.  SO THAT'S WHERE THAT CAME FROM.

12            THE PROCESS WAS NARROWED DOWN BECAUSE THERE ARE

13   CERTAIN THINGS WITHIN A CNA'S SCOPE THAT THEY COULD NOT DO

14   INSIDE THE PENITENTIARY.  CAPILLARY BLOOD GLUCOSE, THEY CAN'T

15   USE A NEEDLE TO STICK A FINGER TO CHECK A BLOOD SUGAR, THEY

16   CAN'T TAKE VITAL SIGNS, THEY CAN'T DO ANYTHING LIKE THAT, SO WE

17   NARROWED IT DOWN TO THEIR SCOPE OF BEING ABLE TO PROVIDE

18   ASSISTANCE WITH ACTIVITIES OF DAILY LIVING.

19   Q.   OKAY.  AND CAN YOU TELL ME WHAT THIS IS ON -- THAT I'VE

20   JUST PULLED UP -- HAD PULLED UP ON THE SCREEN?  IT'S JOINT

21   EXHIBIT 15, BATES NO. 000 -- I'M SORRY, 00001.

22   A.   YES.  THIS IS THE HEALTHCARE ORDERLY TRAINING PROGRAM

23   COVER SHEET.

24   Q.   OKAY.  AND LET'S GO TO THE FIRST PAGE.  AND ARE YOU THE

25   ONE THAT DOES THE PRESENTATION FOR THIS?

**A.**   AT THIS TIME, YES, I DID.

**Q.**   OH, OKAY, RIGHT, DURING THAT TIME.  AND IS THIS THE -- IS IT A POWERPOINT, OR HOW IS THIS DONE?

**A.**   IT'S A POWERPOINT, YES.

**Q.**   OKAY.  AND HOW LONG DOES IT TAKE TO GO THROUGH THE ENTIRE POWERPOINT?

**A.**   USUALLY A COUPLE OF DAYS, DEPENDING -- IT DEPENDS ON THE VOLUME OF STUDENTS THAT I HAD.  THE MORE STUDENTS, THE MORE QUESTIONS, THE MORE INTERACTION, THE LONGER IT WOULD TAKE, BUT ON THE AVERAGE, TWO, TWO AND A HALF DAYS.

**Q.**   SO WHAT IS THE FORMAT OF THE PROGRAM?  DO YOU JUST STAND UP THERE AND LECTURE OR IS IT QUESTION AND ANSWER AS YOU GO?

**A.**   I GIVE THEM THE INFORMATION AND WE GO BY -- EVERY OFFENDER THAT COMES THROUGH THE PROGRAM GETS A PRINTOUT OF THE COMPLETE POWERPOINT PRESENTATION WITH THREE SLIDES ON THE LEFT AND THE ABILITY TO TAKE NOTES ON THE RIGHT FOR EACH FRAME.  AND AS WE GO THROUGH THEM, I GIVE THEM THE INFORMATION AND I ENCOURAGE INTERACTION WITH THEM.  I ENCOURAGE THEM TO ASK QUESTIONS.  I WANT THE QUESTIONS.

**Q.**   AND THIS IS A FAIRLY LENGTHY POWERPOINT, CORRECT?

**A.**   YES, IT IS.

**Q.**   DO YOU HAVE ANY IDEA ABOUT HOW MANY SLIDES ARE IN THIS POWERPOINT?

**A.**   A COUPLE OF HUNDRED.

**Q.**   OKAY.  AND DOES IT LOOK ABOUT THIS THICK, IN YOUR OPINION,

1  OF WHAT I'M HOLDING UP?

2  **A.**   THAT'S PROBABLY ABOUT IT, YES.

3  **Q.**   ABOUT AN INCH AND A HALF THICK WHEN YOU PRINT IT ALL OUT?

4  **A.**   YEAH.

5  **Q.**   OKAY.  LET'S JUST GO THROUGH THIS JUST BRIEFLY.  WE'RE

6  JUST GOING TO HIT SOME OF THE HIGHLIGHTS.  WE'RE NOT GOING TO

7  GO THROUGH THE WHOLE POWERPOINT OBVIOUSLY.  I DON'T WANT THE

8  JUDGE TO GET REALLY MAD AT ME.  THE FIRST PAGE, YOU JUST START

9  OFF, YOU GO THROUGH THE ROLE OF THE ORDERLY AND THEN WE GET

10  MORE INTO --

11          JOHN, IF YOU COULD JUST GO FORWARD A FEW SLIDES.

12          YOU GO INTO THE PATIENT'S RIGHTS?

13  **A.**   CORRECT.

14  **Q.**   AND THE ETHICS OF --

15  **A.**   OF PROVIDING CARE.

16  **Q.**   PROVIDING CARE, RIGHT?

17  **A.**   YES.

18  **Q.**   SO THAT THEY UNDERSTAND WHAT IS REQUIRED OF THEM AND WHAT

19  IS EXPECTED OF THEM, CORRECT?

20  **A.**   CORRECT.

21  **Q.**   OKAY.  LET'S GO FORWARD.  GO FORWARD.  OKAY.

22  CONFIDENTIALITY IS STRESSED, THAT IT'S VERY IMPORTANT BECAUSE

23  THEY ARE DEALING WITH ISSUES THAT ARE PRIVATE TO THE INMATES?

24  **A.**   CORRECT, YES.

25  **Q.**   OKAY.  ABUSE AND NEGLECT IS ADDRESSED?

1   **A.**   YES.

2   **Q.**   THAT THAT IS NOT TO BE TOLERATED, CORRECT?

3   **A.**   CORRECT.

4   **Q.**   LET'S GO FORWARD.  OKAY.  IT LOOKS LIKE THIS -- WHAT IS

5   THIS SLIDE ALL ABOUT, CARING FOR OTHERS AND DEALING WITH

6   STRESS?  WHAT IS THAT ABOUT?

7   **A.**   THERE ARE A MULTITUDE OF BACKGROUNDS WITH THESE OFFENDERS

8   COMING IN.  AND WE TALK ABOUT, AS YOU CAN SEE RIGHT THERE WITH

9   PREJUDICE AND STRESS, WE TALK ABOUT PRECONCEIVED NOTIONS OF

10  SOMEBODY MAYBE BECAUSE OF THEIR RELIGIOUS AFFILIATION OR THEIR

11  RACE OR THESE THINGS, AND THEY NEED TO KNOW THAT COMING INTO

12  THIS PROGRAM THAT THEY HAVE TO PUT THIS ASIDE.  THEY HAVE TO BE

13  ABLE TO FOCUS ON THE PATIENT THAT THEY ARE ASSISTING, NO MATTER

14  WHAT THE CASE MAY BE.

15  **Q.**   AND BEING A HEALTHCARE ORDERLY, IS THAT SOMETHING THAT IS

16  ASSIGNED OR IS THAT SOMETHING THAT THEY HAVE TO SAY THEY WANT

17  TO DO AND THEN SEE IF THEY CAN ACTUALLY GET IN THE PROGRAM?

18  **A.**   THEY STILL WRITE ME LETTERS ABOUT WANTING TO PARTICIPATE

19  IN THE PROGRAM, AND I KNOW I'M GETTING AHEAD.  BUT YES, THEY

20  VOLUNTEER.

21  **Q.**   OKAY.  SO NO ONE IS MAKING THEM BE A HEALTHCARE ORDERLY?

22  **A.**   NO.

23  **Q.**   OKAY.  AND LET'S JUST PAUSE FOR A SECOND.  HOW ARE THE

24  HEALTHCARE ORDERLY APPLICANTS, FOR LACK OF A BETTER WORD,

25  SELECTED?

**A.**   THE INITIAL SCREENING --

          **MS. ZARROW:**  OBJECTION, YOUR HONOR.  AGAIN, THIS IS
ANOTHER TOPIC THAT WARDEN FALGOUT INDICATED HE DIDN'T HAVE ANY
KNOWLEDGE OF IN HIS 30(B)(6) DEPOSITION.

          **THE COURT:**  THE QUESTION WAS:  HOW ARE THE HEALTHCARE
ORDERLIES SELECTED?

          **MS. ROPER:**  YES, TO BE A PARTICIPANT IN THIS TRAINING
PROGRAM.

          **THE COURT:**  AND CAN YOU ENLIGHTEN ME ON THE 30(B)(6)
AND WHAT THE QUESTION WAS IN THE 30(B)(6) OR WHAT THE
DESIGNATION OF THE SUBJECT MATTER WAS?

          **MS. ZARROW:**  CERTAINLY, YOUR HONOR.  THE DESIGNATION
WAS THE DUTIES, QUALIFICATIONS, AND MANAGEMENT OF ORDERLIES.
DO YOU WANT THE TESTIMONY AS WELL?

          **THE COURT:**  WELL, THE QUESTION IS:  HOW ARE
HEALTHCARE ORDERLIES SELECTED.  AND YOU'RE SAYING THAT THE
SUBJECT MATTER OF THE 30(B)(6) WAS WHAT WERE THEIR DUTIES AND
RESPONSIBILITIES.  THAT'S A BIT DIFFERENT.

          **MS. ZARROW:**  AND MANAGEMENT AS WELL, YOUR HONOR.

          **THE COURT:**  I DON'T THINK SELECTION IS THE SAME
THING.  I WILL OVERRULE THE OBJECTION, ALLOW THE QUESTION.

          **MS. ROPER:**  THANK YOU, YOUR HONOR.

          **THE WITNESS:**  CAN YOU REPEAT THAT, PLEASE?
BY MS. ROPER:
**Q.**   DO YOU KNOW HOW APPLICANTS FOR THE TRAINING PROGRAM ARE

1   SELECTED?

2   **A.**   YES.   THEY GO THROUGH -- INITIALLY, SECURITY WILL PULL

3   THEIR SECURITY JACKET, LOOK AT THEIR CHARGES, MAKE SURE THAT

4   THERE'S NOT ANYTHING THAT WOULD PREVENT THEM FROM PARTICIPATING

5   IN THE PROGRAM.   THE THINGS THAT STAND OUT ARE SEX OFFENSES.

6   IF THEY HAVE A SEX OFFENSE, THEY ARE NOT ALLOWED TO BE IN THE

7   PROGRAM.   IF THEY HAVE ANY WRITEUPS, DEPENDING ON THE SEVERITY

8   OF THE WRITEUP AND THE TIMEFRAME OF THAT WRITEUP GOING BACK,

9   THEY ARE NOT ABLE TO PARTICIPATE IN THAT.

10          FROM THERE, WE LOOK AT THEM FROM A MEDICAL AND A

11   MENTAL HEALTH STANDPOINT, AND AT THAT POINT WHEN THAT IS

12   COMPLETED, THEN WE MOVE FORWARD WITH THIS TRAINING.

13   **Q.**   OKAY.   AND DURING THE PROGRAM, DO YOU MAKE AN ASSESSMENT

14   OF WHETHER YOU THINK SOMEONE IS WELL SUITED FOR THE PROGRAM OR

15   NOT?

16   **A.**   I DO.   PART OF WHAT I TELL THEM GOING INTO THIS IS THAT

17   IT'S NOT FOR EVERYBODY.   THERE ARE GUYS THAT COME IN THAT SAY

18   THEY WANT TO DO THIS AND I GIVE THEM FOREWARNING THAT YOU'RE

19   GOING TO GET YOUR HANDS DIRTY.   THESE ARE THINGS THAT NOT

20   EVERYBODY IS BUILT TO HANDLE FROM THE SIMPLEST THINGS OF

21   HELPING WITH TOILETING TO AS WE GO FURTHER INTO IT, TO DEALING

22   WITH THE DEATH AND THE DYING PIECE.   SO THEY GO INTO THE

23   TRAINING KNOWING THAT THIS MAY OR MAY NOT BE FOR THEM EVEN

24   THOUGH IT'S SOMETHING THAT THEY WANT TO DO.

25          I FIND THAT A LOT OF THE GUYS THAT WANT TO DO THIS

04:36   1   WANT THE PROGRAM BECAUSE THEY HAVE A LIFE SENTENCE.  THEY DON'T

2   HAVE A LOT OF END -- BECAUSE LIFE BEING LIFE IN LOUISIANA.  BUT

3   THEY TELL ME, I WANT TO DO THIS NOW.

4          **MS. ZARROW:**  OBJECTION; HEARSAY.

5          **MS. ROPER:**  AND YOU CAN'T SAY WHAT SOMEONE ELSE TOLD

6   YOU.

7          **THE COURT:**  WELL, LET'S REVISIT THAT.  IF IT'S A

8   PARTY ADMISSION, THEN IT IS -- I WILL STAND CORRECTED, AND IT

9   IS A PLAINTIFF AND YOU HAVE A PUTATIVE CLASS; AM I RIGHT?

10          **MS. ZARROW:**  YOU ARE CORRECT, YOUR HONOR.  HOWEVER,

11   AT THE TIME PERIOD WE'RE DISCUSSING, THERE WAS NO CERTIFIED

12   CLASS AND IT'S NOT CLEAR THAT HE'S DISCUSSING NAMED PLAINTIFFS.

13          **THE COURT:**  MS. ROPER?

14          **MS. ROPER:**  WELL, AS THE CLASS IS ENCOMPASSING --

15          **THE COURT:**  DON'T GLOAT, MR. FERNANDEZ.

16          GO AHEAD.

17          **MS. ROPER:**  AS THE CLASS IS ENCOMPASSING EVERYONE AT

18   LSP THAT HAS EVER BEEN THERE OR IS GOING TO BE THERE, AND WE'RE

19   LOOKING BACK, I THINK THAT IT'S APPROPRIATE FOR HIM TO BE ABLE

20   TO --

21          **THE COURT:**  I'M GOING TO OVERRULE THE OBJECTION.

22          **MS. ROPER:**  THANK YOU.

23   **BY MS. ROPER:**

24   **Q.**   AND WHAT DID THEY TELL YOU?

25   **A.**   THEY WANT THIS TO WORK.  THEY WANT TO BE PART OF THIS

1    PROGRAM BECAUSE IF THEIR SENTENCE IS NOT SHORTENED, IF IT HOLDS

2    TRUE TO FORM, THEN ONE DAY THEY -- I'VE HAD IT DIRECT, I WILL

3    BE IN A BED ONE DAY AND I WANT TO BE ABLE TO GET THE CARE THAT

4    I'M GIVING TODAY TO THESE OLDER GUYS.

5    **Q.**    OKAY.  AND SO THEY WANT TO SEE THIS PROCESS CONTINUE?

6    **A.**    THEY -- THERE'S A VERY FINE LINE IN THIS PROGRAM AS WELL

7    AS THE HOSPICE VOLUNTEER PROGRAM TO MOVE FORWARD, BECAUSE WE'RE

8    IN A MAXIMUM SECURITY PRISON.  AT ANY POINT IN TIME, IF

9    SOMETHING WERE TO OCCUR OF A SERIOUS NATURE, THAT THE PROGRAMS

10    COULD BE SHUT DOWN, AND THEY ARE AWARE OF THAT, AND THEY WANT

11    TO PERPETUATE THESE PROGRAMS.

12    **Q.**    OKAY.  LET'S JUST TOUCH A FEW HIGHLIGHTS.  LET'S GET TO

13    THE MEDICAL PART.  OKAY.  SLOW DOWN.  OOPS, BACK UP.

14            AND SO JUST BRIEFLY, THE PROGRAM COVERS JUST SOME

15    BASIC MEDICAL KNOWLEDGE SO THAT THEY WOULD JUST HAVE AN

16    UNDERSTANDING OF BODY MECHANICS?  OR WHAT IS THE PURPOSE OF

17    THIS?

18    **A.**    BASIC ANATOMY AND PHYSIOLOGY IS GOING TO BE A REVIEW OF

19    SYSTEMS.  IT MIGHT BE THE GENITAL URINARY SYSTEM.  I GIVE THEM

20    A BRIEF ON THE ORGANS WITHIN, WHAT ARE THE BASIC WORKINGS OF

21    IT.  AND THEN I GIVE THEM, WHAT IS NORMAL.  THEY KNOW THAT

22    WITHIN THEIR TRAINING, THAT THERE'S A CERTAIN AMOUNT OF URINE

23    THAT NEEDS TO BE PRODUCED EVERY HOUR TO HAVE NORMAL URINARY

24    OUTPUT.  THEY KNOW THAT --

25    **Q.**    AND WHAT PART OF THEIR JOB DOES THAT CORRELATE WITH,

04:39

1  KNOWING THE OUTPUT OF THE URINE?  WHAT ARE THEY DOING THAT THEY

2  WOULD NEED TO KNOW THAT?

3  **A.**    FROM A STANDPOINT OF THEM BEING AROUND THESE GUYS,

4  ESPECIALLY IN THE ASSISTED LIVING DORMS, THEY KNOW THESE

5  THINGS, THEY CAN -- THEY ARE THE EYES AND THE EARS.  THEY KNOW

6  THAT URINARY OUTPUT IS IMPORTANT.  THEY KNOW THAT IF AN

7  OFFENDER AT THE DORMS HAS NOT URINATED IN 12 HOURS, THEIR WHOLE

8  SHIFT, THAT'S SOMETHING TO BE CONCERNED ABOUT, THAT'S SOMETHING

9  TO LET MEDICAL KNOW ABOUT, AND THEY WILL DO THAT.

10         THEY ALSO GO OVER WHAT ARE THE ABNORMAL, AS FAR AS

11  URINARY.  IF YOU HAVE URINE THAT IS BRIGHT RED, WHAT IS THAT

12  INDICATIVE OF.  AND WE TELL THEM, I TELL THEM, IT'S BLOOD IN

13  THE URINE.  THAT'S A PROBLEM.  YOU KNOW, IF IT'S DARK, THAT'S

14  CONCENTRATED.  IF IT'S GOT A BROWN TINGE TO IT, THAT MAY BE OLD

15  BLOOD.  SO JUST SOME BASIC THINGS TO KNOW WHAT NORMAL IS AND

16  WHAT ABNORMAL IS WITHIN WHAT THEY CAN SEE TO BE ABLE TO GET

17  BACK TO US.

18  **Q.**    ARE THEY TAKING ANY KIND OF MEASUREMENTS AS FAR AS

19  EMPTYING CATHETER BAGS OR ANYTHING ALONG THOSE LINES?

20  **A.**    IN THE NURSING UNIT?

21  **Q.**    IN THE NURSING UNIT THEY DO?  OKAY.

22  **A.**    THAT WOULD BE THE EXTENT OF WHAT THEY WOULD DO WITH ANY --

23  THEY DON'T ANY CATHETER CARE.  THEY DON'T DO ANY CHANGING OF

24  ANY LEG BAGS OR URINARY BAGS.  THEY SIMPLY EMPTY THE BAG INTO A

25  RECEPTACLE THAT'S MEASURED AND THEY WILL LET THE NURSES KNOW

1    THAT IF THEY EMPTY IT, IT MAY HAVE HAD THIS GUY ON HIS SHIFT

2    TODAY, HE WAS ON INPUT AND OUTPUT, AND HIS I AND O -- HIS OUTS

3    WERE 500 CCS.  AND DURING THE DAY WITH THE INFORMATION THEY

4    KNOW ABOUT THE MINIMAL AMOUNT OF URINE PRODUCTION, THEY CAN

5    WATCH THESE BAGS AS WELL DURING THE DAY.

6    Q.   OKAY.  AND THERE'S A SECTION ON MUSCULAR SYSTEM.  WHAT IS

7    THE POINT OF TEACHING THEM ABOUT THE TENDONS AND THE LIGAMENTS?

8    A.   JUST TO HAVE A BASIC KNOWLEDGE OF WHAT THE SYSTEM ENTAILS.

9    IF THERE'S A PATIENT THAT THEY'RE HELPING WITH AS FAR AS WITH

10   ADL'S THAT HAS A STROKE, THAT THEY KNOW, SAY, SOME HALLMARK

11   ISSUES OF IF THEY HAVE A LEFT SIDED STROKE -- IF THEY HAVE A

12   LEFT SIDE WEAKNESS, THAT THEY KNOW SPECIFICALLY WHEN IT COMES

13   TO TRANSFERRING, THAT THE MUSCULATURE IN THE SHOULDER WILL

14   ATROPHY AND BY THAT, BECAUSE OF THE WAY THAT THE JOINT IS MADE,

15   THAT IT WILL SUBLUX, IT WILL FALL OUT.

16           SO AS FAR AS THEM TRANSFERRING A PATIENT TO KNOW THAT

17   WHEN YOU SEE A STROKE AND YOU SEE THIS, DON'T JUST GO GRAB A

18   GUY UNDERNEATH HIS ARMS TO LIFT UP BECAUSE YOU'RE GOING TO

19   CAUSE A LOT OF PAIN IN LIFTING THAT SHOULDER UP, AND SO LOOK AT

20   DIFFERENT MEANS OF HOW YOU'RE GOING TO TRANSFER THIS GUY WHO

21   NEEDS ASSISTANCE TO THE COMMODE, TO THE BED, TO THE WHEELCHAIR,

22   ET CETERA.

23   Q.   OKAY.  AND MR. CONINE, COULD YOU GO FORWARD A LITTLE BIT

24   MORE ABOUT --

25           AND SO IT GOES THROUGH WITH THESE VARIOUS THINGS, AND

1    I WANT TO JUST GO THROUGH QUICKLY OBVIOUSLY.  THE URINARY

2    SYSTEM -- BACK UP ONE.  OOPS, I'M SORRY, JOHN.

3            CHARACTERISTICS OF URINE, THERE WE GO.  AND THAT'S

4    WHAT YOU WERE TALKING ABOUT PREVIOUSLY; IS THAT CORRECT?

5    **A.**   CORRECT.

6    **Q.**   IT JUST KIND OF GIVES THEM AN OVERVIEW OF WHAT IS NORMAL

7    AND WHAT IS NOT?

8    **A.**   RIGHT.

9    **Q.**   WHAT SHOULD BE REPORTED, NOT THAT THEY SHOULD TAKE ANY

10   ACTION OTHER THAN REPORTING IT, CORRECT?

11   **A.**   UH-HUH.

12   **Q.**   OKAY.

13   **A.**   AND THEN THIS SLIDE IS KIND OF INDICATIVE OF THE Q AND A

14   PIECE BECAUSE I WILL ASK THEM, WHAT DOES DARK YELLOW REPRESENT.

15   AND WE WILL GET -- I WILL GET A BASELINE FROM WHAT THEY KNOW,

16   WHAT THEY DON'T KNOW, AND FROM THAT, I CAN GO AHEAD AND

17   CONTINUE TO TEACH THE CLASS AND EDUCATE THEM.

18   **Q.**   OKAY.  LET'S GO FORWARD A LITTLE BIT, JOHN.  LET'S GO

19   FORWARD.

20           OKAY.  HERE'S ONE ON THE CARDIOVASCULAR SYSTEM.

21   **A.**   YES.

22   **Q.**   IT'S JUST KIND OF A BRIEF OVERVIEW OF WHAT THE SYSTEM IS,

23   CORRECT?

24   **A.**   CORRECT.

25   **Q.**   OKAY.  AND WHAT'S THE NEXT SLIDE?  AND THAT JUST KIND OF

1    GIVES THEM A VISUAL SCHEMATIC OF --

2    **A.**    CORRECT.  IT GIVES THEM THE MAIN VESSELS.

3    **Q.**    AND WHAT'S THE POINT OF TELLING THEM ABOUT THAT?

4    **A.**    JUST, AGAIN, A BASIC KNOWLEDGE OF THE SYSTEMS.

5    **Q.**    OKAY.  LET'S MOVE FORWARD.  AND THIS APPEARS TO BE A

6    SECTION ON THE LYMPHATIC SYSTEM?

7    **A.**    CORRECT.

8    **Q.**    OKAY.  AND LET'S GO FORWARD.  RESPIRATORY SYSTEM IS

9    COVERED?

10   **A.**    CORRECT.

11   **Q.**    OKAY.  THE SENSORY SYSTEM.  AND LET'S SLOW DOWN JUST A

12   MOMENT.  WHAT ARE YOU TALKING ABOUT WITH THE SENSORY SYSTEM?

13   **A.**    WELL, THOSE THINGS THAT YOU SEE THERE AS FAR AS THE SIGHT,

14   THE HEARING, THE SMELL, THE TASTE AND THE TOUCH.  IT'S WITH

15   ACTIVITIES OF DAILY LIVING, THE REASON -- THE MAIN REASON THAT

16   THEY ARE DOING THIS IS BECAUSE THAT OFFENDER, TO SOME DEGREE,

17   HAS LOST THE INDEPENDENCE OF BEING ABLE TO DO THESE THINGS THAT

18   WE ALL TAKE FOR GRANTED ON A DAILY BASIS.  SO THE SIGHT, THE

19   HEARING, THE SMELL, THE TASTE, THE TOUCH, THOSE THINGS, IF

20   THEY'RE ABSENT, WHAT ARE THESE GUYS POTENTIALLY FEELING AND HOW

21   CAN YOU HELP WITH THAT KIND OF THING.

22   **Q.**    OKAY.  AND LET'S GO A LITTLE BIT FURTHER.

23            THE DIGESTIVE SYSTEM, THAT'S ALSO COVERED?

24   **A.**    CORRECT.

25   **Q.**    AND NEXT SLIDE, PLEASE.

1      OKAY.  COMMON DISORDERS -- I'M SORRY.  BACK UP ONE.

2      COMMON DISORDERS OF THE DIGESTIVE SYSTEM ARE COVERED,

3   ULCERS, GALLSTONES, THINGS LIKE THAT?

4   **A.**   CORRECT.

5   **Q.**   JUST A GENERAL OVERVIEW OF THE TYPES OF THINGS?

6   **A.**   YES.

7   **Q.**   OKAY.  YOU'RE NOT -- THE POINT OF THIS IS NOT FOR THEM TO

8   PROVIDE CARE TO THE INMATES, IS IT?

9   **A.**   NO, NOT AT ALL.  IT'S FOR THEM TO HAVE A BASIC KNOWLEDGE

10  OF THE SYSTEMS IN THE BODY.

11  **Q.**   OKAY.  AND WHAT IS IT THAT HEALTHCARE ORDERLIES ARE

12  ALLOWED TO DO AS A HEALTHCARE ORDERLY AT LOUISIANA STATE

13  PENITENTIARY?

14  **A.**   HANDS-ON OR ASSISTANCE WITH ACTIVITIES OF DAILY LIVING,

15  AND THAT'S THE END OF IT.

16  **Q.**   AND WHAT IS ENCOMPASSED IN ACTIVITIES OF DAILY LIVING?

17  **A.**   ASSISTANCE WITH BATHING, WITH TOILETING, WITH TRANSFERS,

18  WITH FEEDING, PERSONAL HYGIENE, SOMETHING AS SIMPLE AS BRUSHING

19  THEIR TEETH.  YOU KNOW, WE GO THROUGH THAT.

20  **Q.**   ARE THESE THE TYPES OF THINGS YOU WOULD TEACH A FAMILY

21  MEMBER TO DO IN THE COMMUNITY?

22  **A.**   YES, DEFINITELY.

23  **Q.**   OKAY.  LET'S GO A LITTLE BIT FURTHER.  A SECTION ON THE

24  NERVOUS SYSTEM.  AND THEN THE NEXT SLIDE, I BELIEVE, WAS

25  INFECTION CONTROL.  OKAY.  SO THEY ARE GIVEN INFORMATION ON

1  CLEANLINESS OF THE AREA; IS THAT CORRECT?

2  **A.**    WELL, IT COVERS THAT AND IT ALSO COVERS, AS YOU CAN SEE ON

3  THIS, JUST SOME SIGNS, WHAT WOULD THEY BE LOOKING AT AS FAR AS

4  BASIC SIGNS OF INFECTION.

5  **Q.**    OKAY.  ARE THE HEALTHCARE ORDERLIES ALSO TASKED WITH DOING

6  ANY CLEANING IN THE AREAS WHERE THEY ARE WORKING?

7  **A.**    THEY CAN.  THEY HAVE THAT ABILITY.  NOW, THERE ARE FLOOR

8  OR GENERAL ORDERLIES THAT HAVE THE PRIMARY RESPONSIBILITY OF

9  CLEANING.

10  **Q.**    SO THAT'S A SEPARATE ANIMAL, THE JANITORIAL ORDERLY?

11  **A.**    IT IS.

12  **Q.**    OKAY.

13  **A.**    IT IS.  BUT I CAN SAY THIS WITH ALL HONESTY, THAT THOSE

14  ORDERLIES HAVE SEEN ME GRAB A MOP ON THE NURSING UNIT AND CLEAN

15  UP A MESS.  I LEAD THESE GUYS, AND FROM -- NO MATTER WHERE I

16  HAVE BEEN, TO LEAD BY EXAMPLE.  I'M NOT GOING TO EXPECT THEM TO

17  DO ANYTHING THAT, MYSELF, I'M NOT GOING TO BE EXPECTED TO DO.

18  **Q.**    BUT THERE ARE CERTAIN ORDERLIES THAT THEY ARE TASKED WITH

19  CLEANING?

20  **A.**    CORRECT, THERE ARE.

21  **Q.**    AS OPPOSED TO BEING HEALTHCARE ORDERLIES, CORRECT?

22  **A.**    CORRECT.

23  **Q.**    OKAY.  NOT THAT THEY CAN'T DO SOME JANITORIAL TASKS?

24  **A.**    CORRECT.

25  **Q.**    BUT THERE ARE OTHERS THAT ARE TASKED WITH THOSE DUTIES

1  SPECIFICALLY?

2          **MS. ZARROW:**  OBJECTION, YOUR HONOR.  MS. ROPER IS

3  TESTIFYING.

4          **THE COURT:**  CAN YOU REPHRASE, PLEASE?

5          **MS. ROPER:**  SURE, YOUR HONOR, I'LL REPHRASE.

6  BY MS. ROPER:

7  **Q.**   ARE THERE ANY PARTICULAR ORDERLIES THAT ARE TASKED WITH

8  CLEANING THE FACILITIES?

9  **A.**   YES.  THERE ARE GENERAL ORDERLIES, WHETHER THEY BE

10  REFERRED TO AS JUST GENERAL JANITORIAL ORDERLIES OR FLOOR

11  ORDERLIES, THEIR PRIMARY TASK IS FOR THE CLEANING OF THE AREA

12  THAT THEY ARE ASSIGNED TO.

13  **Q.**   AND THESE ARE NOT THE PEOPLE THAT YOU ARE TRAINING WITH

14  THIS PARTICULAR PROGRAM, RIGHT?

15  **A.**   NO.

16  **Q.**   OKAY.  ALL RIGHT.  LET'S GO ON JUST A LITTLE BIT FURTHER.

17  GO BACK TO HAND WASHING.

18          THERE'S SOME BASIC INSTRUCTION ON PROPERLY WASHING

19  HANDS AND SO FORTH, CORRECT?

20  **A.**   CORRECT.

21  **Q.**   OKAY.  GO DOWN TO THE SECTION ON TRANSFER, JOHN.  I'M

22  SORRY.  I DON'T HAVE THE -- OKAY.  WELL, HERE WE GO.  STOP HERE

23  FOR A MINUTE.

24          COMMUNICATING WITH THE PATIENTS.  THERE IS A SECTION

25  ON VISUALLY IMPAIRED, BLIND PATIENTS, CORRECT?

**A.**    CORRECT.

**Q.**    AND WHAT IS THE PURPOSE OF THAT?

**A.**    WE DO HAVE A POPULATION THAT IS GOING TO BE EITHER LEGALLY BLIND OR WE DO HAVE A FEW GUYS THAT ARE BLIND, SO THIS HELPS THEM IN UNDERSTANDING HOW TO ASSIST THIS PORTION OF THE POPULATION.

**Q.**    OKAY.  LET'S GO DOWN FURTHER, JOHN.  GO BACK ONE.

CONFUSED PATIENT, IT APPEARS YOU HAVE A DISCUSSION ABOUT PATIENTS THAT MAY BE HAVING SOME ISSUES OF WHETHER IT BE DEMENTIA OR ANY OTHER TYPE OF IMPAIRMENT THAT MIGHT CAUSE CONFUSION?

**A.**    CORRECT.

**Q.**    AND IS THAT SOMETHING THAT YOU SEE QUITE OFTEN?

**A.**    WE DO, YES.  AS OUR POPULATION AGES, WE DO SEE IT.

**Q.**    OKAY.  LET'S GO DOWN A LITTLE BIT FURTHER.

OKAY.  AND THIS SECTION ON OBSERVING YOUR PATIENTS, THAT'S JUST -- WHAT IS THE POINT OF THAT?  THAT'S JUST A GENERAL REMINDER OF WHAT THEY NEED TO BE LOOKING FOR?

**A.**    CORRECT.  JUST A GENERAL OBSERVATION OF THE PEOPLE THAT YOU ARE ASSISTING WITH.

**Q.**    ALL RIGHT.  LET'S GO DOWN FURTHER.  JUST JUMP AHEAD.

OKAY.  ACTIVITIES OF DAILY LIVING, AND THIS PARTICULAR SLIDE SAYS THESE ARE THE THINGS WE TAKE FOR GRANTED EVERY DAY, BASICALLY EXPLAINING WHAT IT IS THAT WOULD BE ENCOMPASSED WITHIN THAT?

**A.**   CORRECT.

**Q.**   OKAY.  GO DOWN ANOTHER SLIDE.

         AND EXPLAINING BEING INDEPENDENT FOR THE PATIENTS?

**A.**   YES.

**Q.**   IS THE NEXT SLIDE?  OKAY.  AND HOW THAT MIGHT BE TRAUMATIC

FOR A PATIENT, CORRECT?

**A.**   CORRECT.

**Q.**   OKAY.  SO THAT THEY CAN UNDERSTAND WHAT THE PATIENTS ARE

GOING THROUGH?

**A.**   CORRECT.

**Q.**   OKAY.  GO DOWN SOME MORE, JOHN.

         THIS NEXT SLIDE AT THE BOTTOM WHERE IT SAYS THERE ARE

FOUR WAYS YOU CAN HELP YOUR PATIENTS.  IT LOOKS LIKE YOU'RE

LISTING SOME THINGS.  ONE OF THOSE BEING ASSISTIVE DEVICES.

**A.**   CORRECT.

**Q.**   IS THAT EXPLAINED IN MORE DETAIL TO THE ORDERLIES WHAT YOU

MEAN BY THAT?

**A.**   IT IS, FURTHER ON INTO THE PROGRAM.

**Q.**   OKAY.  AND ADAPTIVE EQUIPMENT?

**A.**   YES, THAT AS WELL.

**Q.**   OKAY.  AND WHAT IS MEANT BY THOSE THINGS?

**A.**   ADAPTIVE DEVICES AND EQUIPMENT ARE GOING TO BE THOSE

THINGS THAT -- A WHEELCHAIR, A WALKER, A CANE, A QUAD CANE, IT

CAN BE ORTHOTIC DEVICES THAT THEY HAVE IN THEIR SHOE, IT'S A

AFO THAT PREVENT FOOT DROP FOR THOSE GUYS THAT ARE AMBULATORY

04:52   1   WITH SOME TYPE OF PHYSIOLOGICAL DAMAGE THAT KEEPS THEM FROM
        2   HAVING THEIR FOOT TO COME UP AT A 90 AND BE ABLE TO PLANTAR
        3   FLEX AND DORSAL FLEX UP AND DOWN.  SO THAT TYPE OF THING IS
        4   UTILIZED FOR SOME OF THE PATIENTS THAT THEY ASSIST WITH.
        5   **Q.**   OKAY.  AND SO THAT'S ALSO COVERED IN THIS PROGRAM AS WELL?
        6   **A.**   YES.
        7   **Q.**   OKAY.  AND WHAT ELSE IS COVERED IN THIS PROGRAM?  I DON'T
        8   WANT TO GO SLIDE BY SLIDE.  JUST THE BASICS OF MOVING FROM THE
        9   BED TO THE CHAIR, THINGS OF THAT NATURE?
       10   **A.**   IT GOES THROUGH SEVERAL DIFFERENT TRANSFERS.  IT GOES
       11   THROUGH FEEDING.  IT GOES THROUGH PERSONAL HYGIENE.  IT GOES
       12   THROUGH SHAVING A PATIENT.  JUST EVERYTHING THAT DEALS WITH
       13   ACTIVITIES OF DAILY LIVING, IT TOUCHES ON AND GIVES THEM
       14   EDUCATION RELATED TO THAT.
       15   **Q.**   OKAY.  AND IN ADDITION TO THIS POWERPOINT PRESENTATION AND
       16   QUESTION AND ANSWER THAT YOU HAVE, IS THERE ANYTHING ELSE THAT
       17   YOU DO TO MAKE SURE THAT SOMEONE IS PREPARED TO BE A HEALTHCARE
       18   ORDERLY?
       19   **A.**   YES, THERE'S A DAY, AND IT LASTS AS LONG AS IT LASTS, I
       20   WILL SAY THAT, THAT I BRING HOSPITAL BEDS, I BRING CANES, I
       21   BRING WALKERS, I BRING ASSISTIVE DEVICES INTO THE HOSPICE
       22   CHAPEL, AND WE GO THROUGH HOW DO YOU MAKE A BED, HOW DO YOU
       23   MAKE AN OCCUPIED BED.  IT'S NOT -- THAT OCCUPIED BED IS GOING
       24   TO BE SOMETHING MORE SPECIFIC TO THE NURSING UNIT, BUT THEY
       25   KNOW HOW TO DO IT, HOW TO ASSIST WITH A PATIENT THAT HAS A

1    WALKER, WITH A WHEELCHAIR, THAT SORT OF THING, HOW TO DO PROPER
2    TRANSFERS IN AND OUT OF A BED, SO WE DO THAT.
3           I UTILIZE SOME OF THE OLDER OFFENDERS THAT HAVE BEEN
4    IN THE PROGRAM FOR A WHILE, I USE THEM IN THE CAPACITY TO
5    ASSIST WITH THOSE THINGS LIKE BED-MAKING THROUGHOUT.  IT'S A
6    BIG OPEN ROOM, I'M ALWAYS MOVING AROUND AND IN CONTACT WITH
7    THESE STATIONS, BUT THEY ALSO PLAY PATIENT FOR ME AS WELL.
8    **Q.**   OKAY.  AND SO THIS IS --
9    **A.**   SO MORE REAL LIFE --
10   **Q.**   MORE OF HANDS-ON?
11   **A.**   -- SITUATIONS, YES.
12   **Q.**   HANDS-ON TRAINING?
13   **A.**   CORRECT.
14   **Q.**   BEFORE YOU PUT THEM OUT?
15   **A.**   TO WORK, YES.
16   **Q.**   TO WORK, OKAY.
17   **A.**   TO START WORKING.
18   **Q.**   AND DOES EVERYONE THAT GOES THROUGH THE PROGRAM GET TO BE
19   A HEALTHCARE ORDERLY?
20   **A.**   NO.
21   **Q.**   AND WHAT ARE SOME REASONS THAT YOU WOULD NOT RECOMMEND
22   THAT THE PERSON BE ALLOWED TO MOVE ON TO THAT POSITION?
23   **A.**   THEY WILL -- I'VE HAD GUYS THAT VOLUNTARILY SAY THIS IS
24   NOT FOR ME, THROUGH THE TRAINING.  AND THAT'S FINE.  I DON'T
25   HAVE A PROBLEM WITH THAT.  LIKE I TELL THEM FROM THE BEGINNING,

04:54  1   IT'S NOT BUILT FOR EVERYBODY.

2         WE'LL HAVE GUYS THAT DURING THE TRAINING JUST ARE NOT

3   APPEARING TO TAKE IT AS SERIOUSLY AS THEY DID COMING INTO IT,

4   AND THERE'S NO ROOM FOR THAT IN THE PROGRAM, SO I'VE EXCUSED

5   GUYS FOR THAT PURPOSE AS WELL.

6   **Q.**   SO YOU'RE PAYING ATTENTION AND LOOKING FOR THAT?

7   **A.**   YES.

8   **Q.**   OKAY.  AND HOW OFTEN DO YOU TRAIN FOR THESE HEALTHCARE

9   ORDERLY POSITIONS?

10  **A.**   WHEN I WAS DOING THIS IN THIS TIMEFRAME, IT WAS MORE OF AN

11  AS-NEEDED.  IF THEY WERE HAVING -- IF GUYS WERE LEAVING FOR

12  WHATEVER REASON AND THEY NEEDED ADDITIONAL PEOPLE TRAINED OR IF

13  THEY HAD A GROUP OF GUYS THAT WANTED THE TRAINING, THEN I WOULD

14  GO AHEAD AND DO A CLASS.

15  **Q.**   OKAY.  DO YOU KNOW ANYTHING ABOUT THE RESPONSIBILITIES OF

16  JUST GENERALLY ORDERLIES?

17  **A.**   GENERAL HOUSEKEEPING.

18  **Q.**   ARE YOU FAMILIAR --

19  **A.**   MOPPING FLOORS, SWEEPING FLOORS, JUST GENERAL CLEANING,

20  CLEANING THE BATHROOMS.

21  **Q.**   ARE YOU FAMILIAR WITH HOW OFTEN THEY CLEAN?

22  **A.**   I'M FAMILIAR WITH THE NURSING UNITS BECAUSE THE NURSING

23  UNITS ARE CLEANED COMPLETELY.  IT'S USUALLY ONCE A SHIFT.

24  HOWEVER, DURING THE DAY, IF THINGS ARE -- IF THERE'S A MESS

25  RELATED TO AN INCONTINENT PATIENT OR SOMETHING LIKE THAT, THEY

04:56   1   ARE ALWAYS IN THERE CLEANING UP.  THERE'S ALWAYS SOMETHING TO

2   CLEAN IN A NURSING UNIT.

3   **Q.**    AND DURING 2015 AND 2016, HOW OFTEN WOULD YOU BE ON THE

4   NURSING UNIT?

5   **A.**    IT WOULD VARY.  YOU KNOW, I HAD OTHER RESPONSIBILITIES, SO

6   I MIGHT BE IN FOR A SHORT -- AS A SMALL INCREMENT OF TIME TO

7   DROP SOMETHING OFF AT THE NURSING UNIT, OR I MIGHT GET

8   SOMETHING FROM ONE OF THE ORDERLIES, HEY, CAN YOU COME SHOW ME

9   THIS.  WE'RE HAVING TROUBLE WITH THIS GUY, COME GIVE ME

10  SOMETHING DIFFERENT ON HOW WE CAN HELP TRANSFER HIM, BECAUSE

11  WHEN WE TRANSFER HIM, HE'S COMPLAINING THAT WE'RE HURTING HIM,

12  SO WE DON'T WANT TO HURT HIM SO WHAT CAN WE DO.  SO IT JUST

13  DEPENDED.  IT WAS NEED.

14  **Q.**    OKAY.  AND THE TIMES THAT YOU WOULD HAPPEN TO GO ONTO THE

15  NURSING UNIT, DID YOU FIND IT TO BE FILTHY?

16  **A.**    NO.

17  **Q.**    DID YOU FIND GARBAGE WITH FLIES AROUND IT?

18  **A.**    NO.

19  **Q.**    DID YOU FIND PILES OF FECES ON THE FLOOR?

20  **A.**    NO?

21  **Q.**    DID IT WREAK OF URINE?

22  **A.**    NO, IT DID NOT.

23  **Q.**    WHAT ABOUT IN THE ASSISTED LIVING DORMS, WOULD YOU HAVE AN

24  OCCASION TO GO ONTO THOSE ASSISTED LIVING DORMS DURING 2015,

25  2016?

A.   I DID NOT HAVE ANY REAL INPUT IN THERE.  I MAY HAVE GONE
ON THOSE DORMS IN THAT TIMEFRAME OR I MAY NOT HAVE.  IF I DID,
IT WAS NOT ON A CONSISTENT BASIS, NO.

Q.   OKAY.  BUT ANY TIME THAT YOU DID GO ON THERE, DID YOU FIND
IT TO BE FILTHY?

A.   NO.

        MS. ZARROW:  OBJECTION, YOUR HONOR.  HE JUST
TESTIFIED THAT HE MAY NOT HAVE GONE INTO THE DORMS DURING THE
RELEVANT PERIOD.

        THE COURT:  SUSTAINED.  THERE WAS A LACK OF
FOUNDATION.

BY MS. ROPER:

Q.   OKAY.  AND WHAT ABOUT THE ATU, DID YOU HAVE AN OCCASION TO
GO ON THE ATU DURING THAT PERIOD OF TIME?

A.   YES.  YES, I DID.

Q.   HOW OFTEN WOULD YOU GO THERE?

A.   AGAIN, IT'S ONE OF THE ENTRANCEWAYS COMING -- IT'S AN
EXTERIOR ENTRANCE, SO WALKING THROUGH, IT JUST DEPENDED.  IF
THERE WAS SOMETHING GOING ON THAT I NEEDED TO ASSIST IN THERE.
ALSO PART OF MY TRAINING AS A BASIC AND A BLS AND ACLS
INSTRUCTOR, I HAD MY HANDS, AND STILL DO, IN THAT ASPECT OF IT
TO TAKE CARE OF EMERGENCIES.

Q.   OKAY.  AND WHEN YOU WOULD GO ON THE ATU, DID YOU FIND IT
TO BE FILTHY?

A.   NO.

1    Q.    OKAY.  DID YOU FIND IT TO BE CLEAN?

2    A.    YES.

3    Q.    DID THE NURSING WARDS APPEAR TO BE CLEAN TO YOU AS WELL?

4    A.    I'M SORRY?

5    Q.    DID THE NURSING WARDS -- I THINK I FAILED TO ASK YOU, DID

6    THEY APPEAR TO BE CLEAN, THE NURSING WARDS?

7    A.    NO, THEY -- IN MY TIMES ON THE NURSING UNITS, YES, THEY

8    WERE CLEAN.

9    Q.    AND ARE YOU FAMILIAR WITH THE UTILIZATION OF THE ORDERLIES

10   ON THE NURSING WARD, WHAT THEY WOULD BE UTILIZED FOR?

11   A.    YES.  AS I STATED BEFORE, THEIR SCOPE IS NARROWED TO

12   ASSISTANCE WITH ACTIVITIES OF DAILY LIVING.

13   Q.    AND AS WELL IN THE ASSISTED LIVING DORMS?

14   A.    THEY WERE TRAINED FOR THAT SCOPE.  I CAN SPEAK ON THAT.

15   THEY WERE TRAINED TO PROVIDE ONLY ASSISTANCE WITH ACTIVITIES OF

16   DAILY LIVING.

17   Q.    OKAY.  SO ANYWHERE THAT THEY WOULD HAVE BEEN STAFFED, THEY

18   WOULD HAVE BEEN LIMITED TO ACTIVITIES OF DAILY LIVING TO YOUR

19   UNDERSTANDING?

20   A.    YES.

21   Q.    OKAY.  THEY'RE NOT ALLOWED TO GIVE MEDICATION?

22   A.    NO, ABSOLUTELY NOT.

23   Q.    THEY DON'T INSERT CATHETERS?

24   A.    NO.

25   Q.    THEY DON'T GIVE INJECTIONS?

05:00    1    **A.**    NO.

2            **MS. ZARROW:**    OBJECTION.    MR. ROPER IS TESTIFYING

3    AGAIN.

4            **MS. ROPER:**    I CAN ASK IT IN A FORM OF A QUESTION.

5            **THE COURT:**    REPHRASE.

6            **MS. ROPER:**    IT IS JUST A QUESTION.

7    BY MS. ROPER:

8    **Q.**    DO THEY GIVE INJECTIONS?

9    **A.**    THEY DO NOT.

10    **Q.**    OKAY.    ARE YOU FAMILIAR WITH THE -- WHAT A DUTY STATUS IS?

11    **A.**    YES.

12    **Q.**    OKAY.    IS THAT SOMETHING THAT IS DETERMINED AS A PART OF

13    THE INTAKE ASSESSMENT?

14    **A.**    IT STARTS AT THE INTAKE.    IT'S COMPLETED ON THE INTAKE OF

15    INTER SYSTEM TRANSFERS BECAUSE THE DOCTOR IS THERE, THEY DO THE

16    ASSESSMENT, THEY DO THEIR EXAMINATION, AND THEY BASE, AT THAT

17    TIME, THE DUTY STATUS.

18            ON INTRA SYSTEM, IF THEY COME IN WITH A RESTRICTED

19    DUTY STATUS, IT'S REALLY SOMETHING THAT IS NOT LOOKED AT

20    BECAUSE UNTIL THEY ARE GIVEN A DUTY STATUS BY AN LSP DOCTOR OR

21    A PRACTITIONER, THEY DON'T GO TO WORK.

22    **Q.**    OKAY.    AND SO LET'S SAY THEY COME FROM ANOTHER DOC

23    FACILITY.    YOU'RE SAYING THEY MIGHT ALREADY HAVE A DUTY STATUS,

24    OR THEY SHOULD HAVE A DUTY STATUS FROM ANOTHER FACILITY, FROM A

25    DOC FACILITY?

05:02   1  **A.**   THEY CAN, BUT THAT'S NOT NECESSARILY THE CASE.  IF THEY

2  COME FROM ELAYN HUNT, ELAYN HUNT HAS, WHICH WE REFER TO AS

3  HRDC, HRDC IS AN INTAKE PORTION OF HUNT.  SO THEY COULD BE

4  THERE AND THEY ARE -- THEY MIGHT BE THERE FOR A COUPLE OF

5  MONTHS AND THEN THEY'RE TRANSFERRED TO A PERMANENT FACILITY.

6  AND WHEN WE GET THOSE, YOU'LL SEE THAT THEY WERE NOT PUT TO

7  WORK AT HUNT, BECAUSE IN THE DUTY STATUS, IT HAS DEFER TO

8  PERMANENT FACILITY.

9  **Q.**   OKAY.  AND WHEN THEY DO COME IN WITH A DUTY STATUS THAT

10  HAS BEEN ASSIGNED, DO THEY KEEP THAT DUTY STATUS UNTIL THE

11  PHYSICIAN AT LSP IS ABLE TO REVIEW IT?

12  **A.**   AGAIN, THAT DUTY STATUS COMING FROM ANOTHER FACILITY IS

13  THERE, IT'S IN THE MEDICAL RECORD, BUT IT'S NOT UTILIZED UNLESS

14  IT'S SIGNED OFF BY ONE OF LOUISIANA STATE PENITENTIARY'S

15  PRACTITIONERS.

16  **Q.**   OKAY.  SO, IN ESSENCE, NOTHING IS CHANGED, BUT THEY ARE

17  NOT PUT TO WORK UNTIL THE --

18  **A.**   CORRECT.  BECAUSE THERE MAY NEED TO BE A CHANGE.  I CAN'T

19  SPEAK FOR THAT BECAUSE THAT'S THE PRACTITIONER.  I CAN JUST SAY

20  THAT UNTIL THAT PHYSICIAN AT ANGOLA SIGNS OFF ON A DUTY STATUS,

21  THERE IS NO DUTY STATUS FOR ANY OFFENDER.

22  **Q.**   OKAY.  AND I BELIEVE YOU SAID EARLIER, AND JUST CORRECT ME

23  IF I'M WRONG, THAT FOR THE INMATES THAT ARE COMING FROM A

24  PARISH FACILITY, THE PHYSICIAN IS THERE AND REVIEWS AS A PART

25  OF THE ASSESSMENT, REVIEWS WHAT'S GOING ON WITH THAT PARTICULAR

05:03   1   INMATE ON THAT DAY?

2   **A.**   CORRECT, AND ASSIGNS A DUTY STATUS AT THAT TIME.

3   **Q.**   OKAY.  ARE YOU FAMILIAR AT ALL WITH WHETHER OR NOT

4   LOUISIANA STATE PENITENTIARY IS ACCREDITED IN ANY WAY BY ANY --

5   **A.**   YES, WE ARE ACCREDITED BY ACA.

6   **Q.**   OKAY.  AND THE ACA IS THE AMERICAN CORRECTIONAL

7   ASSOCIATION; IS THAT RIGHT?

8   **A.**   YES.  YES, IT IS.

9   **Q.**   OKAY.  AND WHAT IS YOUR FAMILIARITY WITH THAT PARTICULAR

10   PROCESS?

11   **A.**   I'VE BEEN INVOLVED WITH IT AT ANGOLA FOR THE LAST THREE OF

12   OUR CYCLES.  I AM ALSO AN ACA AUDITOR.  I'VE BEEN AN ACA

13   AUDITOR SINCE 2014, AND I'VE CONDUCTED AUDITS HERE IN THE

14   STATES AND IN MEXICO.

15   **Q.**   AND ARE YOU ALLOWED TO CONDUCT AUDITS OF YOUR OWN

16   FACILITY?

17   **A.**   NO.  I AM NOT ALLOWED TO CONDUCT AUDITS ANYWHERE IN THE

18   STATE OF LOUISIANA.

19   **Q.**   OKAY.  AND DO YOU KNOW WHETHER THE AUDITORS THAT COME IN

20   TO AUDIT LOUISIANA STATE PENITENTIARY, ARE ANY OF THEM FROM

21   WITHIN THE STATE OF LOUISIANA?

22   **A.**   NO.

23   **Q.**   IS THAT A PROHIBITION?  ARE YOU AWARE?

24   **A.**   THAT IS PART OF THE -- NO ONE FROM A DOC WILL BE ABLE TO

25   PROVIDE AN AUDIT FOR THEIR OWN.  IT'S GOING TO BE FROM OTHER

05:04  1   STATES.  THAT'S ALWAYS THE CASE.

2   **Q.**   OKAY.  AND ARE YOU FAMILIAR WITH HOW THAT PROCESS WORKS,

3   THE AUDITING PROCESS OF A FACILITY UNDER THE ACA?

4   **A.**   YES.  EVERY THREE YEARS, THERE WILL BE THREE PEOPLE,

5   USUALLY A MEDICAL AND TWO SECURITY COME INTO THE FACILITY.

6   THEY DO A COMBINATION OF RECORD REVIEWS.  THEY REVIEW THE

7   STANDARDS THAT ACA PUT TOGETHER FOR US TO MAINTAIN THE

8   COMPLIANCE WITH THOSE STANDARDS.  THERE'S, I THINK, 524 OF THEM

9   AT THIS TIME, GIVE OR TAKE A FEW.  THERE'S 62 MANDATORIES AND

10  THE REST ARE NON-MANDATORIES.  BUT THOSE ARE DONE.  THERE IS

11  ALSO TOURS THROUGH THE FACILITY.  I CAN SPEAK SPECIFICALLY ON

12  MEDICAL THAT WE GO THROUGH AND LOOK AT ALL AREAS WITHIN THE

13  MEDICAL FACILITY AS FAR AS PHARMACY, INFECTION CONTROL, MAKE

14  SURE THAT THEY ARE MAINTAINING THEIR STANDARDS NOT ONLY FOR

15  ACA, BUT ANY STATE LICENSURE THAT SHOULD BE IN PLACE FOR THEM

16  TO RUN.

17          **THE COURT:**  COUNSEL, WE ARE GOING TO NEED TO BREAK

18  FOR THE DAY.  THE COURT HAS AN OBLIGATION.  SO I DON'T KNOW HOW

19  FAR ALONG YOU ARE, BUT WE WILL RECONVENE AT 9:30 IN THE

20  MORNING.

21          **MS. ROPER:**  OKAY.  THANK YOU, YOUR HONOR.

22          **MR. ROBERT:**  WE MADE VERY GOOD PROGRESS TODAY.

23          **THE COURT:**  GOOD.  WE WILL BE IN RECESS UNTIL 9:30.

24          **(PROCEEDINGS RECESSED UNTIL OCTOBER 25, 2019.)**

25                              * * *

1
## CERTIFICATE

2      I, SHANNON THOMPSON, CCR, OFFICIAL COURT REPORTER FOR THE

3 UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF LOUISIANA,

4 CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO

5 THE BEST OF MY ABILITY AND UNDERSTANDING, FROM THE RECORD OF

6 PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

7

8                          *Shannon Thompson*

9                          SHANNON THOMPSON, CCR,

10                         OFFICIAL COURT REPORTER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25