UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH LEWIS, JR., KENTRELL PARKER, FARRELL SAMPIER, REGINALD GEORGE, JOHN TONUBBEE, OTTO BARRERA, CLYDE CARTER, CEDRIC EVANS, EDWARD GIOVANNI, RICKY D. DAVIS, LIONEL TOLBERT, and RUFUS WHITE, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>BURL CAIN, Warden of the Louisiana State Penitentiary, in his official capacity; STEPHANIE LAMARTINIERE, Assistant Warden for Health Services, in her official capacity; JAMES M. LEBLANC, Secretary of the Louisiana Department of Public Safety and Corrections, in his official capacity; and THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS,<br><br>        Defendants. | CIVIL ACTION NO. 3:15-cv-00318<br><br>JUDGE: SDD<br><br>MAGISTRATE: RLB |

## MOTION TO SUBSTITUTE PLEADING

**NOW INTO COURT**, through undersigned counsel, come the Plaintiffs, who request leave of court to substitute the attached Proposed Remedy for the version that was included on pages 284 through 290 of *Plaintiffs' Proposed Findings of Fact and Conclusions of Law* (Rec. Doc. 558-2). Although the July 24, 2019 settlement conference was unsuccessful, preparation for it led Plaintiffs to realize that the language of the Proposed Remedy did not reflect Plaintiffs' most recent drafting, and also led them to identify terms that were ambiguous and needed clarification. Plaintiffs believe the updated version of the Proposed Remedy will be helpful to the Court and will in no way prejudice Defendants. Defendants have informed Plaintiffs that they do not consent to this filing.

        Respectfully submitted by:

        /s/ Mercedes Montagnes

Mercedes Montagnes, La. Bar No. 33287
Amanda Zarrow, La. Bar No. 38105
Nishi Kumar, La. Bar No. 37415
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
Telephone: (504) 529-5955
Facsimile: (504) 595-8006
Email: mmontagnes@defendla.org

Jeffrey B. Dubner (*pro hac vice*)
P.O. Box 34553
Washington, DC 20043
Telephone: (202) 656-2722
Email: Jeffrey.dubner@gmail.com

Daniel A. Small (*pro hac vice*)
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: dsmall@cohenmilstein.com

Bruce Hamilton, La. Bar No. 33170
ACLU Foundation of Louisiana
P.O. Box 56157
New Orleans, Louisiana 70156
Telephone: (504) 522-0628
Facsimile: (504) 613-6511
Email: bhamilton@laaclu.org

Miranda Tait, La. Bar No. 28898
Advocacy Center
600 Jefferson Street, Suite 812
Lafayette, LA 70501
Telephone: (337) 237-7380
Facsimile: (337) 237-0486
Email: mtait@advocacyla.org

Jamila Johnson, La. Bar No. 37953
Meredith Angelson, La. Bar No. 32995
Jared Davidson, La. Bar No. 37093
Southern Poverty Law Center
201 Saint Charles Avenue, Suite 2000
New Orleans, LA 70170
Telephone: (504) 486-8982
Facsimile: (504) 486-8947

Email: jamila.johnson@splcenter.org
meredith.angelson@splcenter.org
jared.davidson@splcenter.org

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/Nishi Kumar

Nishi Kumar