**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOSEPH LEWIS, JR.,** *ET AL.*, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED | **NO. 3:15-CV-00318** |
| **VERSUS** | **CIVIL ACTION** |
| **BURL CAIN, WARDEN, LOUISIANA STATE PENITENTIARY, IN HIS OFFICIAL CAPACITY,** *ET AL.* | **CHIEF JUDGE SHELLY D. DICK** <br><br> **MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR.** |

## MOTION TO WITHDRAW COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Defendants Warden Burl Cain, *et al*.

Colin Clark was previously assigned to represent the Defendants in this matter. He has accepted another position and will be leaving the Louisiana Attorney General's Office. He asserts that the record reflects that a number of attorneys remain will continue to represent the Defendants. Therefore, Defendants respectfully request that he be withdrawn as counsel of record.

WHEREFORE, Defendants pray that Colin Clark be withdrawn as counsel of record.

JEFF LANDRY,
Louisiana State Attorney General

Colin Clark (#33775)
   *Chief of Criminal Appeals*
Louisiana Department of Justice
1885 North 3rd Street, P.O. Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6200
Facsimile: (225) 326-6297
ClarkC@ag.louisiana.gov

## **CERTIFICATE OF SERVICE**

I do hereby certify that, on this 9th day of October 2019, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system which gives notice of filing to all counsel of record. Counsel of record not registered in the CM/ECF system were served via other means.

                                        **/s/ Colin Clark**
                                        Colin Clark (#33775)