UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH LEWIS, JR., ET AL. | CIVIL DOCKET |
| VERSUS | 15-318-SDD-RLB |
| BURL CAIN, ET AL. | |

### ORDER

This matter is before the Court on Plaintiffs' *Motion to Substitute Plaintiffs' Proposed Remedy*.[1]  Although Plaintiffs advised the Court in their motion that Defendants did not consent to the relief requested, Defendants have failed to oppose this motion and offer any argument to contradict Plaintiffs' supporting argument.

Accordingly, Plaintiffs' *Motion to Substitute Plaintiffs' Proposed Remedy*[2] is GRANTED.

Signed in Baton Rouge, Louisiana on October 17, 2019.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. No. 564.
[2] Rec. Doc. No. 564.

Document Number: 57502