UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH LEWIS, JR., ET AL. | CIVIL DOCKET |
| VERSUS | 15-318-SDD-RLB |
| BURL CAIN, ET AL. | |

## ORDER

This matter is before the Court on Plaintiffs' *Motion to Substitute Plaintiffs' Proposed Remedy*,[1] which the Court granted.[2] However, rather than substitute only the remedy portion of Plaintiffs' memorandum, Plaintiffs' Post-Trial memorandum, originally 298 pages, was substituted entirely by Plaintiffs' substituted remedy. Thus, the current record does not contain Plaintiffs' Post-Trial Memorandum. Counsel for Plaintiffs are hereby ordered to confer with the Clerk of Court's Office to correct the docket by close of business Wednesday, January 8, 2020.

Signed in Baton Rouge, Louisiana on January 6, 2020.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. No. 564.
[2] Rec. Doc. No. 571.

Document Number: 58631