**Nishi Kumar**

| | |
|---|---|
| **From:** | Jeffrey Dubner <jeffrey.dubner@gmail.com> |
| **Sent:** | Thursday, March 26, 2020 4:50 PM |
| **To:** | Randy Robert |
| **Cc:** | John Conine; Jeffrey Cody; Caroline Tomeny; Randal J. Robert; Keith J. Fernandez; Connell L. Archey; Mercedes Montagnes; Rebecca Ramaswamy; Jared Davidson; Jamila Johnson; Bruce Hamilton; rlospennato@advocacyla.org; Nishi Kumar |
| **Subject:** | Re: Lewis v. Cain: Urgent Client Concerns in light of COVID-19 - Immediate Response Requested |

Randy,

Thank you for your email. To be clear, we represent a certified class of all inmates at Angola who have alleged -- and proven -- that the DOC's medical system exposes them to an unconstitutional risk of serious harm. We have an ethical and fiduciary duty to determine whether emergency relief is required while we await the District Court's order remediating that risk. If Defendants are not willing to provide us with the information we need to determine whether action is necessary, we will have no choice but to request that the Court reopen limited discovery to determine if injunctive steps are needed. We requested a meet and confer in the hopes of avoiding that possibility and ensuring that our need to protect our clients poses the least burden possible on DOC. If we must seek relief from the Court, it will not be to "interfere" with DOC's operations but to ensure that our clients are safe despite your intransigence. Of course, we would prefer to work with Defendants to avoid the need of going to court, but that will require cooperation between the parties given the urgent circumstances.

Below are the types of information we will need to ensure that emergency relief is not necessary at this time. Again, we are more than willing to discuss with you and/or DOC the least intrusive way to get this information.

- Weekly population numbers for people housed at Angola beginning January 1;
- Documentation of Angola's criteria for transport to an outside hospital for confirmed or suspected COVID-10 infection;
- Documentation of trips to outside hospitals, including but not limited to ambulance runs and requests to transport by both Angola and the outside hospitals;
- Any criteria for who is being given a COVID-19 test and information on who is administering that screening;
- How many ventilators are available at Angola and where those ventilators are located;
- Documentation of medical supply inventory currently available at Camp J and anywhere else staff or patients with confirmed or suspected COVID-19 are being held;
- Monthly medical staffing reports beginning January 1;
- Any written materials, handouts, or presentations being used to educate staff and patients on COVID-19 or preventive measures;
- Weekly reports of how many people have been tested for COVID-19 and the results of those tests;
- Plans for infection surge and corresponding impact on staffing and facilities and equipment;
- Identity of any working group/committee on COVID-19 response, including membership, and any documents generated;
- Clinical guidance provided to medical staff for screening and treatment;
- Plans for social distancing;
- Plans for screening of and precautions for medically vulnerable people.

Again, we would appreciate the opportunity to speak with you at your earliest convenience. If we do not hear from you by 5:00 p.m. tomorrow, Friday March 27, we will move for appropriate relief before the Court.

In the meantime, we are reviewing the plan you provided and will convey our concerns as soon as possible.

Regards,
Jeff

On Wed, Mar 25, 2020 at 4:04 PM Randy Robert <Randy.Robert@butlersnow.com> wrote:

Jeff:

Thank you for your concerns for the well-being of the offender population at Louisiana State Penitentiary.  You may rest assured that the main priority of Secretary Le Blanc, DOC officials and LSP staff during the COVID-19 emergency declaration is the health and safety of our incarcerated population at LSP.

In order to limit offender exposure to COVID-19, Warden Darrel Vannoy ordered implementation of the attached LSP Continuity of Operations Plan ("COOP") as updated in March 2020 to comply with applicable US Centers for Disease Control and Prevention ("CDC") guidelines.

Below is a bullet point summary of some of the key issues that LSP is addressing with offenders to both avoid exposure to the virus and provide for increased family contact:

- Offender movement within the facility has been restricted, and reverse isolation is being practiced with our most vulnerable population to protect those prisoners from unnecessary exposure to staff.  LSP staff in these areas are required to wear masks and only make contact when absolutely necessary.

- Lines for pill call are being alternated.  Medicine is distributed unit by unit so that offenders from different units do not come into contact with one another.

- Meal times are also being alternated, and the dining facilities are being both cleaned and sanitized before and after each unit has meal time. Yard time is also being allocated on a unit by unit basis.

- Transfers between DOC facilities and/or local facilities have been suspended indefinitely absent extenuating circumstances, and any offender transferring into LSP is required to quarantine for a 14-day period.  If the offender develops symptoms, he is placed into isolation.

- Any LSP offender presenting with symptoms is given both a flu test and COVID-19 test.

- All employees entering the facility are screened daily by means of a temperature check and a series of questions regarding COVID-19 symptoms and recent travel.

- Offenders are currently being provided two free telephone calls per week, and Warden Vannoy has chosen to allow any offender being moved into quarantine or isolation a free telephone call to update family or friends.
- Offenders are being provided with soap and sanitizer free of charge though out the duration of this event.

Our current procedures ensure that proper housing, housekeeping, nutrition, medical care, and sanitation requirements are met despite the additional challenges to staff and the offender population. As the situation continues to evolve, LSP staff is ready to adapt as necessary.

We hope that this response will help to alleviate your concerns.  DOC and LSP officials are working round the clock to protect the inmate population from exposure to this virus.  LSP has adequate supplies and tests to satisfy its current needs. **As of today, there have been no positive tests among the inmate population at Angola**. We are providing you with detailed information regarding the efforts being undertaken and we hope that you will allow DOC and LSP officials to do their jobs without interference. At this time DOC and LSP do not need your assistance in dealing with this event and we decline your invitation to meet and confer later this week.

Regards - Randy

**Randal J. Robert**

**Butler Snow LLP**

D: (225) 325-8735 | F: (225) 325-8800

445 North Boulevard, Suite 300, Baton Rouge, LA 70802

Randy.Robert@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

**From:** Jeffrey Dubner <jeffrey.dubner@gmail.com>
**Sent:** Monday, March 23, 2020 3:22 PM
**To:** Randy Robert <Randy.Robert@butlersnow.com>
**Cc:** John Conine <coninej@scwllp.com>; Jeffrey Cody <jeffreyc@scwllp.com>; Caroline Tomeny <caroline@scwllp.com>; Randal J. Robert <RANDY@kswb.com>; Keith J. Fernandez <Keith@kswb.com>; Connell L. Archey <CONNELL@kswb.com>; Mercedes Montagnes <MMontagnes@defendla.org>; Rebecca Ramaswamy <RRamaswamy@defendla.org>; Jared Davidson <Jared.Davidson@splcenter.org>; Jamila

Johnson <JJohnson@defendla.org>; Bruce Hamilton <bhamilton@laaclu.org>; rlospennato@advocacyla.org; Nishi Kumar <NKumar@defendla.org>
**Subject:** Re: Lewis v. Cain: Urgent Client Concerns in light of COVID-19 - Immediate Response Requested

Counsel,

In light of the evolving and urgent situation facing all of our clients at Angola due the mounting concerns of a COVID-19 outbreak in jails and prisons across the state, we think it makes sense to schedule a meet and confer to discuss the situation in addition to having your clients respond to our previous request. In order to protect our clients while we await the Court's ruling, we anticipate that there is additional, ongoing information we will require in addition to our request for the DOC and Angola plans. As we said in our previous email, we understand how complex the situation is for your clients and hope that we can aid the DOC in keeping Angola's inmates safe and informed. We are happy to discuss further any time this week that is convenient for you. We would also request that someone from the DOC be present at the meet and confer.

Best,

Jeff

On Fri, Mar 20, 2020 at 2:14 PM Jeffrey Dubner <jeffrey.dubner@gmail.com> wrote:

Randy,

Thank you for your email. Tuesday or Wednesday is fine with us. We'll look forward to your response.

Again, we wish you all the best in these difficult times.

Regards,

Jeff

On Fri, Mar 20, 2020 at 1:35 PM Randy Robert <Randy.Robert@butlersnow.com> wrote:

Jeff:

Thanks for you deep heartfelt concerns for us.  We appreciate the lovely sentiments.

I have passed you concerns on to those on the frontline at DOC and they have agreed to provide you with a reasonable response to your inquiry. As you are well aware, DOC officials have pressing matters and cannot respond to you "immediately."  However, I anticipate that we will be able to provide you with a response by Tuesday or Wednesday of next week.

Regards - Randy

**Randal J. Robert**

**Butler Snow LLP**

D: (225) 325-8735 | F: (225) 325-8800

445 North Boulevard, Suite 300, Baton Rouge, LA 70802

Randy.Robert@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

**From:** Jeffrey Dubner <jeffrey.dubner@gmail.com>
**Sent:** Thursday, March 19, 2020 8:38 PM
**To:** John Conine <coninej@scwllp.com>; Jeffrey Cody <jeffreyc@scwllp.com>; Caroline Tomeny <caroline@scwllp.com>; Randal J. Robert <RANDY@kswb.com>; Keith J. Fernandez <Keith@kswb.com>; Connell L. Archey <CONNELL@kswb.com>
**Cc:** Mercedes Montagnes <MMontagnes@defendla.org>; Rebecca Ramaswamy <RRamaswamy@defendla.org>; Jared Davidson <Jared.Davidson@splcenter.org>; Jamila Johnson <JJohnson@defendla.org>; Bruce Hamilton <bhamilton@laaclu.org>; rlospennato@advocacyla.org
**Subject:** Lewis v. Cain: Urgent Client Concerns in light of COVID-19 - Immediate Response Requested

Counsel,

We hope this email finds you all safe and healthy. In light of the rapidly escalating numbers of confirmed cases of COVID-19 across the state, we are reaching out because we are concerned about the health and well-being of each of our 6000+ clients housed at Angola. As we are sure you have heard, the virus that

causes COVID-19 is easily spread in institutional settings like Angola and typical prevention measures – such as avoiding close contact and frequent cleaning and disinfecting of surfaces – are not always possible in jails and prisons. With so many of our clients already at high risk of complications and death from COVID-19 due to advanced age, chronic medical conditions, or otherwise compromised immune systems, we think everyone would agree that measures must be put in place to prevent a widespread outbreak and provide medical care to anyone who may exhibit symptoms in the future.

We know the DOC and Angola staff are likely overburdened right now and we do not want to do anything to impede their efforts on behalf of our clients. We simply request that you share whatever plan the DOC has put in place in response to the COVID-19 pandemic and that we are timely provided with updated versions as that plan evolves. It is vital that we have access to this information as it impacts the immediate safety of our clients. We urge you to share those plans with us as soon as possible.

Thank you for your help. This is a concerning time for everyone and we hope you all are able to take the necessary precautions to keep yourselves and your loved ones safe.

Best,

Jeff

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law office and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

**CONTINUITY OF OPERATIONS PLAN**

# LOUISIANA STATE PENITENTIARY

COOP

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**



## Darrel Vannoy—Warden

### March 2020

Louisiana Department of Public Safety and Corrections

Louisiana State Penitentiary COOP
_____

**THIS PAGE IS INTENTIONALLY BLANK**

Louisiana Department of Public Safety and Corrections

Louisiana State Penitentiary COOP

_____

## TABLE OF CONTENTS

I.      **Concept of Operations**     **1**

    A.     **Phase I: Activation and Relocation**     **1**

        1.     **Decision Process**

        2.     **Alert, Notification, and Implementation Process**

        3.     **Leadership**

    B.     **Phase II: Alternate Facility Operations**     **5**

        1.     **Mission Critical Systems**

        2.     **Vital Files, Records, and Databases**

    C.     **Phase III: Reconstitution**     **5**

        1.     **Overview**

        2.     **Procedures**

        3.     **After-Action Review and Remedial Action Plans**

II.     **COOP Planning and Responsibilities**     **7**

III.     **Logistics**     **8**

    A.     **Alternate Location**

    B.     **Interoperable Communication**

IV.     **Testing Training and Exercise**     **9**

V.     **Multi-Year Strategy and Program Management Plan**     **10**

VI.     **COOP Plan Maintenance**     **11**

**Annex A:  Alternate Location (Primary)**     **12**

**Annex B:  Alternate Location (Secondary)**     **13**

**Annex C:  Alternate Location (Tertiary)**     **14**

**Attachment 1 –LSP Organizational Chart**

**Attachment 2 – Orders of Succession Organizational Chart**

**Attachment 3 – Essential Functions**

**Attachment 4 – Evacuation Plan**

**Attachment 5 – EOP Annex 9 LSP Angola Mass Evacuation Plan**

**Attachment 6 – LSP Angola Evacuation Emergency Housing Action Plan**

**Attachment 7 – LSP Full Scale Evacuation Plan**

**Attachment 8 – Pandemic Flu Plan**

**Attachment 9 – Vehicle Roster**

**Attachment 10 – Approved Drivers List**

**Attachment 11 – Employee Telephone Listing**

Louisiana Department of Public Safety and Corrections

Louisiana State Penitentiary COOP
_____

**THIS PAGE IS INTENTIONALLY BLANK**

Louisiana Department of Public Safety and Corrections

Louisiana State Penitentiary COOP
_____

## I.    CONCEPT OF OPERATIONS

Louisiana State Penitentiary (LSP) directs and controls emergency/disaster operations in accordance with Departmental Regulation No. OP-B-1 "Incident Management Center," through the Incident Management Center (IMC) located at Corrections Services Headquarters, 504 Mayflower, Baton Rouge, LA. Should the IMC become inoperative, isolated and/or unusable, the Secretary or his designee, shall issue relocation instructions to B. B. Rayburn Correctional Center (RCC) located at 27268 Highway 21 in Angie, Louisiana.

### A.    Phase I: Activation and Relocation

### 1.    Decision Process

The necessity for activation of the COOP plan for LSP may come with or without warning. In instances where circumstances and time allows, the COOP activation decisions will be made by the Warden or his designee. In cases where circumstances or time does not allow for the activation to be made in this manner, the decision will be made by the senior chain of command authority available at that time. The decision will, as time and circumstances allow, be made in a logical risk assessment manner taking into account Situational Reports (SITREPs) from the IMC, Governor's Office of Homeland Security and Emergency Preparedness, Emergency Operations Center (GHOSEP, EOC) or credible information from any other competent agency or authority such as parish or municipal emergency management, fire or law enforcement, industry incident alerts or similar credible information sources.

### 2.    Alert, Notification, and Implementation Process

In the event of an alert to pending or possible COOP activations, Louisiana State Penitentiary (LSP) Control Center will notify all Corrections Services Senior Staff (Regional Warden, Chief of Operations, Secretary) and LSP Staff according to Attachment 1 – LSP Organizational Chart of this plan via electronic, telephonic (First Alert System) or radio communication. Senior Staff will, utilizing all available contact / notification resources such as "calling trees," e-mail groupings, or direct contact, make immediate notification to their respective staffs / personnel of the alert and relative information. All staff must be mindful that situational circumstances are very likely to preclude any opportunity to provide timely alert to COOP activation but rather result in COOP activation notification only.

Notification of COOP activation will likewise be issued in similar fashion, time and circumstances allowing. Event circumstances may require the use

_____

of the most expedient or direct method of notification possible to maximize implementation/response while minimizing time. Notification of COOP activation requires immediate implementation. The scope of implementation will be dictated by the circumstances with the greatest potential risk or impact being assumed.

COOP plan implementation will begin immediately upon notification. Implementation will be supervised and coordinated through the chain of command with full communications not only vertically (up and down) through the chain of command but laterally as well to minimize miscommunication, dispel rumors/misinformation and facilitate efficient plan implementation (see Attachment 2 – Orders of Succession Organizational Chart and Attachment 7 – LSP Full Scale Evacuation).

3.    **Leadership**

**Orders of Succession**

The following organizational chart outlines the chain of command or supersession within the Institution. Authority of each position may be delegated if required for the efficient management of the emergency event. Succession orders may be verbally conveyed by senior chain of command authority with instructions to assume the authority of that position should event circumstances necessitate such orders. Direct instructions for response or operations should accompany the instructions to assume authority. The LSP Orders of Succession organization chart is contained in this plan as Attachment 3.

**LSP**

1. Corrections Warden 5
2. Deputy Warden Security
   - Asst. Warden Security
     o Asst. Warden Outcamps
       ▪ Outcamp Asst. Wardens
         • Outcamp Colonels
     o Asst. Warden Main Prison
       ▪ Main Prison Asst. Wardens
         • Main Prison Colonels
     o Asst. Warden Support Services
       ▪ Asst. Warden Field Operations
3. Deputy Warden Operations
   - Asst. Warden Health Services
4. Deputy Warden Programming
   - Asst. Warden Programming
   - Asst. Warden Adminsitrative Services

_____

Delegations of Authority

The authorities for policy determinations and operational decisions will follow the LSP organizational chart (Attachment 1) or during times of COOP activation and implementation, the order as defined in the Essential Functions (Attachment 3) and Orders of Succession.

Operational authorities for certain functions, at the Warden's discretion, may be pre-determined.  Functions subject to pre-determination include:

•     Major medical/health incident management to be under the direction of the Deputy Warden/Operations, LSP's Medical  Director and/or the Department's Medical Director

•     Major multiple tactical unit deployment management to be under the direction of LSP's Tactical Unit Coordinator and/or the Department's Tactical Unit Coordinator.

Emergency management operations to be under the command of the designated Incident Commander in compliance with National Incident Management System (NIMS) / Incident Command System (ICS) and Incident Management Center (IMC) operations to be under the direction of the IMC Director.

Additional delegations of authority may be designated by the appropriate command authority as necessary.  Pre-determined delegations of authority may be cancelled by the appropriate command authority when circumstances or situational requirements dictate the appropriateness of such cancellations or the return to normal delegations of authority is warranted.

**Devolution**

LSP under a worst-case scenario where the Warden and command staff are unavailable or incapacitated will transfer command authority to the Chief of Operations or his designee.

The decision to implement the measures required under devolution scenario will be made by the highest-ranking available command authority. Essential functions, which have been identified and enumerated on a priority basis, are contained and located within this plan as Attachment 3.

_____

**B.    Phase II: Alternate Facility Operations**

**1.    Mission Critical Systems**

| SYSTEM NAME | CURRENT LOCATIONS | OTHER LOCATIONS |
|---|---|---|
| Offender Records | LSP Admin Bldg | EHCC |
| Offender Banking | LSP Admin Bldg | HDQ |
| Computer Servers | LSP Admin Bldg/Infirmary/IT Building | HDQ |
| Offender Medical Records | LSP Infirmary | EHCC |
| Human Resource Employee Files | LSP Admin Bldg | HDQ |
| Purchasing/Budgeting | LSP Admin Bldg | HDQ |

**2.    Vital Files, Records, and Databases**

Records management policy is in accordance with Department Regulation No. A-01-009 (AM-D-1), "Records Management" which incorporates the requirements          mandated by the Division of Administration.  Critical Mission Data Systems as noted in the above matrix are replicated and maintained at OIS HQ.  The LSP server contains electronic copies of Department emergency operations plans, COOP Plans, telephone rosters, devolution contact list and legal authority contact.  LSP provides the Corrections Incident Management Center (IMC) with hardcopies of the above items.  The COOP plan will be updated annually, and is likewise distributed and available to all LSP senior staff offices and personnel.

| Vital File, Record, or Database | Form of Record (e.g., hardcopy, electronic) | Pre-positioned at Alternate Site | Hand carried to Alternate Facility | Backed up at Third Location |
|---|---|---|---|---|
| COOP Plan | Electronic/HARDCOPY | X | X | |
| Phone Roster | Electronic/HARDCOPY | X | X | |
| Devolution Contact List | Electronic/HARDCOPY | X | X | |
| | | | | |
| | | | | |

**C.    Phase III: Reconstitution**

**1.    Overview**

Initially, key senior and executive staff as well as critical support staff may be required to be "on-duty: either in person or by electronic means, 24/7. As the emergency event stabilizes and recovery steps are initiated, staff will be scaled back at the alternate work location as appropriate.  Select key staff may be detailed to the event location so on-site decisions can be made to facilitate speed of recovery.

**2.    Procedures**

Upon the emergency event being resolved or operationally under control, staff assigned to the alternate site location will be transitioned back to the primary work site as a group.  The group move will preclude key staff being

Louisiana Department of Public Safety and Corrections

Louisiana State Penitentiary COOP

_____

at different locations, which inherently compound communication, and decision-making difficulties. At such time as the staff can be safely and securely returned to their primary work site, a date and time will be transmitted to all department staff.

3.    **After–Action Review and Remedial Action Plans**

Within time frame guidelines established by the Secretary's office, the emergency event and related responses will under go an After-Action Review and as necessary appropriate remedial action plans developed.

Louisiana Department of Public Safety and Corrections

Louisiana State Penitentiary COOP

_____

## II.    COOP Planning Responsibilities

| RESPONSIBILITY | POSITION |
|---|---|
| Update COOP Annually | Warden, Deputy Warden Operations, DW Security, DW Programming,  AW Admin. Services, and Security Warden, COOP Committee |
| Update Telephone Rosters Annually | DW Programming |
| Review status of vital files, records, and databases | OTS staff stationed at LSP |
| Conduct alert and notification tests | Security Warden |
| Develop and lead COOP training | Security Warden |
| Plan COOP exercises | Security Warden |

Louisiana Department of Public Safety and Corrections

Louisiana State Penitentiary COOP
_____

III.    **Logistics**

A.    **Alternate Location**

The primary alternate location, Corrections Services HDQ, is a fully resource facility with the necessary infrastructure and assets to support alternate location operations for LSP's Command Staff for an extended period of time. DCI was selected as the secondary location upon risk assessment of all suitable sites.

B.    **Interoperable Communications**

LSP's communication interoperability is based on primary and redundant systems. Radio communication is maintained through the state's truncated 700 MHz radio system with all Corrections Services facilities, divisions and command staff being suitably equipped. Telephone communications are augmented beyond the everyday land based systems with satellite telephone assets at each facility and command staff personnel. Cell phones, blackberry assets with text messaging capability are likewise appropriately deployed. Communications interoperability is maintained via electronic data systems and resources as well. Satellite platform based Internet Protocol (IP) assets have been successfully deployed to support operations when major infrastructure failures occur. Similar assets are available on a contingency basis.

Louisiana Department of Public Safety and Corrections

Louisiana State Penitentiary COOP
_____

**IV.    Testing Training and Exercise**

Quarterly testing of all emergency management systems is conducted in conjunction with the Office of Information Services tests of data systems. Training of staff in emergency operations is coordinated through the Training Section as well as with the Incident Management Director.  Table Top Exercises (TTX) are scheduled annually, generally in conjunction with those conducted by the IMC.

_____

**V.** **Multi-Year Strategy and Program Management Plan**

MYSPMP is being developed under a separate document.

Louisiana Department of Public Safety and Corrections

Louisiana State Penitentiary COOP

_____

**VI.    COOP Plan Maintenance**

LSP's Emergency Operations and COOP plans under go a complete review on an annual basis with appropriate information or changes being updated.  Input from key personnel is considered during this review process.

Louisiana Department of Public Safety and Corrections
Louisiana State Penitentiary COOP
_____

## ANNEX A – ALTERNATE LOCATION

### PRIMARY
### MAP – Department of Public Safety and Corrections – Headquarters
_____

**PRIMARY:** Department of Public Safety and Corrections, Headquarters
504 Mayflower St, Baton Rouge, LA

Headquarters 24 hour Contact Information:
Telephone: 1-800-317-3117
Satellite Telephone: 254-204-7218
Radio Channel: A-DOC
Fax Number: 225-219-0359

<u>Driving Directions to Headquarters:</u>  From LSP: LA 66 south to US-61 south, merge onto I-110 south, take Exit 1A (Government St./LA-73) and turn right on Government St, turn left onto S 10th St, Turn Right onto Mayflower, Headquarters is on the left with appropriate signs.



Louisiana Department of Public Safety and Corrections
Louisiana State Penitentiary COOP
_____

## ANNEX B – ALTERNATE LOCATION

**SECONDARY**
**MAP – Dixon Correctional Institution (DCI)**

_____

**SECONDARY:** Dixon Correctional Institution (DCI)
      5568 Highway 68
      Jackson, LA 70748

      DCI 24 hour Control Center Contact Information:
          Telephone:  225-634-1200
          Satellite Telephone: 254-204-7266
          Radio Channel: A-DOC
          Fax Number: 225-634-4149

<u>Driving Directions to DCI:</u>  From LSP: LA 66 south, turn onto US-61 south, take left onto LA Hwy 10, follow LA Hwy 10 through the town of Jackson, LA.  Turn right on LA Hwy 68, approximately .08 miles to DCI.



Louisiana Department of Public Safety and Corrections

Louisiana State Penitentiary COOP

_____

## ANNEX C – ALTERNATE LOCATION

### TERTIARY
### MAP – B.B. Rayburn Correctional Center (RCC)

**TERTIARY:** B. B. Rayburn Correctional Center (RCC)
          27268 Highway 21
          Angie, Louisiana

          RCC 24 hour Control Center Contact Information:
               Telephone:  985-661-6300
               Fax Number: 985-661-6395

Driving Directions to RCC:  From LSP: LA 66 south, turn onto US-61 south, merge onto I-110 south, go east to Interstate 12 to the second Convington exit.  This will lead to HWY. 190.  Go north on 190 approximately three miles.  Merge to the right onto HWY 21.  Go approximately 20 miles through Bush, LA.  HWY 21 will dead-end.  Turn left (north) through Sun, Bogalusa and Varnado.  The facility's entrance (large sign) will be approximately 1.5 miles on the right past Varnado.



_____

**THIS PAGE IS INTENTIONALLY BLANK**

**Attachment 8 – Pandemic Flu Plan**

**OPERATIONAL PLAN**

**A.    INCIDENT COMMAND TEAM**

The institutional Incident Command Team (ICT) shall determine actions to be taken to prevent the spread of pandemic flu among staff, offenders, volunteers, visitors and other civilians.  The team will consist of all wardens, medical director, director of nursing, infection control nurse, pharmacy director, information services, and administrative program director.  The Deputy Warden/Operations will serve as the Pandemic Flu Coordinator and shall have the responsibility for pandemic influenza planning and preparedness.

**B.    ACTIVATION**

The necessity for activation of the Pandemic Flu COOP will not come without prior warning.  Causes of pandemic flu from around the world are constantly being monitored and information updated as need by organizations such as the World Health Organization (WHO).  Current information is also available from the United States Government Avian and Pandemic Flu website (www.pandemicflu.gov), the United States Department of Health and Human Services' Center for Disease Control and Prevention Health Alert Network (www.cdc.gov/HAN/index.asp), and Louisiana Department of Health and Hospital website (www.flula.com).  These sites will be monitored by LSP's Medical Director.  Updates concerning pandemic flu outbreaks will be provided through the Departments Medical/Mental Health Director, the IMC, the LSP Medical Director, and/or the ICT to staff and offenders as appropriate through such means as staff meetings, roll call, e-mails, KLSP TV and  radio broadcasts, or as deemed appropriate under existent circumstances.

LSP shall use the following phases for pandemic flu alert as a guideline for activation of the COOP and the implementation of necessary actions.  The three phases of pandemic alert increase the seriousness of the threat and the need to launch progressively more intense preparedness activities.

| Phase | World Health Organization (WHO) & United States Government (USG) Pandemic Response Stages | Case Location |
|---|---|---|
| **Ready/Green (Watch)** | WHO Inter-Pandemic Period Phases 1-2; USG Stage 0 | Anywhere Outside of the Continental United States and Bordering Countries (i.e. Canada and Mexico) |
| **Yellow/Orange (Alert)** | WHO Pandemic Alert Period Phases 3-5; USG Stages 0-2 | First Human Case in the Mainland United States (excluding Louisiana and Neighboring States) |
| **Red (Pandemic)** | WHO's Pandemic Alert Period Phases 3-5; USG Stages 0-2 | First Human Case in Louisiana or Neighboring States |

## READY/GREEN PHASE

At this phase, pandemic flu is anywhere outside of the continental United States and bordering countries (i.e. Canada and Mexico). Staff listed in "Assignment of Responsibility" shall complete the following:

1.  Maintain adequate Personal Protective Equipment (PPE) supplies at all times and as directed by the Incident Command Team to include the following:
    a.   Tissues;
    b.   Gloves;
    c.   Biohazard Bags;
    d.   Hazard Receptacles;
    e.   N-95 Respirator Masks;
    f.   Surgical Masks;
    g.   Waterless Hand Sanitizers;
    h.   Colored Wristbands (Red, Blue and Green);
    i.   "Ask for a Mask" Signs

ASSIGNMENT OF RESPONSIBILITY:  Assistant Warden/Health Services, Assistant Warden/Administrative Services, Medical Director and Central Supply.

2.  Establish points of contact for influenza pandemic preparedness in the local and state health departments, local, regional or state agency preparedness groups and local hospitals. Maintain agreement with the Office of Public Health to be a point of dispensing and have required procedures in place.

ASSIGNMENT OF RESPONSIBILITY:  Assistant Warden/Health Services and Medical Director.

3.  Provide education and training regarding pandemic influenza to staff and offenders.

ASSIGNMENT OF RESPONSIBILITY:  Deputy Warden/Programming and Training Director.

4.  Ensure that all staff is familiar with the local Incident Command System (ICS) and understand the roles and persons assigned within that structure.

ASSIGNMENT OF RESPONSIBILITY:   Deputy Warden/Programming, Training Director and Staff Supervisors.

5.  Incorporate pandemic flu plan into unit emergency management planning and exercise.

ASSIGNMENT OF RESPONSIBILITY:  Deputy Warden/Security and Medical Director.

6.  Determine the potential impact of a pandemic on the unit by using multiple possible scenarios of varying severity relative to illness, absenteeism, supplies, availability of resources, access to legal system representatives, etc.

ASSIGNMENT OF RESPONSIBILITY:  All Wardens and Medical Director.

7.      Identify areas within LSP that could be used to create additional acute care beds for expanded health care capacity.

ASSIGNMENT OF RESPONSIBILITY:  Deputy Wardens, Assistant Wardens, Medical Director, and Director of Nursing.

8.      Institutional staff shall develop written policies and procedures for cohorting offenders with known or suspected pandemic influenza using one or more of the following strategies:

   a.      Confining ill and exposed offenders to their cells;
   b.      Placing offenders with symptoms of pandemic influenza together in one area of the facility, or closing off units that have symptomatic offenders;
   c.      Create policies and protocols for restricting staff and offenders who are assigned to work on affected units from working on other units to prevent cross contamination.

ASSIGNMENT OF RESPONSIBILITY:  Deputy Wardens, Assistant Warden/Health Services, Medical Director and Director of Nursing.

9.      Institutional staff shall also identify an area in the facility that can be used as a temporary morgue.

ASSIGNMENT OF RESPONSIBILITY:  Assistant Warden/Health Services and Medical Director.

10.     At the Incident Command Team's discretion, healthcare clinicians will screen individuals who report pneumonia or respiratory infection according to the screening checklist to identify possible clusters or groups of ill individuals who may be linked.

ASSIGNMENT OF RESPONSIBILITY:  ICT, Medical Director and Director of Nursing.

11.     Maintain a list of high risk offenders for seasonal influenza (based on current CDC guidelines) which should be updated quarterly for mass vaccination.

ASSIGNMENT OF RESPONSIBILITY:  Assistant Warden/Health Services, Medical Director and Director of Nursing.

12.     Ensure that health care personnel are updated with the latest CDC recommendations regarding ILI, such as symptoms/signs, diagnostic criteria, treatment protocols, indications of anti-viral medication use, etc.

ASSIGNMENT OF RESPONSIBILITY:  Assistant Warden/Health Services, Medical Director and Director of Nursing.

13.     Classify all employee positions into one of the following three exposure risk categories.

    a.     High Exposure Risk: Staff with high potential for exposure to known or suspected sources of pandemic influenza virus, such as healthcare delivery and support staff, staff transporting known or suspected pandemic influenza infected patients, etc.

    b.     Medium Exposure Risk: Staff with high-frequency contact within six feet of the offender population, such as security staff, social workers, chaplains, etc. that work in dorms or cellblocks.

    c.     Lower Exposure Risk (caution): Staff that do not require routine contact with the offender population, such as administrative staff (i.e. institution Business Office, Human Resources, etc). Activities outside of the workplace shall be considered when classifying employees into low exposure risk, such as other employment that may involve routine contact with an offender population (part-time security.) Such risky activities outside of the workplace shall be discouraged for low risk staff in the event of a pandemic flu.

ASSIGNMENT OF RESPONSIBILITY:   Deputy Warden/Operations, Assistant Warden/Human Resources, Medical Director and Director of Nursing.

14      Possible clusters shall be reported to the Headquarters Incident Management Center (IMC) at 1-800-317-3117. The IMC shall contact the State's Infectious Disease Epidemiology Section at 1-800-256-2748.

ASSIGNMENT OF RESPONSIBILITY:   Warden, Assistant Warden/Health Services, Medical Director and EMO.

14.     Clusters may be defined as five or more clinically compatible individuals with the onset of symptoms less than 10 days apart (this may be altered as more information about the pandemic influenza strain becomes available). The Louisiana Office of Public Health will follow the Center for Disease Control's recommendations as they are released.

ASSIGNMENT OF RESPONSIBILITY:  Assistant Warden/Health Services and Medical Director.

16.     All staff, offenders, volunteers, visitors and civilians shall use droplet precautions with appropriate Personal Protective Equipment (PPE) within six feet of an ill individual for all contact with any individual who has a new cough and fever.

ASSIGNMENT OF RESPONSIBILITY:  Medical Director.

17.     Use Form B-06-004-A Entitled Level Ready Green as a guide for preparedness and response checklist purposes.

ASSIGNMENT OF RESPONSIBILITY:  Warden and Medical Director.

**Form B-06-004-A: Correctional Facility Pandemic Influenza Preparedness & Response Checklist**
**Level Ready-Green (ERI alert matrix)/Interpandemic Period (WHO)**

_____ Form an Institutional Incident Command Team, if one does not already exist.

_____ Headquarters staff as directed by the Chief of Operations shall perform authority/legal preparedness activities.

_____ Pre-incident activity list completed. (For example: Pandemic Flu COOP Plan.)

**A.     Access Control**

_____ Develop a plan and a timeline for implementing a policy that enables controlling access to the institution.

_____ Develop a plan to close down or curtail facility transportation, including facility buses and shuttles if necessary, when ordered by the Institutional Incident Command Team.

**B.     Surveillance, Screening and Triage**

_____ Have the institution's medical personnel screen all individuals upon intake and at the time of registration following LOPH recommended precautions.

_____ Report possible clusters to the State's Infectious Disease Epidemiology Section via Headquarters Incident Management Center.

_____ Post informative infection control signs at building entrances and common areas.

_____ Rotate the infection control signs periodically.

_____ Monitor national, regional and local data related to pandemic influenza.

**C.     Infection control/Precautions**

_____ Maintain adequate supplies of Personal Protective Equipment (PPE), waterless hand sanitizers, surface disinfectants and tissues throughout public areas and meeting rooms.

_____ Display hand-washing posters, biohazard bags and waste receptacles in high-traffic areas.

**D.     Communication/Education**

_____ Implement a plan for communication and promotion of messages relating to ERI to offenders and staff.

_____ Implement a plan to orient and educate staff regarding basic readiness activities at the institution.

_____ Deploy translation services needs within facility population.

_____ Identify behavioral health providers to incorporate into communication plans.

**E.     Additional Preparedness Activities**

_____ Implement vaccination campaign (offer vaccine on-site or provide references to area clinics, as applicable.)

_____ Develop educational and promotional materials to promote availability and desirability of influenza vaccine for all.

_____ If administering flu vaccine on-site, document administration of vaccine, preferably in a computerized database.

_____ Provide regular updates to staff and offenders.

_____ Health Authority will monitor the Health Alert Network and other communications from public health officials and communicate changes to clinicians on a quarterly basis.

## YELLOW/ORANGE PHASE

At this phase, pandemic flu has been confirmed in the mainland United States. In addition to the previous steps in the Green Phase, the following additional steps will be incorporated into pandemic flu preparedness activities:

1.    Monitor:
    a.    The Incident Command Team shall meet weekly or as directed by the Medical/Mental Health Director.

    b.    The Medical Director and Pandemic Flu Coordinator will monitor sick call reports and clinic visits in an effort to identify ILI in the offender population.  Findings will be reported to the Warden.

ASSIGNMENT OF RESPONSIBILITY:  ICT, Deputy Warden/Operations and Medical Director.

2.    Supplies:
    a.    The Medical Director shall discuss with the Medical/Mental Health Director regarding stockpiling requirements of antibiotics and necessary medical supplies;
    b.    A current list of stock of all Personal Protective Equipment (PPE) supplies (See Ready/Green Phase for specific PPE supplies) shall be sent to the Medical/Mental Health Director.

ASSIGNMENT OF RESPONSIBILITY:  Medical Director, Director of Nursing, Infection Control Nurse and Central Supply.

3.    Access/Control:
    a.    The Secretary, Chief of Operations, Medical/Mental Health Director and Regional Wardens shall be notified, and any outside travel except medical/mental health emergencies and court trips will cease;
    b.    Restrict vendors, visitors and conferences/group activities;
    c.    At the Incident Command Team's discretion, staff, offenders, visitors, volunteers and civilians may be required to wear identification wristbands designated by color at all times.

ASSIGNMENT OF RESPONSIBILITY:  Warden, Deputy Warden/Security, Assistant Warden/Security and Medical Director.

    d.    Transfers within the Department may be suspended on a unit-by-unit basis or department-wide.

ASSIGNMENT OF RESPONSIBILITY:     Medical/Mental Health Director and Warden.

4.    Surveillance, Screening and Triage:

a.    Employees will complete a self screening at roll call.  Employees who state they are sick shall be triaged by medical staff or health trained staff, and if found to have a fever shall be sent home.  Staff with ILI shall remain at home at least 24 hours after they are free of fever (100° F), or signs of fever, without the use of fever reducing medications.

ASSIGNMENT OF RESPONSIBILITY:     Medical/Mental Health Director and Warden will decide to take action.  Medical Director, Director of Nursing, Unit Wardens, Department Heads and employees.

b.    Screening of visitors/vendors may be initiated and visitors with symptoms of pandemic flu may be denied entry to LSP.  Symptomatic vendors may be granted access based upon need and shall be required to wear a mask while on institutional grounds.

ASSIGNMENT OF RESPONSIBILITY:     Medical/Mental Health Director and Warden will decide to take action.  Medical Director, Director of Nursing and Unit Wardens.

c.    "Ask for a Mask" signs shall be posted at all entrances and in all common areas. Posters shall include specific risk factors for the targeted infection to encourage all persons in the unit to self-screen for infection;

ASSIGNMENT OF RESPONSIBILITY:  Medical Director and Director of Nursing.

d.    Persons who self-identify as at-risk via the screening checklist available throughout the institution will be seen by Medical 3 for further screening and instructions;

ASSIGNMENT OF RESPONSIBILITY:  Medical Director and Director of Nursing.

e.    Encourage offenders to notify health care/security staff at the onset of symptoms of ILI.  Offenders should be informed that early detection is vital to reduce the transmission of an influenza outbreak.

Healthcare personnel who suspect, after initial clinical evaluation, that an individual may have an Epidemic Respiratory Infection (ERI) shall immediately notify the Louisiana Office of Public Health (LOPH) and the Headquarters IMC At 1-800-317-3117;

ASSIGNMENT OF RESPONSIBILITY:     Warden, Unit Wardens, Assistant Warden/Health Services, Medical Director and EMO.

f.    Staff traveling to designated high risk areas (as determined by the LOPH) or offenders who recently traveled in the last 10 days to a high risk area (as determined by the LOPH) may be required to register with the institution's medical department and complete the screening checklist for five consecutive days. Healthcare staff shall review the checklist and maintain a list of those individuals under surveillance;

ASSIGNMENT OF RESPONSIBILITY:  Medical Director and Director of Nursing.

g.    Staff members who have contact with suspected patients must report to the infection control department for direction recommended by the Incident Command Team.

ASSIGNMENT OF RESPONSIBILITY:  Incident Command Team, Medical Director, Director of Nursing and employees.

h.    On-site clinics may be allowed to operate on a case-by-case basis.  Specialty clinics that can be accomplished via telemedicine will be strongly encouraged.

ASSIGNMENT OF RESPONSIBILITY:    Medical/Mental Health Director and Warden will decide to take action.  Medical Director and Director of Nursing.

5.    Infection Control/Precautions: Institute Infection Control Precautions with Personal Protective Equipment (PPE) for any person screened as a possible Epidemic Respiratory Infection (ERI) case.

ASSIGNMENT OF RESPONSIBILITY:  Medical Director and Director of Nursing.

6.    Communication/Education/Preparedness:
a.    The unit shall use the mode of communication used most by staff and/or offenders to keep the unit's community informed and to provide education regarding prevention and symptom surveillance;

ASSIGNMENT OF RESPONSIBILITY:  Warden, Medical Director and Director of Nursing.  KLSP TV and radio broadcasts, staff meetings.

b.    The Incident Command Team shall meet daily to review the situation and alter strategies (such as housing re-assignments for isolation purposes or quarantine);

ASSIGNMENT OF RESPONSIBILITY:  ICT

c.    A situation report shall be forwarded to the Headquarters IMC daily.

Reporting requirements to the Secretary, Chief of Operations, Medical/Mental Health Director shall be in accordance with Department Regulation No. C-05-001.  In addition, local, state, and federal agencies will be notified as appropriate.

ASSIGNMENT OF RESPONSIBILITY:  EMO

7.    Use Form B-06-004-B entitled Level Yellow-Orange as a guide for preparedness and response checklist purposes.

ASSIGNMENT OF RESPONSIBILITY:  Warden and Medical Director.

---

**Form B-06-004-B: Correctional Facility Pandemic Influenza Preparedness & Response Checklist**
**Level Yellow-Orange (ERI plan)/Pandemic Alert Period (WHO)**

\_\_\_\_\_    Continue applicable activities from Level Green/Interpandemic Period.

\_\_\_\_\_    Implement incident checklist.

**A.    Access Control**

\_\_\_\_\_    Restrict vendors, visitors and group activities and facility group transportation and work activities.

**B.    Surveillance, Screening and Triage**

\_\_\_\_\_    Provide patients who have a new cough with a facemask and/or tissues, and replace frequently if soiled or moist.

\_\_\_\_\_    Restrict individuals (staff and offenders) who have fever and a new cough from work class or any group activity.

\_\_\_\_\_    Send any staff member home that is suspected of having a communicable disease that puts others in the institution at risk.

\_\_\_\_\_    Consult with Headquarters Incident Management Center when it is suspected, after initial clinical evaluation, that a patient may have an Epidemic Respiratory Infection (ERI).

\_\_\_\_\_    Register staff traveling to, or offenders who recently traveled to, designated high risk areas and report any symptoms of fever or cough that occur (check with Headquarters Incident Management Center for high risk areas, symptoms and time period for surveillance).

\_\_\_\_\_    Register staff and offenders who have had contact with suspected patients and screen daily for fever or respiratory symptoms for five consecutive days or a period determined by the health authority.

**C.    Infection Control/Precautions**

\_\_\_\_\_    Expand precautions for staff with Personal Protective Equipment (PPE) based on their exposure risk.

\_\_\_\_\_    Institute infection control precautions with Personal Protective Equipment (PPE) and possible housing assignments for symptomatic offenders.

**D.    Communication/Education**

\_\_\_\_\_    Place staff at high-traffic areas to answer questions and direct persons to the medical department as needed.

\_\_\_\_\_    Keep staff and offenders informed and provide education about prevention and symptom surveillance.

**E.    Additional Preparedness Activities**

\_\_\_\_\_    The Institutional Incident Command Team shall meet daily to review situation and strategies.

---

## RED PHASE

At this phase, there is evidence of transmission of the Influenza Like Illness (ILI) in the unit or there is widespread human-to-human transmission in the region of the unit. Red indicates the highest level of alert, with restrictions on access to the unit, more active screening and a shift away from normal unit operations. In addition to the previous steps in the Green Phase and the Yellow/Orange Phase, the following additional steps will be incorporated into pandemic flu preparedness activities:

1.     Access/Control:
       a.     All entrances to the unit shall be locked except for the main entrance. Those that cannot be locked will be guarded by security personnel;

ASSIGNMENT OF RESPONSIBILITY:  Assistant Warden/Security.

       b.     Entry into the unit may be restricted to only staff with valid identification. Any others allowed into the unit must be screened via the screening checklist;

ASSIGNMENT OF RESPONSIBILITY:   Assistant Warden/Security and Medical Director.

       c.     Offender group activities may be suspended;

ASSIGNMENT OF RESPONSIBILITY:  Assistant Warden/Security.

       d.     Normal eating activities may be suspended. A plan shall exist for delivering meals to offenders if cafeteria or group-style dining is closed;

ASSIGNMENT OF RESPONSIBILITY:  Assistant Warden/Health Servies and Director of Nursing.

       e.     Pill call may be modified as necessary to reduce the risk of influenza transmission.

ASSIGNMENT OF RESPONSIBILITY:  Director of Nursing.

       f.     The request to close the institution to further admissions may also be made as a means to prevent the further spread of an epidemic by the Incident Command Team. This request shall be approved by the Secretary or designee.

ASSIGNMENT OF RESPONSIBILITY:  ICT and Medical Director.

1.     Surveillance, Screening and Triage:

a.    Vaccination/Antiviral medication priorities shall be determined and distributed.

ASSIGNMENT OF RESPONSIBILITY:  Medical/Mental Health Director

b.    Routine sick call shall be suspended. Offenders will have access to healthcare via emergency sick call. All non-emergent healthcare services shall be suspended; waive the health care co-payment fee for sick calls related to ILI.

ASSIGNMENT OF RESPONSIBILITY:  Medical Director and Director of Nursing.

c.    Offenders who are identified to have fever and/or cough will be instructed to don Personal Protective Equipment (PPE), use good hand washing techniques and will be sent to the medical department. Contact information will be updated in medical records;

ASSIGNMENT OF RESPONSIBILITY:  Medical Director and Director of Nursing.

d.    The number of persons seen with the suspected ILI by healthcare staff will be recorded and reported weekly to the Chief of Operations and Medical/Mental Health Director;

ASSIGNMENT OF RESPONSIBILITY:  Warden, Assistant Warden/Health Services and EMO.

e.    If the person warrants evaluation in a hospital setting, medical staff shall alert the referral hospital that a suspected or confirmed case needs evaluation so that the referral center can make arrangements for infection control precautions.

ASSIGNMENT OF RESPONSIBILITY:  Medical Director.

3.    Infection Control/Precautions:
a.    Personal Protective Equipment (PPE) and contact precautions are required for all staff having contact with any person who has fever and/or new cough (this includes staff conducting screenings at facility entrances);

ASSIGNMENT OF RESPONSIBILITY:  Medical Director and Director of Nursing.

b.    Adequate supplies of Personal Protective Equipment (PPE) shall be maintained at the facility;

ASSIGNMENT OF RESPONSIBILITY:  Assistant Warden/Administrative Services, Assistant Warden/Health Services, Medical Director and Central Supply.

c.     Everyone providing patient care will have access to appropriately fitting Personal Protective Equipment (PPE); surgical masks and gloves shall be worn by staff having director (within 6 feet) of offenders who have suspected or probable or confirmed influenza in the designated isolation areas; good hand washing must take place between patients contacts and glove changes.   Surgical masks shall only be worn in the designated isolation areas.  Offenders who become symptomatic and require movement shall don a mask prior to movement.  Movement to and from isolation and quarantine areas shall be kept to a minimum and necessary services to the extent possible shall be delivered to these offenders in the isolation and quarantine areas.

ASSIGNMENT OF RESPONSIBILITY:  Unit Wardens, Medical Director and Director of Nursing.

d.     Recommendations shall be made for quarantine of non-ill contacts. Offenders who may have been exposed but are asymptomatic shall be quarantined.  Arrangements shall be made to provide those quarantined with necessary daily items including meals, water and hygiene.

ASSIGNMENT OF RESPONSIBILITY:     Unit Warden, Medical Director, and Director of Nursing.

e.     Offenders with ILI symptoms shall be isolated.  This can be done in a group setting as well, if multiple offenders rquire isolation.  Arrangements shall be made to provide those isolated with necessary daily items including meals, water, and hygiene.  All efforts shall be made to limit any movement of isolated offenders (bring meals, medications , etc. to them) but if offender requires to leave the isolation area then a proper mask shall be worn before leaving isolation area and the offender shall not be allowed to remove the mask until returned to the isolation area.

ASSIGNMENT OF RESPONSIBILITY:  Unit Wardens, Medical Director and Director of Nursing.

f.     Offenders diagnosed with ILI shall be monitored for early signs of complicating illnesses, i.e. pneumonia.  Offenders who are at high risk for these complications or those who are sicker at presentation shall be admitted to the infirmary for closer observation.

If the suspected or confirmed case does not require hospitalization, housing needs (specific quarantine area) shall be assessed. Arrangements shall be made to provide the offenders with necessary daily items including meals, water and hygiene.

May consider instituting a standing order/treatment protocol for ILI.

ASSIGNMENT OF RESPONSIBILITY: Assistant Warden/Security and Medical Director.

g.   Phone Triage for Staff: Staff who have ILI symptoms or are ill may be triaged by phone. Triage shall be performed by medical staff or health trained staff. All absences related to ILI shall be tracked.

ASSIGNMENT OF RESPONSIBILITY: Medical Director, Director of Nursing and Assistant Warden/Human Resources.

h.   With guidance from Headquarters, the institution will identify close contacts within the facility to a probable, suspected or confirmed case of the influenza. Contacts are typically defined as those who spent greater than 15 minutes within three feet of the case during the infectious period (two days before illness onset to five days after illness onset) or those who live in the same cellblock tier or housing area (dorm);

ASSIGNMENT OF RESPONSIBILITY: Assistant Warden/Health Services and Medical Director.

i.   Staff and offenders who have had contact with suspected patients may be required to register with the medical department and be screened daily utilizing the screening checklist for five consecutive days after last documented or suspected contact or for a period determined by the health authority;

ASSIGNMENT OF RESPONSIBILITY: Deputy Wardens, Assistant Warden/Health Services and Medical Director.

j.   With guidance from Headquarters, recommendations may be required for quarantine of non-ill contacts. Guidance shall be provided regarding details of quarantine, including cohorting of contacts, sites to use for quarantine and legal authority. As with a case in isolation, arrangements shall be made to provide those quarantined with necessary daily items including meals, water and hygiene.

ASSIGNMENT OF RESPONSIBILITY: Assistant Warden/Security and Medical Director.

4.   Communication/Education:

a.   The facility will provide daily or more frequent updates to staff and offenders as more information is obtained.
b.   Provide education to employees and offenders on basic hygiene, respiratory etiquette, and high risk medical conditions.

ASSIGNMENT OF RESPONSIBILITY: Warden and Medical Director.

5.      A situation report shall be forwarded to the Department's Medical/Mental Health Director to include: the number of newly diagnosed cases (suspected or probable or confirmed); the number of offenders in isolation; the number of offenders quarantined; the number of staff absences security/medical; and deaths. The Department's Medical/ Mental Health Director shall decide the frequency of this report for each unit.

ASSIGNMENT OF RESPONSIBILITY:      Medical Director, Director of Nursing, and EMO.

6.      Use Form B-06-004-C entitled Level Red as a guide for preparedness and response checklist.

ASSIGNMENT OF RESPONSIBILITY:  Warden and Medical Director.

**B-06-004-C: Correctional Facility Pandemic Influenza Preparedness & Response Checklist Level Red (ERI plan)/Pandemic Period (WHO)**

_____ Continue applicable activities from Level Green/Interpandemic Period and Level Yellow-Orange/Pandemic Alert Period.

**A.    Access Control**

_____ Restrict access to the institution to identified staff.

_____ Suspend eateries, shops and other group activities, including sporting events and classes, as determined by the Incident Command Team.

_____ Implement plan for delivering meals to offenders.

_____ Suspension of facility group transportation.

**B.    Surveillance, Screening and Triage**

_____ Screen those allowed into the facility for fever or cough and have their temperature taken.

_____ Record the number of all persons seen with suspected ERI and report to Headquarters Incident Management Center within one week.

**C.    Infection Control/Precautions**

_____ Continue practice of airborne precautions, including staff who conducts screenings at institution entrances.

_____ Implement isolation and quarantine guidelines as they are made available by LOPH.

_____ If suspected cases do not require hospitalization, housing assignments will be assessed by the Institutional Incident Command Team.

_____ Assist LOPH with contact investigations.

**D.    Communication/Education**

_____ Provide daily or more frequent updates to staff and offenders.

C.    **ISOLATION SITE**

1.    Camp J shall serve as the isolation area for ill staff and offenders on an as needed basis.

2.    Minimum and medium custody offenders will be treated in Bass dormitory. Maximum custody offenders will be treated in cellblocks.  Staff will be treated in the Chapel.

3.    A decontamination area must be set up in each dorm/cellblock/chapel and needs:

   a.    privacy area
   b.    shower
   c.    soap dispensers
   d.    paper towels
   e.    plastic bags to double bag contaminated clothing to be sent to laundry
   f.    towels

4.    Medical supplies needed at Camp J:

   a.    $O_2$
   b.    $O_2$ Mask   (15 at each site)
   c.    Suction machines and canisters (2 machines and 25 canisters)
   d.    Yanker suctions with tubing (25)
   e.    Thermometers and covers (3 at each area)
   f.    B/P monitors (2at each area)
   g.    Stethoscopes  (2)
   h.    IV fluids (10)
   i.    IV tubing (10)
   j.    IV start kits (10)
   k.    Tape (5 rolls)
   l.    Gauze (1 case at each site)
   m.    Wash basins ( 25)
   n.    Disposable wash cloths (1 case at each site)
   o.    Foley catheters  (10)
   p.    IV catheters (5 of each size 20G, 22G, 18G, 24G)
   q.    Disposable gowns (1 case at each site)
   r.    N 95 masks (2 boxes at each site)
   s.    Bedpans (20 at each site)
   t.    Crash cart fully supplied (1 at each site)
   u.    Vacutainers (1 box at each site)
   v.    Blood tubes (1 package of each type at each site)
   w.    Butterfly needles (1 box at each site)
   x.    Gloves (case of each size)
   y.    Alcohol preps (5 boxes at each site)
   z.    Hand sanitizers (6 bottles at each site)
   aa.    Bleach with dispenser bottles  (4 bottles at each site)

bb.    Tissue (1 case)
cc.    Diapers (1 case)
dd.    Blue pads (1 case)
ee.    Potty chairs (10)
ff.    Red bags (1 case)
gg.    Glucometer at each site
hh.    Syringes with needles (1 case at each site)
ii.    Medicine cups (1 case at each site)
jj.    Ice bags (1 case at each site)
kk.    IV poles (4 at each site)
ll.    Sharps containers (2 large at each site)

5.    Medication needed at Camp J:

a.    Tylenol
b.    Motrin
c.    NS for IV flush
d.    Immodium
e.    Insulin

Replenish supplies and when stock at each area goes down.

6.    Staff and offender clothing will be laundered at Camp J.

## D.    FACILITY STAFFING AND OPERATIONS

The essential functions listed in attachment 4 will be determined on an ongoing basis by the Incident Command Team.

1.    The following essential facility operations will be maintained or enhanced:

a.    Health Services
b.    Security Services
    1)    Unit manpower as indicated on Section E
    2)    Control Center
    3)    Armory
    4)    Angola Roving Security
    5)    BOQ
    6)    Camp A Laundry and Unit Laundries
    7)    Timekeeping
    8)    Investigative Services
    9)    Perimeter Gates
c.    Food Services
d.    Emergency Operations Center
e.    Information Services
f.    Safety
g.    Business Services
    1)    Accounting/Budget
    2)    Purchasing

        3)     Offender Banking
        4)     Cashiers Office
h.     Human Resources – Payroll
i.     909 and 915 Warehouses
j.     Mail/Package Room
k.     Mental Health
l.     Public Relations
m.     Chaplains

2. The following facility operations will be considered non-essential and suspended:

a.     Field operations
b.     Visiting
c.     Education
d.     Call outs (other than essential medical)
e.     Staff training
f.     Disciplinary boards
g.     Recreation
h.     Classification
i.     Offender Records
j.     Legal – ARP/Property Claims/Appeals
k.     Library (including law libraries)
l.     Maintenance (except for critical emergencies)
m.     Canteens
n.     Museum
o.     Accreditation
p.     Shakedown Teams
q.     K-9 Training
r.     Offender organization functions
s.     Hobbyshops
t.     Sick call (except for emergencies)
u.     Clinics
v.     Trips (funeral, hospital, court order must be pre-approved)

Staff from these operations will be reassigned to essential facility operations as needed.

3. Off duty staff will be housed in BOQ and Training Academy.

4. Tact team staff will be assigned to pick up and deliver items necessary for operations from outside resources/vendors.

## E.      MANPOWER AT OFFENDER HOUSING UNITS

| CAMP C | | # of Officers Per Shift |
|---|---|---|
| | Bear 1, 2, 3, 4 | 4 |
| | Bear Hall | 1 |
| | Wolf 1, 2, 3, 4 | 4 |
| | Wolf Hall | 1 |
| | Tiger 1, 2, 3, 4 | 4 |
| | Jaguar 1, 2, 3, 4 | 4 |
| | Kitchen | 1 |
| | Sallyport | 1 |
| | Medication | 1 |
| | Supervisors (Major, Captain) | 2 |
| **TOTAL OFFICERS PER SHIFT** | | **23** |

| CAMP D | | # of Officers Per Shift |
|---|---|---|
| | Eagle 1, 2, 3, 4 | 4 |
| | Eagle Hall | 1 |
| | Falcon 1, 2, 3, 4 | 4 |
| | Falcon Hall | 1 |
| | Hawk 1, 2, 3, 4 | 4 |
| | Raven 1, 2, 3, 4 | 4 |
| | Kitchen | 1 |
| | Sallyport | 1 |
| | Supervisors (Major, Captain) | 2 |
| **TOTAL OFFICERS PER SHIFT** | | **22** |

| CAMP F | | # of Officers Per Shift |
|---|---|---|
| | Dorm 1 & 2 | 1 |
| | Dorm 3 U & L | 1 |
| | Dorm 4 L & R | 1 |
| | Kitchen | 1 |
| | Supervisor (Lieutenant) | 1 |
| **TOTAL OFFICERS PER SHIFT** | | **5** |

| CAMP J (currently closed) | | # of Officers Per Shift |
|---|---|---|
| | Gar 1, 2, 3, 4 | 4 |
| | Shark 1, 2, 3, 4 | 4 |
| | Cuda 1, 2, 3, 4 | 4 |
| | Gator 1, 2, 3, 4 | 4 |
| | Bass Dorm | 1 |
| | Kitchen | 1 |
| | Entrance Building | 1 |
| | Supervisors (Major, Captain) | 2 |
| **TOTAL OFFICERS PER SHIFT** | | **21** |

**RC**
**Currently housing female offenders staffed by LCIW**

| | # of Officers Per Shift |
|---|---|
| Lower A & B | 2 |
| Lower C | 1 |
| Lower A, B, C Hall | 1 |
| Upper A & B | 2 |
| Upper C & d | 1 |
| Upper Control | 1 |
| Supervisor (Lieutenant) | 1 |
| **TOTAL OFFICERS PER SHIFT** | **9** |

**DEATH ROW**

| | # of Officers Per Shift |
|---|---|
| H & A Tier | 1 |
| B & C Tier | 1 |
| D & E Tier | 1 |
| F & G Tier | 1 |
| Control Room | 1 |
| Towers | 2 |
| Supervisor (Lieutenant) | 1 |
| **TOTAL OFFICERS PER SHIFT** | **8** |

**MAIN PRISON EAST YARD**

| | # of Officers Per Shift |
|---|---|
| Ash 1, 2, 3, 4 | 4 |
| Ash Hall | 1 |
| Magnolia 1, 2, 3, 4 | 4 |
| Magnolia Hall | 1 |
| Cypress 1, 2, 3, 4 | 4 |
| Cypress Hall | 1 |
| Spruce 1, 2, 3, 4 | 4 |
| Spruce Hall | 1 |
| A Building | 1 |
| Kitchen | 1 |
| MPO | 1 |
| Medication | 1 |
| Supervisor (Major, Captain) | 2 |
| **TOTAL OFFICERS PER SHIFT** | **26** |

**REBTC**

| | # of Officers Per Shift |
|---|---|
| Unit 1 | 1 |
| Unit 2 | 1 |
| Control | 1 |
| Sallyport | 1 |
| Supervisor (Lieutenant) | 1 |
| **TOTAL OFFICERS PER SHIFT** | **5** |

| MAIN PRISON WEST YARD | # of Officers Per Shift | |
|---|---|---|
| Oak 1, 2, 3, 4 | 4 | |
| Oak Hall | 1 | |
| Pine 1, 2, 3, 4 | 4 | |
| Pine Hall | 1 | |
| Walnut 1, 2, 3, 4 | 4 | |
| Walnut Hall | 1 | |
| Hickory 1, 2, 3, 4 | 4 | |
| Hickory Hall | 1 | |
| CBA U & L | 2 | |
| CBB U & L | 2 | |
| CBC U & L | 2 | |
| CBC U & L | 2 | |
| Medication | 1 | |
| Supervisors (Major, Captain, Lt) | 3 | |
| **TOTAL OFFICERS PER SHIFT** | **32** | |

| TU | # of Officers Per Shift | |
|---|---|---|
| Upper and Lower A & B | 2 | |
| Upper and Lower C & D | 2 | |
| Upper and Lower E & F | 2 | |
| Medication | 1 | |
| Supervisor (Lieutenant) | 1 | |
| **TOTAL OFFICERS PER SHIFT** | **8** | |

| UNIT | # of Officers Per Shift | |
|---|---|---|
| Camp C | 23 | |
| Camp D | 22 | |
| Camp F | 5 | |
| Camp J (currently closed) | 21 | |
| RC (currently closed) | 9 | |
| Death Row | 8 | |
| **OUTCAMP TOTAL** | | **87** |
| MPE | 26 | |
| REBTC | 5 | |
| MPW | 32 | |
| TU | 8 | |
| **MAIN PRISON TOTAL** | | **71** |
| **GRAND TOTAL # OF OFFICERS PER SHIFT** | | **158** |

| PERIMETER GATES | # of Officers Per Shift | |
|---|---|---|
| Front Gate | 2 | |
| Ferry Gate | 1 | |
| **TOTAL OFFICERS PER SHIFT** | **3** | |

| INFECTION CONTROL PRECAUTIONS |
|---|

PURPOSE:

To ensure the safety and welfare of employees, offenders and public, the Louisiana State Penitentiary (LSP) establishes a procedure for pandemic preparation and response to pandemic events as they are identified.

RULE:

A.    **YELLOW/ORANGE PHASE**

    1.    For the prevention of transmission of any infectious agent and to promote general facility and personal hygiene the medical department shall ensure the following practices are used in any secure facility by all offenders and employees and ensure the availability of adequate supplies. ALL EMPLOYEES AND OFFENDERS shall participate in the following activities:

        a.    Hand washing:
            1)    With soap and water;
            2)    Minimal duration of 20 seconds;
            3)    Frequency:
                a)    Upon entry into a facility
                b)    Upon entry into a housing, education, or medical unit;
                c)    Before meals
                d)    Handling food;
                e)    After participation in activities to include work, and sports; and
                f)    After toileting
                g)    Other times as deemed appropriate.
            4)    Hand sanitizing with non-alcohol commercially available antibacterial solution is acceptable in the above circumstances when hand washing is not feasible.
                a)    Dispensers and antibacterial solutions shall be made available at the appropriate locations if hand washing is not feasible.
            5)    Maximize access to alcohol based hand sanitizer in areas with high traffic flow auch as the kitchen and pill call.
            6)    Make soap dispensers or hand soap available in all employee and offender restrooms.

        b.    Utilization of general sick behavior etiquette:

            1) Respiratory hygiene/cough etiquette:
                a)    Cough or sneeze into the elbow, into the interior of clothing, or into a facial tissue;

         b)    Wear a surgical mask when sick with upper respiratory infection (URI) if symptoms include coughing or sneezing;

    2)    When sick, avoid close contact (within 6 feet) of others;

    3)    Avoid close contact (within 6 feet) with sick persons;

    4)    Employees should not report to work when ill

c.    General facility cleanliness and sanitation:

    1)    Daily cleaning and disinfection of surfaces that are touched regularly, for example, door knobs and frames, counter tops, tables, chairs, keys, telephones, etc.

    2)    Use a cleaning solution that has both cleaning and antimicrobial properties.

        a)    In emergency situations when no other acceptable options are available, an alternative is washing with a detergent based solution followed by disinfection with 10% bleach and 90% water solution.

d.    Formal and informal education regarding the above shall be provided to employees and offenders that include but is not limited to:

    1)    Posters supplied by Homeland Security and approved by the medical director and his designee;

    2)    Presentations during orientation for employees and offenders.

    3)    Individual/ group instruction by the infection control department through use of LSP radio and TV.

e.    Promotion of immunization against infectious diseases.

    1)    Encourage employees and offenders in getting the annual flu vaccine;

    2)    Vaccinations of offenders and staff shall occur in accordance with policy set up by Department of Corrections, Secretary of State.

2.    The MEDICAL DIRECTOR OR DESIGNEE shall ensure Standard, Universal and droplet Precautions as outlined by the US Department of Health and Human services, Centers for disease Control and Prevention (www.cdc.gov) are used by all employees and offenders throughout LSP secure facilities in accordance with the Universal , Standard and Droplet Precautions.

3.    MEDICAL DIRECTOR OR DESIGNEE shall ensure that:

a.    Each unit has sufficient medical supplies to assist in the prevention and symptomatic treatment of any pandemic event.

b.    Emergency medical supplies are:

1) Properly stored within the units in a secure designated area; (central supply)
2) Inventoried on a monthly basis;
3) Rotated as necessary to preserve freshness and function.

c. A reporting system is in place for informing LSP medical providers and the Regional Medical Director of patient symptoms that could indicate and infectious outbreak.
1) MEDICAL PROVIDERS may initiate confirmatory laboratory evaluations to ascertain if a infectious agent is responsible for the symptoms;
2) The infection control department shall notify the appropriate public health authorities and the regional medical director of positive confirmatory test results;
3) The infection control department at the direction of the medical director or his designee shall initiate the appropriate infection control measures when an outbreak is suspected or confirmed.

d. The Facilities Medical Director or his designee in conjunction with the homeland security coordinator shall ensure:
1) Adequate emergency supplies are maintained for both employees and offenders in a pandemic event to include but not limited to:
   a) Non- perishable food;
   b) Drinking water;
   c) Iv fluids
   d) Facial tissue
   e) Surgical mask for the patients
   f) Adequate supply of N-95 mask for all in direct contact with the infected patient.
   g) Paper towels
   h) Toilet paper
   i) Biohazard bags
   j) Trash bags
   k) Anti-bacterial soap;
   l) Anti-bacterial hand sanitizing agents and dispensers
   m) Cleaning solutions with both cleaning and antimicrobial properties
   n) Other supplies as deemed necessary.

2) Emergency supplies are stored in a secure ventilated area (central supply)

3) Emergency supplies are inventoried monthly and;

4) Emergency supplies are rotated as necessary to preserve freshness/function.

B.  **RED PHASE:**

1.  Medical Director and designees shall maintain the above inter-pandemic and Pandemic Alert Period standards at a minimum;

2.  The Medical Director or Designee may:

    a.  Initiate screening for signs and symptoms of all personnel, offenders and visitors entering LSP.
        1)  Screening Criteria shall be developed utilizing current pandemic signs and symptoms.

    b.  Refuse entry to persons experiencing signs of infection.

    c.  Require symptomatic individuals who are granted access to wear surgical masks and adhere to other infection control requirements.

3.  The Medical Director or Designee shall:

    a.  Initiate a tracking system to follow patients with new diagnosis of infection with the pandemic agent and follow patients in isolation and quarantine;

    b.  Perform patient triage as indicated;

    c.  Initiate separate patient waiting and treatment areas when feasible (use MPG as isolation/ treatment area)

    d.  Designate non-medical personnel to administer medications and treatment, if necessary due to absence of multiple medical personnel ill with the pandemic symptoms.

    e.  Direct the assessment and distribution of medications and medical supplies as deemed appropriate;

    f.  Designate isolation, quarantine, and morgue areas.

    g.  Work in conjunction with the Department of Homeland Security through the regional medical director and other appropriate agencies for emergency management in response to the successive stages of the pandemic event;

    h.  Provide the necessary level of response efforts as practicable.

    i.  Advise the Medical Director or Designee of the following:
        1)  Isolation/quarantine of the affected population to include:
            a)  Containment boundaries

b)    Need for appropriate environmental adjustments to include but not limited to :

    i.    All windows, doors, fans, and heating/air conditioning systems and any other opening to the outside can be closed and secured if directed to prevent air exchange.

    ii.    Ordering, distributing, and rationing food supplies and dietary supplements;

    iii.    Health and safety issues

    iv.    emergency release of personnel

    v.    Other issues as appropriate.

4.    The Medical Director, with advisement of the regional Medical Director, and the Regional Warden or his designee, shall be responsible for the internal operations and the activation of the appropriate level of response for a pandemic event for each affected secure facility.

5.    The Medical Director, Regional Medical Director and the Regional Warden or his designee shall be responsible for the expanded internal level of response and the organization of employees in the Incident Management System to include:

    a.    Managing incident response functions;

    b.    Declaring a lockdown where normal programming ceases.

    c.    Requiring employees to function outside their normal area of expertise as needed

    d.    Ensuring the escalated level of response structure develops at a pace which stays ahead of the tactical deployment of personnel and resources;

    e.    Ensuring adequate personnel resources are available.

    f.    Not permitting any person to;

        1)    Respond to a crisis situation unless instructed to do so; or

        2)    Enter any secure unit if exhibiting any type of flu symptoms as stated above.

6.    The Director and/or his designee shall ensure:

    a.    Appropriate levels of communication are established with the family members of the affected employees and offenders (RN Program Coordinator of Communications)

## C.    POST PANDEMIC PERIOD:

1.    Medical practice will resume as in the Inter-pandemic Period Standards.

2.    The Regional Warden or his designee in consultation with the Medical Director and the Regional Medical Director shall:

    a.    Arrange for debriefing to gather pertinent information that may be applied to future emergency response efforts.

    b.    Complete an after action report to include:
        a)    Review incident;
        b)    event analysis;
        c)    Identify areas in need of improvement;
        d)    Create a corrective action plan for future events to be used in the revision of this pandemic event protocol.

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
LOUISIANA STATE PENITENTIARY
# H1N1 FLU



## SCREENING CHECKLIST – EMPLOYEE/OFFENDER

| Name: | DOC # (if applicable): | Employee Work Assignment or Offender Housing Assignment: |
|---|---|---|
| | | |

|  | YES | NO |
|---|---|---|
| 1. Spent any time in the H1N1 flu affected areas within the past 7 days? | ☐ | ☐ |
| 2. Spent any time with anyone from these areas within the past 7 days? | ☐ | ☐ |
| 3. Did the offender arrive at this facility within the last 8 days? | ☐ | ☐ |
| 4. Does the employee/offender present any of the following signs? | | |
| • Temperature > than 100° | ☐ | ☐ |
| • Sore Throat | ☐ | ☐ |
| • Cough | ☐ | ☐ |
| • Shortness of breath, Dyspnea, ↓ $0_2$ sats | ☐ | ☐ |
| • Nasal congestion or drainage | ☐ | ☐ |
| • Vomiting | ☐ | ☐ |
| • Lethargy | ☐ | ☐ |
| 5. Does the employee/offender report any of these symptoms within the past 24 hours? | | |
| • Body aches | ☐ | ☐ |
| • Unexplained fatigue or weakness | ☐ | ☐ |
| • Nausea/vomiting | ☐ | ☐ |
| • Diarrhea | ☐ | ☐ |

**COMMENTS:**

_____

_____

_____

_____    _____
Signature of Medical Interviewer              Date of Interview

_____    _____
Signature of Reviewing Provider               Date of Review

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
LOUISIANA STATE PENITENTIARY

# H1N1 FLU



## QUESTIONNAIRE – FRONT GATE

| Name: | Company: |
|---|---|

|  |  | YES | NO |
|---|---|---|---|
| 1. | Spent any time in the H1N1 flu affected areas within the past 7 days? | ☐ | ☐ |
| 2. | Spent any time with anyone from these areas within the past 7 days? | ☐ | ☐ |
| 3. | Over the past 24 hours, has the person had any of the following? | | |
| | • Temperature > than 100° | ☐ | ☐ |
| | • Sore Throat | ☐ | ☐ |
| | • Cough | ☐ | ☐ |
| | • Shortness of breath | ☐ | ☐ |
| | • Achy feeling/fatigue | ☐ | ☐ |
| | • Runny or stuffy nose | ☐ | ☐ |
| | • Nausea/vomiting | ☐ | ☐ |
| | • Diarrhea | ☐ | ☐ |

If the person answers yes to 2 or more, please notify medical.

_____          _____
Signature of Interviewer                              Date of Interview

Issued 3.18. 2020/V.3

**Louisiana Department of
Public Safety and Corrections**

## CORONAVIRUS (COVID-19) SCREENING CHECKLIST
**(Version 3)**
**Supersedes checklist issued 3.16. 2020**

**VERBALLY ASK INDIVIDUAL SEEKING TO ENTER FACILITY THE BELOW QUESTIONS AND RECORD
ANSWERS VIA BELOW CHECK BOX.**

1.  ⊓ Yes ⊓ No    In the last 14 days, have you been around anyone that is known to have tested positive for Coronavirus (COVID-19)
2.  ⊔ Yes ⊔ No    Do you currently have a fever?
3.  ⊢ Yes   No    Do you currently have a new onset of shortness of breath?
4.  ⊓ Yes ⊓ No    Do you currently have a cough?
5.  ⊔ Yes ⊔ No    In the last 14 days, have you travelled into *or* from **Orleans** and/or **Jefferson** parish.

**NEXT STEPS:**

- If the individual answered **no to all of the above**, he/she is *cleared for purposes of this screening.*

- If the individual answered **"yes" to either question(s) 1 or 2 (or to both)**; *he/she shall be denied entrance to the facility.*

- If the individual answered **"yes" to one or more of questions 3, 4, or 5** *the individual's temperature shall be taken;*

  o If the individual has a **temperature of 100.00 Degrees Fahrenheit or higher**, *he/she shall be denied entrance to the facility.*

  o If the individual **does not have a temperature of 100 degrees or higher, but exhibits or self-reports symptoms of shortness of breath or coughing**, *he/she is cleared for purposes of this screening, but may also be required to wear a mask throughout the duration of the stay on the premises* as determined by an appropriate health care practitioner.

**Denials:**

1.  Any person denied entrance to the facility pursuant to this checklist shall be *verbally directed to seek medical advice regarding risk of exposure to the virus from an outside qualified emergency health care provider.*

2.  If the person **denied** pursuant to this screening is an employee of the LADOC, immediately notify facility Warden (if prison) or HR Director (if HQ) or District Manager (if P&P).