

Jeffrey Dubner <jeffrey.dubner@gmail.com>

# Lewis v. Cain: Urgent Client Concerns in light of COVID-19 - Immediate Response Requested

**Jeffrey Dubner** <jeffrey.dubner@gmail.com>     Mon, Mar 30, 2020 at 8:12 PM
To: Randy Robert <Randy.Robert@butlersnow.com>

Randy,

No, the information did not come from your clients.

> On Mon, Mar 30, 2020 at 7:39 PM Randy Robert <Randy.Robert@butlersnow.com> wrote:
>
> Concerned staff at a local facility? That's not a response. Are you contacting employees of DOC or a facility associated with DOC? This is serious and I need an answer ASAP.
>
> Sent from my iPhone
>
>> On Mar 30, 2020, at 6:35 PM, Jeffrey Dubner <jeffrey.dubner@gmail.com> wrote:
>>
>> Randy,
>>
>> Though we see no obligation to share our source, in the interest of courtesy, the information originated from a concerned staff member at a local facility.
>>
>> Regards,
>>
>> Jeff
>>
>> On Mon, Mar 30, 2020 at 7:19 PM Randy Robert <Randy.Robert@butlersnow.com> wrote:
>>> What is the source of your information?
>>>
>>> Sent from my iPhone
>>>
>>>> On Mar 30, 2020, at 6:03 PM, Jeffrey Dubner <jeffrey.dubner@gmail.com> wrote:
>>>>
>>>> Randy,
>>>>
>>>> Thank you for responding and providing some information. But your email didn't fully answer our question. We asked whether DOC has a plan to transfer patients with COVID-19 to LSP. You said that it has not transferred any and does not imminently plan to make any such transfers at this time, but that doesn't answer whether it has the plan at all.
>>>>
>>>> Our understanding is that DOC plans to transfer patients with COVID-19 to Allen, and then after Allen is full, to LSP. Almost immediately after you sent your email, we received

a report that transfers to Allen have begun. That makes it even more urgent that we learn whether DOC does in fact plan to transfer patients with COVID-19 to LSP -- something that you have still refused to confirm or deny. You say that "there are no imminent plans to make any such transfers at this time," but that obviously leaves open the possibility that transfers will begin as soon as Allen is full. Because we have no idea when that will occur and you have given us no assurance that transfers could not begin at any moment, we cannot wait to seek relief.

To avoid motion practice, please confirm by tomorrow at 10:30am whether 1) DOC plans to transfer patients with COVID-19 from other jails and facilities to LSP (whether before or after Allen runs out of room for transfers) and 2) whether Defendants will provide us with 14 days' notice before making such transfers, allowing us time at that point to bring the matter to the Court in a more orderly fashion.

As always, we would be happy to get on the phone with you and discuss this, but you have made it clear that that is even less agreeable to you than these emails.

Regards,
Jeff

On Mon, Mar 30, 2020 at 5:05 PM Randy Robert <Randy.Robert@butlersnow.com> wrote:

> Jeff:
>
> Thank you for yet another email on this issue.  I understood your position in the first email that you sent yet you continue to pepper me with emails in order to help paper your inevitable motion with the court.  You have now filed a motion for emergency relief seeking to undertaken discovery again in this matter.  One of the grounds that you use to support the motion is the purported movement of prisoners in the DOC system to Angola.  You ask the court to grant your motion so you can do discovery on this very issue.  You are now demanding that we provide you with this discovery before the Court has even ruled on whether you are entitled to obtain it.
>
> I assure you that any potential movement of prisoners within the DOC system is part of a well developed plan to protect the health and safety of all inmates within the DOC system.  We intend to fully respond to your allegations and provide our plans and action in response to your motion.  My personal opinions of your motives have nothing to do with DOC decisions or actions in this matter.  They are working extremely hard to protect the inmates at Angola and other facilities throughout the state.  I know that you always think that your group has a better plan for dealing with any situation, but the state officials charged with responding to this situation are very competent and are attempting to make decisions for all concerned.  Your contention that the actions of DOC is putting lives at risk is groundless rhetoric.
>
> Nevertheless, I have spoken with DOC further about the matter and have confirmed that DOC has not transferred anyone with Covid-19 to Angola and there are no imminent plans to make any such transfers at this time.  Additionally, no inmate at Angola has tested positive for Covid-19 as of this submission.
>
> No need to send me yet another email on this matter.  I understand your position.
>
> Randy

**[Randal J. Robert](...)**

**Butler Snow LLP**

D: (225) 325-8735 | F: (225) 325-8800

445 North Boulevard, Suite 300, Baton Rouge, LA 70802

[Randy.Robert@butlersnow.com](mailto:Randy.Robert@butlersnow.com) | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

**From:** Jeffrey Dubner <[jeffrey.dubner@gmail.com](mailto:jeffrey.dubner@gmail.com)>
**Sent:** Sunday, March 29, 2020 10:48 PM
**To:** Randy Robert <[Randy.Robert@butlersnow.com](mailto:Randy.Robert@butlersnow.com)>
**Cc:** Bruce Hamilton <[bhamilton@laaclu.org](mailto:bhamilton@laaclu.org)>; Caroline Tomeny <[caroline@scwllp.com](mailto:caroline@scwllp.com)>; Connell L. Archey <[CONNELL@kswb.com](mailto:CONNELL@kswb.com)>; Jamila Johnson <[JJohnson@defendla.org](mailto:JJohnson@defendla.org)>; Jared Davidson <[Jared.Davidson@splcenter.org](mailto:Jared.Davidson@splcenter.org)>; Jeffrey Cody <[jeffreyc@scwllp.com](mailto:jeffreyc@scwllp.com)>; John Conine <[coninej@scwllp.com](mailto:coninej@scwllp.com)>; Keith J. Fernandez <[Keith@kswb.com](mailto:Keith@kswb.com)>; Mercedes Montagnes <[MMontagnes@defendla.org](mailto:MMontagnes@defendla.org)>; Nishi Kumar <[NKumar@defendla.org](mailto:NKumar@defendla.org)>; Randal J. Robert <[randy@kswb.com](mailto:randy@kswb.com)>; Rebecca Ramaswamy <[RRamaswamy@defendla.org](mailto:RRamaswamy@defendla.org)>; [rlospennato@advocacyla.org](mailto:rlospennato@advocacyla.org)
**Subject:** Re: Lewis v. Cain: Urgent Client Concerns in light of COVID-19 - Immediate Response Requested

Randy,

In your most recent emails, you refused to confirm or deny whether DOC intends to transfer patients with COVID-19 to LSP, and indicated that you would not respond until Defendants file their response to our motion to reopen discovery. If that's the case, we will file an emergency motion seeking to restrain DOC from engaging in such transfers until the Court has an opportunity to pass on their legality.

If DOC does not in fact intend to transfer patients with COVID-19 to LSP, or does not plan to begin doing so imminently, then we would not need to file this motion. Accordingly, I wanted to ask one more time if there is any information you can provide on this subject. If we do not hear from you by close of business on Monday that DOC does not have this plan, then we will proceed with our motion as soon as possible.

I gather from the tone of your emails that you don't think much of our efforts to advocate for our clients in this matter. Please understand that we fear that DOC's actions will directly result in the deaths of dozens if not hundreds of our clients. We truly regret that this process has already become adversarial rather than cooperative, but given the urgency of the approaching tragedy we really have no choice but to go to the Court in an expedited fashion if you refuse even to meet and confer with us.

Regards,

Jeff

> On Sat, Mar 28, 2020 at 2:57 PM Randy Robert <Randy.Robert@butlersnow.com> wrote:
>
>> Thanks for your clarification. You have clearly raised this issue in your filing and we plan to respond accordingly.
>>
>> Sent from my iPhone
>>
>>> On Mar 28, 2020, at 1:48 PM, Jeffrey Dubner <jeffrey.dubner@gmail.com> wrote:
>>>
>>> Randy,
>>>
>>> I believe our email and brief were clear, but to avoid any misunderstanding, we still require a response from you on a subject separate from the relief sought in our motion. The motion deals with your refusal to meet and confer and our request for information regarding our clients and LSP's actions regarding COVID-19. Our open request for a response by Monday deals with the news reports that DOC is actively transporting patients with COVID-19 *to* LSP, placing our most vulnerable clients at heightened risk. Please confirm by Monday whether that is in fact DOC's plan and whether you are willing to meet and confer about it; if not, we will promptly seek relief if we believe it is necessary.
>>>
>>> Regards,
>>>
>>> Jeff
>>>
>>>> On Sat, Mar 28, 2020 at 12:46 PM Randy Robert <Randy.Robert@butlersnow.com> wrote:
>>>>
>>>>> Correction "now"
>>>>>
>>>>> **Randal J. Robert**
>>>>>
>>>>> **Butler Snow LLP**
>>>>>
>>>>> D: (225) 325-8735 | F: (225) 325-8800
>>>>>
>>>>> 445 North Boulevard, Suite 300, Baton Rouge, LA 70802
>>>>>
>>>>> Randy.Robert@butlersnow.com | vCard | Bio
>>>>>
>>>>> Twitter | LinkedIn | Facebook | YouTube

**From:** Randy Robert <Randy.Robert@butlersnow.com>
**Sent:** Saturday, March 28, 2020 11:46 AM
**To:** 'Jeffrey Dubner' <jeffrey.dubner@gmail.com>
**Cc:** 'Bruce Hamilton' <bhamilton@laaclu.org>; 'Caroline Tomeny' <caroline@scwllp.com>; 'Connell L. Archey' <CONNELL@kswb.com>; 'Jamila Johnson' <JJohnson@defendla.org>; 'Jared Davidson' <Jared.Davidson@splcenter.org>; 'Jeffrey Cody' <jeffreyc@scwllp.com>; 'John Conine' <coninej@scwllp.com>; 'Keith J. Fernandez' <Keith@kswb.com>; 'Mercedes Montagnes' <MMontagnes@defendla.org>; 'Nishi Kumar' <NKumar@defendla.org>; 'Randal J. Robert' <RANDY@kswb.com>; 'Rebecca Ramaswamy' <RRamaswamy@defendla.org>; 'rlospennato@advocacyla.org' <rlospennato@advocacyla.org>
**Subject:** RE: Lewis v. Cain: Urgent Client Concerns in light of COVID-19 - Immediate Response Requested

Hi Jeff:

I see that you have not sought relief from the Court. We will respond to you with our response in our briefing.

Thanks and have a nice weekend.

I'm sure that the hard working state employees working round the clock to protect your clients won't be sitting at home enjoying the weekend.

### Randal J. Robert

**Butler Snow LLP**

D: (225) 325-8735 | F: (225) 325-8800

445 North Boulevard, Suite 300, Baton Rouge, LA 70802

Randy.Robert@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

---

**From:** Randy Robert
**Sent:** Saturday, March 28, 2020 8:14 AM
**To:** 'Jeffrey Dubner' <jeffrey.dubner@gmail.com>
**Cc:** Bruce Hamilton <bhamilton@laaclu.org>; Caroline Tomeny <caroline@scwllp.com>; Connell L. Archey <CONNELL@kswb.com>; Jamila Johnson <JJohnson@defendla.org>; Jared Davidson <Jared.Davidson@splcenter.org>; Jeffrey Cody <jeffreyc@scwllp.com>; John Conine <coninej@scwllp.com>; Keith J. Fernandez <Keith@kswb.com>; Mercedes Montagnes <MMontagnes@defendla.org>; Nishi Kumar

<NKumar@defendla.org>; Randal J. Robert
<RANDY@kswb.com>; Rebecca Ramaswamy
<RRamaswamy@defendla.org>; rlospennato@advocacyla.org
**Subject:** RE: Lewis v. Cain: Urgent Client Concerns in light of COVID-19 - Immediate Response Requested

Jeff,

Thank you for your email. I will forward your concerns to DOC and let you know if they have any further response for you by Monday if possible.

### Randal J. Robert

**Butler Snow LLP**

D: (225) 325-8735 | F: (225) 325-8800

445 North Boulevard, Suite 300, Baton Rouge, LA 70802

Randy.Robert@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

**From:** Jeffrey Dubner <jeffrey.dubner@gmail.com>
**Sent:** Saturday, March 28, 2020 8:01 AM
**To:** Randy Robert <Randy.Robert@butlersnow.com>
**Cc:** Bruce Hamilton <bhamilton@laaclu.org>; Caroline Tomeny <caroline@scwllp.com>; Connell L. Archey <CONNELL@kswb.com>; Jamila Johnson <JJohnson@defendla.org>; Jared Davidson <Jared.Davidson@splcenter.org>; Jeffrey Cody <jeffreyc@scwllp.com>; John Conine <coninej@scwllp.com>; Keith J. Fernandez <Keith@kswb.com>; Mercedes Montagnes <MMontagnes@defendla.org>; Nishi Kumar <NKumar@defendla.org>; Randal J. Robert <RANDY@kswb.com>; Rebecca Ramaswamy <RRamaswamy@defendla.org>; rlospennato@advocacyla.org
**Subject:** Re: Lewis v. Cain: Urgent Client Concerns in light of COVID-19 - Immediate Response Requested

Randy,

We were disappointed not to hear from you Friday, and will move for relief promptly from Judge Dick. In the meantime, we wanted to convey our urgent and extreme concern with the "plan" that you provided on Wednesday. This is not a COVID-19 plan, but rather a generic plan designed for a pandemic flu. It is directly contrary to CDC guidelines in multiple respects, such as its guidance on when staff with fever should return to work. This puts inmates at great risk of unnecessary infection, as well as LSP staff and the surrounding

community. Rather than using an inappropriate plan not designed for COVID-19, DOC should base its plan on the existing CDC guidelines and make such adaptations as are necessary for LSP in particular.

Additionally, news reports state that DOC intends to transport patients with confirmed or suspected cases of COVID-19 to LSP from other prisons. That is precisely the opposite of what should be occurring. LSP has an extraordinarily high proportion of high-risk individuals (e.g., elderly and immuno-compromised inmates). It is also furthest from the nearest hospital than most other correctional facilities in Louisiana. Proactively bringing the virus to LSP, particularly with the current insufficient plan in place, would be unconscionably risky to Class members.

Please let us know as soon as possible if our understanding that LSP intends to proactively bring confirmed or suspected cases of COVID-19 to LSP is incorrect. If we do not hear from you on that subject by Monday, we will assume that our understanding is correct and, if necessary, move for emergency relief.

As we have said, we are available to speak with you or any representative of Defendants at your convenience, whether about the information we are requesting, the transfer of COVID-19 patients to LSP, our concerns with the pandemic flu plan, or any other topic. Please contact us as soon as you can.

Regards,

Jeff

On Thu, Mar 26, 2020 at 5:49 PM Jeffrey Dubner <jeffrey.dubner@gmail.com> wrote:

> Randy,
>
> Thank you for your email. To be clear, we represent a certified class of all inmates at Angola who have alleged -- and proven -- that the DOC's medical system exposes them to an unconstitutional risk of serious harm. We have an ethical and fiduciary duty to determine whether emergency relief is required while we await the District Court's order remediating that risk. If Defendants are not willing to provide us with the information we need to determine whether action is necessary, we will have no choice but to request that the Court reopen limited discovery to determine if injunctive steps are needed. We requested a meet and confer in the hopes of avoiding that possibility and ensuring that our need to protect our clients poses the least burden possible on DOC. If we must seek relief from the Court, it will not be to "interfere" with DOC's operations but to ensure that our clients are safe despite your intransigence. Of course, we would prefer to work with Defendants to avoid the need of going to court, but that will require cooperation between the parties given the urgent circumstances.
>
> Below are the types of information we will need to ensure that

emergency relief is not necessary at this time. Again, we are more than willing to discuss with you and/or DOC the least intrusive way to get this information.

- Weekly population numbers for people housed at Angola beginning January 1;
- Documentation of Angola's criteria for transport to an outside hospital for confirmed or suspected COVID-10 infection;
- Documentation of trips to outside hospitals, including but not limited to ambulance runs and requests to transport by both Angola and the outside hospitals;
- Any criteria for who is being given a COVID-19 test and information on who is administering that screening;
- How many ventilators are available at Angola and where those ventilators are located;
- Documentation of medical supply inventory currently available at Camp J and anywhere else staff or patients with confirmed or suspected COVID-19 are being held;
- Monthly medical staffing reports beginning January 1;
- Any written materials, handouts, or presentations being used to educate staff and patients on COVID-19 or preventive measures;
- Weekly reports of how many people have been tested for COVID-19 and the results of those tests;
- Plans for infection surge and corresponding impact on staffing and facilities and equipment;
- Identity of any working group/committee on COVID-19 response, including membership, and any documents generated;
- Clinical guidance provided to medical staff for screening and treatment;
- Plans for social distancing;
- Plans for screening of and precautions for medically vulnerable people.

Again, we would appreciate the opportunity to speak with you at your earliest convenience. If we do not hear from you by 5:00 p.m. tomorrow, Friday March 27, we will move for appropriate relief before the Court.

In the meantime, we are reviewing the plan you provided and will convey our concerns as soon as possible.

Regards,

Jeff

On Wed, Mar 25, 2020 at 4:04 PM Randy Robert <Randy.Robert@butlersnow.com> wrote:

> Jeff:
>
> Thank you for your concerns for the well-being of the offender population at Louisiana State Penitentiary. You may rest assured that the main priority of Secretary Le Blanc, DOC officials and LSP staff during the COVID-19

emergency declaration is the health and safety of our incarcerated population at LSP.

In order to limit offender exposure to COVID-19, Warden Darrel Vannoy ordered implementation of the attached LSP Continuity of Operations Plan ("COOP") as updated in March 2020 to comply with applicable US Centers for Disease Control and Prevention ("CDC") guidelines.

Below is a bullet point summary of some of the key issues that LSP is addressing with offenders to both avoid exposure to the virus and provide for increased family contact:

- Offender movement within the facility has been restricted, and reverse isolation is being practiced with our most vulnerable population to protect those prisoners from unnecessary exposure to staff. LSP staff in these areas are required to wear masks and only make contact when absolutely necessary.

- Lines for pill call are being alternated. Medicine is distributed unit by unit so that offenders from different units do not come into contact with one another.

- Meal times are also being alternated, and the dining facilities are being both cleaned and sanitized before and after each unit has meal time. Yard time is also being allocated on a unit by unit basis.

- Transfers between DOC facilities and/or local facilities have been suspended indefinitely absent extenuating circumstances, and any offender transferring into LSP is required to quarantine for a 14-day period. If the offender develops symptoms, he is placed into isolation.

- Any LSP offender presenting with symptoms is given both a flu test and COVID-19 test.

- All employees entering the facility are screened daily by means of a temperature check and a series of questions regarding COVID-19 symptoms and recent travel.
- Offenders are currently being provided two free telephone calls per week, and Warden Vannoy has chosen to allow any offender being moved into quarantine or isolation a free telephone call to update family or friends.
- Offenders are being provided with soap and sanitizer free of charge though out the duration of this event.

Our current procedures ensure that proper housing, housekeeping, nutrition, medical care, and sanitation requirements are met despite the additional challenges to staff and the offender population. As the situation continues to evolve, LSP staff is ready to adapt as necessary.

We hope that this response will help to alleviate your concerns. DOC and LSP officials are working round the clock to protect the inmate population from exposure to this virus. LSP has adequate supplies and tests to satisfy its current needs. **As of today, there have been no positive tests among the inmate population at Angola**. We are providing you with detailed information regarding the efforts being undertaken and we hope that you will allow DOC and LSP officials to do their jobs without interference. At this time DOC and LSP do not need your assistance in dealing with this event and we decline your invitation to meet and confer later this week.

Regards - Randy



**Randal J. Robert**

**Butler Snow LLP**

D: (225) 325-8735 | F: (225) 325-8800

445 North Boulevard, Suite 300, Baton Rouge, LA 70802

Randy.Robert@butlersnow.com | vCard | Bio

Twitter | LinkedIn | Facebook | YouTube

**From:** Jeffrey Dubner <jeffrey.dubner@gmail.com>
**Sent:** Monday, March 23, 2020 3:22 PM
**To:** Randy Robert <Randy.Robert@butlersnow.com>
**Cc:** John Conine <coninej@scwllp.com>; Jeffrey Cody <jeffreyc@scwllp.com>; Caroline Tomeny <caroline@scwllp.com>; Randal J. Robert <RANDY@kswb.com>; Keith J. Fernandez <Keith@kswb.com>; Connell L. Archey <CONNELL@kswb.com>; Mercedes Montagnes <MMontagnes@defendla.org>; Rebecca Ramaswamy <RRamaswamy@defendla.org>; Jared Davidson <Jared.Davidson@splcenter.org>; Jamila Johnson <JJohnson@defendla.org>; Bruce Hamilton <bhamilton@laaclu.org>; rlospennato@advocacyla.org; Nishi Kumar <NKumar@defendla.org>
**Subject:** Re: Lewis v. Cain: Urgent Client Concerns in light of COVID-19 - Immediate Response Requested

Counsel,

In light of the evolving and urgent situation facing all of our clients at Angola due the mounting concerns of a COVID-19 outbreak in jails and prisons across the state, we think it makes sense to schedule a meet and confer to discuss the situation in addition to having your clients respond to our previous request. In order to protect our clients while we await the Court's ruling, we anticipate that there is additional, ongoing information we will require in addition to our request for the DOC and Angola plans. As we said in our previous email, we understand how complex the situation is for your clients and hope that we can aid the DOC in keeping Angola's inmates safe and informed. We are happy to discuss further any time this week that is convenient for you. We would also request that someone from the DOC be present at the meet and confer.

Best,

Jeff

On Fri, Mar 20, 2020 at 2:14 PM Jeffrey Dubner <jeffrey.dubner@gmail.com> wrote:

> Randy,

Thank you for your email. Tuesday or Wednesday is fine with us. We'll look forward to your response.

Again, we wish you all the best in these difficult times.

Regards,

Jeff

On Fri, Mar 20, 2020 at 1:35 PM Randy Robert <Randy.Robert@butlersnow.com> wrote:

> Jeff:
>
> Thanks for you deep heartfelt concerns for us. We appreciate the lovely sentiments.
>
> I have passed you concerns on to those on the frontline at DOC and they have agreed to provide you with a reasonable response to your inquiry. As you are well aware, DOC officials have pressing matters and cannot respond to you "immediately." However, I anticipate that we will be able to provide you with a response by Tuesday or Wednesday of next week.
>
> Regards - Randy
>
> **Randal J. Robert**
>
> **Butler Snow LLP**
>
> D: (225) 325-8735 | F: (225) 325-8800
>
> 445 North Boulevard, Suite 300, Baton Rouge, LA 70802
>
> Randy.Robert@butlersnow.com | vCard | Bio
>
> Twitter | LinkedIn | Facebook | YouTube
>
> **From:** Jeffrey Dubner <jeffrey.dubner@gmail.com>
> **Sent:** Thursday, March 19, 2020 8:38 PM
> **To:** John Conine <coninej@scwllp.com>; Jeffrey Cody <jeffreyc@scwllp.com>; Caroline Tomeny <caroline@scwllp.com>; Randal J. Robert <RANDY@kswb.com>; Keith J. Fernandez <Keith@kswb.com>; Connell L. Archey <CONNELL@kswb.com>

**Cc:** Mercedes Montagnes <MMontagnes@defendla.org>; Rebecca Ramaswamy <RRamaswamy@defendla.org>; Jared Davidson <Jared.Davidson@splcenter.org>; Jamila Johnson <JJohnson@defendla.org>; Bruce Hamilton <bhamilton@laaclu.org>; rlospennato@advocacyla.org
**Subject:** Lewis v. Cain: Urgent Client Concerns in light of COVID-19 - Immediate Response Requested

Counsel,

We hope this email finds you all safe and healthy. In light of the rapidly escalating numbers of confirmed cases of COVID-19 across the state, we are reaching out because we are concerned about the health and well-being of each of our 6000+ clients housed at Angola. As we are sure you have heard, the virus that causes COVID-19 is easily spread in institutional settings like Angola and typical prevention measures – such as avoiding close contact and frequent cleaning and disinfecting of surfaces – are not always possible in jails and prisons. With so many of our clients already at high risk of complications and death from COVID-19 due to advanced age, chronic medical conditions, or otherwise compromised immune systems, we think everyone would agree that measures must be put in place to prevent a widespread outbreak and provide medical care to anyone who may exhibit symptoms in the future.

We know the DOC and Angola staff are likely overburdened right now and we do not want to do anything to impede their efforts on behalf of our clients. We simply request that you share whatever plan the DOC has put in place in response to the COVID-19 pandemic and that we are timely provided with updated versions as that plan evolves. It is vital that we have access to this information as it impacts the immediate safety of our clients. We urge you to share those plans with us as soon as possible.

Thank you for your help. This is a concerning time for everyone and we hope you all are able to take the necessary precautions to keep yourselves and your loved ones safe.

Best,

Jeff

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law office and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and

> protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.

CONFIDENTIALITY NOTE: This e-mail and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you for your cooperation.