UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPH LEWIS, JR., ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-318-SDD-RLB** |
| **BURL CAIN, WARDEN OF THE LOUISIANA STATE PENITENTIARY, IN HIS OFFICIAL CAPACITY, ET AL.** | |

## ORDER

This matter is before the Court on a Motion to Continue Post-Trial Settlement Conference (R. Doc. 583). Considering the current national emergency relating to COVID-19, the Motion is **GRANTED.** The settlement conference set for April 14, 2020 is **CANCELLED.** A telephone conference is set for **April 21, 2020 at 11:00 a.m.** Attorney Randal J. Robert, counsel for defendants, and attorney Mercedes Montagnes, counsel for plaintiff, shall participate in the telephone conference. Attorney Randal J. Robert shall initiate the call to all parties then contact the Court at (225) 389-3602 once both attorneys are on the line.

Signed in Baton Rouge, Louisiana, on April 1, 2020.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**