# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH LEWIS, JR., ET AL. | CIVIL DOCKET NO.: 3:15-CV-318 |
| VERSUS | JUDGE: SHELLY DICK |
| BURL CAIN, ET AL. | MAGISTRATE: RICHARD BOURGEOIS |

## ORDER

Considering the Court's recent *Opinion*, this matter is hereby temporarily STAYED and ADMINISTRATIVELY CLOSED pending a docket review and preparation for the remedy phase. This matter shall be re-opened upon the setting of a Status Conference to discuss how the remedial phase will proceed.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 31st day of March, 2021.

_____
**SHELLY D. DICK
CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA**