UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH LEWIS, JR., KENTRELL PARKER, FARRELL SAMPIER, REGINALD GEORGE, JOHN TONUBBEE, OTTO BARRERA, CLYDE CARTER, CEDRIC EVANS, EDWARD GIOVANNI, RICKY D. DAVIS, LIONEL TOLBERT, and RUFUS WHITE, on behalf of themselves and all others similarly situated<br><br>VERSUS<br><br>BURL CAIN, Warden of the Louisiana State Penitentiary, in his official capacity; STEPHANIE LAMARTINIERE, Assistant Warden for Health Services, in her official capacity, JAMES M. LEBLANC, Secretary Of the Louisiana Department of Public Safety and Corrections in his official capacity, and THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS | JUDGE SHELLY D. DICK<br><br>USMJ RICHARD L. BOURGEOIS, JR.<br><br>CIVIL ACTION<br>NO. 15-cv-318-SDD-RLB |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION TO LIFT STAY TO ALLOW FOR THE FILING OF A MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, TO CERTIFY RULING FOR INTERLOCUTORY APPEAL**

NOW INTO COURT, through undersigned counsel, come Defendants, the Louisiana Department of Public Safety and Corrections ("DOC"); Darrel Vannoy in his official capacity as Warden of the Louisiana State Penitentiary; Stephanie Lamartiniere, in her official capacity as Assistant Warden of the Louisiana State Penitentiary; James M. Leblanc, in his official capacity as Secretary of the Louisiana Department of Public Safety and Corrections, John E. Morrison, MD, in his official capacity as Medical Director for DOC; Stacye Falgout, in her official capacity as the Chief Nursing Officer for DOC; Randy Lavespere, MD, in his official capacity as the Medical Director for the Louisiana State Penitentiary; Sherwood Poret, RN, in his official capacity as the Director of Nursing for the Louisiana State Penitentiary; and Cynthia Park, ACNP, in her official

capacity as an Acute Care Nurse Practitioner at the Louisiana State Penitentiary, who respectfully file this motion to lift temporary stay to allow for the filing of Defendants' motion for reconsideration or, in the alternative, to certify ruling for interlocutory appeal.

On March 31, 2021, this Honorable Court issued a 124-page Opinion in connection with the above referenced matter. [R. Doc. 594]. In the Opinion, the Court finds that Plaintiffs have satisfied their burden of proving that Defendants have been deliberately indifferent to the inmates' serious medical needs in the means and manner of the delivery of health care, in violation of the Eighth Amendment of the United States Constitution. [R. Doc. 594, p.2]. The Court also found that Plaintiffs have met their burden of establishing, in part, that Defendants violated the Americans with Disabilities Act. [R. Doc. 594, p.3].

A review of the Court's findings demonstrates that they are based on medical treatment and events occurring many years prior to the trial of this matter in October 2018 and many more years prior to the date of the Opinion which was rendered on March 31, 2021. In reaching its conclusions regarding deliberate indifference, the Court repeatedly references events and treatment dating back as far as 10 years ago.

The Court relied upon dated evidence in reaching its conclusion that Defendants were deliberately indifferent to the medical needs of patients in violation the Eighth Amendment. In fact, this Court did not even consider any evidence beyond September 30, 2016, some two years before the trial and over four years prior to the date that the subject opinion was issued.

Defendants submit that a finding of deliberate indifference based on this dated evidence is improper under existing federal law. Specifically, Defendants submit that the recent opinion of the United States Fifth Circuit Court of Appeal in *Valentine vs. Collier*, No. 20-20525 (5th Cir. March 26, 2021) is directly contrary to this Court's Opinion.

Additionally, on March 31, 2021, this Court enter an Order that this case is "temporarily STAYED and ADMINISTRATIVELY CLOSED." [R.Doc. 595]. Defendants file this motion asking the Court to lift the temporary Stay to allow Defendants to file a motion for reconsideration or, in the alternative, to certify ruling for interlocutory appeal (attached hereto as Exhibit "A") and a memorandum in support of the motion for reconsideration or, in the alternative, to certify ruling for interlocutory appeal ( attached hereto as Exhibit "B").

Defendants hereby adopt and incorporate the all matters set forth in the proposed motion for reconsideration or, in the alternative, to certify ruling for interlocutory appeal (attached hereto as Exhibit "A") and a memorandum in support of the motion for reconsideration or, in the alternative, to certify ruling for interlocutory appeal ( attached hereto as Exhibit "B") in support of the request to lift the temporary Stay in this matter. Accordingly, Defendants respectfully ask the Court to lift the temporary Stay and to allow the Defendants to file the attached proposed pleadings.

Respectfully Submitted:

**JEFF LANDRY,**
**ATTORNEY GENERAL**

KANTROW, SPAHT, WEAVER & BLITZER
(A PROFESSIONAL LAW CORPORATION)
445 North Boulevard, Suite 300 (70802)
P. O. Box 2997
Baton Rouge, Louisiana 70821-2997
Telephone: (225) 383-4703
Facsimile: (225) 343-0630

By: /s/ Randal J. Robert
    Randal J. Robert (#13800)
    Connell L. Archey (#29992)
    Keith J. Fernandez (#33124)
    George P. Holmes (#36501)
    *Special Assistant Attorneys General*
    Email: randy@kswb.com
           connell@kswb.com
           keith@kswb.com

george@kswb.com

**SHOWS, CALI & WALSH, L.L.P.**
Jeffrey K. Cody, La. Bar Roll No. 28536
Caroline T. Bond, La. Bar Roll No. 34120
John C. Conine, Jr., La. Bar Roll No. 36834
*Special Assistant Attorneys General*
628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, Louisiana 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-1467
Email: jeffreyc@scwllp.com
caroline@scwllp.com
coninej@scwllp.com

Patricia Wilton (La. Bar Roll No. 18049)
Elizabeth Murrill (La. Bar Roll No. 20685)
Michelle White (La. Bar Roll No. 26988)
Angelique Freel (La. Bar Roll No. 28561)
Colin Clark (La. Bar Roll No. 33775)
Andrea Barient (La. Bar Roll No. 35643)
*Assistant Attorneys General*
Louisiana Department of Justice
1885 North 3rd Street
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6200
Facsimile: (225) 326-6297
Email: WiltonP@ag.louisiana.gov
MurrillE@ag.louisiana.gov
WhiteMi@ag.louisiana.gov
FreelA@ag.louisiana.gov
ClarkC@ag.louisiana.gov
BarientA@ag.louisiana.gov

Counsel for Defendants

## CERTIFICATE OF SERVICE

    I hereby certify that on the 12th day of April, 2021, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                      /s/ Randal J. Robert
                         Randal J. Robert

58268868.v1