# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

November 29, 2021

Mr. Michael L. McConnell
Middle District of Louisiana, Baton Rouge
United States District Court
777 Florida Street
Room 139
Baton Rouge, LA 70801

    No. 21-30671   In re: Vannoy
                            USDC No. 3:15-CV-318

Dear Mr. McConnell,

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Whitney M. Jett, Deputy Clerk
                            504-310-7772

cc w/encl:
    Ms. Jamila Asha Johnson
    Ms. Mercedes Hardy Montagnes
    Mr. Randal James Robert

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 29, 2021
Lyle W. Cayce
Clerk

No. 21-30671

In re: Darrel Vannoy, Warden, Louisiana State Penitentiary, in his official capacity; Stephanie Lamartiniere, Assistant Warden for Health Services, in her official capacity; James M. LeBlanc, Secretary of the Louisiana Department of Public Safety and Corrections, in his official capacity; The Louisiana Department of Public Safety and Corrections,

*Petitioners.*

---

Petition for a Writ of Mandamus
to the United States District Court
for the Middle District of Louisiana
USDC No. 3:15-CV-318

---

Before Southwick, Graves, and Costa, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that the petition for writ of mandamus is DENIED.

**A True Copy**
**Certified order issued Nov 29, 2021**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**