UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
DECEMBER 15, 2021
CHIEF DISTRICT JUDGE SHELLY D. DICK

**JOSEPH LEWIS, ET AL.**

**VERSUS**

**CAIN, ET AL.**

**CIVIL ACTION**

**15-318-SDD-RLB**

This cause came on this day for a Status Conference.

**PRESENT:** **Mercedes Montagnes, Esq.**
**Jamila Johnson, Esq.**
**Amanda Zarrow, Esq.**
**Nishi Kumar, Esq.**
**Elena Malik, Esq.**
**Bruce Hamilton, Esq.**
**Counsel for Plaintiff**

**Connell Archey, Esq.**
**John Conine, Esq.**
**Randal Robert, Esq.**
**Jeffrey Cody, Esq.**
**Chelsea Payne, Esq.**
**Caroline Tomeny, Esq.**
**Counsel for Defendant**

Attorneys make appearances.

Court grants the *Motion to Stay* at Record Document 625 and denies the Ex Parte Motion for Expedited Hearing at Record Document 626 as moot.

Court sets the following deadlines:

Witness and Exhibit Lists due 1/14/2022.

Written Fact Discovery deadline is 2/18/2022.

Fact Depositions deadline 3/18/2022.

Expert Witness identification deadline is 3/18/2022.

Simultaneous Expert Report deadline is 4/18/2022.

Expert depositions shall be completed by 5/06/2022.

Any *Motions in Limine* (including *Daubert*) shall be filed by 5/16/2022.

*Pretrial Conference* is set for 5/24/2022 at 10:00 a.m. in Courtroom 3 before the Honorable Chief Judge Shelly D. Dick.

Remedy Hearing set for 6/6/2022 through 6/17/2022 at 9:30 a.m. in Courtroom 3 before the Honorable Chief Judge Shelly D. Dick.

At the conclusion of the hearing, a site visit will be scheduled and post-hearing briefing deadlines will be set.

* * * * *

Reporter: Shannon Thompson
Cv36/0.50