UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH LEWIS, JR., KENTRELL PARKER, * <br> FARRELL SAMPIER, REGINALD GEORGE,* <br> JOHN TONUBBEE, OTTO BARRERA,      * <br> CLYDE CARTER, CEDRIC EVANS,         * <br> EDWARD GIOVANNI, RICKY D. DAVIS,  * <br> LIONEL TOLBERT, and RUFUS WHITE,  * <br> on behalf of themselves and all others similarly * <br> situated                                                          * <br>                                                                       * <br> VERSUS                                                         * <br>                                                                       * <br> BURL CAIN, Warden of the Louisiana State   * <br> Penitentiary, in his official capacity;             * <br> STEPHANIE LAMARTINIERE, Assistant      * <br> Warden for Health Services, in her official  * <br> capacity, JAMES M. LEBLANC, Secretary    * <br> Of the Louisiana Department of Public Safety * <br> and Corrections in his official capacity, and  * <br> THE LOUISIANA DEPARTMENT OF            * <br> PUBLIC SAFETY AND CORRECTIONS       * | JUDGE SHELLY D. DICK <br><br> USMJ RICHARD L. BOURGEOIS, JR. <br><br> CIVIL ACTION <br> NO. 15-cv-318-SDD-RLB |

## **MOTION TO WITHDRAW PLEADINGS**

**NOW INTO COURT,** through undersigned counsel, come Defendants, who respectfully move to withdraw Rec. Doc. 657 and Rec. Doc. 658, including all attachments thereto, for the reasons set forth in the accompanying Memorandum in Support.

                                               **Respectfully Submitted:**

                                               **JEFF LANDRY,**
                                               **ATTORNEY GENERAL**

                                               **BUTLER SNOW LLP**
                                               By: <u>/s/ Randal J. Robert</u>
                                               Randal J. Robert (#21840)
                                               Connell L. Archey (#20086)
                                               Keith J. Fernandez (#33124)
                                               George P. Holmes (#36501)
                                               *Special Assistant Attorneys General*
                                               445 North Boulevard, Suite 300 (70802)
                                               P.O. Box 2997

Baton Rouge, LA 70821-2997
Ph.:     (225) 325-8700
Fax:     (225) 325-8800
Email: randy.robert@butlersnow.com
         connell.archey@butlersnow.com
         keith.fernandez@butlersnow.com
         george.holmes@butlersnow.com

**SHOWS, CALI & WALSH, L.L.P.**
Jeffrey K. Cody (#28536)
Caroline M. Tomeny (#34120)
John C. Conine, Jr. (#36834)
*Special Assistant Attorneys General*
628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, LA 70821
Ph.:     (225) 346-1461
Fax:     (225) 346-1467
Email: jeffreyc@scwllp.com
         caroline@scwllp.com
         coninej@scwllp.com

Elizabeth Murrill (#20685)
Angelique Freel (#28561)
*Assistant Attorneys General*
Louisiana Department of Justice
1885 North 3rd Street
P.O. Box 94005
Baton Rouge, LA 70804-9005
Ph.:     (225) 326-6200
Fax:     (225) 326-6297
Email: MurrillE@ag.louisiana.gov
         FreelA@ag.louisiana.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 18, 2022, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to CM/ECF participants by operation of this court's electronic filing system.

*/s/* **Caroline M. Tomeny**
CAROLINE M. TOMENY