UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH LEWIS, JR., KENTRELL PARKER, FARRELL SAMPIER, REGINALD GEORGE, JOHN TONUBBEE, OTTO BARRERA, CLYDE CARTER, CEDRIC EVANS, EDWARD GIOVANNI, RICKY D. DAVIS, LIONEL TOLBERT, and RUFUS WHITE, on behalf of themselves and all others similarly situated | JUDGE SHELLY D. DICK<br><br>USMJ RICHARD L. BOURGEOIS, JR.<br><br>CIVIL ACTION<br>NO. 15-cv-318-SDD-RLB |
| VERSUS | |
| BURL CAIN, Warden of the Louisiana State Penitentiary, in his official capacity; STEPHANIE LAMARTINIERE, Assistant Warden for Health Services, in her official capacity, JAMES M. LEBLANC, Secretary Of the Louisiana Department of Public Safety and Corrections in his official capacity, and THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS | |

**<u>MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW PLEADINGS</u>**

**NOW INTO COURT,** through undersigned counsel, come Defendants, who respectfully move to withdraw pleadings filed in the above matter on March 17, 2022.

On March 17, 2022, the Parties to this matter filed a Joint Motion for Settlement Preliminary Approval, Notice, and Fairness Hearing [Rec. Doc. 657] and a Joint Motion for Settlement Final Approval (Partial) [Rec. Doc. 658], seeking the Court's preliminary and final approval of a limited settlement agreement [Rec. Doc. 657-1] pursuant to F.R.C.P. 23 and the Prison Litigation Reform Act, 18 U.S.C. § 3626. Defendants now seek to withdraw Rec. Doc. 657 and Rec. Doc. 658, including all attachments thereto, for the following reasons:

Defendants are represented by contract counsel from the law firms of Butler Snow, LLP and Shows, Cali, & Walsh, LLP, as well as the Office of the Attorney General. The limited

1

settlement agreement was negotiated by contract counsel and authorized by the client. The Office of the Attorney General was inadvertently not consulted in connection with the limited settlement agreement and has requested an opportunity to review the agreement. Thus, Defendants move to withdraw Rec. Doc. 657 and Rec. Doc. 658 to provide the Office of the Attorney General an opportunity to review.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that Rec. Doc. 657 and Rec. Doc. 658, including all attachments thereto, be withdrawn.

**Respectfully Submitted:**

**JEFF LANDRY,**
**ATTORNEY GENERAL**

**BUTLER SNOW LLP**
By: /s/ Randal J. Robert
Randal J. Robert (#21840)
Connell L. Archey (#20086)
Keith J. Fernandez (#33124)
George P. Holmes (#36501)
*Special Assistant Attorneys General*
445 North Boulevard, Suite 300 (70802)
P.O. Box 2997
Baton Rouge, LA 70821-2997
Ph.:   (225) 325-8700
Fax:   (225) 325-8800
Email: randy.robert@butlersnow.com
       connell.archey@butlersnow.com
       keith.fernandez@butlersnow.com
       george.holmes@butlersnow.com

**SHOWS, CALI & WALSH, L.L.P.**
Jeffrey K. Cody (#28536)
Caroline M. Tomeny (#34120)
John C. Conine, Jr. (#36834)
*Special Assistant Attorneys General*
628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, LA 70821
Ph.:   (225) 346-1461
Fax:   (225) 346-1467

      Email: jeffreyc@scwllp.com
            caroline@scwllp.com
            coninej@scwllp.com

Elizabeth Murrill (#20685)
Angelique Freel (#28561)
*Assistant Attorneys General*
Louisiana Department of Justice
1885 North 3rd Street
P.O. Box 94005
Baton Rouge, LA 70804-9005
Ph.:   (225) 326-6200
Fax:   (225) 326-6297
Email: MurrillE@ag.louisiana.gov
         FreelA@ag.louisiana.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 18, 2022, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to CM/ECF participants by operation of this court's electronic filing system.

*/s/* **Caroline M. Tomeny**
CAROLINE M. TOMENY