UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH LEWIS, JR., KENTRELL PARKER, FARRELL SAMPIER, REGINALD GEORGE, JOHN TONUBBEE, OTTO BARRERA, CLYDE CARTER, CEDRIC EVANS, EDWARD GIOVANNI, RICKY D. DAVIS, LIONEL TOLBERT, and RUFUS WHITE, on behalf of themselves and all others similarly situated<br><br>VERSUS<br><br>BURL CAIN, Warden of the Louisiana State Penitentiary, in his official capacity; STEPHANIE LAMARTINIERE, Assistant Warden for Health Services, in her official capacity, JAMES M. LEBLANC, Secretary Of the Louisiana Department of Public Safety and Corrections in his official capacity, and THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS | JUDGE SHELLY D. DICK<br><br>USMJ RICHARD L. BOURGEOIS, JR.<br><br>CIVIL ACTION<br>NO. 15-cv-318-SDD-RLB |

## ORDER

Considering the Motion to Withdraw Pleadings filed by Defendants,

**IT IS HEREBY ORDERED** that Red. Doc. 657 and Rec. Doc. 658 be and are hereby **WITHDRAWN.**

This _____ day of _____, 2022.

_____
The Honorable Shelly D. Dick
United States District Judge