UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


JOSEPH LEWIS, JR. ET
AL ON BEHALF OF
THEMSELVES AND ALL
OTHERS SIMILARLY
SITUATED

                         CIVIL ACTION
                         NO. 3:15-CV-00318

VERSUS

                         JUDGE: SDD
                         MAGISTRATE: RLB

BURL CAIN, WARDEN OF
THE LOUISIANA STATE
PENITENTIARY, IN HIS
OFFICIAL CAPACITY, ET
AL




                30(b)6 Deposition of Louisiana Department of Public Safety and Corrections through its designated representative TRACY FALGOUT, taken on March 24, 2022, via Zoom Videoconferencing.

1       A     Yes.

2       Q     Are health care orderlies trained to

3   assist blind patients?

4       A     Yes.

5       Q     Are health care orderlies trained to

6   assist someone in filling out an ADA

7   Accommodation Request Form?

8       A     Specifically trained?  No.

9       Q     Has the training provided to health

10  care orderlies changed at all since the trial

11  in this case in 2018?

12      A     To the best of my knowledge, no.

13      Q     As ADA Coordinator, do you have any

14  relationships with advocacy groups that work

15  on disability issues?

16      A     Yes.

17      Q     What are those groups?

18      A     Well, the biggest would be The

19  Promise for Justice dealing with this

20  particular case.  We also had dealings with

21  the Department of Justice.

22      Q     Any other advocacy groups?

23      A     Not that I can recall, no.

24      Q     Do you have any relationships with

25  nonprofit organizations that work on

44

1      Q    Are there any current plans to make

2  changes to LSP practices, policies or

3  procedures related to discipline in the ADA?

4      A    Not at this time.  It would be based

5  on, again, their custody status resulting from

6  a disciplinary action would not change the

7  need for accommodation.  So we would have to

8  house them accordingly.  If they're

9  wheelchair-bound and they're in Ash 2

10  dormitory and they get a disciplinary writeup

11  and they have to go to a cell block, then we

12  would have to put them into a wheelchair

13  accessible cell.  Their custody level would

14  change.  Their housing would change, but their

15  level of accommodation would not.

16      Q    But that's a policy that exists right

17  now and has not been changed since 2019 and is

18  not going to change anytime soon, that you're

19  aware of?

20      A    Correct.

21      Q    When is the ADA implicated in a

22  disciplinary decision?

23      A    Can you repeat that?

24      Q    When is the ADA implicated in a

25  disciplinary decision?

1    practices, policies or procedures related to

2    access to programs and services since 2019?

3         A    The best of any knowledge, no.

4         Q    Are there any current plans to make

5    changes to LSP's practices, policies or

6    procedures related to access to programs and

7    services?

8         A    Not that I'm aware of at this time.

9         Q    Are there any current plans to make

10   changes to practices related to ADA issues and

11   discipline?

12        A    No, not that I'm aware of.

13        Q    Have there been any changes to LSP's

14   practices, policies or procedures related to

15   no-duty status since 2019?

16        A    I can say no to policy.  As far as

17   Medical looking at limitations and being more

18   specific in those limitations based on the

19   physical disability, yes; that, as a practice,

20   has changed, to be more specific in the duty

21   status, not to be as broad.

22        Q    Is that change in the practice

23   written anywhere?

24        A    No.

25        Q    So it's not codified in any policy?

1      A     No, I cannot.  I can't speak to that,

2   either.

3      Q     Do patients on no-duty status receive

4   any discounts for phonecalls?

5      A     Not that I'm aware of.

6      Q     Do patients on no-duty status

7   received any discounts at the canteen?

8      A     Not that I'm aware of.

9      Q     Are patients on no-duty status

10   allowed to participate in LSP's Work Release

11   Program?

12      A     So LSP does not have a Work Release

13   Program.

14      Q     Do they have an equivalent?

15      A     No.

16      Q     Are there any current plans to make

17   changes to LSP's practices, policies or

18   procedures related to no-duty status?

19      A     At this point, I am not aware of any

20   changes.

21      Q     Are there any plans to create a

22   policy, based on this new practice of being

23   more specific about no-duty status.

24      A     From an LSP perspective, the normal

25   cascade of policy would come from