Page 1

```
 1            UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF LOUISIANA
 2
    JOSEPH LEWIS, JR.,
 3  KENTRELL PARKER, FARRELL
    SAMPIER, REGINALD GEORGE,
 4  JOHN TONUBBEE, OTTO
    BARRERA, CLYDE CARTER,
 5  CEDRIC EVANS, EDWARD
    GIOVANNI, RICKY D. DAVIS,
 6  LIONEL TOLBERT, AND
    RUFUS WHITE, on behalf of
 7  themselves and all others
    similarly situated
 8                           CIVIL ACTION NO. 15-CV-318
    VERSUS                   JUDGE: SHELLY D. DICK
 9                           MAGISTRATE JUDGE:
    BURL CAIN, Warden of     RICHARD L. BOURGEOIS, JR.
10  the Louisiana State
    Penitentiary, in his
11  official capacity;
    STEPHANIE LAMARTINIERE,
12  Assistant Warden for
    Health Services, in her
13  official capacity,
    JAMES M. LEBLANC, Secretary
14  of the Louisiana Department
    of Public Safety and Corrections
15
16
17      Zoom video-conference deposition of
18  MADELEINE LAMARRE, MN, APRN, BC, taken at
19  all parties' respective locations, on
20  Wednesday, May 3, 2022, commencing at
21  8:58 a.m.
22
23  REPORTED BY: SARAH L. CALDARERA,
                 CERTIFIED COURT REPORTER
24
25
```

Page 2

```
 1            A P P E A R A N C E S
 2
 3
 4  BUTLER SNOW, LLP
    CONNELL L. ARCHEY
 5  445 NORTH BOULEVARD, SUITE 300
    BATON ROUGE, LA 70802
 6       ATTORNEY FOR DEFENDANT
 7
 8
 9
10
    PROMISE OF JUSTICE INITIATIVE
11  MERCEDES MONTAGNES
    1024 ELYSIAN FIELDS AVENUE
12  NEW ORLEANS, LA 70117
         ATTORNEY FOR PLAINTIFF
13
```

Page 3

```
 1              I N D E X
 2
 3  APPEARANCES ........................... 2
 4  INDEX ................................. 3
 5  STIPULATION ........................... 4
 6  EXAMINATION BY
 7     MR. ARCHEY ................... 5, 291
 8     MS. MONTAGNES .................... 281
 9  WITNESS CERTIFICATE ................. 298
10  CERTIFICATE .................... 299, 300
```

Page 4

```
 1              S T I P U L A T I O N
 2
 3      It is stipulated and agreed by and
 4  between Counsel for the parties hereto
 5  that the deposition of the witness,
 6  MADELEINE LAMARRE, MN, APRN, BC, being
 7  taken under the Louisiana Rules of Civil
 8  Procedure, in accordance with law,
 9  pursuant to notice, for all purposes, at
10  all parties' respective locations, on
11  Wednesday, May 3, 2022;
12      That the formalities of reading,
13  signing, sealing, certification and filing
14  are specifically not waived;
15      That the objections, save those as to
16  the form of the questions and the
17  responsiveness of the answers are hereby
18  reserved until such time as this
19  deposition, or any part thereof, may be
20  used or sought to be used in evidence;
21      That Sarah L. Caldarera, Certified
22  Court Reporter, in and for State of
23  Louisiana, officiated in administering the
24  oath to the above-named witness.
25
```

TORRES REPORTING & ASSOCIATES, INC.
COURT REPORTING & LITIGATION SERVICES
www.torresreporting.com
1.866.982.6878 Toll Free

Baton Rouge, LA
225.751.0732
225.752.7308 FAX

New Orleans, LA
504.392.4791
504.392.4852 FAX


EXHIBIT 3

**Page 53**

But the idea is that inmates have the opportunity to confidentially submit their requests daily, that they're collected daily and triaged for urgency and that patients are seen the following day.

Q. Okay. So I don't want to mince words about who's requiring it. But it's your opinion that the triage on the paper needs to occur that day; right?

A. Well, when they're collected. So if someone puts a request in at 10:00 p.m. at night and they're collected the next day at 9:00 a.m., they need to be timely, you know, collected and triaged.

Q. For purposes of this next question, I want you to just assume for me that triage has taken place. You don't have to agree with me; just assume that it's taken place. So sick call occurs five days a week but not on weekends; is that below the standard of care?

A. If the forms -- well, it is below NCCHC standards to -- and, you know, the forms are not being triaged on the weekends.

**Page 54**

Q. How do you know that?
A. They're not.
Q. How do you know that?
A. (No response.)
Q. I'm telling you they are. How do you know that?
A. I have no information that they are.
Q. So for purposes of my question, let's assume the forms are being triaged; I want you to just make that assumption --
A. I don't believe that they are being triaged, Mr. Archey. I'm sorry. I cannot make that assumption because there's no evidence for it.
Q. You get to take the assumptions I give you, and then I want to know what your opinions are.

So assuming that the forms are being triaged on the weekends, and -- so do you have a criticism of sick call occurring five days a week?

A. It's not compliant with NCCHC standards, which I consider to be the minimum standards.

**Page 55**

Q. Is it compliant with ACA standards?
A. I don't recall offhand.
Q. It is, isn't it? ACA says you can have sick call five days a week; correct?

MS. MONTAGNES:
Objection. I --
THE WITNESS:
I just said that I don't recall.

BY MR. ARCHEY:
Q. Are there other institutions that conduct sick call five days a week?
A. There may be. I don't know.

And let me clarify. What NCCHC requires is a triage of the patient within -- the next day. So that can be done by a nurse, someone to talk to the patient and triage their -- you know, get information about their complaint.

Q. Well, when you say "triage" in that instance -- we've been talking about triaging the request, the paper, if you will; that's what we've been talking

**Page 56**

about; right?

MS. MONTAGNES:
Objection. Misstates her testimony.

MR. ARCHEY:
I don't think so.

BY MR. ARCHEY:
Q. But go ahead, Ms. LaMarre. If I've got something wrong, clear me up. When you talk about triaging the request --
A. Yeah. So there's a -- understood. There's a paper triage, and then there's triaging the patient, and that may happen at two different times.
Q. All right. So we've been talking about the paper triage. Then NCCHC, on its website, talks about if the request describes a clinical symptom, the individual must be seen in a face-to-face call encounter within 24 hours on weekdays and no longer than 72 hours on weekends.

MS. MONTAGNES:
Objection, Mr. Archey. What website? Please, identify your source.


Torres Reporting & Associates, Inc.  
COURT REPORTING & LITIGATION SERVICES  
www.torresreporting.com  
1.866.982.6878 Toll Free  

Baton Rouge, LA  
225.751.0732  
225.752.7308 FAX  

New Orleans, LA  
504.392.4791  
504.392.4852 FAX