1  **Mathis Chart Review of PATIENT #13**

2  PATIENT #13's chart is 1,325 pages long from 01/01/19 until his death 16 months later
3  on 04/04/20. As demonstrated in the LSP Death Review, physicians and nurse practitioners
4  evaluated PATIENT #13 in On-Site Clinics routinely as responses to PATIENT #13's Health
5  Care Requests, Emergency situations, and upon return from OLOL hospitalizations.[113] LSP
6  physicians and nurse practitioners consulted with UMCNO nephrologists, radiologists,
7  orthopedists, cardiologists, infectious disease specialists, pulmonologists, dermatologists,
8  urologists, and interventional radiologists. LSP physicians and nurse practitioners instituted
9  recommendations from those specialists. Additionally, LSP physicians and nurse practitioners
10 instituted treatment and effectively cured PATIENT #13's HCV.

11 **Mathis Opinions regarding PATIENT #13**

12 It is my Opinion that LSP medical providers reasonably and appropriately, consistent with
13 the Standard of Care, treated PATIENT #13 without overdue delay, arranged and followed
14 specialty recommendations, attended to sick call, and treated PATIENT #13 with available
15 hospice care.

16 **PATIENT #14 – DOD 04/01/20**

17 **LSP Death Review**[114]

18    **Medical Diagnosis: Cardiac Arrest**

19 **NARRATIVE:**

---

[113] PATIENT #13 Combined 2 files (Supportive Documents not attached to this report due to size)
[114] Page 621 of 1679 RFP Nos. 1 & 2

123

EXHIBIT 6

1    At approximately 10:48 p.m. on Wednesday, 04/01/20, offender PATIENT #14 was
2    pronounced deceased by Dr. Lisa Mazoch at Lane Memorial Regional Hospital. The cause of
3    death was cardiac arrest and was unexpected. Place of Death: Lane Memorial Hospital.
4    **Medical Conditions:** hypertension, chronic low back pain, latent tuberculosis infection and
5    anti-social personality disorder.
6    **Medical Summary:**
7    Offender PATIENT #14 was a 49 year old black male who arrived at Angola, after making
8    the rounds at several institutions, on 09/24/18. Since his arrival, he refused Clinic A twice, had
9    been seen in Clinic A three (3) times and had been evaluated in the ATU three (3) times for
10   presumed intoxication. His last contact with the medical department was on 01/09/20, an ATU
11   visit for altered mental status.
12   On 04/01/20, at approximately 3:50 pm, the offender presented to the ATU unresponsive
13   with no signs of spontaneous respirations. Reports were that he had been found in the same
14   condition at camp C Jaguar where CPR was initiated, and the AED was applied. The offender
15   was in asystole, so no shock was applied. While on scene, he was intubated and IV access was
16   obtained. Epinephrine was administered as per ACLS protocol. At approximately 3:50 pm, the
17   offender arrived in the ATU. After the third dose of epinephrine was administered there was a
18   return of spontaneous circulation. Narcan was administered without any benefit, and his initial
19   UDS [urine drug screen] was negative. A phenylephrine drip was started due to hypotension
20   (66/40) while plans were made for transport. At 4:30 pm, the offender was transported to Lane
21   Memorial. Upon arrival, the ER staff assumed his care. Approximately two (2) hours later, I
22   was called by the ER Physician, who informed me that offender PATIENT #14 was not doing
23   well. His liver functions were in the 1000s, he had swelling in his brain, and his potassium was

1   greater than seven (7). Because of the futile nature of continuing care, inquiries were made by
2   the ER Physician to contact the family.
3   Numerous attempts were made, by LSP, to contact family but all attempts were
4   unsuccessful. A LaPOST was faxed to Lane because of their unfamiliarity with the end of life
5   process for offenders. At 23:32 on 04/01/20, offender PATIENT #14 was pronounced at Lane
6   Memorial Hospital. Cause of death was cardiac arrest. All appropriate personnel were notified.
7   The offender was buried on the grounds of Angola.
8   **Autopsy Report**[115]
9   The autopsy report was almost one (1) year after PATIENT #14's death.
10  The coroner's preliminary cause of death, pending toxicology-expanded to assess synthetic
11  cannabinoids consistent with investigative information that provided a history of drug abuse,
12  demonstrated a preliminary cause of death as hypertensive and atherosclerotic cardiovascular
13  disease.[116] The autopsy report, dated 03/23/21, listed the cause of death as hypertensive and
14  atherosclerotic cardiovascular disease.[117]
15  **Toxicology report**[118]
16  The toxicology report issued on 04/21/21 was positive for caffeine, cotinine [a nicotine
17  metabolite] and naloxone [Narcan, used in resuscitation]. Toxicology, expanded to assess
18  synthetic cannabinoids, was not performed due to a Sample Matrix Problem.[119]

---

[115] PATIENT #14 Page 17 of 119
[116] PATIENT #14 Page 27 of 119
[117] PATIENT #14 Page 17 of 119
[118] PATIENT #14 Page 23 of 119
[119] PATIENT #14 Page 26 of 119

**Mathis Chart Review of PATIENT #14**

I reviewed PATIENT #14's medical chart and found that the LSP death review was substantially accurate. PATIENT #14 had multiple emergency medical evaluations for altered mental status (AMS) on 08/28/19, 12/19/19, 01/06/20, and 01/09/20. Notably, the postmortem examinations, including the toxicology report, were not done for approximately one (1) year subsequent to his death.

**Mathis Opinions Regarding PATIENT #14**

In my Opinion, PATIENT #14 suffered from repeated intoxications and cardiac arrest after his last contraband ingestion, likely mojo, on 04/01/20. The ambulance run report and emergency ACLS administration were consistent with the Standard of Care.

**PATIENT #17 - DOD 10/15/20**

**LSP Death Review**[120]

**Medical Diagnosis: Cardiopulmonary Arrest**

**NARRATIVE:**

At 04:40 a.m. on 10/15/20, offender PATIENT #17 was pronounced deceased by Dr. Dan Lafleur at the R. E. Barrow Treatment Center. Death was unexpected, and there will be an autopsy. The cause of death was cardiopulmonary arrest.

**Medical Conditions:**

HLD, thrombotic stroke involving the right middle cerebral artery with left side hemiparesis, laceration right orbit, intraocular lens dislocation, closed fractured nasal bone, GERD.

**Medical Summary:**

---

[120] Page 900 of 1679 RFP Nos. 1 & 2