## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
MAY 24, 2022
CHIEF DISTRICT JUDGE SHELLY D. DICK

| | |
|---|---|
| **JOSEPH LEWIS, JR.** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 15-318-SDD-RLB** |
| **BURL CAIN, ET AL.** | |

This matter came on this day for a *Pretrial Conference.*

**PRESENT:   See Attached Sign-in Sheet**

The pending *Motions* were discussed by the parties and the Court. The Court will issue written rulings shortly.

The Court encouraged the parties to meet and confer to agree upon submission of testimony by deposition and remote testimony by video of witnesses.

This matter will begin on June 6, 2022 at 1:00 p.m. in Courtroom Three.

* * * * *

Cv28/30 mins.

**JOSEPH LEWIS, JR., ET AL V. BURL CAIN, ET AL.**

**15-cv-00318-SDD-RLB**

**Pretrial Conference**
**May 24, 2022 – 10:00 a.m.**

**Sign-In Sheet:**

Please sign and print your name and the name of the party you represent.

| Signature | Name (Please Print Legibly) | Party Represented |
|---|---|---|
| | Connell L Archey | Defendants |
| | Keith Fernandez | Defendants |
| | Allena McCain | Defendants |
| | Caroline M. Tomeny | Defendants |
| | Jeffrey K. Cody | Defendants |
| | John C. Conine, Jr. | Defendants |
| | Randal J. Robat | Defendants |
| | Jeffrey B. Dubner | Plaintiffs |
| | Mercede Mabus | Plaintiffs |
| | Nishi Kumar | Plaintiffs |
| | Rebecca Ramaswamy | Plaintiffs |
| | Elena Malik | Plaintiffs |
| | BRENDAN SCHNEIDERMAN | Plaintiffs |
| | Emily Lubin | Plaintiffs |
| | BRUCE HAMILTON | TI |