# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
JUNE 15, 2022
CHIEF DISTRICT JUDGE SHELLY D. DICK

| | |
|---|---|
| **JOSEPH LEWIS, JR.** | **CIVIL ACTION** |
| **VERSUS** | |
| **BURL CAIN, ET AL.** | **NO. 15-318-SDD-RLB** |

The *Bench Trial on Remedy* continues.

**PRESENT:** **Mercedes Hardy Montagnes, Esq.**
**Bruce Warfield Hamilton, Esq.**
**Elena Malik, Esq.**
**Jeffrey Dubner, Esq.**
**Rebecca Ramaswamy, Esq.**
**Brendan R. Schneiderman, Esq.**
**Emily Blythe Lubin, Esq.**
**Nishi Lal Kumar, Esq.**
Counsel for Plaintiffs

**Randal J. Robert, Esq.**
**Connell Lee Archey, Esq.**
**Caroline M. Tomeny, Esq.**
**Jeffrey K. Cody, Esq.**
**John Clifton Conine, Jr., Esq.**
**Allena Brooke McCain, Esq.**

Counsel make appearances.

Dr. David Mathis, M.D., continues his testimony.

Dr. Michael McMunn, NP, is sworn, tendered, accepted as an expert in correctional medicine, and testifies.

Court recesses until Thursday, June 16, 2022, at 10:30 a.m.

* * * * *

G. Delatte-Richard/Reporter
N. Breaux/Reporter
CV 6/ 6.5 hrs.