1            UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF LOUISIANA
2

3  JOSEPH LEWIS JR., ET AL          : CIVIL ACTION

4  VERSUS                           : NO. 15-318-SDD

5  BURL CAIN, ET AL                 : HON. SHELLY D. DICK

6                                   : JUNE 16, 2022

7  ================================================================
                          DAY 9
8                      BENCH TRIAL
   ================================================================
9

10                   A P P E A R A N C E S

11  FOR THE PLAINTIFFS:

12     THE PROMISE OF JUSTICE INITIATIVE
       BY:  MERCEDES MONTAGNES, ESQ.
13          NISHI KUMAR, ESQ.
            REBECCA RAMASWAMY, ESQ.
14          ELENA MALIK, ESQ.
            SAMANTHA BOSALAVAGE, ESQ.
15     1024 ELYSIAN FIELDS AVENUE
       NEW ORLEANS, LOUISIANA 70117
16

17     COHEN MILSTEIN SELLERS & TOLL, PLLC
       BY:  JEFFREY B. DUBNER, ESQ.
18          BRENDAN R. SCHNEIDERMAN, ESQ.
       1100 NEW YORK AVE. N.W., SUITE 500
19     WASHINGTON, D.C. 20005

20

21     SOUTHERN POVERTY LAW CENTER
       BY:  BRUCE HAMILTON, ESQ.
22          EMILY LUBIN, ESQ.
       201 ST. CHARLES AVE., SUITE 200
23     NEW ORLEANS, LOUISIANA  70170

24

25

1   FOR THE DEFENDANTS:

2

3       BUTLER SNOW, LLP
        BY:  RANDAL J. ROBERT, ESQ.
             CONNELL L. ARCHEY, ESQ.
4            ALLENA W. MCCAIN, ESQ.
        445 NORTH BOULEVARD, SUITE 300
5       BATON ROUGE, LOUISIANA  70802

6       SHOWS, CALI & WALSH, LLP
        BY:  JEFFREY K. CODY, ESQ.
7            CAROLINE M. TOMENY, ESQ.
             JOHN C. CONINE, JR., ESQ.
8       628 ST. LOUIS STREET
        BATON ROUGE, LOUISIANA  70802

9

10

11

12

13

14

15

16

17

18

19

20             REPORTED BY: GINA DELATTE-RICHARD,CCR

21                    UNITED STATES COURTHOUSE
                         777 FLORIDA STREET
22                  BATON ROUGE, LOUISIANA 70801
                          (225) 389-3564
23

24      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY USING
               COMPUTER-AIDED TRANSCRIPTION SOFTWARE
25

1                              *I   N   D   E   X*

2     DEFENDANT'S WITNESSES:

3       **DR. JOHN MORRISON**

4             DIRECT EXAMINATION BY ALLENA MCCAIN...............5

5             CROSS-EXAMINATION ON TENDER BY NISHI KUMAR.......11

6             CONTINUATION OF DIRECT EXAM BY ALLENA MCCAIN.....14

7             CROSS-EXAMINATION BY NISHI KUMAR.................28

8             REDIRECT EXAMINATION BY ALLENA MCCAIN............37

9       **QUESTIONS BY THE COURT**..................................39

10            CROSS-EXAMINATION BY NISHI KUMAR.................42

11            REDIRECT EXAMINATION BY ALLENA MCCAIN............43

12      **STACYE RODRIGUEZ**

13            DIRECT EXAMINATION BY CAROLINE TOMENY............45

14            CROSS-EXAMINATION BY BRUCE HAMILTON..............81

15            REDIRECT EXAMINATION BY CAROLINE TOMENY..........90

16      **MELANIE BENEDICT**

17            DIRECT EXAMINATION BY CAROLINE TOMENY............93

18            CROSS-EXAMINATION BY ELENA MALIK................114

19            REDIRECT EXAMINATION BY CONNELL ARCHEY..........121

20      **ANNETTE CARROLL**

21            DIRECT EXAMINATION BY CAROLINE TOMENY...........123

22            CROSS-EXAMINATION BY ELENA MALIK................174

23            REDIRECT EXAMINATION BY CAROLINE TOMENY.........190

24

25

1                              **JUNE 16, 2022**

2                     **(CALL TO THE ORDER OF COURT)**

3         **THE COURT:**  GOOD MORNING.  BE SEATED.

4         OKAY.  NEXT WITNESS.

5         OH, TIME, SORRY.

6         **MS. MONTAGNES:**  THAT'S OKAY, JUDGE.

7         THE PLAINTIFFS AND THE DEFENDANTS HAVE AGREED THAT

8 ON WEDNESDAY, JUNE 15TH, THE PLAINTIFFS USED THREE HOURS AND

9 43 MINUTES OF TIME, FOR A TOTAL OF 22 HOURS AND 33 MINUTES.

10 AND THE DEFENDANTS USED 1 HOUR AND 41 MINUTES OF TIME, FOR A

11 TOTAL OF 16 HOURS AND 12 MINUTES.

12         AT THIS TIME WE'D ALSO LIKE TO MOVE TO ADMIT JX_78

13 WHICH IS -- THE PLAINTIFFS AND THE DEFENDANTS HAVE WORKED

14 TOGETHER TO STREAMLINE THINGS AND WILL BE DESIGNATING

15 ADDITIONAL TESTIMONY FROM WARDEN HOOPER, SO THAT'S JX_78 AND

16 WE'D LIKE TO MOVE THAT INTO EVIDENCE AS WELL.

17         **THE COURT:**  SO JX_78, I TAKE IT THERE'S NO OBJECTION

18 TO THAT?

19         **MR. ROBERT:**  NO, YOUR HONOR.

20         **THE COURT:**  JX_78 IS ADMITTED.

21         ANYTHING ELSE HOUSEKEEPING WISE?

22         **MS. MONTAGNES:**  NO, YOUR HONOR.

23         **THE COURT:**  OKAY.  NEXT WITNESS.

24         **MS. MCCAIN:**  GOOD MORNING.  ALLENA MCCAIN ON BEHALF

25 OF THE DEFENDANTS.  THE DEFENDANTS CALL DR. JOHN MORRISON TO

1  THE STAND.

2  *(WHEREUPON, DR. JOHN MORRISON, HAVING BEEN DULY*

3  *SWORN, TESTIFIED AS FOLLOWS.)*

4  **THE CLERK:**  IF YOU WOULD, SIR, PLEASE STATE YOUR

5  NAME AND SPELL IT FOR THE RECORD.

6  **THE WITNESS:**  JOHN MORRISON, J-O-H-N,

7  M-O-R-R-I-S-O-N.

8  **DIRECT EXAMINATION**

9  **BY MS. MCCAIN:**

10  **Q**  GOOD MORNING, DR. MORRISON.

11  WOULD YOU PLEASE TELL THE COURT ABOUT YOUR

12  EDUCATIONAL HISTORY.

13  **A**  I FINISHED MY MEDICAL EDUCATION AT LSU IN NEW

14  ORLEANS.  I GRADUATED IN 1975.  I DID MY SURGERY TRAINING

15  THROUGH THE LSU DEPARTMENT OF SURGERY, WHICH INCLUDED THE

16  CHARITY HOSPITAL SYSTEM, FROM 1979 UNTIL 1983 AND I FINISHED

17  MY EDUCATION.

18  **Q**  ARE YOU BOARD CERTIFIED?

19  **A**  YES.

20  **Q**  IN WHAT?

21  **A**  GENERAL SURGERY.

22  **Q**  HAVE YOU REMAINED BOARD CERTIFIED THROUGHOUT --

23  SINCE 1984?

24  **A**  YES, MA'AM.

25  **Q**  ARE YOU CURRENTLY LICENSED TO PRACTICE MEDICINE IN

1  LOUISIANA?

2      **A**    YES.

3      **Q**    FROM LOOKING AT YOUR CV IT APPEARS THAT YOU

4  PREVIOUSLY WORKED AT EARL K. LONG HERE IN BATON ROUGE FOR MANY

5  YEARS?

6      **A**    YES.

7      **Q**    WHAT WAS YOUR ROLE THERE?

8      **A**    WELL, I FINISHED MY RESIDENCY AT EARL K. LONG AND

9  THEN I WAS IN PRIVATE PRACTICE FOR 25 YEARS.  I MOVED BACK TO

10  LOUISIANA IN 2007 AND I WORKED AT EARL K. LONG FROM 2007 TO

11  2012 WHEN I MOVED TO NEW ORLEANS.

12      **Q**    AND YOU CURRENTLY WORK AT UNIVERSITY MEDICAL CENTER

13  IN NEW ORLEANS?

14      **A**    YES.

15      **Q**    IS IT FAIR THAT WE CAN AGREE THAT THAT CAN BE

16  SHORTENED TO UMCNO?

17      **A**    YES.

18      **Q**    YOU CURRENTLY PRACTICE IN GENERAL SURGERY AT UMCNO?

19      **A**    YES.

20      **Q**    WHAT TYPES OF SURGERIES DO YOU PERFORM THERE?

21      **A**    FOR GENERAL SURGERY WE PERFORM A VARIETY OF

22  OPERATIONS.  PROBABLY OUR MOST COMMON ARE GOING TO BE HERNIA

23  REPAIRS, GALLBLADDER SURGERY, WE DO BOWEL SURGERY -- EXCUSE

24  ME -- A LITTLE BIT UNUSUAL FOR ME.  I ALSO DO NONCARDIAC

25  THORACIC SURGERY, AS WELL AS ENDOCRINE SURGERY AS WELL.

1        SO IT'S PRETTY MUCH -- I'VE TRIED TO MAINTAIN THIS

2   AS A TRADITIONAL GENERAL SURGERY SERVICE IN THE VARIETY OF

3   LUMPS AND BUMPS AND, YOU KNOW, SORT OF THINGS LIKE THAT.

4       **Q**    YOU'RE CURRENTLY THE SECTION CHIEF OF GENERAL

5   SURGERY AT THE LSU PORTION OF UMC IN NEW ORLEANS?

6       **A**    YES.

7       **Q**    YOU'VE BEEN IN THAT POSITION FOR THE LAST NINE

8   YEARS?

9       **A**    YES.

10      **Q**    YOU WERE PREVIOUSLY CHIEF OF SURGERY AT POINTE

11  COUPEE GENERAL HOSPITAL FROM 1983 TO 1987?

12      **A**    YES.

13      **Q**    YOU WERE ALSO CHIEF OF SURGERY AT FAYETTE MEDICAL

14  CENTER IN ALABAMA FOR 20 YEARS?

15      **A**    YES.

16      **Q**    SO YOU HAVE ABOUT 30 YEARS OF EXPERIENCE SERVING IN

17  LEADERSHIP AND ADMINISTRATION OVER A SURGERY DEPARTMENT?

18      **A**    YES.

19      **Q**    IN YOUR CV YOU MENTIONED BEING A MEMBER OF THE

20  SURGERY ADJUDICATION COMMITTEE AT UMC NEW ORLEANS SINCE MAY OF

21  2020.  WOULD YOU EXPLAIN BRIEFLY WHAT THAT IS AND WE'LL TALK

22  MORE ABOUT IT LATER?

23      **A**    YES, MA'AM.  THIS WAS A COMMITTEE THAT WAS FORMED IN

24  THE FACE OF COVID AFTER BASICALLY MOST OF OUR -- NO, ALL OF

25  OUR ELECTIVE PROCEDURES WERE SHUT DOWN AND EVEN SOME URGENT

1  PROCEDURES WERE CEASED.  THIS COMMITTEE WAS FORMED.  IT HAD

2  MEMBERS OF ALL OF THE MAJOR SURGICAL SERVICES AT UMC SO THAT

3  WE COULD LOOK AT OUR RESOURCES, ALSO LOOK AT ANY BACKLOG OF

4  PATIENTS THAT WE HAD ORIGINALLY HAD SCHEDULED FOR SURGERY AND

5  SORT OF PRIORITIZED WHICH PATIENTS NEEDED TO BE DONE, WHICH

6  CASES NEEDED TO GO ONCE WE WERE ABLE TO OPEN OUR OPERATING

7  ROOMS UP TO ANYTHING OTHER THAN TRAUMA OR EMERGENT SURGERY.

8     Q    AND THAT COMMITTEE IS STILL IN EXISTENCE TODAY?

9     A    YES.

10    Q    YOU STILL MEET ON A REGULAR BASIS?

11    A    YES.

12    Q    IT APPEARS YOU'VE BEEN AN INSTRUCTOR IN SOME FORM OR

13 FASHION SINCE 1983; IS THAT CORRECT?

14    A    YES?

15    Q    YOU'RE CURRENTLY A PROFESSOR OF CLINICAL SURGERY AT

16 LSU HEALTH SCIENCE CENTER?

17    A    YES.

18    Q    YOU ALSO SUPERVISE AND INSTRUCT RESIDENTS AT UMC NEW

19 ORLEANS?

20    A    YES.

21    Q    YOU'RE THE VICE-CHAIR OF EDUCATION FOR THE

22 DEPARTMENT OF SURGERY?

23    A    YES.

24    Q    YOU TEACH NUMEROUS CONTINUING EDUCATION PROGRAMS AND

25 TRAININGS AT THE MEDICAL SCHOOL, THE HOSPITAL, ACROSS THE

1   COUNTRY, AND EVEN INTERNATIONALLY?

2       **A**    YES.

3       **Q**    YOU EVEN TAUGHT SOME CME LECTURES ON CORRECTIONAL

4   MEDICINE?

5       **A**    YES.

6       **Q**    YOU HAVE EXTENSIVE EXPERIENCE TREATING AND OPERATING

7   ON INCARCERATED PATIENTS, CORRECT?

8       **A**    YES.

9       **Q**    THAT'S AT BOTH EARL K. LONG AND AT UMC IN NEW

10  ORLEANS?

11      **A**    YES.

12      **Q**    WOULD YOU SAY -- IS IT FAIR TO SAY THAT OVER THE

13  LAST FEW DECADES YOU'VE TREATED THOUSANDS OF INCARCERATED

14  PATIENTS.

15      **A**    YES.

16      **Q**    YOU TREAT INCARCERATED PATIENTS BOTH ON SITE AT UMC

17  NEW ORLEANS AND ON SITE AT LSP?

18      **A**    YES.

19      **Q**    YOU UNDERSTAND THAT WHEN I SAY LSP THAT THAT MEANS

20  LOUISIANA STATE PENITENTIARY AT ANGOLA?

21      **A**    YES.

22      **Q**    YOU PERFORM MINOR PROCEDURES AT THE PRISON THAT

23  DON'T REQUIRE GENERAL ANESTHESIA; IS THAT RIGHT?

24      **A**    YES.

25      **Q**    YOU ALSO DO PRE AND POST-OP APPOINTMENTS AT THE

1    PRISON?

2        **A**    YES.

3        **Q**    YOU ALSO TREAT THOSE PATIENTS THAT NEED LARGER

4    SURGERIES AT UMC NEW ORLEANS?

5        **A**    YES.

6        **Q**    YOU PREVIOUSLY SERVED AS THE MEDICAL DIRECTOR FOR

7    THE DEPARTMENT OF CORRECTIONS FROM APRIL 18TH, 2018 TO

8    APRIL 2020?

9        **A**    YES.

10       **Q**    AND IS THAT THE SAME ROLE THAT DR. LAVESPERE IS

11   CURRENTLY SERVING IN?

12       **A**    YES.

13       **Q**    IN YOUR CURRENT ROLE YOU CONTINUE TO WORK CLOSELY

14   WITH THE PROVIDERS AT LSP AND DEPARTMENT OF CORRECTIONS TO

15   COORDINATE CARE FOR YOUR SURGICAL PATIENTS; IS THAT RIGHT?

16       **A**    YES.

17           **MS. KUMAR:**  OBJECTION.  YOUR HONOR, COUNSEL IS

18   TESTIFYING.

19           **THE COURT:**  OKAY.  YOU ARE LEADING, BUT I'M GOING TO

20   ALLOW IT JUST FOR PURPOSES OF THE EASE OF MOVING FORWARD.  GO

21   AHEAD.

22   BY MS. MCCAIN:

23       **Q**    DR. MORRISON, HAVE YOU PREVIOUSLY TESTIFIED AS AN

24   EXPERT IN FEDERAL COURT?

25       **A**    DOES THAT INCLUDE ZOOM?  YES.

| | |
|---|---|
| 1 | **THE COURT:**  THAT WAS THE WAY OF THE WORLD FOR A FEW |
| 2 | YEARS, UNFORTUNATELY. |
| 3 | **THE WITNESS:**  YES. |
| 4 | **BY MS. MCCAIN:** |
| 5 | **Q**    WHERE WAS THAT OR WHAT COURT WAS THAT IN TO YOUR |
| 6 | KNOWLEDGE? |
| 7 | **A**    IT WAS JUDGE DICK'S COURT. |
| 8 | **Q**    WAS THAT RELATED TO THE DEPARTMENT OF CORRECTIONS |
| 9 | COVID POLICIES IN 2020? |
| 10 | **A**    YES. |
| 11 | **Q**    WERE YOU ACCEPTED AS AN EXPERT IN THAT MATTER? |
| 12 | **A**    YES. |
| 13 | **MS. MCCAIN:**  YOUR HONOR, AT THIS TIME WE'D TENDER |
| 14 | DR. MORRISON AS AN EXPERT IN GENERAL SURGERY WITH AN EMPHASIS |
| 15 | IN SURGICAL ADMINISTRATION. |
| 16 | **THE COURT:**  CROSS ON THE TENDER? |
| 17 | **MS. KUMAR:**  JUST BRIEFLY, YOUR HONOR. |
| 18 | **CROSS-EXAMINATION ON TENDER** |
| 19 | **BY MS. KUMAR:** |
| 20 | **Q**    HI, DR. MORRISON.  NICE TO SEE YOU AGAIN. |
| 21 | DR. MORRISON, YOU'RE NOT HOLDING YOURSELF OUT TO BE |
| 22 | AN EXPERT IN PUBLIC HEALTH? |
| 23 | **A**    NO. |
| 24 | **Q**    AND YOU'RE NOT HOLDING YOURSELF OUT TO BE AN |
| 25 | EPIDEMIOLOGIST? |

1      **A**    NO.

2      **Q**    YOU'RE NOT HOLDING YOURSELF OUT TO BE AN EXPERT IN

3   THE TREATMENT OF INFECTIOUS DISEASE?

4      **A**    NO.

5      **Q**    YOU'RE NOT HOLDING YOURSELF OUT TO BE AN EXPERT

6   EMERGENCY PREPAREDNESS?

7      **A**    NO.

8      **Q**    YOU'RE NOT HOLDING YOURSELF OUT TO BE AN EXPERT IN

9   DISASTER RESPONSE?

10     **A**    NO.

11     **Q**    YOU'RE NOT HOLDING YOURSELF OUT TO BE AN EXPERT IN

12   NONSURGICAL MEDICAL CARE?

13     **A**    I'M SORRY?

14     **Q**    YOU'RE NOT HOLDING YOURSELF OUT TO BE AN EXPERT IN

15   NONSURGICAL MEDICAL CARE?

16     **A**    NO.

17     **Q**    AND YOU'RE NOT HOLDING YOURSELF OUT TO BE AN EXPERT

18   IN SPECIALTY SURGERY PROCEDURES?

19     **A**    I GUESS YOU'RE GOING TO HAVE TO DEFINE SPECIALTY

20   SURGERY PROCEDURES FOR ME.

21     **Q**    SURE.  YOU DON'T PERFORM SPECIALTY SURGERY

22   PROCEDURES SUCH AS NEUROSURGERY, ORTHOPAEDICS, VASCULAR, ENT

23   AND CARDIAC?

24     **A**    I DO PERFORM SOME ENT AND HAVE PERFORMED SOME

25   VASCULAR PROCEDURES, PARTICULARLY DURING THE HURRICANE IDA

1   SHUTDOWN WHEN WE WERE LIMITED.  SO I DON'T DO THAT ROUTINELY

2   THOUGH.

3        **Q**    YOU'RE A GENERAL SURGEON?

4        **A**    YES.

5        **MS. KUMAR:**  YOUR HONOR, WE DON'T OBJECT TO

6   DR. MORRISON'S TENDER AS AN EXPERT IN THE ABILITY OF UMCNO TO

7   PROVIDE MEDICAL AND SURGICAL SERVICES TO THE POPULATION OF

8   INMATES AT THE LOUISIANA DOC.

9        **THE COURT:**  THAT'S NOT THE TENDER.  EITHER YOU

10  STIPULATE TO THE TENDER OR YOU DON'T.  GENERAL SURGERY WITH AN

11  EMPHASIS IN SURGICAL ADMINISTRATION.

12       **MS. KUMAR:**  THE *DAUBERT* MOTION, YOUR HONOR'S RULING

13  ON IT, YOU SAID THAT YOU WOULD ACCEPT DR. MORRISON AS AN

14  EXPERT IN THE ABILITY OF UMCNO TO PROVIDE MEDICAL AND SURGICAL

15  SERVICES TO THE POPULATION OF INMATES IN THE LOUISIANA DOC.

16  WE WOULD OBJECT TO HIS TENDER AS AN EXPERT IN SURGICAL

17  ADMINISTRATION.

18       **MS. MCCAIN:**  YOUR HONOR, HE TESTIFIED THAT HE HAS 30

19  YEARS OF EXPERIENCE IN THE ADMINISTRATION OF SURGICAL

20  DEPARTMENTS BOTH IN LOUISIANA AND IN ALABAMA.  HE'S THE

21  SECTION CHIEF AT UMC NEW ORLEANS FOR LSU'S MEDICAL SCHOOL.  I

22  THINK HE'S AN ADMINISTRATOR OF THE DEPARTMENT.

23       **MS. KUMAR:**  YOUR HONOR, IN DEFENDANT'S RESPONSE TO

24  THE *DAUBERT* MOTION, THIS WAS THE TENDER THAT THEY INDICATED

25  THAT THEY WERE GOING TO BE OFFERING DR. MORRISON AS AN EXPERT.

1  THE PROVISION OF MEDICAL AND SURGICAL SERVICES TO THE

2  POPULATION OF INMATES AT THE LOUISIANA DOC.

3          **THE COURT:**  OKAY.  THE COURT IS GOING TO ACCEPT

4  DR. MORRISON IN THE FIELD OF GENERAL SURGERY WITH AN EMPHASIS

5  IN SURGICAL ADMINISTRATION.  HE MAY GIVE OPINION TESTIMONY

6  WITH RESPECT TO THE MATTERS ADDRESSED IN HIS REPORT.

7          AND THE COURT DID NOT LIMIT IN ITS MOTION IN LIMINE

8  IN ANY WAY THE EXPECTED TESTIMONY OF DR. MORRISON OTHER THAN

9  TO CONFINE IT TO HIS OPINIONS AS STATED IN HIS REPORT.  SO I

10 FIND IT A BIT, QUITE FRANKLY, INSINCERE FOR YOU TO REPRESENT

11 THAT THE COURT SAID THAT HE COULD ONLY TESTIFY IN A LIMITED

12 FASHION WITH RESPECT TO HIS SURGICAL TREATMENT OF LSP

13 PRISONERS.  WHAT I SAID WAS THAT THAT WOULD BE OF HELP TO THE

14 TRIER OF FACT.

15          **MS. KUMAR:**  I APOLOGIZE, YOUR HONOR.

16          **THE COURT:**  GO HEAD.

17          **MS. MCCAIN:**  YOUR HONOR, AT THIS TIME DEFENDANTS

18 OFFER DEFENSE EXHIBIT 35-A INTO EVIDENCE, WHICH IS

19 DR. MORRISON'S REPORT, HIS CV AND THE SUPPORTING DOCUMENTS.

20          **THE COURT:**  IS THERE ANY OBJECTION?

21          **MS. KUMAR:**  NO OBJECTION, YOUR HONOR.

22          **THE COURT:**  ALL RIGHT.  35-A IS ADMITTED.

23 **DIRECT EXAMINATION**

24 **BY MS. MCCAIN:**

25     **Q**    DR. MORRISON, WHEN YOU LEFT DOC IN APRIL OF 2020,

1 | WHERE DID YOU GO FOR YOUR NEXT EMPLOYMENT?

2 | **A**   I WENT BACK TO THE LSU SURGERY DEPARTMENT.

3 | **Q**   WAS COVID IMPACTING THE LSU SURGERY DEPARTMENT AT

4 | THAT TIME?

5 | **A**   YES.

6 | **Q**   HOW SO?

7 | **A**   IN NEW ORLEANS AT THAT TIME -- ACTUALLY, NEW ORLEANS

8 | HAD THE HIGHEST INCIDENCE OF COVID PER CAPITA IN THE WORLD.

9 | WE WERE ACTUALLY, IN THE GENERAL SURGERY DEPARTMENT,

10 | WE WERE ASKED TO BACK UP THE TRAUMA SURGEONS SINCE THEY WERE

11 | SO BUSY.

12 | **MS. KUMAR:**  OBJECTION.  YOUR HONOR, THIS ISN'T IN

13 | DR. MORRISON'S REPORT.

14 | **THE COURT:**  MS. MCCAIN?

15 | **MS. MCCAIN:**  YOUR HONOR, HIS REPORT MENTIONS THAT IN

16 | 2020 THEY WERE, YOU KNOW, PRETTY MUCH HAMSTRUNG FROM THE

17 | IMPACT OF COVID ON PAGES 1 AND 2 OF HIS REPORT.  THIS IS

18 | MERELY CONTEXT.

19 | **THE COURT:**  OKAY.  OVERRULED.

20 | BY MS. MCCAIN:

21 | **Q**   YOU CAN CONTINUE, DR. MORRISON.

22 | **A**   WHERE WAS I?  WE WERE ASKED TO BACK UP THE TRAUMA

23 | SURGEONS BECAUSE THEY WERE BUSY.  ALSO, IN RELATION TO OUR --

24 | WHAT WE WERE DOING AT THAT TIME, SOME OF THE SURGICAL

25 | SPECIALTIES WERE HESITANT AT PERFORMING PROCEDURES ON COVID

1     PATIENTS, AND I FELT THAT WAS PART OF OUR OBLIGATION AS

2     SURGEONS TO STEP UP.  SO WE ACTUALLY DID NUMEROUS PROCEDURES

3     ON COVID PATIENTS AT UMC AND ALSO AT TOURO HOSPITAL.

4         **Q**    WHAT TYPES OF PROCEDURES WERE NECESSARY TO TREAT

5     COVID PATIENTS IN THE INFLUX OF THE PANDEMIC?

6         **A**    MOST OF THE THINGS THAT WE PERFORMED WERE

7     TRACHEOSTOMIES ON PATIENTS THAT WERE INTUBATED FOR EXTENDED

8     PERIODS OF TIME, ALSO PLACING OF PEG TUBES, THAT'S

9     PERCUTANEOUS TUBES FOR FEEDING, BECAUSE THEY COULD NOT SWALLOW

10    AND ALSO PLACING NUMEROUS VASCULAR ACCESS DEVICES FOR

11    DIALYSIS.  WE WERE QUITE BUSY DOING THAT.

12        **Q**    DR. MORRISON, IN PREPARING YOUR REPORT, DID YOU

13    REVIEW GUIDELINES FROM DEPARTMENT OF HEALTH REGARDING

14    RESTRICTIONS ON SURGICAL PROCEDURES?

15        **A**    YES.

16        **Q**    AND WE'RE GOING TO LOOK AT PAGE 34 OF EXHIBIT 35-B.

17             DR. MORRISON, IS THIS A COPY OF SOME OF THE GUIDANCE

18    THAT YOU REVIEWED IN PREPARING YOUR REPORT?

19        **A**    YES.

20        **Q**    I'M GOING TO TURN TO PAGE 34 OF EXHIBIT 35-A, THE

21    SECTION ON MEDICAL AND SURGICAL PROCEDURES SUGGESTS THAT ALL

22    MEDICAL -- OH, WAIT.

23             HERE AT SECTION A IT SAYS, "ALL MEDICAL AND SURGICAL

24    PROCEDURES SHALL BE POSTPONED UNTIL FURTHER NOTICE SUBJECT TO

25    THE EXCEPTIONS IN PARAGRAPH B."  DO YOU REMEMBER UMC

1    RESPONDING TO THIS GUIDANCE?

2        **A**    YES.

3        **Q**    AND SPECIFICALLY THERE ARE EXCEPTIONS FOR EMERGENCY

4    MEDICAL CONDITIONS AND PROCEDURES TO AVOID FURTHER HARMS FROM

5    UNDERLYING CONDITIONS AND DISEASE.  WAS UMC NEW ORLEANS ABLE

6    TO PROVIDE SURGERIES TO PATIENTS TO AVOID FURTHER HARMS FROM

7    UNDERLYING CONDITIONS AND DISEASE IN THE SPRING AND SUMMER OF

8    2020?

9        **A**    I'M SORRY, ASK THAT AGAIN.

10       **Q**    DID UMC HAVE THE CAPACITY TO PROVIDE SURGERIES TO

11   AVOID FURTHER HARMS FROM UNDERLYING CONDITIONS AND DISEASE AS

12   AUTHORIZED BY THIS GUIDANCE?

13           **MS. KUMAR:**  OBJECTION.  YOUR HONOR, AGAIN, THIS IS

14   NOT IN HIS EXPERT REPORT.

15           **THE COURT:**  IS THIS LSP GUIDANCE OR IS THIS LDH

16   GUIDANCE?  I MEAN JUST ASK HIM WHETHER OR NOT UMC WAS ABLE TO

17   DO SURGERIES.  I DON'T KNOW WHY WE'RE TRYING TO TIE IT TO THE

18   GUIDANCE.  I'M NOT TRYING TO RUN YOUR CASE FOR YOU, BUT --

19   RIGHT?  I MEAN ISN'T THAT WHAT WE'RE TRYING TO FIGURE OUT?

20           **MS. MCCAIN:**  YES, YOUR HONOR.  I'LL TRY TO TIGHTEN

21   IT UP A LITTLE BIT.

22   **BY MS. MCCAIN:**

23       **Q**    DR. MORRISON, WAS UMC NEW ORLEANS ABLE TO PROVIDE

24   SURGERIES TO RESIDENTS OF LOUISIANA TO THE FULLEST EXTENT

25   AUTHORIZED BY THE DEPARTMENT OF HEALTH?

1      **A**    WE WERE ABLE TO PROVIDE EMERGENT, SOME URGENT, AND

2   THAT PRETTY MUCH LIMITED WHAT WE WERE ABLE TO DO AT THAT TIME.

3      **Q**    AND AS LDH GUIDANCE WAS UPDATED, LDH BEING LOUISIANA

4   DEPARTMENT OF HEALTH, THEY SLOWLY ALLOWED MORE AND MORE

5   PROCEDURES; IS THAT RIGHT?

6      **A**    YES.

7      **Q**    AND EVEN WITH THE LOOSENED GUIDANCE FROM LOUISIANA

8   DEPARTMENT OF HEALTH, WAS UMC NEW ORLEANS IN A POSITION TO

9   EXPAND THE SERVICES OFFERED TO PATIENTS AT UMC NEW ORLEANS?

10      **MS. KUMAR:** OBJECTION.  YOUR HONOR, IT WAS ONE THING

11   ON THE TENDER BUT COUNSEL IS TESTIFYING.

12      **THE COURT:** IT'S AN EXPERT WITNESS, I'M GOING TO

13   ALLOW HER SOME LATITUDE.  OVERRULED.

14      **THE WITNESS:** I'M SORRY, SAY THAT AGAIN.

15   **BY MS. MCCAIN:**

16      **Q**    I CAN REPEAT THE QUESTION.  WAS UMC NEW ORLEANS IN A

17   POSITION TO OFFER THE SURGERIES TO THE FULLEST EXTENT

18   AUTHORIZED BY THE DEPARTMENT OF HEALTH?

19      **A**    NO.

20      **Q**    WHY?

21      **A**    OUR PROBLEMS INITIALLY WERE -- THE SYSTEM BEING

22   OVERWHELMED WITH PATIENTS AND ACTUALLY A LIMITATION OF

23   PROTECTIVE EQUIPMENT FOR OUR PERSONNEL.  ONCE THAT WAS

24   RESOLVED WE EXPERIENCED A PROBLEM WITH ACTUALLY LOSING

25   PERSONNEL.  WE LOST PERSONNEL AT UMC TO COVID, ALSO TO THEM

1   HAVING TO TAKE CARE OF THEIR FAMILY MEMBERS THAT HAD COVID.

2   AND AS THE PANDEMIC WENT ON PEOPLE JUST QUIT, AND I CAN

3   COMPLETELY UNDERSTAND THAT.  SO IT WAS A -- IT SHIFTED FROM AN

4   EQUIPMENT ISSUE TO A PERSONNEL PROBLEM.

5        **Q**    HAVE THOSE PROBLEMS RESOLVED?

6        **A**    NO.

7        **Q**    YOU ALSO MENTIONED IN YOUR REPORT VARIOUS WEATHER

8   EVENTS THAT AFFECTED UMC NEW ORLEANS CAPACITY TO PROVIDE

9   SURGICAL PROCEDURES FOR PATIENTS.  WILL YOU EXPLAIN THAT TO

10  THE COURT, PLEASE.

11       **A**    YES.  IN 2020 WHEN HURRICANE LAURA, THAT'S THE ONE

12  THAT COMES TO MIND, HIT SOUTHWEST LOUISIANA UMC WAS A

13  RECEIVING HOSPITAL FOR SOME OF THE PATIENTS THAT WERE

14  EVACUATED FROM THAT AREA.  BECAUSE OF THE LACK OF -- THE

15  SHORTAGE OF PERSONNEL AT UMC, PEOPLE WERE SHIFTED FROM

16  DIFFERENT AREAS IN THE HOSPITAL TO TAKE CARE OF IN-PATIENTS.

17            WE LOST NURSES FROM THE OPERATING ROOM, FROM CLINIC,

18  FROM THE POST-ANESTHESIA UNIT, YOU KNOW, TO THE FLOOR.  AND SO

19  THAT REALLY IMPACTED US BECAUSE WE LOST PERSONNEL IN OUR

20  SURGERY AREA.  SO WE WEREN'T ABLE TO RAMP BACK UP TO SUPPLY

21  ANYTHING OTHER THAN EMERGENT AND URGENT PROCEDURES.

22       **Q**    AND IN 2021, HOW DID HURRICANE IDA AFFECT UMC NEW

23  ORLEANS?

24       **A**    I DID NOT REALIZE AT THE HOSPITAL HOW MANY PEOPLE

25  LIVED IN LAPLACE THAT WORKED AT OUR HOSPITAL, BUT I FOUND OUT

1   REAL QUICKLY.  AND, UNFORTUNATELY, PEOPLE THAT LOST THEIR

2   HOUSES IN LAPLACE JUST LEFT.  THEY JUST LEFT THE STATE.  AND

3   WE HAD A BIG HIT RIGHT AFTER HURRICANE IDA.

4           OF COURSE WE WERE SHUT DOWN FOR A WEEK WITH NOTHING,

5   BUT EMERGENT PROCEDURES AND TAKING CARE OF PATIENTS THAT WERE

6   HOSPITALIZED, BUT THAT WAS -- THAT WAS ANOTHER REAL

7   SIGNIFICANT INCIDENT AS FAR AS TRYING TO HAVE ADEQUATE

8   PERSONNEL.

9       **Q**   WHEN YOU SAY YOU "SHUT DOWN FOR A WEEK" WHY WAS

10  THAT?

11      **A**   WELL, THE ONLY POWER THAT WE HAD WAS EMERGENCY POWER

12  AND THAT WAS GENERATOR -- FORTUNATELY FOR THE HOSPITAL WE HAD

13  GENERATOR POWER.  WE WERE ABLE TO HAVE ELECTRICITY AND WATER,

14  BUT IT WAS JUST BASICALLY MINIMAL SERVICES OTHER THAN WHAT WE

15  COULD DELIVER TO THE PATIENTS IN THE HOSPITAL AND ANY

16  EMERGENCIES THAT AROSE.

17      **Q**   YOU MENTIONED A MOMENT AGO THAT STAFF FROM THE

18  SURGICAL DEPARTMENT WERE BEING SHIFTED TO OTHER AREAS OF THE

19  HOSPITAL.  ASIDE FROM SURGEONS, WHAT SORT OF STAFFING IS

20  NECESSARY TO RUN THE SURGICAL DEPARTMENT?

21      **A**   WE HAVE TO HAVE, FIRST, NURSES IN THE OPERATING

22  ROOM, CIRCULATING NURSES, THEY'RE USUALLY RN'S.  WE HAVE TO

23  HAVE SCRUB TECHS.  WE HAVE TO HAVE PERSONNEL IN THE STERILE

24  PROCESSING AREA TO PROCESS, CLEAN OUR INSTRUMENTS AND MAKE

25  SURE WE HAVE ADEQUATE INSTRUMENTS TO OPERATE ON PATIENTS.  WE

1  NEED TO HAVE NURSES IN THE POST-ANESTHESIA UNIT TO TAKE CARE

2  OF THEM AFTER THEY HAVE SURGERY AND WE HAVE TO HAVE NURSES IN

3  THE ICU TO TAKE THOSE PATIENTS THAT ARE CLINICALLY ILL FROM

4  THE PACU.

5       WHEN YOU LOSE NURSES IN THE ICU THAT BACKS UP

6  PATIENTS INTO PACU.  THEY CAN'T GO FROM THE POST-ANESTHESIA

7  UNIT TO THE ICU, SO THEN WE CAN'T OPERATE ON PATIENTS BECAUSE

8  WE HAVE NO PLACE TO RECOVER THEM.  SO IT'S KIND OF A -- ONCE

9  YOU AFFECT ONE AREA IT PRETTY MUCH IMPACTS YOUR ABILITY TO

10 JUST FUNCTION NORMALLY.

11     **Q**   WHEN YOU MENTION THE NURSES, THE STERILIZATION, THE

12 SCRUB TECHS, WERE ALL OF THOSE STAFFING AREAS IMPACTED BY THE

13 SHIFTS AMONG DEPARTMENTS?

14     **A**   YES.

15     **Q**   DO YOU CURRENTLY HAVE SUFFICIENT STAFF TO MAN THE

16 SURGERY DEPARTMENT AT UMC NEW ORLEANS?

17     **A**   WE RUN IT, BUT NOT ALL OF OUR OPERATING ROOMS ARE

18 OPEN.

19     **Q**   HOW MANY OPERATING ROOMS ARE THERE PHYSICALLY AT UMC

20 NEW ORLEANS?

21     **A**   NINETEEN.

22     **Q**   HOW MANY ARE CURRENTLY BEING OPERATED?

23     **A**   WE RUN ANYWHERE BETWEEN 11 AND 13.

24     **Q**   WHEN IS THE LAST TIME THAT YOU RAN ALL 19 OPERATING

25 ROOMS AT UMC?

1      **A**    IT WOULD BE BEFORE COVID.

2      **Q**    WE TALKED EARLIER ABOUT YOUR TREATMENT OF

3   INCARCERATED PATIENTS IN THE SURGERY DEPARTMENT AT UMC AND AT

4   LSP.  HOW, IF AT ALL, WAS THE INMATE POPULATION AFFECTED

5   DIFFERENTLY THAN THE GENERAL PATIENT POPULATION AT UMC NEW

6   ORLEANS DURING THE PANDEMIC?

7           **MS. KUMAR:**  OBJECTION.  YOUR HONOR, AGAIN, THIS IS

8   NOT IN HIS REPORT.

9           **THE COURT:**  MS. MCCAIN?

10          **MS. MCCAIN:**  YOUR HONOR, I BELIEVE THAT IT'S WITHIN

11  THE CONTEXT OF WHAT HE HAS PROVIDED IN HIS REPORT.

12          **THE COURT:**  THE QUESTION WAS HOW MANY --

13          **MS. MCCAIN:**  I ASKED HIM HOW THE INMATE POPULATION,

14  IF AT ALL, WAS AFFECTED DIFFERENTLY THAN THE GENERAL PATIENT

15  POPULATION AT UMC NEW ORLEANS.

16          **THE COURT:**  OVERRULED.

17          **THE WITNESS:**  THE ONLY DIFFERENCE -- WELL, ACTUALLY,

18  IT WAS THE SAME PROBLEM WITH THE GENERAL POPULATION, WAS OUR

19  DIFFICULTY AND INABILITY TO SEE PATIENTS FACE-TO-FACE AND HAVE

20  CLINICS.  WE HAD OUR CLINIC SHUT DOWN AT UMC.  ALSO, I WAS NOT

21  ABLE TO GO HAVE DIRECT FACE-TO-FACE CLINICS AT LSP AS WELL.

22          SO PRETTY MUCH THE -- THERE WAS NOT THAT MUCH

23  DIFFERENCE IN THE ABILITY FOR US TO SEE AND TAKE CARE OF

24  INMATE POPULATION BECAUSE IT WAS -- WE WERE HAVING THE SAME

25  ISSUES WITH THE GENERAL POPULATION AS WELL.

1  BY MS. MCCAIN:

2      **Q**    WITH RESPECT TO THE INCARCERATED POPULATION, HOW

3  HAVE YOU AND UMC NEW ORLEANS ADDRESSED THE BACKLOG OF CASES

4  CAUSED BY THE VARIOUS ISSUES WE'VE DISCUSSED?

5      **A**    IN THE FALL OF LAST YEAR I PROPOSED THAT WE USE THE

6  OUTPATIENT SURGERY CENTER -- WHICH I HAVE TO GIVE A SHOUTOUT

7  TO UMC.  I WANT TO THANK THEM FOR BUILDING THAT FOR US BECAUSE

8  THAT HAS HELPED A LOT.  BUT WHERE WE WILL DO NOTHING BUT

9  INMATES AT THE OUTPATIENT SURGERY CENTER ON, WE USUALLY PICK A

10 FRIDAY.  WE STARTED OUT WITH ONE FRIDAY A MONTH.  WE'VE GONE

11 TO TWO FRIDAYS A MONTH.  AND IT HAS BEEN A WONDERFUL CHANGE

12 FOR US BECAUSE WE'RE ABLE TO ACTUALLY DO MORE CASES AND MUCH

13 MORE QUICKLY SO THAT WE CAN OPERATE ON MORE PATIENTS, GET THEM

14 TAKEN CARE OF AND THE GUARDS ARE ABLE TO LEAVE AT A REASONABLE

15 TIME TO BRING THEM BACK TO THEIR -- THEIR PRISONS.

16     **Q**    HAVE YOU FOUND THIS TO BE AN EFFECTIVE AND EFFICIENT

17 SYSTEM FOR TREATING YOUR INCARCERATED PATIENTS?

18     **A**    YES.

19     **Q**    IS THAT STILL GOING ON TODAY?

20     **A**    YES.

21     **Q**    HOW HAS TELEMEDICINE AFFECTED UMC NEW ORLEANS CARE

22 FOR THE INCARCERATED PATIENTS AT LOUISIANA STATE PENITENTIARY?

23     **A**    TELEMEDICINE HAS BEEN IN PLACE FOR YEARS.  FOR

24 SURGERY IT'S VERY DIFFICULT FOR SURGERY -- FOR TELEMEDICINE TO

25 REALLY HAVE ANY IMPACT ON SURGERY.  FOR MEDICAL CARE

1   TELEMEDICINE IS CERTAINLY HELPFUL.

2        ACTUALLY, EARLY ON IN COVID THEY WEREN'T EVEN

3   ALLOWING THAT TO HAPPEN AT UMC.  THAT HAS CHANGED SINCE

4   PROBABLY THE SUMMER OF 2020 WHERE THEY WERE ALLOWING MORE

5   TELEMEDICINE, YOU KNOW, VISITS, BUT FOR SURGERY IT REALLY

6   DOESN'T WORK WELL.

7     **Q**   HAVE YOU RESUMED DOING YOUR ON-SITE SURGERY CLINICS

8   AT LSP?

9     **A**   YES.

10     **Q**   HOW OFTEN DO YOU GO TO LSP?

11     **A**   I ALTERNATE.  I GO TWICE A MONTH SOME MONTHS.  THIS

12   MONTH I GO TWICE A MONTH AND THEN THE NEXT MONTH I'LL GO ONCE.

13   AND THAT USUALLY -- THAT SEEMS TO BE PLENTY ADEQUATE TO COVER

14   THE NUMBER OF PATIENTS THAT I NEED TO SEE.

15     **Q**   WHEN YOU TREAT INCARCERATED PATIENTS FOR A SURGERY,

16   DO YOU HAVE ANY IMPRESSION AS TO THE LENGTH OF SYMPTOMS THAT

17   THEY'RE BEING TREATED FOR AND HOW LONG THEY'VE BEEN STRUGGLING

18   WITH THOSE CONDITIONS?

19     **MS. KUMAR:**  OBJECTION.  YOUR HONOR, HE DIDN'T WRITE

20   ANYTHING ABOUT THIS IN HIS REPORT.

21     **THE COURT:**  SO YOU WANT HIM TO TESTIFY HOW LONG --

22   WHAT KIND OF -- THE GENERAL CONDITION OF INCARCERATED PATIENTS

23   THAT HE SEES FROM LSP?

24     **MS. MCCAIN:**  YOUR HONOR, THERE'S BEEN SUBSTANTIAL

25   TESTIMONY ABOUT THE LENGTH OF TIME IT TAKES FOR A PATIENT TO

1   GET SEEN.  HE SEES SURGERY PATIENTS AT LSP ALL THE TIME.  I'M

2   ASKING HIM HOW LONG HIS PATIENTS REPORT HAVING SYMPTOMS PRIOR

3   TO GETTING SURGERY.

4          **THE COURT:**  OKAY.  I'LL ALLOW IT.

5          **THE WITNESS:**  WHEN I SEE PATIENTS IN MY CLINIC AT

6   LSP, I PRETTY MUCH TREAT THEM AND QUESTION THEM JUST LIKE I

7   WOULD WITH ANYONE IN PRIVATE PRACTICE.  AND JUST BECAUSE OF

8   THE NATURE OF THE SIZE OF LSP AND IT BEING ALL MALE, MOST OF

9   THE PATIENTS THAT WE SEE THERE, A VERY COMMON PROBLEM IS

10  HERNIAS.  SO I USUALLY ASK THEM, WELL, HOW LONG HAVE YOU HAD

11  THIS PROBLEM?  AND QUITE HONESTLY THEIR ANSWER IS PRETTY MUCH

12  WHAT I GET ON -- WHEN I ASK THAT QUESTION TO PATIENTS THAT I

13  SEE AT UMC CLINIC, YOU KNOW, IT COULD BE ANYWHERE FROM A

14  MONTH, A COUPLE OF WEEKS TO I'VE HAD THIS FOR A YEAR OR SO AND

15  I JUST WANTED TO GO ON AND GET IT FIXED.

16          IT'S PRETTY MUCH BEEN VERY, VERY SIMILAR TO WHAT MY

17  RESPONSE IS WHEN I ASK PATIENTS WHEN I SEE THEM AT UMC.

18  **BY MS. MCCAIN:**

19      **Q**   WHEN YOU'RE TALKING ABOUT THE PATIENTS AT UMC, YOU

20  MEAN NON-INCARCERATED PATIENTS?

21      **A**   RIGHT.

22      **Q**   WILL YOU DESCRIBE THAT OUTPATIENT SURGERY CENTER FOR

23  US THAT YOU TREAT PATIENTS AT ON FRIDAYS?

24      **A**   YES.  THE BUILDING THAT HOUSES THE GENERATOR, THE

25  ELECTRICAL WORK, AND ACTUALLY THE WATER ACCESS FOR UMC, ON THE

1    FIRST FLOOR WHEN THEY BUILT IT OUT WAS EMPTY.  I THINK

2    ORIGINALLY THEY WERE PLANNING ON PUTTING A GYM OR SOMETHING IN

3    THAT SPOT, BUT I ACTUALLY BEGGED FOR SEVERAL YEARS WITH

4    ADMINISTRATION TO PLEASE GIVE US AN OUTPATIENT SURGERY CENTER

5    SO THAT WE'RE NOT UTILIZING OUR LIMITED OPERATING ROOMS FOR

6    THINGS THAT NEED TO BE DONE AS AN OUTPATIENT.

7           THEY BUILT THAT OUT.  IT HAS FIVE OPERATING ROOMS IN

8    IT.  IT'S VERY, VERY COMPACT.  IT FUNCTIONS VERY, VERY

9    EFFICIENTLY.  IT IS JUST -- EXCUSE ME.

10          THE FIRST FLOOR OF THAT BUILDING, IT'S AT THE CORNER

11   OF TULANE AND CLAIBORNE AND IT'S -- IT REALLY HAS HELPED US

12   GET TO PATIENTS THAT OTHERWISE WE WOULD NOT BE ABLE TO GET TO

13   IF WE DIDN'T HAVE THAT BECAUSE OF OUR LIMITED RESOURCES AT

14   UMC.

15      **Q**    I THINK YOU MIGHT HAVE MENTIONED THIS BEFORE, BUT

16   WHEN YOU'RE SEEING INCARCERATED PATIENTS ON THOSE DESIGNATED

17   FRIDAYS IS THE OUTPATIENT SURGERY CENTER OPEN TO OTHER

18   PATIENTS FROM THE FREE WORLD?

19      **A**    NO.

20      **Q**    I WANT TO TALK TO YOU BRIEFLY ABOUT THE SURGERY

21   ADJUDICATION COMMITTEE WE DISCUSSED EARLIER.  WILL YOU EXPLAIN

22   THE PROCESS OF THOSE MEETINGS AND HOW YOU OPENED THE OPERATING

23   ROOMS AFTER THE COVID STARTED TO WANE.

24      **A**    SURE.  AS THINGS SLOWLY STARTED GETTING BETTER

25   AND -- EARLY ON IN COVID IT WAS MAINLY WITH SUPPLIES.  IT WAS

1    A REAL CHALLENGE FOR US TO HAVE ENOUGH SUPPLIES AVAILABLE TO

2    US TO FUNCTION ADEQUATELY.  BUT AS WE STARTED GAINING MORE

3    SUPPLIES AND WERE LOOKING AT OPENING UP THE OPERATING ROOMS

4    MAINLY FOR URGENT CASES.  AND WHEN I SAY "URGENT" I INCLUDE

5    CANCERS IN THAT.  WE WERE PUTTING SOME PATIENTS OFF THAT HAD

6    CANCERS.  WE COULD NOT OPERATE ON THEM.  WE JUST DIDN'T HAVE

7    THE RESOURCES FOR THAT.

8            BUT ONCE WE SAW AN OPPORTUNITY TO START DOING MORE

9    CASES THIS WAS WHEN THIS COMMITTEE WAS FORMED, WHEN WE HAD

10   REPRESENTATIVES OF ALL THE SURGICAL SERVICES THERE, WE WOULD

11   BRING CASES THAT WE FELT NEEDED TO BE DONE.

12           I REPRESENTED GENERAL SURGERY.  I ALSO SPOKE FOR

13   COLORECTAL SURGERY.  I SPOKE ALSO FOR VASCULAR SURGERY AND

14   BARIATRICS, WHERE I WOULD PRESENT THE CASES.  EVERYONE IN THE

15   COMMITTEE WOULD GO OVER THE CASES AND THEN DECIDE AND SAY,

16   YES, THIS IS SOMETHING THAT NEEDS TO PROCEED OR WE CAN PUT

17   THIS OFF MAYBE FOR ANOTHER MONTH OR SO, HOPING THAT WE HAD

18   MORE RESOURCES SO WE COULD GO ON AND OPEN UP THE OPERATING

19   ROOM.

20   **Q**   THE MEMBERS OF THE COMMITTEE, YOU SAY YOU

21   REPRESENTED THE BARIATRIC AND THE GENERAL, YOU HAD CARDIAC

22   SURGEONS AND OTHER SPECIALTY SURGEONS IN THAT COMMITTEE AS

23   WELL?

24   **A**   YES.  WE HAD -- OF COURSE WE HAD REPRESENTATIVES

25   FROM BOTH SCHOOLS, TULANE AND LSU, SINCE BOTH UTILIZE THAT

1  HOSPITAL.  ORTHOPAEDICS, ENT, PLASTICS, GENERAL SURGERY,

2  VASCULAR, OMFS, THAT'S ORAL MAXILLOFACIAL SURGERY,

3  OPHTHALMOLOGY ALSO INCLUDED.  I'M PROBABLY LEAVING SOME OUT,

4  BUT IT WAS THE -- AND UROLOGY.  EXCUSE ME, UROLOGY.  THE MAJOR

5  SURGICAL SPECIALTIES WERE ALL REPRESENTED AT THAT COMMITTEE.

6  **Q**   AND SO EACH OF THOSE SPECIALTIES WERE RESPONSIBLE

7  FOR PRESENTING CASES AND DETERMINING THE PRIORITY OF SURGICAL

8  CASES THAT WOULD BE OPERATED ON?

9  **A**   YES.  AND EVERYONE ON THE COMMITTEE WOULD VOTE ON

10  WHETHER THEY -- YOU KNOW IF THERE WAS A CASE THAT I HAD THAT

11  WAS CANCER, BUT IT NEEDED TO BE DONE MORE URGENTLY THAN

12  SOMEBODY ELSE'S CANCER, YOU KNOW, PATIENT, WHICH IS HORRIBLE

13  TO SAY, WE WOULD SAY, WELL, THIS ONE NEEDS TO BE DONE AND, YOU

14  KNOW, MAYBE WE'LL TRY AGAIN, YOU KNOW, NEXT MONTH.

15  I SAY, "NEXT MONTH," THOSE MEETINGS ARE MONTHLY NOW.

16  THEY WERE EVERY OTHER WEEK AT THAT TIME, AS WE WERE TRYING TO

17  DELIVER SERVICES TO THE PATIENTS THAT NEEDED IT.

18  **Q**   WERE INCARCERATED PATIENTS INCLUDED IN THOSE CASE

19  PRESENTATIONS AT THE COMMITTEE MEETINGS?

20  **A**   YES.

21  **Q**   THOSE ARE MY QUESTIONS.  THANK YOU.

22  **THE COURT:**  CROSS-EXAMINATION.

23  **MS. KUMAR:**  JUST BRIEFLY, YOUR HONOR.

24  **CROSS-EXAMINATION**

25  BY MS. KUMAR:

```
1          Q    DR. MORRISON, YOU --
2               THE COURT:  MAKE AN APPEARANCE FOR THE COURT
3    REPORTER, PLEASE.
4               MS. KUMAR:  I'M SORRY.  NISHI KUMAR ON BEHALF OF
5    PLAINTIFFS.
6               THE COURT:  THANK YOU.
7    BY MS. KUMAR:
8          Q    DR. MORRISON, YOU SPOKE A LITTLE BIT ABOUT THE
9    GUIDANCE FROM THE LOUISIANA DEPARTMENT OF HEALTH, RIGHT?
10         A    YES.
11         Q    AND DEFENDANT'S COUNSEL SENT YOU THIS GUIDANCE?
12         A    I'M SORRY?
13         Q    DEFENDANT'S COUNSEL SENT YOU THIS GUIDANCE?
14         A    YES.
15         Q    YOU DIDN'T HELP CREATE THE GUIDANCE?
16         A    NO.
17         Q    AND YOU DIDN'T KEEP TRACK OF HOW MANY TIMES THE
18   GUIDANCE CHANGED?
19         A    I DID NOT KEEP TRACK OF THAT, NO.
20         Q    AT YOUR DEPOSITION YOU DIDN'T RECALL THE DETAILS OF
21   THE RESTRICTIONS ON HEALTH CARE SERVICES?
22         A    I UNDERSTOOD THE GENERAL RESTRICTIONS BUT NOT THE
23   SPECIFICS.
24         Q    IN YOUR VIEW, THE REST OF THE STATE DIDN'T
25   EXPERIENCE WHAT YOU EXPERIENCED IN NEW ORLEANS, RIGHT?
```

1      **A**    AT THE TIME WE EXPERIENCED IT, NO.

2      **Q**    THERE ARE OTHER HOSPITALS IN SOUTH LOUISIANA BESIDES

3  UNIVERSITY MEDICAL CENTER?

4      **A**    YES.

5      **Q**    LSP PATIENTS GO TO SOME OF THOSE HOSPITALS?

6      **A**    FOR EMERGENT CARE, YES.

7      **Q**    AND WHEN YOU WERE MEDICAL DIRECTOR OF THE DOC, YOU

8  TRIED TO NEGOTIATE RELATIONSHIPS WITH FACILITIES CLOSER TO THE

9  PRISON, RIGHT?

10     **A**    YES.

11     **Q**    YOU DON'T KNOW IF THOSE EVER CAME TO FRUITION OR

12 NOT?

13     **A**    NO, I DO NOT.

14     **Q**    AND YOU DON'T KNOW IF ANYONE AT THE DOC OR LSP HAS

15 REACHED OUT TO THOSE HOSPITALS?

16     **A**    I DO NOT KNOW THAT.

17     **Q**    DR. MORRISON, YOU REVIEWED NO DATA IN FORMING YOUR

18 OPINION IN THIS CASE, RIGHT?

19     **A**    I'M SORRY?

20     **Q**    YOU REVIEWED NO DATA IN FORMING YOUR OPINION IN THIS

21 CASE?

22     **A**    WELL, THE ONLY DATA THAT I REVIEWED WAS, AND I THINK

23 I GAVE YOU THAT, WAS WHEN I QUESTIONED WHAT THE BACKLOG WAS

24 FROM THE DOC.  I REVIEWED THAT.

25         I ALSO -- I THINK I REVIEWED ONE OF THE MEETINGS

1   THAT WE HAD, THE ADJUDICATION MEETING, EXCUSE ME, WHERE I

2   REVIEWED THE CASE NUMBERS COMPARING 2020 TO 2021.

3        **Q**    AND THE BACKLOG THAT YOU'RE REFERRING TO, THAT'S

4   JUST A SNAPSHOT OF THE NUMBERS THAT YOU WERE SENT BY MELANIE

5   BENEDICT, ISN'T IT?

6        **A**    YES.

7        **Q**    AND YOU DIDN'T USE THAT INFORMATION IN FORMING YOUR

8   OPINION IN THIS CASE?

9        **A**    NO.

10       **Q**    THE NOTES YOU REFERENCED FROM THE SEC MEETING, THE

11   VAST MAJORITY OF SURGERIES IN 2021 WERE NOT EMERGENCIES,

12   RIGHT?

13       **A**    YES.

14            **MS. KUMAR:**  MICHAEL, CAN YOU PLEASE PULL UP THE SEC

15   MEETING NOTES?  I'M GOING TO MARK THESE AS PLAINTIFFS'

16   EXHIBIT 75.

17   **BY MS. KUMAR:**

18       **Q**    DR. MORRISON, THESE ARE THE NOTES YOU REFERENCED

19   SENDING, RIGHT?

20       **A**    UH-HUH.

21       **Q**    CAN YOU GO TO PAGE 3, PLEASE?

22            AND THIS SHOWS THAT ONLY 6 PERCENT OF THE SURGERY

23   CASES WERE EMERGENCIES, CORRECT?

24       **A**    YES.

25            **MS. KUMAR:**  MICHAEL, CAN YOU GO TO PAGE 4, PLEASE?

1   **BY MS. KUMAR:**

2       **Q**   AND THIS SHOWS THAT 70 PERCENT OF THE CASES WERE

3   ELECTIVE, CORRECT?

4       **A**   YES.

5           **MS. KUMAR:**  MICHAEL, YOU CAN TAKE IT DOWN.

6   **BY MS. KUMAR:**

7       **Q**   DR. MORRISON, YOU DIDN'T REVIEW ANY TRIP REPORTS

8   FROM LSP OR DOC IN FORMING YOUR OPINION, DID YOU?

9       **A**   NO.

10      **Q**   NO REFERRAL REPORTS?

11      **A**   NO.

12      **Q**   NO C-05 REPORTS?

13      **A**   NO.

14      **Q**   NOTHING IN EPIC?

15      **A**   NO.

16      **Q**   NOTHING REGARDING THE TELEMEDICINE PROCESS?

17      **A**   NO.

18      **Q**   YOU REVIEWED NO OTHER RECORDS OR DOCUMENTS?

19      **A**   NO.

20      **Q**   NONE OF YOUR DISCUSSIONS WITH LSP STAFF INFORMED

21   YOUR OPINION IN ANY WAY?

22      **A**   NO.

23      **Q**   YOU DID NOT RELY ON ANY CONVERSATIONS WITH ANYONE AT

24   DOC HEADQUARTERS?

25      **A**   NO.

1      **Q**     YOU'RE NOT INVOLVED IN DEVELOPING POLICY AROUND

2   EMERGENCY PREPAREDNESS AT UMC?

3      **A**     NO.

4      **Q**     YOU DID NOT REVIEW ANY UMC EMERGENCY PROTOCOLS?

5      **A**     NO.

6      **Q**     DR. MORRISON, YOU TESTIFIED ABOUT THE SURGICAL

7   OUTPATIENT CENTER AND REDUCING THE DOC BACKLOG.  THE CENTER IS

8   ONLY FOR OUTPATIENT PROCEDURES, CORRECT?

9      **A**     YES.

10     **Q**     AND YOU DON'T KNOW HOW MANY DOC PATIENTS ARE USUALLY

11  SEEN AT LSP IN A MONTH?

12     **A**     I DON'T KNOW --

13          **MS. MCCAIN:**  OBJECTION, THAT'S VAGUE.  SHE DIDN'T

14  SAY ON ANY SPECIFIC CLINIC OR HOW MANY PATIENTS.

15          **THE COURT:**  HOW MANY DOC PATIENTS?  GO AHEAD AND

16  CLARIFY YOUR QUESTION.

17  **BY MS. KUMAR:**

18     **Q**     HOW MANY DOC PATIENTS ARE SEEN AT UMC IN A MONTH?

19          **THE COURT:**  IF HE KNOWS.  OKAY.  I'LL ALLOW IT.  DO

20  YOU HAVE ANY IDEA?

21          **THE WITNESS:**  I DO BEFORE COVID.

22          **THE COURT:**  OKAY.

23          **THE WITNESS:**  IT WAS -- ABOUT 50 PATIENTS A DAY CAME

24  TO NEW ORLEANS FOR MULTIPLE REASONS; THAT COULD BE SURGERY,

25  THAT COULD BE CLINIC VISITS, THAT COULD BE TESTS, THAT COULD

1  BE X-RAYS.  IT WAS A LARGE NUMBER.  WHAT THAT NUMBER IS NOW, I

2  DON'T KNOW.

3  **BY MS. KUMAR:**

4      **Q**    DR. MORRISON THE GENERAL SURGERY PATIENTS YOU TREAT

5  ARE JUST A SMALL PART OF THE TOTAL NUMBER OF INCARCERATED

6  PATIENTS?

7      **A**    YES.

8      **Q**    A LOT OF THEM COME FOR IMAGING?  A LOT OF THEM COME

9  TO UMC FOR IMAGING?

10     **A**    I DON'T KNOW WHAT THE PERCENTAGES ARE.

11     **Q**    YOU DON'T TREAT NONSURGICAL PATIENTS?

12     **A**    CORRECT.

13     **Q**    AND YOU ARE NOT INVOLVED IN THE RESTRICTIONS ON

14  NONSURGICAL MEDICAL CARE?

15     **A**    NO.

16     **Q**    YOU DON'T KNOW WHAT NONSURGICAL AND MEDICAL

17  APPOINTMENTS CAN BE CONDUCTED VIA TELEHEALTH?

18     **A**    NO.

19     **Q**    YOU DON'T KNOW WHAT CARDIOLOGY APPOINTMENTS CAN BE

20  CONDUCTED VIA TELEHEALTH?

21     **A**    NO.

22     **Q**    YOU DON'T KNOW WHAT PULMONOLOGY APPOINTMENTS ARE

23  APPROPRIATE FOR TELEHEALTH?

24     **A**    NO.

25     **Q**    YOU LEAVE IT UP TO THE SPECIALIST TO DETERMINE WHAT

1   IS APPROPRIATE FOR TELEHEALTH?

2       **A**   YES.

3       **Q**   YOU ALSO TALKED ABOUT THE SURGICAL EXECUTIVE

4   COMMITTEE IN YOUR TESTIMONY.  UMC DETERMINED WHAT SURGICAL

5   PATIENTS THEY WOULD ACCEPT, CORRECT?

6       **A**   I'M SORRY, SAY THAT AGAIN.

7       **Q**   UMC DETERMINED WHAT SURGICAL PATIENTS THEY WOULD

8   ACCEPT, CORRECT?

9       **THE COURT:**  THAT'S DURING THAT PERIOD OF TIME THAT

10  THEY WERE HAVING TO DO THE PRIORITIZATION?

11      **MS. KUMAR:**  YES.

12      **THE COURT:**  THAT SURGICAL COMMITTEE TIME.

13      **THE WITNESS:**  NO.  WE DETERMINED, THE SURGEONS

14  DETERMINE THAT, NOT UMC.

15  **BY MS. KUMAR:**

16      **Q**   THE SURGEONS AT UMC?

17      **A**   YES.

18      **Q**   THAT WAS BASED ON THE PATIENT'S MEDICAL CONDITION?

19      **A**   YES.

20      **Q**   NOBODY FROM THE DOC WAS REPRESENTED ON THE SURGICAL

21  EXECUTIVE COMMITTEE, CORRECT?

22      **A**   CORRECT.

23      **Q**   NOBODY FROM LSP WAS ON THE SURGICAL EXECUTIVE

24  COMMITTEE?

25      **A**   CORRECT.

1      **Q**     YOU DON'T KNOW WHAT THE LSP BACKLOGS WERE AT THAT

2  TIME, RIGHT?

3      **A**     NO.

4      **Q**     AND YOU DON'T RECALL THE DOC MAKING ANY REQUESTS TO

5  THE SURGICAL EXECUTIVE COMMITTEE?

6      **A**     NO.

7      **Q**     YOU HAVE NO RECOLLECTION OF OPERATING ON ANY

8  INCARCERATED PATIENTS DURING THIS TIME?

9      **A**     I COULD NOT GIVE YOU ANY SPECIFIC PATIENT NAMES THAT

10  I OPERATED ON DURING THAT TIME.

11      **Q**     YOU DON'T RECALL OPERATING ON ANY INCARCERATED

12  PATIENTS DURING THAT TIME?

13      **A**     I DON'T RECALL.

14      **Q**     AND YOU REVIEWED THE NAMES OF THE PATIENTS FROM THE

15  MEDICAL EXPERT'S SAMPLE?

16      **A**     I'M SORRY, SAY THAT AGAIN.

17      **Q**     DURING YOUR DEPOSITION YOU REVIEWED THE NAMES OF THE

18  PATIENTS FROM THE MEDICAL EXPERT'S SAMPLE?

19      **A**     YES.

20      **Q**     AND THE ONLY PATIENT YOU RECOGNIZED IN THE SAMPLE

21  WAS NOT NEGATIVELY IMPACTED BY THE COVID CLOSURES?

22      **A**     YES.

23          **MS. KUMAR:**  THAT'S ALL MY QUESTIONS.

24          **THE COURT:**  YOU HAVE ANY REDIRECT?

25          **MS. MCCAIN:**  VERY BRIEFLY, YOUR HONOR.

1   REDIRECT EXAMINATION

2   BY MS. MCCAIN:

3       Q    DR. MORRISON, CONSIDERING THE SUPPLY SHORTAGE THAT

4   YOU DISCUSSED AND THE SHORTAGE OF PERSONNEL AND OPERATING

5   ROOMS, DID IT MATTER WHAT THE RESTRICTIONS FROM LDH WERE WITH

6   RESPECT TO THE UMC OPERATING SURGICAL DEPARTMENT?

7       A    NO.  WE HAD LIMITED RESOURCES.  WE COULD ONLY DO SO

8   MUCH, SO THAT DID NOT REALLY IMPACT, YOU KNOW, THAT.

9       Q    WHY DIDN'T YOU REVIEW DATA AND NOTES IN PREPARING

10  YOUR REPORT REGARDING CARE FOR INCARCERATED PATIENTS AT UMC?

11      A    WELL, I WAS UNDER THE IMPRESSION I WAS GIVING AN

12  OPINION AND EXPERIENCED WITH WHAT WE WERE ABLE TO DO AT UMC.

13  WE DO NOT DIFFERENTIATE BETWEEN PATIENTS WE SEE IN CLINIC OR

14  INMATES.  THEY ARE ALL PATIENTS TO US.  SO THEIR NEEDS DON'T

15  MATTER THAT THEY ARE INCARCERATED OR THEY'RE NOT.  THEY ARE

16  PRIORITIZED BASED ON WHAT NEEDS TO BE DONE.

17      Q    AND WAS YOUR EXPERIENCE LIVING THROUGH THESE VARIOUS

18  CHALLENGES FROM 2020 TO THE PRESENT SUFFICIENT IN FORMING YOUR

19  CONCLUSIONS ABOUT THE CARE PROVIDED TO LSP INMATES?

20      A    YES.

21      Q    DO YOU KNOW IF OTHER HOSPITALS IN SOUTH LOUISIANA

22  WERE SIMILARLY SITUATED TO UMC DURING THESE LAST FEW YEARS?

23      A    I DON'T KNOW THAT I UNDERSTAND THE QUESTION.

24      Q    I'LL REPHRASE IT.  YOU WERE ASKED ON

25  CROSS-EXAMINATION ABOUT OTHER HOSPITALS THAT ARE CLOSER TO

1   VARIOUS FACILITIES.  ARE YOU AWARE OF WHETHER OR NOT THOSE

2   HOSPITALS WERE FACING SIMILAR CHALLENGES TO UMC?

3       **A**    IT DEPENDS ON THE TIME.  THE COVID PANDEMIC AND THE

4   FALLOUT FROM THAT AFFECTED DIFFERENT AREAS OF THE STATE AND

5   DIFFERENT HOSPITALS DIFFERENTLY.  WITH NEW ORLEANS EARLY ON,

6   LIKE I SAID, WE WERE THE HIGHEST PER CAPATA INCIDENTS OF COVID

7   IN THE WORLD, AND WE'VE HAD SEVERAL SPIKES, YOU KNOW, SINCE

8   THEN.  AND OTHER AREAS OF THE STATE ARE AFFECTED DIFFERENTLY,

9   YOU KNOW, DEPENDING ON THE TIME FRAME.

10       AS WE GOT BETTER THERE WERE OTHER PARTS OF THE STATE

11   THAT WERE EXPERIENCING WORSE COVID INFECTIONS.  NOW I'M NOT --

12   I'M NOT WORKING AT THOSE OTHER HOSPITALS.  I COULDN'T TELL YOU

13   EXACT, YOU KNOW, TIMES AND DATES OF THAT, BUT CERTAINLY IT

14   WASN'T A UNIVERSAL THING ACROSS THE STATE THAT EVERYBODY

15   EXPERIENCED THE SAME THING AT THE SAME TIME.

16       **Q**    BUT GENERALLY THE HEALTH CARE INDUSTRY HAVE ALL

17   FACED THOSE PARTICULAR CHALLENGES?

18       **A**    YES.

19       **MS. MCCAIN:**  THOSE ARE MY QUESTIONS.  THANK YOU.

20   HE'S RELEASED.

21       **THE COURT:**  COUNSEL, I'M GOING TO ASK DR. MORRISON A

22   FEW QUESTIONS AND I'LL PREFACE THIS WITH I UNDERSTAND THAT

23   HE'S IN GENERAL SURGERY SO IT'S A SMALL PERCENTAGE OF THE

24   OVERALL PATIENTS AND OVERALL DOC PATIENTS AND LSP PATIENTS.

25   NONETHELESS, FRANKLY, HE DOESN'T HAVE A DOG IN THE HUNT AND

1  I'M INTERESTED IN HEARING HIS VIEWS ON A FEW THINGS, SO IF

2  YOU'LL INDULGE ME.

3  **QUESTIONS BY THE COURT**

4          **THE COURT:**  HAVE YOU SEEN -- YOU DO CLINIC ON SITE

5  AT LSP A COUPLE OF TIMES A MONTH, ALTERNATING ONE TIME A

6  MONTH.  IN THE LAST SEVERAL YEARS HAVE YOU SEEN A CHANGE AT

7  LSP IN THE DELIVERY OF MEDICAL CARE THAT YOU'VE BEEN ABLE TO

8  OBSERVE.

9          **THE WITNESS:**  WHEN YOU SAY THE LAST COUPLE OF

10 YEARS -- MAYBE SINCE I CAME BACK TO LOUISIANA?

11         **THE COURT:**  YEAH.  YOU'VE BEEN -- HOW LONG HAVE YOU

12 BEEN -- SINCE COVID HOW LONG HAVE YOU BEEN GOING TO LSP?

13         **THE WITNESS:**  GOSH, I DON'T REMEMBER EXACTLY WHEN I

14 STARTED GOING BACK, YOU KNOW, AFTER COVID.  I'D SAY I'VE BEEN

15 GOING MAYBE IT'S CLOSE TO -- MAYBE IT'S CLOSE TO A YEAR NOW.

16         **THE COURT:**  SO IN THIS LAST YEAR HAVE YOU SEEN ANY

17 CHANGES --

18         **THE WITNESS:**  NO.

19         **THE COURT:**  -- IN THE WAY THEY'RE DELIVERING MEDICAL

20 CARE?

21         **THE WITNESS:**  NO.

22         **THE COURT:**  CAN YOU COMPARE THAT -- PRIOR TO THIS,

23 WHEN HAD YOU LAST BEEN THERE; PRIOR TO YOU RESUMING A YEAR AGO

24 OR SO?  DID YOU USE TO DO CLINIC THERE?

25         **THE WITNESS:**  ACTUALLY WHEN -- YES.  WHEN I WORKED

1    FOR THE DOC, WHEN I WAS THE MEDICAL DIRECTOR, I ASKED

2    SECRETARY LEBLANC TO INCLUDE IN MY JOB DESCRIPTION THAT I

3    CONTINUE THE SURGERY CLINIC THERE AT LSP.

4             I FELT IT WAS IMPORTANT BEING THE MEDICAL DIRECTOR

5    THAT I STILL MAINTAIN SOME DEGREE OF REAL MEDICAL INTERACTION

6    WITH THE INMATES THEMSELVES.  AND SO I STILL DID THE SURGERY

7    CLINIC FOR LSU WHILE I WAS THE MEDICAL DIRECTOR FOR THE DOC.

8             **THE COURT:**  OKAY.

9             **THE WITNESS:**  SO I'VE NOT, NOT BEEN THERE EXCEPT

10   WHEN WE COULD NOT GO WHEN COVID REALLY WAS AT ITS WORSE.

11            **THE COURT:**  SO -- WELL, LET ME ASK YOU THIS:  WHAT

12   ABOUT ACCESS TO MEDICAL RECORDS?  IN THE 12 MONTHS THAT YOU'VE

13   BEEN ACTIVELY TREATING PATIENTS -- SAY IN THE LAST 12 MONTHS

14   THAT YOU'VE ACTIVELY BEEN TREATING PATIENTS FROM LSP, HAVE YOU

15   FOUND THAT YOU HAD ACCESS TO THEIR MEDICAL RECORDS?

16            **THE WITNESS:**  YES.

17            **THE COURT:**  AND EVEN THE ONES THAT COME TO UMC NEW

18   ORLEANS THAT YOU SEE AT THE HOSPITAL, AT UMC NEW ORLEANS, OR

19   AT THE OUTPATIENT CLINIC?

20            **THE WITNESS:**  WELL, AT THE OUTPATIENT CLINIC I'D SAY

21   I HAVE ACCESS TO ALL THEIR MEDICAL RECORDS THERE.  AND I GO

22   THROUGH THE MEDICAL RECORDS THERE.  I GLEAN FROM IT WHAT I

23   NEED FOR THAT SPECIFIC REASON WHY I'M SEEING THE PATIENT.  I

24   HAVE ALL THAT I NEED THERE, AND IF I DON'T, I HAVE ACCESS TO

25   EPIC AT LSP WHERE I CAN PULL UP ANY X-RAYS, PRIOR PROCEDURES

1    OR WHATEVER THAT WERE DONE AT UMC THERE WHILE I'M AT CLINIC.

2    SO, YES, MA'AM, I HAVE ACCESS.

3         **THE COURT:**  SO YOU HAVE THE EPIC RECORDS FROM UMC --

4    BECAUSE THEY DON'T FEED INTO EPIC, I DON'T THINK, LSP DOESN'T.

5         **THE WITNESS:**  NO, MA'AM.

6         **THE COURT:**  THEY CAN ACCESS UMC'S EPIC RECORDS --

7         **THE WITNESS:**  YES.  YES.

8         **THE COURT:**  -- WHICH IS YOUR ELECTRONIC FORMAT?

9         **THE WITNESS:**  RIGHT.

10        **THE COURT:**  SO HOW IS IT THAT YOU HAVE THE MEDICAL

11   RECORD?  YOU SAID YOU HAVE IT.  DOES IT COME IN A PAPER FORM

12   WITH THE PATIENT OR --

13        **THE WITNESS:**  YES.

14        **THE COURT:**  OKAY.  LSP HAS INDICATED THAT THEY WANT

15   TO ROLL OUT ELECTRONIC MEDICAL RECORDS.  WHAT IN YOUR VIEW IS

16   THE MOST -- WHAT'S THE PROCESS FOR THAT?  WHAT MAKES SENSE?

17   HOW DO YOU DO THAT?  I MEAN OBVIOUSLY YOU CAN'T JUST SCAN IN A

18   MILLION PIECES OF PAPER.  I GUESS YOU CAN, BUT WHAT'S THE

19   PROCESS IN YOUR VIEW?

20        **THE WITNESS:**  YEAH.  YEAH, THAT'S NOT -- THAT'S NOT

21   SOMETHING THAT CAN BE DONE.  ACTUALLY MY TIME AT THE DOC WAS

22   WHEN WE WERE LOOKING AT -- EXCUSE ME -- PROCESSING THE ROLLOUT

23   FOR ELECTRONIC HEALTH RECORD.  WE INITIALLY THOUGHT ABOUT

24   SCANNING ALL THAT STUFF IN WHICH WE THOUGHT BETTER OF.  AND

25   ACTUALLY -- ACTUALLY IT'S NOT SOMETHING THAT NEEDS TO BE DONE.

1  |  MORE RECENT RECORDS AND THEIR MEDICATION AND CERTAIN THINGS
2  |  NEEDED TO BE SCANNED IN.

3  |           BUT TO ANSWER YOUR QUESTION ABOUT WHAT NEEDS TO BE
4  |  DONE FOR THE ROLLOUT, FIRST OF ALL, FOR AN ELECTRONIC HEALTH
5  |  RECORD TO REALLY BE FUNCTIONAL AND ACCESSIBLE YOU HAVE TO HAVE
6  |  GOOD BROADBAND WIFI AND YOU HAVE TO HAVE A RELIABLE WIFI AND
7  |  ELECTRONIC SOURCE, AND I THINK THAT'S BEEN A CHALLENGE,
8  |  ALTHOUGH I'VE BEEN AWAY FROM IT FOR TWO YEARS, BUT I THINK
9  |  THAT'S BEEN A CHALLENGE AT EACH ONE OF THE PRISONS TO MAKE
10 |  CERTAIN THAT WE HAD THAT IN PLACE SO THAT IT LIMITED THE TIMES
11 |  THAT THE ELECTRONIC HEALTH RECORD WOULD BE DOWN.

12 |           JUDGE, I'M AN OLDER DOC AND I REALLY APPRECIATE THAT
13 |  PAPER CHART.  WHEN THE POWER GOES OFF OR THE WIFI DOESN'T WORK
14 |  I HAVE ACCESS TO THAT CHART.  WHERE FOR ELECTRONIC HEALTH
15 |  RECORDS WHEN THAT GOES DOWN YOU'VE GOT NOTHING.

16 |           **THE COURT:**  ALL RIGHT.  DID THAT PROVOKE ANY
17 |  QUESTIONS?

18 |           **MS. KUMAR:**  I JUST HAVE A POINT OF CLARIFICATION,
19 |  YOUR HONOR.

20 |           **THE COURT:**  YES.

21 |  **CROSS ON COURT'S QUESTIONS**

22 |  **BY MS. KUMAR:**

23 |      **Q**    DR. MORRISON, WHEN YOU TALKED ABOUT --

24 |           **THE COURT:**  YOU NEED TO COME TO THE PODIUM PLEASE.
25 |  THANK YOU.

1  BY MS. KUMAR:

2      **Q**   DR. MORRISON, WHEN YOU SAID YOU HAD THE COMPLETE

3  PAPER RECORD TREATING PATIENTS AT LSP, YOU MEANT WHEN YOU WERE

4  ACTUALLY AT LSP, CORRECT?

5      **A**   YES.

6      **Q**   SO WHEN YOU'RE AT UMC YOU DON'T HAVE THAT COMPLETE

7  PAPER RECORD?

8      **A**   NO.

9        **MS. KUMAR:**  THAT'S ALL I HAVE.

10        **THE COURT:**  ANYTHING, MS. MCCAIN?

11  **CROSS ON COURT'S QUESTIONS**

12  BY MS. MCCAIN:

13      **Q**   DR. MORRISON, DO YOU HAVE ANY PAPER RECORDS FROM LSP

14  WHEN PATIENTS COME TO YOU?

15      **A**   YES.  WE HAVE COPIES OF THEIR MEDICATION, ANY NOTES

16  THAT I'VE WRITTEN WHEN I SEE THEM IN CLINIC, AND WE HAVE ANY

17  KIND OF IMPORTANT LABORATORY WORK OR X-RAY WORK THAT'S BEEN

18  DONE NOT AT UMC IS INCLUDED IN THE PAPER CHART THAT'S BROUGHT

19  WITH THEM.

20      **Q**   AND THAT'S BROUGHT WITH THEM FROM THE PRISON TO UMC?

21      **A**   YES.

22      **Q**   WHEN THEY COME TO YOU AT CLINIC?

23      **A**   YES.  WELL, TO THE OPERATING ROOM WHEN I SEE THEM TO

24  OPERATE ON THEM.

25      **Q**   OKAY.

| | |
|---|---|
| 1 | **MS. MCCAIN:**  THAT'S ALL. |
| 2 | **THE COURT:**  IS HE RELEASED FROM HIS SUBPOENA? |
| 3 | **MS. MCCAIN:**  YES, YOUR HONOR. |
| 4 | **THE COURT:**  ALL RIGHT.  THANK YOU FOR YOUR HELP. |
| 5 | OKAY, THIS MAKES SENSE TO TAKE A LUNCH BREAK. |
| 6 | HOW MANY WITNESSES DO YOU THINK WE'RE GOING TO HAVE |
| 7 | THIS AFTERNOON, FOLKS? |
| 8 | **MR. ROBERT:**  YOUR HONOR, I WOULD THINK AT LEAST TWO |
| 9 | AND WE'VE GOT A THIRD ON STANDBY IF WE GET TO THAT POINT.  I |
| 10 | THINK THE THIRD ONE IS GOING TO BE A LITTLE LONGER. |
| 11 | **THE COURT:**  OKAY.  ALL RIGHT.  WELL, WE SHOULD BE |
| 12 | ABLE TO MAKE GOOD PROGRESS THIS AFTERNOON.  I DON'T HAVE ANY |
| 13 | OTHER THINGS THAT ARE GOING TO INTERFERE, AND THEN WE CAN BE |
| 14 | ON THE RECORD ALL DAY TOMORROW, SO HOPEFULLY WE'LL MAKE SOME |
| 15 | REALLY REASONABLE PROGRESS.  LET'S BE IN RECESS -- LET'S COME |
| 16 | BACK A LITTLE EARLIER.  LET'S BE IN RECESS UNTIL 1:15. |
| 17 | **(RECESS)** |
| 18 | **THE COURT:**  NEXT WITNESS. |
| 19 | **MS. TOMENY:**  YOUR HONOR, THE DEFENDANTS CALL STACYE |
| 20 | RODRIGUEZ. |
| 21 | *(WHEREUPON, STACYE RODRIGUEZ, HAVING BEEN DULY* |
| 22 | *SWORN, TESTIFIED AS FOLLOWS.)* |
| 23 | **THE CLERK:**  IF YOU WOULD, PLEASE, STATE YOUR NAME |
| 24 | AND SPELL IT FOR THE RECORD. |
| 25 | **THE WITNESS:**  IT'S STACYE RODRIGUEZ.  S-T-A-C-Y-E, |

1   R-O-D-R-I-G-U-E-Z.

2            **MS. TOMENY:**  THANK YOU, MS. RODRIGUEZ.  CAROLINE

3   TOMENY FOR THE DEFENDANTS.

4   **DIRECT EXAMINATION**

5   **BY MS. TOMENY:**

6        **Q**   MS. RODRIGUEZ, YOU TESTIFIED IN THE PRIOR PHASE OF

7   THIS TRIAL, CORRECT?

8        **A**   YES.

9        **Q**   DID YOU USE A DIFFERENT NAME AT THAT TIME?

10        **A**   I DID.  IT WAS FALGOUT.

11        **Q**   OKAY.  HOW ARE YOU CURRENTLY EMPLOYED?

12        **A**   I'M EMPLOYED BY THE LOUISIANA DEPARTMENT OF

13   CORRECTIONS AT OUR HEADQUARTERS OFFICE AS THE CHIEF NURSING

14   OFFICER.

15        **Q**   AND HOW LONG HAVE YOU HELD THIS POSITION?

16        **A**   SINCE OCTOBER OF 2011.

17        **Q**   IS THIS THE ONLY POSITION YOU'VE HAD WITH THE

18   DEPARTMENT OF CORRECTIONS?

19        **A**   NO.  I STARTED AT LOUISIANA STATE PENITENTIARY IN

20   1997.  I LEFT IN 2006, CAME BACK IN 2007 AND STAYED THERE

21   UNTIL I WENT TO HEADQUARTERS IN 2011.

22        **Q**   AND YOU ARE A REGISTERED NURSE; IS THAT RIGHT?

23        **A**   YES.

24        **Q**   PLEASE BRIEFLY EXPLAIN TO THE COURT WHAT YOU DO AT

25   DOC.

1     **A**     SO AS THE CHIEF NURSING OFFICER FOR THE DEPARTMENT

2   OF CORRECTIONS I WORK WITH THE MEDICAL DIRECTOR,

3   DR. LAVESPERE.  WE WORK WITH THE UNITS.  WE WORK ON

4   OPERATIONAL ISSUES, POLICY AND PROCEDURES.  WE GO OUT AND

5   MONITOR EACH UNIT ANNUALLY, MORE OFTEN IF NEEDED.  I'M

6   RESPONSIBLE FOR THE ELECTRONIC HEALTH RECORD THAT'S ROLLING

7   OUT.  WE JUST STARTED A HEPATITIS ELIMINATION PROGRAM THAT I'M

8   RESPONSIBLE FOR.

9         MY OFFICE IS ALSO RESPONSIBLE FOR THE MEDICAL

10  TRANSFERS FROM THE LOCAL LEVEL OR BETWEEN THE DOC FACILITIES,

11  MEDICAL RELEASES, ANY OTHER SPECIAL PROJECTS THAT COME UP.

12    **Q**     OKAY.  WHAT ABOUT SCHEDULING AND REFERRALS STAFF?

13    **A**     YES, THAT'S A BIG PART.  I FORGET ABOUT THAT.

14    **Q**     THAT'S OKAY.

15    **A**     SO WE HAVE AN IN-PATIENT CASE MANAGEMENT DEPARTMENT

16  AND THE SCHEDULING AND COORDINATION OFF SITE OF ANY SPECIALTY

17  CARE AND THAT IS FOR THE DOC FACILITIES AND THE LOCAL

18  FACILITIES.

19    **Q**     DO YOU HAVE ANY INVOLVEMENT WITH DOC CONTRACTS?

20    **A**     I DO, YES.  I'M RESPONSIBLE, ALONG WITH

21  DR. LAVESPERE, IN ENSURING THAT WE HAVE CONTRACTS IN PLACE AND

22  THEN WITH RENEWALS.

23    **Q**     THESE ARE HEALTH CARE CONTRACTS?

24    **A**     YES.

25    **Q**     WHO DO YOU REPORT TO?

1    **A**    I NOW REPORT TO CHIEF SETH SMITH.  HE'S -- OFFICE OF

2    ADULT SERVICES.

3    **Q**    DO YOU SUPERVISE ANY EMPLOYEES?

4    **A**    DIRECTLY I SUPERVISE FOUR AND THEN INDIRECTLY

5    THERE'S ADDITIONAL 14 STAFF.

6    **Q**    SO THAT'S ABOUT A TOTAL OF 18; IS THAT CORRECT?

7    **A**    YES.

8    **Q**    AND THEN HOW MANY PERSONS ARE CURRENTLY EMPLOYED IN

9    THE HEADQUARTERS MEDICAL DEPARTMENT?

10   **A**    SO BETWEEN MY DEPARTMENT, DR. LAVESPERE'S DEPARTMENT

11   AND WE NOW HAVE A NEW MENTAL HEALTH SUBSTANCE ABUSE DEPARTMENT

12   IT'S 29 PEOPLE, I BELIEVE.

13   **Q**    ALL RIGHT.  LET'S TALK ABOUT DOC HEALTH CARE

14   CONTRACTS.  CAN YOU DESCRIBE IN A LITTLE MORE DETAIL WHAT YOUR

15   ROLE IS WITH THESE CONTRACTS?

16   **A**    SO INITIALLY -- WELL, ANNUALLY AS NEEDED WE WILL GO

17   OUT AND FIND NEW CONTRACTORS IF WE NEED THEM.  WHEN WE FIRST

18   STARTED THE NEW HEALTH CARE REDESIGN IN 2014, YOU KNOW, WE

19   INITIATED A LOT OF CONTRACTS; GI, TELEMEDICINE, PHYSICAL

20   THERAPY, JUST MULTIPLE CONTRACTS.  SO WE INITIATED THOSE

21   CONTRACTS.

22          WE'RE RESPONSIBLE FOR NEGOTIATING, FINDING THE

23   CONTRACTORS, COORDINATING BETWEEN THE CONTRACTOR AND OUR

24   BUSINESS OFFICE, THE PRICING, THE MONITORING OF THE CONTRACT,

25   ENSURING THEY'RE SEEING THE NUMBER OF PATIENTS AND THEY'RE

1  PROVIDING APPROPRIATE CARE.

2      **Q**    OKAY.  WHEN DOC SIGNS A CONTRACT FOR SPECIALTY CARE

3  ARE THE SERVICES TYPICALLY PROVIDED TO MORE THAN ONE DOC

4  FACILITY?

5      **A**    THE ONES FROM HEADQUARTERS ARE, YES.  SOME UNITS

6  HAVE THEIR OWN CONTRACTS THAT THEY HAVE HAD FOR YEARS THAT

7  THEY KEEP.  BUT THE ONES FROM QUARTERS, YES.  WE COORDINATE.

8  A LOT OF THEM ARE DONE THROUGH ELAYN HUNT CORRECTIONAL CENTER

9  OR LSP, AND THEN MULTIPLE DOC FACILITIES WILL SEND THEIR

10 PATIENTS THERE TO BE SEEN.

11     **Q**    AND ARE YOU INVOLVED IN THE COORDINATION OF THOSE

12 SERVICES?

13     **A**    MY DEPARTMENT IS.  MELANIE BENEDICT IS THE ONE THAT

14 COORDINATES ALL OF THAT.

15     **Q**    ALL RIGHT.  LET'S LOOK AT THE CURRENT DOC SPECIALTY

16 CONTRACTS.

17         **MS. TOMENY:**  BROOKE, IF YOU COULD PLEASE PULL UP

18 DX-31.

19 **BY MS. TOMENY:**

20     **Q**    MS. RODRIGUEZ, COULD YOU PLEASE IDENTIFY THIS

21 DOCUMENT FOR THE COURT?

22     **A**    SO THAT IS ALLIANCE HEALTH CARE SERVICES.  THAT'S

23 OUR PROVIDER FOR MRI'S, BUT WE DON'T HAVE THIS COMPANY

24 ANYMORE.  WE HAVE A NEW CONTRACT.

25     **Q**    OKAY.  BUT THIS IS A DOC HEALTH CARE CONTRACT?

1       **A**    YES.

2       **Q**    OKAY.

3              **MS. TOMENY:**  BROOKE, WOULD YOU PLEASE GO TO PAGE 80.

4  BY MS. TOMENY:

5       **Q**    ALL RIGHT.  MS. RODRIGUEZ, CAN YOU IDENTIFY THIS

6  CONTRACT?

7       **A**    YES.  THAT'S MOBILE X-RAY SERVICE OF SHREVEPORT AND

8  THEY PROVIDE OUR MRI'S NOW, AND NOW THEY ALSO PROVIDE CT

9  SCANS, WHICH WE DID NOT HAVE BEFORE.

10      **Q**    WHERE ARE THOSE SERVICES PROVIDED?

11      **A**    SO THE HUB SITES ARE AT ELAYN HUNT CORRECTIONAL

12  CENTER AND LOUISIANA STATE PENITENTIARY?

13             **MS. TOMENY:**  BROOKE, PLEASE, TURN TO PAGE 98.

14  BY MS. TOMENY:

15      **Q**    MS. RODRIGUEZ, CAN YOU PLEASE IDENTIFY THIS

16  CONTRACT?

17      **A**    IT'S TEXAS DIGESTIVE DISEASE CONSULTANTS.  IT'S OUR

18  GI CONTRACT/GI SPECIALIST.  THEY PROVIDE ENDOSCOPY,

19  COLONOSCOPY, EGD'S ON SITE AT HUNT AND LSP.

20      **Q**    I SEE THE CONTRACT BEGIN DATE WAS JULY 1ST, 2019 AND

21  THE END DATE IS JUNE 30TH, 2022; DO YOU SEE THAT, MS.

22  RODRIGUEZ?

23      **A**    YES.

24      **Q**    DO YOU KNOW, DOES DOC INTEND TO RENEW THIS CONTRACT?

25      **A**    WE DO.  WE START IN MARCH.  IT'S A LONG PROCESS TO

1   GET THE CONTRACTOR TO SIGN IT AND THEN GET IT THROUGH OUR

2   OFFICE OF STATE PROCUREMENT SO, YES, WE DO.

3   **MS. TOMENY:**  BROOKE, IF YOU COULD PLEASE TURN TO

4   PAGE 199.

5   **BY MS. TOMENY:**

6   **Q**   COULD YOU PLEASE IDENTIFY THIS CONTRACT?

7   **A**   DR. MICHAEL FRASER.

8   **Q**   AND WHAT SERVICES DOES HE PROVIDE?

9   **A**   HE IS AN ENDOCRINOLOGIST.  WE BROUGHT HIM ON BOARD

10   SEVERAL YEARS AGO, I CAN'T REMEMBER THE EXACT DATE, BUT HE

11   PROVIDES HORMONE THERAPY MONITORING FOR OUR TRANSGENDER OR

12   GENDER DYSPHORIA PATIENTS.

13   **Q**   WHERE ARE THESE SERVICES PROVIDED?

14   **A**   SO HE GOES ON SITE AT ELAYN HUNT CORRECTIONAL

15   CENTER, BUT HE SEES PATIENTS AT ALL OF THE OTHER DOC

16   FACILITIES VIA TELEMED.

17   **Q**   ALL RIGHT.  I UNDERSTAND THAT THIS CONTRACT IS ALSO

18   SCHEDULED TO END ON JUNE 30TH, 2022.  DO YOU SEE THAT?

19   **A**   YES.

20   **Q**   DOES DOC INTEND TO RENEW THIS CONTRACT?

21   **A**   YES, WE DO.

22   **Q**   ALL RIGHT.

23   **MS. TOMENY:**  BROOKE, COULD YOU PLEASE GO TO PAGE

24   203.

25   **BY MS. TOMENY:**

1    **Q**    ALL RIGHT.  CAN YOU IDENTIFY THIS CONTRACT?

2    **A**    YEAH.  IT'S DR. RICHARD COLON.  HE PROVIDES

3    CARDIOLOGY SERVICES TO PATIENTS AT LOUISIANA STATE

4    PENITENTIARY ONLY.

5    **Q**    AND ARE THOSE SERVICES PROVIDED ON SITE?

6    **A**    ON SITE, YES.

7    **Q**    I UNDERSTAND THAT THIS CONTRACT IS ALSO DUE TO

8    EXPIRE ON JUNE 30TH; IS THAT CORRECT?

9    **A**    YES.

10   **Q**    DOES DOC INTEND TO RENEW IT?

11   **A**    WE DO, YES.

12   **Q**    PAGE 239, BROOKE.  PLEASE IDENTIFY THIS CONTRACT?

13   **A**    MARIA BAUDIN, SHE IS A PHYSICAL THERAPIST.  SHE

14   ORIGINALLY WORKED AT LOUISIANA STATE PENITENTIARY, BUT WE HAVE

15   AN ADDITIONAL CONTRACT NOW THROUGH HEADQUARTERS WITH HER

16   BECAUSE SHE LIVES AROUND RAYMOND LABORDE CORRECTIONAL CENTER

17   SO SHE WILL GO OVER THERE AND SEE PATIENTS AS WELL AS AT LSP.

18   **Q**    PAGE 249, BROOKE.  OKAY.  CAN YOU IDENTIFY THIS

19   DOCUMENT?

20   **A**    LALLIE KEMP REGIONAL MEDICAL CENTER.

21   **Q**    WHAT KIND OF SERVICES DOES LALLIE KEMP PROVIDE

22   PURSUANT TO THIS CONTRACT?

23   **A**    OUR HIV SERVICES FOR OUR PATIENTS VIA TELEMEDICINE.

24   **Q**    ARE THESE SERVICES PROVIDED TO INMATES AT LSP?

25   **A**    THEY ARE AT LSP AND A COUPLE OF OTHER SITES.  I'M

1   NOT SURE WHICH SITES.

2   **Q**   OKAY.  AND I UNDERSTAND THAT THIS CONTRACT IS ALSO

3   SET TO EXPIRE ON JUNE 30TH; IS THAT CORRECT?

4   **A**   YES.

5   **Q**   DOES DOC INTEND TO RENEW THIS CONTRACT?

6   **A**   YES.

7   **Q**   OKAY.  PAGE 279, BROOKE.

8        ALL RIGHT.  CAN YOU IDENTIFY THIS DOCUMENT, PLEASE?

9   **A**   IT'S A LALLIE KEMP MEDICAL CENTER -- IT'S AN HIV

10  CONTRACT.

11  **Q**   IS IT AN AMENDMENT TO THE CONTRACT?

12  **A**   IT IS.  WE NEEDED ADDITIONAL DAYS.  OUR NUMBER OF

13  PATIENTS, OUR VOLUME, SO WE ADDED ANOTHER DAY.

14  **Q**   OKAY.  AND HOW -- HOW DOES THAT COME ABOUT, THE

15  CONTRACT AMENDMENTS?  WHY MIGHT YOU AMEND A CONTRACT?

16  **A**   WE JUST LOOK AT THE VOLUME THROUGHOUT THE YEAR OR

17  ANNUALLY TO SEE WHAT OUR VOLUME ARE -- WAS, IS, WHAT OUR NEEDS

18  ARE, DO WE NEED TO ADD ADDITIONAL DAYS, EITHER ONCE A MONTH OR

19  A COUPLE OF CLINICS A YEAR TO CATCH UP ON ANY WAIT LISTS AND

20  THAT'S WHY WE WOULD AMEND IT.

21  **Q**   AND HOW DO YOU GET THAT INFORMATION?

22  **A**   WE LOOK AT OUR NUMBER OF REFERRALS, THE NUMBER OF

23  PATIENTS THAT HAVE BEEN SEEN.  WE HAD -- WE JUST LOOK AT THE

24  NUMBER OF REFERRALS INPUT, THE NUMBER OF HIV PATIENTS.  WE

25  KNOW THAT FOR THIS CONTRACT WE HAD MORE PATIENTS THAN SHE

1    COULD SEE IN THIS TIME PERIOD SO WE ADDED ADDITIONAL CLINICS.

2        **Q**    AND DOES THIS PROCESS HAPPEN WITH OTHER CONTRACTS?

3        **A**    YES.  WE'VE DONE THIS WITH ORTHO.  WE'VE DONE THIS

4    WITH THE TEXAS GI ASSOCIATES.

5        **Q**    PAGE 293, BROOKE.

6            ALL RIGHT.  CAN YOU IDENTIFY THIS DOCUMENT, PLEASE?

7        **A**    DR. RONALD SYLVEST.  HE'S AN ORTHOPAEDIC DOCTOR.  HE

8    SEES PATIENTS AT OTHER FACILITIES BUT ALSO LSP.

9        **Q**    AND IS THAT ON SITE AT LSP?

10       **A**    YES.

11       **Q**    PAGE 337, PLEASE.  ACTUALLY IF YOU WOULDN'T MIND

12   GOING TO PAGE 338.

13           COULD YOU PLEASE IDENTIFY THIS CONTRACT?

14       **A**    THAT'S LSU HEALTH SCIENCES CENTER SCHOOL OF MEDICINE

15   DEPARTMENT OF SURGERY AND THIS IS A CLINIC THAT WE DO ON SITE

16   AT LSP AND ELAYN HUNT CORRECTIONAL CENTER.

17       **Q**    AND LET'S SEE, THIS CONTRACT WILL ALSO EXPIRE ON

18   JUNE 30TH, 2022; IS THAT CORRECT?

19       **A**    YES.

20       **Q**    DOES DOC INTEND TO RENEW THIS CONTRACT?

21       **A**    YES.

22       **Q**    PAGE 357.

23           CAN YOU IDENTIFY THIS CONTRACT?

24       **A**    LSU.  IT'S THE DEPARTMENT OF UROLOGY CONTRACT.  AND

25   THIS IS A SERVICE THAT IS PROVIDED AT ELAYN HUNT CORRECTIONAL

1  CENTER AND LSP.

2      **Q**   PAGE 390, PLEASE.

3          CAN YOU IDENTIFY THIS DOCUMENT?

4      **A**   IT'S LSU HEALTH SCIENCES CENTER -- I'M NOT SURE

5  WHICH ONE THIS IS.  CAN YOU SCROLL DOWN?

6      **Q**   IF I MAY DIRECT YOUR ATTENTION TO THE BRIEF

7  DESCRIPTION OF SERVICES.

8      **A**   I SEE.  THIS IS OUR TELEMEDICINE CONTRACT FOR

9  PHYSICIANS THROUGH LSU.  THAT'S MULTIPLE SPECIALTIES THAT ARE

10  SEEN -- THAT WE USE FOR TELEMEDICINE STATEWIDE FOR OUR

11  OFFENDERS.

12      **Q**   PAGE 398, PLEASE.

13          AND IF YOU COULD ROTATE IT, PLEASE.  NEVERMIND.

14      **A**   DO YOU WANT ME TO READ ALL --

15      **Q**   ARE YOU ABLE TO READ IT?

16      **A**   YES.

17      **Q**   DO YOU -- WELL, IS THIS -- I GUESS CAN YOU TELL ME

18  WHAT THIS IS ON PAGE 398?

19      **A**   SO THIS IS JUST A BREAKDOWN OF THE SPECIALTIES THAT

20  WE OFFER THROUGH TELEMEDICINE AND IT TELLS YOU ON AVERAGE THE

21  NUMBER OF PATIENTS THAT COULD BE SEEN, HOW MANY CLINICS PER

22  MONTH AND THEN THE COST PER CLINIC AND THESE ARE SERVICES THAT

23  WE PROVIDE.

24      **Q**   AND THESE SERVICES ARE PROVIDED TO INMATES AT LSP,

25  RIGHT?

1    **A**    YES.

2    **Q**    AND THEN, AS I UNDERSTAND IT, THIS CONTRACT IS ALSO

3    DUE TO EXPIRE ON JUNE 30TH OF THIS YEAR; IS THAT CORRECT?

4    **A**    YES.

5    **Q**    DOES DOC INTEND TO RENEW THIS CONTRACT?

6    **A**    YES.

7    **Q**    PAGE 463, PLEASE.

8    CAN YOU IDENTIFY THIS DOCUMENT?

9    **A**    SOUTHERN MEDICAL CORPORATION.  THIS IS OUR

10   ULTRASOUND AND ECHO, OUR VENDOR, AND THEY GO TO ALL OF OUR DOC

11   FACILITIES BUT ALSO LSP.

12   **Q**    OKAY.

13   **MS. TOMENY:**  AT THIS TIME I WOULD LIKE TO OFFER,

14   FILE AND INTRODUCE DX-31 IN GLOBO.  IT'S ALL THE CONTRACTS

15   FROM 2019 TO PRESENT.  WE DID NOT GO OVER ALL OF THEM, JUST

16   THE ONES THAT ARE CURRENTLY IN EFFECT.

17   **MR. HAMILTON:**  NO OBJECTION, YOUR HONOR.

18   **THE COURT:**  ADMITTED.

19   BY MS. TOMENY:

20   **Q**    MS. RODRIGUEZ, WHO PAYS FOR THE SPECIALTY CARE

21   PROVIDED PURSUANT TO THESE CONTRACTS?

22   **A**    SO THE ONES THAT WE WENT OVER TODAY ARE PAID OUT OF

23   HEADQUARTERS MEDICAL BUDGET.  LSP HAS THEIR OWN CONTRACTS AND

24   THEY'RE OWN BUDGET, BUT THESE ARE HEADQUARTERS.

25   **Q**    OKAY.  AND TO YOUR KNOWLEDGE DOES DOC PAY FOR ANY

1   OTHER ASPECTS OF HEALTH CARE AT LSP?

2        **A**    SO THE HEADQUARTERS' BUDGET COVERS OFF-SITE

3   SPECIALTY CARE, SOME OF THE ON-SITE SPECIALTY CARE, DIAGNOSTIC

4   TESTING, EMERGENCY ROOM VISITS, THAT'S ALL COVERED THROUGH

5   HEADQUARTERS.  AND THEN ALSO IN-PATIENT STAYS, HOSPITAL STAYS,

6   THAT'S COVERED BY MEDICAID IF THEY'RE ADMITTED GREATER THAN 23

7   HOURS.  SO THAT'S NOT IN OUR BUDGET FROM HEADQUARTERS NOR

8   LSP'S BUDGET.

9        **Q**    DOES DOC TRACK THE NUMBER OF SPECIALTY REFERRALS?

10       **A**    YES, WE DO THROUGH OUR C-05 REPORTS AND ECEPTIONIST.

11       **Q**    NOW WHAT IS THE C-05 REPORT?

12       **A**    SO THE CO-5 REPORTS ARE REPORTS THAT THE UNITS

13  SUBMIT MONTHLY TO HEADQUARTERS.  IT'S A WAY FOR HEADQUARTERS

14  AND THE UNITS TO LOOK AT THEIR WORKLOAD, YOU KNOW, THE NUMBER

15  OF DIABETICS, HYPERTENSIVE, THOSE WITH CHRONIC DISEASE.

16  THEY'RE ABLE TO SEE HOW MANY PATIENTS THAT ARE BEING SEEN A

17  MONTH TO MAKE SURE THEY'RE IN LINE TO SEE THE APPROPRIATE

18  AMOUNT OF PATIENTS.  WE COULD LOOK AT TRENDS.  ARE THERE ANY

19  ISSUES THAT COME UP DURING A REPORTING MONTH THAT WE NEED TO

20  LOOK INTO FROM HEADQUARTERS.

21           IT'S JUST A WAY TO TRACK AND MONITOR TO SHOW PATIENT

22  CARE IS BEING RECEIVED, ACCOUNTABILITY FROM THE UNITS; THAT'S

23  THE THINGS THAT WE'RE LOOKING AT FROM THESE NUMBERS.

24       **Q**    HOW OFTEN IS THE C-05 REPORT UPDATED?

25       **A**    IT'S DONE MONTHLY.

1    **Q**    IF YOU CAN, CAN YOU TELL US WHAT AREAS OF HEALTH
2    CARE ARE TRACKED BY THE C-05 REPORT?

3    **A**    IT'S A LOT.  WE LOOK AT PRIMARY CARE VISITS.  WE
4    LOOK AT ROUTINE SICK CALL, EMERGENCY SICK CALL, OFF-SITE
5    EMERGENCY VISITS.  WE LOOK AT HOSPITAL ADMISSIONS OFF SITE, ON
6    SITE, LENGTH OF STAY.  WE LOOK AT PHARMACY NUMBERS; THE NUMBER
7    OF PRESCRIPTIONS WRITTEN.  WE LOOK AT THE NUMBER OF LABS; THE
8    NUMBER OF X-RAYS.

9         AGAIN, LIKE I SAID, WE LOOK AT HYPERTENSIVE -- THE
10   NUMBER WITH CHRONIC -- CERTAIN CHRONIC DISEASES.  WE LOOK AT
11   OUR HIV PATIENTS, OUR HEPATITIS PATIENTS.  WE MONITOR DEATHS.
12   SPECIALTY REFERRALS, WE LOOK AT THAT; THE NUMBER OF REFERRALS
13   WRITTEN IN A MONTH; THE NUMBER OF INITIAL VISITS SEEN, BROKEN
14   DOWN BY OFF SITE, ON SITE.

15   **Q**    OKAY.

16   **A**    ANY KIND OF WAIT LIST.  WE LOOK AT DENTAL.  WE LOOK
17   AT EYE.  THERE'S A LOT WE LOOK AT.

18   **Q**    THANK YOU.  THAT WAS A GOOD LIST.

19        ALL RIGHT.  YOU MENTIONED SPECIALTY REFERRALS.  DOES
20   DOC ALSO TRACK COMPLETED SPECIALTY APPOINTMENTS?

21   **A**    I DON'T -- WE LOOK AT THE NUMBER OF REFERRALS THAT
22   ARE SUBMITTED EVERY MONTH.  WE LOOK AT THE NUMBER OF INITIAL
23   REFERRALS SEEN EVERY MONTH, BUT WE ALSO LOOK AT -- YES, WE DO.
24   WE LOOK AT -- YES.

25   **Q**    OKAY.  YOU LOOK AT --

1    **A**   DO I NEED TO EXPLAIN MORE?  I MEAN WE LOOK AT HOW

2    MANY WE'RE SEEING ON SITE, HOW MANY OFF SITE.  WE CAN DO A

3    BREAKDOWN OF SPECIALTY HOW MANY WERE SEEN.  SO WE DO LOOK AT

4    THAT, YES.

5        **Q**   THANK YOU.  AND WE'LL LOOK AT THAT IN A MINUTE.

6            IS THE C-05 REPORT PREPARED AND MAINTAINED IN THE

7    ORDINARILY COURSE OF BUSINESS FOR DOC?

8        **A**   CAN YOU REPEAT THAT QUESTION?

9        **Q**   I'M SORRY.  IS THE C-05 REPORT PREPARED AND

10   MAINTAINED IN THE ORDINARY COURSE OF BUSINESS FOR DOC?

11       **A**   YES.

12       **Q**   AND DO YOU REVIEW THE C-05 NUMBERS AS PART OF YOUR

13   JOB?

14       **A**   I DO, YES.

15       **Q**   OKAY.

16           **MS. TOMENY:**  BROOKE, IF YOU WOULD PLEASE PULL UP

17   DX-14.

18   **BY MS. TOMENY:**

19       **Q**   ALL RIGHT.  MS. RODRIGUEZ, CAN YOU IDENTIFY THIS

20   DOCUMENT?  IT PAGES 1 THROUGH 661.

21       **A**   YES.  SO THIS IS OUR -- WE CALL IT OUR BASIC REPORT

22   ONE.  THIS JUST SHOWS YOU THE POPULATION -- THE MONTHLY

23   POPULATION -- THANK YOU.  AND THEN IT SHOWS YOU THE NUMBER OF

24   ROUTINE SICK CALL PER MONTH.  THEN WE LOOK AT THE NUMBER OF

25   ON-SITE EMERGENT ROUTINE -- EMERGENT SICK CALL AND THE NUMBER

1   OF OFF SITE.  WE LOOK AT THE NUMBER OF EMERGENCY AND SCHEDULED

2   OFF-SITE ADMISSIONS.  WE LOOK AT HEALTH CARE PRACTITIONER

3   VISITS, THE NUMBER OF PRACTITIONERS, THE NUMBER OF PATIENTS

4   SEEN PER MONTH, ANY TYPE OF BACKLOG, WAIT LIST.  WE LOOK AT

5   EYE -- OPTOMETRY AND DENTAL.  ALL OF THAT IS ON HERE.

6       **Q**    THIS REPORT THAT WE'RE LOOKING AT, DO YOU KNOW

7   WHAT -- IS THIS -- IS THIS DOC WIDE, THIS PARTICULAR REPORT?

8       **A**    YES.

9           **THE COURT:**  WHAT'S THE NAME OF THE REPORT AGAIN?

10  I'M SORRY, I MISSED THAT PART.

11          **MS. TOMENY:**  THE C-05 REPORT.

12          **THE COURT:**  C-05.

13          **THE WITNESS:**  AND THEN THERE'S A DIFFERENT TITLE FOR

14  EACH PAGE.

15  **BY MS. TOMENY:**

16      **Q**    SO AS I UNDERSTAND, THERE'S A DOC WIDE C-05 REPORT;

17  IS THAT CORRECT?

18      **A**    CORRECT.

19      **Q**    ARE THERE INDIVIDUAL C-05 REPORTS FOR EACH --

20      **A**    EACH UNIT.  SO WHAT THEY DO IS THEY HAVE A REPORT

21  THAT LOOKS LIKE THIS, EACH FACILITY.  AND THEN WE UPLOAD THAT

22  INTO A MONTHLY REPORT WHERE IT COMPARES LSP TO EACH -- ALL OF

23  THE OTHER SEVEN DOC FACILITIES, SO WE KIND OF LOOK AT TRENDS

24  COMPARED TO THEIR POPULATION, SO THAT'S SOMETHING WE LOOK AT

25  MONTHLY, QUARTERLY.  WE SIT DOWN WITH THE SECRETARY BECAUSE HE

1   HAS QUESTIONS ABOUT THIS SO...

2       **Q**   THANK YOU.  THIS REPORT THAT WE'RE LOOKING AT, DO

3   YOU KNOW IS THIS THE LSP SPECIFIC C-05 REPORT?

4       **A**   YES.

5       **THE COURT:**  IT IS?  WHERE DOES IT SAY THAT?  IT

6   SAYS, "FACILITY NAME LOCATION" AND IT'S BLANK.

7       **THE WITNESS:**  IT DOESN'T SAY IT ON THERE.  I JUST

8   KNOW IT IS BECAUSE OF THEIR POPULATION.

9   **BY MS. TOMENY:**

10      **Q**   WHAT ABOUT THE COMMENTS, MS. RODRIGUEZ?  IS THERE

11  ANYTHING IN THE COMMENTS THAT MIGHT INDICATE THIS IS LSP?

12      **A**   WELL, THEY TALK ABOUT THE ATU AND THE CLINIC, SO I

13  KNOW THAT WOULD BE LSP.  NO ONE ELSE CALLS IT AN ATU.

14      **Q**   OKAY.

15      **MS. TOMENY:**  BROOKE, IF YOU COULD PLEASE TURN TO

16  PAGE 556.

17  **BY MS. TOMENY:**

18      **Q**   ALL RIGHT.  MS. RODRIGUEZ, WHAT IS SHOWN ON THIS

19  PAGE?

20      **A**   SO THIS IS THE SPECIALTY REPORTS.

21      **Q**   OKAY.  WHAT IS THE REPORTING PERIOD?

22      **A**   IT SAYS JUNE OF 2021 IS THE YEAR AND MONTH.

23      **THE COURT:**  HOW DO WE KNOW WHAT FACILITY THIS IS?

24  AGAIN, IT SAYS, "FACILITY NAME LOCATION" -- DO WE KNOW?

25      **THE WITNESS:**  WE DON'T KNOW FROM THIS PIECE OF PAPER

1    RIGHT HERE.  I MEAN I HAVE OTHER DOCUMENTS THAT WOULD SHOW

2    THAT.

3              **THE COURT:**  I'M SORRY.  I'M NOT TRYING TO HIGHJACK

4    YOU.  I'D LIKE TO FOLLOW ALONG AS WE GO.

5              **MS. TOMENY:**  NO, NO.  IT'S A FAIR QUESTION.

6              BROOKE, IF YOU COULD GO UP A COUPLE OF PAGES.  I

7    DON'T HAVE THE PAGE NUMBER WRITTEN DOWN.  YEAH, KEEP GOING.

8    OKAY.  STOP RIGHT THERE.

9    **BY MS. TOMENY:**

10       **Q**    MS. RODRIGUEZ, IS THERE ANYTHING ABOUT THIS PAGE

11   THAT HELPS YOU DETERMINE WHICH FACILITY THIS REPORT BELONGS

12   TO?

13       **A**    I MEAN I KNOW BECAUSE OF THEIR POPULATION. NO ONE

14   ELSE HAS A POPULATION -- THE NEXT CLOSEST FACILITY IS ELAYN

15   HUNT CORRECTIONAL CENTER AND THAT WAS 2000, SO I KNOW JUST

16   BASED ON THAT.

17       **Q**    BASED ON THE POPULATION, OKAY.  NOW IF WE COULD GO

18   BACK TO PAGE 556, PLEASE.  OKAY.

19              SO THE -- I BELIEVE YOU TESTIFIED THAT THE REPORTING

20   PERIOD HERE IS JUNE 2021; IS THAT CORRECT?

21       **A**    YES.

22       **Q**    NOW DOES THIS REPORT ALSO SHOW NUMBERS FROM PRIOR

23   MONTHS?

24       **A**    IT DOES.  OUR FISCAL YEAR IS JULY 01 TO JUNE 30TH.

25       **Q**    OKAY.  ALL RIGHT.  AND WHAT -- WHAT IS THE -- WHAT'S

1    SHOWN IN THE FIRST COLUMN?  WHAT DO Y'ALL MEASURE THERE?

2        **A**    SO THAT IS THE NUMBER OF SPECIALTY CONSULTATIONS OR

3    REFERRALS ORDERED BY PRIMARY CARE DURING THE REPORTING MONTH.

4    YOU WANT ME TO GO THROUGH ALL OF THESE?

5        **Q**    WE WON'T GO THROUGH ALL OF THEM, BUT THE SECOND

6    COLUMN, WHAT IS THAT?

7        **A**    THAT'S THE NUMBER OF CONSULTATIONS THAT WERE SEEN

8    THAT WERE INITIAL VISITS DURING THAT REPORTING MONTH.

9        **Q**    OKAY.  NOW TO TRACK -- UNDER WHICH CATEGORIES DOES

10   DOC TRACK COMPLETED SPECIALTY APPOINTMENTS?

11       **A**    SO WE LOOK AT -- THE OFF-SITE SPECIALTY

12   APPOINTMENTS, THE ON-SITE SPECIALTY APPOINTMENTS, THE

13   TELEMEDICINE; THOSE ARE ALL VISITS THAT WERE COMPLETED DURING

14   THAT REPORTING MONTH.  WE ALSO LOOK AT OFF-SITE DIAGNOSTIC

15   TESTING PROCEDURES AND ON-SITE DIAGNOSTIC TESTING PROCEDURES,

16   THAT'S HOW WE GET OUR TOTAL.

17       **Q**    OKAY.  SO IF YOU WANTED TO DETERMINE THE TOTAL

18   NUMBER OF COMPLETED SPECIALTY APPOINTMENTS FOR JULY 2020

19   THROUGH JUNE 2021 WHAT -- WHAT WOULD YOU DO?

20       **A**    I WOULD ADD IN THE OFF-SITE SPECIALTY, THE ON-SITE

21   SPECIALTY, TELEMEDICINE, OFF-SITE DIAGNOSTIC TESTS, ON-SITE

22   DIAGNOSTIC TESTS; THOSE ARE THE NUMBERS THAT I WOULD ADD

23   TOGETHER.

24       **Q**    NOW, HAS THE SPECIALTY CARE ASPECT OF THE C-05

25   REPORT, HAS THAT CHANGED SINCE 2016; DO YOU KNOW?

1      **A**    IT HAS, YES.  WE -- WE LOOKED AT ALL OF THE C-05

2    REPORTS AND LOOKED AT WHAT WAS MEANINGFUL AND WHAT WAS NOT.

3    SO WE TOOK OUT -- IT WAS A LOT BIGGER THAN THIS.  IT HAD EACH

4    SPECIALTY BROKEN DOWN, BUT SOME OF THE NUMBERS WERE DUPLICATED

5    SO WE TOOK OUT THAT INFORMATION AND JUST PUT WHAT WAS ON SITE,

6    WHAT WAS OFF SITE, WHAT WAS TELEMEDICINE AND THEN BROKE OUT

7    THE DIAGNOSTIC TESTS AND PROCEDURES JUST TO KIND OF GET AN

8    IDEA.  AND IF WE NEED TO DRILL DOWN MORE WE COULD GO IN AND

9    LOOK AT HOW MANY CARDIOLOGY, HOW MANY ENT VISITS WERE DONE, SO

10    THAT'S WHAT WE PUT; OVERALL BIG PICTURE HERE.

11          **MS. TOMENY:**  BROOKE, IF YOU COULD PLEASE PULL UP --

12    THIS IS AN EXHIBIT FROM THE LIABILITY PHASE OF TRIAL, BUT IT'S

13    JX_2-C AND IT'S AT PAGES 740 TO 741 IS THE BATES NUMBER.

14    **BY MS. TOMENY:**

15      **Q**    MS. RODRIGUEZ, CAN YOU IDENTIFY THIS DOCUMENT?

16      **A**    YES.  THIS IS OUR OLD C-05 SPECIALTY REPORT.

17      **Q**    OKAY.  AND YOU WERE JUST TALKING ABOUT HOW IT HAD

18    THE DIFFERENT SPECIALTIES IN THERE.  THIS IS THE WAY THE

19    REPORT LOOKED PRIOR TO THE CHANGE; IS THAT CORRECT?

20      **A**    RIGHT.  SO WE HAVE THE OFF-SITE VISITS, BUT I MEAN

21    HAVING A SPECIALTY WAS NOT MEANINGFUL TO US AND WE STARTED

22    DOING A LOT -- HAVING A LOT MORE SERVICES ON SITE, SO THAT'S

23    WHY WE ADDED THOSE ADDITIONAL COLUMNS.  AND WE WANTED TO SEE

24    WHAT WAS DIAGNOSTIC, WHAT WAS -- WHAT WAS A CLINIC VISIT, SO

25    THAT'S WHY WE BROKE IT OUT DIFFERENTLY.

1    **Q**    OKAY.  AND -- BUT AM I CORRECT THAT ALL THE SAME

2    INFORMATION THAT'S ON THIS 2015/2016 REPORT, IT'S STILL

3    TRACKED IN THE NEW REPORT, CORRECT?

4    **A**    IT IS, YES.

5    **Q**    WHEN DID THE REPORT FORMAT CHANGE?

6    **A**    I'M NOT SURE OF THE DATE.

7    **Q**    OKAY.  THAT'S OKAY.

8    **A**    2017 OR 2018.

9    **Q**    OKAY.  YOU TESTIFIED THAT YOU -- THAT YOU REVIEWED

10   THE C-05 REPORTS AS PART OF YOUR JOB.  HAVE YOU COMPARED THE

11   TOTAL NUMBER OF COMPLETED SPECIALTY APPOINTMENTS IN 2015, 2016

12   TO THOSE COMPLETED IN '21/'22?

13   **A**    I DID, YES.

14   **Q**    HAS THERE BEEN ANY CHANGE IN THE TOTAL NUMBER OF

15   COMPLETED SPECIALTY APPOINTMENTS?

16   **A**    OUR NUMBERS HAVE GONE UP.  WHEN YOU LOOK AT IT -- IF

17   YOU LOOK AT IT MONTHLY THERE'S SPIKES AND DIPS, BUT IF YOU

18   AVERAGE IT OUT OVER THE YEAR OUR NUMBERS HAVE GONE UP, EXCEPT

19   FOR -- OBVIOUSLY 2020 WAS A BAD YEAR.  IT WAS VERY LOW.  BUT,

20   YES, OUR VOLUME HAS GONE UP.

21   **Q**    DOES DOC TRACK -- ARE SICK CALL NUMBERS TRACKED AS

22   PART OF THE C-05?

23   **A**    YES, THEY ARE.

24   **Q**    WHAT ABOUT EMERGENCY SICK CALL NUMBERS?

25   **A**    WE DO TRACK THOSE NUMBERS, YES.

1          **MS. TOMENY:**  BROOKE, IF YOU COULD RETURN TO DX-14,

2     PAGE 1.

3     **BY MS. TOMENY:**

4          **Q**    ALL RIGHT, MS. RODRIGUEZ, WHAT -- WHAT'S SHOWN ON

5     THIS PAGE?

6          **A**    SO THIS IS THE BASIC SERVICES REPORT.  IT DOES SHOW

7     THE ROUTINE AND EMERGENT SICK CALL ON THIS PAGE.

8          **Q**    NOW ARE YOU AWARE OF A NEW SICK CALL PROCESS FOR

9     LSP?

10         **A**    I AM, YES.

11         **Q**    DO YOU KNOW WHEN THE NEW PROCESS STARTED?

12         **A**    IT STARTED IN NOVEMBER OF 2021.

13         **Q**    OKAY.  AND HAVE YOU REVIEWED LSP'S EMERGENCY SICK

14    CALL NUMBER SINCE THE NEW PROCESS STARTED?

15         **A**    I HAVE, YES.

16         **Q**    AND HAS THERE BEEN ANY CHANGE IN THOSE NUMBERS?

17         **A**    THERE HAS BEEN A CHANGE IN THE NUMBERS BUT -- OUR

18    NUMBERS HAVE GONE DOWN, BUT YOU CAN'T SEE THAT FROM THIS

19    REPORT BECAUSE WE DON'T HAVE JANUARY, FEBRUARY, MARCH AND

20    APRIL.  THEY DECREASE BY ABOUT 300 A MONTH FROM WHAT THEY WERE

21    PRIOR TO THE NEW SICK CALL PROCESS.

22         **Q**    ALL RIGHT.  ALL RIGHT.

23         **MS. TOMENY:**  NOW AT THIS TIME I'D LIKE TO OFFER,

24    FILE AND INTRODUCE DX-14 IN GLOBO.

25         **THE COURT:**  IS THERE ANY OBJECTION?

66

| | |
|---|---|
| 1 | **MR. HAMILTON:** NO OBJECTION, YOUR HONOR. |
| 2 | **THE COURT:** ADMITTED. |
| 3 | BY MS. TOMENY: |
| 4 | **Q** IN YOUR ROLE AS CHIEF NURSING OFFICER FOR DOC, DO |
| 5 | YOU AUDIT THE INDIVIDUAL DOC FACILITIES? |
| 6 | **A** YES, I DO. |
| 7 | **Q** HOW OFTEN IS THAT DONE? |
| 8 | **A** SO WE AUDIT EVERY FACILITY ANNUALLY AND MORE OFTEN |
| 9 | IF NEEDED. SO IF I GO AND DO AN AUDIT AND THERE ARE SOME |
| 10 | ISSUES WE GIVE THEM TIME TO CORRECT THEIR ISSUES AND THEN |
| 11 | WE'LL COME BACK AND FOLLOW-UP WITH THEM. |
| 12 | **Q** WAS AN AUDIT DONE IN 2020? |
| 13 | **A** FOR LS -- NO FACILITY IN 2020, NO. |
| 14 | **Q** AND WHY WAS THAT? |
| 15 | **A** DUE TO COVID. ALL OF THE PRISONS SHUT DOWN. THEY |
| 16 | WERE NOT LETTING ANYONE COME IN. EVERYBODY WAS KIND OF |
| 17 | QUARANTINED. THEY WERE ON LOCKDOWN. |
| 18 | **Q** DO THESE AUDITS HAVE A NAME? |
| 19 | **A** SO THEY USED TO BE CALLED THE C-05 AUDITS. I THINK |
| 20 | IT'S NOW AM-H-2 IS THE NEW NAME, AND THAT'S JUST BASED ON THE |
| 21 | NUMBER AND THE LETTERING FOR THE REG. |
| 22 | **Q** OKAY. NOW WHAT DO THESE AUDITS CONSIST OF? |
| 23 | **A** SO FROM A MEDICAL STANDPOINT WE GO IN -- WHAT WE DO |
| 24 | IS AHEAD OF TIME WE REQUEST INFORMATION FROM THE UNIT. IT'S |
| 25 | KIND OF LIKE A MEDICAL QUESTIONNAIRE. THEY'LL HAVE TO SEND US |

1   THEIR STAFFING NUMBERS, THEIR VACANCIES.  WE ASK THEM ABOUT

2   THEIR PILL CALL TIMES, THEIR SICK CALL TIMES.  WE REQUEST

3   THEIR POLICIES.  SO WE REVIEW THOSE AGAINST OUR HEALTH CARE

4   REG'S TO MAKE SURE THEY'RE IN COMPLIANCE.

5          SO THAT'S KIND OF PREP WORK; WHAT WE DO AHEAD OF

6   TIME.  ON THE DAY OF THE AUDIT WE LET THEM KNOW HOW MANY

7   MEDICAL RECORDS WE NEED TO REVIEW.  WE LOOK AT CHRONIC

8   DISEASES.  WE MAY LOOK AT -- I DON'T REMEMBER THE NUMBER, BUT

9   WE'LL LOOK AT SOME CHARTS FOR DIABETICS, SOME HYPERTENSIVE,

10  SOME PATIENTS ON COUMADIN.  WE'LL LOOK AT HEPATITIS PATIENTS.

11  WE LOOK AT PATIENTS WHO'VE BEEN ON HUNGER STRIKE, SUICIDE

12  WATCH.  WE LOOK AT ACCESS TO SICK CALL.  WE LOOK AT TRIPS, YOU

13  KNOW.

14         SO WE REVIEW ABOUT 30 PLUS CHARTS EVERY TIME WE GO

15  TO LOOK AT ALL THESE THINGS AND TO MAKE SURE THEY'RE IN

16  COMPLIANCE WITH THE STANDARDS, MAKE SURE THEY'RE, YOU KNOW,

17  DOCUMENTING APPROPRIATELY, PATIENTS ARE BEING SEEN AND

18  FOLLOWED UP APPROPRIATELY.  SO THAT'S THE MEDICAL RECORD

19  REVIEW.

20         AFTER THAT WE DO A WALK-THROUGH OF THE FACILITY.

21  WE'LL LOOK FOR INFECTION CONTROL ISSUES, CLEANLINESS,

22  ORDERLINESS, SECURITY IS A BIG ISSUE WITH ACA.  YOU HAVE TO

23  HAVE CERTAIN THINGS LOCKED UP.  SO WE MAKE SURE THEIR NEEDLES,

24  SYRINGES, THEIR FLAMMABLES, THEIR CAUSTIC MATERIALS ARE ALL

25  LOCKED UP IN INVENTORY PROPERLY.

1   WE MAKE SURE THAT THEY MAKE THEIR ROUNDS IN THE CELL

2   BLOCK AREAS TO MAKE SURE SICK CALL IS DONE OR MEDICAL ROUNDS

3   FOR THOSE OFFENDERS.  WE LOOK AT EVERYTHING.  WE LOOK AT THEIR

4   ASSISTED LIVING DORMS.  WE LOOK AT THEIR PILL CALL AREAS.  WE

5   COUNT AND MAKE SURE THEIR NARCOTICS ARE RIGHT.  I MEAN IT'S A

6   BIG AUDIT.

7   **Q**   ABOUT HOW LONG DOES IT TAKE?

8   **A**   IT TAKES ABOUT TWO DAYS.

9   **Q**   THAT'S THE ON-SITE PORTION?

10   **A**   THE ON-SITE PORTION MAYBE A DAY AND A HALF.  BUT

11   THEN THAT DOESN'T COUNT THE REVIEW AHEAD OF TIME OR COMPLETING

12   THE REPORT TO SUBMIT THAT AFTER THE --

13   **Q**   DO YOU EVER MAKE RECOMMENDATIONS FOR IMPROVEMENTS?

14   **A**   YES, WE ALWAYS DO.

15   **MS. TOMENY:**  BROOKE, IF YOU COULD PLEASE PULL UP

16   DX-22.  TURN TO PAGE 69, PLEASE.

17   **BY MS. TOMENY:**

18   **Q**   MS. RODRIGUEZ, CAN YOU IDENTIFY THIS DOCUMENT?

19   **A**   YEAH.  SO THAT'S OUR -- WE DO -- SO WE HAVE A BUNCH

20   OF CHECKLISTS, MEDICAL RECORD CHECKLISTS, BUT THIS IS KIND OF

21   A SUMMARY THAT WE ALSO PROVIDE THAT GIVES A BROAD OVERVIEW TO

22   EVERYBODY; OUR FINDINGS OVERALL.

23   **Q**   OKAY.  AND I SEE THAT THIS IS FROM THE C-05 AUDIT IN

24   2019; IS THAT CORRECT?

25   **A**   YES.

1      **Q**   AND WERE YOU INVOLVED IN THIS AUDIT?

2      **A**   YES.

3      **Q**   ALL RIGHT.

4           **MS. TOMENY:**  BROOKE, IF YOU COULD GO TO PAGE 52,

5      PLEASE.

6      **BY MS. TOMENY:**

7      **Q**   CAN YOU IDENTIFY THIS DOCUMENT, PLEASE?

8      **A**   YES.  IT'S ANOTHER FROM THE AUDIT IN 2021.  THE SAME

9      SUMMARY OF OUR FINDINGS.

10     **Q**   PAGE 89, PLEASE.  CAN YOU IDENTIFY THIS DOCUMENT?

11     **A**   YES.  THAT'S THE CHECKLIST THAT WE USE TO DO THE

12     WALK THROUGH THE PRISON.

13     **Q**   AND THIS IS PART OF THE AUDIT; IS THAT CORRECT?

14     **A**   YES.

15     **Q**   PAGE 1, PLEASE.  CAN YOU IDENTIFY THIS DOCUMENT?

16     **A**   YES.  IT'S -- THE TOP -- THE COVER SHEET TO WHAT'S

17     SUBMITTED.  WE DON'T PERSONALLY SUBMIT THIS.  SOMEONE ELSE

18     SUBMITS THIS.

19     **Q**   OKAY.  TO YOUR UNDERSTANDING, IS THIS PART --

20     **A**   YES.

21     **Q**   -- OF THE AUDIT?

22     **A**   YES, IT IS.

23     **Q**   ALL RIGHT.  AND YOU WERE -- THIS IS -- WHAT PERIOD

24     IS THIS REPORT FOR?

25     **A**   IT'S 2019.

1    Q    AND YOU -- AM I CORRECT THAT YOU WERE A PARTICIPANT

2  IN THE 2019 AUDIT OF LSP?

3    **A**    YES.

4    **Q**    OKAY.  AND WHAT ABOUT THE 2021 AUDIT OF LSP?

5    **A**    YES, I WAS A PARTICIPANT.

6    **Q**    ALL RIGHT.  PAGE 15, PLEASE.

7         CAN YOU IDENTIFY THIS DOCUMENT?

8    **A**    THAT'S THE SAME DOCUMENT, COVER SHEET, THAT YOU JUST

9  SHOWED WITH THE PARTICIPANTS FOR 2021.

10    **Q**    OKAY.

11         **MS. TOMENY:**  BROOKE, IF YOU COULD JUST GO DOWN TO

12  THE NEXT -- JUST TO THE NEXT PAGE SO WE CAN LOOK AT IT A

13  LITTLE MORE CLOSELY.

14  **BY MS. TOMENY:**

15    **Q**    SO CAN YOU DESCRIBE WHAT THIS IS?

16    **A**    THAT'S NOT PART OF OURS, BUT SOMEONE ELSE.

17  EVERYBODY LOOKS AT EVERYTHING.

18    **Q**    SO IS IT FAIR TO SAY YOU'RE INVOLVED IN THE HEALTH

19  CARE ASPECT OF THESE AUDITS, CORRECT?

20    **A**    YES.

21    **Q**    BUT THE AUDITS COVER MORE THAN JUST HEALTH CARE,

22  RIGHT?

23    **A**    CORRECT.  SECURITY, CLASSIFICATION, RECORDS,

24  BUSINESS OFFICE.

25    **Q**    ALL RIGHT.

1          **MS. TOMENY:**  AT THIS TIME I'D LIKE TO OFFER, FILE

2     AND INTRODUCE DX-22 IN GLOBO.

3          **THE COURT:**  ANY OBJECTION?

4          **MR. HAMILTON:**  YOUR HONOR, WE OBJECT TO THE

5     SUBJECTIVE EVALUATION OF THE REPORT AS HEARSAY.  THE

6     DEFENDANTS HAVE NOT ESTABLISHED THAT THESE SATISFIED THE

7     BUSINESS RECORD EXCEPTION.

8          **THE COURT:**  YOU WANT TO GO THROUGH IT?

9          **MS. TOMENY:**  YES.

10    **BY MS. TOMENY:**

11        **Q**    ALL RIGHT, MS. RODRIGUEZ.  THESE -- THESE REPORTS

12    THAT WE JUST REVIEWED --

13        **MS. TOMENY:**  ACTUALLY, BROOKE, LET'S GO TO PAGE 69,

14    PLEASE.

15    **BY MS. TOMENY:**

16        **Q**    ALL RIGHT.  MS. RODRIGUEZ, WAS THIS REPORT PREPARED

17    AND MAINTAINED IN THE ORDINARY COURSE OF BUSINESS FOR DOC?

18        **A**    YES.

19        **Q**    PAGE 52, PLEASE.  WAS THIS REPORT PREPARED AND

20    MAINTAINED IN THE ORDINARY COURSE OF BUSINESS FOR DOC?

21        **A**    YES.

22        **Q**    PAGE 1.  WAS THIS REPORT PREPARED AND MAINTAINED IN

23    THE ORDINARY COURSE OF BUSINESS FOR DOC?

24        **A**    YES.

25        **Q**    AND PAGE 15, PLEASE.  WAS THIS REPORT PREPARED AND

1   MAINTAINED IN THE ORDINARY COURSE OF BUSINESS FOR DOC?

2   **A**   YES.

3   **Q**   ALL RIGHT.

4   **MS. TOMENY:**  SO AT THIS TIME I'D LIKE TO OFFER, FILE

5   AND INTRODUCE DX-20 -- DX-22 IN GLOBO.

6   **MR. HAMILTON:**  SAME OBJECTION, YOUR HONOR.  SHE

7   DIDN'T PREPARE THEM.

8   **MS. TOMENY:**  YOUR HONOR, SHE'S TESTIFIED ABOUT THE

9   PROCESS IN WHICH SHE'S GONE THROUGH AND THAT SHE WAS INVOLVED

10  IN THE AUDIT --

11  **THE COURT:**  IS SHE THE CUSTODIAN OF THE BUSINESS

12  RECORDS?  THEN SHE CAN TESTIFY TO THEIR AUTHENTICITY.  CAN SHE

13  ATTEST TO THAT?  I MEAN WHAT WE'RE LOOKING FOR IS RELIABILITY

14  OF THE RECORDS HERE SO...

15  **MS. TOMENY:**  ALL RIGHT.

16  BY MS. TOMENY:

17  **Q**   ARE THESE -- MS. RODRIGUEZ, ARE THESE RECORDS THAT

18  ARE MAINTAINED BY DOC?

19  **A**   THEY ARE.  SOME -- PARTS OF THESE RECORDS ARE

20  MAINTAINED IN MY OFFICE.

21  **Q**   OKAY.

22  **A**   THE MEDICAL PORTION.  WE SUBMIT THAT.  AND THEN AN

23  OVERALL REPORT FOR EVERYONE'S FINDINGS IS THEN SUBMITTED.

24  **Q**   OKAY.  OKAY.  SO -- ALL RIGHT.  LET'S GO BACK TO

25  PAGE 69, PLEASE.

1          IS THIS -- IS THIS REPORT MAINTAINED BY YOUR OFFICE?

2     **A**   YES.

3     **Q**   OKAY.

4          **MS. TOMENY:**  WELL, I'D LIKE TO OFFER, FILE AND

5     INTRODUCE --

6          **THE COURT:**  THE COURT'S GOING TO -- WHAT'S THE

7     RECORD NUMBER?

8          **MS. TOMENY:**  IT'S DX-22.

9          **THE COURT:**  THE COURT IS GOING TO ADMIT DX-22.  THE

10    COURT FINDS THERE'S SUFFICIENT INDICIA OF RELIABILITY TO

11    OVERCOME THE HEARSAY RULE.

12         **MS. TOMENY:**  THANK YOU.

13    BY MS. TOMENY:

14    **Q**   ALL RIGHT.  MS. RODRIGUEZ, YOU TESTIFIED EARLIER

15    THAT YOU WERE ALSO INVOLVED IN THE HEPATITIS C ELIMINATION

16    PROGRAM; IS THAT RIGHT?

17    **A**   YES.

18    **Q**   PLEASE TELL THE COURT ABOUT THIS PROGRAM.

19    **A**   SO THE LOUISIANA DEPARTMENT OF HEALTH AND DEPARTMENT

20    OF CORRECTIONS, WE STARTED WORKING TOGETHER, I DON'T KNOW,

21    PROBABLY 2018 ON THIS INITIATIVE.  WE FINALLY RECEIVED

22    APPROVAL TO MOVE FORWARD WITH THIS IN 2019 AND THE BASIC GOAL

23    IS TO ELIMINATE HEPATITIS C AND THE MEDICAID IN THE

24    INCARCERATED POPULATION IN FIVE YEARS.

25         SO WE STARTED SCREENING IN JULY 2019 AND ALL OF THE

1   SCREENING WHICH INVOLVES LAB WORK, THAT'S DONE.  SO WE HAD A

2   MOBILE PHLEBOTOMIST THAT CAME IN AND ALL OF THOSE SERVICES

3   WERE PROVIDED THROUGH A GRANT THROUGH LDH.  SO WE STARTED

4   THAT.

5          IN JANUARY OF 2020, WE FINALLY CAME TO AN AGREEMENT

6   WITH A COMPANY TO PROVIDE US THE DRUG AT A REDUCED COST.  IT'S

7   KIND OF LIKE A NETFLIX SUBSCRIPTION MODEL IS HOW THEY DESCRIBE

8   IT.  IF YOU -- AS LONG AS YOU REACH A CERTAIN MONETARY AMOUNT

9   NO MATTER WHAT -- HOW MANY OFFENDERS YOU TREAT AFTER THAT

10  EVERY YEAR IT'S PENNYS ON THE DOLLAR THAT WE PAY.  SO OUR GOAL

11  HAS BEEN AROUND 700 A YEAR TO TREAT AND WE'VE MET THAT GOAL SO

12  FAR.

13         BUT AS IT RELATES TO ANGOLA, WE FINISHED SCREENING

14  THOSE GUYS IN -- I DON'T KNOW MAYBE THE END OF 2021, THE

15  BEGINNING OF 2020.  WE SCREENED 4900.  THEIR POSITIVITY RATE

16  THAT NEEDED TO BE TREATED WAS 12.3 PERCENT.  WE'VE TREATED 575

17  OF THOSE GUYS AND WE HAVE ABOUT 30 LEFT THAT WE KNOW OF RIGHT

18  NOW THAT NEED TO BE TREATED.  AND WE STILL HAVE NEW PATIENTS

19  THAT COME IN THAT WE SCREEN.  SO WE'LL HAVE NEW PATIENTS.  SO

20  THAT WILL BE A RUNNING NUMBER FOREVER.

21         BUT RIGHT NOW WE'VE TREATED ALL BUT 30 SO WE'RE VERY

22  PROUD OF THAT.  BUT WE STILL -- WE'RE WORKING NOW ON GOING TO

23  THE LOCAL LEVEL AND SCREENING THOSE GUYS.  SO THAT'S WHERE WE

24  ARE WITH THAT.

25         **THE COURT:**  WHAT'S THE NAME OF THAT MEDICATION?  I

1  KNOW IT WAS AN ISSUE IN THE FIRST TRIAL, BUT I CAN'T REMEMBER.

2  **THE COURT:**  IT'S THE GENERIC VERSION OF EPCLUSA IS

3  THE DRUG.

4  **BY MS. TOMENY:**

5  **Q**   I BELIEVE YOU TOUCHED ON THIS, BUT WHO IS ELIGIBLE

6  FOR THIS PROGRAM?

7  **A**   ANYONE THAT HAS HEPATITIS C THAT HAS NOT CLEARED THE

8  VIRUS ON THEIR OWN WILL BE TREATED.  IN THE PAST YOU HAD TO

9  HAVE A CERTAIN LEVEL OF CIRRHOSIS OR LIVER FUNCTION

10  ABNORMALITY, BUT NOW EVERYONE IS TREATED.

11  **Q**   AND HOW IS THIS PROGRAM PAID FOR?

12  **A**   SO THIS IS PAID FOR BY -- SO ELAYN HUNT CORRECTIONAL

13  CENTER AND LSP HAVE A BUDGET EARMARKED FOR HEPATITIS

14  MEDICATION.  HEADQUARTERS HAS MONEY BUDGETED FOR THIS.  LDH

15  ALSO GIVES US A CERTAIN AMOUNT OF MONEY TO PAY FOR THIS

16  FUNDING, AND THEN ONCE WE REACH THAT NUMBER, WE GET TO THAT

17  MONEY AMOUNT, IT'S BASICALLY FREE MEDICATION FOR EVERYONE

18  AFTER THAT.

19  **Q**   AND LDH, THAT'S THE LOUISIANA DEPARTMENT OF HEALTH,

20  CORRECT?

21  **A**   YES.

22  **Q**   YOU ALSO MENTIONED THAT YOU MANAGE THE ELECTRONIC

23  HEALTH RECORDS STAFF; IS THAT CORRECT?

24  **A**   YES.

25  **Q**   DOES DOC HAVE AN ELECTRONIC HEALTH RECORDS PROGRAM?

1      **A**    WE DO.

2      **Q**    DO ANY DOC FACILITIES HAVE ELECTRONIC HEALTH

3  RECORDS?

4      **A**    SO WE FINALLY ROLLED OUT THE EHR, ELECTRONIC HEALTH

5  RECORD, AT DIXON CORRECTIONAL INSTITUTE IN 20 --

6  SEPTEMBER 2019.  THAT WAS OUR FIRST SITE.  WE HAD BEEN THERE A

7  WHILE.  WE WERE TRYING TO WORK OUT ALL THE BUGS, FIX A FEW

8  ISSUES AND WERE READY TO ROLL OUT TO THE NEXT PRISON AND THEN

9  THE PANDEMIC STARTED.  SO WE DID NOT ROLL OUT TO THE NEXT

10  FACILITY WHICH WAS THE WOMEN'S PRISON, LOUISIANA CORRECTIONAL

11  INSTITUTE FOR WOMEN, AND THAT WAS DECEMBER OF 2020.

12          SO SINCE THEN WE HAVE BEEN AT EVERY SITE EXCEPT LSP

13  AND DAVID WADE.  WE PLAN ON GOING TO LSP NEXT.  OUR GOAL IS

14  SEPTEMBER OF 2022, THIS YEAR.  WE'RE WORKING ON A FEW THINGS

15  TO MAKE SURE -- YOU KNOW, WE'VE BEEN TRYING TO INCREASE

16  CONNECTIVITY, INCREASE THE AMOUNT OF WIRING ON SITE TO MAKE

17  SURE IT WILL WORK THERE BECAUSE IT'S A LARGE FACILITY.

18          THERE ARE A LOT MORE PEOPLE THAT WILL BE USING THE

19  EHR, SO WE WANT TO MAKE SURE IT WORKS BEFORE WE HIRE -- GET

20  STAFF TO COME OUT TO THE PRISON AND TRAIN AND IMPLEMENT THE

21  EHR.  WE WANT TO MAKE SURE IT WORKS FIRST.

22      **Q**    NOW WHY WASN'T LSP ABLE TO GET THE EHR WHEN THE

23  OTHER FACILITIES DID?

24      **A**    WE DO IT IN STEPS.  WE DECIDED ON DIXON CORRECTIONAL

25  INSTITUTE FIRST BECAUSE WE KNEW THE STAFF THERE HAD BUY-IN.

1    WE KNEW IT WAS A SMALLER PRISON.  WE FELT THAT THAT WOULD BE A

2    GREAT PLACE TO GO TO MAKE SURE WE WORKED OUT ANY ISSUES THAT

3    WOULD COME UP.

4            AND THEN AFTER THAT WE WANTED TO ROLL IT OUT AT LSP,

5    BUT WE'VE BEEN WORKING ON CONNECTION ISSUES, EXTRA CABLE

6    NEEDED TO BE PROVIDED, SO IT'S BEEN A MESS, BUT WE'RE CLOSE.

7       **Q**    GREAT.  WHAT KIND OF, YOU KNOW, CHALLENGES HAS LSP

8    THE PRISON HAD JUST WITH THE ELECTRONIC HEALTH RECORD?  JUST A

9    LITTLE MORE DETAIL ABOUT THAT.

10      **A**    SO THERE ARE MULTIPLE CAMPS THERE.  THEY'RE NOT SET

11   UP.  THEY HAVE NOT BEEN SET UP WITH COMPUTERS IN THE PAST.

12   THEY'VE HAD NO NEED FOR THAT.  THERE'S THIS ISSUE WHERE THEY

13   TALK ABOUT WE NEED REDUNDANT CABLES.  APPARENTLY THERE'S ONLY

14   ONE LINE COMING INTO LOUISIANA STATE PENITENTIARY.  AND I

15   DIDN'T BELIEVE IT WAS AN ISSUE.  I THOUGHT IT WAS SOMEONE

16   WORRYING FOR NOTHING, BUT IF THERE'S SOMEONE WORKING ON THE

17   ROAD ON HIGHWAY 66 AND IF THEY CUT THE CABLE THEN

18   EVERYTHING -- THE COMPUTERS GO DOWN, THE NETWORK GOES DOWN AT

19   LSP AND THAT'S HAPPENED TWICE SINCE SEPTEMBER 2019.  SO THAT

20   WAS AN ISSUE.  WE'RE TRYING TO GET REDUNDANT NETWORK

21   CAPABILITY.  I'M NOT AN I.T. PERSON, BUT THEY'RE WORKING ON

22   THAT.

23      **Q**    ONCE LSP HAS THE ELECTRONIC HEALTH RECORD WILL IT BE

24   THE SAME ONE THAT THE OTHER DOC FACILITIES HAVE?

25      **A**    YES.

1   **Q**   WHAT'S THE NAME OF THE PROGRAM?

2   **A**   IT'S G.E. FUSION IS THE COMPANY THAT PROVIDES THE

3   EHR.

4   **Q**   OKAY.  NOW I BELIEVE YOU -- YES.  YOU TESTIFIED

5   EARLIER THAT YOU MANAGE DOC'S HEALTH CARE POLICIES; IS THAT

6   CORRECT?

7   **A**   YES.

8   **Q**   I BELIEVE YOU TESTIFIED ABOUT THIS IN THE LAST

9   TRIAL.  DO YOU RECALL?  ANYWAY, I'M GOING TO -- BAD QUESTION.

10      HAS -- HAS THE PROCESS FOR MANAGING DOC'S HEALTH

11  CARE POLICIES, HAS THAT CHANGED AT ALL SINCE 2016?

12  **A**   IT HAS.  FROM HEADQUARTERS STANDPOINT WE HAVE A NEW

13  SYSTEM.  IT'S CALLED POWERDMS.  IT'S MORE EFFICIENT.  IT'S

14  REALTIME FOR THE UNITS, THE NURSING DIRECTORS, THE STAFF

15  THERE, TO GET ACCESS TO THE POLICY.  IT'S ELECTRONIC.  THEY

16  HAVE TO SIGN THAT THEY'VE READ THE NEW REGULATION.

17      BUT IT'S ALSO BETTER WHEN WE'RE TRYING TO REVISE A

18  POLICY.  WE'RE ABLE TO SEND IT OUT TO THE UNIT FOR COMMENT.

19  EVERYBODY CAN WORK ON THE SAME DOCUMENT.  IF THEY HAVE ANY

20  COMMENTS, SUGGESTIONS ISSUES WITH HOW WE'RE GOING TO PERFORM

21  THINGS OPERATIONALLY, THOSE ARE ALL THINGS THAT WE CAN LOOK AT

22  NOW.  IT'S MORE EFFICIENT.

23  **Q**   I GUESS AFTER THE UNITS HAVE REVIEWED THE POLICIES

24  OR PROPOSED CHANGES WHAT HAPPENS AFTER THAT?  WHAT'S THE NEXT

25  STEP IN THE PROCESS?

1    **A**    SO A HEALTH CARE REG, WHAT WE DO IS IF THERE'S ANY

2    LEGISLATIVE CHANGES, ANY OPERATION CHANGES, ACA STANDARD

3    CHANGES, THEN WE HAVE TO REVISE THE REG.  WE DO THAT FROM

4    HEADQUARTERS.  ONCE WE'VE DONE THAT, WE PUT IT IN A DOCUMENT

5    THROUGH POWERDMS.  IT GOES OUT TO THE DIRECTOR OF NURSING, THE

6    MEDICAL DIRECTORS, THE HEALTH CARE WARDENS, THE WARDENS, AND

7    ANY OTHER PERSON THAT NEEDS TO BE INVOLVED IN THE REVIEW

8    PROCESS.

9         WE GIVE THEM A TIME FRAME TO SUBMIT THEIR COMMENTS

10   OR ANY EDITS.  WE REVIEW IT.  AFTER WE'VE MADE ALL CHANGES IT

11   GOES TO DR. LAVESPERE, AND THEN ONCE HE'S REVIEWED IT AND HE'S

12   OKAY WITH IT, THEN IT GOES TO OUR POLICY AND PLANNING

13   DEPARTMENT AND THEY'LL FINALIZE IT WITH THE SECRETARY.

14   **Q**    AND WHEN DID DOC GET POWERDMS?

15   **A**    WE STARTED IN MARCH OF 2020 USING IT AND WE WERE THE

16   FIRST PILOT IN THE HEALTH CARE DEPARTMENT TO USE IT.

17   **Q**    NOW YOU'RE THE CHIEF NURSING OFFICER FOR DOC,

18   CORRECT?

19   **A**    YES.

20   **Q**    HAS DOC ENCOUNTERED ANY PROBLEMS STAFFING NURSES

21   SINCE 2019?

22   **A**    WE HAVE, YES.

23   **Q**    WHAT KIND OF PROBLEMS?

24   **A**    SO WE LOST A LOT OF NURSES.  OUR VACANCY RATE IS

25   ABOUT 28 PERCENT RIGHT NOW.  OUR TURNOVER RATE IS ABOUT

1   20 PERCENT FOR THE DEPARTMENT FOR NURSES.  WE'VE HAD TO HIRE

2   CONTRACT AGENCIES, LSP HAS HAD TO HIRE THEM DURING COVID, AND

3   THEN THEY'VE HAD TO ALSO HIRE THEM JUST TO FILL POSITIONS

4   THROUGHOUT THE DEPARTMENT.  EVERY FACILITY HAS DONE THAT.

5          WE HAVE GONE AND LOOKED AT A SPECIAL ENTRANCE RATE.

6   FOR CIVIL SERVICE YOU HAVE TO -- YOU CAN ONLY HIRE PEOPLE AT

7   APPROVED RATES.  WE HAVE RAISED THAT IN DECEMBER OF 2021, AND

8   THEN IN MAY LOUISIANA DEPARTMENT OF HEALTH RAISED THEIR

9   SPECIAL ENTRANCE RATE HIGHER THAN OURS.

10          SO THEN WE HAD TO GO BACK JUNE THE 8TH, AND WE'VE

11   ACTUALLY RAISED THE SPECIAL ENTRANCE RATE TO MIDPOINT FOR ALL

12   NURSES, AND THEN THE EXISTING STAFF WILL GET A 5 PERCENT

13   RAISE.  SO WE'RE HOPING THAT WILL HELP US WITH RECRUITMENT AND

14   RETENTION, BUT WE DON'T HAVE APPLICANTS.  WE'RE HAVING A TOUGH

15   TIME, BUT THAT'S A NATIONAL ISSUE.

16          **THE COURT:**  MIDPOINT OF WHAT?  MIDPOINT OF SOUTHERN

17   STATES?  MID POINT OF WHAT?  WHAT'S MIDPOINT?

18          **THE WITNESS:**  SO IF YOU'RE AN RN-1 YOU HAVE A SALARY

19   RANGE --

20          **THE COURT:**  X TO X.

21          **THE WITNESS:**  -- AND I'M JUST MAKING THIS UP OF $20

22   COMING IN AND $40 IS YOUR MAX.  SO THEY ALLOWED US TO BRING

23   THEM IN AT $30.  WHEREAS BEFORE THAT WAS NOT ALLOWED.

24          **THE COURT:**  AND THAT'S A CIVIL SERVICE RANGE?

25          **THE WITNESS:**  YES.

1      **THE COURT:**  SO YOU'RE AT THE MIDPOINT OF THE CIVIL

2  SERVICE RANGE?

3      **THE WITNESS:**  CORRECT.  WE HOPE THIS HELPS.  WE WILL

4  RE-EVALUATE IT AND WE CONTINUE TO LOOK AT IT.

5  BY MS. TOMENY:

6      **Q**    THANK YOU, MS. RODRIGUEZ.  I DON'T HAVE ANYTHING FOR

7  YOU RIGHT NOW.

8      **THE COURT:**  CROSS.

9  **CROSS-EXAMINATION**

10  BY MR. HAMILTON:

11      **Q**    THANK YOU FOR YOUR PATIENCE.  MS. RODRIGUEZ, MY NAME

12  IS BRUCE HAMILTON.  I REPRESENT THE PLAINTIFFS.  I DON'T THINK

13  WE'VE MET.

14          LET'S SEE, I -- YOU SPOKE ABOUT ELECTRONIC MEDICAL

15  RECORDS.  I THINK THAT'S A GOOD PLACE TO START.  WHEN YOU

16  TESTIFIED AT THE CLASS CERTIFICATION HEARING YOU TESTIFIED

17  THAT THE ELECTRONIC HEALTH RECORD WAS EXPECTED TO BE ROLLED

18  OUT IN JULY OF 2018; ISN'T THAT CORRECT?

19      **A**    I DON'T REMEMBER.  I KNOW WE HAVE BEEN BEHIND.

20      **Q**    AND THEN AT THE LIABILITY TRIAL IN OCTOBER OF 2018

21  YOU TESTIFIED THAT THE ROLLOUT STILL HADN'T HAPPENED, RIGHT?

22  YOU EXPECTED IT TO ROLL OUT IN JANUARY OF 2019?

23      **A**    I DON'T REMEMBER.

24      **Q**    AND YOU PLANNED FOR ANGOLA TO BE ONE OF THE LAST

25  FACILITIES TO GET THE ELECTRONIC HEALTH RECORD?

1          **A**    YES.

2          **Q**    SO YOU'VE ALREADY ROLLED IT OUT TO DIXON, LCIW,

3    HUNT, JETSON, ALLEN -- RAYBURN -- SORRY, RAYMOND LABORDE --

4    SORRY, RAYBURN AND RAYMOND LABORDE?

5          **A**    YES.

6          **Q**    BUT BEFORE YOU ROLL OUT THE ELECTRONIC HEALTH RECORD

7    AT ANGOLA YOU DO HAVE TECHNICAL UPGRADES, RIGHT?

8          **A**    YES.

9          **Q**    YOU HAVE TO UPDATE THE PHARMACY SOFTWARE; IS THAT

10   CORRECT?

11         **A**    THAT'S ALREADY HAPPENED.  WE DIDN'T EVEN TALK ABOUT

12   THAT.  WE JUST DID THAT FOR LSP, RAYMOND LABORDE AND DCI THIS

13   PAST MONTH.  SO THAT HAS HAPPENED, YES.

14         **Q**    AND THE ELECTRONIC MEDICAL -- ELECTRONIC MEDICATION

15   ADMINISTRATION RECORD HAS TO BE UPDATED?

16         **A**    THAT WAS INVOLVED -- THAT WAS AT THE SAME TIME AS

17   THE PHARMACY SOFTWARE UPDATE.

18         **Q**    SO YOU'RE IN THE MIDDLE OF THREE SOFTWARE UPGRADES

19   RIGHT NOW, OR YOU WERE AT THE TIME OF YOUR DEPOSITION?

20         **A**    YES.

21         **Q**    AND THEN YOU'LL HAVE TO TRAIN EVERYONE ON THESE

22   UPGRADES AS WELL, CORRECT?

23         **A**    LSP IS DONE.  SO THEY'VE DONE THE EMAR AND THEY'VE

24   DONE THE PHARMACY UPGRADE, SO THEY'RE ONLINE.

25         **Q**    AND YOU DON'T KNOW THAT ANY OF THIS WILL IMPROVE

1   PATIENT CARE, RIGHT?

2        **A**   I DO BELIEVE IT WILL IMPROVE PATIENT CARE.

3        **Q**   OKAY.  DO YOU REMEMBER TESTIFYING IN YOUR DEPOSITION

4   THAT YOU DIDN'T KNOW WHETHER THIS WOULD IMPROVE PATIENT CARE?

5        **A**   I DON'T REMEMBER THAT.  I DON'T RECALL.

6        **MR. HAMILTON:**  IF WE COULD PULL UP, ALEXANDER, THE

7   DEPOSITION FROM MARCH, PAGE 49.  ACTUALLY, COULD YOU BACK UP

8   TO PAGE 48.

9   **BY MR. HAMILTON:**

10       **Q**   SO COUNSEL WAS DISCUSSING THE ROLLOUT WITH YOU.  AND

11  THEN PAGE 49, AFTER THE SOFTWARE UPGRADE, THE QUESTION WAS,

12  "HOW DO YOU ANTICIPATE THAT WILL IMPROVE PATIENT CARE?"  AND

13  YOU ANSWERED, "IT'S NOT GOING TO IMPROVE PATIENT CARE.  IT'S

14  JUST AN UPGRADE TO THE SOFTWARE."  WAS THAT YOUR TESTIMONY?

15       **A**   YEAH, BUT GO BACK TO PAGE 48.  I THINK WE WERE

16  TALKING ABOUT ECEPTIONIST AND NOT THE ELECTRONIC HEALTH

17  RECORD.  THOSE ARE TWO DIFFERENT THINGS.  THERE'S ACTUALLY

18  THREE DIFFERENT UPGRADES.  IF YOU GO BACK I WAS TALKING ABOUT

19  ECEPTIONIST AND THAT'S A DIFFERENT PROGRAM THAN THE ELECTRONIC

20  HEALTH RECORD.

21  **BY MR. HAMILTON:**

22       **Q**   OKAY.  SO YOU WERE SAYING THE OTHER TECHNICAL

23  UPGRADES WOULD NOT IMPROVE PATIENT CARE?

24       **A**   ECEPTIONIST.  IT'S LIKE AN UPGRADE ON YOUR IPHONE TO

25  AN APP YOU HAVE, BUT THAT'S NOT THE ELECTRONIC HEALTH RECORD.

1  THE ELECTRONIC HEALTH RECORD SHOULD IMPROVE PATIENT CARE.

2  **Q**   OKAY.  AND YOU ALSO TESTIFIED ABOUT SPECIALTY CARE

3  APPOINTMENTS.  I BELIEVE YOU SAID THAT DOC COMPLETED SPECIALTY

4  REFERRALS.  DO YOU REMEMBER TESTIFYING IN YOUR DEPOSITION THAT

5  YOU DON'T KNOW WHAT ANGOLA TRACKS WITH RESPECT TO SPECIALTY

6  APPOINTMENTS?

7  **A**   I DON'T REMEMBER.  YOU CAN SHOW ME ON HERE.

8  **MR. HAMILTON:**  ALEXANDER, COULD YOU PULL UP PAGE 164

9  FROM THE DEPOSITION?

10  **BY MR. HAMILTON:**

11  **Q**   DRAWING YOUR ATTENTION TO LINE 6, THE QUESTION WAS,

12  "HOW HAS LSP ADDRESSED THE FAILURE TO SCHEDULE AND TRACK

13  SPECIALTY APPOINTMENTS?"  YOUR ANSWER WAS, "I CAN'T ANSWER

14  THAT.  I KNOW WHAT WE TRACK.  I CAN'T ANSWER WHAT THEY TRACK."

15  WAS THAT YOUR TESTIMONY?

16  **A**   YES.

17  **Q**   SPEAKING OF THE CONTRACTS, YOU MENTIONED THE VARIOUS

18  SERVICES -- THE DOC CONTRACTS WERE THE GI, THE X-RAY, THE MRI,

19  CARDIOLOGY, HIV.  THOSE ARE ALL SERVICES THAT WERE EXISTING AT

20  ANGOLA BEFORE, RIGHT?

21  **A**   NO.  GI IS NEW.

22  **Q**   GI WAS NOT PROVIDED AT ANGOLA AT THE TIME OF THE

23  LIABILITY TRIAL?

24  **A**   WELL, YES I GUESS IT WAS THERE, BUT WE HAVE ADDED

25  ADDITIONAL DAYS.

1  **Q**   FOR INSTANCE, DR. COLON WAS ACTUALLY OFFERING

2  SERVICES TO ANGOLA FOR THE BETTER PART OF A DECADE; IS THAT

3  RIGHT?

4  **A**   NO.  NOT THAT I'M AWARE OF.  HE WORKED THERE AS A

5  PHYSICIAN.  HE CAME BACK AS A CONTRACTED DOCTOR SPECIFICALLY

6  FOR CARDIOLOGY.

7  **Q**   SPEAKING OF AUDITS, YOU TESTIFIED THAT YOU CONDUCT

8  YEARLY AUDITS.  YOU HAVE AN AUDIT PLANNED FOR ANGOLA THIS

9  YEAR?

10  **A**   YES.

11  **Q**   BUT YOU HAVEN'T COMPLETED THAT AUDIT, CORRECT?

12  **A**   I THINK IT'S JULY THE 11TH, THROUGH THE 13TH IS WHEN

13  WE'RE GOING.

14  **Q**   HAVE YOU DONE AN INDEPENDENT AUDIT TO ASSESS THE

15  MEDICAL CARE DELIVERED -- PROVIDED BY THE NURSE PRACTITIONERS

16  AT ANGOLA?

17  **A**   THAT'S -- NO.  I WOULDN'T DO THAT.  THAT WOULD --

18  THAT WOULD FALL UNDER PEER REVIEW.  THAT WOULD BE ANOTHER

19  NURSE PRACTITIONER OR DR. LAVESPERE OR A DOCTOR.

20  **Q**   ANGOLA HAS BEEN ACA -- WAS ACA ACCREDITED IN 1996

21  AND AUDITS HAVE BEEN DONE THROUGHOUT THIS TIME, CORRECT?

22  **A**   YES.

23  **Q**   AND WHEN -- WHEN ANGOLA WAS ACCREDITED, YOU WERE

24  MARRIED TO TRACY (SIC) FALGOUT WHO WAS THE WARDEN OVER MEDICAL

25  AND THE ADA COORDINATOR UNTIL MARCH OF LAST YEAR; IS THAT

 1  CORRECT?

 2            **MS. TOMENY:**  OBJECTION, YOUR HONOR.  I DON'T SEE THE

 3  RELEVANCE.

 4            **THE COURT:**  WHAT'S THE RELEVANCE?

 5            **MR. HAMILTON:**  IT GOES TO HER CREDIBILITY, YOUR

 6  HONOR.

 7            **THE COURT:**  THAT SHE WAS MARRIED TO SOMEBODY?

 8            **MR. HAMILTON:**  WELL, THERE ARE MULTIPLE OTHER

 9  CONNECTIONS WITH ANGOLA THAT WE CAN EXPLORE.

10            **THE COURT:**  I MEAN I'M GOING TO GIVE YOU SOME

11  LIMITED LATITUDE BUT, YOU KNOW, PROBABLY EVERYBODY IN THIS

12  ROOM WAS MARRIED TO SOMEBODY SOME TIME, MAYBE THEY'RE STILL

13  MARRIED, MAYBE THEY'RE NOT MARRIED AND I DON'T KNOW THAT THAT

14  GOES TO CREDIBILITY AND IF IT DOES IT GOES TO MINE.

15            **MR. HAMILTON:**  WELL, SHE WAS MARRIED TO THE PERSON

16  SHE WAS AUDITING.

17            **THE WITNESS:**  YOU CAN READ MY REPORT.  IT WASN'T

18  FAVORABLE.

19            **THE COURT:**  OKAY.  SO GO AHEAD AND ASK YOUR

20  QUESTION.

21            **MR. HAMILTON:**  THAT'S ALL I HAVE ON THAT, YOUR

22  HONOR.

23            ALEXANDER, CAN YOU BRING UP DX_14-556.

24  BY MR. HAMILTON:

25       **Q**    SO WHEN YOU WERE EXPLAINING HOW YOU TOTALED UP THE

1   C-05 NUMBERS YOU INCLUDED THE OFF-SITE DIAGNOSTIC TESTING

2   PROCEDURE COLUMN; CORRECT?

3       **A**   YES.

4       **Q**   AND THE NUMBER INCLUDES LAB WORK THAT NEEDED TO BE

5   SENT OUT WHEN THE ANGOLA LAB WAS CLOSED; IS THAT RIGHT?

6       **A**   I'M NOT SURE OF THAT.  I WOULD HAVE TO GO BACK AND

7   LOOK FOR THOSE MONTHS.  I WOULD HAVE TO SEE EACH MONTH WHEN

8   THE LAB WAS CLOSED.  I DON'T KNOW THE DATE SPECIFICALLY THE

9   LAB WAS CLOSED.

10      **Q**   WASN'T IT CLOSED THROUGHOUT 2021 OR MOST OF 2021?

11      **A**   I DON'T KNOW THE DATES.

12          **MR. HAMILTON:**  ALEXANDER, CAN YOU BRING UP JX_2_740.

13  **BY MR. HAMILTON:**

14      **Q**   THIS IS THE SPECIALTY REPORT YOU WERE REVIEWING

15  EARLIER, IS IT NOT?

16      **A**   FROM 2010, I DON'T BELIEVE SO.

17      **Q**   SORRY.  JX_2_740.  2015-2016.  IS THIS THE REPORT

18  YOU WERE REVIEWING EARLIER -- YOU WERE SHOWED EARLIER?

19      **A**   I BELIEVE SO.

20      **Q**   IT DOESN'T INCLUDE DIAGNOSTIC TESTS AND PROCEDURES;

21  IS THAT RIGHT?

22      **A**   THAT WOULD FALL UNDER OTHER AND THAT'S WHY WE WANTED

23  TO BREAK THIS OUT.

24      **Q**   SO IN FACT -- OKAY.  SO LAB AND X-RAY DIAGNOSTICS

25  WERE RECORDED SEPARATELY IN 2015 AND '16; IS THAT RIGHT?

1    **A**    OKAY.  IF THEY WERE DONE ON SITE THEN THAT WAS ON A

2    DIFFERENT REPORT.  BUT IF SOMETHING WAS SENT OFF SITE, LIKE AN

3    ULTRASOUND, WHICH WOULD HAVE FALLEN UNDER DIAGNOSTIC, THEN

4    THAT WOULD HAVE BEEN REPORTED IN THIS OTHER COLUMN.

5    **Q**    SO IF YOU INCLUDE THOSE IN THE 2015-2016 NUMBERS,

6    THE NUMBERS TODAY ARE LOWER THAN IN 2015 AND 2016, AREN'T

7    THEY?

8    **A**    I WOULD HAVE TO ADD THIS UP.  I WOULD NEED A

9    CALCULATOR AND WE WOULD HAVE TO ADD THIS.

10    **MR. HAMILTON:**  ALEXANDER, COULD YOU PULL UP

11    DX_14_20.  THANK YOU.

12    **BY MR. HAMILTON:**

13    **Q**    THIS COLUMN IS LISTED AS -- THE COLUMN LISTED AS --

14    CAN YOU BLOW THAT UP A LITTLE?

15    YEAH.  THANK YOU.  THE COLUMN LISTING THE TOTAL

16    NUMBER OF ROUTINE AND EMERGENCY SICK CALL FOR --

17    **A**    YES.

18    **Q**    -- YOU'VE GONE THERE IN OCTOBER FROM 1868 TO 1395 IN

19    DECEMBER, SO THAT'S -- THAT NUMBER VARIES, RIGHT?

20    **A**    WELL, IF YOU -- THAT'S -- SO THE COLUMN TO THE LEFT

21    IT'S DIFFERENT, BUT WE'RE ADDING THE ROUTINE -- THE ROUTINE

22    SICK CALLS TO THE LEFT, WHICH THE TOTAL IS 630.  AND THEN THE

23    ON-SITE EMERGENCY IS THE EMERGENCY SICK CALL WOULD BE 1,183.

24    **Q**    THANK YOU.  YOU CAN TAKE THAT DOWN.  REGARDING THE

25    RAISES THAT HAVE BEEN IMPLEMENTED FOR NURSES, I THINK YOU

1    TESTIFIED THAT WAS IMPLEMENTED IN DECEMBER OF 2021; IS THAT
2    CORRECT?

3        **A**    WE HAD ONE PAY RAISE AND INCREASE IN THE PAY THAT WE
4    COULD PROVIDE FOR NEW NURSES COMING ON IN DECEMBER 2021, AND
5    THEN WE JUST HAD ANOTHER PAY RAISE APPROVAL ON JUNE THE 8TH,
6    WHICH WILL NOT GO INTO EFFECT UNTIL JULY THE 1ST.

7        **Q**    THANK YOU FOR CLARIFYING THAT.  SO YOU DON'T KNOW
8    WHETHER THAT HAS BEEN EFFECTIVE IN INCREASING STAFF, DO YOU?

9        **A**    THE RAISE IN DECEMBER OF 2028 -- I'M SORRY, DECEMBER
10   OF 2021 MAY HAVE DECREASED THE VACANCY RATE BY ONE OR TWO
11   PERCENT OVERALL.  SO THAT'S WHY WE WERE WILLING TO DO THIS
12   AGAIN IN JUNE.  BUT WE DON'T KNOW YET.  WE MONITOR THAT.  WE
13   LOOK AT THE VACANCY RATE AND THE TURNOVER RATE MONTHLY.

14       **Q**    REGARDING OUTSIDE APPOINTMENTS, AS FAR AS
15   APPOINTMENTS AT UMC, I BELIEVE YOU TESTIFIED DURING YOUR
16   DEPOSITION THAT THOSE HAVE BEEN INCREASINGLY -- INCREASING
17   STEADILY OVER TIME SINCE BEFORE COVID; IS THAT RIGHT?

18       **A**    YES.  HOWEVER, YOU HAVE TO LOOK AT THE POPULATION
19   ALSO.  SO OUR POPULATION IN 2016 WAS 6,000; OUR POPULATION
20   RIGHT NOW IS 4,900.  SO YOU MAY NOT SEE THE NUMBER, BUT WHEN
21   YOU DIVIDE IT BY THE NUMBER OF OFFENDERS IT IS STILL GOING UP.
22   OUR VOLUME IS STILL HIGH CONSIDERING OUR POPULATION IS LOWER.

23       **Q**    MS. RODRIGUEZ, YOU CAN'T REALLY SPEAK TO THE QUALITY
24   OF PATIENT CARE AT ANGOLA, CAN YOU?

25       **A**    I CAN SPEAK TO CONTINUATIVE CARE, COMMUNICATION, ARE

1   THEY BEING SEEN TIMELY, IF THEY'VE ORDERED LABS, IF THEY'VE

2   ORDERED MEDICATION.  I CAN SEE THAT THAT'S BEEN DONE IN THE

3   MEDICAL RECORD.  BUT DR. LAVESPERE WOULD BE THE ONE THAT WOULD

4   SAY, OKAY, THEIR LAB VALUES ARE GOING DOWN OR THE MEDICATION

5   PRESCRIBED IS APPROPRIATE.  BUT I CAN TELL THAT THEY'RE BEING

6   SEEN, ORDERS ARE BEING WRITTEN, THEY'RE BEING PROVIDED AND

7   PATIENTS ARE BEING FOLLOWED UP.

8          **MR. HAMILTON:**  THANK YOU.  THAT'S ALL MY QUESTIONS.

9          **THE COURT:**  ANY REDIRECT?

10         **MS. TOMENY:**  YES, VERY BRIEFLY.

11  **REDIRECT EXAMINATION**

12  **BY MS. TOMENY:**

13     **Q**   MS. RODRIGUEZ, YOU WERE JUST ASKED ABOUT -- I

14  BELIEVE YOU JUST TESTIFIED THAT YOU'RE ABLE TO SEE THAT

15  CONTINUITY OF CARE, TIMELY -- TIMELY APPOINTMENTS, ORDERING

16  MEDICATIONS AND STUFF, YOU'RE ABLE TO SEE THOSE THINGS AT LSP,

17  CORRECT?

18     **A**   YES.

19     **Q**   WHAT IS -- WHAT IS THE BASIS -- I GUESS HOW ARE YOU

20  ABLE TO SEE THOSE THINGS?  WHAT DO YOU BASE YOUR TESTIMONY ON?

21     **A**   SO OUR CHART AUDITS, WHEN THEY REQUEST SPECIALTY

22  APPOINTMENTS.  THE STAFF AT HEADQUARTERS CAN SEE DID THEY

23  REQUEST THE APPOINTMENT TIME LATER OR DID THEY REQUEST IT

24  AFTER THE FACT.  THEY'VE NOT DONE THAT.  THE PATIENT --

25  THEY'RE REQUESTING APPOINTMENTS APPROPRIATELY AND -- THROUGH

1    THE CHART AUDITS.

2         **Q**    YOU'VE LOOKED AT THESE THINGS FOR LSP SPECIFICALLY?

3         **A**    YES.

4         **Q**    YOU WERE ASKED ABOUT THE AUDITS AND YOU WERE -- DO

5    YOU RECALL THAT?

6         **A**    YES.

7         **Q**    AND YOU WERE ALSO ASKED WHETHER YOU AUDIT THE NURSE

8    PRACTITIONERS; IS THAT CORRECT?

9         **A**    YES.

10        **Q**    THESE AUDITS THAT WE DISCUSSED, ARE THESE INTENDED

11   TO BE PROVIDER AUDITS?

12        **A**    THEY'RE NOT.  WE'RE JUST THERE TO MAKE SURE THEY'RE

13   FOLLOWING POLICY, CHRONIC DISEASE GUIDELINES, ARE THEY SIGNING

14   OFF ON THE MEDICAL RECORDS, DID THE ORDER GET FOLLOWED

15   THROUGH.  THAT'S WHAT WE LOOK AT.  THE PHYSICIANS AND THE

16   NURSE PRACTITIONERS ARE THE ONES THAT LOOK AT WAS THE

17   MEDICATION, WAS THE LAB WORK ORDERED, WAS THAT APPROPRIATE.

18        **Q**    OKAY.  SO THESE ARE FACILITY AUDITS, CORRECT?

19        **A**    YES.

20        **MS. TOMENY:**  AND IF YOU WOULDN'T MIND SWITCHING THE

21   SCREEN TO MY TABLE.  BROOKE, I'M GOING TO ASK YOU TO PULL UP

22   DX-14 AND GO TO PAGE 20, PLEASE.

23   **BY MS. TOMENY:**

24        **Q**    MS. RODRIGUEZ, DO YOU RECALL BEING ASKED ABOUT THIS

25   DOCUMENT DURING YOUR CROSS-EXAMINATION?

1    **A**    YES.

2    **Q**    WHAT IS THE REPORTING PERIOD FOR THIS?

3    **A**    I'M ASSUMING -- IT LOOKS LIKE -- WELL, IF YOU LOOK

4    AT THE MONTH IT SAYS FEBRUARY 2019, THAT'S WHAT'S IN BOLD.

5    **Q**    AND WHEN DID LSP'S NEW SICK CALL PROCEDURE START?

6    **A**    NOVEMBER 2021.

7    **MS. TOMENY:**  THANK YOU.  I DON'T HAVE ANYTHING

8    FURTHER.

9    **THE COURT:**  OKAY.  THANK YOU.  IS SHE RELEASED FROM

10   HER SUBPOENA?

11   **MS. TOMENY:**  YES.

12   **THE COURT:**  DO YOU ALL WANT TO TAKE A LITTLE BREAK?

13   IT SEEMS LIKE AN OBVIOUS TIME.  IT'S 2:30.  WHY DON'T WE BE IN

14   RECESS UNTIL QUARTER TO THREE.

15   **(RECESS)**

16   **THE COURT:**  NEXT WITNESS, PLEASE.

17   **MS. MONTAGNES:**  YOUR HONOR, JUST A SMALL PIECE OF

18   HOUSEKEEPING BEFORE THEN.  THIS IS TO SUBSTITUTE WHAT WAS

19   PREVIOUSLY MARKED AS PLAINTIFFS' EXHIBIT 73.  THE PARTIES HAVE

20   AGREED TO ENTER THIS FULLER VERSION FROM YESTERDAY.

21   **THE COURT:**  P-73 WILL BE ADMITTED AND SUBSTITUTED

22   FOR WHATEVER WAS PRESENTED YESTERDAY.

23   **MS. TOMENY:**  THE DEFENDANTS CALL MELANIE BENEDICT.

24   *(WHEREUPON, MELANIE BENEDICT, HAVING BEEN DULY*

25   *SWORN, TESTIFIED AS FOLLOWS.)*

1              **THE CLERK:**  IF YOU WOULD, PLEASE STATE AND SPELL

2    YOUR NAME FOR THE RECORD, PLEASE.

3              **THE WITNESS:**  MELANIE BENEDICT, M-E-L-A-N-I-E,

4    B-E-N-E-D-I-C-T.

5    **BY MS. TOMENY:**

6         **Q**    THANK YOU, MS. BENEDICT.  YOU TESTIFIED IN THE PRIOR

7    PHASE OF THIS TRIAL; IS THAT CORRECT?

8         **A**    YES, I DID.

9         **Q**    HOW ARE YOU CURRENTLY EMPLOYED?

10        **A**    I'M EMPLOYED AT DOC HEADQUARTERS AS THE RN MANAGER

11   FOR THE SCHEDULING AND CASE MANAGEMENT DEPARTMENT.

12        **Q**    AND HOW LONG HAVE YOU HELD THIS POSITION?

13        **A**    SINCE AUGUST OF 2013.

14        **Q**    HAVE YOU HAD ANY OTHER POSITIONS WITH THE DEPARTMENT

15   OF CORRECTIONS?

16        **A**    NO, I HAVE NOT.

17        **Q**    AND YOU ARE A REGISTERED NURSE; IS THAT CORRECT?

18        **A**    YES.

19        **Q**    AND WHO DO YOU REPORT TO?

20        **A**    I REPORT TO STACYE RODRIGUEZ, THE CNO.

21        **Q**    DO YOU SUPERVISE ANY EMPLOYEES?

22        **A**    I DO.

23        **Q**    HOW MANY EMPLOYEES?

24        **A**    I SUPERVISE 13.

25        **Q**    OKAY.  ARE ANY OF THE EMPLOYEES YOU SUPERVISE, ARE

1   THEY REGISTERED NURSES?

2   **A**   YES.

3   **Q**   ABOUT HOW MANY?

4   **A**   I HAVE THREE REGISTERED NURSES THAT WORK IN THE

5   SCHEDULING DEPARTMENT AND TWO REGISTERED NURSES IN THE CASE

6   MANAGEMENT DEPARTMENT.

7   **Q**   DO YOU SUPERVISE ANY LPNS?

8   **A**   YES.

9   **Q**   HOW MANY OF THOSE?

10   **A**   FOUR IN THE SCHEDULING DEPARTMENT AND THREE IN THE

11   CASE MANAGEMENT DEPARTMENT.

12   **Q**   OKAY.  ALL RIGHT.  LET'S TALK FIRST ABOUT THE CASE

13   MANAGEMENT DEPARTMENT.  WHAT DOES THAT DEPARTMENT DO?

14   **A**   THE CASE MANAGEMENT DEPARTMENT REVIEWS ALL

15   IN-PATIENT OFFENDER ADMITS TO HOSPITALS, EITHER THEY'RE

16   ADMITTED OR THEY'RE IN OBSERVATION.

17   **Q**   OKAY.  DO THEY HAVE ANY COMMUNICATION WITH THE STAFF

18   IN THE HOSPITALS?

19   **A**   YES.  THE CASE MANAGEMENT STAFF; THE SOCIAL WORKERS.

20   **Q**   WHAT ABOUT PATIENT RECORDS, DOES THE CASE MANAGEMENT

21   DEPARTMENT HAVE ANY INVOLVEMENT WITH PATIENT RECORDS?

22   **A**   YES.  THEY ACTUALLY RECEIVE IN-PATIENT DAILY NOTES

23   FROM THE CLINICIANS THAT ARE MAKING ROUNDS.  THEY EITHER HAVE

24   ACCESS TO THE EHR'S IN THE HOSPITALS OR THE HOSPITALS THAT DO

25   NOT HAVE OR GIVE US ACCESS THEY ACTUALLY FAX OVER THE

1  CLINICALS AND THEN WE ACTUALLY INPUT THEM INTO A SOFTWARE

2  PROGRAM.

3      **Q**    WHAT'S THE NAME OF THAT PROGRAM?

4      **A**    IT'S CORRECT CARE.

5      **Q**    ONCE THE RECORDS ARE IN THE SOFTWARE PROGRAM WHAT

6  HAPPENS -- I GUESS I SHOULD SAY, WHO COULD THEN SEE THE

7  RECORDS?

8      **A**    MY CASE MANAGEMENT STAFF AND THE STAFF AT THE

9  FACILITIES WHERE THE PATIENT -- IF THEY'RE IN A DOC FACILITY,

10 THEY HAVE ACCESS TO THAT PROGRAM.

11     **Q**    AND WHAT -- WHY -- I GUESS WHAT -- WHAT IS THE

12 PURPOSE OF UPDATING THE RECORDS DAILY?

13     **A**    WELL, IT GIVES THEM INFORMATION REGARDING THE

14 PATIENT STATUS THAT IS IN THE HOSPITAL.  IT'S FOR DISCHARGE

15 PLANNING.  MY CASE MANAGEMENT DEPARTMENT OF DOC FOLLOWS ALL

16 THE SAME GUIDELINES THAT THE CASE MANAGEMENT DEPARTMENTS IN

17 THE LAST FIVE TO TEN YEARS HAVE ACTUALLY IMPLEMENTED ALL OVER,

18 ESPECIALLY IN THE HOSPITALS.  BUT YOU WANT TO GET THE PATIENTS

19 OUT OF THE HOSPITAL FAIRLY QUICKLY, BUT YOU WANT TO MAKE SURE

20 THE PATIENTS HAVE THE APPROPRIATE CARE AND THE APPROPRIATE

21 MEDICATIONS AND THINGS LIKE THAT THEY NEED WHEN THEY'RE

22 DISCHARGED.

23     **Q**    DOES IT ALLOW FOR A DIALOGUE WITH THE HOSPITAL?

24     **A**    YES, IT DOES.

25     **Q**    HAVE THERE BEEN ANY SIGNIFICANT CHANGES TO THE CASE

1    MANAGEMENT PROCESS AT DOC SINCE 2016?

2        **A**    NO SIGNIFICANT CHANGES.  JUST -- I MEAN WE

3    CONTINUALLY ADD HOSPITALS.  SOMETIMES THEY CONVERT OUTPATIENT

4    CENTERS TO HOSPITALS, SO WE'LL ADD THE HOSPITALS AND WE'LL

5    COMMUNICATE, INFORM THEM OF OUR PROCESS, BUT NOTHING

6    SIGNIFICANT REGARDING ANYTHING DIFFERENT.

7        **Q**    HOW MANY HOSPITALS DOES THE CASE MANAGEMENT

8    DEPARTMENT CURRENTLY WORK WITH?

9        **A**    OVER 80 IN THE STATE.

10       **Q**    LET'S TALK ABOUT THE SCHEDULING DEPARTMENT.  WHAT

11   DOES THE SCHEDULING DEPARTMENT DO?

12       **A**    THE SCHEDULING DEPARTMENT RECEIVES REFERRALS FOR

13   SPECIALTY CARE OR ANCILLARY SERVICES FROM THE PRISONS IN THE

14   STATE.

15       **Q**    WHAT ABOUT SURGERY?

16       **A**    YES.  SURGERY DATES, YES, THAT ALSO.

17       **Q**    IS THE SCHEDULING DEPARTMENT INVOLVED IN ANY ON-SITE

18   SCHEDULING FOR LSP?

19       **A**    YES.

20       **Q**    WHAT -- WHAT DOES IT SCHEDULE FOR LSP?

21       **A**    THE ON-SITE SERVICES THAT WE SCHEDULE ARE THE CT AND

22   THE MRI, ULTRASOUND, THE ENDOSCOPY PROCEDURES, THE GI CLINIC.

23       **Q**    WHAT ABOUT TELEMEDICINE?

24       **A**    YES.  WE DO ALSO SCHEDULE THE TELEMEDICINE VISITS.

25       **Q**    OKAY.  ALL RIGHT.  CAN YOU WALK US THROUGH THE

1     SPECIALTY SCHEDULING PROCESS?

2        **A**    THE REQUESTING SITES, WHICH ARE THE PRISONS, THEY

3     HAVE ACCESS TO AN ONLINE PROGRAM CALLED ECEPTIONIST.  THEY

4     ENTER THE REQUEST, DEPENDING ON WHAT SPECIALTY SERVICE THEY'RE

5     REQUESTING.  THERE'S OVER LIKE 25 DIFFERENT SPECIFIC

6     PROCEDURES OR SPECIALTIES THAT THEY CAN REQUEST.  THERE'S

7     FIELDS THAT ARE MANDATORY THAT THEY HAVE TO INPUT AND THEN

8     THEY HAVE TO ATTACH THE SUPPORTING DOCUMENTATION TO SUPPORT

9     THE REQUEST, AND THEN THAT IS SENT ELECTRONICALLY TO THE STAFF

10    AT HEADQUARTERS.

11       **Q**    THEN WHAT HAPPENS ONCE THE REFERRAL IS SENT TO THE

12    STAFF AT HEADQUARTERS?

13       **A**    THE INITIAL REVIEW IS DONE BY AN RN TO MAKE SURE

14    THAT THE SPECIALTY THAT'S BEING REQUESTED, THERE'S SUPPORTING

15    DOCUMENTATION; ESPECIALLY FOR INITIAL VISITS.  THEY'RE

16    REQUESTS THAT ARE NEEDED AS FAR AS ANCILLARY LAB WORK THAT ARE

17    NEEDED BY THE SPECIALISTS BEFORE YOU CAN ACTUALLY SEND THE

18    REFERRAL TO REQUEST AN APPOINTMENT.

19       **Q**    IF THE -- IF THE RN DETERMINES THAT ALL OF THE

20    REQUIRED DOCUMENTATION IS THERE WHAT HAPPENS NEXT?

21       **A**    IT IS FORWARDED TO AN LPN FOR SPECIFIC PROCEDURES.

22    IF IT'S A SURGERY DATE THE RN'S DO KEEP THAT AND THEY PROCESS

23    AND THEY COMMUNICATE THOSE THEMSELVES.  THERE'S SOME THINGS

24    THEY DO NOT FORWARD TO THE LPN'S.

25       **Q**    SO THE LPN'S DO THE ACTUAL SCHEDULING OF THE

1   APPOINTMENT; IS THAT CORRECT?

2        A    THEY ACTUALLY -- YES, THEY WILL INPUT IT INTO

3   DIFFERENT SYSTEMS.  THEY FAX IT.  WE HAVE DIFFERENT PROCESSES

4   DEPENDING ON WHERE THE PATIENT NEEDS TO -- THE APPOINTMENT

5   NEEDS TO BE REQUESTED.

6        Q    OKAY.  AND IF ADDITIONAL INFORMATION IS REQUIRED TO

7   COMPLETE THE REFERRAL WHAT HAPPENS IN THAT CASE?

8        A    IF THE SUPPORTING DOCUMENTATION IS NOT COMPLETE,

9   THEN WE ACTUALLY WILL MAKE A COMMENT AND WE WILL REQUEST THE

10  ADDITIONAL INFORMATION AND IT GOES BACK TO THE REQUESTING

11  SITE.  SO THEY ARE INFORMED OF WHAT IS NEEDED TO COMPLETE THE

12  REFERRAL AND IT STOPS WITH THAT.  BUT THEN THEY WILL INPUT IT

13  AND IT COMES BACK TO US.

14       Q    SO IT WOULD GO BACK TO LSP FOR EXAMPLE?

15       A    CORRECT.

16       Q    WHAT'S THE PURPOSE OF THE DOCUMENTATION REQUIREMENT?

17       A    THE PURPOSE IS TO SUPPORT THE NEED FOR THE

18  APPOINTMENT.  BECAUSE WE HAVE TO THEN ENTER IT INTO ANOTHER

19  SYSTEM OR WE FAX IT AND A REFERRING PHYSICIAN -- THERE'S A

20  PHYSICIAN ON THE OTHER END, THE SPECIALTY, WHO HAS TO REVIEW

21  IT TO MAKE THE APPROPRIATE DETERMINATION OF WHEN TO SCHEDULE

22  THE APPOINTMENT IF THERE'S ADDITIONAL THINGS THAT ARE NEEDED.

23       Q    IS THE REFERRAL DOCUMENTATION, IS THAT STANDARDIZED

24  IN ANY WAY?

25       A    WE HAVE REFERRAL FORMS THAT WERE CREATED FOR INITIAL

1  VISITS FROM THE SPECIALISTS OR THE SPECIFIC SERVICE.  THEY

2  REQUEST CERTAIN THINGS DEPENDING ON DIAGNOSIS OR -- BEFORE YOU

3  CAN THEN SEND SOMEONE, LIKE A CARDIOLOGY REFERRAL, YOU KNOW,

4  THE STANDARD IS FOR AN INITIAL VISIT YOU HAVE TO HAVE A

5  URINALYSIS, A CBC, AN EKG.  SO THERE'S DIFFERENT SPECIFICS

6  DEPENDING ON THE CLINIC THAT YOU ARE CHOOSING TO SEND SOMEONE

7  TO.

8      **Q**    SO IF AN RN RECEIVES A REFERRAL REQUEST FOR A

9  CARDIOLOGY VISIT FOR A PATIENT AT LSP, THE RN IS LOOKING TO

10 SEE IF THOSE SPECIFIC THINGS THAT YOU LISTED ARE INCLUDED?

11     **A**    THAT'S CORRECT.

12     **Q**    DOES THE STANDARD REFERRAL DOCUMENTATION, HAS THAT

13 EVER CHANGED OVER TIME?

14     **A**    WE'VE IMPLEMENTED THE STANDARD -- THE FORMS FOR THE

15 INITIAL VISITS.  IT HAS CHANGED.  JUST LIKE THE CARDIOLOGY,

16 WE'VE UPDATED THAT TO INCLUDE LIKE, IT'S CALLED A CHOLESTEROL

17 PANEL, THE TRIGLYCERIDES.  SO THERE'S THINGS THAT IF A

18 PROVIDER IS REVIEWING AND THEY NEED ADDITIONAL INFORMATION

19 BECAUSE STANDARDS HAVE CHANGED OR THEY'RE REQUESTING BECAUSE

20 THEY THINK IT'S BENEFICIAL, THEN THEY LET US KNOW AND THEN WE

21 DO REVISE THOSE INITIAL FORMS TO ADD WHATEVER IS NEEDED.

22     **Q**    HOW SOON AFTER A REFERRAL REQUEST IS RECEIVED BY

23 HEADQUARTERS IS IT REVIEWED BY YOUR DEPARTMENT?

24     **A**    URGENT REFERRALS, THE PROCESS IS TO REVIEW IN THREE

25 BUSINESS DAYS AND A ROUTINE REFERRAL IS TO REVIEW IN FIVE

1    BUSINESS DAYS.  TYPICALLY WE REFER -- WE REVIEW THE SAME DAY

2    THE REFERRAL IS INPUT IN THE SYSTEM.

3         **Q**    AND THAT WOULD BE TRUE OF URGENT REFERRALS?

4         **A**    YES.

5         **Q**    AND ROUTINE REFERRALS?

6         **A**    CORRECT.

7         **Q**    ARE REFERRAL REQUESTS EVER REVIEWED BEYOND THOSE

8    BENCHMARKS YOU JUST LISTED?

9         **A**    USUALLY NOT BEYOND THAT BENCHMARK.  I MEAN THE

10   BENCHMARKS ARE THERE.  THEY'RE SET FOR HOLIDAYS, WEEKENDS,

11   THOSE KIND OF THINGS.  BUT, NO, WE TYPICALLY DON'T GO BEYOND

12   IT.

13        **Q**    HOW LONG DOES THE SCHEDULING PROCESS TAKE FROM THE

14   INPUT OF THE REFERRAL TO RECEIVING A SCHEDULED APPOINTMENT?

15        **A**    IT VARIES DEPENDING ON THE SPECIALTY APPOINTMENT

16   THAT'S BEING REQUESTED.  THE REQUEST COULD BE FOR A FOLLOW-UP

17   IN 60 DAYS; 90 DAYS.  SO IT VARIES DEPENDING ON WHAT IS

18   ACTUALLY NEEDED.  IF IT'S AN URGENT REFERRAL; IF IT'S A

19   ROUTINE.  SO THERE'S VARIABLE FACTORS.  SO THERE'S NO

20   BENCHMARK REGARDING IT HAS TO BE ENTERED AND THEN GIVEN AN

21   APPOINTMENT IN ANY CERTAIN TIME.

22        **Q**    IS WHEN THE APPOINTMENT IS GIVEN, IS THAT WITHIN THE

23   CONTROL OF DOC?

24        **A**    NO, IT'S NOT.

25        **Q**    HOW DOES THE SCHEDULING DEPARTMENT VERIFY THAT

1  REFERRAL APPOINTMENTS DO IN FACT GET SCHEDULED AND ARE NOT

2  LEFT PENDING?

3  **A**    IT'S WITH PROCESSES.  EVERYONE HAS AN ASSIGNED BOX.

4  THERE ARE PROCESSES.  WE CAN REVIEW OVERALL WHAT'S BEING --

5  PENDING REQUESTS.  I CAN REVIEW "ASSIGNED BY COORDINATORS"

6  WHICH GOES TO THE LPN'S.  AT ANY GIVEN TIME I CAN PULL THAT UP

7  IN MY OFFICE AND REVIEW THE PRODUCTIVITY OF MY STAFF.

8  **Q**    DO YOU DO THAT FROM TIME TO TIME?

9  **A**    I DO THAT FREQUENTLY.

10  **Q**    OKAY.  ARE YOU AWARE OF ANY DELAYS IN SCHEDULING

11  REFERRALS FOR LSP?

12  **A**    NOT AT THE CURRENT TIME, NO.  I'M NOT AWARE OF

13  ANYTHING.

14  **Q**    DOES THE MEDICAL DIRECTOR OF DOC EVER REVIEW

15  REFERRAL REQUESTS?

16  **A**    THERE'S OCCASIONAL TIMES WHERE I'LL BRING A REFERRAL

17  OR A PROCESS.  LIKE IF THERE'S MEDICATIONS OR ANY KIND OF NEW

18  AGENT THAT COULD BE GIVEN MAYBE IN OUR DOC AND WE CAN ADD IT

19  TO THE FORMULARY I DO THINGS LIKE THAT.  OR IF THERE'S A

20  QUESTION REGARDING ANYTHING HE'S AVAILABLE.  I DON'T ROUTINELY

21  GO -- BUT I DO -- HE'S AVAILABLE.  STACYE IS AVAILABLE IF I

22  NEED ANYTHING OR HAVE ANY QUESTIONS.

23  **Q**    SO HIS APPROVAL IS NOT NECESSARY TO, I GUESS,

24  AUTHORIZE THE SCHEDULING OF A PARTICULAR APPOINTMENT, CORRECT?

25  **A**    NO.  HUH-UH.

1     **Q**    DOES HEADQUARTERS EVER DENY REFERRAL REQUESTS?

2     **A**    NO, WE'RE NOT AN INSURANCE COMPANY. WE HAVE NO

3 PRIOR AUTHORIZATIONS. IF ANYTHING COMES THROUGH WE REVIEW IT,

4 MAKE SURE THE DOCUMENTATION IS APPROPRIATE FOR THE REFERRAL

5 REQUEST AND WE SEND IT.

6     **Q**    SO ONCE ALL THE DOCUMENTATION IS THERE YOU SCHEDULE

7 THE REFERRAL, CORRECT?

8     **A**    CORRECT.

9     **Q**    HOW DOES THE CURRENT SCHEDULING PROCESS DIFFER FROM

10 THE PROCESS IN 2016, IF AT ALL?

11     **A**    THE PROCESS IS GENERALLY THE SAME PROCESS. WHAT'S

12 CHANGED IS MY STAFFING. I'VE ALWAYS HAD SEVEN POSITIONS, BUT

13 THE COMBINATION -- I ONLY HAD TWO RN'S BUT THEN I CONVERTED IN

14 '18 -- 2018, ONE OF THE LPN'S CONVERTED TO AN RN POSITION.

15     **Q**    AND HAS THAT IMPROVED THE SCHEDULING PROCESS IN ANY

16 WAY?

17     **A**    IT IMPROVES THE COMPLEXITY OF THE REFERRALS THAT ARE

18 COMING IN FOR MORE SOPHISTICATED SPECIALTY KIND OF CARE. YOU

19 KNOW WHEN YOU DECREASE THE LENGTH OF STAY IN THE HOSPITALS,

20 WHICH IS THE NATIONAL STANDARD THESE DAYS, YOU HAVE MORE

21 OUTPATIENT TESTING THAT IS VERY COMPLEX TESTING THAT HAS TO BE

22 INPUT IN THE SYSTEM AND SCHEDULED. SO IT HAS HELPED WITH THAT

23 SIGNIFICANTLY.

24     **THE COURT:** CAN YOU GIVE ME MORE INFORMATION ON THE

25 STAFFING CHANGE? IT SOUNDS LIKE THAT YOU HAVE THE SAME NUMBER

1  OF STAFF BUT ONE WAS AN LPN AND IS NOW AN RN?

2        **THE WITNESS:**  CORRECT.  THAT IS CORRECT.

3        **THE COURT:**  SO YOU HAVE THE SAME NUMBER DOING THE

4  REFERRAL AND IT'S STILL THE SAME PROCESS, BUT YOU HAVE

5  SOMEBODY THAT HAS INCREASED IN TERMS OF THEIR CERTIFICATION?

6        **THE WITNESS:**  THAT IS CORRECT.  YES.

7        **THE COURT:**  OKAY.  THANKS.

8  **BY MS. TOMENY:**

9     **Q**    HAVE THERE BEEN ANY CHANGES IN THE WAY THAT REQUESTS

10  FOR SUPPORTING DOCUMENTATION IS ROUTED?

11     **A**    THE REQUEST FOR INFORMATION WAS IMPLEMENTED, SO THE

12  FACILITIES WHO WERE REQUESTING COULD UNDERSTAND WHAT WAS

13  NEEDED AND WE COULD ACTUALLY HAVE THAT TURNAROUND PRETTY

14  TIMELY.  ALSO, WHENEVER IT WOULD GO FROM THE RN IT WOULD GO TO

15  THE LPN.  THERE WAS A PROCESS WHERE THE LPN WOULD THEN SEND

16  IT, IT WENT STRAIGHT BACK TO THE FACILITY AND THE RN WAS NOT

17  AWARE IF THERE WAS SOMETHING THAT WAS NEEDED JUST TO

18  STREAMLINE IT.

19        SO THEN IT ACTUALLY GOES BACK TO THE RN SO THEY CAN

20  RE-REVIEW IT AND SEE IF THERE'S ANYTHING THAT'S NEEDED AS FAR

21  AS THE REFERRAL FORMS THAT NEED TO BE REVISED, OR IF THERE'S

22  INFORMATION THAT NEEDS TO GO FROM MYSELF TO STACYE TO THE

23  MEDICAL DIRECTORS, FROM DR. LAVESPERE, JUST TO KEEP EVERYONE

24  INFORMED IF THERE'S SOME CHANGES.

25     **Q**    SO IF THERE'S -- I WANT TO MAKE SURE I UNDERSTAND.

1   IF THERE'S A REFERRAL REQUEST THE RN REVIEWS IT, THAT RN

2   DETERMINES THAT IT'S GOOD TO GO, SHE THEN SENDS IT TO THE LPN

3   TO ACTUALLY DO THE SCHEDULING AND THEN AT SOME POINT IN THE

4   PROCESS POTENTIALLY THE SPECIALIST COULD DETERMINE THAT HE

5   NEEDS MORE DOCUMENTATION AND SO -- I GUESS THAT HAPPENS,

6   CORRECT?

7      **A**   IT DOES.  IT DOES HAPPEN.

8      **Q**   OKAY.  SO AS I UNDERSTAND IT, THE CHANGE NOW IS THAT

9   INSTEAD OF THE LPN SENDING IT BACK TO THE FACILITY, SUCH AS

10  LSP, IT NOW GOES BACK TO THE RN AT DOC, CORRECT?

11     **A**   YES, WHO THEN SENDS IT TO THE REQUESTING SITE.

12     **Q**   OKAY.

13     **A**   IT'S JUST ONE MORE LAYER TO REVIEW TO SEE IF THERE'S

14  ANY CHANGE NEEDED IF IT'S A CONSISTENT CHANGE THAT THEY'RE

15  REQUESTING.

16     **Q**   THEN I GUESS IF IT'S A CONSISTENT CHANGE YOU ALL

17  UPDATE THE DOCUMENTATION?

18     **A**   CORRECT.

19     **Q**   OKAY.  HAVE THERE BEEN ANY CHANGES IN THE WAY THAT

20  YOUR STAFF COMMUNICATES WITH THE STAFF AT LSP?

21     **A**   OVER THE PERIOD OF TIME YOU BUILD RAPPORT WITH

22  PEOPLE.  WE'VE GONE OUT TO DO SITE VISITS TO THE DIFFERENT

23  FACILITIES, ANGOLA IS ONE OF THEM, SO MY STAFF COULD MEET

24  THEIR STAFF.  IT BUILDS A BETTER RAPPORT.  WE'VE DONE THE SAME

25  THING TO NEW ORLEANS AND TO OTHER FACILITIES ALSO.  IT JUST

1   HELPS TO KNOW WHO YOU'RE TALKING TO OVER THE PHONE, PUT A FACE

2   WITH THE NAME, SO THOSE KIND OF THINGS.  BUT, YES, IT HAS

3   IMPROVED.

4   **Q**   DOES IT MAKE THE PROCESS RUN MORE EFFICIENTLY, DO

5   YOU FIND?

6   **A**   YES.  I MEAN GOOD COMMUNICATION MAKES EVERYTHING RUN

7   SMOOTHLY.

8   **Q**   WHAT DOES THE SCHEDULING DEPARTMENT USE TO SCHEDULE

9   SPECIALTY APPOINTMENTS?

10   **A**   AN ONLINE ECEPTIONIST PROGRAM.

11   **Q**   IS THIS THE SAME PROGRAM THAT WAS USED IN 2016?

12   **A**   YES.

13   **Q**   HAVE THERE BEEN ANY SIGNIFICANT CHANGES TO THE WAY

14   THAT ECEPTIONIST IS USED SINCE 2016?

15   **A**   NO SIGNIFICANT CHANGES.  THERE MAY BE SOME MANDATORY

16   FIELDS THAT WERE MADE MANDATORY LIKE THE -- I'M NOT SURE IF IT

17   WAS '16 OR BEFORE, BUT LIKE THE DIAGNOSIS, YOU KNOW, ORDERING

18   PHYSICIANS.  SO SOME OF THOSE THINGS WE MAY CHANGE DEPENDING

19   ON WHAT'S NEEDED AT THE REQUESTING FACILITY WHEN WE INPUT THE

20   REQUEST.

21   **Q**   SO HAS DOC MADE ANY MODIFICATIONS TO ECEPTIONIST

22   SINCE 2016?

23   **A**   I'M NOT SURE IF WE MADE THOSE MODIFICATIONS BEFORE

24   OR AFTER, BUT WE DO MAKE MODIFICATIONS ALL THE TIME IF WE NEED

25   TO, ONLY BECAUSE WE NEED THAT INFORMATION TO PUT IN ANOTHER

1   SYSTEM TO COMPLETE THE PROCESS.

2       **Q**    AND I GUESS IF YOU NEED TO MAKE A MODIFICATION HOW

3   DOES THAT COME ABOUT?  HOW DO YOU GO ABOUT DOING THAT?

4       **A**    THERE'S THE PROGRAMMERS THAT ACTUALLY OWN THE

5   SOFTWARE ECEPTIONIST.  WE HAVE MONTHLY MEETINGS.  WE CAN

6   E-MAIL THEM AT ANY TIME REGARDING ANYTHING.  THEY MAKE THE

7   MODIFICATION, SEND IT BACK TO US AND THEN WE IMPLEMENT IT.

8       **Q**    OVERALL DO YOU FIND THAT ECEPTIONIST WORKS WELL?

9       **A**    YEAH, OVERALL IT WORKS WELL.

10      **Q**    FOR AN INDIVIDUAL SPECIALTY APPOINTMENT WHAT ARE THE

11  DATA ENTRY POINTS?  WHAT INFORMATION IS CAPTURED?

12      **A**    THE DATE AND THE TIME THAT THE REQUESTER PUTS IN THE

13  INFORMATION, THE SPECIALTY THAT IS BEING REQUESTED, THE

14  ORDERING PHYSICIAN, IF IT'S URGENT, ROUTINE, IF IT'S A

15  FOLLOW-UP OR INITIAL VISIT, AND THEN THE ICD OR THE DIAGNOSIS

16  THAT'S SUPPORTING THE NEED FOR THE REQUEST AND THEN THE STAFF.

17  IT'S ACTUALLY KIND OF STAMPED WITH THEIR NAME OF WHO'S

18  INPUTTING IT.

19      **Q**    AND I GUESS THROUGHOUT THE PROCESS IS THERE ANY

20  PLACE IN ECEPTIONIST WHERE IT'S REPORTED WHETHER THE

21  APPOINTMENT IS SCHEDULE?

22      **A**    YES.  WHEN THE REFERRAL COMES INTO HEADQUARTERS

23  EVERY TIME MY STAFF REVIEWS THE REFERRAL, ONCE THEY PUT IT IN

24  THE SYSTEM THEY DOCUMENT IN THE REFERRAL.  IT IS DOCUMENTED

25  WITH -- IT'S AUTOMATICALLY STAMPED WITH WHOEVER IS ISSUING --

1   YOU KNOW DOING THE COMMENT WITH THE DATE, THE TIME.  THE

2   REFERRING SITE CAN SEE ALL OF THAT INFORMATION.  IT'S A

3   TRANSPARENT KIND OF THING.  IF WE INPUT ANYTHING, IF THEY

4   INPUT, THEN EVERYONE CAN VIEW THE COMMENTS AND THEY KNOW

5   EXACTLY WHERE THE REFERRAL IS AT ANY TIME.  IF IT'S SCHEDULE

6   THEN IT ACTUALLY SENDS A NOTIFICATION THAT IT IS CLOSED BY MY

7   STAFF BECAUSE AN APPOINTMENT IS WANTED AND IT GOES BACK TO THE

8   REQUESTING SITE.

9       **Q**    ARE YOU ABLE TO RUN REPORTS ON ECEPTIONIST?

10      **A**    YES.

11      **Q**    DO YOU EVER RUN REPORTS?

12      **A**    I RUN SMALL REPORTS, BUT THEN I CAN RUN OTHER

13  REPORTS IF REQUESTED, BUT IF THEY'RE TOO BIG THE ECEPTIONIST

14  WOULD HAVE TO RUN THOSE REPORTS.  BUT, YES, YOU CAN.

15      **Q**    DO YOU HAVE ANY REPORTS THAT YOU ROUTINELY RUN?

16      **A**    I ROUTINELY RUN LIKE SPECIALTY REPORTS OF THOSE

17  DIFFERENT PROCEDURES AND THEN THE DIFFERENT -- LIKE MY TWO

18  HIGHEST REQUEST SITES OR THE FACILITY SITES THAT I MAKE

19  APPOINTMENTS; NEW ORLEANS IS ONE OF THEM AND THEN SHREVEPORT

20  IS ANOTHER ONE.

21          SO I LOOK AT THOSE NUMBERS TO SEE WHAT'S BEING

22  SCHEDULED, WHAT'S THE VOLUME, IF THERE'S ANYTHING THAT WE MAY

23  BE ABLE TO PULL ON SITE AND PREVENT, YOU KNOW, ALL THE TRIPS

24  FROM GOING OFF SITE; IF THERE'S SOMETHING WE CAN DO FOR THOSE

25  KIND OF THINGS OR DO MORE CONTRACTS.  I DO THAT MONTHLY.

1    **Q**    ARE YOU ABLE TO RUN REPORTS BY DOC INSTITUTION?

2    **A**    YES, WE CAN.

3    **Q**    ARE YOU ABLE TO DETERMINE THE NUMBER OF COMPLETED

4    APPOINTMENTS FROM ECEPTIONIST?

5    **A**    I AM ABLE TO RUN A REPORT TO FIND OUT THE TOTAL

6    NUMBER OF APPOINTMENTS, BUT IT'S NOT AN ELECTRONIC HEALTH

7    RECORD WHERE THOSE ARE ATTENDED, IF THEY SHOW UP AND IT GIVES

8    YOU A NO-SHOW.  THE ONLY WAY I KNOW IF THEY DO NOT GO TO THAT

9    APPOINTMENT IS IF THEY REQUEST A RESCHEDULE, IF THE PATIENT

10   REFUSES FOR ANY GIVEN REASON REGARDING THE APPOINTMENT.

11   **Q**    I GUESS YOUR -- HOW WOULD YOU LEARN THAT A PATIENT

12   WAS A NO-SHOW OR THE APPOINTMENT WAS CANCELED?  HOW WOULD YOU

13   LEARN THAT?

14   **A**    THE FACILITY.  THEY LET US KNOW.

15   **Q**    WHEN THEY LET YOU KNOW WHAT HAPPENS AFTER THAT?

16   **A**    THEY DOCUMENT IT IN THE REFERRAL AND THEN WE

17   RESCHEDULE THE APPOINTMENT.

18   **Q**    OKAY.  DOES ECEPTIONIST MAINTAIN ANY REPORTS FROM

19   THESE SPECIALTY VISITS?

20   **A**    NO, WE DO NOT MAINTAIN THEM.

21   **Q**    WHY IS THAT?

22   **A**    THE DOCUMENTATION FROM THE SPECIALTY VISIT DOES NOT

23   COME BACK TO HEADQUARTERS.  IT GOES TO THE REQUESTING SITE

24   WHEN THE PATIENT RETURNS TO THE SITE.

25   **Q**    IS IT FAIR TO SAY THAT ECEPTIONIST IS USED JUST FOR

1    SCHEDULING?

2        **A**    IT'S A SCHEDULING TOOL, YES.

3        **Q**    OKAY.  ALL RIGHT.  I WANT TO TALK ABOUT CHANGES IN

4    SPECIALTY CARE SINCE 2016.  SO YOU TESTIFIED EARLIER THAT THE

5    SCHEDULING DEPARTMENT SCHEDULES ALL OFF-SITE SPECIALTY CARE

6    FOR LSP, THAT'S CORRECT?

7        **A**    THAT IS CORRECT.

8        **Q**    FOR LSP ABOUT HOW MANY DIFFERENT FACILITIES PROVIDE

9    SPECIALTY CARE CURRENTLY?

10       **A**    IT'LL VARY.  IT JUST DEPENDS ON THE MONTH, WHAT'S

11   BEING REQUESTED, IF THE PATIENT WAS SEEN AT A PRIVATE FACILITY

12   VERSUS NEW ORLEANS.  THEY MAY HAVE APPOINTMENTS IN BATON

13   ROUGE.  SO IT COULD BE ANYWHERE FROM 20, IT COULD BE 25.  IT

14   JUST DEPENDS -- MAYBE NOT PER MONTH, BUT PER YEAR.  IT VARIES.

15           WE SCHEDULE SOMETIMES 60 TO 70 DIFFERENT SITES PER

16   MONTH TOTAL, SO IT'S A VARIABLE KIND OF THING.  IT JUST

17   DEPENDS ON WHERE THE PATIENTS WERE ADMITTED, DISCHARGED,

18   WHEREVER THEY WENT TO THE EMERGENCY ROOM, WHERE THEY'RE GOING

19   TO BE FOLLOWED UP.  SO IT'S NOT A DEFINITE NUMBER EVERY MONTH.

20       **Q**    DO YOU -- WHAT ABOUT IN 2016, HAVE YOU EVER LOOKED

21   AT HOW MANY DIFFERENT FACILITIES PROVIDED SPECIALTY CARE TO

22   LSP IN 2016?

23       **A**    YEAH, I PULLED A REPORT.  IT WAS LIKE 26 DIFFERENT

24   SITES.

25       **Q**    DO YOU HAVE A SENSE OF WHETHER THE NUMBER OF SITES

1  NOW IS MORE OR LESS THAN IN 2016?

2      **A**   IT COULD BE MORE.  IT COULD BE LESS.  I MEAN

3  REFERRALS HAVE GONE UP, SO IT COULD BE MORE.

4      **Q**   IS THERE ANY ONE OFF-SITE FACILITY THAT SEES THE

5  MOST PATIENTS FROM LSP?

6      **A**   NEW ORLEANS SEES THE MOST PATIENTS FROM ALL OF OUR

7  FACILITIES.

8      **Q**   THAT WOULD BE UMC; IS THAT CORRECT?

9      **A**   YEAH, UMCNO, LCMC.  IT'S THE CHARITY HOSPITAL.  IT

10  USED TO BE THE CHARITY HOSPITAL IN NEW ORLEANS.  BUT, YEAH, IT

11  HAS A LOT OF DIFFERENT NAMES.

12      **Q**   DID UMC SEE PATIENTS FROM LSP IN 2016?

13      **A**   YES.

14      **Q**   DO YOU KNOW WHETHER THE NUMBER OF APPOINTMENTS AT

15  UMC HAS CHANGED SINCE 2016?

16      **A**   IT'S IMPROVED SINCE 2016.

17      **Q**   DO YOU KNOW HOW MANY WERE SCHEDULED AT UMC IN 2016?

18      **A**   IT MAY HAVE BEEN LIKE 2600.

19      **Q**   DO YOU KNOW HOW MANY WERE SCHEDULED IN 2021?

20      **A**   AROUND 3500.

21      **Q**   ON-SITE SPECIALTY CARE, YOU TESTIFIED EARLIER THAT

22  THE SCHEDULING DEPARTMENT SCHEDULES ON-SITE SPECIALTY CARE FOR

23  LSP, CORRECT; SOME ON-SITE SPECIALTY CARE?

24      **A**   YES, WE DO OFFER SOME, NOT ALL.

25      **Q**   AND DO YOU KNOW IF LSP SCHEDULES ANY OF ITS OWN

1  ON-SITE SPECIALTY CARE?

2      **A**    THEY DO.  THEY SCHEDULE -- THEY HAVE SOME OF THEIR

3  OWN CONTRACTS THAT THEY SCHEDULE WITH.

4      **Q**    WHAT IS YOUR ROLE IN ON-SITE SPECIALTY CARE FOR LSP?

5      **A**    A LOT OF IT IS THE COORDINATION OF THE SPECIALISTS

6  WHO ARE CONTRACTED THROUGH HEADQUARTERS TO PROVIDE THAT CARE

7  TO LSP.  SO THERE'S A LOT OF COORDINATION WITH THE DATES OF

8  WHEN THE SPECIALIST WILL BE GONE IF THEY'RE NOT ON A ROUTINE

9  SCHEDULE.

10     **Q**    SO WHAT DO YOU DO TO COORDINATE THAT?

11     **A**    COMMUNICATE WITH THE PHYSICIANS REGARDING DATES AND

12 THEN COMMUNICATE WITH ANGOLA MEDICAL STAFF, THE NURSING STAFF.

13 TYPICALLY IT'S ANNETTE.  REGARDING WHEN THEY'RE GOING TO BE

14 COMING JUST SO THEY KNOW AND COORDINATE THAT ON THEIR END.

15     **Q**    THAT'S ANNETTE CARROLL; IS THAT CORRECT?

16     **A**    YES, CORRECT.

17     **Q**    HAVE THERE BEEN ANY CHANGES TO THE AVAILABILITY OF

18 ON-SITE SPECIALTY CARE AT LSP SINCE 2016?

19     **A**    YES.  WE'VE -- WE'VE DONE A LOT OF DIFFERENT THINGS

20 REGARDING -- TOTAL, BUT FOR LSP.  THE UROLOGISTS.  WE HAVE TWO

21 UROLOGISTS THAT ACTUALLY GO TWICE A MONTH INSTEAD OF ONE

22 UROLOGIST.  ORTHOPAEDICS, IT'S THE SAME PROVIDER THAT IS

23 CONTRACTED BUT HE HAS ADDITIONAL CLINICS.  LIKE INSTEAD OF

24 GOING FOUR DAYS A MONTH HE'LL GO FIVE OR SIX DAYS A MONTH,

25 DEPENDING ON THE VOLUME OF REFERRALS THAT ARE WAITING.

1     PHYSICAL THERAPY, WE HIRED A PHYSICAL THERAPIST IN

2   2020 FULL-TIME.  HE ACTUALLY HAS TWO DAYS AT LSP.  GENDER

3   DYSPHORIA, TRANSGENDER OR ENDOCRINE.  WE CONTRACTED AN

4   ENDOCRINOLOGIST TO DO TRANSGENDER TYPE REFERRALS.  ENDOSCOPY,

5   TYPICALLY IT WAS A SCHEDULE OF EVERY OTHER MONTH, THEY WOULD

6   GO FROM ANGOLA TO HUNT, BUT DUE TO THE VOLUME AND WHAT'S

7   NEEDED WE'VE INCREASED IT SOMETIMES TO TEN TIMES A MONTH

8   INSTEAD OF EVERY OTHER MONTH -- TEN TIMES A YEAR INSTEAD OF

9   EVERY OTHER MONTH AT ANGOLA.  CARDIOLOGY, THERE'S A

10  CARDIOLOGIST THAT WAS HIRED TO PROVIDE TWO DAYS A MONTH

11  ON-SITE CARE AT ANGOLA.

12     **Q**   OKAY.  THANK YOU.  AND THEN TELEMEDICINE.  THE

13  SCHEDULING DEPARTMENT ALSO SCHEDULES TELEMEDICINE APPOINTMENTS

14  AT LSP; IS THAT CORRECT?

15     **A**   YES.

16     **Q**   WHAT FACILITIES PROVIDE TELEMEDICINE APPOINTMENTS TO

17  LSP?

18     **A**   WE -- THE BULK OF THE TELEMEDICINE IS DONE THROUGH,

19  IT'S CALLED SOMED (INAUDIBLE) TELEMEDICINE WHICH IS THE LSU

20  PROVIDERS.  WE COORDINATE A LOT OF THAT.  BUT RECENTLY, WITHIN

21  THE LAST COUPLE OF YEARS, WE'VE ACTUALLY INCREASED SOME

22  TELEMEDICINE SERVICES WITH NEW ORLEANS FOR OUR ONCOLOGY

23  PATIENTS.

24     **Q**   WHAT AFFECT, IF ANY, DID COVID HAVE ON THE

25  AVAILABILITY OF SPECIALTY CARE APPOINTMENTS?

1      **A**      FOR TELEMEDICINE FOR SURE.  THERE WAS PROVIDERS THAT

2    WERE AFFECTED BY COVID.  THEY WERE DECEASED.  THERE WERE

3    PROVIDERS WHO LEFT THE STATE.  SO THERE WERE SOME SPECIALTIES

4    THAT WERE VERY LIMITED DEPENDING ON PROVIDERS THAT WERE NOT --

5    THAT WERE NO LONGER AVAILABLE.

6      **Q**      WHAT ABOUT ON-SITE SPECIALTY CARE, WAS THAT IMPACTED

7    DURING COVID?

8      **A**      YES.

9      **Q**      AND THEN I GUESS WHAT TIME FRAME ARE YOU REFERRING

10   TO?

11     **A**      COVID HAPPENED IN MARCH 2020, EVERYBODY KNOWS, AND

12   SO THE FIRST COUPLE WEEKS OF MARCH WERE FINE AND THEN OF

13   COURSE MID POINT OF THAT TIME FRAME IS WHEN, YOU KNOW, THE

14   PANDEMIC HIT AND NATIONALLY EVERYTHING WAS PUT IN PLACE AND

15   THEN THE GOVERNOR HAD ALL KIND OF PROCLAMATIONS AND DIFFERENT

16   THINGS THAT HAPPENED.  SO IT -- EVENTUALLY WE STOPPED HAVING

17   PEOPLE COME ONTO OUR CAMPUS, SO THE ON-SITE SPECIALISTS COULD

18   NOT COME IN.  CONJUGATE LIVING, AS FAR AS NURSING HOMES, THE

19   GOVERNOR PUT OUT TONS OF THINGS WHERE YOU COULDN'T GO IN TO

20   SEE.  YOU HAD TO LIMIT THOSE PEOPLE ACTUALLY CROSSING OVER

21   INTO OTHER DORMS AND OTHER LIVING QUARTERS, SO IT WAS A VERY

22   TRYING TIME FOR EVERYONE.

23     **Q**      AND THEN DID COVID IMPACT THE AVAILABILITY OF

24   OFF-SITE SPECIALTY CARE FOR LSP?

25     **A**      YES, IT DID.  THERE WAS -- I WAS PULLED INTO A

1   DIFFERENT ROLE AT HEADQUARTERS.  WITH ANY DISASTER YOU HAVE TO

2   MAKE OTHER PLANS.  SO EACH ONE OF MY NURSING STAFF WERE

3   ACTUALLY -- THE RN'S WERE GIVEN SPECIALTY -- DIFFERENT

4   FACILITIES THAT THEY HAD TO WORK WITH.  THE MEDICAL DIRECTORS

5   WOULD REVIEW -- ONLY URGENT REQUESTS WERE BEING SENT OUT.  THE

6   AVAILABILITY OF CLINICS CHANGED DEPENDING ON STAFFING.  YOU

7   KNOW, STAFFING SOMETIMES FROM A CLINICAL ASPECT OF THINGS IS

8   NOT AN URGENT -- THEY WOULD PULL THOSE STAFF TO WORK IN

9   EMERGENCY ROOMS AND DIFFERENT THINGS.  SO WE KIND OF FOLLOWED

10  THE NATIONAL WAY OF DOING THINGS AND WE HAD TO THEN MAKE

11  ARRANGEMENTS, ADJUSTMENTS, DEPENDING ON WHAT WAS AVAILABLE.

12     **Q**    OKAY.  MS. BENEDICT, I DON'T HAVE ANYMORE QUESTIONS

13  FOR YOU RIGHT NOW.

14          **THE COURT:**  CROSS.

15          **MS. MALIK:**  ELENA MALIK ON BEHALF OF PLAINTIFFS.

16  **CROSS-EXAMINATION**

17  **BY MS. MALIK:**

18     **Q**    HI, MS. BENEDICT.  IT'S NICE TO MEET YOU.  THERE IS

19  NO REQUIREMENT THAT A FACILITY DOCUMENT WHEN OR WHY A PATIENT

20  REFUSES CARE IN ECEPTIONIST, CORRECT?

21     **A**    ASK ME THAT AGAIN.  I DID NOT QUITE GET IT.

22     **Q**    SURE.  I'M SORRY.  THERE IS NO REQUIREMENT THAT A

23  FACILITY DOCUMENT WHEN OR WHY A PATIENT REFUSES CARE IN

24  ECEPTIONIST; IS THAT CORRECT?

25     **A**    THAT IS CORRECT.

1      **Q**    YOU MENTIONED BENCHMARKS FOR REFERRALS.  THAT

2   BENCHMARK IS JUST FOR THE INITIAL REVIEW OF THE REFERRAL, NOT

3   THE ENTIRE PROCESS OF SCHEDULING A SPECIALTY APPOINTMENT?

4      **A**    YOU'RE TALKING ABOUT THE URGENT AND THE ROUTINE?

5   THAT IS CORRECT, THE INITIAL REVIEW.

6      **Q**    THERE'S NO TIME-BASED BENCHMARK FOR OBTAINING AN

7   ACTUAL APPOINTMENT, RIGHT?

8      **A**    NO, THERE'S NOT.

9      **Q**    AND YOU TESTIFIED AT YOUR DEPOSITION IN THIS CASE

10  THAT YOU VERY INFREQUENTLY SPEAK WITH DR. LAVESPERE ABOUT

11  REFERRALS?

12     **A**    THAT IS CORRECT.

13     **Q**    YOU DON'T TRACK THE TIMELINESS OF FOLLOW-UP

14  APPOINTMENTS, DO YOU?

15     **A**    MAYBE ASK THAT IN ANOTHER WAY.  WHAT DO YOU MEAN

16  TRACK THE TIMELINESS?

17     **Q**    YOU DON'T TRACK HOW LONG IT TAKES FOR A FOLLOW-UP

18  APPOINTMENT TO BE SCHEDULED, CORRECT?

19     **A**    NO, I DO NOT.

20     **Q**    YOU DON'T TRACK WHETHER APPOINTMENTS ARE BEING KEPT;

21  IS THAT CORRECT?

22     **A**    NO, I DO NOT.

23     **Q**    YOU DON'T KNOW HOW OFTEN ANGOLA DOCTORS FOLLOW

24  SPECIALTY CARE PROVIDERS RECOMMENDATIONS, RIGHT?

25     **A**    I DO NOT WORK AT ANGOLA.

1      **Q**    YOU HAVE NO WAY OF KNOWING WHETHER PATIENTS ARE

2  RECEIVING RECOMMENDED SPECIALTY CARE OR FOLLOW-UP

3  APPOINTMENTS, DO YOU?

4      **A**    UNLESS THEY INPUT IT IN ECEPTIONIST THEN WE PROCESS

5  IT.

6      **Q**    YOU VERY RARELY COMMUNICATE WITH MEDICAL PROVIDERS

7  AT ANGOLA, RIGHT?

8      **A**    THAT IS CORRECT.

9      **Q**    YOU DON'T TRACK ERRORS IN SUBMISSIONS MADE THROUGH

10  ECEPTIONIST?

11      **A**    NO, I DO NOT.

12      **Q**    YOU DON'T DOCUMENT YOUR COMMUNICATION WITH

13  ADMINISTRATION ABOUT THE VOLUMES OF APPOINTMENTS AND SPECIALTY

14  SERVICE TYPES?

15      **A**    I COMMUNICATE VERY FREQUENTLY WITH ADMINISTRATION.

16      **Q**    ABOUT THE VOLUMES OF APPOINTMENTS?

17      **A**    THAT IS CORRECT.

18      **Q**    YOU GAVE A DEPOSITION IN THIS MATTER, CORRECT?

19      **A**    WAIT, WHAT DID YOU SAY?

20      **Q**    YOU GAVE A DEPOSITION IN THIS CASE, CORRECT?

21      **A**    I'VE GIVEN TWO DEPOSITIONS IN THIS CASE.

22      **Q**    YOU GAVE ONE IN MARCH 2022?

23      **A**    I DID.

24      **Q**    AND YOU WERE UNDER OATH?

25      **A**    YES.

1    **Q**   AND YOU WERE TELLING THE TRUTH?

2    **A**   YES, I'M TELLING YOU THE TRUTH.

3         **MS. MALIK:**  RACHEL, COULD YOU PLEASE PULL UP

4    MS. BENEDICT'S DEPOSITION AT PAGE 59.

5    **BY MS. MALIK:**

6    **Q**   OKAY.  WE'RE LOOKING AT -- BEGINNING ON LINE 15 MY

7    QUESTION WAS, "YOU DON'T DOCUMENT YOUR COMMUNICATION WITH

8    ADMINISTRATION ABOUT THE VOLUMES OF APPOINTMENTS AND SPECIALTY

9    TYPE SERVICES?"  YOU DON'T KEEP DOCUMENTATION OF THESE

10   CONVERSATIONS, CORRECT?

11   **A**   NO, I DON'T KEEP DOCUMENTATIONS OF MOST

12   CONVERSATIONS I HAVE, BUT I DO ROUTINELY COMMUNICATE TO MY

13   UPPER MANAGEMENT, THAT IS CORRECT.

14   **Q**   YOU DON'T KEEP RECORDS OF SPECIALTY REFERRALS AND

15   APPOINTMENTS AT HEADQUARTERS, CORRECT?

16   **A**   I DO NOT KEEP COPIES, NO, OF ANY DOCUMENTATION FROM

17   AN ELECTRONIC HEALTH RECORD OR FROM A FACILITY.  IT IS ONLY

18   USED TO FACILITATE AN APPOINTMENT.

19   **Q**   WHEN YOU RUN REPORTS FOR OFF-SITE CARE YOU DON'T

20   LOOK SPECIFICALLY AT ANGOLA?

21   **A**   I DO NOT.

22   **Q**   YOU WERE IN CHARGE OF SCHEDULING APPOINTMENTS FOR

23   LSP REFERRALS DURING COVID, RIGHT?

24   **A**   YES.

25   **Q**   SCHEDULING PROBLEMS OCCURRED DURING THE HEART OF

1    COVID, RIGHT?

2        **A**    SCHEDULING PROBLEMS, YES, THROUGH THE PANDEMIC THERE

3    WERE PROBLEMS SCHEDULING.

4        **Q**    AND YOU TESTIFIED AT YOUR DEPOSITION THAT THOSE

5    PROBLEMS OCCURRED DURING FOUR OR FIVE MONTHS OF 2020?

6        **A**    BETWEEN MARCH AND JULY WAS THE BIGGEST TIME FRAME OF

7    THE PANDEMIC OF WHEN THINGS WERE CHANGING, THAT IS CORRECT.

8        **Q**    AND YOU REFERRED TO THIS IN YOUR DEPOSITION AS THE

9    HEAVY HEART OF COVID?

10       **A**    IT WAS THE INITIAL -- IF THAT'S WHAT I SAID THEN

11   YES, THAT'S WHAT I SAID.

12       **Q**    NO ONE IN YOUR DEPARTMENT TRACKED WHAT FACILITIES

13   WERE NOT ACCEPTING PATIENTS DURING THE WORSE PART OF COVID

14   THESE FOUR TO FIVE MONTHS IN 2020 ENDING IN JULY OF 2020?

15       **A**    THERE WAS NO OFFICIAL DOCUMENTATION.

16       **Q**    THE LOUISIANA DEPARTMENT OF HEALTH WAS IN CHARGE OF

17   PLACING RESTRICTIONS ON HEALTH CARE IN RESPONSE TO COVID,

18   RIGHT?

19       **A**    CORRECT.

20       **Q**    AT THIS TIME I'D LIKE TO PULL UP DX_35_A AT PAGE 33,

21   PLEASE.

22            THIS IS THE LDH GUIDANCE ON COVID.  HAVE YOU EVER

23   REVIEWED THIS DOCUMENT?

24       **A**    I MAY HAVE REVIEWED THIS DOCUMENT.  I CAN'T 100

25   PERCENT TELL YOU THE TRUTH, BUT I'M LOOKING AT IT SO IT MAY

1  HAVE BEEN -- IF IT CAME FROM -- I COULD HAVE.

2      **Q**    THAT'S OKAY.  THAT'S OKAY.  LET'S TURN TO PAGE 37.

3          ARE YOU AWARE THAT THE LDH GUIDANCE SAID THAT AS OF

4  APRIL 2020 YOU COULD HAVE BEEN SCHEDULING MEDICAL AND SURGICAL

5  PROCEDURES FOR TIME SENSITIVE MEDICAL CONDITIONS SUBJECT TO

6  CERTAIN CONDITIONS?

7      **A**    YES.

8      **Q**    LET'S TURN TO PAGE 43.  YOU ARE AWARE THAT AS OF

9  JUNE 4TH, 2020, ACCORDING TO LDH GUIDANCE, MEDICAL AND

10 SURGICAL PROCEDURES WERE ALLOWED BASED ON THE NEEDS OF THE

11 SPECIFIC PATIENT APPROPRIATELY DOCUMENTED IN THE MEDICAL

12 RECORD?

13     **A**    YES, ONLY IF THE FACILITY WOULD ACCEPT THEM AND HAD

14 AVAILABLE STAFF TO TAKE CARE OF THEM, CORRECT.

15     **Q**    MY QUESTION WAS PURSUANT TO THE LDH GUIDANCE THIS

16 WAS PERMITTED.

17     **A**    IF THAT WAS THE GUIDANCE THAT WAS GIVEN, CORRECT.

18 BUT IT DOESN'T MEAN THAT THE FACILITIES WERE HONORING THOSE

19 DEPENDING ON STAFFING, CORRECT.

20     **Q**    FINALLY, LET'S GO TO PAGE 44.  YOU ARE AWARE THAT AS

21 OF JUNE 4TH, 2020, LDH ENCOURAGED PREVENTIVE AND PRIMARY CARE

22 VISITS TO DETECT HEALTH CONDITIONS THAT COULD NOT BE DIAGNOSED

23 BY TELEHEALTH?

24     **A**    I DON'T THINK I'VE EVER SEEN THIS MEMORANDUM, BUT I

25 DON'T WORK FOR LDH, BUT IF THAT'S WHAT THEY SAID THEN --

1   **Q**   SO YOU WERE NOT AWARE OF THIS GUIDANCE AT THIS TIME?

2   **A**   I CAN'T TOTALLY SAY I WAS AWARE OF THAT GUIDANCE --

3   THIS ONE.  I DID KNOW ABOUT THE MEDICAL SURGICAL PROCEDURES

4   AND THAT'S WHY THE MEDICAL DIRECTORS AT THE FACILITIES

5   REVIEWED ALL REFERRALS.

6   **Q**   AND YOU HAVEN'T SEEN THIS PARTICULAR GUIDANCE

7   BEFORE, RIGHT?

8   **A**   I'M NOT SO SURE.

9   **Q**   YOU TESTIFIED THAT AT THE TIME OF YOUR DEPOSITION

10  YOU TYPICALLY DIDN'T HAVE A HARD TIME GETTING APPOINTMENTS AT

11  UMC, RIGHT?

12  **A**   TYPICALLY WE DON'T HAVE A HARD TIME GETTING

13  APPOINTMENTS, CORRECT.

14  **Q**   YOU STILL DON'T HAVE A HARD TIME GETTING

15  APPOINTMENTS?

16  **A**   TYPICALLY WE DON'T.

17  **Q**   AND UMC OFFERS TIMELY APPOINTMENTS, RIGHT?

18  **A**   THEY DO.

19  **Q**   YOU WERE DEPOSED IN 2016 FOR THIS CASE AS A 30(B)(6)

20  DESIGNEE FOR THE DEPARTMENT OF CORRECTIONS, RIGHT?

21  **THE DEPUTY CLERK:**  MA'AM, WOULD YOU SLOW DOWN A

22  LITTLE BIT.  WE'RE HAVING A LITTLE TROUBLE UNDERSTANDING YOU.

23  **MS. MALIK:**  I'M SORRY.

24  BY MS. MALIK:

25  **Q**   YOU WERE DEPOSED IN 2016 FOR THIS CASE AS A 30(B)(6)

1    DESIGNEE FOR THE DEPARTMENT OF CORRECTIONS, RIGHT?

2        **A**    I WAS DEPOSED.  I DON'T KNOW WHAT ALL THOSE NUMBERS

3    MEAN, BUT I WAS UP HERE IN 2016.

4        **Q**    AND YOU TESTIFIED AT THE LIABILITY TRIAL IN 2018?

5        **A**    IF THAT'S WHEN IT WAS, YEAH.  I WAS ONLY UP HERE ONE

6    OTHER TIME, BUT I DON'T REALLY RECALL THE DATE.

7        **Q**    YOU REVIEWED JUDGE DICKS' MARCH 31ST, 2021 OPINION

8    FOLLOWING THE LIABILITY TRIAL, RIGHT?

9        **A**    I DID REVIEW THAT.

10       **Q**    WHEN YOU WERE ASKED ABOUT THE JUDGE'S OPINION AT

11   YOUR DEPOSITION YOU SAID, "YOU CAN'T ALWAYS BELIEVE WHAT YOU

12   READ."

13       **A**    WELL, YOU CAN'T.  I KEPT BEING BADGERED ABOUT GIVING

14   MY OPINION.  I --

15       **Q**    THANK YOU, MS. BENEDICT.

16       **A**    -- DON'T HAVE AN OPINION.  THANK YOU.  YES.

17   **REDIRECT EXAMINATION**

18   **BY MS. TOMENY:**

19       **Q**    VERY BRIEFLY.  MS. BENEDICT, YOU WERE JUST ASKED

20   ABOUT ERRORS AND I GUESS IF ERRORS ARE REFLECTED IN

21   ECEPTIONIST.  YOU RECALL BEING ASKED ABOUT THAT?

22       **A**    YES, SHE JUST ASKED ME.

23       **Q**    IF AN ERROR WERE MADE IN SCHEDULING HOW MIGHT IT BE

24   FOUND?

25       **A**    I MEAN IT COULD BE FOUND FROM MY STAFF, FROM THE

1    STAFF AT THE REQUESTING SITE.  THERE'S ERRORS THAT COULD

2    HAPPEN.  WE'RE ALL IMPERFECT TRYING TO BE PERFECT.  SO IF

3    THERE'S SOMETHING THAT IS A CONTINUED ERROR, THEN MY STAFF

4    MAKE ME AWARE.

5        **Q**    AND ARE YOU AWARE OF THE LARGE VOLUME OF SCHEDULING

6    ERRORS?

7        **A**    NO, I'M NOT AWARE OF IT.

8        **Q**    AND THEN RETURNING TO THE SUBJECT OF COVID, AM I

9    CORRECT THAT URGENT PROCEDURES WERE STILL SCHEDULED DURING

10   COVID?

11       **A**    YES, URGENT REQUESTS WERE REVIEWED.  ALL REQUESTS

12   WERE REVIEWED BY THE MEDICAL DIRECTORS AND THE MEDICAL STAFF

13   AT THE FACILITIES.  THEY REVIEWED THE PATIENTS WHO WERE IN

14   QUARANTINE.  THERE WAS A LOT OF DIFFERENT FACTORS THAT PLAYED

15   THE PARTS OF TRYING TO GET PEOPLE TO APPOINTMENTS OR IF

16   APPOINTMENTS WERE BEING KEPT FROM THE HOSPITAL SIDE IF THEY

17   DIDN'T CANCEL CLINICS.  THERE WAS A LOT OF DIFFERENT THINGS

18   GOING ON AT THAT TIME.

19       **Q**    OKAY.  AND I GUESS DOC WAS SORT OF AT THE MERCY OF

20   THESE OFF-SITE FACILITIES TO GET APPOINTMENTS DURING COVID; IS

21   THAT CORRECT?

22       **A**    THAT'S CORRECT.

23       **Q**    AND DOC FOLLOWED ALL APPLICABLE COVID GUIDELINES; IS

24   THAT CORRECT?

25       **A**    YES.  THE -- ALL THE MANDATES THEY WERE BEING

```
 1  FOLLOWED, CORRECT.  I MEAN I WAS PULLED FROM A DIFFERENT WHOLE
 2  POSITION IN THE COMMAND CENTER.  BUT ALL OF THOSE THINGS
 3  WERE -- BRIEFING, EVERYTHING THAT WENT DOWN, THEY WERE
 4  IMPLEMENTED.
 5      Q    ALL RIGHT.  THANK YOU.  I DON'T HAVE ANYTHING
 6  FURTHER.
 7          MS. TOMENY:  AND SHE IS RELEASED.
 8          THE COURT:  OKAY.  THANK YOU.
 9          NEXT WITNESS.
10          MS. TOMENY:  THE DEFENDANTS CALL ANNETTE CARROLL.
11          (WHEREUPON, ANNETTE CARROLL, HAVING BEEN DULY SWORN,
12  TESTIFIED AS FOLLOWS.)
13          THE DEPUTY CLERK:  IF YOU WOULD PLEASE STATE YOUR
14  NAME AND SPELL IT FOR THE RECORD.
15          THE WITNESS:  MARY ANNETTE DUPUIS DUBROC CARROLL.
16  DIRECT EXAMINATION
17  BY MS. TOMENY:
18      Q    WOULD YOU SPELL THAT, PLEASE?
19      A    OH, I'M SORRY.  MARY, M-A-R-Y.  DUPUIS IS
20  D-U-P-U-I-S.  DUBROC, D-U-B-R-O-C.  CARROLL, C-A-R-R-O-L-L.
21      Q    THANK YOU, MS. CARROLL.  YOU TESTIFIED IN THE PRIOR
22  PHASE OF THIS TRIAL; IS THAT CORRECT?
23      A    YES, I DID.
24      Q    HOW ARE YOU CURRENTLY EMPLOYED?
25      A    I'M AN RN MANAGER FOR THE DOC ANGOLA.
```

1    **Q**    HOW LONG HAVE YOU HELD THIS POSITION?

2    **A**    I HAVE HELD THIS POSITION SINCE 2011.

3    **Q**    ARE YOU A REGISTERED NURSE?

4    **A**    YES, I AM.

5    **Q**    HAVE YOU EVER HAD ANY DISCIPLINARY ACTION ON YOUR

6    LICENSE?

7    **A**    NO, I HAVE NOT.

8    **Q**    PLEASE EXPLAIN TO THE COURT WHAT YOU DO AT LSP?

9    **A**    OKAY.  I'M AN RN MANAGER AND I MANAGE THREE

10   DIFFERENT AREAS; THE DOCTORS' CLINIC, TRIP'S OFFICE AND

11   TELEMEDICINE.

12   **Q**    OKAY.  LET'S TALK ABOUT THE DOCTORS' CLINIC.  WHAT

13   IS THE DOCTORS' CLINIC?

14   **A**    THE DOCTORS' CLINIC IS -- IT'S A CLINIC THAT'S HELD

15   DAILY AND TAKES CARE OF THE NEEDS OF GENERAL MEDICINE, CHRONIC

16   DISEASE, SPECIALTY CARE FOR THE OFFENDER POPULATION.

17   **Q**    HOW MANY PEOPLE DO YOU SUPERVISE IN THE DOCTORS'

18   CLINIC?

19   **A**    AT THE PRESENT TIME IN THE DOCTORS' CLINIC I HAVE

20   FIVE -- FIVE NURSES.

21   **Q**    ARE THOSE ALL REGISTERED NURSES?

22   **A**    LPN'S.

23   **Q**    OKAY.  ALL RIGHT.  DID YOU SUPERVISE THE DOCTORS'

24   CLINIC IN 2016?

25   **A**    YES, I DID.

1    **Q**    WHAT, IF ANY, CHANGES HAVE BEEN MADE TO THE DOCTORS'

2    CLINIC SINCE 2016?

3    **A**    SINCE 2016 WE HAD DEFINITELY THE ROOMS MORE

4    ACCESSIBLE TO THE SINK AREA, THAT WAS A BIG ISSUE, SO THAT'S

5    BEEN CLEARED.  OLD DESKS HAVE BEEN REMOVED AND REPLACED WITH

6    NEWER DESKS AND SHELVING TO HOLD THE PROVIDER'S BOOKS OR ANY

7    KIND OF MATERIALS THAT THEY MAY NEED.

8         ALL THE NURSING STAFF HAS BEEN PROVIDED WITH A DOC

9    ISSUED LAPTOP AND THEY CAN CARRY THIS LAPTOP FROM ONE AREA TO

10   THE OTHER, SO THAT'S BEEN AN IMPROVEMENT.  ALL NURSES AND

11   PROVIDERS HAVE ACCESS TO ECEPTIONIST AND EPIC.  ALSO WITHIN

12   THE DOCTORS' CLINIC EDUCATION IS A BIG THING AND WE HAVE TV

13   MONITORS UP THAT PLAY EDUCATIONAL VIDEOS THROUGHOUT THE

14   WORKDAY.

15   **Q**    WERE YOU INVOLVED IN THE ADDITION OF THESE

16   EDUCATIONAL VIDEOS?

17   **A**    YES, I WAS.

18   **Q**    AND WHY WERE THESE VIDEOS ADDED?

19   **A**    I'M SORRY, CAN YOU REPEAT THAT?

20   **Q**    WHY WERE THESE VIDEOS ADDED?

21   **A**    I FELT -- I CAN SPEAK FOR MYSELF AND I KNOW WHY THEY

22   WERE ADDED, BUT GIVEN THE OFFENDER POPULATION EDUCATION ON

23   MEDICAL NEEDS, AND ESPECIALLY ON NEEDS THAT THEY MAY HAVE AT

24   THE PRESENT TIME, IT KIND OF GETS THEM READY FOR THEIR

25   DOCTOR'S APPOINTMENT AND MAY HELP THEM TO ASK THE APPROPRIATE

1   QUESTIONS OR ASK ABOUT DIFFERENT MEDICATIONS, DIFFERENT

2   TREATMENT MODALITIES.

3       Q    HOW ARE APPOINTMENTS SCHEDULED IN THE DOCTORS'

4   CLINIC?

5       A    THE APPOINTMENTS ARE SCHEDULED THROUGH THE MEDICAL

6   RECORDS DEPARTMENT.

7       Q    ALL RIGHT.  AND WHAT ABOUT -- IS THERE ANY

8   DIFFERENCE IN THE WAY SPECIALTY APPOINTMENTS ARE SCHEDULED?

9       A    YES.

10      Q    HOW ARE THOSE SCHEDULED?

11      A    OKAY.  ON-SITE SPECIALTY CLINICS ARE SCHEDULED BY

12  THE NURSING STAFF.  EACH NURSE HAS TWO TO THREE SPECIALTY

13  CLINICS THAT THEY TRACK AND SCHEDULE.

14      Q    OKAY.  WHAT PROGRAM DO THEY USE TO SCHEDULE THOSE?

15      A    THEY ACTUALLY USE AN OLD PROGRAM CALLED NUT PLUS

16  THAT'S EVENTUALLY GONE AWAY WHILE WE WAIT FOR EHR, BUT IT

17  WORKS FOR THEM.

18          **THE COURT:**  WHAT'S IT CALLED?

19          **THE WITNESS:**  NUT PLUS.

20          **THE COURT:**  NUT PLUS?

21          **THE WITNESS:**  YES, IT'S OLD.

22  **BY MS. TOMENY:**

23      Q    HOW DO -- HOW DO OFFENDERS KNOW WHEN THEY HAVE AN

24  APPOINTMENT IN THE DOCTORS' CLINIC?

25      A    THE DAY BEFORE THE CLINIC A CALLOUT IS SENT TO ALL

1   OF THE HOUSING AREAS.  IT'S E-MAILED TO ALL THE WARDENS, ALL

2   THE SUPERVISORS AND IT'S ALSO SENT TO THE LOCATIONS -- THE

3   OFFENDER -- HOUSING LOCATIONS.

4           ALSO, THERE'S SCREENS THAT WERE PUT UP TO ACTUALLY

5   SHOW THE APPOINTMENTS, THE OFFENDER'S NAME AND THE

6   APPOINTMENT; NOT WHAT THEY'RE COMING FOR, NONE OF THAT

7   INFORMATION; JUST WHERE THEY NEED TO BE FOR THEIR APPOINTMENT

8   TIME.

9       **Q**   AND ARE THESE MONITORS, ARE THEY NEW SINCE 2016?

10      **A**   NO.

11      **Q**   IS THERE A MASTER LIST OF APPOINTMENTS THAT'S

12  PREPARED EACH DAY?

13      **A**   YES.

14          **MS. TOMENY:**  BROOKE, IF YOU COULD PLEASE PULL UP

15  DX-25 AND THIS EXHIBIT WILL BE SEALED.

16  **BY MS. TOMENY:**

17      **Q**   ALL RIGHT.  MS. CARROLL, ARE YOU FAMILIAR WITH THIS

18  DOCUMENT?

19      **A**   YES, I AM.

20      **Q**   OKAY.  CAN YOU IDENTIFY IT FOR THE COURT?

21      **A**   CAN YOU PULL IT UP JUST A LITTLE BIT MORE FOR ME?

22  OKAY.  SO THAT IS THE DAILY CALLOUT.

23      **Q**   OKAY.  ALL RIGHT.  AND IS THIS -- IS THIS DOCUMENT

24  PREPARED -- WHO PREPARES THIS DOCUMENT?

25      **A**   MEDICAL RECORDS.

1      Q    OKAY.  ALL RIGHT.  IS THIS -- THE DAILY CALLOUT,

2  THAT IS SOMETHING THAT'S STILL DONE TODAY?

3      A    YES.

4           MS. TOMENY:  BROOKE, IF YOU COULD, PLEASE, GO TO

5  PAGE 1976.  ALL RIGHT.

6  BY MS. TOMENY:

7      Q    AND THEN, MS. CARROLL, IF YOU COULD JUST IDENTIFY

8  WHAT YOU HAVE THERE ON YOUR SCREEN RIGHT THERE?

9      A    OKAY.  HAS IT CHANGED?

10      Q    WHAT IS THE DATE RANGE OF THIS DOCUMENT?

11      A    OH, THE DAILY MEDICAL LIST IS WHAT YOU'RE TALKING

12  ABOUT?

13      Q    YES.

14      A    JANUARY 01, '20 TO 12/31/20.

15      Q    SO THAT'S THE CALLOUT LIST FOR THE 2020 CALENDAR

16  YEAR; IS THAT CORRECT?

17      A    YES.

18           MS. TOMENY:  THEN, BROOKE, IF YOU COULD PLEASE GO TO

19  PAGE 2464.

20  BY MS. TOMENY:

21      Q    ALL RIGHT.  MS. CARROLL, DO YOU RECOGNIZE THIS --

22  WHAT THIS IS?

23      A    YES, I DO.

24      Q    OKAY.  WHAT IS IT?

25      A    THIS IS WHAT WE REFER TO AS THE DAILY CALLOUT.

1    **Q**   AND I SEE THAT THIS IS FOR -- THE PARTICULAR PAGE
2    WE'RE LOOKING AT IS MONDAY, JANUARY 4TH, 2021; IS THAT
3    CORRECT?
4    **A**   THAT'S CORRECT.
5    **Q**   THE DAILY CALLOUTS, IS THIS SOMETHING THAT'S
6    MAINTAINED BY YOUR OFFICE?
7    **A**   YES.
8    **MS. TOMENY:**  AT THIS TIME I'D LIKE TO OFFER, FILE
9    AND INTRODUCE DX-25 IN GLOBO.
10   **MS. MALIK:**  NO OBJECTION, YOUR HONOR.
11   **THE COURT:**  ADMITTED.
12   **BY MS. TOMENY:**
13   **Q**   SO YOU TESTIFIED A FEW MINUTES AGO THAT THE MEDICAL
14   RECORDS STAFF PREPARES THE DAILY CALLOUT LIST; IS THAT RIGHT?
15   **A**   THAT'S CORRECT.
16   **Q**   AFTER THE LIST IS PREPARED WHERE DOES IT GO AFTER
17   THAT?
18   **A**   AGAIN, IT COMES TO THE DOCTORS' CLINIC STAFF AND IT
19   ALSO GOES OUT TO ALL THE WARDENS IN HOUSING AREAS.
20   **Q**   WHAT DOES THE DOCTORS' CLINIC STAFF DO WITH THE
21   CALLOUT LIST?
22   **A**   THE CALLOUT IS USED THE DAY BEFORE TO KIND OF
23   PREPARE FOR THE NEXT DAY.  AS FAR AS FOR HOW MANY PATIENTS ARE
24   GOING TO BE SEEN, HOW MANY PROVIDERS ARE GOING TO BE THERE.
25   ALSO MEDICINE -- MEDICAL -- MEDICINE LISTS, MED LISTS, ARE

1  PULLED UP THE DAY BEFORE AND PUT IN THE CHARTS SO THAT THE

2  PROVIDER WILL HAVE THAT READY WHENEVER THEY SEE THE PATIENTS

3  THE NEXT DAY.  IT'S ALSO USED FOR JUST -- I LOST MY TRAIN OF

4  THOUGHT.  I'M SORRY.

5       **Q**    THAT'S OKAY.

6       **A**    BASICALLY THAT'S WHAT IT'S USED FOR.

7       **Q**    OKAY.  WHAT TYPES OF APPOINTMENTS ARE INCLUDED ON

8  THE DAILY CALLOUT?

9       **A**    ON GENERAL MEDICINE?  GENERAL MEDICINE IS.

10      **Q**    UH-HUH.

11      **A**    BASICALLY -- ACTUALLY LAB'S ON THERE, X-RAY IS ON,

12  BUT WE TAKE CARE OF THE GENERAL MEDICINE CLINIC.

13      **Q**    OKAY.  ARE ON-SITE SPECIALTY APPOINTMENTS, ARE THEY

14  INCLUDED ON THE DAILY CALLOUT?

15      **A**    THE ON-SITE IT'S ACTUALLY AN ATTACHMENT THAT'S

16  ATTACHED TO THE -- TO THE CALLOUT.

17      **Q**    OKAY.  WHAT ABOUT TELEMEDICINE, ARE THOSE

18  APPOINTMENTS LISTED THERE?

19      **A**    THAT'S ALSO AN ATTACHMENT.

20      **Q**    OKAY.  ABOUT HOW MANY APPOINTMENTS ARE HELD IN THE

21  DOCTORS' CLINIC EVERY DAY?

22      **A**    AND THAT DEPENDS ON THE AMOUNT OF PROVIDERS.  EACH

23  PROVIDER SEES 15 TO 20.  SO IF WE HAVE FOUR PROVIDERS WE SEE

24  UP TO 80 PATIENTS.

25      **Q**    ABOUT HOW MANY PROVIDERS WOULD YOU SAY THAT YOU HAVE

1  ON A DAILY BASIS?

2      **A**    WITHIN THE DOCTORS' CLINIC WE NORMALLY HAVE THREE

3  PROVIDERS.

4      **Q**    OKAY.  WHAT ABOUT SPECIALTY, DO YOU KNOW ABOUT HOW

5  MANY SPECIALTY APPOINTMENTS -- ON-SITE SPECIALTY APPOINTMENTS

6  ARE EVERY DAY?

7      **A**    AGAIN, THAT DEPENDS ON THE SPECIALTY.  WE CAN --

8  ANYWHERES FROM 10 PATIENTS TO 25 OR 30, DEPENDING ON THE

9  SPECIALTY FOR THAT DAY.

10     **Q**    WHAT IS THE AVERAGE WAIT TIME ON THE DAY OF AN

11  APPOINTMENT?

12     **A**    AND THAT ALSO IS KIND OF CLINIC SPECIFIC, BUT

13  AVERAGE IS NO MORE THAN TWO HOURS.

14     **Q**    ARE THE APPOINTMENT TIMES STAGGARD IN ANY WAY?

15     **A**    YES, THEY ARE.

16     **Q**    TELL US MORE ABOUT THAT.

17     **A**    THE CALLOUT IS MADE AND THERE'S A CALLOUT FOR 7 AND

18  THEN AFTER COUNT WHICH IS ABOUT 10:30, AND THAT'S FOR THE

19  MORNING CALLOUT, AND THEN THE AFTERNOON CALLOUT GOES OUT AND

20  THAT'S FOR 12:30.

21     **Q**    BACK IN 2016 THERE WERE ON-SITE SPECIALTY CLINICS AT

22  LSP; IS THAT CORRECT?

23     **A**    YES.

24     **Q**    HAVE THERE BEEN ANY CHANGES TO THE AVAILABILITY OF

25  ON-SITE SPECIALTY CLINICS SINCE 2016?

1     **A**     YES.  WE HAVE ADDED SOME SPECIALTIES.  CARDIOLOGY

2  NOW COMES ON SITE TWICE A MONTH.  WE HAVE UROLOGY; TWO DOCTORS

3  FROM THE LSU SYSTEM COME IN.  ORTHO, WHICH WE'VE ALWAYS HAD

4  ORTHO.  BUT WE HAVE -- THIS IS A PRIVATE ORTHO DOCTOR THAT

5  CAME IN TO WORK WITH US.

6     **Q**     ALL RIGHT.  HAVE ANY, YOU KNOW, EXISTING PROVIDERS,

7  HAVE THEY ADDED ADDITIONAL CLINIC DAYS?

8          HAVE THEY ADDED ANY ADDITIONAL CLINIC DAYS?  YOU

9  KNOW, A PROVIDER THAT MAY HAVE BEEN ON SITE AT LSP FOR YEARS;

10 HAVE THEY MADE ANY CHANGES TO THE NUMBER OF TIMES THEY COME?

11    **A**     OH, YES.  YES.  AGAIN, DEPENDING ON WHAT OUR BACKLOG

12 NUMBER IS AND THEIR CONTRACT OF COURSE, BUT HEADQUARTERS WORKS

13 WITH US ON THAT TO AMEND THE CONTRACTS AS NEEDED.

14    **Q**     YOU MENTIONED THE BACKLOG.  DOES LSP TRACK THE

15 BACKLOG?

16    **A**     YES.

17    **Q**     HOW DOES LSP DEFINE BACKLOG?

18    **A**     BACKLOG PER THE REG IS ANY REFERRAL OFFENDER --

19 OFFENDER'S REFERRAL THAT HAS NOT BEEN SEEN ON THE LAST DAY OF

20 THE REPORTING MONTH.

21    **Q**     WHAT IF -- WHAT IF THE REFERRAL IS MADE ON THE 31ST

22 OF THE MONTH?

23    **A**     THAT'S ALSO COUNTED AS BACKLOG, WHICH I DON'T AGREE

24 WITH.

25    **Q**     NOW, HOW HAVE THE CHANGES TO THE ON-SITE CLINICS,

1    HOW HAS THAT IMPACTED THE BACKLOG, THE SPECIALTY REFERRALS?

2          **A**     IT DEFINITELY HAS DECREASED THE BACKLOGS.  G-U, WE

3    HAVE ZERO BACKLOG IN THAT CLINIC; AS TO WHERE WE USED TO HAVE

4    QUITE A LARGE BACKLOG WITH THE TWO DOCTORS COMING IN TAKING

5    CARE OF ALL THESE NEEDS.  THAT'S BEEN A PLUS.

6          THE PODIATRY IS ONE OF OUR HIGHER BACKLOG NUMBERS,

7    BUT HE'S ACTUALLY GIVING US EXTRA CLINICS SO THAT WE CAN CATCH

8    UP ON THAT BACKLOG.

9          ORTHO WORKS WITH US, AS WELL AS HEADQUARTERS, TO

10   GIVE US EXTRA DAYS WHEN WE FEEL THAT WE NEED EXTRA DAYS

11   BECAUSE OF BACKLOG.

12         **Q**   OKAY.  ALL RIGHT.  LET'S TALK A LITTLE MORE

13   SPECIFICALLY ABOUT THE CURRENT ON-SITE CLINICS.

14         SO AM I CORRECT THAT ON SITE AT LSP THERE'S MRI, CT

15   AND ULTRASOUND; IS THAT RIGHT?

16         **A**   THAT'S CORRECT.

17         **Q**   AND HOW LONG HAVE THESE BEEN ON SITE?

18         **A**   MRI'S HAVE BEEN THERE PROBABLY -- I DON'T KNOW.  I

19   CAN'T REALLY GIVE YOU A DATE ON THAT, BUT IT'S BEEN PROBABLY

20   20 YEARS.  WE HAVE AN OLD -- IT WAS ALLIANCE THAT PROVIDED THE

21   MRI'S AND THEN POST-COVID WE LOST THAT COMPANY BECAUSE THEY

22   DIDN'T HAVE PROVIDERS TO ACTUALLY COME AND DO THE TEST.  SO

23   DOC HAS NOW CONTRACTED A NEW COMPANY THAT COMES IN TO DO MRI'S

24   AND CT'S.

25         **Q**   OKAY.  AND HOW OFTEN ARE MRI'S AND CT'S DONE?

```
1        A     THOSE -- THEY ALTERNATE EVERY OTHER WEEK.  MRI COMES
2   ONE DAY AND CT COMES ONE DAY.  AND, AGAIN, IF WE NEED MORE, IF
3   OUR BACKLOG IS UP, THEN WE CAN HAVE MORE DAYS.  BUT AT THE
4   PRESENT TIME OUR BACKLOG IS NOT UP.
5        Q     OKAY.  AND ABOUT HOW MANY PATIENTS DO THE MRI AND CT
6   SEE EACH TIME?
7        A     THAT'S A LITTLE MORE DETAILED, SO IT'S GOING TO TAKE
8   LONGER, SO IT'S ABOUT TEN PATIENTS.
9        Q     THEN ULTRASOUND, HOW OFTEN DOES ULTRASOUND COME TO
10  LSP?
11       A     ULTRASOUND COMES TWO DAYS A WEEK.
12       Q     HOW MANY PATIENTS DO THEY SEE?
13       A     HOW MANY PATIENTS?
14       Q     YES.
15       A     FIFTEEN TO SIXTEEN.
16       Q     OKAY.  PER --
17       A     PER CLINIC DAY.
18       Q     OKAY.  OPTOMETRY, HOW OFTEN -- I GUESS LSP HAS
19  OPTOMETRY ON SITE; IS THAT CORRECT?
20       A     THAT'S CORRECT.
21       Q     HOW OFTEN DOES OPTOMETRY COME ON SITE?
22       A     WEEKLY.
23       Q     ABOUT HOW MANY PATIENTS DO THEY SEE EACH CLINIC DAY?
24       A     FORTY PLUS.
25       Q     EACH CLINIC DAY?
```

1      **A**      EACH CLINIC DAY.

2      **Q**      NEUROLOGY; LSP ALSO HAS NEUROLOGY ON SITE, CORRECT?

3      **A**      THAT'S CORRECT.

4      **Q**      HOW OFTEN DOES NEUROLOGY COME?

5      **A**      ONCE A WEEK AND HE WILL GIVE US AN ADDITIONAL DAY AS

6   NEEDED.

7      **Q**      AND ABOUT HOW MANY PATIENTS DOES HE SEE EACH DAY?

8      **A**      TEN.

9      **Q**      DOES LSP HAVE AN INFECTIOUS DISEASE HIV CLINIC ON

10   SITE?

11      **A**      YES.

12      **Q**      AND HOW OFTEN IS THIS CLINIC HELD?

13      **A**      DR. STEWART, ONE OF OUR PROVIDERS, COMES ONCE A

14   MONTH, AND THEN NURSE PRACTIONER CINDY PARK HOLDS A CLINIC,

15   AGAIN AS NEEDED.  IT COULD BE WEEKLY DEPENDING ON THE NEED OR

16   EVERY OTHER WEEK.

17      **Q**      HOW MANY PATIENTS ARE SEEN BY THAT PARTICULAR

18   CLINIC?

19      **A**      UP TO 20.

20      **Q**      LSP ALSO HAS ON-SITE GASTROENTEROLOGY, CORRECT?

21      **A**      YES.

22      **Q**      HOW OFTEN DOES THAT OCCUR?

23      **A**      AGAIN, THAT'S KIND OF BASED ON OUR NEED.  WHEN OUR

24   VOLUME IS UP THEY ACTUALLY COME ONCE A WEEK -- ONCE A WEEK

25   UNTIL OUR -- ACTUALLY OUR BACKLOG IS DOWN.  WHEN OUR BACKLOG

1   IS NOT UP, THEN THEY ACTUALLY COME EVERY OTHER MONTH TO US AND

2   THEN THEY GO TO ANOTHER FACILITY ON THE OTHER DAYS -- ON THE

3   OTHER WEEKS.

4        **Q**    WHAT KIND OF SERVICES DOES THE GASTROENTEROLOGIST

5   PROVIDE ON SITE?

6        **A**    THEY ACTUALLY -- ALL ENDOSCOPIES, COLONOSCOPIES,

7   EDG'S.  THEY ALSO PROVIDE GI CLINIC AND THAT IS JUST THE

8   DOCTOR SEEING THEM FOR THEIR GI NEEDS, MAYBE GIVING THEM TEST

9   RESULTS FROM THEIR COLONOSCOPIES OR EGD'S

10       **Q**    HOW MANY PATIENTS ARE SEEN IN EACH CLINIC?

11       **A**    NORMALLY I'M GOING TO GUESSTIMATE ABOUT 12.  AND,

12   AGAIN, IT DEPENDS ON HOW MANY TESTS, YOU KNOW -- HOW MANY

13   TESTS ARE NEEDED.  SOME HAVE DOUBLES AND SOME ARE JUST SINGLE.

14       **Q**    DOES LSP HAVE ON SITE UROLOGY?

15       **A**    YES.

16       **Q**    HOW OFTEN DOES UROLOGY COME?

17       **A**    TWICE A MONTH.

18       **Q**    AND HOW MANY PATIENTS ARE SEEN IN THAT CLINIC PER

19   DAY?

20       **A**    THEY SEE UP TO 80 PATIENTS BECAUSE IT'S TWO

21   PROVIDERS.

22       **Q**    OKAY.  YOU MENTIONED EARLIER THAT LSP HAS ON-SITE

23   PODIATRY, CORRECT?

24       **A**    THAT'S CORRECT.

25       **Q**    HOW OFTEN DOES PODIATRY COME?

```
1          A    ONCE A WEEK WITH A FLOATING VISIT AS NEEDED.  AND
2    LATELY WE HAVE USED -- BECAUSE WE DO HAVE A BACKLOG, SO HE
3    DOES COME AN ADDITIONAL DAY.  AND WE'VE RECENTLY ASKED
4    HEADQUARTERS TO ACTUALLY AMEND HIS CONTRACT TO ADD ADDITIONAL
5    DAYS, WHICH HE HAS AGREED TO DO TO HELP LOWER OUR BACKLOG.
6          Q    HOW MANY PATIENTS DOES THE PODIATRIST SEE EACH DAY?
7          A    AN AVERAGE OF 20.  25 ARE SCHEDULED BUT AN AVERAGE
8    OF 20.
9          Q    DOES LSP HAVE ON-SITE ORTHOPEDICS?
10         A    YES.
11         Q    HOW OFTEN DOES THE ORTHOPEDIST COME?
12         A    ONCE A WEEK AND, AGAIN -- ACTUALLY UP TO SIX -- SIX
13   CLINICS PER MONTH AS NEEDED.
14         Q    AND HOW MANY PATIENTS ARE SEEN AT EACH CLINIC?
15         A    TWENTY-FIVE.
16         Q    LSP ALSO HAS AN ON-SITE GENERAL SURGERY CLINIC,
17   CORRECT?
18         A    THAT'S CORRECT.
19         Q    AND HOW OFTEN DOES THIS HAPPEN?
20         A    HE COMES ONCE A MONTH.
21         Q    WHAT KIND OF SERVICES DOES HE PROVIDE?
22         A    HE DOES ASSESSMENTS FOR ANY KIND OF SURGICAL NEEDS;
23   HERNIAS.  HE DOES SOME -- SOME MINOR SURGERY ON SITE, LIKE
24   GLAUCOMAS, THINGS THAT OUR PROVIDERS CANNOT DO, IT MAY BE A
25   LITTLE BIT TOO COMPLICATED.  BUT HE'LL SEE -- ONCE OUR
```

1  PROVIDERS DECIDE THE PATIENT PROBABLY NEEDS SURGERY, THEN

2  THEY'LL GO AHEAD AND SEND THEM TO THE GENERAL SURGEON AND HE

3  ASSESSES THE NEED FOR THE SURGERY AT THAT TIME.

4  **Q**   HOW MANY PATIENTS DOES HE SEE?

5  **A**   HE SEES AVERAGE 18.

6  **Q**   AND LSP ALSO HAS ON-SITE CARDIOLOGY, CORRECT?

7  **A**   THAT'S CORRECT.

8  **Q**   HOW OFTEN DOES THE CARDIOLOGIST COME ON SITE?

9  **A**   TWICE A MONTH.

10  **Q**   WHAT KIND OF SERVICES DOES HE PROVIDE?

11  **A**   HE PROVIDES EXAMS FOR ALL OF OUR CARDIAC PATIENTS.

12  HE REVIEWS ALL OF THEIR TEST RESULTS.  HE MAY ORDER TEST

13  RESULTS OFF SITE.  HE ORDERS EKG'S, LABS.

14  **Q**   OKAY.  AND HOW MANY PATIENTS DOES HE SEE IN A CLINIC

15  DAY?

16  **A**   TWENTY-FIVE.

17  **Q**   DOES LSP HAVE ON-SITE PHYSICAL THERAPY?

18  **A**   YES.

19  **Q**   AND HOW OFTEN DOES THAT HAPPEN?

20  **A**   FOUR TIMES A WEEK.

21  **Q**   AND HOW MANY PATIENTS ARE SEEN?

22  **A**   TWENTY-FIVE.

23  **Q**   PER CLINIC DAY?

24  **A**   YEAH, PER CLINIC DAY.

25  **Q**   ALL RIGHT.  DOES LSP HAVE ON-SITE DERMATOLOGY?

1    **A**    YES.

2    **Q**    AND HOW OFTEN IS THAT CLINIC?

3    **A**    TWICE A MONTH.

4    **Q**    AND HOW MANY PATIENTS ARE SEEN PER CLINIC DAY?

5    **A**    TWENTY-FIVE TO 30.

6    **Q**    WHERE ARE THESE SPECIALTY CLINICS CONDUCTED?  WHERE

7    ARE THEY HELD?

8    **A**    WITHIN THE DOCTORS' CLINIC AT THE R-A-B TREATMENT

9    CENTER.

10   **Q**    AND WHO'S TYPICALLY PRESENT IN THE ROOM DURING ONE

11   OF THESE VISITS?

12   **A**    DURING ONE OF THE GENERAL -- SPECIALTY CLINICS?

13   **Q**    YES.  CORRECT.

14   **A**    OKAY.  IT WOULD BE THE PROVIDER AND THE PATIENT.

15   **Q**    WERE THE OPERATIONS OF THE DOCTORS' CLINIC IMPACTED

16   BY COVID?

17   **A**    DEFINITELY.

18   **Q**    CAN YOU TELL THE COURT HOW -- HOW THEY WERE

19   IMPACTED?

20   **A**    WHEN COVID HIT OF COURSE WE KIND OF BECAME THE HUB

21   FOR ALL COVID PATIENTS FROM JAILS, AND SO WE HAD TO OPEN A

22   COVID UNIT WHICH BASICALLY TOOK MOST OF THE RN'S OUT OF THE

23   PICTURE, OUT OF THE WORKING SITE, AND WE STAFFED THE COVID

24   UNIT.  WE ROTATED 12-HOUR SHIFTS TO COVER THAT AND THAT WENT

25   ON FOR MONTHS.

1        OF COURSE, YOU KNOW, TO AID IN NOT SPREADING COVID

2   THEY QUARANTINED THE OFFENDERS.  SO WE BASICALLY -- THE NURSES

3   WENT DOWN TO THEM.

4        SO THAT WAS A BIG CHANGE THAT WE HAD TO KIND OF

5   ADJUST EVERYTHING AND GO DOWN TO THE HOUSING AREA TO GET THEM

6   THE MEDICAL NEED -- THE MEDICAL ATTENTION THAT THEY NEEDED AND

7   TREATMENTS.

8        **Q**   OKAY.  LET'S TALK ABOUT THE TELEMEDICINE OFFICE.

9   WHAT IS THE TELEMEDICINE OFFICE GENERALLY?

10       **A**   OKAY.  TELEMEDICINE IS A WAY TO PROVIDE MEDICAL CARE

11  TO THE OFFENDER WITH THE OFFENDER NOT LEAVING THE PRISON

12  BASICALLY.  THE SPECIALIST IS ON SITE IN, IT COULD BE NEW

13  ORLEANS OR LALLIE KEMP'S, AND THE PATIENT IS BASICALLY AT

14  ANGOLA SEEING THE DOCTOR OVER A SCREEN -- OVER THE TV.

15       **Q**   THIS IS DIFFERENT FROM SICK CALL TELEMEDICINE,

16  CORRECT?

17       **A**   THAT'S CORRECT.  THIS IS SPECIALTY.

18       **Q**   HOW MANY PEOPLE DO YOU SUPERVISE IN THE TELEMEDICINE

19  OFFICE?

20       **A**   ONE.

21       **Q**   AND WHAT IS THAT PERSON'S POSITION?

22       **A**   SHE'S AN RN.

23       **Q**   AND WHAT DOES SHE DO?

24       **A**   SHE BASICALLY PREPARES EVERYTHING IN ORDER TO GET

25  READY FOR THE TELEMEDICINE CLINIC.  SHE -- ALL THE REFERRALS

1  THAT COME IN, SHE GOES AHEAD AND SHE ENTERS THEM INTO THE

2  ECEPTIONIST PROGRAM.  SHE DOWNLOAD -- SHE UPLOADS ALL

3  DOCUMENTS AND REFERRALS TO THE NEW ORLEANS SITE TO WHOEVER IS

4  HOLDING THE -- WHATEVER PROVIDER IS HOLDING THE SPECIALTY

5  CLINIC.  IT'S UPLOADED INTO THE EPIC SYSTEM SO THEY'LL HAVE

6  EVERYTHING -- THE DOCTOR WILL HAVE EVERYTHING THAT HE NEEDS

7  WHEN HE DOES CONDUCT THE TELEMEDICINE VISIT.

8  **Q**    ARE YOU AWARE OF ANY CHANGES TO TELEMEDICINE AT LSP

9  SINCE 2016?

10  **A**    WE -- PROBABLY THE ONLY CHANGE I WOULD SAY -- WELL,

11  OF COURSE THE RN BEING IN TELEMEDICINE, AND ALSO ADDING A

12  COUPLE OF TELEMED CLINICS.

13  **Q**    AND HOW OFTEN DOES TELEMEDICINE OCCUR AT LSP?

14  **A**    THREE TO FOUR DAYS A WEEK.  MOST WEEKS IT'S FOUR

15  DAYS -- YES, FOUR DAYS.

16  **Q**    LET'S WALK THROUGH SOME OF THE SPECIALTIES AVAILABLE

17  THROUGH TELEMEDICINE.  IS CARDIOLOGY AVAILABLE THROUGH

18  TELEMEDICINE?

19  **A**    YES.

20  **Q**    ALL RIGHT.  AND HOW OFTEN DOES THAT OCCUR?

21  **A**    ONE TO TWO TIMES A MONTH.

22  **Q**    AND HOW MANY PATIENTS ARE SEEN TYPICALLY?

23  **A**    AVERAGE OF TEN.

24  **Q**    AND THAT WOULD BE PER DAY, CORRECT?

25  **A**    PER CLINIC.

1  **Q**   PER CLINIC.  OKAY.  DOES LSP HAVE -- IS THERE A

2  RHEUMATOLOGY TELEMEDICINE?

3  **A**   YES.

4  **Q**   AND HOW OFTEN DOES THAT HAPPEN?

5  **A**   ONE TO TWO TIMES A MONTH.

6  **Q**   AND HOW MANY PATIENTS ARE SEEN PER CLINIC DAY?

7  **A**   AGAIN, THAT'S A LITTLE MORE COMPLICATED SO IT'S A

8  LOWER NUMBER.  PROBABLY FIVE TO EIGHT.

9  **Q**   DOES LSP HAVE INFECTIOUS DISEASE TELEMEDICINE?

10  **A**   YES.

11  **Q**   AND HOW OFTEN DOES THAT OCCUR?

12  **A**   ONCE A MONTH AND AS NEEDED.

13  **Q**   AND HOW MANY PATIENTS ARE SEEN PER CLINIC DAY?

14  **A**   TWENTY-FIVE.

15  **Q**   DOES LSP HAVE HEPATITIS TELEMEDICINE?

16  **A**   YES.

17  **Q**   HOW OFTEN DOES THAT CLINIC OCCUR?

18  **A**   THAT'S KIND OF AN AS NEEDED BASIS.

19  **Q**   OKAY.  AND THEN THE NUMBER OF PATIENTS, IS THERE AN

20  AVERAGE NUMBER SEEN PER CLINIC DAY WHEN HEPATITIS IS

21  AVAILABLE?

22  **A**   PER TELEMEDICINE?

23  **Q**   YES.

24  **A**   BASICALLY IT'S JUST, AGAIN, THE NEED.  IT COULD BE

25  TWO OR IT COULD BE TEN PATIENTS.  JUST DEPENDING ON THE NEED,

1    BECAUSE WE HAVE THAT SPECIALTY ON SITE.

2         **Q**    OKAY.  DOES LSP HAVE -- I GUESS IS ENT A

3    TELEMEDICINE SPECIALTY THAT'S OFFERED AT LSP?

4         **A**    YES.

5         **Q**    AND HOW OFTEN IS THAT OFFERED?

6         **A**    THAT'S NOT VERY OFTEN BECAUSE WE DON'T HAVE A BIG

7    NEED, SO ONE TO TWO TIMES A MONTH.

8         **Q**    I GUESS WOULD THE NUMBER OF PATIENTS ALSO DEPEND ON

9    NEED?

10        **A**    YES, ON THE NEED.

11        **Q**    IS RENAL AVAILABLE AS A TELEMEDICINE CLINIC AT LSP?

12        **A**    YES.

13        **Q**    HOW OFTEN IS THAT CLINIC?

14        **A**    ONE TO TWO TIMES -- TWO TIMES A MONTH.

15        **Q**    AND HOW MANY PATIENTS ARE SEEN PER CLINIC DAY?

16        **A**    AROUND 15.

17        **Q**    IS PULMONARY AN AVAILABLE TELEMEDICINE SPECIALTY AT

18   LSP?

19        **A**    YES.

20        **Q**    AND HOW OFTEN DOES THAT HAPPEN?

21        **A**    TWICE A MONTH.

22        **Q**    AND HOW MANY PATIENTS ARE SEEN PER CLINIC DAY?

23        **A**    THAT SPECIALTY AN AVERAGE OF EIGHT.

24        **Q**    HEMATOLOGY AND ONCOLOGY, IS THAT A TELEMEDICINE

25   SPECIALTY AT LSP?

1       **A**     YES.

2       **Q**     AND HOW OFTEN DOES THAT OCCUR?

3       **A**     THAT'S TWICE A MONTH ALSO.

4       **Q**     HOW MANY PATIENTS ARE SEEN PER CLINIC DAY?

5       **A**     AGAIN, IT DEPENDS ON THE NEED BUT AVERAGE TEN.

6       **Q**     WHAT ABOUT ENDOCRINOLOGY, IS THAT A TELEMEDICINE

7    SPECIALTY OFFERED AT LSP?

8       **A**     YES.

9       **Q**     AND HOW OFTEN DOES THAT OCCUR?

10      **A**     ONCE A MONTH.

11      **Q**     AND HOW MANY PATIENTS ARE SEEN PER CLINIC DAY?

12      **A**     FIVE TO SEVEN.

13      **Q**     GASTRO, I GUESS -- GASTROENTEROLOGY, IS THAT A

14   TELEMEDICINE SPECIALTY OFFERED AT LSP?

15      **A**     YES.

16      **Q**     AND HOW OFTEN DOES THAT OCCUR?

17      **A**     TWICE A MONTH.

18      **Q**     AND HOW MANY PATIENTS ARE SEEN?

19      **A**     AN AVERAGE OF EIGHT.

20      **Q**     ARE THERE ANY TELEMEDICINE SPECIALTIES THAT WE DID

21   NOT DISCUSSED?

22      **A**     I WOULD HAVE TO HAVE A LIST, BUT I THINK WE'VE

23   COVERED THEM ALL.

24      **Q**     OKAY.  THANK YOU.  NOW, WHERE DO TELEMEDICINE VISITS

25   OCCUR AT LSP?

1     **A**     OKAY.  THEY ACTUALLY OCCUR IN THE -- WHAT WE CALL

2     THE SERVI (SIC) BUILDING OR THE BROWN BUILDING IS HOW WE REFER

3     TO IT.  OFFENDERS KNOW IT AS THE BROWN BUILDING.  BUT, YES,

4     IT'S HELD IN THERE.

5     **Q**     WHO IS IN THE ROOM DURING THE TELEMEDICINE VISIT?

6     **A**     THE NURSE AND THE OFFENDER.

7     **Q**     LET'S TALK ABOUT THE TRIP'S OFFICE.  WHAT DOES THE

8     TRIP'S OFFICE DO?

9     **A**     OKAY.  SO THE TRIP OFFICE IS BASICALLY THE THIRD

10    STEP IN THE REFERRAL.  THEY GET REFERRALS FOR SPECIALTY

11    CLINICS AND THEY INPUT THEM INTO THE ECEPTIONIST PROGRAM WITH

12    SUPPORTING DOCUMENTATION TO SUPPORT WHATEVER REFERRAL IS

13    BEING -- IS BEING PUT IN.  THEY DO THAT.

14          THEY DO CALLOUTS TO EDUCATE OFFENDERS ON WHATEVER

15    TEST THEY MAY BE HAVING OR SURGICAL PROCEDURES AND WHAT'S

16    NEEDED, YOU KNOW, HOME MEDICATION OR THERE MIGHT BE A CERTAIN

17    PREP.  THEY EDUCATE THEM ON THIS.  THEY ALSO DO WHAT'S CALLED

18    NPO, NOTHING BY MOUTH, WHICH SOME PROCEDURES, SURGERIES AND

19    SOME TESTS REQUIRE THAT YOU TAKE NOTHING BY MOUTH.

20          SO THEY BRING THE OFFENDER OVER AND EXPLAIN THIS TO

21    THEM, AND THEN THEY BASICALLY SIGN SAYING THAT THEY

22    UNDERSTAND.  AND THEY'RE ALSO TOLD AT THAT TIME THAT IF THEY

23    DO EAT OR DRINK THEIR TEST MAY BE CANCELED AND WOULD HAVE TO

24    BE RESCHEDULED.

25    **Q**     HOW MANY PEOPLE DO YOU CURRENTLY SUPERVISE IN THE

1    TRIP'S OFFICE?

2         **A**    I HAVE THREE NURSES.  ONE IS -- ONE IS OUT ON FMLA

3    RIGHT NOW.

4         **Q**    WHAT SORT OF NURSES ARE THEY?

5         **A**    TWO LPN'S AND AN RN.

6         **Q**    HOW DO REFERRALS GET ROUTED TO THE TRIP'S OFFICE?

7         **A**    WHEN A REFERRAL IS WRITTEN IT GOES TO THE MEDICAL

8    DIRECTOR.  THE MEDICAL DIRECTOR REVIEWS THE REFERRALS TO MAKE

9    SURE THAT EVERYTHING HAS BEEN EXHAUSTED THAT COULD BE DONE AT

10   LSP.  SO HE LOOKS AT THEM, SIGNS, INITIALS THEM OR JUST

11   APPROVES THEM AND THEN THEY'RE GIVEN TO ME.  AT THAT TIME I

12   TRACK THE REFERRALS AND ANY URGENT REFERRAL -- AT THIS POINT

13   IN TIME I PUT IN URGENTS AND ANY ROUTINE REFERRALS GO TO THE

14   TRIP'S OFFICE.

15        **Q**    OKAY.  ALL RIGHT.  SO ONCE A ROUTINE REFERRAL

16   ARRIVES AT THE TRIP'S OFFICE WHAT HAPPENS WITH IT?  WHAT

17   HAPPENS NEXT?

18        **A**    AGAIN, OKAY, SO THE REFERRAL GETS THERE.  WITHIN --

19   JUST DEPENDING ON WHAT IT IS, WITHIN A WEEK THE REFERRAL IS

20   ENTERED INTO THE ECEPTIONIST PROGRAM WITH ALL SUPPORTING

21   DOCUMENTATION SO THAT THE -- ONCE THE REFERRAL GOES INTO THE

22   ECEPTIONIST PROGRAM THEN IT GOES TO HEADQUARTERS SCHEDULERS.

23        **Q**    OKAY.  JUST TO BACK UP A STEP IN THE PROCESS, HOW

24   SOON AFTER THE REFERRAL IS WRITTEN IS IT RECEIVED BY YOU?

25        **A**    NORMALLY WITHIN -- WITHIN 24 HOURS.

1    **Q**    NOW ONCE A REFERRAL IS ENTERED INTO ECEPTIONIST DO

2    THE TRIP'S NURSE -- TRIP'S NURSES MONITOR THE STATUS OF THE

3    REFERRALS?

4    **A**    YES, THEY DO.

5    **Q**    HOW DO THEY DO THAT?

6    **A**    THEY GO INTO THE ECEPTIONIST PROGRAM AND WE CALL

7    THEM IN-BOXES OR BASKETS AND THEY GO IN PROBABLY TWO TO THREE

8    TIMES A DAY TO LOOK AND SEE IF THERE'S REFERRALS THAT NEED

9    MORE INFORMATION, IF THERE'S REFERRALS THAT ARE COMPLETE OR

10   YOU KNOW -- THEY BASICALLY GO IN TO SEE IF THERE'S ANY

11   ADDITIONAL NEEDS FOR THAT PARTICULAR REFERRAL.

12   **Q**    OKAY.  ABOUT HOW LONG DOES IT TAKE FOR AN

13   APPOINTMENT TO BE SCHEDULED ONCE IT'S INPUT INTO ECEPTIONIST?

14   **A**    AGAIN, THAT DEPENDS ON THE SPECIALTY.  MOST

15   SPECIALTIES WE GET -- WE GET APPOINTMENTS WITHIN A WEEK.  BUT

16   THERE ARE SOME SPECIALTIES -- A COUPLE OF SPECIALTIES THAT

17   REQUIRE US TO SEND ADDITIONAL INFORMATION THAT THEY BRING

18   BEFORE A BOARD TO REVIEW AND SEE IF THIS IS A PATIENT THAT

19   THEY CAN ACTUALLY HELP IN NEUROSURGERY AND ONCOLOGY.  ONCOLOGY

20   THEY REVIEW EVERYTHING IN FRONT OF A BOARD TO KIND OF MAKE THE

21   PLAN BEFORE THE PATIENT ACTUALLY GETS THERE.

22   **Q**    THE PEOPLE REVIEWING THIS, THESE ARE THE SPECIALISTS

23   THAT ARE REVIEWING?

24   **A**    YES.

25   **Q**    DO THE TRIP'S NURSES EVER COMMUNICATE WITH THE

1  SCHEDULING STAFF AT HEADQUARTERS?

2      **A**    YES.

3      **Q**    HOW IS THAT COMMUNICATION?

4      **A**    THROUGH THE ECEPTIONIST PROGRAM, BY PHONE, BY

5  E-MAIL.

6      **Q**    OKAY.  NOW LET'S TALK ABOUT WHAT HAPPENS WHEN A

7  PATIENT RETURNS.  WHAT HAPPENS AFTER A PATIENT RETURNS FROM AN

8  OFF-SITE TRIP?

9      **A**    WHEN THE PATIENT RETURNS, IF HE RETURNS WITHIN

10  BUSINESS HOURS HIS TRIP PAPERWORK IS BROUGHT TO THE MEDICAL

11  TRIP'S OFFICE.  THE NURSE REVIEWS THE ORDERS TO SEE, YOU KNOW,

12  IF THE PATIENT NEEDS TO BE -- NEEDS TO BE ADMITTED OR IF

13  THERE'S CERTAIN MEDICATIONS THAT THEY NEED TO EDUCATE THE

14  PATIENT ON BEFORE RELEASING HIM TO HIS HOUSING AREA, WHICH

15  THEY DON'T RELEASE.  THEY HAVE TO CALL THE PHYSICIAN, THE

16  PROVIDER, AND GIVE THEM AN UPDATE, THAT THE PATIENT HAS

17  RETURNED AND WHAT THEY WENT FOR, AND THE PROVIDER WILL SAY

18  EITHER ADMIT TO THE NURSING UNIT OR RETURN TO THE HOUSING

19  AREA.

20          **MS. TOMENY:**  BROOKE, IF YOU COULD PLEASE PULL UP

21  JX-5 AT PAGE 331.

22  **BY MS. TOMENY:**

23      **Q**    ALL RIGHT, MS. CARROLL.  DO YOU RECOGNIZE THIS

24  DOCUMENT -- ARE YOU FAMILIAR WITH THIS DOCUMENT ON YOUR

25  SCREEN?

1    **A**    YES.

2    **Q**    WHAT IS THIS DOCUMENT?

3    **A**    THIS IS ACTUALLY JUST A WAY TO KIND OF REALLY TRACK

4    THE TRIP AND THE TRIP RETURN.  WE BASICALLY CALL IT ORANGE

5    BOARD, BUT THIS IS WHERE ORDERS ARE WRITTEN -- WERE WRITTEN.

6    LET ME STATE THIS BECAUSE WE'VE HAD A CHANGE.  THE ORDERS WERE

7    WRITTEN ON THIS ORANGE BOARD.  THEY WERE TAKEN OFF OF THE

8    ORDERS FROM THE -- THAT THE NURSES RECEIVE FROM THE

9    ECEPTIONIST PROGRAM OR IF THE PATIENT RETURNED WITH ORDERS AND

10   THEY WROTE THEM ON THIS ORANGE BOARD.  WE HAVE SINCE CHANGED

11   THAT.

12   **Q**    WHEN DID YOU CHANGE THAT?

13   **A**    PROBABLY ABOUT SIX MONTHS AGO.

14   **Q**    OKAY.  AND HOW HAS IT CHANGED NOW?

15   **A**    WE ACTUALLY USE THIS PAPER HERE, THIS FORM, ONLY TO

16   TRACK WHEN THEY RETURN -- THE TIME THEY'VE RETURNED.  THE

17   ACTUAL ORDERS THAT ARE PULLED FROM THE ECEPTIONIST PROGRAM OR

18   THAT COMES BACK WITH THE PATIENT FROM OUR LADY OF THE LAKE OR

19   LANE ARE BROUGHT TO THE PHYSICIAN AND HE REVIEWS THE ACTUAL

20   ORDERS AND HE'LL SIGN OFF ON THOSE ORDERS.

21   **Q**    OKAY.  SO THE CHANGE IS THAT HE'S NOT REVIEWING THIS

22   TRIP RETURN FORM ANYMORE?

23   **A**    NO.  HE'S ACTUALLY REVIEWING THE ACTUAL ORDERS FROM

24   THE PHYSICIAN; THE ACTUAL RETURN PAPERWORK THAT HAS ALL THE

25   PHYSICIAN'S RECOMMENDATIONS.

1      **Q**    ALL RIGHT.  I DO WANT TO ASK A COUPLE OF CLARIFYING

2  QUESTIONS ABOUT THIS FORM.  WHEN IS THE PREPRINTED INFORMATION

3  ON THE FORM, WHEN IS THAT GENERATED?

4      **A**    THE DAY BEFORE THE TRIP OUT.

5      **Q**    OKAY.

6      **A**    UNLESS IT'S AN EMERGENCY AND THEN IT'S DONE THE DAY

7  OF THE EMERGENCY TRIP.

8      **Q**    WHAT IS THE DATE THAT WOULD BE PRINTED ON THIS FORM?

9      **A**    ACTUALLY IT SHOULD BE THE DATE RETURNED TO THE

10  TREATMENT CENTER.

11     **Q**    OKAY.  IS THE DATE THAT THE TRIP COMMENCED, IS THAT

12  NOTED ANYWHERE ON HERE?

13     **A**    YES.  ACTUALLY IT WAS KIND OF HANDWRITTEN ON THE

14  UPPER LEFT OF THE PAPERWORK.

15     **Q**    IS THAT THAT RED -- THAT RED INK THAT SAYS, "R-E-T

16  09/25"?

17     **A**    YES.

18     **Q**    AND WHAT DOES THAT MEAN UP THERE?

19     **A**    JUST THAT THE PATIENT RETURNED ON THAT DATE.

20     **Q**    OKAY.  NOW I SEE THAT IT SAYS THAT THE DATE RETURNED

21  TO THE TREATMENT CENTER SAYS 09/20/2020; DO YOU SEE THAT?

22     **A**    YES, I DO.

23     **Q**    WHY ARE THOSE TWO DATES DIFFERENT?

24     **A**    ON THIS PARTICULAR ONE I BELIEVE BECAUSE HE WAS

25  GOING TO THE EMERGENCY ROOM, SO WHEN IT WAS PRINTED IT WAS

1   ASSUMED THAT HE WOULD PROBABLY BE BACK THE SAME DAY.

2       **Q**    OKAY.  BUT YOU CAN TELL FROM THIS FORM WHEN HE

3   ACTUALLY RETURNED; IS THAT CORRECT?

4       **A**    YES.  AND THEN, AGAIN, ALL DOCUMENTATION THAT HE

5   RETURNS WITH WILL BE ATTACHED TO THIS FORM, WHICH WILL HAVE

6   THE DATE OF THE SERVICE.

7       **Q**    OKAY.

8           **MS. TOMENY:**  BROOKE, IF YOU COULD GO TO PAGE 332,

9   PLEASE.

10  **BY MS. TOMENY:**

11      **Q**    SO IS THIS AN EXAMPLE, THIS DISCHARGE SUMMARY, WOULD

12  THIS BE ATTACHED TO THE TRIP RETURN FORM?

13      **A**    YES, IT WOULD.

14      **Q**    DOES IT INDICATE THE DISCHARGE DATE ON THERE?

15      **A**    YES.

16      **Q**    AND THAT'S -- OKAY.  THANK YOU.

17          WHERE IS -- WHERE IS THE TRIP RETURN FORM

18  MAINTAINED?

19      **A**    IT BECOMES A PART OF THE PERMANENT MEDICAL RECORD.

20      **Q**    HOW SOON AFTER THE PATIENT RETURNS IS THE TRIP

21  RETURN PREPARED?

22      **A**    WITHIN 24 HOURS.  AND WE ACTUALLY DO THIS BECAUSE

23  SOMETIMES THE PROVIDER -- THE SPECIALTY WHO SEES THE PATIENT

24  GOES IN LATER DURING THE DAY AND WRITES A DIFFERENT ORDER, SO

25  WE FIND THAT WAITING UNTIL THE NEXT DAY TO PULL THE ORDERS

1   WE'LL HAVE THE MOST CURRENT AND MAKE SURE WE DON'T MISS

2   ANYTHING.  SOMETIMES THEY ADD A MEDICATION OR A TREATMENT.

3   SO, YOU KNOW, THROUGH THE YEARS WE'VE DECIDED THAT THIS WORKS

4   BETTER TO MAKE SURE THAT NOTHING IS MISSED.

5       **Q**   DOES ANYONE MEET WITH THE PATIENT TO DISCUSS THE

6   RECOMMENDATIONS FROM THE OFF-SITE PROVIDER?

7       **A**   YES.  IF THERE'S SPECIAL RECOMMENDATIONS, YES.

8       **Q**   AND WHO WOULD MEET WITH THE PATIENT IN THAT CASE?

9       **A**   THAT DEPENDS.  MOST OF THE TIME IT'S THE TRIP NURSES

10  OR IT COULD BE THE MEDICAL DIRECTOR OR ONE OF THE PROVIDERS.

11      **Q**   AND HOW SOON AFTER THE VISIT WOULD THIS OCCUR?

12      **A**   I'M SORRY?

13      **Q**   HOW SOON AFTER THE VISIT WOULD THIS OCCUR?

14      **A**   AGAIN, IT ALL DEPENDS ON WHAT IS ORDERED.  SOME

15  PATIENTS NEED NO FOLLOW-UP EDUCATION, SO IT JUST DEPENDS ON

16  WHAT IS ACTUALLY ORDERED.  BUT IF MEDICATION IS ORDERED THE

17  NEXT DAY -- IF THE PATIENT RETURNS AFTER BUSINESS HOURS, THE

18  PATIENT IS CALLED BACK THE NEXT DAY AND HE'S TOLD OF ANY

19  CHANGES IN HIS MEDICATION, ANY ADDED MEDICATION, ANY TREATMENT

20  CHANGES, HE'S INFORMED THE NEXT DAY.

21      **Q**   HAVE THERE BEEN ANY CHANGES TO THE NUMBER OF

22  OFF-SITE FACILITIES THAT TREAT LSP PATIENTS SINCE 2016?

23      **A**   YES.

24      **Q**   HOW HAS THAT CHANGED?

25      **A**   WE ACTUALLY USE -- UMCNO IS OUR BIG PROVIDER.  WE

1  ACTUALLY ALSO USE OUR LADY OF THE LAKE AND LANE.  THOSE ARE

2  MOSTLY EMERGENT.  BUT WEST FELICIANA HAS PROVIDED US WITH

3  SERVICES ALSO.

4     **Q**    WHEN DID WEST FELICIANA START PROVIDING SERVICES?

5     **A**    I REALLY DON'T REMEMBER THE DATE.

6     **Q**    DO YOU THINK IT WAS AFTER 2016?

7     **A**    YES.

8     **Q**    YOU JUST MENTIONED THAT UMC IS THE LARGEST PROVIDER

9  OF OFF-SITE SERVICES FOR LSP; IS THAT CORRECT?

10    **A**    THAT'S CORRECT.

11    **Q**    ABOUT HOW MANY PATIENTS DOES LSP SEND TO UMC PER DAY

12  ON AVERAGE?

13    **A**    ON AVERAGE I WOULD SAY 20.

14    **Q**    ARE YOU AWARE OF ANY EXTENDED WAIT TIMES FOR

15  SPECIALTY APPOINTMENTS?

16    **A**    AT THE OUTSIDE FACILITIES?

17    **Q**    YES, CORRECT.

18    **A**    ONCE THE PATIENT IS THERE?

19    **Q**    NO, I'M SORRY.  JUST TO GET APPOINTMENTS.  JUST TO

20  HAVE APPOINTMENTS SCHEDULED.

21    **A**    OH, NO.  OKAY.  OKAY.  SO BASICALLY UMCNO AND,

22  AGAIN, AS I SAID EARLIER, IT JUST DEPENDS ON THE SPECIALTY.

23  MOST SPECIALTIES WE GET APPOINTMENTS WITHIN A WEEK.  THE

24  COUPLE THAT I MENTIONED EARLIER, YOU KNOW, AGAIN, THEY NEED

25  THE SUPPORTING DOCUMENTATION TO REVIEW, SO THOSE COULD TAKE A

1    LITTLE BIT LONGER.

2        **Q**    OKAY.  SINCE 2016, DO YOU FIND THAT OVERALL THAT

3    THERE ARE MORE SPECIALTY APPOINTMENTS AVAILABLE FOR LSP?

4        **A**    I DO.

5        **Q**    WHAT ROLE, IF ANY, DOES THE TRIP'S OFFICE HAVE IN

6    MODIFYING RESTRAINT ORDERS FOR TRANSPORT?

7        **A**    THE ONLY PART THAT THE TRIP NURSES ACTUALLY HAVE IS

8    ACTUALLY PRINTING THE MODIFIED RESTRAINT FORM IF THEY DO HAVE

9    A MODIFIED RESTRAINT ORDERED BY THE PROVIDER.  THEY CANNOT

10   ORDER OR CHANGE ANY RESTRAINTS -- ANY RESTRAINT ORDERS.

11       **Q**    OKAY.  ARE THERE ANY OTHER THINGS THAT YOU DO AT LSP

12   IN ADDITION TO SUPERVISING THREE OFFICES THAT WE JUST

13   DISCUSSED?

14       **A**    LET ME JUST SAY I'M AN EDUCATOR, A COUNSELOR.

15   BASICALLY MY ROLE IS KIND OF TRACKING, MAKING SURE THAT EACH

16   CLINIC HAS WHAT THEY NEED TO PERFORM THE CLINIC AND TO EDUCATE

17   THE STAFF AND TO MONITOR, TO MAKE SURE, THAT THE STAFF HAS THE

18   ABILITY TO CARRY OUT THE TASKS FOR WHATEVER CLINIC THEY'RE

19   WORKING IN.

20            I UPDATE THEM WITH ANY NEW POLICIES, PROCEDURES.  I

21   HOLD A MONTHLY OFFICIAL MEETING AND WE MEET EVERY DAY TO

22   BASICALLY ASSESS THE NEEDS.  I ALSO MAKE A MONTHLY SCHEDULE.

23   I APPROVE LEAVE, SIGN LEAVE SLIPS, COUNSEL, DISCIPLINARY

24   ACTIONS IF NEED BE.

25       **Q**    OKAY.  ALL RIGHT.  I WANT TO ASK YOU ABOUT SOME OF

1    THOSE ITEMS YOU JUST LISTED.  YOU SAID THAT YOU MEET EVERY

2    DAY.  IS THAT MEETING WITH THE STAFF THAT YOU SUPERVISE?

3        **A**    YES.

4        **Q**    DO YOU ATTEND -- ARE YOU FAMILIAR WITH THE MORNING

5    MEETING AT LSP?

6        **A**    YES, I AM.

7        **Q**    DO YOU ATTEND THE MORNING MEETING?

8        **A**    I DO.

9        **Q**    WHAT IS YOUR ROLE AT THE MORNING MEETING?

10       **A**    I BASICALLY GO IN AND GIVE THE UPDATE ON ALL THE

11   OUTSIDE ADMISSIONS.  ALSO, YOU KNOW, BASICALLY SOMETIMES THE

12   DOCTORS HAVE QUESTIONS OR WANT TO ADD A PATIENT ON OR WANT TO

13   KNOW THE AVAILABILITY OF SOMETHING, SO AT THAT TIME I WILL LET

14   THE DOCTORS KNOW OR JOT IT DOWN.  IF THERE'S SPECIAL NEEDS,

15   THEY MAY NEED PAPERWORK, DISCHARGE SUMMARIES, THAT SORT OF

16   THING.  SO IT'S KIND OF LIKE WHATEVER THEY'RE NEEDING FOR

17   THEIR WORK DAY I'M THERE TO GIVE IT TO THEM.

18       **Q**    WHO IS TYPICALLY PRESENT AT THESE MEETINGS?

19       **A**    ALL OF THE PROVIDERS, THE MEDICAL DIRECTOR AND THE

20   NURSE PRACTITIONERS, ALSO DR. JOHNSON, THE DIRECTOR OF

21   NURSING, ASSISTANT DIRECTOR OF NURSING AND THE MANAGERS.

22       **Q**    AS PART OF YOUR JOB DUTIES DO YOU HAVE ANY

23   INVOLVEMENT WITH THE C-05 REPORT?

24       **A**    YES, I DO.

25       **Q**    WHAT IS YOUR INVOLVEMENT?

1    **A**    I ACTUALLY TRACK MANY THINGS FOR THE C-05.  PATIENTS

2    SEEN IN SPECIALTIES, BACKLOG NUMBERS.  I WISH I HAD A FORM IN

3    FRONT OF ME.  IT'S HARD JUST TO RECALL.  BUT BASICALLY

4    INFECTIOUS DISEASE NUMBERS, I PUT THOSE IN.  ALL THE SPECIALTY

5    CLINICS; HOW MANY WERE SEEN; HOW MANY WERE, YOU KNOW, NOT

6    SEEN; HOW MANY ADMISSIONS TO AN OUTSIDE HOSPITAL; HOW MANY

7    EMERGENCY VISITS WENT OUT JUST TO THE EMERGENCY ROOM AND

8    RETURNED.

9    **Q**    AND HOW DO YOU OBTAIN THIS DATA YOU REPORT?

10    **A**    OKAY.  BASICALLY ALL THE SPECIALTY NUMBERS AND

11    EVERYTHING THAT'S THROUGH LIKE THE DAILY WORKLOAD.  I COLLECT

12    THOSE EVERY DAY AND THEN AT THE END OF THE MONTH I'LL PULL MY

13    REPORT FROM THERE, PLUS THE ECEPTIONIST PROGRAM FOR SOME OF

14    THE SPECIALTIES.

15    **Q**    WHAT ABOUT REFERRALS, DO YOU LOOK AT REFERRALS?  DO

16    YOU LOOK AT REFERRALS?

17    **A**    YES, I DO.  I DO.  I TRACK REFERRALS ON A DAILY

18    BASIS.

19    **Q**    OKAY.  ALL RIGHT.

20    **MS. TOMENY:**  BROOKE, IF YOU COULD PLEASE PULL UP

21    DX-7 AND THIS EXHIBIT WILL BE SEALED.  OKAY.  AND THEN IF YOU

22    WOULD GO TO PAGE 30, PLEASE.

23    **BY MS. TOMENY:**

24    **Q**    MS. CARROLL, ARE YOU FAMILIAR WITH THIS DOCUMENT ON

25    YOUR SCREEN?

1    **A**    YES, I AM.

2    **Q**    ALL RIGHT.  WHAT IS THIS?

3    **A**    BASICALLY THIS IS JUST A LITTLE REPORT THAT WE DO ON

4  A DAILY BASIS AND THEN I PULL NUMBERS FROM THESE FORMS TO PUT

5  ON THE C-05 REPORT.  SO BASICALLY THIS IS TELLING YOU EACH DAY

6  OF THE MONTH WHO WENT OUT EITHER TO BE ADMITTED OR AS AN

7  EMERGENT VISIT AND TO WHAT LOCATION THAT THEY WENT AND

8  DIAGNOSIS IF THEY ARE -- WHATEVER DIAGNOSIS THEY'VE GONE OUT

9  WITH.

10    **Q**    AND YOU PREPARE THIS REPORT, CORRECT?

11    **A**    YES.

12    **Q**    AND HOW IS THIS INFORMATION COMPILED?  WHAT DO YOU

13  LOOK AT?

14    **A**    BASICALLY THE C-05 REPORT, I BASICALLY BREAK THIS

15  DOWN AND REPORT HOW MANY PATIENTS GO TO THE EMERGENCY ROOM FOR

16  THE MONTH AND HOW MANY OF THE EMERGENCY RUNS WERE ACTUALLY

17  TURNED INTO ADMISSIONS.

18    **Q**    OKAY.  AND THE INFORMATION THAT ACTUALLY APPEARS ON

19  THIS ER TRIP'S REPORT, WHERE DO YOU GET THAT INFORMATION?

20    **A**    WAIT.  CAN YOU REPEAT THAT?

21    **Q**    I'M SORRY.  THAT'S NOT A GOOD QUESTION.  HOW DO YOU

22  KNOW -- WHERE DO YOU GET THE INFORMATION SHOWING THAT -- THE

23  NUMBER OF PATIENTS THAT WENT TO --

24    **A**    OKAY.

25    **Q**    -- AN ER TRIP?

1    **A**    THERE'S A COUPLE OF WAYS.  EMS, IF THEY'RE SENT OUT

2    THROUGH EMS, THEY WILL E-MAIL ME OR SCAN ANY TIME A PATIENT OR

3    OFFENDER GOES OUT.  THERE'S ALSO BOOKS THAT THEY LOG PEOPLE

4    THAT THEY SEND OUT AND RETURN.  SO I GO THROUGH THE BOOK AND

5    MAKE SURE I HAVE EVERYONE -- MAKE SURE NO ONE IS MISSED.

6         I ALSO PULL WHAT WE CALL THE BRAINS IN THE TRIP

7    OFFICE.  AND THIS IS JUST THE DAILY TRIP OUT TICKETS, BUT

8    WHOEVER WENT OUT ON THAT DAY IT'S BASICALLY A LIST OF THOSE

9    PATIENTS.  SO I WILL GO INTO THAT AND SEE IF ANY ONE OF THE

10   PATIENTS THAT WENT OUT ON A PARTICULAR DAY HAS BEEN ADMITTED

11   AND I'LL USE THOSE NUMBERS ALSO.

12   **Q**    OKAY.  IS THERE A REPORT LIKE THIS PREPARED EVERY

13   MONTH?

14   **A**    YES.

15   **Q**    IS THIS -- IS THIS A REPORT THAT YOU STILL PREPARE

16   TODAY?

17   **A**    YES.

18   **MS. TOMENY:**  BROOKE, IF YOU COULD GO TO PAGE 34,

19   PLEASE.

20   BY MS. TOMENY:

21   **Q**    OKAY.  MS. CARROLL, DO YOU RECOGNIZE THIS DOCUMENT

22   SHOWING ON YOUR SCREEN?

23   **A**    YES.

24   **Q**    ALL RIGHT.  WHAT IS THIS?

25   **A**    THIS IS BASICALLY -- I MEAN, BASICALLY THE SAME

1   THING, BUT THIS IS ADMISSIONS ACTUALLY.  SO THIS IS WHERE YOU

2   SEE IF THE PATIENT WAS ADMITTED FROM THE EMERGENCY ROOM OR IF

3   THE PATIENT WAS ADMITTED BECAUSE THEY WERE HAVING A PROCEDURE.

4        **Q**    AND DO YOU PREPARE THIS DOCUMENT?

5        **A**    YES.

6        **Q**    AND WHERE DO YOU GET THIS INFORMATION?

7        **A**    AGAIN, THE SAME WAY, THROUGH THE --

8        **Q**    OKAY.  AND THIS IS A MONTHLY REPORT, CORRECT?

9        **A**    YES.  I DO -- I DO THIS DAILY BUT IT -- AND THEN

10  IT'S FOR THE END OF THE MONTH AND C-05.

11       **Q**    OKAY.  IS THIS REPORT, THIS IS STILL SOMETHING YOU

12  DO TODAY?

13       **A**    YES, IT IS.

14           **MS. TOMENY:**  BROOKE, IF YOU COULD GO TO PAGE 14,

15  PLEASE.

16  **BY MS. TOMENY:**

17       **Q**    MS. CARROLL, DO YOU RECOGNIZE THIS DOCUMENT ON YOUR

18  SCREEN?

19       **A**    YES, I DO.

20       **Q**    WHAT DOES THIS REPORT SHOW?

21       **A**    THIS IS ACTUALLY THE SPECIALTY CLINICS THAT WERE

22  SEEN FOR THIS REPORTING MONTH FOR ON-SITE SPECIALTY.

23       **Q**    AND DO YOU PREPARE THIS REPORT?

24       **A**    YES, I DO.

25       **Q**    AND WHERE DO YOU GET THIS INFORMATION?

1        **A**    THIS IS ACTUALLY PULLED FROM THE DAILY WORKLOAD THAT

2   THE NURSES FILL OUT.

3        **Q**    AND HOW OFTEN DO YOU UPDATE THIS REPORT?

4        **A**    DAILY.

5        **Q**    AND THERE'S A REPORT FOR EACH MONTH; IS THAT

6   CORRECT?

7        **A**    THAT'S CORRECT.

8        **Q**    WHAT IS THIS REPORT USED FOR?

9        **A**    ALSO FOR THE C-05.  THE END RESULT IS C-05.

10        **Q**    AND THIS IS SOMETHING THAT YOU DO TODAY?

11        **A**    YES.

12             **MS. TOMENY:**  BROOKE, IF YOU COULD GO TO PAGE 40,

13   PLEASE.

14   **BY MS. TOMENY:**

15        **Q**    MS. CARROLL, DO YOU RECOGNIZE THIS DOCUMENT?

16        **A**    I DO.

17        **Q**    WHAT IS THIS?

18        **A**    THIS IS ACTUALLY ALSO A TRACKING SYSTEM FOR ME.  I

19   OBTAIN ALL OF THESE NUMBERS ACTUALLY ALSO FROM THE WORKLOADS

20   THAT THE NURSES DO ON A DAILY BASIS.

21        **Q**    AND HOW OFTEN DO YOU COLLECT THIS INFORMATION?

22        **A**    DAILY.

23        **Q**    IS THIS ALSO USED TO REPORT INTO THE C-05?

24        **A**    YES.  PARTS OF IT, YES.

25        **Q**    IS THIS -- THIS IS A MONTHLY REPORT; IS THAT

1   CORRECT?

2       **A**   YES.

3       **Q**   PAGE 27, PLEASE.  MS. CARROLL, DO YOU RECOGNIZE THIS

4   DOCUMENT?

5       **A**   I DO.

6       **Q**   WHAT DOES THIS SHOW?

7       **A**   OKAY.  THIS IS ACTUALLY THE REFERRALS TO THE OUTSIDE

8   FACILITY WRITTEN FOR THE MONTH.

9       **Q**   AND IS THIS A REPORT THAT YOU PREPARE?

10      **A**   YES, IT IS.

11      **Q**   AND WHERE DO YOU GET THIS INFORMATION?

12      **A**   I TRACK THE REFERRALS THAT ARE WRITTEN ON A DAILY

13  BASIS.

14      **Q**   SO YOU UPDATE THIS ON A DAILY BASIS?

15      **A**   YES, I DO.

16      **Q**   AND THIS IS SOMETHING THAT YOU CURRENTLY DO?

17      **A**   YES.

18      **Q**   PAGE 25, PLEASE.  DO YOU RECOGNIZE THIS DOCUMENT?

19      **A**   YES.

20      **Q**   WHAT IS THIS?

21      **A**   THIS IS THE TRACKING FORM FOR ALL SPECIALTIES

22  IN-HOUSE.

23      **Q**   AND IS THIS SOMETHING THAT YOU TRACK AS WELL?

24      **A**   YES, I DO.

25      **Q**   AND WHERE DO YOU GET THIS INFORMATION?

1         **A**   ALSO FROM THE WORKLOAD AND FROM THE SPECIALTY

2   CALLOUTS.

3         **Q**   AND HOW OFTEN DO YOU UPDATE IT?

4         **A**   DAILY.

5         **Q**   AND THIS IS -- WHAT IS THIS REPORT USED FOR?

6         **A**   END RESULT C-05.

7         **Q**   AND THIS IS SOMETHING THAT YOU DO CURRENTLY?

8         **A**   YES.

9         **Q**   PAGE 41, PLEASE.  DO YOU RECOGNIZE THIS DOCUMENT?

10        **A**   I DO.

11        **Q**   WHAT DOES THIS DOCUMENT SHOW?

12        **A**   THIS IS ACTUALLY THE TELEMEDICINE MONTHLY REPORT.

13        **Q**   DO YOU -- DO YOU PREPARE THIS REPORT?

14        **A**   THE TELEMEDICINE NURSE ACTUALLY PREPARES THIS REPORT

15  AND TURNS IT IN TO ME.

16        **Q**   OKAY.  ALL RIGHT.  DO YOU KNOW WHAT INFORMATION IS

17  USED TO COMPILE THIS REPORT?

18        **A**   YES.  BASICALLY, AS YOU CAN SEE ON THE FORM, IT WILL

19  CONSIST OF THE AMOUNT -- THE NUMBER OF PATIENTS SCHEDULED PER

20  DAY, HOW MANY WERE SEEN, THE NOSHOWS, THE REFUSALS, THE

21  RESCHEDULES.

22        **Q**   AND THIS IS SOMETHING THAT SHE CURRENTLY DOES,

23  CORRECT?

24        **A**   YES.

25        **Q**   THESE RECORDS THAT WE JUST REVIEWED, DX-7, ARE THESE

1  REVIEWED -- I'M SORRY -- PREPARED AND MAINTAINED BY YOUR

2  OFFICE IN THE ORDINARY COURSE OF BUSINESS?

3  **A**   YES.

4  **MS. TOMENY:**  AT THIS TIME I'D LIKE TO OFFER, FILE

5  AND INTRODUCE DX-7 IN GLOBO.

6  **MS. MALIK:**  YOUR HONOR, WE OBJECT.  THESE DOCUMENTS

7  HAVE ALL KINDS OF HANDWRITING AND HIGHLIGHTING ALL OVER THEM

8  AND WE DON'T KNOW WHERE THEY CAME FROM.  AND FEDERAL RULES OF

9  EVIDENCE 1002 REQUIRES AN ORIGINAL WRITING, RECORDING OR

10 PHOTOGRAPH TO PROVE ITS CONTENT.

11 **THE COURT:**  I DON'T KNOW IF THAT RULE APPLIES, BUT

12 CAN YOU ADDRESS THE OBJECTION THAT THERE'S ALL KINDS OF

13 INTERLINEATIONS AND THEY CAN'T TELL WHERE THEY CAME FROM.

14 **MS. TOMENY:**  YOUR HONOR, THEY CAN TAKE MS. CARROLL

15 ON CROSS AND --

16 **THE COURT:**  NO, NO, NO.  RESPOND TO THE OBJECTION.

17 **MS. TOMENY:**  THIS IS THE WAY THE DOCUMENTS ARE

18 MAINTAINED IN THEIR OFFICE.  THAT'S WHAT WE'VE PROVIDED AND

19 PUT FORTH --

20 **THE COURT:**  SHOW ME SOME OF THE INTERLINEATIONS THAT

21 YOU OBJECT TO.

22 **MS. MALIK:**  PAGE 16, YOUR HONOR.

23 **THE COURT:**  ANY OTHERS BESIDES THOSE HIGHLIGHTS?

24 **MS. MALIK:**  CAN WE GO TO PAGE 14 AND PAGE 16?

25 **THE COURT:**  OBJECTION OVERRULED.

1   **BY MS. TOMENY:**

2       **Q**    NOW AS PART OF YOUR JOB DUTIES YOU ALSO TRACK THE

3   NUMBER OF PATIENTS SEEN IN THE DOCTORS' CLINIC; IS THAT

4   CORRECT?

5       **A**    FOR GENERAL MEDICINE?

6       **Q**    YES.  YES.

7       **A**    OKAY.  ACTUALLY, YES, I DO TRACK THEM AS FAR AS --

8   YES, I DO.

9       **Q**    OKAY.

10          **MS. TOMENY:**  BROOKE, IF YOU COULD PULL UP DX-28,

11   THIS WILL ALSO BE SEALED.

12          **THE COURT:**  MS. TOMENY, LET ME JUST SAY DX-7 IS

13   ADMITTED.  I OVERRULED THE OBJECTION, BUT I SHOULD HAVE SAID

14   THAT IT WAS ADMITTED.  DX-7 IS ADMITTED.  GO HEAD.

15   **BY MS. TOMENY:**

16       **Q**    DX-28.  THIS IS AN 1800 PAGE PDF, BUT ARE YOU

17   GENERALLY FAMILIAR WITH WHAT YOU SEE ON YOUR SCREEN?

18       **A**    YES.

19       **Q**    OKAY.

20          **MS. TOMENY:**  BROOKE, IF YOU COULD GO TO PAGE 1130.

21   **BY MS. TOMENY:**

22       **Q**    ALL RIGHT.  MS. CARROLL, ARE YOU FAMILIAR WITH THIS

23   DOCUMENT?

24       **A**    YES.

25       **Q**    WHAT IS TRACKED -- WHAT IS THIS?

1      **A**    THIS IS THE DAILY WORKLOAD INDICATOR AND, AGAIN, IT

2    TRACKS GENERAL MEDICINE.  IT TRACKS ANY NURSING APPOINTMENTS,

3    NURSING CONTACTS WITH OFFENDERS, SPECIALTY CLINIC NUMBERS, ON

4    SITE AND OFF SITE.

5      **Q**    WHO PREPARES THIS DOCUMENT?

6      **A**    THE NURSES WITHIN THE DOCTORS' CLINIC.

7      **Q**    AND HOW OFTEN IS ONE OF THESE PREPARED?

8      **A**    DAILY.

9      **Q**    HOW IS THIS INFORMATION COMPILED?  WHAT DO THEY USE

10   TO -- WHAT DO THEY USE TO FILL THIS OUT?

11     **A**    OKAY.  FOR THE GENERAL MEDICINE THEY TAKE -- THEY

12   USE THE CALLOUT -- THE DAILY CALLOUT THAT THEY GET FROM

13   MEDICAL RECORDS, AND THEY GO THROUGH THAT AND SEE WHO -- HOW

14   MANY PATIENTS ACTUALLY CAME FOR THEIR APPOINTMENTS, HOW MANY

15   DID NOT COME AND THE REASON WHY, AS YOU CAN SEE ON THIS, FOUR

16   NOSHOWS, AND ONE AMA.  SO THAT'S ALL INFORMATION THEY PUT ON

17   THIS WORKLOAD.

18     **Q**    OKAY.

19     **MS. TOMENY:**  BROOKE, IF YOU COULD GO TO PAGE 1748.

20   BY MS. TOMENY:

21     **Q**    DO YOU RECOGNIZE THIS PAGE?

22     **A**    YES.

23     **Q**    WHAT IS THIS?  CAN YOU EXPLAIN WHAT'S GOING ON HERE?

24     **A**    OKAY.  THIS IS THE CALLOUT AND THIS IS THE WAY WE

25   TRACK WHO HAS COME AND WHO DOES NOT COME.

1          BASICALLY AS OFFENDERS COME IN FOR THEIR CLINICS AND
2   THEY'RE WORKED UP FOR GENERAL MEDICINE OR SPECIALTY THEY DRAW
3   A LINE THROUGH THE NAME, AND AT THE END OF THE DAY IS WHEN
4   THEY GO BACK IN AND SEE ACTUALLY HOW MANY DID NOT COME OR HOW
5   MANY ARE NOSHOWS AND AMA'S.
6      **Q**    AND THIS IS THE INFORMATION THEY USE TO PUT ON THAT
7   WORKSHEET YOU WERE LOOKING AT?
8      **A**    YES, FOR THE DAILY WORKLOAD.
9          **MS. TOMENY:**  BROOKE, IF YOU COULD GO TO PAGE 1750.
10  **BY MS. TOMENY:**
11     **Q**    DO YOU RECOGNIZE THIS?
12     **A**    YES, I DO.
13     **Q**    WHAT IS THIS?
14     **A**    THIS IS ACTUALLY -- THIS IS THE ATTACHMENT FOR A
15  SPECIALTY CLINIC.  COUMADIN IS HELD ON SITE, BUT IT'S
16  CONSIDERED A SPECIALTY.  SO THIS WOULD BE ADDED TO THE DAILY
17  CALLOUT AND AGAIN THEY USE THIS.  THEY SCRATCH THROUGH AS THE
18  OFFENDERS COME IN AND IF THEY DON'T COME THEY PUT THE REASON
19  WHY THEY DID NOT COME.
20     **Q**    SO THESE SPECIALTY CALLOUTS, THEY'RE ALSO USED TO
21  INPUT THE NUMBERS ON THAT WORKSHEET --
22     **A**    YES.
23     **Q**    -- WE WERE JUST LOOKING AT?  THANK YOU.
24          PAGE 1154, PLEASE.  DO YOU RECOGNIZE THIS DOCUMENT?
25     **A**    YES, I DO.

1    Q    OKAY, WHAT IS THIS?

2    A    THIS IS ACTUALLY A WORKLOAD INDICATOR FOR OUTCAMP

3    CLINICS AND THIS WOULD BE A GENERAL MEDICINE OUTCAMP.

4    Q    OKAY.  AND HOW IS THIS INFORMATION COMPILED?

5    A    THIS, AGAIN, IS ALSO BY THE NURSE AND THROUGH THE

6    CALLOUT.

7    Q    AND HOW OFTEN IS THIS PUT TOGETHER?

8    A    EACH TIME THEY ACTUALLY HAVE AN OUTCAMP CLINIC,

9    WHICH IS -- IT'S NOT DAILY.

10    Q    OKAY.  AND WHAT IS THIS SHEET USED FOR?

11    A    AGAIN, IT'S FOR TRACKING.

12    Q    OKAY.  ALL RIGHT.  I MAY HAVE NEGLECTED TO ASK YOU

13    THIS, BUT ON PAGE 1130, PLEASE BROOKE; WHAT IS THIS SHEET USED

14    FOR.

15    A    AGAIN, IT'S JUST TRACKING AND USED FOR C-05; END

16    RESULT IS C-05.

17    Q    ALL RIGHT.  PAGE 4, PLEASE.  DO YOU RECOGNIZE THIS

18    DOCUMENT?

19    A    YES.

20    Q    WHAT IS THIS?

21    A    THIS IS ACTUALLY A WORKLOAD INDICATOR FOR PHYSICAL

22    THERAPY.

23    Q    OKAY.  WHO COMPILES THIS REPORT?

24    A    ACTUALLY THIS PARTICULAR REPORT IS COMPILED BY THE

25    PHYSICAL THERAPIST.

1    **Q**    OKAY.  WHERE IS THIS DOCUMENT MAINTAINED?

2    **A**    THIS ALSO COMES TO ME AND THIS IS TURNED INTO

3    MEDICAL RECORDS.

4    **Q**    OKAY.  AND WHAT IS THIS INFORMATION USED FOR?

5    **A**    TRACKING.

6    **Q**    ALL RIGHT.  PAGE 1105, PLEASE.  DO YOU RECOGNIZE

7    THIS DOCUMENT?

8    **A**    YES, I DO.

9    **Q**    WHAT IS THIS?

10   **A**    THIS IS ACTUALLY BACKLOG NUMBERS FOR THE ON-SITE

11   SPECIALTY CLINICS.

12   **Q**    AND WHO PREPARES THIS?

13   **A**    EACH NURSE THAT'S RESPONSIBLE FOR EACH SPECIFIC

14   SPECIALTY CLINIC.

15   **Q**    OKAY.  AND HOW -- HOW OFTEN IS THIS -- IS THIS

16   DOCUMENT PREPARED?

17   **A**    RIGHT NOW WE'RE DOING IT WEEKLY AND THEN WE DO ALSO

18   A MONTHLY.

19   **Q**    AND WHERE DOES THIS INFORMATION COME FROM?

20   **A**    THROUGH THE NURSES TRACKING -- THE SPECIALTY

21   TRACKING DATABASES THAT THEY USE.

22   **Q**    OKAY.  WHAT IS THIS FORM USED FOR AFTER IT'S

23   PREPARED?

24   **A**    ACTUALLY, AGAIN, IT'S FOR BACKLOGGED NUMBERS AND THE

25   END RESULT IS C-05.

1    Q    OKAY.

2    **A**    IT'S ALSO USED BY -- WITHIN THE FACILITY, YOU KNOW,

3    TO MONITOR THE BACKLOG NUMBERS AND TO SEE WHAT WE MAY NEED TO

4    DO AT OR IN CLINICS.

5    Q    AND THIS -- A FORM LIKE THIS, THIS IS MAINTAINED BY

6    YOUR OFFICE; IS THAT CORRECT?

7    **A**    YES.

8    Q    ALL RIGHT.  PAGE 1671, PLEASE.

9         OKAY.  MS. CARROLL, DO YOU RECOGNIZE THIS DOCUMENT?

10   **A**    I DO.

11   Q    ALL RIGHT.  WHAT IS THIS?

12   **A**    THIS IS THE NURSE PRIORITY.  BASICALLY WHAT

13   HAPPENS -- THIS FORM IS USED FOR IF THE NURSES HAVE INJECTIONS

14   THAT ARE DUE ON, SPECIFIC DAYS THEY PUT THEM ON THIS -- ON A

15   NURSE PRIORITY.  ALSO, ANY -- ANY APPOINTMENTS THAT NEED TO BE

16   ADDED AFTER THE CALLOUT GOES OUT BY MEDICAL RECORDS IT'S PUT

17   ON THIS NURSE PRIORITY.

18   Q    OKAY.  AND IS THIS -- FORMS LIKE THIS, ARE THESE

19   MAINTAINED IN YOUR OFFICE?

20   **A**    YES.

21        **MS. TOMENY:**  AT THIS TIME I'D LIKE TO OFFER, FILE

22   AND INTRODUCE DX-28 IN GLOBO.

23        **MS. MALIK:**  NO OBJECTION.

24        **THE COURT:**  ADMITTED.

25   **BY MS. TOMENY:**

1      **Q**    ALL RIGHT.  MS. CARROLL, AS PART OF YOUR TRACKING

2   RESPONSIBILITIES DO YOU ALSO TRACK NOSHOWS, REFUSALS AND

3   AMA'S?

4      **A**    I DO.

5      **Q**    WHAT'S CONSIDERED A NOSHOW?

6      **A**    BASICALLY THEY DON'T COME.  YOU KNOW, THEY DON'T

7   SHOW UP FOR THE CLINIC DATE.

8      **Q**    WHAT IS A REFUSAL?

9      **A**    A REFUSAL IS BASICALLY THEY HAVE THE RIGHT TO REFUSE

10   ANY MEDICAL CARE.

11      **Q**    OKAY.  AND WHAT'S AN AMA; WHAT DOES THAT MEAN?

12      **A**    THAT'S BASICALLY AGAINST MEDICAL ADVICE; MEANING THE

13   PATIENT WAS THERE FOR THE CLINIC AND LAST MINUTE JUST DECIDES

14   THEY WANT TO LEAVE.

15      **Q**    OKAY.  HOW LONG HAS LSP TRACKED NOSHOWS, REFUSALS

16   AND AMA'S?

17      **A**    DR. JACOB JOHNSON, WHEN HE CAME, HE WANTED US TO

18   START COMPILING THIS, SO PROBABLY THE END OF 2020.

19      **Q**    OKAY.  ALL RIGHT.  AND WHY -- WHY DOES LSP TRACK

20   THIS INFORMATION?

21      **A**    WHEN DR. JOHNSON CAME, I MEAN, HE MET WITH ALL OF US

22   AND WE KIND OF EXPRESSED OUR CONCERNS ON THE AMOUNT OF NOSHOWS

23   AND THE AMOUNT OF REFUSALS.  SO DR. JACOB -- DR. JOHNSON

24   WANTED US TO FORMULATE THIS FORM SO THAT HE COULD BRING IT TO

25   THE WARDENS.  AND WE DO THIS BY HOUSING LOCATION SO HE -- YOU

1  KNOW, HE PRESENTS THIS TO THE WARDENS AND HE YOU KNOW -- SO

2  THEY TRY TO WORKOUT TO SEE WHAT THE PROBLEM IS; WHAT'S GOING

3  ON AND SEE WHY PATIENTS ARE NOT COMING.

4      **Q**   OKAY.  ALL RIGHT.  AND YOU -- AM I CORRECT THAT YOU

5  ARE THE PERSON THAT ACTUALLY TRACKS THIS INFORMATION, CORRECT?

6      **A**   YES.

7      **Q**   AND HOW DO YOU -- WHERE DO YOU GET THE INFORMATION

8  TO PUT ON THE REPORT?

9      **A**   AGAIN ON THE CALLOUT.

10     **Q**   OKAY.

11     **MS. TOMENY:**  BROOKE, IF YOU COULD PULL UP DX-29

12 WHICH IS ALSO SEALED.

13 **BY MS. TOMENY:**

14     **Q**   MS. CARROLL, CAN YOU IDENTIFY THIS DOCUMENT?

15     **A**   YES.

16     **Q**   ALL RIGHT.  WHAT IS THIS?

17     **A**   THIS IS ACTUALLY ONE OF THE SPREADSHEETS THAT I DO

18 FOR THE NOSHOWS AND THE REFUSALS.  AND THIS IS FROM CAMP C, SO

19 I ACTUALLY TRACK THEM BY HOUSING LOCATION, BY MONTH AND YEAR.

20     **Q**   AND HOW OFTEN DO YOU TRACK THIS INFORMATION?

21     **A**   I ACTUALLY REVIEW THE CALLOUTS DAILY AND IF THERE

22 ARE NOSHOWS AND REFUSALS, AND WHICH THERE NORMALLY ARE.  SO I

23 DO IT DAILY, YES.

24     **Q**   HAS THE REFUSAL PROCESS ITSELF, HAS THAT CHANGED

25 SINCE 2016?

1    **A**    YES.  BASICALLY WE HAVE ASKED THAT ALL REFUSALS FOR

2    ANY CLINIC, AND ESPECIALLY SPECIALTY CLINICS, THAT THEY'RE

3    BROUGHT TO THE TREATMENT CENTER TO REFUSE TO MEDICAL STAFF.

4         BASICALLY SOMETIMES THAT DOES NOT HAPPEN SO WE HAVE

5    ASKED THAT SECURITY, THAT UPPER RANK, WITNESS'S THE SIGNATURE

6    OF AN OFFENDER IF HE DOES REFUSE AT THE HOUSING AREA.

7    **Q**    IS THE OFFENDER ASKED TO PROVIDE A REASON FOR THE

8    REFUSAL?

9    **A**    YES.

10   **Q**    YOU MENTIONED EDUCATION AND COUNSELING EARLIER; IS

11   THAT CORRECT?

12   **A**    YES.

13   **Q**    IS COUNSELING PROVIDED WHEN SOMEONE REFUSES?

14   **A**    DEFINITELY.

15   **Q**    OKAY.  HOW DOES THAT WORK?

16   **A**    BASICALLY -- OKAY.  WHEN THEY REFUSE -- JUST

17   DEPENDING ON WHAT THEY ACTUALLY DO REFUSE, IF IT'S A SPECIALTY

18   CLINIC, WE'LL BRING THE PATIENT BACK AND JUST COUNSEL HIM AND

19   ASK HIM IF HE KNEW WHAT HE WAS REFUSING AND WHY DID HE REFUSE.

20   AND MOST TIMES, I MEAN, THEY'RE RESCHEDULED ANY WAY, BUT WE

21   JUST WANT TO BRING THEM IN AND KIND OF GIVE THEM SOME

22   KNOWLEDGE AND LET THEM KNOW WHAT THE END RESULT COULD BE IF

23   THEY CONTINUE TO REFUSE OR NOT COME TO THEIR APPOINTMENTS.

24   **Q**    WHAT IS THE PROCESS WHEN AN INMATE DOES NOT SHOW UP

25   FOR AN APPOINTMENT?

1          **A**     THEY'RE RESCHEDULED.

2          **Q**     I NEED TO JUMP BACK A SECOND.

3               **MS. TOMENY:**  I'D LIKE TO OFFER, FILE AND INTRODUCE

4     DX-29 INTO EVIDENCE.  BROOKE, IF YOU WOULD JUST PULL IT BACK

5     UP REAL QUICKLY.

6               **MS. MALIK:**  NO OBJECTION.

7               **THE COURT:**  ADMITTED.

8     **BY MS. TOMENY:**

9          **Q**     MS. CARROLL, WHY DO YOU CHOOSE TO WORK AT LSP?

10         **A**     WELL, I GUESS I JUST -- THE OPPORTUNITY PRESENTED

11    ITSELF.  I FIRST WAS HIRED AS A TELEMEDICINE NURSE AND I NEVER

12    WORKED WITH TELEMEDICINE, AND I BASICALLY NEEDED A MONDAY

13    THROUGH FRIDAY JOB, SO IT KIND OF -- MY BROTHER WORKED AS AN

14    OFFICER.  SO IT REALLY KIND OF -- IT INTERESTED ME, SO I WENT

15    AHEAD AND APPLIED AND WENT TO WORK THERE.

16         **Q**     YOU ENJOY IT?

17         **A**     I DO.

18         **Q**     THANK YOU.  I DON'T HAVE ANYTHING FURTHER.

19              **THE COURT:**  CROSS?

20              **MS. MALIK:**  YOUR HONOR, I ANTICIPATE THIS TAKING

21    ABOUT HALF AN HOUR, IS THAT OKAY?

22              **THE COURT:**  YEP, LET'S GO.

23              **MS. MALIK:**  MAY I HAVE ONE MOMENT, PLEASE?

24              **THE COURT:**  A MINUTE.

25    **CROSS-EXAMINATION**

1   BY MS. MALIK:

2       Q     ELENA MALIK ON BEHALF OF PLAINTIFFS.

3             GOOD AFTERNOON, MS. CARROLL.

4             YOU'VE BEEN WORKING AT LSP SINCE 2003?

5       A     YES.

6       Q     AS AN RN MANAGER YOU HAVE MANY SUPERVISORY AND

7   NONSUPERVISORY DUTIES, RIGHT?

8       A     YES.

9       Q     YOU SUPERVISE 13 LSP EMPLOYEES, RIGHT?

10      A     RIGHT NOW IT'S TEN.

11      Q     YOU SUPERVISE THE DOCTORS' CLINIC?

12      A     YES.

13      Q     THE TELEMEDICINE OFFICE?

14      A     YES.

15      Q     YOU TRACK REFERRALS.

16      A     YES.

17      Q     YOU CREATE THE MONTHLY C-05 HEALTH CARE SERVICES

18  REPORTS?

19      A     YES.

20      Q     AND YOU SPEND 25 PERCENT OF YOUR TIME FILLING IN FOR

21  OTHER POSITIONS AND YOU'RE ON CALL ABOUT ONCE EVERY EIGHT

22  WEEKS?

23      A     IT'S ACTUALLY ABOUT 12 BECAUSE WE DO HAVE ADDITIONAL

24  STAFF.  SO IT'S ABOUT EVERY 12 WEEKS.

25      Q     AND SUPERVISE THE MEDICAL TRIP'S OFFICE?

1      **A**    YES, I DO.

2      **Q**    IN 2016 THE TRIP'S OFFICE HAD THREE LPN'S?

3      **A**    YES.

4      **Q**    AND WHEN YOU WERE DEPOSED IN THIS CASE ON MARCH 11TH

5  OF 2022, THE TRIP'S OFFICE STILL HAD THREE EMPLOYEES, RIGHT?

6      **A**    WHAT DATE, I'M SORRY?

7      **Q**    MARCH 11, 2022?

8      **A**    YES.

9      **Q**    TODAY YOU SAID THAT LSP SEES UP TO 80 PATIENTS PER

10  DAY IN THE DOCTORS' CLINIC, BUT IN YOUR DEPOSITION YOU SAID

11  THE CLINIC COULD SEE AS MANY AS 100 PATIENTS PER DAY, RIGHT?

12     **A**    THAT IS CORRECT.  WE CAN SEE UP TO 100 IF WE HAVE

13  FOUR PROVIDERS WORKING, AND THAT DOES HAPPEN.

14          **MS. MALIK:**  ALEXANDRA, CAN WE PLEASE PULL UP

15  PX_1_D2.

16  **BY MS. MALIK:**

17     **Q**    YOU SPOKE A BIT ABOUT THE EDUCATIONAL VIDEOS IN THE

18  CLINIC AREA.  THIS IS AN EXAMPLE OF THE INFORMATION DISPLAYED

19  ON THE VIDEOS?

20     **A**    CAN YOU REPEAT THAT?  I'M HAVING A HARD TIME HEARING

21  YOU.

22     **Q**    SORRY.  THIS IS AN EXAMPLE OF THE INFORMATION

23  DISPLAYED IN THE EDUCATIONAL VIDEOS?

24     **A**    YES.

25          **MS. MALIK:**  ALEXANDRA, COULD YOU PLEASE PULL UP THE

1    GROUP OF PHOTOS OF THESE VIDEOS?  I WOULD LIKE TO MARK THIS

2    GROUP OF PHOTOS, IT'S THREE PHOTOS, AS PX-76.

3    **BY MS. MALIK:**

4        **Q**    THIS IS ANOTHER -- LET ME START WITH THE FIRST ONE.

5    THIS IS ANOTHER EXAMPLE OF THE INFORMATION DISPLAYED IN THESE

6    VIDEOS, RIGHT?

7        **A**    YES.

8        **Q**    AND THE NEXT ONE; THIS IS ANOTHER EXAMPLE?

9        **A**    YES.  AND THIS IS JUST A PHOTOSHOT OF A VIDEO THAT

10   CONTINUOUSLY PLAYS, SO THIS IS NOT THE ONLY THING THAT'S

11   DISPLAYED.

12       **Q**    OKAY.  AND THE LAST PHOTO, PLEASE.  THIS IS ANOTHER

13   EXAMPLE OF A PHOTO OF THE VIDEO, RIGHT?

14       **A**    YES.

15       **Q**    AND THESE VIDEOS ARE OFTEN INAUDIBLE, RIGHT?  YOU

16   OFTEN CANNOT HEAR THESE VIDEOS, CORRECT?

17       **A**    NO, YOU CAN HEAR THEM.

18       **Q**    OKAY.

19           **MS. MALIK:**  ALEXANDRA, COULD YOU PLEASE PULL UP THE

20   VIDEO.  I WOULD LIKE TO MARK THIS AS PLAINTIFF'S EXHIBIT 77.

21   COULD WE PLAY THE VIDEO?

22           **MS. TOMENY:**  YOUR HONOR, I OBJECT.  WE'VE NOT SEEN

23   THIS PARTICULAR VIDEO BEFORE AND THERE'S NO WAY TO TEST -- I

24   DON'T KNOW WHAT THIS IS.

25           **MS. MALIK:**  WE'VE PRODUCED THESE WITH PLAINTIFF'S

1    EXPERT REPORT.

2            **MS. TOMENY:**  MY APOLOGIES.

3            **THE COURT:**  OKAY.  WELL, SHE'S GOT HER ON

4    CROSS-EXAMINATION.  LET'S SEE WHERE IT GOES.  OVERRULED.

5    **BY MS. MALIK:**

6        **Q**   YOU CAN'T HEAR THIS VIDEO, CORRECT?

7        **A**   NO.

8        **Q**   AND THE EDUCATIONAL VIDEOS ARE IN SUBTITLES, RIGHT?

9        **A**   YES.

10           **MS. MALIK:**  SORRY, COULD WE PLAY THE VIDEOS WITH THE

11   SOUND ON IF POSSIBLE?

12           **THE DEPUTY CLERK:**  I'M NOT RESTRICTING ANY SOUND.

13           **THE COURT:**  Y'ALL ARE PLAYING IT.  Y'ALL PUT THE

14   SOUND ON.

15           **THE DEPUTY CLERK:**  I MEAN IT WOULD STILL BE PLAYING

16   ON THE AUDIO.  I'M NOT RESTRICTING ANYTHING.  AND THE ZOOM IS

17   OFF.  I DON'T KNOW WHAT HAPPENED, BUT IT'S OFF NOW.  OKAY.

18           **THE COURT:**  SO IT'S ON.  Y'ALL ARE PLAYING IT SO

19   WHATEVER.

20           **THE DEPUTY CLERK:**  I'VE GOT IT TURNED ALL THE WAY

21   UP.

22           **MS. MALIK:**  WE CAN MOVE ON.

23   **BY MS. MALIK:**

24       **Q**   LSP TRACKS AMA'S, NOSHOWS AND REFUSALS THE SAME WAY,

25   RIGHT?

1       **A**     WHAT WAS THE LAST WORD YOU SAID?

2       **Q**     REFUSALS?

3       **A**     YES.

4       **Q**     AND LSP USES THE SAME REFUSAL FORM FOR REFUSALS,

5    AMA'S AND NOSHOWS, RIGHT?

6       **A**     YES.

7            **MS. MALIK:**  AT THIS TIME I'D LIKE TO PULL UP WHAT

8    IS --

9            **THE WITNESS:**  NOT NOSHOWS.  LET ME BACK UP.  NO.

10   BECAUSE A NOSHOW THEY DO NOT COME SO THEY DON'T FILL OUT A

11   FORM.

12           **MS. MALIK:**  AT THIS TIME I'D LIKE TO PULL UP WHAT

13   HAS BEEN PREVIOUSLY MARKED AS PLAINTIFF'S EXHIBIT 40.

14   **BY MS. MALIK:**

15      **Q**     THIS IS THE CURRENT LSP REFUSAL FORM, RIGHT?

16      **A**     YES.

17      **Q**     AND THIS IS THE SAME FORM THAT LSP HAS BEEN USING

18   FOR THE PAST 18 AND A HALF YEARS?

19      **A**     YES.

20      **Q**     YOU MENTIONED THAT SECURITY OFFICERS HAVE PATIENTS

21   SIGN REFUSALS AT THEIR HOUSING LOCATIONS.  SOMETIMES THESE

22   FORMS DON'T GET TO YOU FROM SECURITY, RIGHT?

23      **A**     THERE ARE SOMETIMES A DELAY.

24      **Q**     BUT YOU DON'T KNOW WHY?

25      **A**     NO.

1    **Q**    THIS FORM DOESN'T PROMPT THE PATIENT TO WRITE WHY

2    THEY ARE REFUSING?

3    **A**    CAN YOU REPEAT THAT?

4    **Q**    THE FORM DOES NOT PROMPT THE PATIENT TO WRITE WHY

5    THEY ARE REFUSING?

6    **A**    OKAY.  THEY ARE VERBALLY TOLD WHEN THEY REFUSE TO

7    WRITE WHY THEY'RE REFUSING.

8    **Q**    MS. CARROLL, MY QUESTION WAS THE FORM DOESN'T PROMPT

9    THE PATIENT TO WRITE WHY?

10    **A**    ACTUALLY IT SAYS, "I HEREBY REFUSE."

11    **Q**    THERE'S NO REASON -- THERE'S NO WHY.  THERE'S NO

12    EXPLANATION, RIGHT, REQUESTED BY THE FORM?

13    **A**    NO.

14    **Q**    AND THIS FORM DOESN'T PROMPT THE PROVIDER TO

15    DOCUMENT ANY COUNSELING PROVIDED TO A PATIENT WHO IS REFUSING

16    CARE, RIGHT?

17    **A**    NO, NOT ON THIS FORM.

18    **Q**    THE REASON FOR A REFUSAL ISN'T ALWAYS DOCUMENTED ON

19    THE FORM, RIGHT?

20    **A**    ON THIS FORM?

21    **Q**    YES.

22    **A**    YES.  SOMETIMES THEY DO NOT BECAUSE SOMETIMES THEY

23    REFUSE TO WRITE ANY REASON.

24    **MS. MALIK:**  YOUR HONOR, AT THIS TIME I MOVE PX-40

25    INTO EVIDENCE.

1        **MS. TOMENY:** NO OBJECTION.

2        **THE COURT:** ADMITTED.

3        **THE DEPUTY CLERK:** P WHAT?

4        **MS. MALIK:** PX-40; PLAINTIFF'S EXHIBIT 40.

5        **THE COURT:** ADMITTED.

6    BY MS. MALIK:

7        **Q**   SOME PATIENT REFUSALS ARE JUSTIFIED, RIGHT?

8        **A**   YES.

9        **Q**   ATTORNEY OR FAMILY VISITS ARE AMONG THE MOST COMMON

10   REASONS A PATIENT REFUSES CARE, CORRECT?

11       **A**   CORRECT.

12       **Q**   REFUSING CARE FOR AN ATTORNEY VISIT IS

13   UNDERSTANDABLE?

14       **A**   YES.

15       **Q**   REFUSING CARE FOR A FAMILY VISIT IS UNDERSTANDABLE?

16       **A**   YES.

17       **Q**   SOME PATIENTS CHANGE THEIR MIND ABOUT REFUSING CARE

18   AFTER THEY'VE BEEN COUNSELED, RIGHT?

19       **A**   YES.

20       **Q**   WHEN A PROVIDER MEETS WITH A PATIENT THEY DOCUMENT

21   IT, RIGHT?

22       **A**   A HIGH PERCENTAGE OF TIME, YES.  THERE ARE TIMES

23   WHEN THEY DO NOT DOCUMENT.

24       **Q**   LSP DOCUMENTS PATIENT COUNSELING ON THE REFUSAL FORM

25   ITSELF?

1    **A**    NO.

2    **Q**    MS. CARROLL, YOU GAVE A DEPOSITION IN THIS CASE,

3    CORRECT?  YOU GAVE A DEPOSITION IN THIS CASE, RIGHT?

4    **A**    YES.

5    **Q**    AND YOU WERE UNDER OATH?

6    **A**    YES.

7    **Q**    TELLING THE TRUTH.

8         **MS. MALIK:**  ALEXANDRA, COULD WE PLEASE PULL UP

9    MS. CARROLL'S DEPOSITION AT PAGE 114.

10   **BY MS. MALIK:**

11   **Q**    MS. CARROLL, IF WE COULD PLEASE READ.  YOU WERE

12   ASKED BEGINNING ON LINE 5, "ARE THERE RECORDS OF COUNSELING?"

13   COULD YOU PLEASE READ YOUR RESPONSE TO THAT OUT LOUD?

14   **A**    "WE, UH, ON REFUSAL WILL ACTUALLY ADD IN THERE.  AND

15   IF IT'S A REALLY -- IF IT'S SOMETHING REALLY DETAILED, THEN WE

16   WRITE IT OUT ON -- WE CALL THEM A YELLOW SHEET.  IT'S JUST

17   WHAT THE DOCTORS USE TO PERFORM THEIR ASSESSMENT AND WE'LL

18   WRITE DOWN AND HAVE THE OFFENDER SIGN."

19   **Q**    THANK YOU.  THIS YELLOW SHEET GOES IN THE PATIENT'S

20   MEDICAL RECORD, RIGHT?

21   **A**    YES, IT DOES.

22   **Q**    IT'S IMPORTANT TO DOCUMENT COUNSELING, CORRECT?

23   IT'S IMPORTANT TO DOCUMENT COUNSELING?

24   **A**    IT IS.

25   **Q**    IT'S INAPPROPRIATE TO THREATEN A PATIENT WITH

1  DISCIPLINE FOR REFUSING CARE, RIGHT?

2      **A**    I'M HAVING A REALLY HARD TIME UNDERSTANDING YOU.

3      **Q**    IT'S INAPPROPRIATE TO THREATEN A PATIENT WITH

4  DISCIPLINE FOR REFUSING CARE, CORRECT?

5      **A**    TO --

6      **Q**    -- THREATEN A PATIENT WITH DISCIPLINE.

7      **A**    OH, YES.  I MEAN, NO, WE DON'T -- THAT'S

8  UNACCEPTABLE.

9      **Q**    AND ALL PATIENTS HAVE TO COME -- IT'S ALSO

10  INAPPROPRIATE TO THREATEN A PATIENT WITH DISCIPLINE FOR

11  REFUSING TO SIGN A REFUSAL, CORRECT?

12      **A**    CORRECT.

13      **Q**    AND ALL PATIENTS HAVE TO COME TO THE TREATMENT

14  CENTER WHEN THEY REFUSE CARE, RIGHT?

15      **A**    THEY ARE ENCOURAGED TO COME TO THE TREATMENT CENTER

16  TO SIGN A REFUSAL.

17      **Q**    CAN WE PLEASE PULL UP PLAINTIFF'S EXHIBIT 1-D AT 47.

18  IS IT POSSIBLE TO ZOOM IN?

19          MS. CARROLL, COULD YOU PLEASE READ THIS SIGN?

20      **A**    NO.  I CANNOT.  IT IS VERY BLURRED ON MY SCREEN.

21      **Q**    I CAN READ IT TO YOU AND YOU CAN TELL ME IF YOU

22  THINK IT'S WRONG.

23          "ATTENTION, YOU MUST SIGN A MEDICAL REFUSAL AT

24  CLINIC BEFORE LEAVING OR YOU WILL FACE DISCIPLINARY ACTION."

25  DOES THAT SOUND RIGHT?

1    **A**    I'VE NEVER SEEN THIS.

2    **Q**    EVERYONE PASSES THIS SIGN WHEN THEY COME TO THE

3    TREATMENT CENTER, RIGHT?

4    **A**    AGAIN, I'VE NEVER SEEN THIS.

5         **THE COURT:**  SHE SAID SHE'S NEVER SEEN IT.  NEXT

6    QUESTION.

7    **BY MS. MALIK:**

8    **Q**    AS PART OF CREATING THE C-05 REPORTS, YOU TRACK THE

9    BACKLOG FOR SPECIALTY APPOINTMENTS?

10   **A**    YES, I DO.

11   **Q**    AND TODAY YOU DEFINED BACKLOG AS:  OFFENDER REFUSALS

12   THAT HAVE NOT BEEN SEEN?

13   **A**    THAT HAVE NOT BEEN SEEN ON THE LAST DAY OF THE

14   REPORTING MONTH.

15        **MS. MALIK:**  ALEXANDRA, COULD YOU PLEASE PULL UP --

16        **THE WITNESS:**  OR THAT HAVE NOT BEEN SCHEDULED.

17   BASICALLY ALSO SCHEDULED.  IF THEY DON'T HAVE A DATE FOR AN

18   APPOINTMENT.  NOT PARTICULARLY SEEN -- ALREADY SEEN, BUT THEY,

19   YOU KNOW, IF THEY HAVE AN APPOINTMENT PENDING THAT'S NOT A

20   BACKLOG.

21        **MS. MALIK:**  ALEXANDRA, COULD YOU PLEASE PULL UP

22   PX_30_C AT 16.

23   **BY MS. MALIK:**

24   **Q**    MS. CARROLL, COULD YOU PLEASE READ THE TWO LINES AT

25   THE BOTTOM BEGINNING WITH "BACKLOG PROCEDURES"?

1    **A**    "BACKLOG PROCEDURES CLINIC.  NUMBER OF OFFENDERS ON

2    THE LAST DAY OF THE REPORTING MONTH WHO ARE WAITING TO BE

3    SCHEDULED IN A SPECIALTY CLINIC OR TO HAVE A DIAGNOSTIC

4    PROCEDURE EXCLUDING THOSE ALREADY SCHEDULED."

5    **Q**    SO AS IT CURRENTLY STANDS, BACKLOG FOR SPECIALTY

6    APPOINTMENTS EXCLUDES PATIENTS WHO ARE SCHEDULED FOR AN

7    APPOINTMENT?

8    **A**    THAT'S CORRECT.

9    **Q**    SO, FOR EXAMPLE, A PATIENT WHO HAS BEEN RESCHEDULED

10   FOR AN APPOINTMENT SEVERAL TIMES, BUT HAS NEVER SEEN A

11   PROVIDER, WILL NOT APPEAR ON THE BACKLOG?

12   **A**    OKAY.  ARE YOU TALKING ABOUT -- THIS IS FOR

13   SPECIALTY CLINICS.  THIS IS NOT GENERAL MEDICINE CLINIC.

14   **Q**    CORRECT.

15   **A**    BUT, NO, FOR SPECIALTY CLINICS THEY WILL BE

16   RESCHEDULED.

17   **Q**    YES.  BUT IF THEY ARE SCHEDULED, SO LONG AS THEY ARE

18   RESCHEDULED, EVEN IF THEY HAVE BEEN RESCHEDULED SEVERAL TIMES,

19   THEY WILL NOT APPEAR ON THE BACKLOG, CORRECT?

20   **A**    NO, NOT IF THEY'RE BEING WORKED UP AND THE

21   COMMUNICATION IS OPEN BETWEEN SCHEDULING HEADQUARTERS AND THE

22   OUTSIDE FACILITY.

23   **Q**    BUT IT DOESN'T MATTER HOW LONG THE PATIENT HAS BEEN

24   WAITING FOR A SCHEDULED APPOINTMENT, SO LONG AS THE

25   APPOINTMENT HAS BEEN SCHEDULED, RIGHT?

1      **A**    NO.  NO, THAT IS NOT CORRECT.

2      **Q**    ACCORDING TO THIS DEFINITION, SO LONG AS THE PATIENT

3   IS SCHEDULED NO MATTER HOW LONG -- NO MATTER HOW LONG THEY

4   HAVE BEEN WAITING FOR THEIR SCHEDULED APPOINTMENT, THEY WILL

5   NOT APPEAR ON THE BACKLOG, RIGHT; AS LONG AS THEY ARE

6   SCHEDULED?

7      **A**    OKAY.  NO, THEY WILL NOT.  BUT I THOUGHT YOU WERE

8   SAYING THAT THEY WOULD WAIT AN EXTENDED PERIOD OF TIME.

9      **Q**    AND A PATIENT WHO WAITED FOR MONTHS FOR THEIR

10  APPOINTMENT WILL BE REMOVED FROM THE BACKLOG AS SOON AS THEIR

11  APPOINTMENT IS SCHEDULED, RIGHT?

12     **A**    THAT'S CORRECT.

13     **Q**    EVEN IF THEY HAVEN'T YET SEEN A DOCTOR?

14     **A**    CORRECT.

15     **Q**    THERE ARE NO STATISTICS IN THE C-05 REPORT ON

16  SPECIALTY SERVICES ABOUT HOW LONG SOMEONE HAS BEEN WAITING FOR

17  AN APPOINTMENT, CORRECT?

18     **A**    THAT'S CORRECT.

19     **Q**    AND THERE ARE NO STATISTICS IN THE C-05 REPORT ON

20  SPECIALTY SERVICES ABOUT HOW LONG IT TAKES AN APPOINTMENT TO

21  BE SCHEDULED, RIGHT?

22     **A**    CORRECT.

23     **Q**    YOU ARE AWARE FROM YOUR DEPOSITION THAT DR. TOCE

24  THINKS THAT BACKLOG SHOULD BE DEFINED AS THE LENGTH OF TIME A

25  PATIENT HAS SPENT WAITING TO SEE A DOCTOR, NOT IN TERMS OF THE

1   NUMBER OF PATIENTS, RIGHT?

2       **A**   REPEAT THAT, PLEASE.

3       **Q**   AT YOUR DEPOSITION YOU LEARNED THAT DR. TOCE THINKS

4   THAT BACKLOG SHOULD BE DEFINED AS THE LENGTH OF TIME A PATIENT

5   HAS SPENT WAITING TO SEE A DOCTOR, NOT IN TERMS OF THE NUMBER

6   OF PATIENTS?

7       **A**   I'M NOT FOLLOWING YOU ON THAT.  DID I SAY THAT IN

8   THE DEPOSITION?

9       **Q**   YOU WERE ASKED ABOUT WHETHER YOU KNEW THAT DR. TOCE

10  HAD SAID THAT.

11      **A**   I REMEMBER THE DEPOSITION WE SPOKE ABOUT SOMETHING

12  DR. TOCE SAID, BUT I'M JUST NOT FOLLOWING YOU ON THIS.

13      **Q**   OKAY.

14          **MS. MALIK:**   CAN WE PLEASE PULL UP DR. TOCE'S

15  TESTIMONY, WHICH IS JOINT EXHIBIT 71-A.  AND JUST FOR CLARITY,

16  THIS IS SEALED BECAUSE IT CONTAINS PATIENT NAMES, BUT THIS

17  PORTION DOES NOT NEED TO BE SEALED.

18          **MS. TOMENY:**   YOUR HONOR, I'M GOING TO OBJECT.  I

19  THINK SHE'S TRYING TO IMPEACH THE WITNESS WITH SOMEONE ELSE'S

20  TESTIMONY.

21          **THE COURT:**   SOUNDS LIKE THAT'S WHAT YOU'RE DOING.

22          **MS. MALIK:**   IT'S NOT AN IMPEACHMENT.  IT'S A

23  SEPARATE QUESTION.  THIS IS A JOINT EXHIBIT AND IT GOES TO HOW

24  BACKLOG IS DEFINED.

25          **THE COURT:**   JUST ASK HER THE QUESTION.  YOU DON'T

1   NEED TO SHOW HER DR. TOCE'S DEPOSITION.  HOW IS BACKLOG

2   DEFINED?

3            OBJECTION SUSTAINED.

4   **BY MS. MALIK:**

5       **Q**   EVEN BACK IN 2016, DR. SINGH TESTIFIED THAT BACKLOG

6   WAS VERY POORLY TRACKED AND CAPTURED, RIGHT?

7       **A**   I DON'T KNOW WHAT DR. SINGH TESTIFIED ON.  I DON'T

8   KNOW HIS RESPONSE.

9       **Q**   IF I -- CAN WE PLEASE PULL UP DR. SINGH'S --

10           **THE COURT:**  NO, WE CAN'T.

11  **BY MS. MALIK:**

12      **Q**   MS. CARROLL, ARE YOU AWARE THAT DEFINING BACKLOG HAS

13  BEEN A CHALLENGE FOR LSP IN THE PAST?

14      **A**   I THINK IT'S -- I DON'T THINK IT'S A CORRECT NUMBER

15  AND ONLY BECAUSE REPORTING A REFERRAL THAT HAS BEEN WRITTEN ON

16  THE LAST DAY OF THE MONTH AS A BACKLOG IS NOT A BACKLOG IN MY

17  EYES, AND THIS IS JUST ME PERSONALLY.

18      **Q**   THE LATEST C-05 REPORT'S BACKLOG NUMBERS IS THE SAME

19  NOW AS IT WAS IN 2016, RIGHT?  ACTUALLY, I'M GOING TO MOVE ON.

20           **THE COURT:**  SO YOU WITHDRAW THAT QUESTION?

21           **MS. MALIK:**  I WITHDRAW THAT QUESTION, YES.

22           **THE COURT:**  OKAY.  NEW QUESTION.

23  **BY MS. MALIK:**

24      **Q**   YOU'RE FAMILIAR WITH LSP'S PHYSICIAN WORKLOAD

25  INDICATOR SHEETS, RIGHT?

1     **A**    YES, I AM.

2     **Q**    THOSE SHEETS ARE USED TO GENERATE THE C-05 REPORTS?

3     **A**    YES.  AT THE END OF THE MONTH THEY'RE COMPILED FOR

4  THE C-05 REPORT.

5     **Q**    AND THEY'RE FILLED OUT BY HAND?

6     **A**    YES, THEY ARE.

7     **Q**    THE PHYSICIAN WORKLOAD INDICATOR SHEETS SHOULD

8  REFLECT THE EXACT NUMBER OF HOW MANY PATIENTS WERE SCHEDULED

9  AND HOW MANY PATIENTS WERE SEEN, RIGHT?

10    **A**    THAT'S CORRECT.

11    **Q**    BUT IN PRACTICE THE PHYSICIAN WORKLOAD INDICATORS

12  ARE OFTEN ROUNDED OFF TO END IN A FIVE OR ZERO, AREN'T THEY?

13    **A**    CAN YOU REPEAT THE LAST PART?

14    **Q**    THE PHYSICIAN WORKLOAD INDICATOR SHEETS, THE NUMBERS

15  IN THOSE SHEETS, ARE OFTEN ROUNDED OFF TO END IN A FIVE OR A

16  ZERO, CORRECT?

17    **A**    NO.

18       **MS. MALIK:**  MAY WE PLEASE PULL UP DEFENDANT'S

19  EXHIBIT 28.  LET'S GO TO PAGE 1127.

20       **THE COURT:**  WE DON'T HAVE ANYTHING.  THERE YOU GO.

21  **BY MS. MALIK:**

22    **Q**    SO PLEASE TAKE A MOMENT TO LOOK OVER THIS DOCUMENT.

23    **A**    OKAY.

24    **Q**    GENERAL MEDICINE 25, SICK CALL 35, PHONE ORDERS 20,

25  SCHEDULING 200, DOCUMENTED EDUCATION 15, CHART REVIEWS 70,

1  ENCOUNTERS 20.  THOSE NUMBERS ALL END IN A FIVE OR A ZERO,

2  RIGHT?

3      **A**    MAYBE ON THAT DAY THAT'S EXACTLY WHAT WAS SEEN.  WE

4  DON'T MAKE THESE NUMBERS UP OR ROUND OFF.  WE REPORT THE

5  ACTUAL NUMBERS.

6      **Q**    AND THIS DOCUMENT IS DATED JANUARY 31ST, 2022,

7  RIGHT?

8      **A**    CORRECT.

9      **Q**    FOR THE RECORD, THESE ARE THE MOST RECENT SHEETS

10 PRODUCED TO US.  IF WE CAN GO TO THE NEXT PAGE.  THIS IS FROM

11 THE DAY BEFORE.  JANUARY 20TH, 2022.  GENERAL MEDICINE 60,

12 CHART REVIEW 60.  THOSE END IN A ZERO, RIGHT?

13     **A**    YES.

14     **Q**    AND A LOT OF THESE ROWS ARE BLANK, CORRECT?

15     **A**    YES.  BECAUSE WE DID NOT HAVE -- THEY DID NOT

16 PERFORM ANY OF THESE OTHER THINGS AND WE HAD NO SPECIALTY

17 CLINICS FOR THAT DAY.

18     **Q**    OKAY.  LET'S GO TO THE NEXT PAGE.  THIS IS FROM THE

19 DAY BEFORE JANUARY 29TH, 2022, CORRECT?

20     **A**    YES.

21     **Q**    GENERAL MED 30, BP CHECK 30, CHART REVIEWS 30; THOSE

22 NUMBERS ALL END IN A ZERO, RIGHT?

23     **A**    THEY DO.

24     **Q**    ONE MORE.

25         **MS. MALIK:**  NEXT PAGE, PLEASE, ALEXANDRA.

1 **BY MS. MALIK:**

2    **Q**   AND THIS IS FROM THE DAY BEFORE, JANUARY 28TH, 2022

3 RIGHT?  I THINK YOU ALREADY LOOKED AT THIS ONE.

4    **A**   YES.

5    **Q**   GENERAL MEDICINE SCHEDULED 30 -- TOP 30, SEEN 25,

6 SICK CALL 30 -- SORRY, BP 30, SICK CALL 40, PHONE ORDERS 10,

7 SCHEDULING 200, LAB DRAWS 5, PHYSICAL THERAPY 25, PODIATRY 25.

8 THESE NUMBERS ALL END IN A FIVE OR A ZERO, CORRECT?

9    **A**   THAT IS CORRECT.

10    **Q**   THOSE ARE ALL MY QUESTIONS.  THANK YOU, MS. CARROLL.

11    **THE COURT:**  REDIRECT.

12 **REDIRECT EXAMINATION**

13 **BY MS. TOMENY:**

14    **Q**   MS. CARROLL, YOU WERE ASKED ABOUT DISCIPLINARY

15 ACTION IN THE CONTEXT OF REFUSALS; DO YOU RECALL THAT?

16    **A**   YES.

17    **Q**   ARE YOU AWARE OF ANY INMATES EVER BEING DISCIPLINED

18 FOR NOT SIGNING A REFUSAL FORM?

19    **A**   NO.

20    **Q**   ARE YOU AWARE OF ANY CURRENT ISSUES WITH LSP INMATES

21 GETTING TIMELY APPOINTMENTS IN THE GENERAL MEDICINE CLINIC?

22    **A**   NO.

23    **Q**   AND ARE YOU AWARE OF ANY CURRENT ISSUES WITH LSP

24 INMATES GETTING TIMELY SPECIALTY APPOINTMENTS?

25    **A**   NO.

1    **Q**    THAT'S ALL I HAVE.  THANK YOU.  SHE'S RELEASED.

2            **MS. MALIK:**  YOUR HONOR, I FORGOT TO MOVE PLAINTIFF'S

3    EXHIBITS 76 AND 77 INTO EVIDENCE.

4            **THE COURT:**  66?

5            **MS. MALIK:**  76.

6            **THE COURT:**  76 AND --

7            **MS. MALIK:**  76 WAS THE GROUP OF PHOTOS AND THEN THE

8    VIDEO WAS 77.

9            **MS. TOMENY:**  NO OBJECTION.

10           **THE COURT:**  ALL RIGHT.  76 AND 77 ARE ADMITTED.

11           OKAY.  YOU CAN STEP DOWN, MA'AM.  THANK YOU.

12           CAN WE GET AN IDEA OF HOW MUCH IS LEFT?  YOU PUT ON

13   ONE EXTRA WITNESS BY MY COUNT SO WE MADE SOME GOOD PROGRESS

14   TODAY.

15           **MR. ARCHEY:**  TOMORROW WE HAVE FOUR WITNESSES LINED

16   UP.  DO YOU HAVE THE ORDER BETTER THAN I DO?

17           **MR. CONINE:**  FOUR WITNESSES, YOUR HONOR.  THAT'S

18   CORRECT.

19           **THE COURT:**  FOUR WITNESSES.  YOU'RE TAKING THEM?

20           **MR. CONINE:**  I HAVE TWO.

21           **THE COURT:**  SO FOUR WITNESSES AND THEN WHAT'S AFTER

22   THAT?

23           **MR. ARCHEY:**  WE FEEL PRETTY CONFIDENT THIS IS GOING

24   TO PROBABLY SLIDE INTO THE NEXT WEEK WHENEVER OUR DAY IS.

25   IT'S POSSIBLE WE CAN FINISH IT TOMORROW.  WE DON'T THINK

1  THAT'S LIKELY.

2          **THE COURT:**  SO THE FOUR WITNESSES DOES NOT COMPLETE

3  YOUR CASE IS WHAT YOU'RE SAYING?

4          **MR. ARCHEY:**  SHE'S ASKING IF THE FOUR COMPLETES.  I

5  DON'T --

6          **THE COURT:**  DO THE FOUR WITNESSES FINISH YOUR CASE?

7          **MR. ARCHEY:**  YES.  THAT'S WHAT I WANTED TO MAKE SURE

8  I WAS CORRECT ON.

9          **THE COURT:**  SO WE'RE GOING TO BE EITHER FINISHED

10  TOMORROW OR TUESDAY.

11          **MS. MONTAGNES:**  YOUR HONOR, AT THIS POINT I JUST

12  WANT TO SAY SOMETHING, WHICH IS THAT THE PARTIES AGREED TO

13  PROVIDE 48-HOURS NOTICE FOR ALL WITNESSES THAT THEY WERE GOING

14  TO CALL.  THE PLAINTIFFS DID IT THROUGHOUT OUR CASE.  WE GAVE

15  48-HOUR NOTICE AND WE HAVE RECEIVED NO NOTICE OF THE FOURTH

16  WITNESS WHO THEY'VE NOW INDICATED THEY'RE GOING TO CALL

17  TOMORROW.

18          **MR. ARCHEY:**  DR. JOHNSON LOOKS LIKE HE'S GOING TO

19  MOVE UP, THAT'S ALL.  THEY'VE KNOWN.  THEY'VE GOT THE LIST.

20  MR. --

21          **THE COURT:**  DR. JOHNSON -- HANG ON A MINUTE.

22  DR. JOHNSON HAS BEEN ON YOUR LIST?

23          **MR. ARCHEY:**  CORRECT.

24          **THE COURT:**  AND YOU'VE KNOWN HE'S ON THE LIST.  SO

25  THE FACT THAT HE'S TESTIFYING TOMORROW INSTEAD OF TUESDAY HOW

1   IS THAT PREJUDICE?

2   **MS. MONTAGNES:**  BECAUSE THE PARTIES AGREED AND THE

3   PLAINTIFFS THROUGHOUT THE CASE PROVIDED 48-HOURS NOTICE IN

4   ADVANCE BECAUSE THERE ARE MORE -- DR. JOHNSON IS NOT THE ONLY

5   PERSON ON THEIR LIST.  THEY HAVE 23 PEOPLE ON THEIR LIST AND

6   THE PARTIES IN ADVANCE AGREED TO PROVIDE NOTICE AND THAT'S

7   WHAT WE DID; 48 HOURS IN ADVANCE.  WE ASKED THEM FOR THE

8   ORDER.  THIS HAS BEEN AGREED BY THE PARTIES SO THAT THERE

9   WOULDN'T BE ANY SURPRISE.

10   **THE COURT:**  I UNDERSTAND.  WHAT IS THE PREJUDICE?

11   YOU DIDN'T KNOW THAT DR. JOHNSON WAS GOING TO TESTIFY?  EVEN I

12   KNEW DR. JOHNSON WAS GOING TO TESTIFY.

13   **MS. MONTAGNES:**  IT'S ABOUT PREPARING FOR WITNESSES,

14   YOUR HONOR.  WE HAVE LAWYERS TAKING MULTIPLE WITNESSES AND

15   BEING PREPARED AND THAT --

16   **THE COURT:**  IS DR. JOHNSON FIRST UP, SECOND UP,

17   THIRD UP, FOURTH UP?

18   **MR. ARCHEY:**  HE WILL BE THE LAST WITNESS, YOUR

19   HONOR.

20   **THE COURT:**  OKAY.  YOU'VE GOT PLENTY OF TIME TO

21   PREPARE.  I APPRECIATE THAT THIS HAS BEEN DIFFICULT.  WE'RE

22   MOVING ALONG.  THEY'VE MADE MORE PROGRESS THAN THEY THOUGHT

23   THEY WERE GOING TO MAKE SO THEY DIDN'T GIVE YOU THE 48-HOURS

24   NOTICE.  SHAME ON YOU, MR. CONINE; GIVE THEM 48-HOURS NOTICE.

25   ALL RIGHT.  WHAT ELSE?

1      **MS. MONTAGNES:**  I MEAN, YOUR HONOR, I JUST WANT TO

2  SAY THAT WHEN WE MOVED FAST WE MADE EVERY EFFORT TO DO THAT

3  AND WE REALLY DID TRY REALLY HARD TO PROVIDE THEM THAT --

4      **THE COURT:**  AND I'M SURE YOU DID.  BUT Y'ALL ARE

5  VERY CAPABLE AND YOU'VE DEPOSED DR. JOHNSON.

6      **MS. MONTAGNES:**  I UNDERSTAND.  BUT WHEN PARTIES MAKE

7  AGREEMENTS WE LIKE TO -- WE WORK REALLY HARD TO --

8      **THE COURT:**  AND THE COURT EXPRESSES ITS DISAGREEMENT

9  WITH -- OR ITS DISAPPOINTMENT AT THE INABILITY OR THE

10  UNWILLINGNESS OF THE DEFENDANTS TO KEEP THEIR SIDE OF THE

11  BARGAIN.  I GET IT.  EVERYBODY IS DISAPPOINTED THAT THEY

12  DIDN'T KEEP THEIR BARGAIN.  IT'S NOTED.  DON'T LIKE IT.  BUT,

13  YOU KNOW, ARE WE GOING TO DERAIL THE PROCEEDINGS OR SLOW THE

14  PROCEEDINGS DOWN?  I THINK NOT.  ESPECIALLY NOT SINCE Y'ALL

15  HAVE DONE A GOOD JOB AND YOU'RE PREPARED.  YOU'RE CLEARLY

16  PREPARED.  OKAY.  IT'S NOTED.  Y'ALL DID NOT GIVE THEM

17  48-HOURS NOTICE AND YOU SAID THAT YOU WOULD.

18      OKAY.  THEY'RE ADMONISHED.  OKAY.  SERIOUSLY.  ALL

19  RIGHT.

20      TOMORROW MORNING, 9:00 A.M.  WE'LL MAKE AS MUCH

21  PROGRESS AS WE CAN.  HAVE A GOOD EVENING.

22          (*WHEREUPON COURT WAS ADJOURNED.*)

23          C E R T I F I C A T E

24      I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT

25  FROM THE RECORD OF THE PROCEEDINGS IN THE ABOVE-ENTITLED

1   NUMBERED MATTER.

2   **S:/GINA DELATTE-RICHARD**

3   GINA DELATTE-RICHARD, CCR

4   OFFICIAL COURT REPORTER