United States District Court
Louisiana Middle District
Exhibits Log: 3:15cv00318 Evidentiary Hearing
Lewis v. Cain, 6/6/2022

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Pla-01-a | Expert Report |
| Pla-01-b | Expert Report Attachment A |
| Pla-01-c | Expert Report Attachment B |
| Pla-01-d | Expert Report Attachment C |
| Pla-03 | Schriro Report |
| Pla-04 | Mazz Report |
| Pla-05-a | MAR Supplemental Report |
| Pla-05-b | MAR Supplemental Report Attachment B |
| Pla-17-a | Colon Discipline |
| Pla-19-h | DOC Healthcare Policies HCP5 |
| Pla-19-i | DOC Healthcare Policies HCP6 |
| Pla-19-o | DOC Healthcare Policies HCP15 |
| Pla-21-cccc | 14006 Administrative Remedy Procedure |
| Pla-21-kkk | 13076 Use of Offenders in Health Care |
| Pla-21-ssss | 13061 Access to Sick Call and Clinical Services |
| Pla-21-y | 13007 Emergency Care |
| Pla-21-yy | 13064 Medication Handling |
| Pla-22-a | Form HCP50-a |
| Pla-29-b | Monthly Management Reports |
| Pla-34-a | QI 2021 4th Quarter |
| Pla-34-b | QA Meeting Agendas and Reports |
| Pla-40 | Refusal Form |
| Pla-44-c | Responses Regarding LSP Changes |
| Pla-44-d | Responses Regarding LSP Changes |
| Pla-44-e | Responses Regarding LSP Changes |
| Pla-53 | LA Briefing Book |
| Pla-55 | DPSC 2021-2025 Strategic Plan |
| Pla-61-b | McMunn Chart Reviews SEALED |
| Pla-63 | Standards for Healthcare Services in Prison 2018 |
| Pla-66 | Bordelon collaborative practice agrement |
| Pla-67 | Hill article |
| Pla-68 | Syncope in adults UpToDate |
| Pla-71 | Census correctional facilities |
| Pla-72 | ACA facilities directory |
| Pla-73 | Nursing Shortage Data |
| Pla-76 | site visit pictures |
| Pla-77 | Site |
| Pla-78 | HEAL audit |
| Pla-79 | Cashio depo supp |

| EXHIBIT | DESCRIPTION |
|---|---|
| Def-8-aaa | LSP Dir 13061 Access to Sick Call and Clinical Services 3322 |
| Def-8-bb | LSP Dir 13033 REBTC Nursing Units and Infirmary Care 42921 |
| Def-8-mmm | LSP Dir 13076 Use of Offenders in Healthcare 10719 |
| Def-8-n | LSP Dir 13014 Peer Review Internal Review and Quality Assurance 72921 |
| Def-8-xx | LSP Dir 13057 Direct and Standing Medical Orders 4819 |
| Def-8-y | LSP Dir 13029 Periodic Health Examinations 102417 |
| Def-8-yy | LSP Dir 13058 Triage and Treatment in the Assessment and Treatment Unit 72721 |
| Def-8-yyy | LSP Dir 13088 Assisted Living Dorms 72921 |
| Def-10-ccc | HCP50-a Individual Treatment Orders ITO 81521 |
| Def-11 | ACA Standards related to medical 5th edition |
| Def-14 | LSP Medical C-05 Reports 2019-2021 |
| Def-22 | Subjective Evaluation Reports C-05-003 Medical Checklist |
| Def-24 | Sick Call Form HC-01-A 20 March 2019 |
| Def-29 | Scheduling Worksheets |
| Def-30 | LSP Nursing Schedule |
| Def-31 | Contracts with Third-party Health Care Providers |
| Def-35 | Expert Report Dr Mathis CV and Testifying History |
| Def-35-a | Expert Report Dr Morrison |
| Def-35-b | Expert Report Dr McMunn |
| Def-35-c | Expert Report Dr Mathis |
| Def-46 | Expert Photos |
| Def-47 | HCO Training Materials |
| Def-48-a | Backlog Tracker |
| Def-49 | 2022 First Quarter QAQI |
| Def-50 | SDE Memo |
| Def-52 | ADA Leadership Academy |
| Def-57 | Gumns Documents |
| Joint-62-a | Org Charts |
| Joint-62-b | Org Charts |
| Joint-62-c | Org Charts |
| Joint-62-d | Org Charts |
| Joint-62-e | Org Charts |
| Joint-63 | Routine Orders |
| Joint-64-a | Credentialing |
| Joint-64-b | Credentialing |
| Joint-64-c | Credentialing |
| Joint-64-d | Credentialing |
| Joint-64-e | Credentialing |
| Joint-66-a | Orderlies |
| Joint-66-b | Orderlies |
| Joint-66-c | Orderlies |
| Joint-67-a | RN Schedules |
| Joint-67-b | RN Schedules |
| Joint-68 | Medication Administration Records SEALED |

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Joint-69-a | Lavespere 30b6 Deposition Transcript |
| Joint-69-b | Lavespere Exhibit 1 |
| Joint-69-c | Lavespere Exhibit 2 |
| Joint-69-d | Lavespere Exhibit 4 |
| Joint-69-e | Lavespere Exhibit 5 |
| Joint-69-f | Lavespere Exhibit 6 |
| Joint-69-g | Lavespere Exhibit 7 |
| Joint-69-h | Lavespere Exhibit 8 |
| Joint-69-i | Lavespere Exhibit 9 |
| Joint-69-j | Lavespere Exhibit 10 |
| Joint-69-k | Lavespere Exhibit 13 |
| Joint-69-l | Lavespere Exhibit 14 |
| Joint-70-a | Lavespere individual deposition transcript |
| Joint-70-b | Lavespere Exhibit 2 |
| Joint-70-c | Lavespere Exhibit 3 |
| Joint-70-e | Lavespere Exhibit 6 |
| Joint-71-c | Toce Exhibit 1 |
| Joint-71-d | Toce Exhibit 2 |
| Joint-72-a | Falgout 30b6 part 1 |
| Joint-72-b | Falgout 30b6 part 2 |
| Joint-72-c | Falgout Exhibit 1 |
| Joint-72-f | Falgout Exhibit 4 |
| Joint-73-a | Falgout individual |
| Joint-73-b | Falgout Exhibit 2 |
| Joint-73-c | Falgout Exhibit 3 |
| Joint-73-d | Falgout Exhibit 4 |
| Joint-74-a | LeBlanc |
| Joint-75-a | Hines |
| Joint-75-b | Hines Exhibit 1 |
| Joint-76-a | Murray |
| Joint-76-b | Murray Exhibit 1 |
| Joint-77-a | Time Period Stipulation |
| Joint-77-b | Medical Records Stipulation |
| Joint-77-c | Class Member Testimony Stipulation |
| Joint-78 | Hooper UPDATED |