UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH LEWIS, JR., *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BURL CAIN, Warden of the Louisiana State Penitentiary, in his official capacity, *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 3:15-cv-318<br><br>JUDGE SDD<br><br>MAGISTRATE RLB |

## DEFENDANTS' LIST OF CANDIDATES TO SERVE AS SPECIAL MASTERS/MONITORS

NOW INTO COURT COME Defendants in the above-captioned matter, through undersigned counsel, who submit their list of proposed candidates to serve as special masters/monitors pursuant to this Courts remedial order dated November 6, 2023. Defendants submit the following list and include attached resumes for each potential candidate.

A. Doctors

1. Dr. Chad Zewitz  (Ex. "A")
2. Dr. Carl Keldie   (Ex. "B")
3. Dr. Randall Stoltz (Ex. "C")

1

66334563.v2

B. <u>Nurses</u>

1. Becky Pinney  (Ex. "D")
2. Ruth Naglich  (Ex. "E")
3. Erica Uzpen   (Ex. "F")

C. <u>ADA Specialists</u>

1. Randal Atlas  (Ex. "G")
2. Kristi Avalos  (Ex. "H")
3. Sabot Consulting (Martinez/Wahl)  (Ex. "I" and "J")

The Parties have conferred multiple times and are working together to continue to vet potential candidates in the hope of reaching agreement on one or more of the special master positions. The Parties have agreed to provide the Court with an update as to any agreement by December 13, 2023.

Finally, Defendants submit this list pursuant to this Courts remedial order, but note that the case is now on appeal before the U.S. Fifth Circuit Court of Appeal. Defendants show that the submission of this list pursuant to the remedial order is not intended to serve as a waiver of any issues that may be raised on appeal and Defendants expressly reserve the right to such appeal.

**JEFF LANDRY,**
**ATTORNEY GENERAL**

BUTLER SNOW LLP
445 North Boulevard, Suite 300 (70802)
P. O. Box 2997
Baton Rouge, Louisiana 70821-2997
Telephone: (225) 325-8700
Facsimile: (225) 325-8800

66334563.v2

By: /s/ Randal J. Robert
    Randal J. Robert (#13800)
    Connell L. Archey (#29992)
    Keith J. Fernandez (#33124)
    Allena W. McCain (#38830)
    *Special Assistant Attorneys General*
    Email: randy.robert@butlersnow.com
           connell.archey@butlersnow.com
           keith.fernandez@butlersnow.com
           allena.mccain@butlersnow.com

**SHOWS, CALI & WALSH, L.L.P.**
Jeffrey K. Cody, La. Bar Roll No. 28536
Caroline M. Tomeny, La. Bar Roll No. 34120
John C. Conine, Jr., La. Bar Roll No. 36834
*Special Assistant Attorneys General*
628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, Louisiana 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-1467
Email: jeffreyc@scwllp.com
       caroline@scwllp.com
       coninej@scwllp.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

                /s/ Randal J. Robert
                Randal J. Robert, La. Bar No. 21840