# Chad Jeremy Zawitz

2800 S. California Avenue
Chicago, IL 60608
312.969.2727
chad.zawitz@gmail.com

## EDUCATION

**Rush Medical College,** *Chicago, IL* • 1995 – 1999 • M.D.

**Northwestern University,** *Evanston, IL* • Spring 1994
The *Biological Aspects of Disease*: A study of Western culture, its medicine, its people, its diseases, and clinical applications of its natural/herbal resources.

**Tufts University,** *Medford, MA* • 1989 – 1993 • B.A. Biology

## EMPLOYMENT HISTORY

**Cermak Health Services,** 2800 South California Ave, Chicago, IL 60608
July 2004 – Current
*Divisional Chair of Correctional Health*
*Senior Physician/Clinical Coordinator of HIV and Infectious Disease Services, with Additional Privileges at John H. Stroger Hospital and Ruth Rothstein CORE Center*
*Acting Physician Chair of Infection Control/Communicable Diseases Department*
*Acting Director of Tuberculosis Screening and Treatment Program*

**Rush University Medical Center,** 600 South Paulina, Suite 140-143, Chicago, IL 60612
July 2002 – June 2004
*Fellow, Infectious Disease*
Board Certification 2004, Recertified 2014

**University of Pittsburgh Medical Center,** 400 Lothrop Street, Pittsburgh, PA 15213
June 1999 – June 2002
*Resident Physician, General Internal Medicine*
Board Certification 2002, Recertified 2012, Recertification (in process)

**Rush Presbyterian St. Luke's Medical Center,** 600 South Paulina, Chicago, IL 60612
Summer 1996
*Research Assistant (ACTG 315, Diflucan/Candidiasis)*

**Fort Pitt Associates,** 1400 West 37th Street, Chicago, IL 60609
1993 – 1995
*Sales and Operations Manager*
- Responsible for day-to-day store operations, report generation, buying and pricing, and sales team management.

**Tufts University Department of Biology,** Medford, MA 02155
1990 – 1992
*Teaching Assistant, Advanced Level Biology Courses*

## VOLUNTEER WORK

Clinical Research Office (CRO) Correctional Healthcare Research Champion (September 2023-present)
Cook County Executive Medical Staff Committee: Correctional Health Representative (April 2021 – present)
Cook County Health Ethics Committee (November 2019 – present)
Adjunct Clinical Assistant Professor, Physician Assistant Program, Midwestern University College of Health Sciences, Downers Grove, IL. (July 2019 – current)
Disruptive Physician Review Committee Chairman (December 2016 – present)

EXHIBIT A

Assistant Professor, Rush University/Cook County ID Fellowship Program (July 2004-current)

Clinical Assistant Professor of Family Medicine, University of Illinois School of Medicine. (March 2012-current)

Cook County IRB Committee Member. (May 2011-current)

Hurricane Katrina Acute Care Emergency Medical Clinic (September 2005)--- Created and co-directed emergency medical clinic at Ritz-Carlton Hotel immediately following hurricane.

AIDS Legal Council of Chicago (2004-2010)—Board of Directors. Elected Vice-President in June 2005.

John Marshall School of Law (2003)—Guest speaker, instructor of HIV lectures in "Medicine, Law and Policy" course.

Chicago Metro Infectious Disease Fellows Education Forums (2002 – 2005)—Coordinator of Chicago citywide clinical HIV lecture series for Infectious Disease Fellows.

Southside Hospital Homeless Shelter Resident's Clinic (2000 – 2002)—Provide basic health care to homeless and indigent inner city peoples. Precept first and second year medical students with basic history and physical exam skills.

TAAP (1999 – 2001)—Tufts University Alumni Admissions Program regional interviewer for prospective undergraduate applicants.

Geriatric Home Health Care Provider (1998 – 1999)—Monitor and assist senior citizen home hospice patients in daily routine (diet, bathing, medications, psych-support). Provide initial emergency care in event of destabilization.

MI Physical Examination Teaching Fellowship (Fall 1998)—Instructed MI medical students on the basics of physical examination.

Course Instructor: Infection Control/OSHA (1998 – 1999)—Lecture prospective emergency room personnel and paramedics on OSHA protocol and infection control (HIV, Hep B/C, TB).

Rush University Board of Admissions, (1997 – 1999)—Board Member.

Rush Medical College—RCSIP Program (1995 – 1999)—Triage, history and physical examinations, and gave basic medical advice to patient under MD supervision.

Ashland Free People's Medical Clinic (1995 – 1999)—Triage, history and physical examinations, and gave basic medical advice to patient under MD supervision.

Rush Inaugural Preceptorship Program (1995 – 1997)—A clinical study in history and physical taking skills designed to study for future implementation.

The Reimer Foundation (1993 – 1994)—Distribution of condoms and AIDS prevention information to community; collected moneys; previewed educational films on sexually transmitted diseases.

## PROFESSIONAL SOCIETIES

| | |
|---|---|
| American Medical Association | (1998 – 2004) |
| Human Rights Campaign | (1996 – Present) |
| Allegheny County Medical Society | (1999 – 2002) |
| Infectious Disease Society of America | (2002 – 2005) |
| Academy of Correctional Health Professionals | (2009 - Present) |
| Certified Correctional Heath Professional | (2009 – Present) |
| International AIDS Society | (2012 – Present) |

## AWARDS AND HONORS

1999 – 2000 Pittsburgh Veterans' Affairs Medical Center Patient Advocate Award
2005 TheBody.com HIV Leadership Awards: 'Up and Coming Physician'
2012 AIDS Foundation of Chicago 'Impact and Innovation Award'

## POSTERS

## PUBLICATIONS PRESENTATIONS

**Zawitz CJ, Day H.** An Unusual Case of Chronic Abdominal Pain.
Presented at Society of General Internal Medicine National Meeting. May 2002.

**Zawitz CJ.** Tenth Annual HIV Drug Guide. 2006 Positively Aware, January-February
**Zawitz CJ.** Using Resistance Testing in Clinical Practice. Positively Aware, Special Issue Winter 2006.

**Zawitz CJ.** How HIV Does (and does not) Infect, and How it Replicates. Positively Aware, Sept/Oct 2007.

**Zawitz CJ.** Wellness- More Than Just Pills and a Checkup. Positively Aware, Sept/Oct 2007.

**DeFuniak, A., Zawitz, CJ.** Implementing Quantiferon Testing in a Correctional Facility, Poster, AATBI Conference, 2008.

**Zawitz CJ, Przekop H, Tschampa, J.** A Retrospective Review of DHHS HIV Treatment Guidelines in the Correctional Setting, Poster, NCCHC Conference, Chicago, IL October 2008.

**Zawitz, CJ.** HIV in the Correctional Setting: A Life Sentence. Positively Aware, Nov/Dec 2009.

**Khawcharoenporn T, Zawitz CJ, Young J, Kessler H.** Predictors of Continuity Care Engagement among Incarcerated HIV-infected Jail Detainees. Poster, International AIDS Society, Vienna, Austria, July 2010; NCCHC Fall Meeting, Las Vegas, October 2010; Journal of Correctional Health Care, September 27, 2012.

**Popovich, K., Smith, K…Zawitz, CJ, et al.** The Impact of Community-Associated Methicillin-Resistant Staphylococcus aureus on HIV-Infected Patients. Oral presentation, SHEA 2011, Dallas TX. Clinical Infectious Diseases 2012; doi: 10.1093/cid/cis030.

**Zawitz, CJ, Ouellet LJ, Murphy D, Kim S, Boodram B, Puisis M.** Uptake and results of opt-out and opt-in HIV testing for women detainees in Cook County Jail, Illinois. 2nd International HIV Treatment as Prevention Workshop, Vancouver, BC, Canada, April 22-25, 2012.

**Kyle J Popovich [1], Kimberly Y Smith, Thana Khawcharoenporn, C J Thurlow, John Lough, Guajira Thomas, Alla Aroutcheva, Chad Zawitz, Kathleen G Beavis, Robert A Weinstein, Bala Hota.** Community-associated Methicillin-Resistant Staphylococcus Aureus Colonization in High-Risk Groups of HIV-infected Patients CID 2012 May;54(9):1296-303. doi: 10.1093/cid/cis030. Epub 2012 Feb 21.

**Zawitz CJ.** Money Well Spent. Positively Aware, May/June 2012.

**Zawitz, CJ., Livak, B., Owens, F., Grasso, A.** HIV/STI Opt-Out Testing Prevalence Rates among Females after Re-Implementation of Opt-Out Testing at one of the Largest Correctional Facilities in the United States. Poster #THPE570, IAS, Washington DC, July 2012.

Co-principal investigator: **Culbert, G., Zawitz, CJ,** Interruption of Antiviral Therapy Among Recently Incarcerated Men: Cultural and Situational Factors. Unpublished Thesis. 2012.

**Khawcharoenporn T., Zawitz CJ, Kessler H.** Intervention to Increase Rates of Continuity Care Engagement Among HIV-infected Jail Detainees. Journal of Correctional Healthcare Jan. 2013.

**Murphy D, Zawitz, CJ, Ouellet LJ, Kim S, Puisis M.** Early results of HIV opt-out testing at Cook

County jail, Chicago, Illinois. Association of Nurses in AIDS Care, 26th Annual Conference, November 21-23, 2013. Presented at the 6th Academic and Health Policy Conference on Correctional Health, March 21-22, Chicago, IL. 5th Academic and Health Policy Conference on Correctional Health, March 22-23, Atlanta, GA.

**Ouellet LJ, Williams CT, Erving M, Bailey-Webb J, Brooks A, Zawitz, CJ., Murphy D.** Linking HIV-positive women leaving jail to post-release HIV medical and social services. 5th Academic and Health Policy Conference on Correctional Health, March 22-23, 2014. Atlanta, GA. Submission ID: 14165.

**Cole, J., Hotton, A., Zawitz, CJ., Kessler H.** Opt Out Screening for Chlamydia trachomatis and Neisseria gonorroeae in Female Detainees at Cook County Jail in Chicago, IL. Sexually Transmitted Diseases, March 2014: 41(3): 161-5.

**Zawitz, CJ., Parisot, JP.** HIV Stigma in Corrections. Positively Aware, Sept/Oct 2014.

**Zawitz, CJ. et al.** Co-presenter: Hepatitis C in Corrections. NIC live broadcast event. September 16, 2015. Spokane, WA.

**Zawitz, CJ., Mackesy-Amiti, M., Murphy, D., Bailey-Webb, J., Kim, S., Ouellet, L.** Uptake of Opt-Out HIV Testing for Women Detainees in Cook County Jail, 2011-2014. Abstract and Oral Presentation, APHA Conference, Chicago, November 2015.

**Ouellet LJ, Young JL, Tucker C, Murphy M, Zawitz CJ.** Seek, test, treat and retain: A university/community partnership to address HIV among persons who are incarcerated or leaving jail and prison. Oral presentation at the 143rd meeting of the American Public Health Association, Oct. 31- Nov. 4, 2015, Chicago, IL

**Ouellet LJ, Mackesy-Amiti ME, Young JL, Bailey J, Murphy D, Zawitz CJ.** Health insurance coverage among HIV-positive detainees entering Cook County Jail. Presentation at the National HIV Prevention Conference, Dec. 6-9, 2015, Atlanta, GA.

**Mackesy-Amiti ME, Young JL, Zawitz CJ, Ouellet LJ.** Effects of marijuana and other illicit substance use on antiretroviral adherence and viral load in a sample of HIV positive jail detainees. Presentation at the National HIV Prevention Conference, Dec. 6-9, 2015, Atlanta, GA.

**Kim Sage, Ouellet LJ, Mackesy-Amiti ME, Zawitz CJ.** Gender Differences in PTSD and HIV Treatment Adherence: Cook County Jail, Chicago IL. Poster, APHA October 31 – November 4, 2015, Chicago, IL.

**Zawitz, CJ.** Tales From the Inside. A Doctor's Perspective. Positively Aware, November/December, 2015.

**Popovich, K., Zawitz, CJ., Weinstein, RA., Grasso, AE., Holton, AL., Hota, B.** The Intersecting Epidemics of Human Immunodeficiency Virus, Community-Associated Methicillin-Resistance Staphylococcus aureus, and incarceration. Abstract: Open Forum Infectious Diseases. 2015 Sep 30;2(4):ofv148. Doi: 10.1093/ofid/ofv 148. eCollection 2015. PMID: 26543837 [PubMed].

**Oulette, LJ, Zawitz, CJ, Mackesy-Amiti ME, Young J, Murphy D.** Does Marijuana Use Have a Positive Effect on Antiretroviral Adherence in Persons Living with HIV Entering Jail? Abstract,11th Conference on HIV Treatment and Prevention Adherence. May 2016.

C. Beckwith, M.L. Biggs, I. Kuo, R. Young, R. Fredericksen, L. Brinkley-Rubinstein, W. Cunningham, J. Franks, C. Zawitz, D. Seal, S. Springer, K. Christopolous, J. Lorvick, B. Kruszka, J.A. Delaney, H. Crane, S. Kahana. <u>Similar HIV Care Indicators among HIV-Infected Transgender Women and Cisgender Males: Data from the "Seek, Test, Treat, and Retain" Harmonization Initiative.</u> Abstract/Poster, 12th Conference on HIV Treatment and Prevention Adherence, Miami, June 2017.

**Khawcharoenporn T., Zawitz CJ, Kessler H.** <u>Intervention to Increase Rates of Continuity Care Engagement Among HIV-infected Jail Persons After Release From Jails.</u> Poster, International AIDS Society Meeting, Paris, July 2017. AIDS Care, Article ID: CAIC 1533236, AIDS Care Volume 31, Issue 7, October 2018.

**Curt G. Beckwith, Irene Kuo, Robert Fredericksen, Lauren Brinkley-Rubinstein, Kelsey Loeliger, Rebekah Young, William Cunningham, Shoshana Kahana, Julie Franks, Chad Zawitz, David Seal, Sandra Springer, Katerina Christopoulos, Jennifer Lorvick, Bridget Kruszka, Joseph A. Delaney, Heidi Crane, Mary L. Biggs.** <u>Risk behaviors and HIV care indicators among HIV-infected transgender women and cisgender males: Data from the Seek, Test, Treat, and Retain Harmonization Initiative.</u> PLoS One [Internet]. 2018 May 22 [cited 2018 Jun 21];13(5). Available from: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5963777/

Kyle J Popovich, MD MS FIDSA,[1,2] **Chad Zawitz**, MD,[2] Alla Aroutcheva, MD, PhD,[1,2] Darjai Payne, BS, MPH,[1] Michael Schoeny, PhD,[1] Emma Richardson, BS,[1] Mary K Hayden, MD, FIDSA, FSHEA,[1] Bala Hota, MD, MPH,[1,2] and Robert A Weinstein, MD, FIDSA, FSHEA, FACP[1,2] <u>Prevalence and Acquisition of MRSA During Incarceration at a Large Inner-city Jail.</u> Open Forum Infectious Diseases. 2017 October 4 (Suppl 1): S45-S46.

**Kyle J Popovich, MD MS FIDSA**[1,2], **Chad Zawitz, MD**[1,2,3], Alla Aroutcheva, MD, PhD[1,2], Darjai Payne, BS, MPH[2], Michael Schoeny, PhD[2], Lisa Diep, MPH[1], Bala Hota, MD, MPH[2], Mary K. Hayden, MD, FIDSA, FSHEA[2] and Robert A Weinstein, MD[1,2], (1)Stroger Hospital of Cook County, Chicago, IL, (2)Rush University Medical Center, Chicago, IL, (3)Cermak Health Services, Chicago, IL. <u>Prevalence and acquisition of MRSA in females during incarceration at a large inner-city jail.</u> Abstract submitted for ID Week 2018, Poster Accepted.

**Kyle J Popovich, MD MS FIDSA**[1,2], Evan S. Snitkin, Ph.D.[3], Stefan J. Green, PhD[4], Alla Aroutcheva, MD, PhD[1,2], Michael Schoeny, PhD[1], Darjai Payne, BS, MPH[1], Stephanie Thiede, BS[3], **Chad Zawitz, MD**[1,2,5], Bala Hota, MD, MPH[1], Mary K. Hayden, MD, FIDSA, FSHEA[1] and Robert A Weinstein, MD[1,2], (1)Rush University Medical Center, Chicago, IL, (2)Stroger Hospital of Cook County, Chicago, IL, (3)University of Michigan Medical School, Ann Arbor, MI, (4)Univ. of Illinois at Chicago, Chicago, IL, (5)Cermak Health Services, Chicago, IL. <u>Genomic Epidemiology of MRSA at Intake to a Large Inner-City Jail—Evidence for Community Transmission Networks?</u> Abstract submitted for ID Week, accepted for Oral Presentation.

**Kyle J Popovich, MD MS FIDSA**[1,2], Evan S. Snitkin, Ph.D.[3], Stefan J. Green, PhD[4], Alla Aroutcheva, MD, PhD[1,2], Michael Schoeny, PhD[1], Darjai Payne, BS, MPH[1], Stephanie Thiede, BS[3], **Chad Zawitz, MD**[1,2,5], Bala Hota, MD, MPH[1], Mary K. Hayden, MD, FIDSA, FSHEA[1] and Robert A Weinstein, MD[1,2], (1)Rush University Medical Center, Chicago, IL, (2)Stroger Hospital of Cook County, Chicago, IL, (3)University of Michigan Medical School, Ann Arbor, MI, (4)Univ. of Illinois at Chicago, Chicago, IL, (5)Cermak Health Services, Chicago, IL. <u>Genomic Epidemiology of MRSA DURING Incarceration at a Large Inner-City Jail.</u> Abstract submitted for ID Week 2018, Poster Accepted.

**Zawitz, CJ.** <u>He Said, She Said – And What The Law Says.</u> Positively Aware. Sept/Oct 2018.

**Holton, AL, Zawitz, CJ, Boodram, B, et al**. HIV Suppression Among Persons Released from a Large Urban Jail. Poster, National HIV Prevention Conference March 2019. Atlanta, GA.

Frequent MRSA Introductions into an Inner-City Jail: Indications of Community Transmission Networks Corresponding Author: Kyle Popovich. Co-Authors: Evan Snitkin, PhD; **Chad Zawtiz, MD**; Alla Aroutcheva, MD PhD; Darjai Payne; Stephanie Thiede, BS; Stefan Green, PhD; Michael Schoeny, PhD; Mary K Hayden, MD; Bala Hota, MD MPH; Robert A Weinstein, MD. Clinical Infectious Disease, MS CID-94537R1.

Okulicz, J., **Zawitz, CJ.**, Blaylock, J., Taneva, E., et al. Real World Insights on HIV Treatment Decision-Making in Federal and Public Healthcare Settings. Abstract Submission ID: 902096. ID Week 2020, Philadelphia, PA. October 21-25, 2020. Open Forum Infectious Diseases, Volume 7, Issue Supplement, December 31, 2020. https://doi.org/10.1093/ofid/ofaa439.814

Kyle J Popovich, Stephanie N Thiede, **Chad Zawitz**, Alla Aroutcheva, Darjai Payne, William Janda, Michael Schoeny Stefan J. Green, Evan S Snitkin, Robert A Weinstein. Genomic Epidemiology of MRSA During Incarceration at a Large Inner-City Jail. CID January 4, 2021. https://doi.org/10.1093/cid/ciaa1937

**Chad Zawitz**, Sharon Welbel, Isaac Ghinai, Connie Mennella, Rebecca Levin, Usha Samala, Michelle Bryant Smith, Jane Gubser, Bridgette Jones, Kate Varela, Uzay Kirbiyik, Josh Rafinski, Anne Fitzgerald, Peter Orris, Alex Bahls, Stephanie R Black, Alison M Binder, Paige A Armstrong. Outbreak of COVID-19 and Interventions in One of the Largest Jails in the United States: Cook County, IL 2020. AJIC April 01, 2021. DOI:https://doi.org/10.1016/j.ajic.2021.03.020.

Uzay Kırbıyık, MD[1]*; Alison M. Binder, MS[1]*. Isaac Ghinai, MBBS[1,2]; **Chad Zawitz, MD**[3,4]; Rebecca Levin, MPH[5]; Usha Samala, MPH[2]; Michelle Bryant Smith[5]; Jane Gubser PsyD[5]; Bridgette Jones, RN[3,4]; Kate Varela, DVM[1]; Josh Rafinski[3,4]; Anne Fitzgerald, BA[5]; Peter Orris, MD[6]; Alex Bahls, BA[5]; Sharon Welbel, MD[4]; Connie Mennella, MD[3,4]; Stephanie R. Black, MD[2]; Paige A. Armstrong, MD. Network Characteristics and Visualization of COVID-19 Outbreak in a Large Detention Facility in the United States — Cook County, Illinois, 2020. MMWR Vol. 69 Issue 44. November 6, 2020.

Ashutosh Wadhwa[1,2], Kiva Fisher[1,3], Rachel Silver[1,4], Mitsuki Koh[1,4], Melissa M. Arons[1,3], David A. Miller[1], Anne F. McIntyre[1], Jeni T Vuong[1], Kaylee Kim[1], Mayuko Takamiya[1], Alison M. Binder[1], Jacqueline E Tate[1], Paige A. Armstrong[1], Stephanie R Black[5], Connie C Mennella[6,7], Rebecca Levin[8], Jane Gubser[8], Bridgette Jones[6,7], Sharon F Welbel[7], Patrick K Moonan[1], Kathryn Curran[1], Isaac Ghinai[1,3,5], Reena Doshi[1], and **Chad J Zawitz**[6,7] Identification of presymptomatic and asymptomatic cases using cohort-based testing approaches at a large correctional facility – Chicago, Illinois, USA, May 2020. Clinical Infectious Diseases, MS CID-104819R1. December 3, 2020.

Sarah Sansom, Emily Benedict, Stephanie Thiede, Bala Hota, Alla Aroutcheva, Darjai Payne, **Chad Zawitz**, Evan Snitkin, Stefan Green, Robert Weinstein, and Kyle Popovich. Genomic Update of Phenotypic Prediction Rule for Methicillin-Resistant Staphylococcus aureus (MRSA) USA300 Discloses Jail Transmission Networks with Increased Resistance. Microbiology Spectrum, July 21, 2021. https://doi.org/10.1128/Spectrum.00376-21

Sam Dorevitch, **Chad Zawitz**, Abhilasha Shrestha, Megan Kowalcyk, Wilnise Jasmine, Bhagya Dewage, Rachel Poretsky, Aaron Packman, Anuj Tiwari, Alaina Harkness, Charlie Catlett. Wastewater-based COVID-19 Epidemiology at Cook County Jail, Chicago. Abstract No. 162. Submitted for Public Health and Water Conference & Wastewater Disease Surveillance Summit (PHWC&WDSS) 2022.

Kyle Popovich, Stephanie Thiede, **Chad Zawitz**, Darjai Payne, Alla Aroutcheva, Michael Schoeny, Stefan Green, Evan Snitkin, Robert Weinstein. Genomic Analysis of Community Transmission Networks for MRSA among Females Entering a Large Inner-City Jail. Accepted for Publication in Open Forum Infections Diseases, Issue Pending.

Substance Use Disorders and HIV/AIDS Risk Behaviors in Youth after Juvenile Detention: A 16-Year Longitudinal Study. Marquita L. Stokes, Ph.D.[1] Karen M. Abram, Ph.D.[1] David A. Aaby, M.S.,[1] Leah J. Welty, Ph.D.,[1,2] Nicholas S. Meyerson, M.A.,[1,3] **Chad J. Zawitz, M.D.**,[4,5] & Linda A. Teplin, Ph.D.[1] Journal of Adolescent Health. Volume 73, Issue 4, October 2023, Pages 640-649

Examining the adoption and implementation of multiple forms of Pre-Exposure Prophylaxis (PrEP) among jail-involved Black men who have sex with men (BMSM) and Black transgender women (BTW) in two urban cities. MicKayla D Jones,[1] Keyira Jones,[1] Ellen Almirol,[1] Gjvar Payne,[2] Bobby Graves,[2] John A Schneider, MD, MPH,[1] Debby Rijos,[3] **Chad Zawitz, MD**,[4] Rick Zimmerman, PhD,[5] David Seal, PhD,[6] Russell Brewer, DrPH, MPH.[1] Journal Submission pending

Vaccinations in Prisons and Jails: Corrections Needed in Future Plans. Spaulding, Anne, **Zawitz Chad**. *Clinical Infectious Diseases*, ciab1031, https://doi.org/10.1093/cid/ciab1031 January 27, 2022.

Examining the awareness, acceptability, and adoption of conventional and non-conventional forms of Pre-Exposure Prophylaxis (PrEP) for HIV prevention among jail-involved Black sexual minority men (BSMM) and Black transgender women (BTW) in two diverse US cities. MicKayla D Jones; Keyira Jones; Ellen Almirol; Gjvar Payne; Bobby Graves; John A Schneider; Debby Rijos; **Chad Zawitz**; Rick Zimmerman; David W. Seal; Russell Brewer. AIDS and Behavior 2023. Doi: 10.1007/s10461-023 04003-5.

Evaluating the impact of intake-screening strategies on the burden of SARS-CoV-2 in a large urban jail. Krzysztof Sakrejda, PhD; **Chad Zawitz, MD**; Robert A. Weinstein, MD; William Trick, MD; Joshua Rafinski; Stephanie Thiede, PhD; Kelly Broen, MPH; Kyle J Popovich, MD MPH *, Jon Zelner, PhD*. Journal Submission pending.

Monkeypox Case Investigation — Cook County Jail, Chicago, Illinois, July–August 2022 *Early Release* / September 30, 2022 / 71    Liesl M. Hagan, MPH[1,*]; Amy Beeson, MD[1,2,*]; Sarah Hughes, MPH[1]; Rashida Hassan, MSPH[1]; Lauren Tietje, MPH[3]; Ashley A. Meehan, MPH[1]; Hillary Spencer, MD[2,3]; Janice Turner, MPH[3]; Morgan Richardson, MFA[3]; Jourdan Howard, MPH[3]; Anne Schultz, MPH[3]; Salma Ali, MPH[3]; Margaret Mary Butler, MSN[4]; Diana Arce Garza, MS[5]; Clint N. Morgan, MS[6]; Chantal Kling[6]; Nicolle Baird, PhD[6]; Michael B. Townsend, PhD[6]; William C. Carson[6]; David Lowe, PhD[6]; Nhien T. Wynn, MS[6]; Stephanie R. Black, MD[3]; Janna L. Kerins, VMD[3]; Josh Rafinski, MBA[7,8]; Andrew Defuniak, MD[7,8]; Priscilla Auguston, MD[7,8]; Emily Mosites, PhD[1]; Isaac Ghinai, MBBS[3]; **Chad Zawitz, MD**[7,8]

Genomic Epidemiology of SARS-CoV-2 in a County Jail. Timileyin Adediran, PhD, MPH, CIC[1]; Ali Piriani, MS[1]; Emily Bendict[1]; Stephanie Thiede, PhD; **Chad Zawitz, MD**[2,3]; Hannah Barbian[4]; Alla Aroutcheva[3]; Sharon Welbel[3]; Robert A Weinstein, MD[3,4]; Evan Snitkin, PhD[1]; Kyle J Popovich, MD,MS[3,4] Journal submission to OFID pending review.

Mpox knowledge, attitudes, and beliefs among residents and staff in an urban U.S. jail, July-August 2022: Using the health belief model in a rapid qualitative assessment.
Rashida Hassan[1], Ashley A Meehan[1], Sarah Hughes[1], Amy Beeson[1], Hillary Spencer[1], Jourdan Howard[2], Lauren O'Rear[2], Morgan Richardson[2], Anne Schultz[2], **Chad Zawitz**[3], Isaac Ghinai[2], Liesl Hagan[1] EID Abstract Submission pending review.

Layered screening and contact-limiting interventions are necessary to reduce SARS-CoV-2 outbreak risks in large urban jails. Sakrejda, Krzysztof; **Zawitz, Chad**; Weinstein, Robert; Trick, William; Rafinski, Joshua; Broen, Kelly; Steinberg, Hannah; Popovich, Kyle; Zelner, Jonathan. American Journal of Tropical Medicine & Hygiene - AJTMH-22-0716.

Wastewater-based surveillance for SARS-CoV-2: Perspectives of diverse, key stakeholders from four US jails. Anne C. Spaulding MD MPH[1], Victoria Brown BS cMPH[1], Shanika Kennedy MPH[1], Rachel Boehm MPH[1], Rebecca Tenner[2], Alysse G. Wurcel MD[2], **Chad Zawitz MD**[3], Gloria Eldridge PhD[4], Matthew J. Akiyama MD MS[5]. Submitted to Emerging Infectious Diseases, pending review.

Four Models of Wastewater-Based Surveillance for SARS-CoV-2 in Jail Settings: How Monitoring Wastewater Complements Individual Screening.
Author: Kennedy S, Spaulding AC, and the SWANSS writing group* *Surveillance Using Wastewater And Nasal Self-collected Swabs Writing Group [SWANSS]: Saber L, Brown V, Boehm R, Osei J, Pluznik J, Riback L, Sidibeh E, Jordan B, Mangla A, Nzokou C, Elam T, Gubser J, Koutoujian PJ, Siddiqi K, Wilenski S, Phillips V, Wurcel AG, **Zawitz C**, Akiyama MJ. Submission pending.

## ONGOING RESEARCH

Co-principal investigator: **Schneider, J., Zawitz CJ et al**. HIV intervention models for criminal justice involved substance using Black MSM.

Co-principal Investigator: **Brewer, R., Zawitz, CJ.** LINK 2: Youth Services Navigation Intervention.

Co-principal Investigator: **Gonzales, M., Zawitz, CJ., et al.** Project HAT (HIV Accessible Testing)

Project Consultant: **Brewer, R., Zawitz, CJ.** Justice PrEP -- Preparing for PrEP Scale-out in Criminal Justice Settings.

Co-investigator: Badri, S., **Zawitz, CJ.** et al. Clinical efficacy and comparison of remedesivir and hydroxychloroquine in patients admitted to JSH with severe COVID-19-pneumonia.

## Expert Witness Testimony in the Previous Four Years:

- I have testified in a deposition in *Tipton v. Lewis State Prison, et. al, Case No. CV-19-00060-PHX-JJT (BSB)*
- I have testified in a deposition and trial in *Valentine and King v. Bryan Collier et al, Case No. 4:20-cv-01115*
- I have testified in a deposition in *Pfaller v. Clarke, et al., Case No. 3:19-cv-00728*
- I have testified in a deposition in *Reed v. Hammond, et al. Case No. 3:16-cv-05993-BHS-DWC*
- I have testified in a deposition in *Provencio v. Valencia County, et al. Case No. D-1314-CV-2018-00759*
- I have testified in a deposition in *Flynn, Brunsen, Klein, LeClair, Mulder, Thomas v. Nevada Department of Corrections et al.* Case No.: 2:19-cv-00213-MMD-CLB, 3:19-cv-00608-MMD-CLB, 3:19-cv-00300-MMD-CLB, 3:19-cv-00404-MMD-CLB, 3:18-cv-00386-MMD-CLB, 3:18-cv-00464-MMD-CLB
- I have testified in a deposition in *Daddono v. Hoffman et al.* Case No. 8:21-cv-315-WFJ
- I have testified in a deposition in *Daddono v. USA et al.* Case No. 16-cv-6418
- I have testified in trial in *Moreno v. Carol Bolshom.* Case No. 1:19 CV 00360-LBC-LPA