**Carl James Keldie MD, Fellow American College of Correctional Physicians (FACCP)**

**Contact Information**

Home Address:
2730 Creamery Rd
New Hope, PA 18938

Email: carl.keldie@gmail.com

Cell Phone: 615-483-2057

**Background**

I have over four decades of clinical and administration experience. I have provided direct patient care in primary care, urgent care and emergency medicine including Level 1 and Level 2 trauma centers. My experience extends into civilian, Department of Defense facilities including Army, Navy, Air Force and Marine bases in 7 states, Correctional Facilities in 40 states and Australia, and Forensic Hospitals in Florida, Texas, South Carolina and Massachusetts.

**Education**

Flexible Internship, Carraway Methodist Medical Center, Birmingham, AL 1978-1979
Doctor of Medicine, University of South Florida College of Medicine 1975-1978
BA. Biology, University of South Florida, 1971-1975

**Professional Experience**

Correctional Healthcare Consultant July 2011 – Current. Includes Correctional Medical Consulting, multiple speaking engagements at national conferences, and Expert Witness work in Tennessee, Alabama, New Mexico, Florida, Illinois, Indiana and Colorado. This has continued uninterrupted for the past 12 years to current.

Senior Vice President of Clinical Affairs, Wellpath October 2019-December 2022 Tennessee
    Both direct patient care and Telemedicine in Michigan, Massachusetts, Maine and North Carolina and Pennsylvania April 2020 through current.

    *Specifically provided direct patient care in 2020, 2021 and 2022 at 5 different prisons in Maine.*

    *Specifically provided direct patient care in Charlotte, North Carolina in addiction medicine venue.*

    *Currently providing telemedicine service for a diverse population of prison patients with chronic diseases.*


EXHIBIT B

Chief Clinical Officer, Wellpath and Correct Care Solutions, May 2015-September 2019 Tennessee

Chief Clinical Officer, Corizon Healthcare December 2011 – April 2013 Tennessee

Chief Medical Officer, Prison Health Services, October 2000 – June 2011 Florida and Tennessee

**Professional Licenses and Certifications**

Medical Licensure in Colorado, North Carolina, Michigan, Tennessee, and Pennsylvania.

American Board of Emergency Medicine, 1990, recertified in 2000 and 2011. Board Certification in Emergency Medicine expired December 2021.

Certified Correctional Health Professional 2009-current.

Fellow America College of Correctional Physician

DEA X-Waiver through SAMSHA current