# BECKY PINNEY, RN, MSN, CCHP-RN, CCHP-A

Correctional Health Care Consultant

Owner, Pinney Consulting Company,
LLC
2221 Peachtree RD NE
Suite D-170
Atlanta, GA 30309
becky@pinneyconsultants.com
rebeccapinney1950@hotmail.com
678.672.7378

Accomplished correctional health care executive with a proven history of achieving successful organization and execution of health care systems in jails and departments of correction of all sizes and complexities. Result oriented and decisive leader who has the depth of knowledge to understand the clinical, financial, and custody needs that exist in the correctional health care setting and to assist with program development that meets the needs of the organization and the patient.

## PROFESSIONAL AFFILIATIONS
- National Commission on Correctional Health Care Foundation Board Member
- National Commission on Correctional Health Care
  - Served on the national committee to write the 2014 NCCHC National Standards for Prisons and Jails
  - Currently serve on the Nursing Education Committee and the CCHP-RN Committee for the National Commission on Correctional Health Care
- American Nurses Association
- Georgia Nurses Association

## EDUCATION AND TRAINING
- Master of Science, Nursing Administration, Virginia Commonwealth University, Medical College of Virginia, 1994
- Certificate in Health Care Risk Management, University of Chicago Medical School, 1993
- Bachelor of Science, Medical Missions, Bob Jones University, 1974
- Associate Degree, Nursing, John Tyler Community College, 1972

## PROFESSIONAL REGISTRATIONS AND CERTIFICATIONS
- NCCHC Certified Correctional Health Profession - Advanced
- NCCHC Certified Correctional Health Professional – RN
- NCCHC Certified Correctional Health Professional

## PROFESSIONAL EXPERIENCE
**Owner, Pinney Consulting Company, LLC, Atlanta, GA, January 2020 to Current**
Provide the following services for correctional clients…

1


EXHIBIT D

- Provide consulting services through NRI, Inc. (the consulting arm of NCCHC)
- Opinion and expert witness services
- Extensive experience in ICE facility medical assessments
- Evaluation of correctional health care systems with a focus on effective and efficient health care delivery processes
- Implementation of efficient and effective clinical programs
- Policy and Procedure development and implementation
- Accreditation preparation
- Request for Proposal (RFP) development and vendor selection services
- Health care budget development
- Risk management strategies
- Staffing plan development
- Staff orientation programs for nurses and providers
- Custody staff training
- Nursing protocols development
- Quality improvement programs
- Monitoring programs for privatized health care programs
- Court ordered agreement oversight

**Sr. Vice President, Chief Nursing Officer, Corizon (formerly PHS), Brentwood, TN, 2011 to 2020.**
- Defined a comprehensive company-wide approach to nursing practice, performance standards, and staffing for the 3000 nurses employed by the organization.
- Identified company-wide nursing quality indicators to assure standardization and accountability.
- Ensured patient care programs complied with state, federal, and governing body regulations.
- Developed a systems model for the professional development of nursing staff by setting expectations and designing goals, structures, systems, and metrics for nursing staff development.
- Served as the subject matter expert for clinical education, orientation materials, and clinical process materials.
- Charted a comprehensive infection prevention and control program.
- Coordinated facility preparation for accreditation surveys; Served as the liaison between national accreditation entities and the organization.
- Developed nursing protocols used in all organization facilities.
- Pioneered a company-wide program that defined the essential clinical processes required for the delivery of care; this program advanced the standardization of care across Corizon Health facilities nationwide supporting quality of care efforts, financial, and risk management initiatives.
- Served as an expert in the review of Requests for Proposals (RFPs) for the organization; participated in the creation of RFP responses and staffing proposals.
- Served as an expert witness on legal matters, participating in case reviews and depositions.

**President of Metropolitan Corrections, PHS (now Corizon), Brentwood, TN, 2009 to 2011.**
- Developed and implemented correctional health care services specifically tailored for and responsive to the unique needs of assigned correctional systems.

- Served as the operational expert in contract development and management with client partners.
- Developed and managed budgets in assigned contracts.
- Partnered with internal and external stakeholders/clients to identify and deploy clinical/operational "best practices" for assigned clients.
- Directed business development efforts including Request for Proposal (RFP) responses, bid presentations, and contract negotiations.
- Managed contracts included Rikers Island, New York, the Philadelphia Prison System, the Fulton County Jail, Atlanta, Georgia, and the Alabama Department of Corrections.

**Division Vice President – Rikers Island Contract, PHS (now Corizon), 2001 to 2009.**
- Maintained total financial and administrative responsibility for the contract between the City of New York Department of Health and Mental Hygiene (DOHMH) and PHS for the services in all Rikers Island facilities (10,000 inmates in 10 locations).
- Ensured implementation of effective systems for quality, cost-effective delivery of health care.
- Worked closely with NYC DOHMH officials and other city agencies to establish a positive working relationship while meeting all terms of a complicated and high-profile contract.
- Supervised approximately 1100 employees who delivered direct care services in the 10 jail facilities included in this contract.
- Negotiated three union contracts of which the vast majority of employees are members.
- Interacted with city officials to provide information regarding the efforts of the organization to provide health care to the patient population housed on Rikers and to communicate our participation in the NYC Public Health effort.
- Engaged with the press on all matters related to this contract.

**Vice President of Training and Staff Development, PHS (now Corizon), Brentwood, TN, 2000 to 2001.**
- Coordinated the start-up of all new contracts with a transition to the responsible Regional Vice President.
- Completed site surveys to determine the level of clinical and administrative performance at contracted sites.
- Guided sites for accreditation surveys.
- Coordinated improvement activities for performance needs identified at contracted sites with the designated Regional Vice President.
- Identified training needs, developed training programs and delivered training activities to company employees.

**Regional Vice President/Philadelphia Prison System, PHS (now Corizon), Brentwood, TN, 1998 to 1999.**
- Maintained financial and administrative responsibility for the contract between the Philadelphia Prison System (7,000 inmates in nine locations) and Corizon Health.
- Ensured implementation of effective systems for quality, cost –effective delivery of care through oversight of clinical programs.
- Worked closely with Philadelphia city officials and agencies to establish a positive working relationship.
- Assisted in union negotiations for nursing staff with successful results.

3

- Worked with contract monitor's office to address issues and to aid in the establishment of policy for the delivery of health care.

**Corporate Director of Clinical Operations, PHS (now Corizon), Brentwood, TN, 1997 to 1998.**
- Developed corporate clinical policies and procedures.
- Developed and implemented an electronic quality improvement program for the clinical aspects of correctional health care.
- Developed and conducted corporate clinical training programs for institutions throughout the U.S.
- Conducted performance audits at company facilities nationwide.

**Regional Director of Nursing, Georgia Department of Corrections, PHS (now Corizon), Atlanta, GA, 1995 to 1997.**
- Assisted in the administration of the contract with the Georgia Department of Corrections.
- Managed the delivery of nursing services in 42 statewide correctional institutions.
- Designed and facilitated educational activities for clinical staff.
- Resolved clinical system issues to ensure the delivery of quality clinical care in a managed-care setting.
- Prepared sites for audits related to federal court consent decrees.

**Director of Nursing, Virginia Department of Corrections/Powhatan Correctional Center, 1991 to 1995.**
- Directed the planning, direction and evaluation of nursing services and related activities in a maximum-security prison with a staff of 50+ nursing professionals.
- Managed four major medical areas, including a 410-bed intake and classification unit, a 36-bed infirmary, a 12-bed acute psychiatric unit, and the delivery of routine, chronic, and emergency care to a general population of 1,000 inmates.
- Implemented a telemedicine program for the DOC in cooperation with the Medical College of Virginia.
- Coordinated the identification and treatment efforts during an infectious disease crisis in partnership with the Centers for Disease Control in Atlanta, GA.
- Served as an expert witness for the State of Virginia for court cases related to inmate health care.
- Designed and implemented extensive clinical and psychological support programs for HIV-infected inmates.

**Staff Nurse, Physical Rehabilitation Unit, Medical College of Virginia, Richmond, VA, 1990 to 1991.**
- Served as a primary care nurse to stroke and spinal cord injured patients.
- Assessed patient needs, created and monitored care plans based on assessed needs.

**Administrator, Commonwealth School, Richmond, VA, 1974 to 1990.**
- Oversaw the academic and financial performance of the school program
- Worked with teachers and necessary staff to establish and uphold curriculum, school mission statement/culture and performance goals and standards.
- Created, reviewed, and modified school budget and resources.
- Sought supplemental funding opportunities and grants at the local, state and federal levels.

- Met with parents and worked with teachers during scheduled conferences to review school policies, educational activities/events and student performance, while offering information on upcoming changes to curriculum, programs and related matters.
- Approved job postings, hired, interviewed and handled on-boarding of new teachers and additional staff members as they joined the team.
- Led the yearly accreditation process.

## PUBLICATIONS

- Contributing Author, "Clinical Practice in Correctional Medicine, 2nd Edition," Edited by Michael Puisis, DO, Published by Elsevier/Mosby, December 2005
- Contributing Author, "Correctional Health Care, Practice, Administration, and Law," Edited by Fred Cohen, LL.B, LL.M, Published by Civic Research Institute, 2017.
- Contributing Author, "Nurses' Scope of Practice and Delegation Authority, White Paper, National Commission on Correctional Health Care White Paper, by Patricia Blair, PhD, LLM, JD, MSN, CCHP; Catherine Knox, MN, RN, CCHP-RN; Jessica Lee, MSN CCH; Mary Muse, MS, RN, CCHP-A, CCHP-RN, Becky Pinney, MSN, CCHP-RN; and Patricia Voermans, MS, RN, APN, CCHP-RN, July 2014.

5