# Ruth A. Naglich, RN BSN
ruthnaglich@gmail.com

**Professional Experience:**

**Self Employed – March 1, 2023 to Present Date**
37 Lakewood Trace
Wetumpka Alabama, 36093

**Correctional Healthcare Consultant**

*Services provided:*

- Clinical and administrative monitoring of medical and mental health services in a correctional setting.
- Development of clinical and administrative performance measurements based on applicable correctional healthcare standards, court orders and settlement agreements, for and with State and Federal agencies.
- Prepare reports outlining process and clinical deficiencies and proposed corrective action plans, based on monitoring results.
- Provide analysis of national medical treatment and needs, as they apply to a specific segment of the population and geographical area.
- Staffing plan analysis and development to meet clinical expectations to maintain clinical and court ordered expectations.
- Healthcare Policy and Procedure Development.
- Clinical and financial assessments of institutional healthcare systems, operational plans, contract providers and quality assurance programs, to jails and prisons.
- Project health care budget expenditures for city, county and state detention centers.
- Request for Proposal development with oversight of bid and evaluation process for inmate healthcare services.

**Alabama Department of Corrections – October 4, 2004 to February 1, 2021**
301 South Ripley Street
Montgomery, AL  36130

**Associate Commissioner of Health Services**

*Responsibilities:*

- Administrative oversight and management of comprehensive medical, mental health and substance abuse services to an average daily inmate population of 26,000 individuals located in 28 correctional facilities.
- Direct supervision of eight licensed professionals and three support staff.
- Clinical and financial assessments of institutional healthcare systems, operational plans, contract providers and quality assurance programs.
- Prepare and project health care budget in excess of one hundred million dollars annually.
- Direct the monitoring of administrative and clinical performance of contracted health services vendors.
- Develop analysis of medical treatment trends and project the associated costs of change, implementation and compliance.
- Coordinate reporting and monitoring of infectious disease and health trends with the Alabama Department of Public Health.
- Direct supervision of regional clinical monitors and all sub-contracted nursing and physician clinical consultants.

Ruth A. Naglich


EXHIBIT E

- Policy and Procedure Development

*Accomplishments:*
- ✓ Development of new Division and subsequent personnel warranted to establish the Office of Health Services for the Alabama Department of Corrections.
- ✓ Reduced the need for supplemental funding request from the state legislature for inmate health services, through the development and negotiations of shared risk contracts.
- ✓ Composed State wide Request for Proposals for both Medical and Mental Health Services utilizing an evidenced based objective scoring model.
- ✓ Developed and implemented healthcare assessment monitoring tools based on contract administration and clinical measurements as part of a Continuous Quality Improvement Program.
- ✓ Researched and prepared proposal for twenty-one chair correctional facility dialysis unit and served as design consultant to architectural firm. State realized an annual savings of 1.7 million over prior years cost subsequent to the start-up of the 'in house' dialysis facility.
- ✓ Established medical and mental health policy and procedure committee.
- ✓ Developed a medical and mental health coding system to assist classification in facility placement to assure individuals with special needs access to services, without compromising HIPPA compliance.
- ✓ Researched and implemented conditions of settlement agreements as a result of litigation related to medical or treatment prior to 2004; utilizing state and national standards of care. Court monitoring dismissed within designated settlement time frames without extensions of court oversight.
- ✓ Development and implementation of Pandemic response and prevention operational plans (COOP) for the State of Alabama Department of Corrections . Operational and response plan included the implementation and monitoring of 28 facilities in 18 counties for 3,000 employees and 21,000 incarcerated individuals.

**Correctional Medical Management, LLC**
1114 17th Avenue South, Suite 201
Nashville, TN 37212
July 2003 to September 2004

**Senior Vice President of Program and Business Development**

*Responsibilities:*
- Clinical and financial assessments of institutional healthcare systems, operational plans, contract providers and quality assurance programs for local, state and federal criminal justice facilities.
- Assess, design and implement conditions of settlement agreements as a result of litigation related to medical treatment; utilizing ACA, NCCHC, JACHO and other state and national standards.
- Research and analyze national and local healthcare standards.
- Develop analysis of medical treatment trends and project the associated costs of change, implementation and compliance.
- Design instruments to measure clinical outcomes of treatment.
- Direct supervision of regional clinical monitors and all sub-contracted nursing and physician clinical consultants.

*Accomplishments:*
- ✓ Development of clinical and contract compliance indicators based on ACA and NCCHC Standards for Correctional Healthcare, for a statewide prisons system with an average daily population of 25,000 individuals.
- ✓ Implementation of contract specific clinical monitoring tools for a state-wide correctional healthcare program encompassing 32 correctional institutions, with 13 free standing clinics and 142 infirmary beds.
- ✓ Development and presentation of educational training module for national pharmaceutical companies in understanding and adapting to correctional medicine.
- ✓ Serve as Program Development Consultant for the Correctional Medicine Institute, a not-for profit institute, formed by faculty members of the Division of Infectious Diseases at Johns Hopkins University School of Medicine and correctional healthcare professionals.

**Professional Organizations**
American Corrections Association – CCHP (ACA)
Correctional Health Care Authorities - ACA
Association of Women Executives in Corrections (AWEC)
Southern States Corrections Association (SSCA)

**Education**

➢ Master of Health Care Administration – Webster University-Graduate Classes

➢ Bachelor of Science in Nursing – Maryville University, St. Louis, Missouri, 1988

➢ Associate of Art Degree in Nursing – Maryville University, 1986

➢ St. Mary's School of Nursing -Richmond Heights Missouri, 1977

**Professional Licensure**

➢ Registered Nurse – Missouri State Board of Nursing (Current and Active)

**References**

References available upon request