# M. ERICA UZPEN

970-397-0240    meuzpen@gmail.com    923 New Norwalk Rd., New Canaan, CT.

## PROFILE

Director of compliance and education systems with over 13 years' experience as a registered nurse and nursing leader. Adept in providing nursing expertise, strong organizational and communication skills, tremendous patience, and excellent leadership skills allow me to support, lead and train staff to provide optimal nursing standards of care.

## CERTIFICATIONS

- REGISTERED NURSE
    - CT (2021-PRESENT)
    - TX (2023-PRESENT)
    - CO (2010-PRESENT)
- BLS AHA (CURRENT-JAN 2023)
- BLS INSTRUCTOR ARC (CURRENT-JAN 2023)

## EDUCATION

### Master's in Nursing
University of Wyoming    2019
MSN with an emphasis in nursing education

### Bachelor of Science in Nursing
University of Wyoming    2016

### AAS in Nursing
Laramie County Community College    2010

### Bachelor of Science in Human Services
University of Northern Colorado    2008

## EXPERIENCE

### Director of Compliance & Education Systems (CorrHealth)
**2023-Present**
- Collaborate with county partners to ensure healthcare is delivered according to NCCHC and ACA standards.
- Lead site chart audit reviews for our sites to review current processes and updates.
- Assists and prepares for onsite audits, collects site information and data for audit

### Director of MAT Program & Corporate Compliance Coordinator (Armor Health)
**2021-2023**
- Review and evaluate healthcare provided in jails across the nation to ensure they meet National Commission on Correctional healthcare and American Correctional Association standards
- Maintain continuous quality improvement studies and assessments
- Educate jail staff on site specific policies and procedures. Provide training for new staff and assist with onboarding of jail sites
- Travel to jail sites to provide hands-on training for Nursing Directors and MAT nurses
- Attend stakeholder meeting and meet with jail custody staff as necessary
- Develop jail site specific Mat programs to meet the needs of the county and to decrease substance use disorder, deaths, and jail recidivism

### Director of Nursing-Armor Health (Larimer County Jail)
**2016-2021**
- Directs, coordinates, and provides oversight for all associated nursing and support staff with H.S.A, including maintaining schedule and taking call
- Participates in planning, priority setting, the development, and continuous improvement of policies and procedures for health care activities that comply with LCJ, NCCHC and Colorado standards
- Reviews pharmaceutical utilization to ensure compliance and adequate supply
- Designs, establishes, maintains, recruits, and employs an organizational structure and staffing to effectively accomplish the nursing goal and objectives
- Coordinates and develops the educational offering program, in-service training, and continuing education including, annual mass disaster and man down drills, and instructs BLS recertification
- Coordinates and monitors new-hire orientation

### Registered Nurse-Armor Health (Larimer County Jail)
**2010-2016 (Maintains current licensure)**
- Utilized critical thinking skills to the nursing process: assessed conditions, demonstrated effective decision making, implemented appropriate interventions, anticipated potential complications, and evaluated care outcomes
- Prioritized care for patients, accurately documented, and charted information

## PREVIOUS LEGAL EXPERIENCE

- STATE OF CONNECTICUT, EXPERT WITNESS 2023



EXHIBIT F