

# ATLAS SAFETY & SECURITY DESIGN INC.
# RANDY I. ATLAS Ph.D., FAIA, CPP, CPTED — VITA
## PRESIDENT Revised 7/5/23

**SERVICES PROVIDED:**

Crime Prevention Through Environmental Design (CPTED)/Security Design and Analysis
Americans with Disability Act Accessibility Audits, Compliance
Anti-Terrorism Security Assessment and Design
Architectural Programming and Design of Criminal Justice facilities
Expert Witness Testimony in Security Negligence Premises Liability Cases
Expert Testimony on slips, trips, falls, architectural defects, building code compliance
Risk Threat Vulnerability Assessments, Anti-Terrorism Security Master Plans
Training in CPTED, security design, accessibility, jail and prison violence/suicide

**PROFESSIONAL REGISTRATION:**

CERTIFIED PROTECTION PROFESSIONAL (CPP) from ASIS, #5061
REGISTERED ARCHITECT, State of Florida, #15954; State of Louisiana #5287
NCARB REGISTERED, National Council Architectural Registration Board #31121
CERTIFIED in Sandia Labs Risk Assessment Methodology RAM-W (Dams), T (Power) 2002
CERTIFIED in Critical Infrastructure and Asset Protection – ACAM and PCII, April 2010
CERTIFIED Anti-Terrorism Specialist, Anti-Terrorism Accreditation Board. #100342
CERTIFIED Master Anti-Terrorism Specialist, Anti-Terrorism Accreditation Board. 2010
CERTIFIED in Quality Matters On-Line E Learning Certification for FAU Course on CPTED 2013
CERTIFIED ICCP- Certified CPTED Professional, International CPTED Association, 2016
CERTIFIED ASM925 Operator Level 1- Coefficient of Friction Testing, Substratum Group 2020
CERTIFIED Johnson Forensics GS-1 Operator Course COF Testing, Substratum Group 2018
CEERTIFIED Safety Assessment Program Evaluator AIA Feb.16, 2022

**PROFESSIONAL AFFILIATIONS:**

AMERICAN INSTITUTE OF ARCHITECTS (AIA), Fellowship status in 2015, AIA Architecture for Justice Committee member; AMERICAN CORRECTIONAL ASSOCIATION (ACA), Design and Technology Committee member; AMERICAN SOCIETY OF INDUSTRIAL SECURITY (ASIS), Past Chairman of the Security Architecture and Engineering Council; AMERICAN SOCIETY OF SAFETY PROFESSIONALS (ASSP); ENVIRONMENTAL DESIGN RESEARCH ASSOCIATION (EDRA) Appointed on Editorial Review Board for Environment and Behavior Magazine; NATIONAL SAFETY COUNCIL, Falls Prevention Committee, NATIONAL FIRE PROTECTION ASSOCIATION (NFPA) Premises Security Committee 730-731; AMERICAN SOCIETY OF TESTING MATERIALS (ASTM) Technical committees F33 on Corrections and Detention Facilities, ASTM E54 Homeland Security Committee, F13 Pedestrian/Walkway Safety and Footwear, F12 Committee on Security Systems and Equipment; HUMAN FACTORS & ERGONOMICS SOCIETY; National Institute of Justice Advisory Board on AMERICANS WITH DISABILITIES ACT and CPTED., Board member representative of the FLORIDA DESIGN OUT CRIME (FDOCA); United States Regional Board member of the INTERNATIONAL CPTED ASSOCIATION (ICA), U.S. HOUSING URBAN DEVELOPMENT Technical Assistance Consultant on Security and Crime Prevention; U.S. Department of Justice NATIONAL INSTITUTE OF CORRECTIONS Technical Assistance Consultant. Dr. Atlas has been appointed to the Oklahoma City National Memorial Institute of the Prevention of Terrorism Peer Review Panel 2001; Member of the ASIS Physical Security Measures (PSM) Guideline Committee; member of INTERNATIONAL SOCIETY OF CRIME PREVENTION PRACTITIONERS; member of INTERNATIONAL ASSOCIATION OF COUNTERTERRORISM AND SECURITY PROFESSIONALS; Greater Miami & the Beaches Hotel Association; member FLORIDA CRIME PREVENTION ASSOCIATION; NATIONAL FLOOR SAFETY INSTITUTE Standards Committee B101- Safety Requirements for Slip, Trip and Fall Prevention 2010-2012; Member of Infra-Gard



**EXHIBIT**

**G**

South Florida; Member of INTERNATIONAL ASSOCIATION OF PROFESSIONAL SECURITY CONSULTANTS; Appointed to the Guidelines Task Force for Security Design Guidelines for Healthcare Facilities with the INTERNATIONAL ASSOCIATION OF HEALTHCARE SECURITY AND SAFETY (IAHSS) 2019. ASIS Facility Physical Security Standards Update Task Group 2020.

**EDUCATION:** Doctorate of Criminology, Florida State University, 1982;
Masters of Architecture, University of Illinois, 1976;
Bachelor of Criminal Justice, University of South Florida, 1976;
Bachelor of Architecture, University of Florida,1974.

**TEACHING:** VISITING INSTRUCTOR **Texas A & M Engineering Extension Service** (TEEX). Bryan, Tx. Crime Prevention Through Environmental Design (CPTED) Practitioner Certified Classes, March 2021 to present.

ADJUNCT PROFESSOR **Florida Atlantic University**, College of Social Inquiry (Architecture, Criminal Justice and Urban Planning). Designing Safe Communities with CPTED (Crime Prevention Through Environmental Design), Fort Lauderdale and Boca Campuses, E-Learning, and Continuing Education. E-Learning Course on CPTED with the FAU Institute of Design and Technology (IDAC) 1998, 2005 - 2020

INSTRUCTOR **Southern New Hampshire University** – Anti-terrorism On Line E-learning Degree. CJ-682 Threat Assessment. October 2020 – September 2021.

PROFESSOR **Keiser College**, Criminal Justice Department. Pembroke Pines, FL. Criminal Justice Classes: Deviant Behavior; Victimology; Organized Crime; White Collar Crime; Drugs in Society; Alternative Punishment; Comparative Criminal Justice Organizations; Intro to Corrections, Capstone-Independent Studies. 2006 - 2013.

ADJUNCT PROFESSOR **University of Miami**, Criminal Justice Program Dept. 1989-1991. **University of Miami**, School of Architecture, courses in Crime Prevention Through Environmental Design (CPTED) 1991, 1994,1995.

VISITING INSTRUCTOR **National Crime Prevention Institute** (NCPI), **University of Louisville**. Crime Prevention Through Environmental Design (CPTED) Classes, Design for Infrastructure Protection, Design Safe Schools 1993 through 2008.

ADJUNCT PROFESSOR **Florida International University**, Criminal Justice Program - Corrections, Criminology, Criminal Justice and Crime Prevention Through Environmental Design Classes, Miami, Florida 1984 to1991, 1997.

## PROJECT EXPERIENCE:

- CPTED CONSULTANT to Atlantic Pacific Companies – CPTED Assessments for Heritage Village South, Quail Roost Phase II, and Perrine Villas II. Affordable Work Force RAD housing developments, Miami, FL. July 2023

- CPTED CONSULTANT to SunTech Development, for 2710 East Atlantic Boulevard Apartments, CPTED Public Safety Plan for Pompano Beach, FL. June 2023

- CPTED CONSULTANT to MSA Architects for the Oaks at Palm Air Apartments, CPTED Public Safety Plan for Pompano Beach, FL. June 2023

- CPTED CONSULTANT to the BEC Construction for 301 N. Federal Hwy. Apartments, CPTED Public Safety Plan for Pompano Beach, FL. June 2023

- CPTED CONSULTANT to the Sunexus Group for Sunexus Apartments, CPTED Public Safety Plan for Pompano Beach, FL. April 2023

- CPTED CONSULTANT to Asante Design Group LLC for Pauline's restaurant, Boynton Beach, FL. February 2023

- CPTED CONSULTANT to Urban Design Studio on the L' Eglise De Dieu Les Elus Pour Christ Church, CPTED Public Safety Plan for Pompano Beach, FL. January 2023

- CPTED CONSULTANT to Pfluger Architects on the Cotulla, TX High School. 2022-2023.

- CPTED CONSULTANT to Wilfredo Agurto of Imagination Design PA on the Gigi Apartments CPTED Public Safety Plan for Pompano Beach, FL. December 2022

- CPTED CONSULTANT to Valle Valle & Partners on the 900 Biscayne Blvd., Miami Ground Floor and Lobby Improvements. Miami, FL November 2022

- CPTED CONSULTANT to Stiles Residential Group on the Plantations Crossroads Housing Development. Plantation. FL. November 2022

- CPTED CONSULTANT to Dyer Technologies for creating a CPTED Masterplan for San Jose, CA. Oct.17, 2022.

- CPTED CONSULTANT Pompano Beach Highland Oaks Multi-Family Housing Development. D.R. Horton. Pompano Beach, FL July 2022

- CPTED CONSULTANT Pompano Beach Propane Bulk Facility. The Blossman Companies. Pompano Beach, FL April 2022

- CPTED CONSULTANT Pompano Beach Ford Lincoln Dealer Parking Expansion. Winningham & Fradley. Pompano Beach, FL July, 2022

- CPTED CONSULTANT to Valle Valle & Partners. Consultant on the Overtown Metro Station Improvements for Miami Dade Transit Authority. March 2022

- CPTED and SECURITY CONSULTANT to ADG architecture – Sanibel Island Police Department Facility. April 2022

- CPTED CONSULTANT Pompano Beach Propane Bulk Facility. The Blossman Companies. Pompano Beach, FL April 2022

- CPTED CONSULTANT to SKLArchitecture. 499 Ocean Blvd. Public Safety Plan. Pompano Beach, FL. Feb. 2022

- CPTED CONSULTANT to Atlantic Pacific Communities, and Corwil Architects on the Quail Roost Apartments. Miami Dade County. Oct. 2021

- CPTED CONSULTANT to Atlantic Pacific Communities, and Corwil Architects on the Moody Gardens/Villages Apartments. Miami Dade County. Oct. 2021

- CPTED CONSULTANT to Atlantic Pacific Communities, and Corwil Architects on the Heritage Villages Apartments. Miami Dade County. Oct. 2021

- CPTED CONSULTANT to MSA Architects on Citi-Center Apartments, Pompano Beach FL. Oct. 2021

- CPTED CONSULTANT to Cymbal Development on the Gateway Apartments, Miami Gardens, FL. Oct. 2021

- CPTED CONSULTANT to Housing Trust Group (HTG United) on the Rainbow Village Housing Development for Miami Dade County, FL. July 2021

- CPTED CONSULTANT to Whitehall Condominiums of the Villages of Palm Beach Lakes. Security Assessment and evaluation of video systems by American Integrated Security Group. July 2021

- CPTED CONSULTANT to Upland Design Group on the Engineering Building at Tenn. Technical University. Nashville, TN March 2021

- CPTED CONSULTANT to MSA Architects on Pompano Beach Apartments, Pompano Beach FL March 2021

- CPTED CONSULTANT to Atlantic Pacific Communities, and Corwil Architects on the Culmer Place Housing, Miami, FL January 2021

- CPTED CONSULTANT to 524 N. Riverside Drive Apartments, Pompano Beach. BEC Group. March, 2021

- CPTED CONSULTANT to ASIS International on the update to the Facility Physical Asset Protection standards publication. 2020/2021

- CPTED CONSULTANT to Coral Rock Pompano LLC on the Highland Oaks Apartment Development. Pompano Beach FL. Public Safety Plan and Risk Assessment. November 2020

- CPTED CONSULTANT to Gulf Building LLC on the New Cloverleaf Park CPTED Public Safety Plan, Miami Gardens, FL. September, 2020.

- CPTED CONSULTANT to SH Brandt Architects for the Pompano Pointe Apartments, Pompano Beach, FL. Public Safety Plan and Risk Assessment. May 2020

- CPTED CONSULTANT to Bellon Architects for the Oak Enclave Apartments, Miami Gardens, FL. Public Safety Plan and Risk Assessment. May 2020

- CPTED CONSULTANT to MSA Architects on Pompano Station Apartments. Pompano Beach Public Safety Plan and Risk Assessment. Pompano Beach, FL. April, 2020

- CPTED CONSULTANT for the Newport/Costa Mesa School District, re: Ensign Middle School Security CPTED review. Newport- Mesa CA. March 2020

- CPTED CONSULTANT to RDC Design Build on Pompano Beach Amphitheater Roofing Project. Pompano Beach Public Safety Plan and Risk Assessment. Pompano Beach, FL. March, 2020

- CPTED CONSULTANT to MSA Architects on Hidden Harbour at Harbourside. Pompano Beach Public Safety Plan and Risk Assessment. Pompano Beach, FL. February, 2020

- CPTED CONSULTANT for MC Harry Associates, Miami International Airport Facade Improvement Vulnerability Threat Assessment. Miami, FL January, 2020

- CPTED CONSULTANT for ADG Architecture, to City of Sanibel Island Government Center Security Risk Assessment. Sanibel, FL. January, 2020

- CPTED CONSULTANT for Zyscovich Architects, for Collier County High School. Naples, FL. January 2020

- CPTED CONSULTANT for MHKAP Architecture, to City of Naples Government Center Security Risk Assessment. Naples, FL. November 2019

- CPTED CONSULTANT for ADG Architecture, to City of Fort Myers Government Center Security Risk Assessment. Fort Myers, FL. August 2019

- 
- CPTED CONSULTANT for ADG Architecture, to S.T.A.R.S. Community Center Complex Expansion. Fort Myers, FL. July 2019

- CPTED CONSULTANT for Ed Lewis Architects, to develop a security perimeter master plan for Miami Dade County Government Center. July 2019.

- CPTED CONSULTANT for URBN Design on the Festival Flea Market Expansion, North and South, Pompano Beach, FL. June 2019

- CPTED CONSULTANT to Corwil Team and AP Management for the Culmer Apartments Project. Miami Dade Housing Authority. May 2019.

- CPTED CONSULTANT Appointed to the Guidelines Task Force for Security Design Guidelines for Healthcare Facilities with the INTERNATIONAL ASSOCIATION OF HEALTHCARE SECURITY AND SAFETY. Feb. 2019

- TRAINER/CONSULTANT to the City of Pompano Beach. 40-hour certified CPTED Practitioner Course. Jan. 27-April 6, 2019

- CONSULTANT to 700 Briny Ave. Apartment Building – CPTED Public Safety Plan for Pompano Beach, FL. Oct. 2018

- CONSULTANT for RJ. Heisenbottle Associates on the Miami Marine Stadium Renovation for CPTED and security perimeter and vehicle barrier assessment and design. Miami, Fl. October, 2018 to present.

- CONSULTANT to 499 N. Ocean Dr. Apartment Building – CPTED Public Safety Plan for Pompano Beach, FL Sept. 2018

- CONSULTANT to Oldcastle Bonsal Sakreete Concrete Plant – CPTED Public Safety Plan for Pompano Beach, FL. July, 2018

- CONSULTANT to Broward County School District, in association with Safe Havens International. Conduct a security risk assessment of the entire school district, 234 schools post Stoneman Douglas Shooting. Broward County, FL. June/July 2018

- CONSULTANT to Williamson Shriver Architects, Herbert Hoover High School, Charleston, WV. May 10, 2018

- CONSULTANT to the Sands of Key Biscayne Condominium, FL. Security assessment and design. March 14, 2018

- CONSULTANT and TRAINER to a Tech Company, CPTED Training to their security staff. Seattle, WA. Feb. 27-28 2018

- CONSULTANT to Kaiser Permanente Group -- Conduct a CPTED certified training and conduct a risk assessment on the Largo Medical Center. Largo, MD. May 1-6, 2017

- CONSULTANT to RDC (Recreation Design Group) for CPTED Analysis for Buccaneer Park, Miami Gardens, FL. April 2017.

- CONSULTANT to RDC (Recreation Design Group) for CPTED Analysis for Bunche Park, Miami Gardens, FL. October, 2016.

- CONSULTANT to Eureka Garden Apartments, CPTED / Security Analysis. HUD Property. Jacksonville, Oct. 2016

- CONSULTANT to Oldcastle Coastal for Pompano Beach CPTED Analysis. May 2016.

- CONSULTANT to Security Dynamics LLC Port Everglades Security Strategic Risk Management Plan. Sept. 2015

- CONSULTANT to International Paper Global Headquarters, CPTED /Security Analysis, Memphis TN. July 2015

- CONSULTANT to Florida Attorney General's Office representing the Florida Department of Corrections in Title II Americans With Disabilities Lawsuits, 2012- 2017.

- CONSULTANT to Steelbridge Real Estate Services. Security /CPTED Risk Assessment of the Wells Fargo Office Building in downtown Orlando Florida. January 2015.

- CONSULTANT to PB1 Hotels LLC and George White Architect. Hampton Inn Hotel – Develop CPTED Public Safety Plan for Pompano Building and Zoning review. Oct. 2014.

- CONSULTANT to Richmond VA School District with Safe Havens International – CPTED/Security Audit. Sept. 29/30, 2014

- CONSULTANT to Perteet Inc. for the Seattle Department of Transportation. 3rd Avenue Corridor Project. CPTED Analysis. May 27-31, 2014

- CONSULTANT to ALSCO Laundry – Security CPTED assessment of Pompano Beach Facility, expansion and renovation. Develop CPTED plan for Pompano Building and Zoning review. April. 2014.

- CONSULTANT to Security Dynamics LLC or the Port Miami Security Assessment Master Plan. Jan. 2014

- CONSULTANT to Duke University – East and Central Campus Security and CPTED Evaluation. Durham, NC. August, 2013

- CONSULTANT to Pinnacle Housing Group – CPTED and Security Review of King's Terrace Apts. Miami. FL August 2013

- CONSULTANT to 1000 Museum (Biscayne Tower) – CPTED and Security Consultant on a luxury high-rise residential building. Miami, FL. 2013 -2014

- CONSULTANT to O'Gara Group. ACAMS Vulnerability Assessment for the Martin County South Memorial Hospital. Jan. 8-10, 2013

- CONSULTANT on Baylofts Apartments. CPTED security survey and risk assessment. Jan. 14, 2013

- CONSULTANT to DPZ on the Downtown Mobile, AL. Form Based Code Urban Revitalization Master Plan Design Charrette. November 2012.

- CONSULTANT to Safe Haven International on a CPTED and Lighting Analysis of Chicago School District School System, 19 schools. Oct. 4-9. 2012

- CONSULTANT to Amazon.com Corporation. CPTED analysis of their storage warehouse facilities. Louisville, KY. Sept.27-20, 2012

- CONSULTANT to Risk Solutions International of the Quaker Valley School District Middle School, Sewickley, PA. Sept. 1, 2012

- CONSULTANT to Hyatt Hotel Corporation – Develop industry standards for AED placement and policy and procedures for the range of hotel properties. Site visit to Chicago Hyatt Properties. June 2012.

- CONSULTANT to Hyatt Hotel Corporation – Develop industry standards for AED placement and policy and procedures for the range of hotel properties. Site visit to Orlando Grand Cypress Hyatt. January 2011.

- CONSULTANT to Safe Haven International on a CPTED and Lighting Analysis of Bibb County GA School District School System, 6 schools. May 8-11, 2012

- CONSULTANT to SmartPrice Exporters in Association with Forbes Architects –. Develop a security CPTED Master Plan, Miami, Florida. January 2011.

- CONSULTANT to Pinnacle Housing Group – CPTED and Security Review of King's Terrace Apts. Miami. FL January, 2011.

- CONSULTANT to Butte County Jail. Security Systems Analysis. Oroville, CA. August 2010

- CONSULTANT to Georgetown University. Security and CPTED Analysis of Campus Perimeter. Aug. 2010

- REVIEWER for FEMA Manuals Update. DHS - Science and Technology Directorate's Infrastructure and Geophysical Division (IGD) for FEMA 426 – Reference Manual to Mitigate Potential Terrorist Attacks, FEMA 428

Primer to Design Safe School Projects in Case of Terrorist Attack, FEMA 452 Risk Assessment, A Guide to Mitigate Potential Terrorist Attacks Against Buildings.

- CONSULTANT to O'Gara Group, Vulnerability and CPTED Assessment of Barry University, Miami, Florida. July 2010.

- CONSULTANT to O'Gara Group, Develop a Vulnerability and CPTED Assessment Survey for Healthcare Environments, For the Florida Department of Health. April 2010.

- CONSULTANT to O'Gara Group, Vulnerability and CPTED Assessment of Florida Memorial College, Miami, Florida. April 2010.

- CONSULTANT to Volunteers of America for Security and CPTED Assessment of Southpoint Crossings Apartment Building, Florida City, Fl. April, 2010.

- CONSULTANT to the O'Gara Group, Vulnerability and CPTED Assessment of St. Thomas University, Miami, Fl. March 2010.

- CONSULTANT to the Sailboat Bend Homeowners Association in a CPTED review of Dr. Kennedy Homes Project, Broward Housing Authority, Fort Lauderdale, Fl. 2009/2010

- CONSULTANT to Ocean Palms Condo for a Security Risk Assessment and CPTED survey for the 40-story, 240-unit ocean front property. Hollywood, FL. July, 2009

- CONSULTANT to Tennessee Board Regents to conduct a security assessment of the University of Memphis Main Campus and Law School, and evaluate a campus wide access control system. Memphis, TN. June 2009

- CONSULTANT to Pinnacle Housing Group to conduct CPTED surveys on Pinnacle Place and Pinnacle Plaza. Miami, FL. May, 2009

- CONSULTANT to Techmark Security Integration. CPTED consulting on the masterplan of 2 new cites and a large mixed-use development in Abu Dhabi, United Arab Emirates. Development of CPTED and Building Security Codes. June 2008 – ongoing.

- CONSULTANT to Riviera Country Club, Coral Gables Florida. CPTED Analysis and Security Risk Assessment. June 2008.

- CONSULTANT to Broadmoor Design Group on New Orleans Holy Cross School. CPTED and security evaluation. April 2008.

- CONSULTANT on security and CPTED to Dagliesh, Gilpin, & Paxton Architects on the Madison County, VA. Courthouse Phase II expansion and renovations. November 2007- June 2010.

- CONSULTANT to Green Briar West Apartments, Miami, Fl. Conduct a Risk Assessment, CPTED analysis, and Security Survey. October 2007.

- CONSULTANT on Miami Dade Corrections Master Plan and Krome Detention Center Project with Spillis Candela DMJM. October 2007

- CONSULTANT on CPTED and security to Arquitectonica on the Fort-Brescia/Spears Home in Coconut Grove, Florida. August 2007.

- CONSULTANT to SONY Corporation on the New Headquarters Building in San Diego, CA. Perform CPTED and Security Design Review. July 2007.

- CONSULTANT to the Mandarin Oriental Resorts Hotel in Miami. ASSD conducted a security risk assessment of the hotel and parking facilities. July 2007.

- CONSULTANT to Clark County School District (Las Vegas). Conduct a 40 Hr. CPTED class to District staff architects and engineers, as well as the architects and school police working for the District designing new prototype elementary, middle, and high schools. Conducted a review of existing and proposed prototypes and assisting in the development of school security design guidelines for 120 new schools ($10 Billion budget). May 2007.

- CONSULANT on the Tropical Greenways Project. The project will use Miami-Dade County's Park system to connect Biscayne National Park and Everglades National Park.  The project seeks to physically connect our two national parks. March 2007

- CONSULTANT to Tennessee Board of Regents on the Murfreesboro Tennessee State University Research and Science Building, Security Design Review. Murfreesboro, TN. April 2007.

- CONSULTANT with Techmark Security on the Harvard University Science Building Project. Security Design, Risk Assessment and CPTED Design. March 2007

- CONSULTANT for Greenville Tech College, Security Analysis for New University Housing. Greenville, SC. Nov. 11, 2006.

- CONSULTANT for the South Carolina Electric, Gas Water Company, SCANA to do a CPTED analysis of the new SCANA Campus in Columbia, SC. Nov. 10, 2006

- CONSULTANT to Tennessee State University to conduct a security review of the Research and Sponsored Programs Building. Nashville, TN. October 2006

- CONSULTANT to Tennessee State University to conduct a Security master plan for main campus and Avon Williams Downtown Campus. Nashville, TN. September 2006

- CONSULTANT for The Russell Partnership to conduct Threat Risk Vulnerability Assessment for the North Miami City Hall. March 2006

- CONSULTANT for ATC to conduct Threat Risk Vulnerability Assessment for American Transmission Company (ATC) at DePere, Piwaukee, and Cottage Grove Power facilities in Wisconsin. July – Nov. 2005, July 2006

- CONSULTANT for A Secure America for Miami Dade County conducting Homeland Security Risk Vulnerability Assessment on the Turner Guiliford Knight Detention Center, Miami, Fl. August 2005

- CONSULTANT for A Secure America for Miami Dade County conducting Homeland Security Risk Vulnerability Assessment on the Metrowest Detention Center, Miami, Fl. August 2005

- CONSULTANT for A Secure America for Miami Dade County conducting Homeland Security Risk Vulnerability Assessment on the Pre-Trial Detention Center, Miami, Fl. August 2005

- CONSULTANT for security / vulnerability assessment for Essex County Courthouse, Newark, NJ. Aug., 2005.

- CONSULTANT for ACAI Architects to perform a Security Risk Vulnerability Assessment of the Ft. Lauderdale Executive Airport Rescue Firefighting and Emergency Operations Center. Ft. Lauderdale, Fl. July 2005

- CONSULTANT for RJ. Heisenbottle Associates on the Courthouse Square Parking Garage and Apartment Complex for CPTED and security assessment. Miami, Fl. June, 2005

- CONSULTANT for A Secure America for Miami Dade County conducting Homeland Security Risk Vulnerability Assessment on the Miami Dade County Inspections and Permit Building, Miami, Fl. June 2005

- CONSULTANT for A Secure America for Miami Dade County conducting Homeland Security Risk Vulnerability Assessment on the Ryder Trauma Center, Miami, Fl. July 2005

- CONSULTANT for A Secure America for Miami Dade County conducting Homeland Security Risk Vulnerability Assessment on the Miami Dade County Fleet Maintenance Building, Homestead, Fl. June 2005

8

- CONSULTANT for A Secure America for Miami Dade County conducting Homeland Security Risk Vulnerability Assessment on the South Dade Government Center, Homestead, Fl. June 2005

- CONSULTANT for A Secure America for Miami Dade County conducting Homeland Security Risk Vulnerability Assessment on the Caleb Center Government Building, Miami, Fl. June 2005

- CONSULTANT for A Secure America for Miami Dade County conducting Homeland Security Risk Vulnerability Assessment on the Central Facility Support Building, Miami, Fl. June 2005

- CONSULTANT for A Secure America for Miami Dade County conducting Homeland Security Risk Vulnerability Assessment on the Hickman Building, Miami, Fl. June 2005

- CONSULTANT for A Secure America for Miami Dade County conducting Homeland Security Risk Vulnerability Assessment on the South Miami Hospital, June 2005

- CONSULTANT for A Secure America for Miami Dade County conducting Homeland Security Risk Vulnerability Assessment on the Republic Metals Corporation, June 2005.

- CONSULTANT for Medical College of Wisconsin Bio-Medical Laboratory, Milwaukee, WI. in Association with Applied Research Associates. Security and CPTED analysis. April 2005.

- CONSULTANT for the Hogan Group, Coefficient of Friction test for exterior walkway of 6161 Blue Lagoon Dr. Miami August 2004

- CONSULTANT on CPTED for Ball Construction group for the Houses of Indian Beach. January 2004

- CONSULTANT for Zsycovich Architects for Broward County School Board Homewood High School Addition. Dec. 2003

- CONSULTANT for U.S. Dept. Of Justice, National Institute of Corrections, for the Idaho Department of Corrections. ADA Accessibility Compliance Audit. Boise, Idaho. May 18-25, 2003

- CONSULTANT for Los Angeles Housing Authority on CPTED for 15 housing authority properties. January - March 2003 in association with SPARTA.

- CONSULTANT for security and CPTED review on the Homewood Middle School, Birmingham Al. for Giattina Fisher Aycock Architects. 2003

- CONSULTANT for U.S. HUD Drug Elimination Grant Program Technical Assistance consultant on CPTED for Covington Housing Authority, Covington, KY. Oct. -Dec. 2002

- CONSULTANT for Lee County Electric Cooperative. Threat and Vulnerability Assessment for Power facilities and office building. Ft. Myers, Fl. November 2002.

- CONSULTANT to SPARTA for the New Haven Housing Authority. CPTED assessment of 22 properties. July 2002.

- CONSULTANT for SPARTA to the Los Angeles Housing Authority for a 1-day CPTED training for project managers. June 5, 2002.

- CONSULTANT for the Boys and Girls Club of America, Atlanta, GA. Assessment of three centers and development of security training curriculum. March 20,2002.

- CONSULTANT for Miami Dade Community College, Security Need Assessment and Threat Analysis. Miami, Fl. March, 2002

- CONSULTANT for Brand Protection Inc., threat assessment and security survey for MASCO Inc., Detroit, Mi. October, 2001

* CORRECTIONS PLANNER for Marion County Jail Expansion Master Plan and Program with Jacobs Group, Ocala, Fl. Oct. 2001

* PEER REVIEW PANEL for Oklahoma City National Memorial Institute for Prevention of Terrorism, Oct. 2001.

* CONSULTANT on security for the Palm Springs Hospital in Hialeah, Florida. Security masterplan, policy and procedures and physical security review for the hospital. March 2001.

* CONSULTANT for the University of Colorado Health Sciences Center new campus. Developed a security masterplan for $2 Billion of new construction on former Army base. Denver, Co. Feb. 2001

* CONSULTANT on Security and CPTED on Seminole County, Florida Courthouse with HKS Architects. December, 2000.

* CONSULTANT Security survey on the Graham Rogall Elderly Apartments for the St. Pete Housing Authority, Nov. 17 2000.

* CONSULTANT on CPTED for New Bern Housing Authority, New Bern North Carolina. CPTED evaluation of two medium sized properties. June 2000.

* CONSULTANT for Courvoisier Courts Luxury Apartments, Brickell Key, Miami Florida. Security Survey and Vulnerability Analysis. May 2000.

* CONSULTANT for SONY Corporation. Security Survey of 3 million square foot manufacturing plant in Mt. Pleasant, PA. May, 2000.

* CONSULTANT on CPTED and Security Design for the Discovery Channel Headquarters in Bethesda, MD. A proposed $110 mil building. March 2000.

* CONSULTANT on CPTED and Security for the Florida International University, New School of Architecture, University Park Campus, Miami. $11 Million building with BEA Associates. March 2000

* SECURITY SURVEY for the University of Louisville, downtown campus. A CPTED and security survey of 110 buildings on campus as part of a Prevention of Violence Against Women Grant. Feb. 2000.

* CONSULTANT Fernandino Beach Police Station Programming for Allen Morris Construction. Jan. 2000.

* TECHNICAL ASSISTANCE CONSULTANT for U.S. HUD for Marietta, GA Housing Authority, June,1999.

* CPTED Consultant on the Streetscape Improvements on Sunrise Boulevard Project, Broward County. With EDSA. March 2000.

* CPTED Consultant for the City of Miami Police Department, Grand Avenue Redevelopment and Safe Neighborhood Project, Coconut Grove, Miami. October, 1998.

* TECHNICAL ASSISTANCE CONSULTANT for U.S. HUD for the Cincinnati Metropolitan Housing Authority for a CPTED Training Video. August 18-20, 1998.

* CPTED SECURITY ANALYSIS for Cincinnati Metropolitan Housing Authority. A study of security signage, graphics and groundrules for the different multi-family properties for almost 5000 residents. January 1998

* CPTED SECURITY ANALYSIS for Housing Authority of Maysville, Ky. August 1997. A security masterplan and security site analysis for establishing defensible space for the residents.

* SUICIDE PREVENTION and SECURITY ANALYSIS for Kane County Juvenile Detention Center, Geneva, Illinois in March 1997.

* CPTED SECURITY ANALYSIS for New Bedford Housing Authority, MA. for U.S. HUD. A security masterplan for eight large housing properties that allowed the different user groups legitimate access when desired. Extensive CPTED site plan analysis. 1996

* CPTED Environmental Security Analysis of Housing Authority of Albuquerque, 4 multi-departmental CPTED Training, and 10 neighborhood CPTED design charettes for the City of Albuquerque, NM. 1996 and 1997.

* CPTED SECURITY ANALYSIS for Paris Ky. Housing Authority for U.S. HUD, 1995. An extensive security masterplan and capital improvement study for housing authority, along with budgeting and phasing of security into long term modernization and renovation program.

* CPTED SECURITY ANALYSIS for Cincinnati Housing Authority with SPARTA, for U.S. HUD, A CPTED analysis of four large housing properties for capital and operational improvements. 1995.

* SECURITY ANALYSIS, CPTED STUDY of Metro Dade HUD Elderly Housing Project in Opa-Locka, Florida. Conduct crime analysis and develop comprehensive security crime prevention program to protect elderly residents. 1994.

* CPTED ANALYSIS for West Palm Beach, Fl. Housing Authority for U.S. HUD A CPTED masterplan and site analysis of four housing properties to improve territorial boundaries, and reduce outside infiltration of drug and gang activity.1995

* CPTED & SECURITY ANALYSIS, Marin County, CA Housing Authority, for U.S. HUD. A comprehensive CPTED analysis of the Marin City Housing property to reduce drug and gang activity. Study included lighting analysis, fencing plan, operational recommendations, and team building activities with residents. 1996.

* CPTED & SECURITY ANALYSIS for Albuquerque, NM. Housing Authority for U.S. HUD Drug and Crime Elimination Technical Assistance Grant Program, 1996.

* CPTED and Security Analysis/ Audit of Barry University, Miami, Florida. March, 1995. An extensive security masterplan of the 80-acre campus to reduce opportunity for crime on campus. The security masterplan was implemented with a $1.2 budget and has dramatically improved operations and security at the University.

* CPTED and CRIME ANALYSIS for City of Coral Gables Police Department. Evaluation of impact of road closures and barricades on crime in eight test sites. 1995.

* DESIGN CHARRETTE for the Dade County Performing Arts Center with Arcitectonica. Feb.1995. Atlas Safety & Security Design served as the security design and CPTED consultant.

* WYNWOOD INDUSTRIAL PARK CPTED STUDY for the City of Miami. January 1995. Evaluation of crime statistics, development of street closure plan and neighborhood security improvement.

* SECURITY ANALYSIS of University of Miami Residential Colleges. A CPTED study of crime and security measures of campus housing. December 1994.

* SECURITY ANALYSIS of the Florida East Coast Railways shipping yards. A CPTED study to reduce the vulnerabilities of the stock yards to theft, burglary, and pilferage. December, 1994.

* SECURITY ANALYSIS, CPTED STUDY for the Graham Properties in Miami Lakes, including Don Shula's Hotel and resort, the Golf Club, Main Street, Apartments and offices in the Main Street areas, Athletic Center, and parking areas. Scope of work included crime analysis, develop recommendations to reduce threat of car thefts, assaults, and robberies. 1994

* SECURITY ANALYSIS, CPTED STUDY - CLIPPER CLUB CONDOMINIUM, Miami, Fl. Develop security strategy to improve security in resident parking lot to protect against thefts and attacks.

* SECURITY ANALYSIS, CPTED and ADA PLAN REVIEW of North Miami Beach Police Station serving as a consultant to Spillis and Candela. Coral Gables, Fl., 1994.

* SECURITY ANALYSIS, CPTED and ADA PLAN REVIEW of Concourse A, Miami International Airport serving as a consultant to Bermillo Ajamal & Partners, 1994.

* SECURITY ANALYSIS CPTED STUDY - WESTLAND PROMENADE, a shopping center in Hialeah. Conducted analysis of security services, lighting, and develop plan to respond to repeated attacks against retail stores. 1994.

* SECURITY ANALYSIS, CPTED STUDY of Emergency Care Center Jackson Memorial Hospital, Miami, Fl. The scope was to evaluate hospital security staff, policy and procedures, the function of Metro Dade Police patrol at the Emergency Room, and develop architectural, technological, and operational changes to improve security in the Emergency Care Center. The threat of workplace violence in hospitals has been increasing and this study was to deal with improving access control, redesign of the screening area, and reducing cross traffic. 1993

* CPTED goes PBS - Dr. Atlas was interviewed at the University of Wisconsin, Madison by a Public Broadcasting Services TV crew on Crime Prevention Through Environmental Design for a viewer member series on crime prevention. July 25, 1993.

* DESIGN DISTRICT DESIGN CHARETTE - University of Miami, School of Architecture. Security and crime prevention analysis. May 1994.

* SOUTH POINT DESIGN CHARETTE - Portifino Group, Miami Beach. 12 internationally recognized architectural firms competed to redesign South Pointe Miami Beach for Thomas Kramer. Atlas Safety & Security Design Inc. served as the security consultant to the teams and made a presentation on CPTED.

* ARCHITECTURAL PROGRAMMING - Metro Dade Justice Building Courthouse programming analysis and design of new court facilities, including security design and accessibility analysis with Dan Wiley & Associates and The Russell Partnership. 1995

* CRIME AND SECURITY SYSTEM ANALYSIS: Metrorail and Metromover Rapid Rail System. Metro Dade Transit Agency, Miami, Florida. 1991

* SECURITY DESIGN AND ENGINEERING. Federal GSA Law Enforcement & Courthouse Building. Miami, Florida, with Rodriguez Quiroga Architects. 1990

* POST OCCUPANCY EVALUATION AND ARCHITECTURAL PROGRAM, Metro Dade County Public Defender Building; (with HCDA).

* SECURITY DESIGN & DETENTION EQUIPMENT for Metrowest Phase III Detention Center Expansion, 2250 bed pretrial facility, Miami, Florida with 9001 Venture LTD.

* BUILDING SECURITY & STAFFING ANALYSIS; Palm Beach County Courthouse, Palm Beach, Fl.

* SECURITY DESIGN, CRIMINAL JUSTICE PROGRAMMING, Metro-Dade County State Attorney's Building, Miami, Florida (with Ron Frazier Associates).

* TECHNICAL ASSISTANCE CONSULTANT, National Institute of Corrections (NIC) Department of Justice, Boulder, Colorado. Ongoing Assignment.

* SECURITY DESIGN EVALUATION, Ft. Lauderdale Main Post Office, (with Urban Arch.)

* SECURITY AND FIRE SAFETY SYSTEM EVALUATION; C & S Bank Building, Ft. Lauderdale, Florida, for Equitable Life Assurance Real Estate Management.

* SECURITY AND SAFETY EVALUATION; Airliner Hotel, Miami for GSG Hotel Inc.

* MASTER PLAN, Poinciana Industrial Center Crime Prevention Through Environmental Design, for New Century Development Corporation.

* ARCHITECTURAL PROGRAM, City of Ft. Lauderdale Police Department Gun Range (with Smith Korack Hayet Hayne Partnership, Architects/Engineers).

* ARCHITECTURAL PROGRAM AND DESIGN ANALYSIS, City of Miami Police Substation (with Rodriguez, Khuly, Quiroga, Architects).

* EXPANSION STUDY, Metro Dade Police District Station, (with HCDA).

* CRIME PREVENTION THROUGH ENVIRONMENTAL DESIGN - Crime Security Analyst, Opa Locka Safe Neighborhood Grant.

* SUICIDE RESISTANT DESIGN ANALYSIS - Kane County Jail Expansion, Illinois. with Prisco and Duffy Architects, 1995.

* SECURITY LIGHTING/ FENCING STUDY - Camillus House, Miami, Florida.

* VALUE ENGINEERING STUDY - Queen's Criminal Courthouse Addition. New York

## SEMINARS AND CONFERENCES:

- PRESENTER at the International CPTED Association (ICA) Conference on How does CPTED Planning Invite Consensus Building and Accomplish A Sense of Community. San Paulo, Brazil. October 31, 2023

- PRESENTER at the Florida Crime Prevention Association Conference on, "Flash Mob Robs and Organized Retail Crime Theft – How Can CPTED Help?", Orlando, FL. October 18, 2023

- PRESENTER for the Human Factors and Ergonomics Society Webinar titled, "The Role of Architects in Slip, Trip and Fall Accidents: Design Defects or are people just clumsy? Oct. 10, 2023

- PRESENTER at the National Floor Safety Institute Symposium on Slips, Trips, and Falls: Architectural Defects or Just Being Clumsy? Dallas, TX Sept. 26, 2023

- PRESENTER at the GSX Global Security Exchange for ASIS International Conference on Can you Building Resist an Active Shooter/Assailant using CPTED? Dallas, TX, Sept. 11, 2023

- PRESENTER for the Florida American Institute of Architects Conference on Slips, Trips, and Falls: Architectural Defects or Just Being Clumsy? Orlando, FL. July 29, 2023

- PRESENTER for the Florida Apartment Association Seminar on Tort Reform regarding the HB 837 on CPTED Surveys for Apartment Buildings in Florida. May 26, 2023

- PRESENTER for the National Facility Managers & Technology (NMFT) conference on Designing against today's threats with CPTED, Baltimore, MD, March 21, 2023

- PRESENTER for Miami AIA License Renewal Course: Designing Security for Healthcare Environments; The Role of the Architect on Slips Trips and Falls. On line Dec. 12, 2022

- PRESENTER for FAAIA – Designing Security for Healthcare Environments. On Line Dec. 7, 2022

- PRESENTER for FAAIA Advanced Florida Building Code Course: The Role of the Architect on Slips Trips and Falls. On line – Dec. 9, 2022

- TRAINER for CPTED Course – TEEX Class – Texas A&M University, TX Oct. 17-21, 2022

- PRESENTER at the International Federation of Healthcare Engineers, and Canadian Healthcare Engineering Society Conference on, Designing Security for Healthcare Environments in Dangerous Times: the new IAHSS Security Guidelines". Toronto, CA. Sept. 19, 2022

- TRAINER for Texas Crime Prevention Association Conference. San Antonio, TX. July 11-15, 2022

- TRAINER for CPTED Course – TEEX Class – Plano, TX June 6-10, 2022

13

- PRESENTER at International Association of Venue Managers conference. CPTED's role in Emergency Action Procedures for Venues. Fayetteville, AK. May 18, 2022.

- PRESENTER at American Fuel & Petrochemical Manufacturers Conference. Protecting critical infrastructure with CPTED. Houston, TX. April 28, 2022.

- PRESENTER for AXIS Architecture and Engineering Workshop – CPTED in a challenging and changing world. Austin, TX. April 22, 2022

- TRAINER for CPTED workshop – Sound Transit. Seattle, WA. April 11-14, 2022

- TRAINER for CPTED Course – TEEX Class – Oak Forrest, IL April 4-8, 2022

- PRESENTER AT ISC WEST – Successful CPTED Applications of Touchless and Frictionless Access Control. Las Vegas. NV. March 23, 2022

- SPEAKER at International CPTED Association sponsored webcast. Extremism and CPTED – from the 3D's to the 3C's. March 17, 2022

- TRAINER for CPTED Course – TEEX Class – Houston, Feb. 14-18, 2022

- TRAINER for CPTED Course – TEEX Class – San Antonio, Feb 7-11, 2022

- PRESENTER at the International CPTED Association Conference – CPTED in Healthcare Environments. On - line. Nov. 2-4, 2021

- TRAINER for CPTED Course – TEEX Class – Hershey, NJ.  OCT. 11-15, 2021

- PRESENTER at American Fuel and Petrochemical Manufacturers Security Conference on Protecting Critical Infrastructure with CPTED, Virtual. Oct. 6, 2021

- TRAINER for CPTED Course – TEEX Class – Plano, TX August 9-13, 2021

- PRESENTER AT ISC WEST – Designing Security for Healthcare Environments in Dangerous Times. Las Vegas. NV. July 21, 2021

- TRAINER for Illinois Security Professional Association Educational Forum Educational Series Webinar on CPTED, June 10, 2021

- TRAINER for CPTED Course – TEEX Class – San Antonio TX June 21-25, 2021

- PRESENTER at RHI (Resort Hospitality Industry) Virtual Conference, CPTED in a COVID World: Chaos in South Beach. April 27, 2021

- TRAINER for CPTED Course – TEEX Class – Dallas, TX March, 2021

- PRESENTER at the Florida Crime Prevention Association Conference on CPTED in Health Care Environments, CPTED Plan Review, and CPTED in a Covid/BLM World. Hutchinson Island, FL. October 21/22, 2020

- PRESENTER at the Florida AIA Fall Hot Topics Webinar speaking on Designing for Safe Healthcare Environments, and Slips, Trips, and Falls: Architectural Defects or Clumsy Behavior. September 16, 2020.

- PRESENTER at ASIS International Global Security Exchange (GSX) Convention, New IAHSS Security Standards for Healthcare and Hospitals – The role of CPTED in Designing Safe Facilities. Atlanta, GA. Sept. 23, 2020. (moved to a webinar)

- PRESENTER at the International Association of Healthcare Safety & Security Conference, Phoenix, AZ. Aug 18, 2020. (moved to a webinar)

- CPTED Webinar for Tennessee Higher Education Council. CPTED in a Covid World to Chiefs of Police of Tennessee's Universities. Nashville, TN. July 8, 2020.

- CPTED Seminar for SOUND TRANSIT, Transportation CPTED and Washington State. Seattle, WA. Mar. 2020 (Postponed due to Covid)

- CPTED Class for TEEX Law Enforcement Training Academy. Train the trainers CPTED class. College Station, TX. Feb. 2020

- WEB TRAINING for ASIS Council on School Safety. Webinar for Council Members. Presentation on "CPTED Lessons Learned from Stoneman Douglas Shooting, A two-year anniversary." February 14, 2020

- PRESENTER at Ottawa ASIS Chapter Annual Gala, Preventing Vehicle Ramming Attacks with CPTED. Ottawa, CA. Nov. 21, 2019

- TRAINER at the ASIS Facility Design Workshop, in CPTED and Sustainability and Security Design. Seattle, WA. Nov.4-6, 2019

- PRESENTER at the Human Factors Ergonomics Society Annual Conference: What is the role of design and architecture in slip, trip, and fall accidents. Seattle, WA. October 30, 2019.

- PRESENTER at Global Security Exchange (GSX) ASIS Annual Convention: CPTED Lessons Learned from recent School Massacres. Chicago, IL September 10, 2019

- PRESENTER at International CPTED Association: Protecting Public Buildings and Pedestrians from Vehicle Ramming Attacks with CPTED; Lesson Learned from School Massacres with CPTED. Cancun, Mexico. August 28-31, 2019

- PRESENTER for Florida AIA Convention on Protecting Plazas and Pedestrians against Vehicle Ramming Attacks. Orlando, FL. July 25, 2019

- TRAINER for Maryland National Capital Park and Planning Commission. Workshop on CPTED. Greenbelt, MD June 12, 2019

- PRESENTER at Palm Beach Chapter AIA on Legal Issues for Architects – Premises Liability. Suprema Headquarters, Pompano Beach. May 23, 2019

- PRESENTER at the South Florida School Safety & Security Summit (SFS4), presentation on Conducting CPTED Risk Assessments in Schools: Lessons Learned from MSD. Fort Lauderdale, April 5, 2019

- PRESENTER at the K-12 Safety & Security Symposium, presentation on Designing Safe Schools with CPTED. Charlotte, NC. March 27, 2019.

- PRESENTER at the Broward County Chapter of American Planners Association on: Walking Tour and Presentation of New Development with CPTED perspective in Fort Lauderdale FL. March 21, 2019

- PRESENTER at 2019 Symposium for School Safety & Security sponsored by Association 4 Learning Environments (A4LE). Presentation on Designing Safe Schools with CPTED; and Reducing Premises Security Negligence in Schools. Dallas, TX. March 1-2, 2019

- TRAINER/INSTRUCTOR to the City of Pompano Beach. 40-hour CPTED Certified Practitioner Course. Jan. 27- April 6, 2019

- PRESENTER at the West Palm Beach ASIS Chapter. Protecting Against Vehicle Ramming Attacks. January 15, 2019

- PRESENTER at the Florida AIA Workshop Series: The Future of School Security. Orlando, Miami. Dec. 14,15 2018

- PRESENTER at the Advancing Women in Transportation, Florida Department of Transportation, Broward District, Luncheon on: Protecting against Vehicle Ramming Attacks with CPTED. Fort Lauderdale FL. Nov. 26, 2018

- PRESENTER at the G4S Security Summit on: CPTED and protecting soft targets. Hard Rock Stadium. FL. Nov. 8, 2018

- PRESENTER at the Broward County Chapter of American Planners Association on: Protecting Public Spaces against Vehicle Ramming Attacks with CPTED. Fort Lauderdale FL. Oct. 29, 2018

- PRESENTER at the AIA Miami Design and Technology Expo. Design Safe School Entrances with CPTED. Miami. FL. Sept. 28, 2018

- PRESENTER at Global Security Exchange – ASIS – Annual Seminar and Exhibit. Defending Against Vehicle Ramming Attacks with CPTED. Las Vegas, NV. Sept 25, 2018

- TRAINER at Indiana School Safety Training, Indiana Dept. Of Education. Top 10 Design Components for a Secure School Front Entrance; Sept.11, 2018. Indianapolis, IN.

- PRESENTER at AIA National Conference on Architecture 2018 – Designing for Today's Threats into the Built Environment with CPTED- Addressing Vehicle Ramming Attacks. June 21, 2018. New York, NY.

- TRAINER at Indiana School Safety Conference, Indiana Dept. Of Education. Top 10 Design Components for a Secure School Front Entrance; Designing Against Security Negligence Lawsuits. May 14, 2018. Indianapolis, IN.

- PRESENTER at IAPSC (International Assoc. of Professional Security Consultants) Annual Conference: Advanced CPTED Review in conducting Security Risk Assessments and Premises Negligence Cases, So you Want to be a Security Consultant. San Diego, CA. April 30, May 1, 2018

- TRAINER to Florida Association AIA, 2018 Spring Hot Topics Seminar: Designing Safe Streets in A Dangerous World – Mitigating Vehicle Ramming Attacks. Miami, West Palm, Tampa, Tallahassee, Orlando. April 2018.

- TRAINER for ASIS International. Facility Security Design Workshop. Denver, CO. July 9-12, 2017

- PRESENTER at Slips, Trips, and Falls International Conference, Architectural Design Defects and Premises Liability. Toronto, CA. June 15-16, 2017

- PRESENTER at Campus Safety Conference. Aligning Security Goals with Fire and Life Safety Goals in Schools and Universities. Dallas, TX. June 12, 2017

- PRESENTER at the International Parking Institute annual conference. Reducing Premises Security Negligence Liability in Parking Facilities with CPTED. New Orleans, LA. May 23, 2017.

- TRAINER for Kaiser Permanente Security Department. 40-hour certified CPTED basic course. Largo, MD. May 1-6, 2017.

- PRESENTER to AIA National Convention. Top 10 design components for a secure school front entrance. Orlando, FL. April 27, 2017

- PRESENTER to ASIS International Convention. Negotiating security and life safety conflicts in schools. Designing buildings to resist active shooters and workplace violence. Designing in Security Part III. Orlando, FL Sept. 10-12, 2016

- PRESENTER to Florida Justice Association 2016 Annual Convention, Young Lawyers Program on Premises Liability and Security. June 22, 2016. The Breakers, Palm Beach, FL.

16

- PRESENTER at NEOCON 2016, Negotiating Security with Life Safety Goals in Schools and Universities. Chicago, June 14, 2016.

- KEYNOTE SPEAKER to the Korean CPTED Association Conference. Seoul, Korea. April 29, 2016. Speaker at the Korean National Police Academy, Seoul, Korea. May 2, 2016

- PRESENTER to the Broward Chapter of the American Society of Safety Engineers (ASSE) Luncheon on Role of Building in Active Shooter Situations and Workplace Violence. Miramar, FL Feb. 9, 2016

- ATTENDEE at the AIA Academy of Architecture for Justice Seminar, Miami, FL. Nov. 18-19, 2015.

- PRESENTER at the Secured Cities Conference on CPTED and Secure Transportation Corridors, Houston, TX. Nov. 10, 11, 2015.

- PRESENTER at the AIA ArchExchange Conference, on CPTED, Richmond VA. Nov. 6, 2015.

- PRESENTER at the Piedmont Crime Prevention Officers annual convention. 2-day workshop on CPTED, Culpepper, VA. Oct. 26, 27 2015.

- Participant at the safe Growth Summit, Oct. Oct. 21-22, 2015. Banff, Canada.

- PRESENTER at International CPTED Association Pompano Beach Case Study, CPTED and the Homeless Problem. Calgary, Canada October 18, 2015

- PRESENTER at NEOCON 2015 on Stop Crime with Street Furniture. June 17, 2015 Chicago

- PRESENTER at AIA National Convention on CPTED and the Design Professional. May 14, 2015, Atlanta

- PRESENTER at Ft. Lauderdale AIA Chapter. Presentation on Slips, Trips, and Falls. May 20, 2015

- PRESENTER at University of Alabama, and Auburn University on CPTED in Higher Education Environments – Developing Security Master Plans. Birmingham, AL. April 14, 2015.

- PRESENTER at Ft. Lauderdale ASIS Chapter on CPTED for the Security Professional – Pompano Beach CPTED Case Study. April 15, 2015

- Attendee at Slips, Trips, and Falls Virtual Symposium – Standards Systems and Solutions. American Society of Safety Engineers. March 26, 27, 2015

- PRESENTER at Pompano Beach Turner Construction School of Construction Management on the Pompano Beach CPTED Ordinance. March 9, 2015

- PRESENTER at Pompano Beach CRA on Intro into CPTED Compliance with Local Ordinance March 16, 2015

- TRAINER at Florida AIA Continuing Ed Seminars on Designing with CPTED, Jacksonville, Orlando, Pensacola, Tampa, Fort Lauderdale, Miami. Nov./Dec. 2014

- PRESENTER at Secured Cities Conference on CPTED and Safe Cities. Baltimore. Nov. 4-6, 2014

- TRAINER at Edmonton Police Department, Advanced CPTED Training. Edmonton, CA. Oct. 20-24, 2014

- PRESENTER at the International Society of Crime Prevention Practitioners on Conducting CPTED Surveys. Detroit, Oct. 9-11, 2014

- PRESENTER at Florida AIA Convention. Design with CPTED in Modern Buildings. Miami, July 19, 2014

- PRESENTER at NEOCON 2014 on CPTED in Office Buildings. Chicago. June 9-11, 2014

- PRESENTER at the AIA MIAMI Design Technology Expo on Emerging Security Technology and CPTED Review. Miami, FL. Feb. 15, 2014

- SPEAKER at ACSA (Association of Collegiate Schools of Architecture) on LEED GREEN and MEAN. 10/18/13 FAU Fort Lauderdale October 18, 2013

- SPEAKER/TRAINER at ASIS International Convention – Pre-Seminar Workshop on Implementing a Functional Security System; Designing Safe Schools, and Public Paths to Security. Chicago. Sept. 23-26, 2103

- SPEAKER/TRAINER ASIS Mexico City Chapter. Security and CPTED. Sept. 11/2 2013 Mexico City.

- TRAINER/INSTRUCTOR to Savannah River Project, U.S. Department of Energy – Facility Design Security Workshop sponsored by ASIS International. Aiken, SC. Aug. 2013

- PRESENTER at the International CPTED Association (ICA) conference Engaging Taxis and Garbage Services as CPTED Capable Guardians. Calgary, CAN. July 5, 2013

- PRESENTER at Sociable City Workshop, Delray Beach, FL May 16/17, 2013

- FACILITATOR and TRAINER –ASIS Webinar – CPTED for the Security Professional. 1 hour CEU for over 1200 attendees. May 15, 2013

- TRAINER for Goodwyn Mills Caywood with Safe Havens International on Designing Safe Schools at the Safety and Security Summit. Atlanta, GA April 10, 2013

- TRAINER for CREC Connecticut Department of Education with Safe Havens International on Designing Safe Schools at the Safety and Security Summit. New Haven, CT April 9, 2013

- SPEAKER at CSI/AIA Miami Design and Technology Expo on Slips, Trips and Falls; and Designing Safe Schools. Miami, FL. Feb. 16, 2013.

- SPEAKER at AXIS Communications A & E Technology Summit. Scottsdale, AZ. Feb 8, 2013.

- SPEAKER at ASIS 2012 Annual Convention – A CPTED Case Study for Quick Service Restaurants. Philadelphia. Sept. 10, 2012

- SPEAKER at ASIS 2012 Annual Convention – The revolution on security lighting. Philadelphia. Sept. 10, 2012

- FACILITATOR and TRAINER – at ASIS 2012 Conference – Security Architecture and Engineering Systems Design. 8-hour workshop. Philadelphia, PA. Sept. 9, 2012

- FACILITATOR AND TRAINER at ASIS Facility Design Workshop, Las Vegas, NV. June 4-6, 2012

- SPEAKER at Florida Design Out Crime Association Spring Seminar. Fast Food or Fast Money: A CPTED Case Study of QSR (Quick Service Restaurant). April 27, 2012

- SPEAKER for CSI/AIA Miami Workshop. Topic presented: LEED GREEN & MEAN. Miami. Feb. 10, 2012.

- SPEAKER at ASIS International Convention on Pre-Convention Intensive 1 Day workshop on The Basis of Design; The Quantum Leap in Security Lighting; Controlled Chaos: security versus Sustainability; and CPTED for Hotel Security. Orlando, FL Sept. .19-21, 2011.

18

- SPEAKER at InfraGard Workshop on Critical Infrastructure Security with Public and Private Sectors. G4S Headquarters, Jupiter FL. Aug. 30, 2011

- FACILITATOR and PRESENTER of ASIS Facility Design Workshop for the Federal Bureau of Engraving and Printing. Washington DC. August 23-25, 2011

- SPEAKER at the NEOCON Design Conference on LEED GREEN and MEAN, June 15, 2011. Chicago, Ill.

- FACILITATOR AND TRAINER at ASIS Facility Design Workshop, June 6-9, 2011 Minneapolis, MN.

- SPEAKER for AIA Miami Workshop. Topic presented: LEED GREEN & MEAN. Miami. Feb. 12, 2011

- SPEAKER for ASIS Physical Security Workshop. Topic presented "CPTED". Orlando, FL Feb. 9, 2011

- SPEAKER Florida Justice Association Premises Liability Seminar, Oct. 29,2010, Miami, FL.

- SPEAKER at International CPTED Association Conference (ICA) on "Using Public Art to Reduce Crime and Terrorism", Calgary, Canada. Oct. 20,2010.

- SPEAKER at ASIS International Convention on CPTED in the 21st Century, and CPTED for Hotel Security. Dallas, TX. Oct. 10-13, 2010.

- SPEAKER for Smarter Building Webinars for Buildings Magazine on "Access Controls for Your Building". July 28, 2010.

- SPEAKER at IAAM (International Association of Assembly Managers –Large Venues) on "Designing Retrofit Security for Older Historic Buildings". July 26, 2010. Houston, TX.

- SPEAKER at the NEOCON Design Conference on LEED GREEN and MEAN, June 13, 2010. Chicago, Ill.

- Tour Guide for architectural tours of the Miami Design District, AIA American Institute of Architects National Convention, Miami, Fl. June 10-12, 2010.

- TRAINER for a one-day CPTED workshop on security in the Healthcare environment. Massachusetts General Hospital, Boston, Mass. June 4, 2010.

- TRAINER to the ASIS Facility Design Workshop. 3-day Training. Boston, MA.  June 7-10, 2010.

- SPEAKER at 2010 International Conference on Fall Prevention and Protection, on "Slips. Trips, and Falls: Bad Design or Careless Behavior?" NIOSH Headquarters, Morgantown, West Virginia. May 19, 2010

- SPEAKER at Gold Coast Chapter of Door Hardware Institute Chapter Meeting. - The Inevitable Crime Wave from Our Economic and Societal Downturn. Fort Lauderdale, Fl.  May 4, 2010.

- SPEAKER at International School Safety and Security Convention, Denver, Co. April 22, 2010.

- SPEAKER at West Palm Beach ASIS Chapter - The Inevitable Crime Wave from Our Economic and Societal Downturn. West Palm Beach, Fl.  March 9, 2010.

- SPEAKER at Miami AIA Design and Technology Expo – The impact of the Economy our Security in the Built Environment. Miami, Fl. Feb. 26, 2010.

- SPEAKER to International CPTED Conference – The Inevitable Crime Wave from Our Economic and Societal Downturn. Orlando, Fl. January 28, 2010.

- ATTENDEE to the Slips, Trips, and Falls: Best Practices and Standards Virtual Symposium. American

Society of Safety Engineers. Oct. 20-22, 2009

- SPEAKER to Federal Aviation Authority – Designing Safe Buildings With CPTED- Anaheim, CA. Sept. 24, 2009

- SPEAKER at the ASIS 2009 Annual Convention. Presented CPTED and Tourism; Designing Safe Parking Facilities. Anaheim, CA. Sept. 21, 2009

- TRAINER for NCPI at Northern Illinois University, Dekalb, IL. Designing Safe Infrastructure – Advanced CPTED; Design Safe Schools. June 23- July 1st, 2009

- TRAINER and PRESENTER at ASIS Facility Design Workshop. Denver, CO. June 15-17, 2009.

- PRESENTER at the International Parking Conference. Designing Safe Parking Garages and Lots. LEED GREEN and MEAN. May 17-20, 2009. Denver, CO.

- TRAINER at American Institute of Architects (AIA) Annual Convention. ½ Day Workshop CPTED for the 21st Century: Emerging Trends for Building Security and Infrastructure Protection with CPTED. San Francisco, CA. April 29, 2009.

- SPEAKER at ISC West. 21st Century CPTED: Homeland Security and Infrastructure Protection. April 2-3, 2009. Las Vegas. NV.

- TRAINER at National Crime Prevention Institute (NCPI). Advanced CPTED: Protecting Critical Infrastructure. March 25-27, 2009. Louisville, KY.

- SPEAKER at Miami AIA Educational Seminar: LEED GREEN and MEAN: New rules for Security Lighting. Feb. 21, 2009. Miami. Fl.

- ATTENDEE at ASTM Committee F-12 Security Systems & Equipment Workshop on "Satisfying Anti-terrorism Requirements Through Emerging Standards". October 1, 2008, Miami, FL.

- PRESENTER at ASIS International Convention in Atlanta, Sept. 14-17, 2009 a session on Protecting Critical Infrastructure with CPTED and CPTED in Schools: Evacuation and Shelter in Place.

- SPEAKER at Dark Sky Conference on "Security Lighting: LEED Green and Secure", and "Preventing Light Pollution with Security Lighting". Tucson, Arizona June 9, 2008.

- TRAINER for ASIS Facility Design Workshop, Redondo Beach, CA. June 2-4, 2008

- SPEAKER at Anti-Defamation League Security Seminar at the greater Miami Jewish Federation. May 28, 2008.

- SPEAKER at ASIS Emerging Trends Convention on "Emerging Trends for Schools and Universities Security; Protecting Critical Infrastructure with CPTED; Resolving Conflicts on Changes to High Rise Security resulting from 9-11 NIST Report". Las Vegas, NV. May 19, 20, 2008

- TRAINER for the Sacramento (CA) Municipal Utility Department (SMUD). 3-day Advanced CPTED Training April 22-24, 2008

- PRESENTER for ISC West on "Protecting our Critical Infrastructure". April 3, 2008. Las Vegas, NV.

- PRESENTER for Parking Industry Exposition on "Proper Use of CPTED with Parking lots and Garages". April 2, 2008. Chicago. Ill.

- PRESENTER for School Design Expo on "Designing Safe Schools and Universities with CPTED". April 1, 2008. Chicago. Ill.

333 LAS OLAS WAY SUITE 1605, FT. LAUDERDALE, FL. 33301•PHONE 305.332.6588 •EMAIL RATLAS@IX.NETCOM.COM  WWW.CPTED-SECURITY.COM

20

- TRAINER for National Crime Prevention Institute for 40-hour CPTED course. University of Louisville, March 10-14, 2008.

- PRESENTER for Miami Chapter AIA Design Technology Expo on "CPTED and Today's Building Security". March 1, 2008.

- TRAINER for the Sacramento Municipal Utility Department (SMUD). 3-day Basic CPTED Training January 21-31, 2008

- PRESENTER at the Architectural Exchange East for the Virginia AIA. Conducted two workshops: Designing to Protect Critical Infrastructure, and Designing Safe Schools. Richmond, VA. Nov. 5-8,2007

- PRESENTER at The Florida Crime Prevention Association Conference, 8-hour course on High Rise Security and CPTED, Lessons learned from 9-11 that impact CPTED, and Protecting our Critical Infrastructure with CPTED. Ft. Lauderdale, Fl. Oct. 16-19, 2007.

- PRESENTER at ASIS 53rd Annual Seminar and Show. Lessons Learned from 9-11 for CPTED; and Emerging Trends in Parking Security. September 22-24, 2007. Las Vegas, NV.

- Attended the U.S. CPTED Conference in Las Vegas, NV. Aug. 2007

- TRAINER for ASIS Facility Design Workshop, Atlanta, GA. June 11-13, 2007

- TRAINER for Clark County School District, CPTED and Designing Safe School Class. Las Vegas, May 2007

- SPEAKER at ASIS Emerging Trends Convention on Designing Safe Parking Garages and Lots with CPTED. San Antonio, TX. May 2007

- TRAINER for National Crime Prevention Institute on Designing Safe School workshop. University of Louisville, April 2007.

- PRESENTOR at the Miami Greenways Project on designing CPTED into the parks, trails and roadway system. Miami, March 2007.

- SPEAKER at the FOOD Safety Summit on Infrastructure Protection for Safe Food Supply. Washington DC. March 2007.

- TRAINER for the National Crime Prevention Institute for 40-hour CPTED course. University of Louisville, Louisville, KY. October. 2006. March 2007.

- TRAINER for the National Crime Prevention Institute, Designing Safe Infrastructure Course, and a CPTED basic Training in Louisville, KY. March 7-13, 2007.

- TRAINER for National Crime Prevention Institute for SAIC in McLean, VA. February 2007.

- SPEAKER at the Florida CPTED Network Annual Meeting and Conference. Lesson Learned from 9-11 for CPTED Practitioners. Orlando, Dec. 8, 2006.

- TRAINER for Florida Association of American Institute of Architects. Designing for Security. Continuing Ed Program, Jacksonville, West Palm Beach, Tampa, Florida. December 2006 – February 2007.

- SPEAKER at the House of Sweden, Swedish Embassy, Building Security Symposium. Washington DC. Nov. 14, 2006.

- TRAINER for the South Carolina Electric and Gas Company, SCANA, 3 days Security Design and CPTED training. Nov. 8-10, 2006

- TRAINER for the National Crime Prevention Institute for 40-hour CPTED course. University of Louisville, Louisville, KY. October. 2006

- SPEAKER at the Florida American Institute of Architects Convention of "The ABC's of Security for Architects". Boca Raton, FL July 26, 2006.

- TRAINER for the National Crime Prevention Institute for 40-hour CPTED course. University of Louisville, Dekalb, IL. For Northern Illinois University. June 26-29. 2006

- TRAINER for the American Society of Industrial Security, Facility Security Design Workshop. Memphis Tennessee. June 19-21, 2006

- SPEAKER at NEOCON on Infrastructure Protection with CPTED. Chicago, IL. June 13, 2006

- TRAINER for Palm Beach County (FL) School Police. 1-day CPTED training. June 7-8, 2006.

- TRAINER for the Tennessee Board of Regents Facility Managers on CPTED and infrastructure Protection. Nashville, TN. March, 2006

- TRAINER for the National Crime Prevention Institute for 40-hour CPTED course. University of Louisville, Louisville, KY. April 10-15. 2006

- TRAINER for Security Solutions Inc. on CPTED and Terrorism. Washington DC, March 2, 2006.

- WORKSHOP TRAINER for Collier County Florida on 1 day security training on CPTED and Homeland Security. Naples, Fl. Nov. 18,2005

- WORKSHOP TRAINER for Carnegie Mellon University course for Security Executives in Washington DC. October 17, 2005. 4-day training seminar on Security for Security Executives.

- SPEAKER at the American Society of Landscape Architects national convention in Ft. Lauderdale, Fl. October 9, 2005. Presentation on Emerging Standards of Care for Security in Landscape Design".

- SPEAKER at the American Society of Industrial Security ASIS National Convention in Orlando, Fl. Sept.13, 2005. "Good Designs Gone bad: What were you thinking?".

- TRAINER for the National Crime Prevention Institute for 40-hour CPTED course. University of Louisville, Louisville, KY. June 27-30. 2005

- SPEAKER at AIA National Convention on Designing Safe and Livable Communities. Las Vegas, NV. May 19, 2005.

- SPEAKER at Florida Dept. Of Transportation Seminar on Designing Safe Streets with CPTED. Ft. Lauderdale. FL. May 11, 2005

- SPEAKER at Miami Chapter AIA on CPTED and Infrastructure Protection. April 28, 2005/

- SPEAKER at Construction Specifications Institute CSI Annual Convention presenting " Designing Against Terror and Crime with CPTED". Chicago, Ill April 22, 2005.

- TRAINER for the National Crime Prevention Institute for 40-hour CPTED course. University of Louisville, Louisville, KY. Feb. 14 -19. 2005

- WORKSHOP TRAINER for AIA Austin. Homeland Security and CPTED. 8 hr. CEU course. Austin TX. Nov. 9,2004.

- SPEAKER at American Society of Testing Materials ASTM Symposium on Building Security in an Age of Terrorism. Washington DC. Oct. 3, 2004

- SPEAKER at the American Society of Industrial Security ASIS National Convention. Using Public Art and

CPTED to reduce crime in Public Places. Dallas, TX. Sept. 29, 2004

- PRESENTOR at the American Society of Landscape Architects Workshop: Safe Spaces Designing for Security, Chicago. July 25-26, 2004

- TRAINER for the American Society of Industrial Security ASIS Facility Design Workshop Miami, Fl. July 27- 30, 2004

- TRAINER for the National Crime Prevention Institute for 40-hour CPTED course. University of Louisville, KY. June 28-30. 2004

- SPEAKER at the NEOCON World's Fair in Chicago on office building Security and Design, June 15, 2004

- WORKSHOP presenter at American Institute of Architects Convention on CPTED, Chicago, June 9, 2004

- Presenter at Campus Security Conference on Designing Safe Schools with CPTED. Chicago, April 19,2004

- SPEAKER on CPTED and Multifamily housing at the National Housing and Rehabilitation Association Historic Preservation Development Council Annual meeting March 5, 2004, Ritz Carlton Miami, Fl.

- TRAINER for the National Crime Prevention Institute for 40-hour CPTED course. University of Louisville, KY. Feb. 16-20,2004

- WORKSHOP presenter at Harvard Design School on Crime Prevention Through Environmental Design, 2-day course, Cambridge, Mass. Jan. 23 -24, 2004

- TRAINER for the National Crime Prevention Institute for 40-hour CPTED course. University of Louisville, Louisville, KY. Oct. 13-17, 2003

- WORKSHOP coordinator and presenter for FAAIA's 2day workshop on Homeland Security called "Designing Against today's threats of crime, workplace violence and terrorism". Miami, FL. Oct 2-3, 2003

- SPEAKER at ASIS Convention on the next generation of design: New Realities in anti-terrorism design. New Orleans, LA. Sept,15,2003

- WORKSHOP presenter at ASSE (American Society of Safety Engineers) on Homeland Security and Design, Denver, Co. June 25,2003

- TRAINER for the National Crime Prevention Institute for 40-hour CPTED course. University of Louisville, Louisville, KY. June 23-27. 2003

- WORKSHOP presenter at Harvard Design School on Designing Safe Schools, a two-day course, Cambridge Mass. June 18-19,2003

- SPEAKER at the NeoCon World's Fair in Chicago on Homeland Security and Design, June 17, 2003

- WORKSHOP TRAINER for International Society for Pharmaceutical Engineering (ISPE) National Conference on Plant Security and Threat Assessment. Washington DC. June 4 - 5. 2003

- SPEAKER on Security Design at the NASA Facilities Engineering and Real Estate Conference, San Diego, May 27-30,2003

- SPEAKER at American Institute of Architects Convention on Designing Safe Schools and Universities, San Diego. May 8-11,2003

- SPEAKER on Security Premises Liability at The Facility Managers (TFM) show in Chicago. April 10.2003.

- WORKSHOP presenter at Harvard Design School on Crime Prevention Through Environmental Design, 2-day course, Cambridge, Mass. March 24, 25, 2003

- TRAINER for the National Crime Prevention Institute for 40-hour CPTED course. University of Louisville, KY. Feb. 18 -22. 2003

- PRESENTER at the Cultural Property Security Protection Convention for the Smithsonian Institute in Washington DC. Feb. 4, 2003.

- PRESENTER at the Florida Association American Institute of Architects full day workshop on CPTED and Homeland Security in Architecture in St Pete, FL. Feb. 3, 2003.

- SPEAKER at the Infrastructure Security Partnership Conference on Architectural Vulnerability, Washington DC, Nov. 5,2002.

- PRESENTER at the ASIS Facility Security Design Workshop on CPTED. Atlanta, GA. Oct.30, 2002

- SPEAKER at the Campus Security & Safety Conference. Workshop on Designing Safe Schools with CPTED. Chicago. Oct.21, 2002

- SPEAKER at The National American Institute of Architects Convention in Charlotte on Crime Prevention Through Environmental Design, Design Against Premise Liability and Designing Safe Schools, May 7 -10, 2002.

- TRAINER at the National Crime Prevention Institute in CPTED, 40-hour basic class. Louisville, KY. Oct. 2002

- SPEAKER at the American Society of Landscape Architects, Security Design Coalition Conference on Design for A Secure Future. New York City Sept. 28,2002.

- SPEAKER at the American Society of Industrial Security seminar in Philadelphia on Crime Prevention Through Environmental Design and Preventing Terrorism, September 10-13, 2002

- SPEAKER at the Florida Association of the American Institute of Architects in Coral Gables, Fl. about Crime Prevention Through Environmental Design Workshop, August 7-11,2002

- SPEAKER on Designing Safe Schools, at the Florida Education Facility Planners conference in Naples, Fl. July 10,2002

- TRAINER for CPTED class for the National Crime Prevention Institute, University of Louisville. June 24, 2002

- TRAINER for University of Michigan, Ann Arbor. CPTED training course to campus police and facility managers. June 17-21,2002

- SPEAKER at the NeoCon World's Fair in Chicago on Designing Against Workplace Violence, June 12, 2002

- SPEAKER at The Facility Forum 2002: Design Against Premise Liability in San Diego, April 22,2002

- SPEAKER at The University of Wisconsin-Madison seminar on Planning Against Today Threats of Crime, Workplace Violence, and Terrorism, April 17-19, 2002

- SPEAKER at NEOCON World Trade Fair on Designing Against the Threats of Workplace Violence and Crime, Atlanta Ga. April 11, 2002.

- SPEAKER on Designing Safe Schools with CPTED at CAMPUS SECURITY Journal's Conference on School Safety in Charlotte, NC. Feb 26.2002.

- TRAINER for a basic CPTED course for NCPI in Louisville, KY on February 25-27, 2002.

- KEYNOTE SPEAKER at The American Institute of Architects conference. "Building Security Through Design. Albuquerque, New Mexico. January 10-13, 2002.

333 LAS OLAS WAY SUITE 1605, FT. LAUDERDALE, FL. 33301•PHONE 305.332-6588 •EMAIL RATLAS@IX.NETCOM.COM WWW.CPTED-SECURITY.COM

24

- TRAINER on CPTED for Phoenix and Tempe Police Departments for a 40-hour National Crime Prevention Institute basic CPTED Course in Tempe, Az. February 2001

- TRAINER for American Institute of Architects Louisiana Association Seminar on Personal and Property security: A new imperative for architects, institutions and building owners. New Orleans, La. Dec.13.2001

- TRAINER for a basic CPTED course at NCPI in Louisville, KY on October 8 -12, 2001

- KEYNOTE SPEAKER on CPTED at International CPTED Association Conference in Brisbane, Australia on September 26,2001

- TRAINER for a 40-hour basic CPTED course at Topeka, Kansas on Sept. 10-14, 2001

- SPEAKER on CPTED, Designing Safe Communities at Florida Association American Institute of Architects Conference in St. Pete, Florida on August 1, 2001

- SPEAKER on CPTED, Designing Safe Schools at National Association of School Resource Officers Spring Conference in Miami, Florida on July 17, 2001

- SPEAKER on CPTED, Designing Safe Campuses at International Association of College Law Enforcement Spring Conference in Williamsburg, Virginia on June 25, 2001

- SPEAKER on CPTED, Designing Safe Buildings at NEOCON Conference in Chicago on June 18, 2001

- TRAINER for a basic CPTED course at NCPI in Louisville, KY on June 4-8, 2001

- SPEAKER on CPTED at International Facility Managers Association Spring Conference in Chicago on June 1, 2001

- SPEAKER at FACILITY FORUM on Premises Liability and Building Security. Dallas, Tx. April 24, 2001.

- TRAINER on CAMPUS CRIME PREVENTION for the Tennessee Board of Regents, Facility Managers Training, April 17, 2001 in Nashville, Tenn.

- PRESENTER at the International CPTED Association Convention on CPTED /Security Audits for Schools. Dec. 7, 2000.

- TRAINER in CPTED for National Crime Prevention Institute, 40-hour class at Farmington Hills, Michigan Police Department. Nov. 13-17, 2000.

- TRAINER at Designing Safe Campus's Workshop, University of Wisconsin, Madison Nov. 9,2000.

- PRESENTER at the NEOCON New York 2000 Conference by Merchandise Mart Properties, speaking on "Designing Against Terrorism and Violence", Nov. 2, 2000.

- PRESENTER at the Association of Security Professionals Conference on CPTED and Hotel Security. Oct. 27, 2000 in Miami Beach, Fl.

- TRAINER in CPTED on Safe School Design for Florida Association American Institute of Architects State Convention, Boca Raton, Fl. August 12, 2000.

- TRAINER in CPTED for University of Illinois, Chicago Medical Campus. 3 -day course. April. 2000.

- TRAINER in CPTED on Safe School Design for American Institute of Architects, Miami Chapter. April 15, 2000.

- TRAINER in CPTED for National Crime Prevention Institute, 40hour class at University of Louisville and a class for the Miami Beach Police Department. February 2000.

- SPEAKER on CPTED, security and safety features at EDAW sponsored design charette for the Indian Creek Riverwalk Green Space Plan for the City of Miami Beach. June 19, 1999.

- SPEAKER at National Crime Prevention Institute, University of Louisville on CPTED. June 20-23, 1999.

- SPEAKER at U.S HUD Workshop ON CPTED in Public Housing, sponsored by SPARTA. New York, New York. June 18, 1999.

- TRAINER for Ohio State University, Columbus Ohio. 2-day intensive class and design charette on CPTED for the architectural, security, and law enforcement staff for development of CPTED Campus Masterplan. May 24-26,1999

- SPEAKER at U.S HUD Workshop ON CPTED in Public Housing, sponsored by SPARTA. Bethesda, MD. May 12-15, 1999.

- SPEAKER at Design Efficient Court Facilities Workshop, University of Wisconsin, Madison. April 22-23, 1999. Presenter on Security Design Standards and CPTED.

- SPEAKER at American Planning Association Convention in Seattle, Washington, April 28, 1999.  Presenter on Designing Safe Neighborhoods and impact of traffic calming techniques on crime reduction.

- SPEAKER at Design Efficient Court Facilities Workshop, University of Wisconsin, Madison. April 22-23, 1999. Presenter on Security Design Standards and CPTED.

- SPEAKER at INTERNATIONAL CPTED CONFERENCE on The Fortressing of America: Gatehouses and Barricades. Washington DC. Dec. 15, 1998.

- SPEAKER at International Mass Retail Association on Safe and Secure Shopping Centers: using CPTED. Orlando, Fl. Nov. 17, 1998.

- SPEAKER at Door Hardware Institute Foundation Education Program on the role of security hardware in 21st century architecture. Orlando, Fl. Oct. 30, 1998

- SPEAKER at U.S. HUD Workshop on CPTED in Public Housing, Newark, NJ Sponsored by SPARTA Inc. Nov. 18-20, 1998

- SPEAKER at U.S. HUD Workshop on CPTED in Public Housing, Dallas, Tx. Sponsored by SPARTA Inc. Sept.16-18, 1998

- SPEAKER at the American Society of Industrial Security (ASIS) Convention on CPTED in Public Sector. Dallas, Tx. Sept. 16, 1998.

- TRAINER in CPTED for the Reno, Nevada Police Department, 1-week course. Aug. 1998. Basic Curse and Trainers Course.

- SPEAKER at Texas Jail Association Training Conference on Jail Suicide Prevention, in South Padre Island, Texas. June 8-10, 1998.

- SPEAKER at U.S. HUD Workshop on CPTED in Public Housing, Bethesda, MD. Sponsored by SPARTA Inc. June 17-19, 1998

- SPEAKER at Greater Miami Chamber of Commerce's Crime and Drug Prevention Conference, May 6, 1998 on Crime Prevention Through Environmental Design (CPTED).

- SPEAKER in CEU seminar at Duany Plater Zyberk (DPZ) in Miami on New Urbanism and CPTED, April 1, 1998.

- SPEAKER at American Institute of Architects CEU course on New Urbanism and Defensible Space Planning, Miami, April 23, 1998.

- SPEAKER in Risky Business Security Workshop, ALFA International, American law Firm Association. Dallas Texas, January 29, 1998.

- PARTICIPANT in Mayor's Economic Conference, Crime Prevention and Reduction Workshop. January 26, 1998, Miami, Florida.

- SPEAKER at International CPTED Conference, Dec. 15, 1998. Wash. DC.

- ATTENDEE at OJJDP National Conference on Juvenile Justice, Dec. 12. 1998. Wash. D.C.

- ATTENDEE at U.S. Department of Justice, Crime Mapping Research Center, Mapping Out Crime, Crime Mapping Research Conference. Dec. 12, 1998. Wash. DC.

- CPTED TRAINER: Plymouth, Minn., and Louisville, Ky. for the National Crime Prevention Institute, Sept. 1997. Detroit, Mi. CPTED class in November 1997.

- PRESENTER: Courts Technology Conference 5, Detroit, Mi. Sept. 1997. Anti-terrorism Design and CPTED within Courthouse Environments

- TRAINER: CPTED Technical Assistance Conferences. Reduce Crime in Public Housing. In Bethesda, MD. And Chicago. Sept. 1997 Sponsored by SPARTA & HUD.

- TRAINER: CPTED in Public Housing. Reduce Crime in Public Housing. In Bethesda, MD. And Chicago. 1997. Sponsored by SPARTA & HUD.

- CPTED TRAINING and FACILITATOR for City of Phoenix Planning Department, June 1997. Multi-departmental training for Greater Phoenix municipalities on CPTED and neighborhood organization and code development.

- SPEAKER at the Florida CPTED Network and International CPTED Conference in Orlando Florida Dec. 2-5,1997. Presented papers on Terrorism and CPTED and the Future of CPTED.

- SPEAKER at the 5th Court Technology Conference in Detroit, MI in September, 1997 giving a workshop on Designing for Security in Courthouses of the Future.

- TRAINER on CPTED for HUD Public Housing Workshop for SPARTA in Bethesda, MD. July 1997 and Chicago, September 1997.

- SPEAKER at ASIS sponsored workshop on Security Design Process and CPTED and the Role of the Architect in Albuquerque, NM. On June 5-6,1997.

- TRAINER in CPTED for Phoenix Planning Department. June 1-4, 1997

- SPEAKER at ASIS Security Design Workshop in Albuquerque, NM. June 1997.

- SPEAKER at the 6th Annual Tourism Safety and Security Seminar speaking on Reducing Premises Liability. Miami Beach, FL. April 9, 1997

- TRAINER: CPTED Sponsored by SPARTA & HUD Technical Assistance Conferences. Reduce Crime in Housing. In Charlotte, NC.; Boston, Ma.; and Dallas, TX. 1996

- TRAINER: Premises Liability; Security by Design; Design Against Terrorism; ADA's Impact of Building Security. Continuing Education Courses for the Florida Association of the American Institute of Architects for architects in the State of Florida. Twelve workshops in 1995/1996.

- PRESENTER at "SOLUTIONS 96: SECURITY BY DESIGN" for Central Florida Hotel Motel Association in Orlando, Florida, December 1995.

- CPTED TRAINING Workshop for Metro Dade County Housing Authority, 1995. A multi-departmental training on CPTED and impact on proposed capital improvements.

- SPEAKER at the BOMA convention in Denver, Colorado, on June 27, 1995 on Premises Liability and CPTED and security planning.

- SPEAKER at the U.S. Mayors Conference in Miami, June 14, 1995 on CPTED applications in urban planning and road barricades in Miami Shores.

- SPEAKER at Property Management Association continuing education workshop on Anti-terrorism and security design on Office and Apartment Buildings. Bethesda, Maryland. June 3, 1995.

- TRAINER at ASIS Facility Security Design Workshop, San Diego, June 1995.

- SPEAKER at International Mass Retail Association Conference in Boston on May 15, 1995 on Anti-terrorism and environmental security in the retail market.

- TRAINER on CPTED for HUD Public Housing Workshop for SPARTA in Atlanta 1995.

- SPEAKER at Access Control Conference in Chicago, March 14, 1995 on topic of ADA and building security and design.

- TRAINER for Crime Prevention Through Environmental Design Course for the Coral Gables Police Department, April 24 -28, 1995.

- SPEAKER at City of Miami Commission, Barricades in Shorecrest Area - Upper Eastside. 3/21/95.

- SPEAKER at Library Administration and Management Association in Miami Beach on June 24, 1994 on topic of Violence in the Library: Protecting Staff and Patrons.

- SPEAKER at American Society of Industrial Security in Las Vegas on Sept. 19, 1994 on Premises Liability.

- SPEAKER at Miami Society of Commercial Realtors - Crime and Real Property Seminar on Sept. 28, 1994 in Miami Lakes. Presentation on Industry Standards for Security and How to Reduce Premises Liability.

- INSTRUCTOR of " Crime Prevention Through Environmental Design " Dept. of Continuing Ed, University of Miami. January 1991, Spring Semester 1994.

- University of Miami CPTED Study. A security Risk and CPTED Study ordered by the Office of the Vice President. Coral Gables, Fl. December 1994.

- Homestead Habitat for Humanity, South Dade Model Community Project. Homestead, FL. July 16/17 1993.

- INSTRUCTOR at National Crime Prevention Institute in Advanced Crime Prevention Through Environmental Design, Louisville Ky. October 1993.

- PRESENTER at National Symposium on Crime Prevention Through Environmental Design, Washington D.C. December 9 - 11, 1993.  Paper on the Impact of Barricades on Crime in The City of Miami Shores.

- APPOINTED ADVISORY BOARD, Security by Design: CPTED Research Agenda. National Institute of Justice. Washington D.C.  October 9, 1992.

- SPEAKER at the American Society of Industrial Security Conference, Designing Crime Free Environments. San Antonio, 1992.

- SPEAKER at the Indian Institute of Security and Safety Management Loss Prevention Conference, New Delhi, India. 1992. Presentation on CPTED and Anti-terrorism Design

- SPEAKER at the Transit Police Chief's Meeting - Present findings of Metro Dade Transit Study on Miami's use of Private Security to patrol transit system. 1992.

- SPEAKER and Moderator of the Internal Employee Theft Prevention Workshop presented by the Greater Miami Chamber of Commerce. March 12,1992.

- SPEAKER at Access Control Conference - Impact of Act 1990 on Security. Cincinnati, Ohio. March 10, 1992.

- FACILITATOR of CRIME PREVENTION THROUGH ENVIRONMENTAL DESIGN (CPTED) TRAINING WORKSHOPS - Hollywood Safe Neighborhood Grant. 1992

- SPEAKER at Building Office Managers Association BOMA Luncheon - Premises Liability and the Building Manager. June 1991.

- PARTICIPANT at Crime Prevention Through Environmental Design Course, August 1988, and CPTED in Housing and Transportation Environments April 1991. Ft. Lauderdale, Florida, sponsored by the Florida Department of Community Affairs.

- INSTRUCTOR for FACILITY SECURITY DESIGN WORKSHOP American Society of Industrial Security, Architect Engineering Committee. Minneapolis, 1990; Reno, 1991.

- PRESENTER of "Offensible Space - Law Obstruction through Environmental Design." Environmental Design Research Association Conference, Champaign, Ill., April 10,1990.

- SPEAKER at Dade County Defense Attorney's Luncheon - Premises Liability and Architecture in Security Liability Cases. July 19, 1990.

- PRESENTER of "Architectural Renovations to Reduce Suicide," at American Jail Association Conference, Reno, Nevada, May 22, 1990.

- SPEAKER at Miami Shores Chamber of Commerce - Crime Analysis of the Miami Shores Barricades. Dec.14, 1990, Barry College.

- PRESENTER of "Preventing Slips, Trips, and Falls," at Conference on Industrial Loss Prevention and Control-Institute for Life Safety Technology, Orlando, January 17,1990.

- PRESENTER of "The Role of the Architect in Security," at Access Control Conference, Atlanta, Georgia, March 12,1990.

- PRESENTER of "Obstruction of Law Enforcement Through Environmental Design" Human Factors Conference, Orlando, October 10,1990.

- PRESENTER of "Designing Security for Colleges" - Florida Campus and Security Administrators Seminar, Hollywood, Florida, July 28,1990.

- SPEAKER at National Youth Crime Prevention Conference, Preventing Juvenile Suicide, Miami, Florida. 1990

- PRESENTER/FACILITATOR at Designing Security for People, Information and Places Seminar, Greater Miami Chamber of Commerce. 1990

- INSTRUCTOR at Suicide Prevention in Jails, Lockups and Holding Centers SEMINAR. Michigan State University, Lansing, MI. 1990

- WORKSHOP CHAIRMAN AND PRESENTER at Suicide Prevention Workshop. Workshop Chairman and Presenter. American Jail Association, May 1989.

- PRESENTER of "Preventing the Spotting Slip and Fall Accidents in Public Use Environments," at National Safety Council Conference, Chicago, November 1,1989.

- PARTICIPANT at Fall Prevention Workshop; Recent Developments. The National Safety Council Congress, Orlando Convention Center. October, 1988.

- PRESENTER AND MODERATOR of "Are You Confused About Employee Screening & Drug Testing?" Sponsored by Greater Miami Chamber of Commerce. Oct. 14, 1988.

- SPEAKER at 1988 IEEE International Carnahan Conference on Security Technology, The Future of Anti-Crime Technology. Lexington, Kentucky.

- SPEAKER for CNN News:  "Crime Prevention for the Future". November 12, 1988.

- PRESENTER on "Environmental Design to Prevent Falling Accidents", Gerontological Society of American Conference, November 22, 1987.  Washington, DC.

- American Institute of Architects National Convention, Security Issues in the Built Environment, Orlando, FL. 1987

- FBI Crime Resistance Seminar, Lively Police Training Institute, Tallahassee, FL. 1987

- Post Occupancy Evaluation Training Seminar. Georgia Tech University. 1987

## CORRECTIONAL JAIL AND PRISON PROJECTS:

- CONSULTANT to Clinton County, Iowa on Construction Defects of the Clinton County Jail. June 2020

- CONSULTANT to Florida Attorney General's Office representing the Florida Department of Corrections in Title II Americans with Disabilities Lawsuits, 2012- 2018.

- CONSULTANT to Butte County Jail. Security Systems Analysis. Oroville, CA. August 2010 - 2014

* CONSULTANT on security and CPTED to Dagliesh, Gilpin, & Paxton Architects on the Madison County, VA. Courthouse Phase II expansion and renovations. November 2007- October 2008.

* CONSULTANT on Miami Dade County Corrections Master Plan and Krome Avenue Detention Center Expansion Project. Miami Dade County. Physical Security and existing conditions Evaluation of all 7 Miami Dade County Jails. September 2007 – current.

- CONSULTANT AND EXPERT TESTIMONY For the Federal Defender Program Inc., on Lumpkin County Jail, Georgia, jail escapes and negligent security design.  January 2004

* CONSULTANT for U.S. Dept. Of Justice, National Institute of Corrections for the Idaho Department of Corrections. ADA Accessibility Compliance Audit. Boise, Idaho. May 18-25, 2003

* Marion County Jail Expansion Master Plan and Program with Jacobs Group, Ocala, Fl. Oct. 2001

* Site Analysis Study Central Intake Facility Metro Dade County with Fraga and Feito Architects. 1993.

* Lake County, Illinois Jail Overcrowding Study. Technical Assistance for the National Institute of Corrections. July 1998.

* Kane County Juvenile Detention Center, Kane County Illinois.  1998

* Palm Beach Stockade: Construction verification analysis. West Palm Beach, Fla. 1996

* Monroe County Jail Expansion Study: Jackson Square vs. Stock Island. Key West, Fla. 1991 with PBSJ.

* Chillicothe Correctional Institution, Ohio; 1000-man Podular Prison and master plan. $50 million (with HDR)

- Folsom State Prison Expansion, California; 1000-man prison, site adaptation & corrections master plan (with HDR)

- Yolo County Jail, California; 350-man podular/direct supervision facility & master plan.  $35 million (with HDR)

- Hillsborough County Detention Facility, Florida; 1,325 man podular/direct supervision facility. $45 million. Consulting for Ranon Bentler & Partners.

- Polk County Correctional Facility, Florida; 600-man facility. $17 million. Consulting for Architects Design Group.

- Miami Metropolitan Correctional Center (Federal Bureau of Prisons), Florida; New Housing Addition. $5 million. Consulting with Spillis Candela Partners.

- St. Thomas Juvenile Justice Center; St. Thomas, Virgin Islands; $7 million. Consulting with Spillis Candela Partners.

- Duval County Jail; Florida.  Programming for New Direct Supervision 624-bed facility. $26.5 million. Consulting with Voinovich & Associates.

- Suffolk County Jail, Boston, Massachusetts; 435 bed podular; programming and schematic design for a remote facility; $43 million.  Consulting for Cruz-Stark Associates and Sert Jackson Architects.

- Krome Avenue Detention Service Center Expansion and Renovation, (Immigration Naturalization Services), Florida; $5 million. Consulting for Spillis Candela Partners.

- Congress Building Study as Downtown Miami Jail site, Miami, Florida; Consulting for HCDA.

- Lynwood Regional Justice Center Evaluation, Los Angeles, California; with Corrections Services Group.

- Broward County Florida Corrections Master Plan, Consulting with Corrections Services Group.

- Montgomery County, Maryland Corrections Master plan, Program Evaluation with Corrections Services Group.
- Metrowest Jail Expansion Phase II & III C, Design, Security Systems & Detention Equipment for two 1000 bed jails. 9001 Venture Ltd. Miami, 1990 - 1993.

- TGK Detention Center, Miami, Florida; 1000-man podular/direct supervision facility. (with Harper & Carreno) $40 million. 1984

- Portage County Criminal Justice Master Plan, Jail Evaluation and Staff Analysis. Development of RFP, Architect Selection Process, Schematic Design. Portage County, Ohio. 1988

- Miami Metropolitan Detention Center, Construction Management Review for CRSS and CSG. Miami,1991.

- Expansion Analysis for Cecil County Community Adult Detention Center for the National Institute of Corrections. March 1987.

- Jail Evaluation and Retrofit Analysis for Harrelson County Georgia for the National Institute of Corrections. February 1986.

- Jail Renovation and feasibility Study for the Ft. Lauderdale Police Department for the National Institute of Corrections. September 1984.

- Architectural Program Analysis for Multnomah County Sentenced Offender Facility for the National Institute of Corrections. June 1987.

- Expansion Analysis of the Orange County Jail, Hillsboro North Carolina for the National Institute of Corrections. May 1987.

- Jail Evaluation and Retrofit Analysis for Ashland County, Ohio for the National Institute of Corrections. January 1987.

- Feasibility Study for the Conversion of the Washoe County Detention Annex to a Direct Supervision facility for the National Institute of Corrections. April 1987.

- Conduct a Local Corrections Systems Assessment for the Cecil County Sheriff's Department in Elkton, Maryland for the National Institute of Corrections. March 1991.

- Expansion Analysis for the Corrections Alternative Center for Essex County Massachusetts for the National Institute of Corrections. January 1987.

- Cost Analysis and Plan Review for Hillsborough County, New Hampshire. National Institute of Corrections. March 1986.

- Manatee County, Florida Corrections Master Plan Review for the National Institute of Corrections. June 1985.

- Jail Evaluation and feasibility Analysis for Burke County GA for the National Institute of Corrections. July 1985.

- Technical assistance and staffing analysis of the Pueblo County Colorado Sheriff's Department Detention facility for the National Institute of Corrections. October 1988.

- Jail Evaluation and Overcrowding Analysis for Westmoreland County Pennsylvania for the National Institute of Corrections. May 1986.

- Expansion feasibility study for the INS facility in Florence Arizona for the National Institute of Corrections. August 1984.

- Jail and Courthouse Site Analysis for Martin County Florida for the National Institute of Corrections. May 1985.

- Security and Overcrowding Analysis of the San Miguel County Las Vegas, New Mexico Jail for the National Institute of Corrections. June 1987.

- Jail Evaluation and Retrofit Analysis for Montgomery County Ohio for the National Institute of Corrections. Jan.1987.

- Training to the Louisiana Department of Corrections for the National Institute of Corrections. July 1994.

- Jail Evaluation and Suicide Prevention Program for the Salt River Reservation Detention Center Phoenix Arizona for the National Institute of Corrections. April 1987.

- American with Disabilities Act Training to the Florida Department of Corrections for the National Institute of Corrections. April 1994.

- Internship with the Florida Department of Corrections, Facilities Services (Architect's Section). Tallahassee, FL 1976-1982.

- Internship with the National Clearinghouse for Criminal Justice Planning and Architecture, 1974-1975, Champaign, IL. University of Illinois

## POLICE PROJECTS:

- Sanibel Island Police Facility. ADG Architecture. 2022

- GSA Federal Justice Building, Miami. Design/ Build. Consulting with Rodriguez and Quiroga. $26 million. 1992.

- City of Ft. Lauderdale Police Gun & Training Range. Florida.  Consulting with SKHHP. 1986

- City of Miami Police Substation, Miami, Florida. Consulting with Rodriguez Khuly and Quiroga. 1986.

- Police Violence Reduction for Metro Police Department, Consulting with the Police Foundation. 1986.

- District Station Expansion Feasibility Study for Metro-Dade Police, Consulting with HCDA. 1987

## PUBLISHED ARTICLES AND PAPERS

- Designing crime-free healthcare environments. Journal of Healthcare Protection Management. Vol. 38. #1. Feb. 2022 Pp. 16-34

- Defending the Perimeter from Vehicle Ramming Attacks, FM Encore, Fall 2019, Pp. 14-16

- Protecting Public Venues from Vehicle Ramming Attacks with CPTED, FM Encore Spring, 2019. Pp. 16-18

- Top Security Threats and Management Issues Facing Corporate America. Securitas. "Designing Safe Schools in Dangerous Times". April 2019. Pp. 28-29

- Architectural Security: Integrating Security with Design. League Line – Architects League of New Jersey. Jan. 2019. Pp. 3-6

- 8 Ways to Improve School Entrance Security. Campus Safety Magazine. March 23, 2017

- How Security is Influencing Campus Design and Construction. Building Design + Construction Magazine. February 2015. Pp. 33-39.

- The Role of Buildings in Mass Shootings – Contributor, Buildings Magazine. March 2014 Pp.28-32.

- 21st Century Security and CPTED. 2nd Edition. CRC and Taylor Francis Publisher. June 2013. Pp. 916

- 15 Ways to Secure Quick Service Retail Environments. Security Technology Executive. Oct. 2012 Vol. 22 No. 8. Pp. 30-32.

- Crime Prevention Through Environmental Design Transect Module for the Center for Applied Transect Studies to supplement the base SmartCode. January 16, 2012. http://transect.org/modules.html

- "Prevent Crime – Design In Your Security". Parking Today Magazine. Vol. 16 Number 3 March 2011. Pp. 16-19

- "Security in 2020". Lawrence Fennelly, Editor. CPTED in the 21st Century, Chapter 12 by Randy Atlas. ASIS International. 2010.

- "CPTED lights the Way". Parking Today Magazine. July 2010. Pp. 41-42.

- "Parking Security in the 21st Century". Parking Today Magazine. March 2010. Pp. 18-19.

- "Safe Parking: what you should do to protect employees and guests." International Parking Institute Magazine. March 2010. Pp. 14-18.

- "Preventing Jail Suicide with Better Design". The Construction Specifier. March 2009. Pp.66-71.

- "Using Design to Defeat Crime and Terrorism". Homeland Security Today Magazine. October 2008. P. 7.

- 21st Century Security and CPTED: Protecting Critical Infrastructure. Taylor Francis Publisher. June 2008. Pp. 535

- "Fear of Parking". Parking Today Magazine. March 2008. Pp.20-22.

- "Designing Safer Schools". The Construction Specifier. February 2008. Pp. 71-85.

- "Fear of Parking". Security Management Magazine. February 2008. Pp. 52-59.

- "Schools Behind Bars: Designing safe and secure Schools and Colleges". Security Technology and Design Magazine. August 2007. Pp. 32-38.

- "Is there a difference designing for Crime or Terrorism" Interagency Cooperation. Law Enforcement Executive Forum. Vol. 6, No. 6. November, 2006

- "Premises Liability: Design Against Security Lawsuits". Gangs Drugs and Violence Prevention. Law Enforcement Executive Forum. Vol. 6, No. 2. March, 2006

- "Architect as Nexus: Cost effective security begins with design". ArchiTech May June 2006. Pp. 30-34.

- "Designing for Security". The Construction Specifier. April 2006. Pp. 83-92.

- "Security Site Design and Landscaping". Planning and Urban Design Standards. Graphic Standards, Wiley Publisher. March 2006

- "The Security Audit and Premises Liability". Spotlight on Security for Real Estate Managers 2nd Edition. IREM, 2005.

- "Security Design Concepts". Security Planning and Design: A Guide for Architecture and Building Design Professionals. American Institute of Architects, Wiley Publishers. Washington DC. 2004

- "Designing Safe Communities". Strategies for Safe and Sustainable Communities. Landscape Architectural Registrations Boards Foundation, Vienna, Virginia, 2004

- "Defensible Space: An Architectural Retrospective." Master Builder. Sept./Oct. 2004 Vol. 1 Number 1

- "How are criminals using CPTED - Offensible Space", Security Management Magazine. May 2003

- "Loss Prevention Returns to its Roots with CPTED" Plant Safety & Maintenance Magazine. April 2003

- "Designing Safe Campuses", Campus Security and Safety Journal. Dec. 2002

- "Creating Safety", Landscape Architect Magazine. Sept. 2002

- "The ABC's of CPTED" A Florida case study of Barry University. Campus Safety Journal. Aug.2002.

- "Planting and Shaping Security Success" Security Management Magazine. August 2002.

- "The Sustainability of CPTED: Less Magic More Science!" The CPTED Journal Vol 1. Issue 1. July 2002.

- "Barry University a CPTED Case Study" Campus Law Enforcement Journal June 2002

- "Building Security Through Design" The American Institute of Architects. Wash. D.C. 2001

- "Design Considerations: setting standards in security architecture" Door and Hardware Magazine. June 2000.

- "ADA: Proposed Final Regulations for Courthouses, Jails and Prisons." Corrections Today, April 2000.

- "Security Design: Access Control Technology". Door and Hardware Magazine, April 1999. P. 49

- "Secure Facility Design, Environmental Design that prevents crime!", The Construction Specifier. April 1999.

- "Stairwell Security". Door and Hardware Magazine. May, 1999. P. 55.

- "Designing Against Crime: The Case for CPTED Training for Architects". Florida Architect, Summer 1998.

- "Designing for Crime and Terrorism: CPTED Training is Essential: Security Design and Technology magazine, June, 1998.

- "Designing Security in School Environments" Library Administration and Management Spring, Vol. 11, #2., 1997

- "Designing for security in Courthouses of the future." Court Review Vol. 34 No. 2, Summer 1997. American Judges Association.

- Special Report: Defensible Space. Engineering New Record. May 1, 1995.

- "Justice for All" Security Management Magazine. September 1995. PP. 65-67.

- "The Impact on Crime of Street Closures and Barricades: A Florida Case Study". Security Journal.,. Vol. 5, No. 3, July.1994

- "Environmental Barriers to Crime". Ergonomics in Design, October 1994.

- "Programming Architectural Security in Facilities". Chapter 20, Professional Practice in Facility Programming. Editor Wolfgang Preiser. Van Nostrand Press, NY. 1993.

- "Impact of ADA on Security". Protection of Assets Bulletin. Merritt Company. 1992.

- "Handicap accessibility affects security." Access Control Magazine. Feb., 1992.

- "Successful Security". Buildings: Facilities Construction & Management Magazine.1992

- "Will ADA Handicap Security?". Security Management. March, 1992.

- "Need for involving security in building planning!" Campus Security Report, June 1992.

- "Architect input among first steps in design." Access Control Magazine. June 1991

- "Need for Security Director and Architect Teamwork". Hospital Security and Safety Management Newsletter. Vol. 12, #6, October 1991.

- "Security as Afterthought ensures long-term costs." South Florida Business Journal. Focus on Maintenance and Security. March 18, 1991.

- "Offensible Space: Obstruction of Law Enforcement through Environmental Design". Security Management Magazine, March 1991.

- "Code Changes Affect Stair Design: Watch Your Step". Florida Architects, January/Feb.1990.

- "Security Design," Protection of Assets Manual- Monthly Featured Article on Crime Prevention Through Environmental Design and Architecture, March 1990-1995.

- "Pay Me Now or Pay Me Later". Security Management Magazine, April 1990.

- "Reducing The Opportunity for Inmate Suicide:  Design Recommendations". Psychiatric Quarterly, Vol.60, I. Summer,1989.

- "Just When You Thought it was Safe".  Professional Safety Magazine, American Society of Safety Engineers. September, 1989.

- "Building Design can Provide Defensible Space". Access Control Magazine. Sept. 1989.

- "Designing for Safety: Building Code Update". Florida Architects Journal. Nov, 1989.

- "Secure Homes:  The Future of Anti-Crime Technology".  The Futurist. March 1988.

- "Guidelines for Preventing Liability from Slip and Fall Accidents". Florida Real Estate Journal, 3/22/88.

- "To Die By Design". New Times Weekly, Vol.3, No.22. Miami, September 21-27, 1988.

- "Designing Security for People, Information, and Property". Fla Real Estate Journal. June 14, 1988.

- "How to protect Your Home". Florida Home & Garden Resource Manual. July, P.66. 1988

- "The Impact of Jail Design on Inmate Management and Suicide Prevention". Training Manual on Suicide Detection and Prevention in Jails and Lockups. Editors: L.M. Hayes, J.R. Rowan. National Institute of Corrections, U.S. Department of Justice. 1988

- "Just when you thought it was safe to go back in the...building!" Security Management Magazine, Aug. 1988.

- Prevent Liability from Slip and Fall Accidents: An Architectural Primer. Atlas & Assoc. Publisher, 1987.

- Reducing Liability and Opportunity for Inmate Suicide: A Design Guide. Atlas & Assoc. Publishing, 1987.

- SPEAKER at Criminal Justice Statistics Association Conference, Implementation and Evaluation of Building Security Codes. Orlando, Florida.

- "The Slip and Fall Primer", Florida Architect Journal, July, 1987.

- "Steps, Stairs, & Slipping", Florida Architects Journal, Sept.1987.

- "Ramps, Railings, & Rounded Edges", Florida Architect Journal, November, 1987.

- "Crime Site Selections for Assaults in Four Florida Prisons". The Prison Journal. Volume 9 Number 2. Dec.1986

- "Renovating Security", Professional Protection Magazine, April, 1983.

- "Old Capital Security Evaluation", Florida Architect Journal, August, 1982.

- "Crime Prevention Through Building Codes", Building Security, Editor John Stroik. ASTM, Philadelphia, PA 1981. Pp. 88-97.

- "Crime Prevention Through Building Codes". Journal of Security Administration. Volume 9(2),1986.

- "The Physical Environment of Suicides". The Fatal Chain of Events: Suicide Prevention. Editors: D.B. Kalinich, P.S. Embert. KER & Associates. November. 1986

- Editorial Review Board, Environment and Behavior, Environmental Design Research Association 1985 - present.

## AMERICANS WITH DISABILITY ACT SEMINARS AND PROJECTS

- CONSULTANT – ADA Survey and Remediation Plan. Pal Campo Restaurant, Orlando, FL. May 2019

- CONSULTANT – ADA Survey for Miami Yacht Divers Inc. 2200 and 2212 South Andrews Avenue, Fort Lauderdale, FL. August 2015

- CONSULTANT for Florida Attorney General's Office and the Florida Department of Corrections, evaluation of State Prison System for ADA Title II Compliance. January 2012–June 2017

- CONSULTANT for Georgia Attorney General's Office and Georgia Department of Corrections, evaluation of Augusta Medical State Prison and Georgia State Prison for ADA Title II Compliance. November 2008

- CONSULTANT for Lauderdale Marketplace for ADA compliance. August 2005.

- CONSULTANT for U of Miami, Due Diligence Study for ADA Compliance of Gables One Tower. Aug. 2004

- CONSULTANT for the Hogan Group, Coefficient of Friction test for exterior walkway of 6161 Blue Lagoon Dr. Miami August 2004

- CONSULTANT for U.S. Dept. Of Justice, National Institute of Corrections, for the Idaho Department of Corrections. ADA Accessibility Compliance Audit. Boise, Idaho. May 18-25,2003

- "ADA: Proposed Final Regulations for Courthouses, Jails and Prisons." Corrections Today, April 2000.

- American Corrections Association Design Guide for Juvenile and Adult Facilities, Section of ADA compliance. ACA, January 2000

- SPEAKER to Access Control Conference, March 13, 1996, Washington DC on "Impact of ADA on Business Security".

- SPEAKER to the American Society of Industrial Security conference on "CPTED and Premises Liability", and "Designing Safe Parking Garages". Sept. 10,1996. Atlanta, Ga.

- "The Impact of ADA Interim Regulations on Correctional Design & Construction". The Keepers Voice. Vol.14,No.4. January, 1995.

- "Impact of Title II Final Interim Regulations". Corrections Today Magazine, April 1995.

- SPEAKER at American Institute of Architects Architecture for Justice Committee Workshop in Austin, Texas on Effects on ADA Final Interim Regulations, 1994.

- SPEAKER to the American Correctional Association Convention, January 13, 1995 on "Impact of ADA Final Interim Regulations", Dallas, Texas.

- SPEAKER to Access Control Conference, March 14, 1995, Chicago, Illinois on "Impact of ADA on Business Security".

- SPEAKER to "How to design efficient court facilities" workshop, University of Wisconsin, Dept. of Professional Engineering. April 3-4, 1995. Topic: Impact of ADA on Courthouse Design.

- SPEAKER to ADA and Historic Preservation Workshop on Impact of ADA on Hotel Security. Miami Beach Hotel and Motel Association. June 15, 1994.

- SPEAKER American Correctional Association Conference on ADA and Violence: Impact on Suicide and Assault in Prisons. August 11, 1994. St. Louis, Missouri.

- SPEAKER to Association For Security Administration Professionals sponsored South Florida Conference for Tourism and Safety and Security in Miami, on Sept, 14, 1994 regarding impact of ADA on Hotel Security.

- SPEAKER to American Society of Industrial Security convention in Las Vegas, Sept. 19, 1994 on the topic of premises liability, building security, and conducting security audits.

- SPEAKER to Miami Society of Commercial REALTORS at Crime and the Real Property Professional talking on "Premises Liability: A Concern for the Many". Sept. 28, 1994.

- SPEAKER to American Society of Safety Engineers Gold Coast Chapter at Safety Seminar on "Designing Security in Buildings with Premises Liability Considerations". Oct. 21, 1994.

- SPEAKER to Risk and Insurance Management Society, Broward Chapter on "The ADA's effect on Business and Security". Oct. 24, 1994.

- "Impact of Title II Final Interim Regulations". Detention Reporter, October 1994.

- "Impact of Title II Final Interim Regulations". Corrections Compendium, November 1994.

- "Impact of Title II Final Interim Regulations". American Jails Magazine, Dec./ Feb. 1994.

- TRAINER to Florida Department of Corrections on ADA for personnel managers and correctional trainers. September 16 and Sept. 30,1993, March 2,3,24,25, April 21,22 1994 as a technical assistance consultant from the National Institute of Corrections, Dept. of Justice.

- TRAINER to Louisiana Department of Corrections on ADA July 1994 as a technical assistance consultant from the National Institute of Corrections, Dept. of Justice.

- SPEAKER American Correctional Association Conference on ADA and policy and procedure development for program accessibility. January 18, 1994. Orlando.

- CONSULTANT to The Russell Partnership to review the Dade Justice Courthouse Renovations for ADA compliance. 1993.

- CONSULTANT to Correctional Services Group and DMJM for review of the Riverside Regional Jail, Prince George's County, Virginia for ADA compliance. December 1993.

- SPEAKER Access Control Conference on ADA and impact on building security. Atlanta, Ga. March, 1994.

- SPEAKER. Impact of ADA on Corrections. National Institute of Justice Workshop on ADA. American Corrections Association Conference, Miami. 1993.

- PRESENTER American Jail Association Conference, Technical workshop "Impact of ADA on Jails and Prisons", Portland, Oregon May 1993.

- PRESENTER National Institute of Justice Workshops on ADA's IMPACT ON JUSTICE FACILITIES in Austin, Texas; Seattle, Washington; and Washington D.C. Summer 1993.

- SPEAKER National Institute of Corrections Academy workshop "Elderly Inmates and the ADA". Longmont, Colorado. June 16, 1993.

- SPEAKER American Corrections Association Conference, Technical Workshop on "Elderly Inmates and the ADA". Nashville, Tenn. Aug. 1993.

- REVIEWER AND PARTICIPANT American Corrections Association Training Video on the Impact of ADA on Corrections. June 1993.

- CONSULTANT to Florida Department of Corrections on ADA, reviewing their self-evaluation plan, transition plan, conducting a two-day training workshop July 24-26, 1993, and develop training with ADA Task Force on Jail and County Detention for the Inspector General's Office regarding program accessibility and structural accessibility.

- "The Impact of ADA on Correctional Design & Construction". The Keepers Voice. Vol.14, No.4. Fall 1993.

- ADA Title II Training and Audit of Hawaii's Department of Public Safety, Prison System. 1993

- "The Impact of ADA on Corrections." Security Technology Magazine. Sept.1993.

- "American's with Disabilities Act - Impact on Corrections", Detention Reporter Oct. 1992

- "Impact of ADA on Jails." American Jails Magazine. November, 1992.

- Opening All Doors: The ADA Video conference - Accessible Design. Sponsored by the American Institute of Architects. March 18, 1992. 4 hrs.

- Understanding How to Comply with ADA Title III - Public Accommodations and Commercial Facilities. Sponsored by BOMA and IREM. March 31, 1992. 8 hours.

- ADA Audit of Metrowest Detention Center. Metropolitan Dade County, Fl. April 6, 1992.

- ADA Audit of Women's Detention Center, North Dade Detention Center, Treatment and Rehab Center at the Stockade. Metropolitan Dade County, Fl. July, 1992.

- ADA Compliance Accessibility Survey, Sutton Plaza, 249 Royal Palm Way, Palm Beach. 1992

- HUD Accessibility Seminar, June 23 & 24, 1992, Miami, Florida. 16 hrs.

- SPEAKER. Facility Access and the ADA. Large Jail Network Meeting, National Institute of Corrections Jail Center, Denver, Co. July 26-28, 1992.

- APPOINTED Advisory Board Member on Americans With Disabilities Act, National Institute of Justice, Washington D.C. 1992

- ADA: Regulations to Reality. Florida International University. October 10, 1991. 8 hours

333 LAS OLAS WAY SUITE 1605, FT. LAUDERDALE, FL. 33301•PHONE 305.332.6588 •EMAIL RATLAS@IX.NETCOM.COM WWW.CPTED-SECURITY.COM

39



## EXPERT WITNESS AND CONSULTING SERVICES
updated 10/6/22

Thank you for your interest in the consulting services in our firm. Enclosed you will find a copy of my vitae and our current fee schedule.

### GROUNDRULES:

Please do not ask for free opinions or advice. Initial conversations may cover a description of services, expertise, availability, fees, and references.

Please retain me before listing me as your expert.

An initial non-refundable retainer of $2,400 retainer (representing 8 hours of work) is to be paid before any work will be initiated. Upon receipt of the retainer, a case file will be opened in our office. We do not consider ourselves retained, and no work on the case will be done until the retainer check is received. This non-refundable retainer is charged for the Expert's skill and experience, her availability to the client to consult, and for the Expert's possible need to decline other cases or work in order to be available to the client, and is therefore earned upon receipt.

Experience has shown that a typical case takes approximately twenty hours, excluding travel and testimony time. If out of town travel is required, airfare will be business class and prepaid. Lodging expenses must be directly chargeable to you. Travel time and incidental expenses will be invoiced.

It is our policy that the attorney, not the client, nor the insurance company retains us; thus, the retaining attorney is responsible for payment. Invoices are due upon receipt. Balances not paid within 30 days will accrue interest at the rate of charge of 1.5% per month, or 18% per annum.

Payments for all services rendered, unless otherwise agreed, must be received in the offices of Atlas Safety & Security Design Inc. before any verbal or written reports; opinions, affidavits, or any work product of any nature is provided to the client, or prior to giving testimony for deposition or trial. Failure to pay for services as agreed in this document will permit ASSD, after notice to you, to terminate its services.

### FEES:

Research, investigation, travel and consulting time is billed at $300.00 per hour, and billed in half hour increments.
Deposition time is billed at $600.00 per hour, with a 2-hour minimum.
PAYMENT IS DUE AT TIME OF, OR BEFORE DEPOSITION. NO EXCEPTIONS, NO EXCUSES!
Trial Court Time is billed at $600.00 per hour, with 4-hour minimum.
PAYMENT IS DUE IN FULL, PRIOR TO THE DATE OF TESTIMONY, OR TRAVEL.



# ATLAS SECURITY & SAFETY DESIGN INC.

## Scope of Operations

### American with Disabilities Act Audits

ADA compliance Audits for Title II and III buildings
Architectural barrier removal evaluation
Programs and activities compliance
Evaluation for compliance with Americans with Disabilities Act 1990, 2010
Evaluation for compliance with State of Florida Accessibility Code SS 553, 2012

### Security Design Services

Anti-Terrorism Assessment and Mitigation Design
Vehicle Ramming Attack Preventative Design
Crime Prevention Through Environmental Design (CPTED) Planning and Training and Workshops
CPTED Plan Reviews, Public Safety Plans for Pompano Beach DRC
Security Need Assessments
Threat and Vulnerability Risk Assessment Studies
Security Operational Analysis
Security Systems Requirements Analysis
Security Planning and Conceptual Design
Human factors Engineering and Interface Analysis
Access Control and Barrier Design
Design of Mantraps, Vehicle Sallyports, Fence Systems, Explosion Impact
Security Lighting Layout and Design, lighting surveys
Security Design Criteria, Schematic Design, Bid Planning documents
Intrusion Detection, Access Control, CCTV, Intercom Systems, & Perimeter Protection Systems
Equipment Specifications
Acceptance and Operating Manuals and Test Plans
Vendor and Contractor Qualification
Security Hardware Evaluation and Selection
System Verification and Acceptance
Post Occupancy Evaluation

### Litigation Support

Evaluation of Negligent Security Premises Liability Issues
Security and Accessibility Review of Multi-Family Residential, Mixed-Use Commercial, Institutional Facilities, Parking garages and lots, Retail shopping centers, Hotels, Schools and Universities
Review of Accident and Police Reports, Crime Grids, Incident reports
Police Grid Maps and Surrounding Crime Data Analysis
Code Compliance Review for New Construction and Existing Facilities
Research of Compliance with Applicable Construction Codes and Standards
Conformance evaluation to Nationally Recognized Standards, Building Codes, & Industry Best Practices
Integration of Security Needs with Fire/Life Safety Requirements
Evaluation of Slip, Trip and Fall Accidents
Static and Dynamic Coefficient of Friction Testing, Slip Resistance Testing in the field
Evaluation of Stairway, Ramp, Escalator, Railings, Handicap Curb-cuts, Sidewalk designs
Evaluation of Inmate Suicide Incidents and Prevention Designs
Evaluation of Prison and Jail Violence and Security Issues
Expert Testimony in Depositions, Mediations, Arbitrations, and Trials
Case Review including Evaluation and Summation of Complaints, Interrogatories, and Depositions