**Kristi Avalos • Accessology Too, LLC**

**President/CEO**



Kristi founded Accessology Too, LLC in 1990 as a direct result of her involvement in national disability-related issues in air transportation, as an employee for American Airlines. She was responsible for developing the Carrier Program for American Airlines as part of the DOT Handicapped Task Force. She left American in 1993 to build Accessology and address accessibility more globally. She now has 40+ years of experience at the vanguard of accessibility compliance-related issues. Kristi has extensive training programs for local, national and international municipalities, architects, building owners, property managers, contractors and real estate brokers on local, state and federal accessibility standards. She has worked with several metropolitan planning organizations (MPOs) across the country to host roundtables on ADA Transition Plan requirements. Kristi helps Title II and Title III entities become compliant with applicable federal and state accessibility standards and serves as Accessology Too, LLC's project manager for mid-size to large Plan Review and Inspection Projects. She is also the principle consultant for accessibility assessments and development of ADA Transition Plans. Kristi performs plan reviews and on-site inspections to determine compliance with the Texas Accessibility Standards and manages the general oversight of Accessology's Registered Accessibility Specialists. Her expertise is invaluable providing expert witnessing on ADA, 504, FHA, and ACAA legal cases. In addition, Kristi works with federal agencies and organizations that influence and shape accessibility legislation and trends.

**Relevant Experience**

Over the past four decades, Kristi has been involved in all types of access projects from small tenant finish-outs to NFL Stadiums and from small town Transition Plans to entire state Transition Plans. Her knowledge and expertise is unmatched in experience with the Americans with Disabilities Act, Section 504 of the Rehabilitation Act, Air Carrier Access Act, and various state and local access requirements. She is highly sought after as an expert witness for ADA-related cases.

**Education & Professional Credentials**

- Drake University, 1978 to 1980
- University of North Texas, 1982 to 1984
- Texas Department of Licensing and Regulation for architectural plan reviews and final inspections. Texas Registered Accessibility Specialist – RAS #0139
- ICBO Accessibility/Usability specialist
- California Accessibility Specialist – CASP #758
- Accessibility Professionals Association Certification-Built Environment - APAC-BE #11

**Years of Accessology Employment**

- 1990-Current



EXHIBIT H

**Key Responsibilities**

- Provides local and national training to architects, building owners, property managers, contractors and real estate brokers on both state and federal accessibility standards
- Principal consultant for accessibility assessments, which determine compliance with state and federal accessibility standards for existing facilities
- Performs plan reviews and on-site inspections to determine compliance with the Texas Accessibility Standards
- General oversight of technical determinations made by Accessology's Registered Accessibility Specialists
- Provides expert witnessing on ADA, ABA, FHA, 504 and ACAA legal cases
- Leads company product development
- Primary liaison with the United States Access Board, and other agencies and organizations that shape accessibility legislation and trends
- Project manager for mid-size to large consulting projects

**Awards/Achievements**

- Texas Governor's Trophy Award, 2021
- Sam Provence – Helping Restore Ability Award, 2019
- State of Louisiana Annual Governor's Office of Disability Affairs Conference Keynote Speaker Award 2016-2019
- Arlington Mayor's Commission in People with Disabilities Award of Excellence for accessibility consulting on the new Dallas Cowboys Stadium, 2009
- Leadership Awards 1983, 1988, 1991, 1995
- Founder, MS. Wheelchair Texas organization
- Former Board member, Access to the Skies
- Advocate Award, Paralysis Society of America, 1992
- Facility Access Award, American Airlines, 1991
- President's Committee on Employment of People with Disabilities Award, 1991
- Helped develop Peruvians with Disability Act (PDA)—Peru's most inclusive disability legislation