

Sabot Consulting
101 Parkshore Drive
Suite 100
Folsom, CA 95630

Phone: 888.447.2268
Fax: 916.848.3451
www.sabotconsult.com
info@sabotconsult.com

## Julian Martinez Resume

### Summary of Qualifications

Mr. Martinez served over 28 years in the California Department of Corrections and Rehabilitation (CDCR) before retiring as a Correctional Administrator. Worked at four adult institutions ranging from minimum to maximum security. 35 years of experience in correctional management and operations both in administrative and custodial positions.

He Served as an institution investigator, academic, physical fitness, and tactical instructor as well as the Assistant Drill Commander at the Correctional Academy. Spent 17 years assigned to the CDCR's administration writing departmental policies and procedures, developing audit tools and methodologies, and conducting institutional audits of the incarcerated person discipline process, mailroom, institution security, escape prevention, use of force, conditions of confinement and administrative segregation bed utilization. Served as the assistant project manager for CDCR's drug reduction strategy and as the Chief of the Health Care Placement Unit. Served as the Chief of Court Compliance and managed the major litigation cases related to the Americans with Disabilities Act (Clark v California, and Armstrong v Brown), conditions of confinement for condemned incarcerated persons (Lancaster v Tilton), access to law library services, (Gilmore v State of California), parole revocation due process (Valdivia v Davis), and conditions of confinement in the juvenile facilities (Farrell v Cate). Reviewed and approved institutions American Correctional Association Standards & Accreditation reports that were conducted of CDCR institutions/facilities.

He served as an expert and provided testimony in disability related matters and has also provided expertise in developing curriculum for managers, supervisors, and correctional staff throughout the State of California.

He served as Federal Court Monitor in ADA litigation cases ensuring defendants in ADA litigation cases comply with settlement agreements/consent decrees for ADA cases involving mobility disabilities and deaf and/or hard of hearing for incarcerated persons housed in county jails and state prisons. Cases include McBride v. Michigan Department of Corrections (Deaf and/or Hard of Hearing) Civil Action No. 2:15-cv-11222, Jewitt v. County of Shasta, et.al. Cole v. (Mobility Disabilities) Civil Action No. 2:13-cv-0882, Cole v. County of Santa Clara (Mobility Disabilities) Civil Action No. 5:16-cv-06594, Murray v. County of Santa Barbara Case No. 2:17-cv-08805-GW-JPR, Hernandez v. County of Monterey Case No.CV 13 2354 PSG, and Criswell v. Boudreaux Case No. 1:20-cv-01048-DAD-SAB (COVID-19). Babu v. Ahern (County of Alameda) Case No. 18-cv-07677-NC, and Orange County Pre-litigation agreement (All Disabilities, Restrictive Housing, and LGBTQI).

He is also currently serving as plaintiff's expert in the case of Harris et al. v. Georgia Department of Corrections, et al., 5:18-cv-00365-TES a case related to Deaf and/or Hard of Hearing incarcerated persons housed in the Georgia Department of Corrections, in the case of Faour Abdallah Fraihat v. U.S. Immigration and Customs Enforcement; U.S. Department of Homeland Security, Case No. 19-cv-01546 (C.D. Cal.), a case related to disabled detainees housed in the jurisdiction of the U.S. Immigration and Customs Enforcement; U.S. Department of Homeland Security and contracted facilities and in the case of Estate of Linda Miller v. County of Sutter and County of Nevada, 20-cv-00577-KJM-DMC and in custody suicide death. I am also

**EXHIBIT 1**



currently servings as defendant's expert in the case of Dunsmore v. San Diego County Sheriff's Department Case No. 3:20-cv-00406-AJB-DDL a case related to the Americans with Disabilities Act.

He prepared expert reports in the cases of Jeremy Jones v. Ballesteros et al., Case No. 2:10-cv-02661 (E.D. Cal.); Everett Joseph Jewett v. County of Shasta, et. al, 2:13-cv-0882 –MCE (E.D. Cal.); Leon Thomas v. Francisco Quintana, et al. CV-10-02671 JGB-CW (C.D. Cal.); Norbert v. San Francisco County Sheriff's Department, City and County of San Francisco, Case No. 3:19-cv-02724 SK (N.D. Cal.); Maxwell v. Outagamie County No.: 2:20-CV-0386-WED (E.D. Wis.), Harris v. Georgia Department of Corrections, et al. Case No. 5:18-cv-365-TES, and Trivette v. Tennessee Department of Corrections Civil No. 3:20-cv-00276 (M.D. Ten. filed on Nov. 12, 2020). I have testified as an expert by deposition in the past four years in the cases of Norbert v. San Francisco County Sheriff's Department, City and County of San Francisco, Case No. 3:19-cv-02724 SK (N.D. Cal.), and Maxwell v. Outagamie County, No. 2:20-CV-0386-WED (E.D. Wis.). I have also testified in trial in the case of Norbert v. San Francisco County Sheriff's Department, City and County of San Francisco, Case No. 3:19-cv-02724 SK (N.D. Cal.).

He conducted Gap Analysis Assessments of the Jails for the County of Orange (ADA, Restrictive Housing, Access to Medical/Dental and Mental Health Care, LGBTQI), Santa Clara County (ADA and Use of Force), Sacramento County (ADA), and Shasta County (ADA).

He conducted security audits of Mexican prisons in coordination with International Narcotics and Law Enforcement Section of the United States Embassy.

He conducted Prevention of Sexual Abuse audits of Office of Refugee Resettlement shelter facilities throughout the United States.

He conducted a COVID-19 review at the Shasta County Jail.

## *Professional Experience*

- **April 2019 to Present**

Appointed as the Operational Monitor in the *Cole v. Santa Clara County* federal class-action lawsuit challenging access to programs, services, and activities at the Santa Clara County Jails (SCCJ) for Mobility Disabled incarcerated persons housed in the SCCJ.

- **June 2015 to Present**

Provided consultant services to Santa Clara, Shasta, and Sacramento County Jails. Conducted ADA Assessments (program and policies) and Use-of Force review at Santa Clara County Jail and Sacramento County Jail. Conducted ADA and Use-of–Force training to managers, supervisors, correctional deputies, medical/mental health staff, and other non-peace officer staff at Santa Clara County Jail. Training included Americans with Disabilities Act disability awareness.

- **March 2008 to May 2014, Chief of Court Compliance, Office of Audits and Court Compliance**

Responsible for the supervision of Facility Captains and 46 staff ensuring court-mandated compliance with the Department's Americans with Disabilities Act (ADA) programs for incarcerated persons and parolees with disabilities, the remedial policies approved by the courts in major class action lawsuits including, but not limited to, *Armstrong v. Schwarzenegger, Clark v. California, Valdivia v. Schwarzenegger, Lugo v. Schwarzenegger and Lancaster v. Schwarzenegger*. Providing general oversight of Facility Captain and Correctional Counselor II staff located at California Department of Corrections and Rehabilitation's (CDCR) Headquarters and at institutions throughout the state. Working collaboratively with staff from other CDCR divisions and offices impacted by the above listed court cases and with staff from other State agencies as



necessary. Reviewed and approved institutions American Correctional Association Standards & Accreditation reports that were conducted of CDCR institutions/facilities.

- **August 2007 to March 2008, Facility Captain; Division of Addiction and Recovery Services**

Supervise and train DARS' Correctional Counselors II/III. Provide administrative and technical expertise in the development and implementation of new in-prison Substance Abuse Programs (SAPs), and SAP policies and procedures. Perform in-prison SAP reviews for program effectiveness and make recommendations for improvement to the DARS Program Managers. Plans, organize, and direct the development, implementation, and administration of SAPs statewide. Provide management and supervision, to all Correctional Counselors II/III who have responsibility for statewide SAP monitoring, institution liaison, SAP program development and activation, and incarcerated person classification and custody issues. Investigate reports of incarcerated person, parolee, and contract staff misconduct and other regulation and rule infractions and recommend appropriate action. Evaluate the effectiveness of existing incarcerated person placement criteria and provide technical expertise in development of new placement programs designed to increase bed capacity. Liaison with in-prison SAP Contractor staff, Parole Agents, Correctional Counselors, incarcerated persons, incarcerated person families, the Legislature, the media, and the public on sensitive in-prison SAP issues. Liaisons with the Division of Adult Institutions, Division of Parole Operations, and other agencies, on SAP establishment and incarcerated person classification and placement issues. Liaison with key administrators at the University of California, San Diego, Pacific Southwest Addiction Transfer Center, concerning training and technical assistance issues for the statewide SAPs, and the University of California, Los Angeles, for program evaluation and continuous quality improvement issues. Serves as a member of the DARS Policy Advisory Committee and the DARS Continuous Quality Improvement Committee.

- **April 2006 to August 2007 Chief, Health Care Placement Unit; Division of Correctional Health Care Services**

Managed and directed the Population Management Unit supervising a multi-disciplinary team of three Correctional Counselor III's, two AGPA's and one OT. Coordinated with Health Care Regional Administrators, Mental Health Headquarters staff as well as clinical and custody staff in the field, in the direction, placement, and transportation of incarcerated persons/patients who need medical or psychiatric care, consistent with custody requirements and the Department's need to protect public safety. Was responsible for coordinating the development and implementation of Unit policies and systems with managers with DCHCS, as well as managers in other organizations such as; Classification Services Unit, Transportation Services Unit, Division of Adult Institutions, Board of Parole Hearings, Offender Information Services, Community Correctional Facilities, Division of Adult Parole Operations, Parole Outpatient Clinics, Department of Mental Health, County Jails and Community Hospitals and Medical Transportation Contractors.

Supervised the development and implementation of policies and systems that enabled the DCHCS to classify, endorse, place, and move incarcerated persons/patients in a manner which best met the incarcerated persons/patients' health care needs and protected public safety. Managed the reporting system, which enables the institutions and regional staff to rapidly communicate information regarding needed transfers of incarcerated persons/patients. Managed in conjunction with regional clinicians and the Institutions Division's Classification and Transportation Units, appropriate health care classification criteria that was used to evaluate incarcerated person/patient health care needs in relation to security requirements for placement and transportation of incarcerated persons/patients. Managed, in conjunction with the Division of Adult Institutions, Transportation Unit, policies and procedures, which promote the safe and timely transfer of incarcerated persons/patients, including the transport of difficult or exceptional cases.



Supervised the analysis and evaluation of health care transport needs, including those which could be met by private contractors and coordinated with health care regional administrative staff, Chief Medical Officers and Classification and Transportation staff the scheduling of incarcerated person/patient movement to ensure incarcerated persons/patients were moved in a safe and timely manner consistent with both health care needs and custody and security requirements on an ongoing basis. Provided the principal interface/liaison with Health Care Regional Administrators, Associate Director's, Chief Medical Officers, Wardens, DAPO Administrators, and others regarding the Population Management policies and systems to ensure the timely movement and continuity of care of incarcerated persons/patients requiring health services consistent with safety and security requirements. This included supervising the development and provision of training on Population Management issues.

- **August 2005 to April 2006 Facility Captain; California Medical Facility**

Managed planed, organized, and directed a progressive program for the custody, discipline, classification, treatment, employment, and recreation of incarcerated persons in a program that housed 1000 incarcerated persons including, 600 EOP's 100 DDP, 200 CCCMS and 100 GP's. Interpreted and carried out the policies of the Department of Corrections and Rehabilitation and the institution. Chaired the Unit Classification Committee, organized and conducted classification and other staff meetings for the proper placement of incarcerated persons in the academic and vocational education training and occupational programs. Interviewed and counseled incarcerated persons on their personal problems and selected incarcerated persons to be re-interviewed by members of the classification committee and treatment staff. Reviewed pre-release and board reports for the qualitative improvement of case understanding and recording. Managed the Unit's Incarcerated person Disciplinary Process. Established and maintained cooperative working relationships with the institution staff outside the unit; trained, supervised, and evaluated the work of assistants and took and/or recommended appropriate action. Supervised the maintenance of safety and sanitary living conditions within the unit.

- **July 2003 to August 2005 Correctional Counselor II Specialist; Court Compliance Section**

Performed a variety of tasks ensuring the implementation of effective standards and ongoing compliance and monitoring of constitutional requirements applicable to incarcerated persons. Worked with staff from other units/branches, divisions, and agencies in the development and implementation of new and revised policy, including DOM and Title 15 revisions affecting institution and parole operations and processes such as: incarcerated person appeals, custody and classification, disciplinary process, program assignments, services, activities, physical plant, etc. Had lead responsibility for Americans with Disabilities Act (ADA) projects, which required review of field operations to resolve local, or system wide ADA compliance issues. Had led responsibility to develop specialized data needed for CDCR administrators to make necessary decisions pertaining to institution missions, and designated housing or specialized programs for incarcerated persons with disabilities. Prepared reports and presented findings to appropriate administrators. Investigated and prepared written responses to inquiries and correspondence from plaintiffs' attorneys, state, and local agencies, concerned citizens, incarcerated persons and members of their family, etc. Researched and responded to verbal inquiries. Served as a liaison on cases in litigation impacting the Court Compliance Team. Participated in meetings/task force with other CDCR Divisions and/or units to resolve issues relative to incarcerated persons/parolees with disabilities. Developed and provided training to field staff on established policy for incarcerated persons with disabilities. Prepared proposals to secure resources for the support of programs for incarcerated persons with disabilities. Participated in and managed the audits and monitoring tours of CDCR institutions with plaintiffs' attorneys in class action lawsuits. Provided expertise and functional guidance to field ADA coordinators. Served as ADA liaison and expert resource within the Department and representing the Department to federal, state,



and local agencies and other persons and entities regarding incarcerated person and visitor accessibility issues and general ADA compliance. Provided staff support to the ADA Title II Warden's Advisory Group. Participated in compliance reviews, studies, projects, and task force groups regarding Title II of ADA.

- **July 2001 to July 2003 Correctional Counselor II Specialist; Classification Services Unit**
- Health Care Section

Developed and implemented the Developmental Disability Program to identify DDP incarcerated persons for classification endorsement and transfer of difficult to place incarcerated persons with disabilities. Monitored and ensured conformity of the DDP plan in the impacted DDP facilities. Tracked and monitored DDP incarcerated person placements to ensure appropriate placement. Prepared reports and presented findings to Executive staff and administrators. Assisted in the preparation of Departmental Review Board cases. Responded to inquiries from the public and elected officials. Prepared and processed PC 1170 (d) compassionate release requests for the Directors review. Case conferenced complex classification cases (disciplinary, medical and disability) with CSR's, CDO's, Facility Captains. Conducted Institutional Audits and Compliance Reviews of the Administrative Segregation-Due Process and Administrative Segregation Unit Bed Utilization Reviews.

- Special Assignment – Institution Services Unit, Litigation Management Section.

Member of the Harrington-Wisely vs. State of California Liability Assessment Team. Conducted site visits at specific institutions to gather pertinent statistical data and specific information related to the following areas: 1) discovery of contraband in visiting areas, 2) institutional drug-related offenses, 3) serious/violent incidents, 4) drug-related investigations, and 5) institutional drug interdiction efforts. Worked in cooperation with the Deputy Attorney General's Office representing the Department in this litigation.

- **1996–2000      Correctional Lieutenant      Institution Services Unit**
- Policy Coordination Section

Developed and reviewed departmental policy. Drafted Regulations, DOM, Administrative Bulletins, Informational Bulletins, and Instructional Memorandums for the areas of Visiting, Property, Incarcerated person Disciplinary process. Responded to inquiries from the public and elected officials. Conducted Institutional Compliance Reviews of the Incarcerated person Disciplinary Process.

- Disciplinary Compliance Review Section

Developed departmental policy related to incarcerated person discipline. Drafted Regulations, DOM, Administrative Bulletins, Informational Bulletins, Instructional Memorandums. Developed and conducted Institutional Audits and Compliance Reviews of the Administrative Segregation-Conditions of Confinement, Incarcerated person Disciplinary Process, Escape Prevention, Institution Security, and Institution Mailroom. Provided training at the Lieutenants Academy in the Disciplinary process and Incident Reporting. Conducted Incarcerated person Disciplinary training at institutional at Wardens request. Participated in numerous institutional Administrative Reviews for the Directorate. Responded to inquiries from the public and elected officials. Drafted Budget Change Proposals. Assigned as the Institutions Division Liaison for the Drug Reduction Strategy Pilot Project.

- **August 2000 to June 2001 Correctional Counselor II Specialist; Institution Services Unit**
- Disciplinary Compliance Review Section

Developed departmental policy related to incarcerated person discipline drugs and drug testing. Conducted Institutional Compliance Reviews of the Administrative Segregation-Conditions of Confinement and



Incarcerated person Disciplinary Process. Provided training at the Lieutenants Academy in the Disciplinary process and Incident Reporting.  Conducted Incarcerated person Disciplinary training at institutional at Wardens request.  Participated in numerous institutional Administrative Reviews for the Directorate. Responded to inquiries from the public and elected officials. Drafted Budget Change Proposals.  Assigned as the Institutions Division Liaison for the Drug Reduction Strategy Pilot Project.  Assisting in the implementation of a Statewide Drug Interdiction Plan.

- **1996–1996        Correctional Lieutenant        Valley State prison for Women**
- **1994–1996        Correctional Sergeant Instructor      R. A. McGee  Correctional Training Center**

Provided formal instruction to the Basic Correctional Officer Cadets attending the BCOA.  Curriculum included Peace Officer Standards and Training core curriculum, Report Writing, Physical Training, Firearms Familiarization, Chemical Agents, and numerous other class instructions.

- **1993–1994        Correctional Sergeant        California Medical Facility**
- **1992–1993        Correctional Sergeant Wasco State Prison**
- **1986–1992        Correctional Officer    California State Prison-Solano**

## *Education and Training*

- **1986 – Present**
- 12 Semester Units San Joaquin Delta College
- 4 Semester Units Sacramento City College
- 42 Semester Units Yuba College