

Sabot Consulting
101 Parkshore Drive
Suite 100
Folsom, CA  95630

Phone: 888.447.2268
Fax: 916.848.3451
www.sabotconsult.com
info@sabotconsult.com

## Robert Wahl Resume

### *Work History*

December 2012-Present; Founder/Principal Consultant Achieve Disability Access, Inc.

- Conduct property and facility inspections for construction related accessibility standards compliance on millions of square feet of businesses and properties.
- Provide general disability access standards compliance consulting.
- Perform risk management assessments for businesses.
- Self-Evaluation and Transition Plan development and updating.
- Plan check documents for new construction and tenant improvements.
- Provide staff training related to ADA compliance and best practices.
- Expert witness and alternative dispute resolution services.

Clients Served:

- Hensel Phelps
- HOK
- Ray Stone Inc.
- Basin Street Properties
- California State University, Chico
- City of Monterey
- Epic Global Real Estate Investors
- Colliers International
- Civil Justice Association
- Clifford & Brown Law Firm
- Creo Landscape Architects
- DPR Construction
- EMG
- KDH Law
- Law Offices of Samuel G. Grader
- MJB Construction
- Nor Cal Commercial Real Estate
- Porter Scott Law Firm
- RIM Architects
- Sheridan Clark, LLP Law Firm
- Numerous other independent businesses and organizations.



EXHIBIT J

Resume of Mr. Robert Wahl
Page 1 of 3



September 2018-December 2022; Parole Agent III (Retired) California Department of Corrections and Rehabilitation (CDCR)

Division of Adult Parole Operations (DAPO), Parole Litigation Management Unit (PLMU)

- Supervised investigations into allegations of noncompliance with the Armstrong Remedial Plan (ARP), the County Jail Plan, the Americans with Disabilities Act, or subsequent policies and memorandums.
- Answered plaintiffs' counsel's letters related to Armstrong and Clark class members.
- Responded to CDCR Form 602 Inmate/Parolee Appeal, 1824-B Parolee Request for Reasonable Accommodation, CDCR 2275-CJ Request for Reasonable Accommodations While In County Jail.
- Participated in Meet & Confers with PLMU, OACC, CAMU, OLA, CCHCS, TCMP, DRP, and exterior groups to include the California Attorney General's office and plaintiffs' counsel.
- Proficient with SOMS, DECS, ERMS, ALTS, and other CDCR programs.

April 2011- September 2018; Correctional Counselor II & III / Correctional Captain California Department of Corrections and Rehabilitation (CDCR)

Facility Planning, Construction and Management (FPCM)

- Serve as the disability access subject matter expert on an over $45 million State of California projects.
- Integral part in the Department's efforts to ensure statewide ADA compliance by participating in a self-evaluation and updated transition plan.
- Work collaboratively with diverse groups, including internal divisions and numerous external vendors and consultants to create an ADA Master Plan and coordinate construction for CDCR.
- Performed CASp inspections of hundreds of thousands of square feet of State of California building space and facility sites for compliance with the Americans with Disabilities Act Accessible Design Standards and California Building Code.
- Reviewed plans for State of California office and program space saving the State millions of dollars in improper design and potential construction.

June 2009-April; 2011, Correctional Counselor II (Specialist) California Department of Corrections and Rehabilitation (CDCR) Office of Audits and Court Compliance (OACC)

- Served as the Department's structural ADA Subject Matter Expert.
- Investigated and audited correctional facilities for compliance with the ARP, CRP, Title II of the ADA and Rehabilitation Act of 1973.
- Co-authored ADA training modules to establish best practices for emergency
- preparedness and evacuation procedures, effective communication and reasonable accommodations for individuals with disabilities.
- Equal Access and Effective Communication Policy and Program Development


## *Education*

Bachelor of Arts Degree, Organizational Communications (2007) California State University, Sacramento

## *Certifications*

California Certified Access Specialist (CASp #415) Exp. 4/2024

California Department of General Services, Division of the State Architect

Certified Accessibility Inspector/Plans Examiner (ICC# 8223557) International Code Council

Certified ADA Coordinator

ADA Coordinator Training Certification Program, University of Missouri

Certified Equal Employment Opportunity Counselor Department of Justice, Office of Civil Rights