UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH LEWIS, JR., *et al.*, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | CIVIL ACTION NO. 3:15-cv-00318 |
| v. | JUDGE SDD |
| BURL CAIN, Warden of the Louisiana State Penitentiary, in his official capacity, *et al.*, | MAGISTRATE RLB |
| Defendants. | |

**PLAINTIFFS' PROPOSED SPECIAL MASTERS/MONITORS**

Per the Court's November 6, 2023 Remedial Order, Plaintiffs submit the names of the following proposed Special Masters/Monitors to "develop proposed remedial plans, make recommendations regarding implementation and monitor implementation of remedial plans … to cure and eliminate the violations found in the Court's Liability Ruling and Remedial Ruling." ECF 779 at 1. The parties exchanged the resumes of their proposed Special Masters/Monitors and met and conferred on several occasions to discuss. The parties are in the process of evaluating each other's proposed candidates, and will update the Court no later than December 13, 2023 if the parties are able to come to an agreement on any or all of the Special Master/Monitor positions.[1]

### I.   PHYSICIAN SPECIAL MASTER/MONITOR

Plaintiffs' proposals for the Physician Special Master/Monitor position are:

1. **Dr. Benjamin Springgate, MD, MPH, FACP.** Dr. Benjamin Springgate is a

   Professor of Medicine, Health Policy, and Systems Management at LSU Health Sciences

---

[1] Defendants have filed Motions to Stay this case before both this Court and the Fifth Circuit that are currently pending. ECFs 783, 793-2. The resolution of these motions may impact the timing of the appointment of the Special Masters/Monitors and thus the timeframe for the development and submission of the proposed Remedial Plan to the Court (within 120 days of the appointment). ECF 779 at 3. Plaintiffs respectfully request the right to amend their list prior to the Court's appointment if any of these proposed candidates thereafter become unavailable.

1

Center-New Orleans, where he serves as Chief of Community and Population Medicine, Director of the Center for Healthcare Value and Equity, and Vice-Chair for Clinical Affairs of the Department of Medicine. A nationally known expert in clinical care and population health, Dr. Springgate advises local, state, and federal systems and policymakers on opportunities to improve population health and clinical care. Dr. Springgate has served as Senior Health Policy Advisor to the Orleans Parish Sheriff's Office ("OPSO"), Chief Health Officer for the New Orleans Public Schools, Senior Clinical Advisor to Louisiana Medicaid, Health Policy Fellow in the United States Senate, and is a Fellow in the Center for Clinical Standards and Quality at the Center for Medicare and Medicaid Services (CMS). From 2022 to October 2023, Dr. Springgate advised the Orleans Parish Sheriff on policies and improvement activities for health activities at the local jail (Orleans Justice Center), ranging from COVID-19 to overdoses, drawing from national standards for jails and prisons and helping OPSO apply them to the local context. Dr. Springgate practices internal medicine and addiction medicine at University Medical Center New Orleans, while also training medical students in quality of care, clinical medicine, and population health. Dr. Springgate's CV is attached as Exhibit A.

2. **Dr. Michele DiTomas, MD, MS.** Dr. Michele DiTomas has worked for the California Correctional Healthcare Services since 2007. She earned her MD from the University of California, San Francisco (UCSF), and is board-certified in both family medicine and hospice and palliative medicine. She began her career in correctional medicine in 2006 as a consultant to the California Department of Corrections through the UCSF Correctional Medicine Consultation Network where she was tasked with providing trainings, consultative services, and monitoring for system improvement under the

Federal Receivership. After a year of consultation she joined the department in order to continue working toward improved medical care. She is currently the statewide Chief Medical Executive of the California Correctional Healthcare Services over the Palliative Care Initiative, which strives to provide high quality care to those with serious, life-limiting illness. Dr. DiTomas worked as a consultant through the UCSF Criminal Justice and Aging Project to assist in training clinical and custodial staff on the special needs of the geriatric prisoner and the provision of compassionate end-of-life care to the Hawaii and New York Department of Corrections, as well as at Riker's Island Jail in New York City. She speaks frequently to students and educators in various forums in order to raise awareness including the UCSF School of Medicine, UC Davis School of Medicine, the UC Berkeley Human Rights Center, UC Berkeley School of Law and the UC Berkeley Institute on Aging. She previously supervised Dr. David Mathis, Defendants' Physician Expert during the Remedial phase of this litigation. Dr. DiTomas' CV is attached as Exhibit B.

3. **Dr. Lisa Pratt, MD, MPH.** Dr. Lisa Pratt serves as the Director of Jail Health Services, a section of the San Francisco Department of Public Health. Dr. Pratt provides health care to incarcerated adults in San Francisco including prevention, education, diagnosis and treatment of a wide variety of complex acute and chronic medical conditions. Dr. Pratt joined Jail Health Services in January 2016 from San Quentin State Prison where she served as the Chief Physician and Surgeon under a Federal Healthcare Receivership. She was a Correctional Health Consultant and Interim Chief Medical Offer for the Los Angeles Sheriff's Department where she reviewed care delivery processes and outcomes to create performance improvement measures and to monitor outcomes. Dr. Pratt worked as a Medical Staff Physician for the Correctional Medicine Consultation

Network at the University of California, San Francisco (UCSF) where she reviewed care delivery processes and outcomes using patient chart reviews, tracer methodology, death reviews, process observation, and policy and procedure review as part of the UCSF team engaged to review and improve all the healthcare delivered in California prisons. She redesigned San Quentin State Prison Medical Services in collaboration with CDCR leadership and a court-appointed Federal Receiver team. She is board-certified in internal medicine and addiction medicine, earning her Doctor of Medicine and Master of Public Health from Tufts University School of Medicine in Boston. Dr. Pratt completed her Internal Medicine training at UCSF. Dr. Pratt's CV is attached as Exhibit C.

## II.    NURSING SPECIAL MASTER/MONITOR

Plaintiffs' proposals for the Nursing Special Master/Monitor position are:

1. **Jackie Clark, RN, MN, MBA.** Ms. Clark has worked as a Registered Nurse for the past 38 years in the fields of nursing in Mental Health, Acute Care, and Corrections. She has been in executive leadership at San Quentin State Prison (Chief Executive Office for Health Care), Pelican Bay State Prison (Chief Nurse Executive for 4 years), San Francisco County Jail (Clinical Director and Director of Nurses for 5 years), and Los Angeles County Jail (Director of Health Care for 5 years). Over the past 20 years, she has also worked as a Court Appointed Monitor and/or Correctional System Expert in the California State Prison Receivership, Boscobel State Prison in Wisconsin, Youngstown Supermax Prison in Ohio, Santa Clara County Jail, Yuba County Jail, Marin County Jail, and Kedren Acute Mental Health Hospital. Ms. Clark's CV is attached as Exhibit D.

2. **Johnnie Lambert, RN, CCHP-A, LHRM.** Ms. Lambert is a Registered Nurse with over 26 years of experience in the field of correctional health. Her correctional experience includes healthcare administration, policy and procedure development and

4

implementation, nursing services, staff training, and quality improvement. As Health Services Administrator at DeKalb County Detention Facility in Decatur, Georgia, she worked with facility administration and the Court-Appointed Monitor to close out a settlement agreement by reorganizing the medical department and implementing changes guaranteeing improved access to care for patients. As contract monitor for the state of Alabama, she visited all prisons located in the state to ensure adherence to NCCHC correctional care standards and terms of the settlement agreement in place at the time. Her visits included facility inspections, discussions with and monitoring of healthcare staff, and interviews with patients to monitor access to care and other medical services. From 2005-2015 she was employed by Armor Correctional Health Services, Inc. to create and manage the Medical Policy and Procedures for the company and to monitor compliance with standards, CQI requirements, and State and Federal Guidelines. She is a lead surveyor for NCCHC and has worked with NCCHC Resources Inc. on Policy and Procedure Development for Jails seeking Accreditation. Ms. Lambert's CV is attached as Exhibit E.

### III.    ADA/RA SPECIAL MASTER/MONITOR

Plaintiffs' proposals for the ADA/RA Special Master/Monitor position are:

1. **Aaron Fischer.** Mr. Fischer specializes in complex litigation, independent investigations, and systems improvement, with a focus on disability law requirements in detention facilities. At Disability Rights California (the state's protection and advocacy system for people with disabilities) he led investigations and system development efforts in several detention systems and psychiatric facilities, completing reports and making recommendations on disability law compliance. He was a primary drafter of three remedial plans for Americans with Disabilities Act (ADA) compliance in California

detention systems (Orange County Jail, Sacramento County Jail, and Santa Barbara County Jail). He is the court-appointed monitor on implementation of the ADA/Disability remedial plan in *Mays v. County of Sacramento* at request of the County. Prior to his work at Disability Rights California, he served on the class counsel team monitoring remedial plan implementation in cases involving people with disabilities and serious mental illness in California's state prison system. He has also been retained by and consulted directly with government agencies on disability-related accessibility requirements in public facilities. Mr. Fischer's CV is attached as Exhibit F.

2. **William Van Der Pol.** Mr. Van Der Pol has been employed by the Alabama Disability Advocacy Program (ADAP) for over 10 years. ADAP is Alabama's Protection and Advocacy Program. The Protection and Advocacy system is a nationwide system of federally funded groups (one per state) who are mandated to protect the interests of individuals with disabilities through various mechanisms. At ADAP he is lead counsel for the ADA class in *Braggs v. Hamm* and Court Monitor for the Settlement Agreement designed to remedy a multitude of ADA violations for the entire Alabama Department of Corrections (ADOC) system of 14 major facilities and 12 work release centers, involving approximately 20,000 people and more than 6,000 people found to have some form of a disability. That agreement required the creation of a functional accommodation request and tracking system, modification of policies and practices, an auditing and quality assurance program, and training of ADA coordinators and all correctional staff. As Court Monitor, Mr. Van Der Pol monitors compliance by reviewing documents, making site visits, and discussing areas of concern with ADOC. Mr. Van Der Pol's CV is attached as Exhibit G.

/s/ Lydia Wright
Lydia Wright, La. Bar No. 37926
Nishi Kumar, La. Bar No. 37415
Samantha Bosalavage, La. Bar No. 39808
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
Telephone: (504) 529-5955
Facsimile: (504) 595-8006
Email: lwright@defendla.org

Jeffrey B. Dubner (*pro hac vice*)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Telephone: (202) 771-1773
Email: jdubner@democracyforward.org

Bruce Hamilton, La Bar No. 33170
Emily Lubin, La. Bar No. 38823
Southern Poverty Law Center
201 Saint Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Telephone: (504) 352-4398
Facsimile: (504) 291-6763
Email: bruce.hamilton@splcenter.org

Daniel A. Small (*pro hac vice*)
Brendan Schneiderman (*pro hac vice*)
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: dsmall@cohenmilstein.com

Nora Ahmed (*pro hac vice*)
ACLU Foundation of Louisiana
P.O. Box 56157
New Orleans, Louisiana 70156
Telephone: (504) 522-0628
Facsimile: (504) 613-6511
Email: nahmed@laaclu.org

Ronald K. Lospennato, La. Bar No. 32191
Disability Rights Louisiana
8325 Oak St.
New Orleans, LA 700118

7

Telephone: (504) 522-0628  
Facsimile: (888) 534-2996  
Email: rlospennato@advocacyla.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Nishi Kumar*

Nishi Kumar