# EXHIBIT F

# Aaron J. Fischer, Esq.

| | |
|---|---|
| 1400 Shattuck Avenue, Ste. 12, #344 | Email:   ajf@aaronfischerlaw.com |
| Berkeley, CA 94709 | Phone:   (510) 806-7366 |
| | Website: www.aaronfischerlaw.com |

### PROFESSIONAL PROFILE

*Experienced lawyer with specialty in disability rights, complex litigation, and the monitoring/investigation of public and private entities on compliance with legal and constitutional requirements. Significant experience with detention facility conditions, mental health care, and disability law compliance.*

### STATE BAR ADMISSIONS

- State Bar of California, No. 247391
- New York State Bar, No. 4835500
- District of Columbia Bar, No. 974555

### EXPERIENCE

**Law Office of Aaron J. Fischer**                                              February 2021 - Present
San Francisco Bay Area-based law office representing individuals and organizations in civil litigation.  Practice areas include: disability rights; class actions and complex litigation; detention facility conditions; employment counseling, contracts and litigation; education law; investigations and compliance management.

**Disability Rights California,** Oakland, CA                          May 2016 – February 2021
*Litigation Counsel*
Led and oversaw class and complex litigation, with emphasis on treatment of people with psychiatric and other disabilities.  Served as lead counsel in multiple class action litigations challenging conditions of confinement in detention facilities, state hospitals, and crisis care facilities.  Managed investigations of treatment of people with disabilities.  Provided testimony to state agencies and legislative bodies on policy issues affecting people with disabilities.

**Rosen Bien Galvan & Grunfeld LLP,** San Francisco, CA     October 2010 – May 2016
*Attorney*
General and complex civil litigation at trial court and appellate levels.  Practice areas include civil rights, disability rights, employment, business, intellectual property, and attorneys' fees.

**U.S. District Court, Southern District of New York**  October 2009 – October 2010
*Law Clerk to the Honorable Kimba M. Wood*
Completed research and writing on motions and trial proceedings, with focus on civil litigation. Prepared court memos for judge sitting by designation on Court of Appeals for Second Circuit.

**U.S. District Court, Eastern District of New York**  August 2008 – September 2009
*Law Clerk to the Honorable Jack B. Weinstein*
Completed research and writing pertaining to dispositive, discovery, evidentiary, and other motions in federal litigation. Contributed to adjudication of numerous criminal and civil trials.

**The Children's Law Center,** Washington, D.C.  October 2006 – August 2008
*Skadden Fellow, Staff Attorney*
Represented teenage and child clients with disabilities and complex medical conditions in administrative due process hearings and in federal court. Advocated for appropriate special education services and reasonable accommodations under ADA and Section 504. Provided direct legal services related to school discipline, housing, and public benefits.

**Goldstein Demchak Baller Borgen & Dardarian,** Oakland, CA  Summer 2005
*Summer Associate*
Engaged in all aspects of class action litigation regarding wage/hour and employment matters.

## EDUCATION

**Columbia Law School**  J.D. 2006
*Honors*: Skadden Fellowship, Harlan Fiske Stone Scholar
Teaching Assistant, Law & Education

**University of California, Berkeley**  B.A. 2003
*Awards*: Departmental Commencement Speaker, Dean's List, Phi Beta Kappa
Sociology Honors Program Thesis: *Unequal Participation, Unequal Outcomes: Minority Participation in Diabetes Care*

## PROFESSIONAL MEMBERSHIPS & COMMUNITY SERVICE

- Chair, American Diabetes Association Legal Advocacy Subcommittee
- President, Board of Directors, Jewish Community Center-East Bay
- Institutional Review Board (IRB) Member, Committee on Human Research, University of California-San Francisco

**PROFESSIONAL HONORS & AWARDS**

- [Jack Berman Award of Achievement](#) for Distinguished Service to the Profession and the Public, 2014, California State Bar Association (now the California Lawyers Association)
- Northern California Super Lawyers, Rising Star, 2012, 2013, 2014, 2015, 2016

**REPRESENTATIVE AND PUBLISHED CASES**

- *Guerra v. Los Angeles Community College District,* 812 Fed.Appx. 612 (9th Cir. 2020) (case on behalf of students with mobility disabilities denied accommodations and access on campus)
- *Disability Rights California v. County of Alameda* (N.D. Cal., filed 2020) (*Olmstead* lawsuit on behalf of people with mental health disabilities at risk of unnecessary institutionalization)
- *Mays v. County of Sacramento* (E.D. Cal., filed 2018) (Consent Decree in disability and conditions class action on behalf of ~4,000 people incarcerated in county jail)
- *Murray v. County of Santa Barbara* (C.D. Cal., filed 2017) (Stipulated Judgment of disability and conditions class action on behalf of ~1,000 people incarcerated in county jail)
- *Hernandez v. County of Monterey*, 305 F.R.D. 132 (N.D. Cal. 2015)
- *Coleman v. Brown*, 28 F. Supp. 3d 1068 (E.D. Cal. 2014) (re: Solitary Confinement of Prisoners with Mental Illness)
- *Coleman v. Brown*, 938 F. Supp. 2d 955 (E.D. Cal. 2013) (re: Denial of State's Motion to Terminate Prisoners' Access to Mental Health Treatment Class Action)
- *Prasad v. County of Sutter*, 958 F. Supp. 2d 1101 (E.D. Cal. 2013)

**SELECT PRESENTATIONS AND SPEAKING ENGAGEMENTS**

- "Working for Free? The Future of Class Representative Service Payments," Impact Fund Class Action Conference, February 25, 2021.
- "Perspectives on Serving Sentences in Jails and Prisons," Committee on Revision of the Penal Code of the California Law Revision Commission (Cal. Gov't Code § 8280), July 23, 2020.
- "Preventing Adult Mis-incarceration: Community-Based Service Models and Advocacy for Jail Inmates," National Disability Rights Network Annual Conference, June 9, 2020.
- Conflicts of Interests and Ethics Training, Continuing Legal Education Seminar, February 12, 2020.

- Presentation to the Judicial Council of California, Pretrial Reform and Operations Workgroup, February 10, 2020.
- "Disability Rights and Immigrants," Plenary Session, Jacobus tenBroek Law Symposium (Baltimore, MD), March 26, 2019.
- Presentation on Immigration Detention Conditions Investigation, California State Senate Mental Health Caucus (Sacramento, CA), March 13, 2019.
- Keynote Address, American Diabetes Association Napa Valley Tour de Cure Champions Dinner, May 5, 2018.
- "Pretrial Detention: Offenders with Special Needs," Judicial Council of California, Pretrial Detention Reform Workgroup, May 16, 2017.
- "Disability Law and Diabetes In the Workplace & Beyond," San Francisco General Hospital, September 13, 2016.
- "From Prison to Reentry: The Rights of Individuals with Disabilities," Legal Aid Society-Employment Law Center Elizabeth J. Cabraser Series, July 28, 2015.
- "Litigating Diabetes Discrimination under the ADA," National Bar Association Annual Conference, Los Angeles, July 21, 2015.
- "Diabetes and Disability Rights: Working Effectively with Medical Providers to Achieve Success in Addressing Accommodation Needs and Discrimination," The Bar Association San Francisco, Continuing Legal Education, August 26, 2014.
- "Legal Advocacy 101 for Health Care Professionals," National Webinar Training, June 18, 2013.

## **SELECT PUBLICATIONS**

- [Opinion: San Diego Still Needs Effective Jail Oversight](), *San Diego Union-Tribune*, July 14, 2021.
- [Jack Weinstein at 100: A Visionary for Our Legal Institutions in 2021](), *Daily Journal* (Los Angeles & San Francisco), March 3, 2021.
- [There Is No Safety Here: The Dangers for People with Mental Illness and Other Disabilities in Immigration Detention at GEO Group's Adelanto ICE Processing Center](), *Disability Rights California Investigation Report*, March 2019.
- [Suicides in San Diego County Jail: A System Failing People with Mental Illness](), *Disability Rights California Investigation Report*, April 2018.
- [Disabled lives matter, too](), *Sacramento Bee*, February 5, 2018.
- [The Rights of Transgender Prisoners](), *Los Angeles Daily Journal*, June 17, 2015.
- [Working with Diabetes](), *Oakland Business Review*, November 2012.
- [How Businesses Can Protect Their Valuable Trade Secrets]()," *San Francisco Daily Journal*, September 26, 2011.