# EXHIBIT G

# WILLIAM VAN DER POL JR.
22518 Iron Masters Loop      McCalla, AL 35111
bvander3@gmail.com
(205) 614-1732

**EXPERIENCE**

**Alabama Disabilities Advocacy Program**                                                                  Tuscaloosa, AL
Senior Trial Counsel, May, 2013 to present
- ADAP's lead attorney in *Braggs v. Dunn*, ongoing lawsuit against Alabama Department of Corrections including claims under § 1983 related to violations of due process and inadequate provision of mental health care as well as claims under the Americans with Disabilities Act. Overall lead class counsel concerning the ADA claims.
- The current total of materials turned over to Plaintiff's counsel to date is over three million pages of medical records, ADOC reports and procedures, and other related documents.
- Negotiated a settlement agreement with Alabama Department of Corrections that builds their ADA system from the ground up, including a process for accommodations requests, an identification and tracking system for accommodations,,a transition plan necessitating architectural changes, and provision of an Adaptive Behavior/Life Skills Training course to be provided to individuals with intellectual or cognitive deficits.  The agreed upon Transition Plan was over 1200 pages of modification to architectural barriers and practices to ensure compliance with the ADA.  I provided three consequivite years of training for ADA coordinators and Correctional officers on their legal responsibilities under the ADA  These training are still in use by the Alabama Department of Corrections.
- Lead Court Monitor of the ADA Consent Decree to ensure compliance with the provisions of the Order and the ADA from 2017 to date.
- Lead attorney in *Hunter v. Beshear*, an ongoing federal lawsuit against the Alabama Department of Mental Health involving wait time for individuals deamed to be in need of competency evaluation and/or competency restoration.
- Class counsel concerning ADA accommodation for voters throughout Alabama on multiple cases.  *People First v. Merrill* involved a variety of claims including ADA accommodations for voters during the COVID crisis. In the ongoing *National Federation for the Blind v. Merrill*, Plaintiffs seek access to an accessible absentee ballot for individuals with vision or print disabilities.

**Senior Public Defender, Morgan County, Indiana**                                                      Martinsville, IN
June, 1984 to May, 2013
- As the Senior Public Defender, I was regularly assigned the most challenging cases.  I have represented, as Lead or Co-Counsel, four individuals in which the Death Penalty was sought.  In that role, I had to supervise other attorneys, investigators, and support staff.  I was also responsible for the selection and preparation of numerous expert witnesses.
- In my role as Senior Public Defender, I mentored new attorneys.
- I help create a Mental Health Court which was designed to divert criminal defendants with serious mental health issues from the criminal justice system into mental health treatment.
- As the numbers of mentally ill criminal defendants significantly increased over the years, I was exclusively assigned inmates with serious mental health, developmental or intellectual disabilities, and serious physical disabilities, in both criminal and civil court.  In that capacity, I have represented well over two thousand persons with disabilities.

**ADMISSIONS AND LICENSES**

**STATE**
Alabama (2013) – Bar No. 2112-I14F
Indiana State Bar (1984) – 2128-55 (inactive)

**FEDERAL**
United States Distrist Courts for the Northern, Middle, and Southern Districts of Alabama (2013)
United States District Courts for the Northern and Southern Districts of Indiana (1985)
United States Court of Appeals, Seventh Circuit (2002)
United States Court of Appeals, Eleventh Circuit (2015)
Supreme Court of the United States (1992)

**EDUCATION**

**Indiana University School of Law – Indianapolis**                                    Indianapolis, IN
*Juris Doctor*, May 1984

**Indiana University**                                                                  Bloomington, IN
*Bachelor of Science* Political Science and Forensic Sciences, May 1981


**PRESENTATIONS AND AWARDS**

Phi Beta Kappa, Indiana University (1984)

Prior lecturer on more than ten occasions on various topics to the Indiana Public Defenders Counsel
    and the Indiana Judical College
    *Topics*:  General trial practices, Death Penalty trial practices, DNA forensic technologies
    and laboratory procedures courtroom implicantions and considerations for defendants with disabilities.

Presentations to the National Disabilities Rights Network

   *2019*
   - Challenging and Remedying Correctional Practices Violating the Rights of Individuals with Disabilities.  (June 4, 2019)
   - Post Litigation Planning  (June 6, 2019)
   - The Use of Associational and Organizational Standing in Prison Litigation  (June 6, 2019)

   *2020*
   - The Americans with Disabilities Act in Prison  (June, 2020)

   *2021*
   - 14th Amendment Considerations and Claims Involving Inmates on Involuntary Medication Orders in State Prison  (June, 2021)
   - ADA Claims in Voting Cases  (June 2021)

   *2022*
   - Litigating a Mental Health Prison Case  (June 2022)
   - The Implication and Effects of Correctional Officer Understaffing (October 23, 2022)

2