

# United States District Court
## Middle District of Louisiana
### Office of the Clerk

Michael L. McConnell
Clerk of Court

Telephone: 225-389-3500
Facsimile: 225-389-3501

**RECEIVED**
JAN 25 2024
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

January 16, 2024

Samantha Nicole Bosalavage
Promise of Justice Initiative
1024 Elysian Fields Ave
New Orleans, LA 70117

Re: USDC Case No. 3:15-cv-00318-SDD-RLB; Lewis et al v. Cain et al
    USCA Case No. 23-30825

Dear Counsel,

Per your request, provided is a flash drive which contains the trial exhibits in this matter. We ask that you sign and date the enclosed copy and return to us. Thank you.

Sincerely,
Michael L. McConnell, Clerk

BY: _Elisa Clement_
Deputy Clerk

Received By: _[signature]_

Date: _1/22/2024_

Samantha Bosalavage
THE PROMISE OF JUSTICE INITIATIVE
1024 ELYSIAN FIELDS AVENUE
NEW ORLEANS, LA 70117

SCREENED OK
U.S. MARSHAL

NEW ORLEANS LA 700
23 JAN 2024 AM 2

US POSTAGE
quadient
FIRST-CLASS MAIL
$000.64⁰
01/22/2024 ZIP 70117
042L14833655

Michael L. McConnell, Clerk of Court
777 Florida St. Ste. 139
Baton Rouge, LA 70801-1712

70801-171259