**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| JOSEPH LEWIS, JR., *et al.*, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | CIVIL ACTION NO. 3:15-cv-318 |
| v. | JUDGE SDD |
| BURL CAIN, Warden of the Louisiana State Penitentiary, in his official capacity, *et al.*, | MAGISTRATE RLB |
| Defendants. | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

NOW INTO COURT comes Plaintiffs, who respectfully move to withdraw Lydia Wright (La. Bar No. 37926) as counsel of record in the above-captioned matter.  Ms. Wright's employment with the Promise of Justice Initiative will conclude on February 1, 2025. All other counsel of record for Plaintiffs consent to this motion and shall remain counsel for Plaintiffs. There is no indication that this withdrawal will cause any disruption in representation or ongoing litigation as a result.

Wherefore, undersigned counsel respectfully requests to withdraw Lydia Wright as counsel of record in this matter.

Respectfully submitted this 27th day of January, 2025,

/s/ Lydia Wright_____
Lydia Wright, La. Bar No. 37926
THE PROMISE OF JUSTICE INITIATIVE
1024 Elysian Fields Avenue
New Orleans, LA 70117
Tel: (504) 529-5955
lwright@defendla.org

1