**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| JOSEPH LEWIS, JR., *et al.*, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | CIVIL ACTION NO. 3:15-cv-318 |
| v. | JUDGE SDD |
| BURL CAIN, Warden of the Louisiana State Penitentiary, in his official capacity, *et al.*, | MAGISTRATE RLB |
| Defendants. | |

**PROPOSED ORDER**

Considering Plaintiffs' Motion to Withdraw as Counsel of Record, it is hereby ORDERED that the Motion is GRANTED. Attorney Lydia Wright is hereby withdrawn as counsel of record for Plaintiffs.

Signed in Baton Rouge, Louisiana, this ___ day of _____, 2025.

_____
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA