**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| JOSEPH LEWIS, JR., *et al.*, on behalf of themselves and all others similarly situated, | Civil Action No. 3:15-cv-318 |
| Plaintiffs, | |
| v. | CHIEF JUDGE SHELLY D. DICK |
| BURL CAIN, Warden of the Louisiana State Penitentiary, in his official capacity, *et al.*, | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |
| Defendants. | |

## <u>MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>

NOW INTO COURT, through undersigned counsel, comes Defendants, who respectfully request that JOHN C. CONINE, JR. (La. Bar Roll No. 36834) be allowed to withdraw as counsel of record for Defendants in the above-captioned matter. Mr. Conine's employment with Shows, Cali & Walsh, L.L.P. will conclude on January 30, 2025. All other counsel of record for Defendants consent to this motion and shall remain counsel for Defendants. There is no indication that this withdrawal will cause any disruption in representation or ongoing litigation as a result.

WHEREFORE, undersigned counsel respectfully requests that JOHN C. CONINE, JR. be withdrawn as counsel of record for Defendants in the above-captioned matter.

Respectfully submitted,

**LIZ MURRILL,**
**ATTORNEY GENERAL**

**BUTLER SNOW LLP**
445 North Boulevard, Suite 300 (70802)
P.O. Box 2997
Baton Rouge, Louisiana 70821-2997
Telephone: (225) 325-8700
Facsimile: (225) 325-8800

1

Randal J. Robert (#21840)
Connell L. Archey (#20086)
Keith J. Fernandez (#33124)
Allena W. McCain (#38830)
*Special Assistant Attorneys General*
Email: randy.robert@butlersnow.com
connell.archey@butlersnow.com
keith.fernandez@butlersnow.com
allena.mccain@butlersnow.com


**SHOWS, CALI & WALSH, L.L.P.**
By: */s/ John C. Conine, Jr.*
Jeffrey K. Cody (#28536)
Caroline M. Tomeny (#34120)
John C. Conine, Jr. (#36834)
*Special Assistant Attorneys General*
628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, LA 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-1467
Email: jeffreyc@scwllp.com
caroline@scwllp.com
coninej@scwllp.com

*Counsel for Defendants*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of January, 2025, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, and notice will be sent to all counsel by operation of the court's electronic filing system.


*s/ John C. Conine, Jr.*
JOHN C. Conine, Jr.

2