**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| JOSEPH LEWIS, JR., *et al.*, on behalf of themselves and all others similarly situated, | Civil Action No. 3:15-cv-318 |
| Plaintiffs, | |
| v. | CHIEF JUDGE SHELLY D. DICK |
| BURL CAIN, Warden of the Louisiana State Penitentiary, in his official capacity, *et al.*, | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |
| Defendant. | |

**ORDER**

Considering Defendants' *Motion to Withdraw as Counsel of Record*,

**IT IS HEREBY ORDERED** that the Motion is GRANTED. Attorney John C. Conine, Jr. of the law firm Shows, Cali & Walsh, L.L.P., is hereby withdrawn as counsel of record for Defendants in this matter.

Signed in Baton Rouge, Louisiana, on this _____ day of _____, 2025.


_____
JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA