**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

JOSEPH LEWIS, JR., *et al.*, on behalf of
themselves and all others similarly situated,

Plaintiffs,

v.

BURL CAIN, Warden of the Louisiana State
Penitentiary, in his official capacity, *et al.*,

Defendants.

CIVIL ACTION NO. 3:15-cv-00318

JUDGE:  SDD

MAGISTRATE:  RLB

**EX PARTE MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83(b)(8), Emily B. Lubin, a member of the bar of this Court, hereby moves for the admission of Nicholas Taichi Steiner to appear *pro hac vice* in the above-captioned matter, as co-counsel in the matter of *Lewis v. Cain*, case no. 15-cv-00318.  In consideration of this motion, the following facts support his application:

Mr. Steiner is a licensed attorney admitted to practice in the State of Maryland.  He is a member in good standing of the Maryland State Bar (Bar No. 1512160294), where he resides.

Pursuant to Local Civil Rule 83(b)(8), a declaration under oath by Mr. Steiner is attached here as Exhibit A swearing that no disciplinary proceedings or criminal charges have been instituted against him.  Also, pursuant to Local Rule 83(b)(8), a Certificate of Good Standing from the Supreme Court of the State of Maryland is attached to Mr. Steiner's declaration.

Mr. Steiner's contact information is as follows: Nicholas Taichi Steiner, Southern Poverty Law Center, 1101 17th Street, NW, Suite 550, Washington, DC 20036; Phone: (301) 233-5747; Email: nick.steiner@splcenter.org.

The undersigned local counsel understands that she will be responsible to the Court at all

stages of the proceedings and that she must co-sign all documents filed in this matter.

Respectfully submitted, this 28th day of April, 2026.

/s/ Emily B. Lubin

Emily B. Lubin, La. Bar No. 38823
Southern Poverty Law Center
201 Saint Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Telephone: (225) 316-6709
Email: emily.lubin@splcenter.org

Samantha Bosalavage Pourciau, La. Bar No. 39808
Nishi Kumar, La. Bar No. 37415
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
Telephone: (504) 529-5955
Facsimile: (504) 595-8006
Email: Sbosalavage@defendla.org

Brooke Menschel (*pro hac vice)*
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Telephone: (202) 448-9090
Email: bmenschel@democracyforward.org

Daniel A. Small (*pro hac vice*)
Brendan R. Schneiderman (*pro hac vice*)
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: bschneiderman@cohenmilstein.com

*Counsel for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 28, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

*/s/Emily B. Lubin*

EMILY B. LUBIN