# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| JOSEPH LEWIS, JR., *et al.*, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>BURL CAIN, Warden of the Louisiana State Penitentiary, in his official capacity, *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 3:15-cv-00318<br><br>JUDGE:  SDD<br><br>MAGISTRATE:  RLB |

**DECLARATION OF NICHOLAS TAICHI STEINER IN SUPPORT OF**
**EX PARTE MOTION FOR ADMISSION *PRO HAC VICE***

I, Nicholas Taichi Steiner, declare the following:

I.  I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

II.  No disciplinary proceedings or criminal charges have been instituted against me.

III. I am currently a member in good standing of the Maryland State Bar (Bar No. 1512160294).

IV. A Certificate of Good Standing from the Supreme Court of the State of Maryland is attached to this declaration as an exhibit.

V. I declare under penalty of perjury that the foregoing is true and correct. Furthermore, I do solemnly swear that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

Executed on April 28, 2026.

Respectfully submitted by:

*/s/ Nicholas Taichi Steiner*

Nicholas Taichi Steiner
**SOUTHERN POVERTY LAW CENTER**
1101 17th Street, NW, Suite 550
Washington, DC 20036
Telephone: (301) 233-5747
nick.steiner@splcenter.org

2