**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| JOSEPH LEWIS, JR., *et al.*, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | CIVIL ACTION NO. 3:15-cv-00318 |
| v. | JUDGE:  SDD |
| BURL CAIN, Warden of the Louisiana State Penitentiary, in his official capacity, *et al.*, | MAGISTRATE:  RLB |
| Defendants. | |

## <u>ORDER</u>

Considering the foregoing *Ex Parte Motion for Admission Pro Hac Vice*, **IT IS HEREBY ORDERED** that attorney **Nicholas Taichi Steiner** be enrolled as counsel of record in the above captioned matter.

Signed in Baton Rouge, Louisiana, this _____ day of _____, 2026.


_____
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1