## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

JOSEPH LEWIS, JR. ET AL.,

Plaintiffs,

v.

BURL CAIN, ET AL.,

Defendants.

Civil Docket No.: 3:15-CV-00318

Chief Judge Shelly Dick

Magistrate Judge Richard Bourgeois

### MOTION TO WITHDRAW APPEARANCE OF NORA AHMED

**NOW COMES** NORA AHMED of the legal organization ACLU FOUNDATION OF LOUISIANA, who respectfully moves this Court for an Order allowing her to withdraw herself as co-counsel of record for the Plaintiffs, Joseph Lewis, Jr., Kentrell Parker, Farrell Sampier, Reginald George, John Tonubbee, Otto Barrera, Clyde Carter, Cedric Evans, Edward Giovanni, Ricky D. Davis, Lionel Tolbert, and Rufus White. Plaintiffs will continue to be represented by Cecelia Kappel, Michael Allen, Samantha Pourciau, Erica Navalance, and Nishi Kumar of Promise of Justice Initiative; Mercedes Montagnes of Defend Louisiana; Daniel Small and Brendan Schneiderman of Cohen Milstein Sellers & Toll PLLC; Emily Lubin, Susan Meyers, and Nicholas Steiner of Southern Poverty Law Center; Melanie Bray of Disability Rights Louisiana; and Brooke Menschel of Democracy Forward.

**WHEREFORE,** Nora Ahmed prays that this Court enter an Order permitting Nora Ahmed to withdraw as counsel of record for Plaintiffs in this proceeding.

Date: May 7, 2026                              Respectfully submitted,

_/s/ Nora Ahmed_
Nora Ahmed (*pro hac vice*)
ACLU FOUNDATION OF LOUISIANA
1340 Poydras Street, Suite 2160
New Orleans, Louisiana 70112
Telephone: (504) 522-0628

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Motion to Withdraw has been served on all counsel of record by using the CM/ECF system on the 7th day of May 2026.

*/s/ Nora Ahmed*
Nora Ahmed (*pro hac vice*)