## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

JOSEPH LEWIS, JR. ET AL.,

    Plaintiffs,

      v.

BURL CAIN, ET AL.,

    Defendants.

Civil Docket No.: 3:15-CV-00318

Chief Judge Shelly Dick

Magistrate Judge Richard Bourgeois

## ORDER

Considering the foregoing *Motion to Withdraw Counsel of Record* filed by Nora Ahmed,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Nora Ahmed of the

ACLU FOUNDATION OF LOUISIANA is hereby withdrawn as co-counsel of record for the

Plaintiffs.

**THUS DONE AND SIGNED** on this the _____ day of _____, 2026.

_____
Hon. Shelly D. Dick
United States District Court Judge