UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPH LEWIS, JR., KENTRELL PARKER, FARRELL SAMPIER, REGINALD GEORGE, JOHN TONUBBEE, OTTO BARRERA, CLYDE CARTER, CEDRIC EVANS, EDWARD GIOVANNI, RICKY D. DAVIS, LIONEL TOLBERT, and RUFUS WHITE, on behalf of themselves and all others similarly situated, | * * * * * * * * * | CIVIL ACTION NO. 3:15-cv-00318 JUDGE SHELLY D. DICK MAGISTRATE JUDGE RICHARD L. BOURGEOIS |
| VERSUS | * * | |
| BURL CAIN, Warden of the Louisiana State Penitentiary, in his official capacity; STEPHANIE LEMARTINIERE, Assistant Warden for Health Services, in her official Capacity; JAMES M. LEBLANC, Secretary of THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS | * * * * * * * * | |

## MOTION TO ENROLL ADDITIONAL COUNSEL

**NOW INTO COURT**, through undersigned counsel, come all Defendants, who file this *Motion to Enroll Additional Counsel* in this proceeding.

Defendants request that Morgan Brungard (Louisiana Bar #40298), Deputy Solicitor General for the Louisiana Attorney General, 1885 N. 3rd Street, Baton Rouge, Louisiana 70802, and Evan Young (Louisiana Bar # 41462), Butler Snow LLP, 445 North Blvd #300, Baton Rouge, LA 70802, be enrolled as additional counsel of record representing all defendants in the captioned litigation.

WHEREFORE, the Defendants respectfully move this Honorable Court for an Order enrolling Morgan Brungard and Evan Young as additional counsel of record for all defendants in this proceeding.

Respectfully submitted on this 15th day of May, 2026.

Respectfully Submitted:

100752371.v1

BUTLER SNOW LLP
445 North Boulevard, Suite 300 (70802)
P. O. Box 2997
Baton Rouge, Louisiana 70821-2997
Telephone: (225) 325-8700
Facsimile: (225) 325-8800

By: */s/ Randal J. Robert*
      Randal J. Robert (#13800)
      Connell L. Archey (#29992)
      Keith J. Fernandez (#33124)
      Email: Randy.Robert@butlersnow.com
             Connell.Archey@butlersnow.com
             Keith.Fernandez@butlersnow.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May, 2026 I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Randal J. Robert*
Randal J. Robert

2

100752371.v1