UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JOSEPH LEWIS, JR., KENTRELL PARKER,    \*        CIVIL ACTION
FARRELL SAMPIER, REGINALD             \*
GEORGE, JOHN TONUBBEE, OTTO          \*        NO. 3:15-cv-00318
BARRERA, CLYDE CARTER, CEDRIC       \*
EVANS, EDWARD GIOVANNI, RICKY D.    \*        JUDGE SHELLY D. DICK
DAVIS, LIONEL TOLBERT, and RUFUS     \*
WHITE, on behalf of themselves and all     \*        MAGISTRATE JUDGE
others similarly situated,                \*        RICHARD L. BOURGEOIS
                                  \*

VERSUS                             \*
                                  \*

BURL CAIN, Warden of the Louisiana State  \*
Penitentiary, in his official capacity;      \*
STEPHANIE LEMARTINIERE, Assistant    \*
Warden for Health Services, in her official  \*
Capacity; JAMES M. LEBLANC, Secretary of \*
THE LOUISIANA DEPARTMENT OF      \*
PUBLIC SAFETY AND CORRECTIONS    \*

**<u>ORDER</u>**

Considering the foregoing *Motion to Enroll Additional Counsel*,

**IT IS ORDERED** that Morgan Brungard (Louisiana Bar #40298), Deputy Solicitor

General, and Evan Young (Louisiana Bar # 41462), Butler Snow LLP, are hereby enrolled as

additional counsel of record for all Defendants.

Baton Rouge, Louisiana, on this _____ day of May, 2026.

<br>

_____
HON. SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

3