**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

JOSEPH LEWIS, JR., *et al.*, on behalf of
themselves and all others similarly situated,

           Plaintiffs,

           v.

BURL CAIN, Warden of the Louisiana State
Penitentiary, in his official capacity, *et al.*,

           Defendants.

CIVIL ACTION NO. 3:15-cv-318

JUDGE SDD

MAGISTRATE RLB

### MOTION TO ENROLL BRIANA M. CLARK *PRO HAC VICE*

Pursuant to Local Rule 83(b)(8), Michael Allen, a member of the bar of this Court, hereby moves for the admission of Briana M. Clark to appear *pro hac vice* in the above-captioned matter, as co-counsel in the matter of *Lewis v. Cain*, Case No. 15-cv-318. In consideration of this motion, the following facts support this application.

Ms. Clark is a licensed attorney admitted to practice in the District of Columbia. She is a member in good standing of the Bar of the District of Columbia.

Pursuant to Local Civil Rule 83(b)(8), a declaration under oath by Ms. Clark is attached here as Exhibit A swearing that no disciplinary proceedings or criminal charges have been instituted against her. Also pursuant to Local Civil Rule 83(b)(8), a Certificate of Good Standing from the District of Columbia Court of Appeals is attached to Ms. Clark's declaration.

Ms. Clark's contact information is as follows:

Briana M. Clark
Democracy Forward
P.O. Box 34553
Washington, DC 20043
Phone: 202-320-0816

Email: bclark@democracyforward.org

The undersigned local counsel understands that she will be responsible to the Court at all stages of the proceedings and that she must co-sign all documents filed in this matter.

Respectfully submitted this 26th day of May,

/s/ *Michael Allen*
Michael Allen, La. Bar No. 41142
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
Telephone: (504) 529-5955
Facsimile: (504) 595-8006
Email: mallen@defendla.org

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

Dated: May 26, 2026.

*/s/ Michael Allen*
Michael Allen