**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| JOSEPH LEWIS, JR., *et al.*, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | CIVIL ACTION NO. 3:15-cv-318 |
| v. | JUDGE SDD |
| BURL CAIN, Warden of the Louisiana State Penitentiary, in his official capacity, *et al.*, | MAGISTRATE RLB |
| Defendants. | |

**DECLARATION OF BRIANA M. CLARK IN SUPPORT OF**
**EX PARTE MOTION FOR ADMISSION *PRO HAC VICE***

I, Briana M. Clark, declare the following:

1. I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

2. I am currently a member in good standing of the Washington, DC bar (DC Bar No. 1735505).

3. A Certificate of Good Standing from the District of Columbia Court of Appeals is attached to this declaration as an exhibit.

4. No disciplinary proceedings or criminal charges have been instituted against me.

5. I declare under penalty of perjury that the foregoing is true and correct. Furthermore, I do solemnly swear that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

Executed on May 26, 2026

/s/ *Briana M. Clark*
Briana M. Clark