**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| JOSEPH LEWIS, JR., *et al.*, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | CIVIL ACTION NO. 3:15-cv-318 |
| v. | JUDGE SDD |
| BURL CAIN, Warden of the Louisiana State Penitentiary, in his official capacity, *et al.*, | MAGISTRATE RLB |
| Defendants. | |

**[PROPOSED] ORDER**

Considering the foregoing *Ex Parte Motion for Admission Pro Hac Vice,* **IT IS**

**HEREBY ORDERED** that attorney **Briana M. Clark** be enrolled as counsel of record

in the above captioned matter.

Signed in Baton Rouge, Louisiana, this _____ day of _____.

_____
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA