# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
MAY 21, 2026
CHIEF DISTRICT JUDGE SHELLY D. DICK

**JOSEPH LEWIS, JR., ET AL.**                    **CIVIL ACTION**

**VERSUS**

                                                 **NO. 15-318-SDD-RLB**

**BURL CAIN, ET AL.**

This matter came on this day for a *Telephone Status Conference.*

**PRESENT:** **Jeffrey B. Dubner, Esq.**
**Samantha Pourciau, Esq.**
**Counsel for Plaintiffs**

**Connell Lee Archey, Esq.**
**Randal J. Robert, Esq.**
**Morgan Brungard, Esq.**
**Counsel for Defendants**

The Fifth Circuit's *Mandate* was discussed.

Plaintiff shall have 14 days to file a proposal on how to proceed and the nature and scope of discovery necessary.

Defendants shall have 7 days to respond to Plaintiffs' proposal and submit their own.

* * * * *

Cv28/30 mins.