UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JOSEPH LEWIS, JR., *et al.*, on behalf of themselves and all others similarly situated,

        Plaintiffs,

        v.

BURL CAIN, Warden of the Louisiana State Penitentiary, in his official capacity, *et al.*,

        Defendants.

CIVIL ACTION NO. 3:15-cv-00318

JUDGE SDD

MAGISTRATE RLB

### PLAINTIFFS' FIRST SET OF REMAND PHASE INTERROGATORIES

PROPOUNDING PARTY:   PLAINTIFFS
RESPONDING PARTIES:   DEFENDANTS
SET NUMBER:            ONE

Pursuant to Federal Rule of Civil Procedure 33 and Local Civil Rule 33 of the Local Rules of the United States District Court for the Middle District of Louisiana, Plaintiffs serve their First Set of Interrogatories upon Defendants to be answered under oath within thirty days after service. Plaintiffs reserve the right to propound additional interrogatories.

Plaintiffs request that such responses be made in accordance with the "DEFINITIONS" and "INSTRUCTIONS" set forth below.

### I. DEFINITIONS

1.     The following rules of construction shall apply to all discovery requests:

     (a)     The terms "ALL" and "EACH" shall be construed to include both all and each;

1

(b)     The connectives "AND" and "OR" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope;

(c)     "RELATED TO" means, without limitation, the following concepts: discussing, describing, reflecting, dealing with, pertaining to, analyzing, evaluating, estimating, constituting, studying, surveying, projecting, assessing, recording, summarizing, criticizing, reporting, commenting, or otherwise involving, in whole or in part;

(d)     "INCLUDING" shall be construed to mean "without limitation"; and

(e)     The use of the singular form of any word includes the plural and vice versa.

2.     "DOCUMENT" or "DOCUMENTS" is used in the broadest possible sense as interpreted under the Federal Rules of Civil Procedure and shall include, without limitation, any written, printed, typed, recorded, filmed, punched, transcribed, taped, or other graphic matter of any kind or nature, however produced or reproduced, whether in hard copy, handwritten, printed, kept as electronically stored information (including in e-mail or messaging platforms, hard drive or shared network files, magnetic or optical storage media, and cloud or distributed storage), or other form, either in your possession or custody or under your control, and shall include, without limitation, originals, file copies, and other copies, no matter how or by whom prepared, and all drafts prepared in connection with any such writings or recordings, whether used or not, regardless of whether the Document still exists, and regardless of who has maintained custody of such Documents.

3.     "LSP" means the Louisiana State Penitentiary at Angola.

4.     "MEDICAL" means, without limitation, medical, dental, and mental health.

5.     "PRISONER" means any individual under the custody of LSP, including PRISONERS who have been transported to external medical facilities.

2

6.      The terms "YOU" and "YOUR" mean the responding DEFENDANT.  For the Louisiana Department of Public Safety and Corrections, "YOU" and "YOUR" include any of its members, managing members, managers, governors, board members, employees, agents, representatives, attorneys, associates, affiliates, predecessors, successors and/or any other PERSON(S) acting on its behalf or under its control.  For the individual DEFENDANTS, "YOU" and "YOUR" include any predecessors in office.

7.      "UPDATED" or "UPDATES TO" refers to DOC or LSP health care policies, regulations, directives, protocols, guidance, procedures, or other official rules or practices that are not currently the same as they were as of May 30, 2022. Where no changes have been made, respondent should indicate as much in the response.

8.      "CURRENT" or "CURRENTLY" refers to DOCUMENTS or other information that is contemporary to the date of Defendants' response. If, subsequently during the remand phase discovery period, Defendants make changes to anything produced in response to a request for CURRENT DOCUMENTS or other information, promptly produce the changed versions.

9.      "ADA" means the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*

## II.      RELEVANT TIME PERIOD

Unless otherwise indicated, these interrogatories seek responses related to the period between May 30, 2022, and the issuance of final judgment after the remand trial.

## III.      INSTRUCTIONS

1.      No part of an interrogatory shall be left unanswered merely because an objection was interposed to another part of the interrogatory.

2.      If YOU object to any interrogatory or subpart thereof, the objection shall state with specificity all grounds. Any ground not stated shall be waived.

3.    If YOU are unable to answer any interrogatory, the reasons for YOUR inability to answer shall be separately stated in detail for each interrogatory.

4.    Failure to provide information in response to these document requests will be deemed a waiver of YOUR right to produce such evidence at trial. Plaintiffs reserve the right to move to preclude the introduction of any evidence not produced in response to this Request.

5.    These requests shall be deemed continuing so as to require further and supplemental production in accordance with Federal Rule of Civil Procedure 26(e). Unless otherwise noted, responses should be supplemented on a monthly basis.

## **INTERROGATORIES**

**INTERROGATORY NO. 1:**
Describe in detail all ways in which your practices, procedures, or policies for medical care, whether informal or formal, are different today from May 30, 2022. For each difference, identify (a) the date on which the change occurred, (b) all documents codifying, requiring, or implementing the change, and (c) the person(s) responsible for making, implementing, or supervising compliance with the change.

**INTERROGATORY NO. 2:**
Describe in detail all ways in which your practices, procedures, or policies related to ADA accommodations, whether informal or formal, are different today from May 30, 2022. For each difference, identify (a) the date on which the change occurred, (b) all documents codifying, requiring, or implementing the change, and (c) the person(s) responsible for making, implementing, or supervising compliance with the change.

**INTERROGATORY NO. 3:**
Describe any CURRENT plans for changing any practices, procedures, or policies for medical care, whether informal or formal. For each plan, identify (a) the date on which the plan was created, (b) all documents describing, requiring, or implementing the plan, including any draft written policies or procedures, and (c) the person(s) responsible for making or implementing the plan.

**INTERROGATORY NO. 4:**
Describe in detail the current system for creating, storing, accessing, and reviewing medical records, including (a) the date(s) on which it was implemented, (b) any software, hardware, or vendors involved in the system, (c) all documents describing, requiring, explaining, or implementing the system, (d) the roles of LSP personnel in implementing the

system, and (e) the identity of the person(s) responsible for the system's overall performance and/or compliance.

**INTERROGATORY NO. 5:**

List all medical doctors, nurse practitioners, registered nurses, licensed practical nurses, and EMTs who CURRENTLY work at LSP (and their specialties), or who have worked at LSP between May 30, 2022, and the present, including the dates during which they worked at LSP.

**INTERROGATORY NO. 6:**

List all specialist providers who CURRENTLY have contracts to provide medical care to PRISONERS onsite at LSP (and their specialties), or who have provided medical care at LSP between May 30, 2022, and the present, including the dates during which they worked at LSP.

**INTERROGATORY NO. 7:**

Identify the CURRENT dormitories being used as assisted living dormitories and all PRISONERS housed in each such dormitory, indicating which PRISONERS work as orderlies.

**INTERROGATORY NO. 8:**

Provide a list of the individuals who CURRENTLY hold the following positions and/or responsibilities:

- Warden of LSP
- Assistant Warden for Health Services at LSP
- Long Term Care Hospital Administrator at LSP
- Secretary of Louisiana's Department of Public Safety and Corrections
- Medical Director of DOC
- Chief Nursing Officer for the DOC
- Medical Director of LSP
- Director of Nursing at LSP
- EMT Director
- Provider primarily responsible for sick call
- Provider primarily responsible for overseeing the Nursing Units

If any of these positions have been renamed or their duties have been transferred to a different position, please indicate the new position and the person filling it.

**INTERROGATORY NO. 9:**

If the duties of any of the positions identified in Interrogatory No. 8 are different from May 30, 2022, identify the ways in which they have changed. If any duties have been transferred to different positions, please identify what position(s) CURRENTLY hold such duties and identify the person(s) holding the position(s).