UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPH LEWIS, JR., KENTRELL PARKER, | * | CIVIL ACTION |
| FARRELL SAMPIER, REGINALD | * | |
| GEORGE, JOHN TONUBBEE, OTTO | * | NO. 3:15-cv-00318 |
| BARRERA, CLYDE CARTER, CEDRIC | * | |
| EVANS, EDWARD GIOVANNI, RICKY D. | * | JUDGE SHELLY D. DICK |
| DAVIS, LIONEL TOLBERT, and RUFUS | * | |
| WHITE, on behalf of themselves and all | * | MAGISTRATE JUDGE |
| others similarly situated, | * | RICHARD L. BOURGEOIS |
| | * | |
| VERSUS | * | |
| | * | |
| BURL CAIN, Warden of the Louisiana State | * | |
| Penitentiary, in his official capacity; | * | |
| STEPHANIE LEMARTINIERE, Assistant | * | |
| Warden for Health Services, in her official | * | |
| Capacity; JAMES M. LEBLANC, Secretary of | * | |
| THE LOUISIANA DEPARTMENT OF | * | |
| PUBLIC SAFETY AND CORRECTIONS | * | |

## <u>UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE PROPOSED SCHEDULE</u>

**NOW INTO COURT**, through undersigned counsel, come all Defendants, who respectfully file this *Unopposed Motion to Extend the Deadline to File Proposed Schedule,* in accordance with Local Rule 7(e).

Defendants respectfully request a seven (7)-day extension of the deadline to file their proposed discovery schedule, from June 11, 2026, to June 18, 2026. The handling attorney is sick and requires additional time to finalize the Respondents' proposed schedule. Additionally, outside counsel has expert reports due on June 12, 2026, in another case pending before the Federal District Court in Alabama.

Counsel for plaintiffs does not object to the requested extension of time to file Defendants' proposed discovery schedule. The parties had planned to meet and confer on Monday, June 8, but due to the handling attorney being sick, the meet-and-confer has been postponed until the handling attorney recovers. Plaintiffs do not object to the instant motion to allow time for the parties to meet

101048345.v1

and confer before the deadline, as the Defendants have indicated they anticipate that a meet-and-confer would be productive in reaching an agreement on some areas of the proposals.

WHEREFORE, the Defendants respectfully move this Honorable Court for an Order granting a seven (7) day extension to the deadline to file their proposed discovery schedule.

Respectfully submitted on this 9th day of June, 2026.

Respectfully Submitted:

BUTLER SNOW LLP
445 North Boulevard, Suite 300 (70802)
P. O. Box 2997
Baton Rouge, Louisiana 70821-2997
Telephone: (225) 325-8700
Facsimile: (225) 325-8800

By: /s/ Randal J. Robert
    Randal J. Robert (#13800)
    Connell L. Archey (#29992)
    Keith J. Fernandez (#33124)
    Email: Randy.Robert@butlersnow.com
          Connell.Archey@butlersnow.com
          Keith.Fernandez@butlersnow.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of June, 2026 I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Randal J. Robert
Randal J. Robert

2

101048345.v1