UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JOSEPH LEWIS, JR., KENTRELL PARKER, * CIVIL ACTION
FARRELL SAMPIER, REGINALD    *
GEORGE, JOHN TONUBBEE, OTTO   * NO. 3:15-cv-00318
BARRERA, CLYDE CARTER, CEDRIC  *
EVANS, EDWARD GIOVANNI, RICKY D. * JUDGE SHELLY D. DICK
DAVIS, LIONEL TOLBERT, and RUFUS  *
WHITE, on behalf of themselves and all * MAGISTRATE JUDGE
others similarly situated,      * RICHARD L. BOURGEOIS
              *
VERSUS           *
              *
BURL CAIN, Warden of the Louisiana State *
Penitentiary, in his official capacity;  *
STEPHANIE LEMARTINIERE, Assistant *
Warden for Health Services, in her official *
Capacity; JAMES M. LEBLANC, Secretary of *
THE LOUISIANA DEPARTMENT OF  *
PUBLIC SAFETY AND CORRECTIONS *

## <u>ORDER</u>

Considering the foregoing *Unopposed Motion to Extend Deadline to File Proposed Schedule*

**IT IS ORDERED** that the deadline to file the Defendants' proposed discovery schedule is

hereby extended from June 11, 2026, to June 18, 2026.

Baton Rouge, Louisiana, on this _____ day of June, 2026.

—————————————————————
HON. SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

3