# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH LEWIS, JR., et al., on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | CIVIL ACTION NO. 3:15-cv-00318 |
| v. | JUDGE SDD |
| BURL CAIN, Warden of the Louisiana State Penitentiary, in his official capacity, *et al.*, | MAGISTRATE RLB |
| Defendants. | |

### <u>EX PARTE MOTION FOR ADMISSION *PRO HAC VICE*</u>

Pursuant to Local Rule 83(b)(8), Michael Allen, a member of the bar of this Court, hereby moves for the admission of Nina Haug to appear pro hac vice in the above-captioned matter, as co-counsel in the matter of *Lewis v. Cain*, case no. 15-cv-00318. In consideration of this motion, the following facts support her application:

Ms. Haug is a licensed attorney admitted to practice in the State of Texas and the District of Columbia. She is a member in good standing of the State Bar of Texas and the Bar of the District of Columbia.

Pursuant to Local Civil Rule 83(b)(8), a declaration under oath by Ms. Haug is attached here as Exhibit A swearing that no disciplinary proceedings or criminal charges have been instituted against her. Also, pursuant to Local Rule 83(b)(8), Certificates of Good Standing from the State Bar of Texas and the Bar of the District of Columbia are attached to Ms. Haug's declaration.

Ms. Haug's contact information is as follows:

1

Nina Haug
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4650
Email: nhaug@cohenmilstein.com

The undersigned local counsel understands that she will be responsible to the Court at all

stages of the proceedings and that she must co-sign all documents filed in this matter.

Respectfully submitted, this 9th of June, 2026.

/s/ *Michael Allen*
Michael Allen, La. Bar No. 41142
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
Telephone: (504) 529-5955
Facsimile: (504) 595-8006
Email: mallen@defendla.org

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

Dated: June 9, 2026                     /s/ *Michael Allen*
                                        Michael Allen