# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH LEWIS, JR., et al., on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | CIVIL ACTION NO. 3:15-cv-00318 |
| v. | JUDGE SDD |
| BURL CAIN, Warden of the Louisiana State Penitentiary, in his official capacity, *et al.*, | MAGISTRATE RLB |
| Defendants. | |

## DECLARATION OF NINA HAUG IN SUPPORT OF EX PARTE MOTION FOR ADMISSION *PRO HAC VICE*

I, Nina Haug, declare the following:

1.     I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

2.     No disciplinary proceedings or criminal charges have been instituted against me.

3.      I am currently a member in good standing of the State Bar of Texas (Bar No. 24142613) and the Bar of the District of Columbia (Bar No. 90037242).

4.     Certificates of Good Standing from the State Bar of Texas and the Bar of the District of Columbia are attached to this declaration as exhibits.

5.     I declare under penalty of perjury that the foregoing is true and correct. Furthermore, I do solemnly swear that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

Executed on June 9, 2026

1

Respectfully submitted,
*/s/ Nina Haug*
Nina Haug
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW ● Suite 800
Washington, DC 20005
Telephone: (202) 408-4650
Email: nhaug@cohenmilstein.com