# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH LEWIS, JR., et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BURL CAIN, Warden of the Louisiana State Penitentiary, in his official capacity, *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 3:15-cv-00318<br><br>JUDGE SDD<br><br>MAGISTRATE RLB |

## [PROPOSED] ORDER

Considering the foregoing *Ex Parte Motion for Admission Pro Hac Vice*, **IT IS**

**HEREBY ORDERED** that attorney **Nina Haug** be enrolled as counsel of record in the above

captioned matter.

Signed in Baton Rouge, Louisiana, this _____ day of _____.


_____
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1