UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPH LEWIS, JR., KENTRELL PARKER, FARRELL SAMPIER, REGINALD GEORGE, JOHN TONUBBEE, OTTO BARRERA, CLYDE CARTER, CEDRIC EVANS, EDWARD GIOVANNI, RICKY D. DAVIS, LIONEL TOLBERT, and RUFUS WHITE, on behalf of themselves and all others similarly situated, | * * * * * * * * * | CIVIL ACTION<br><br>NO. 3:15-cv-00318<br><br>JUDGE SHELLY D. DICK<br><br>MAGISTRATE JUDGE RICHARD L. BOURGEOIS |
| VERSUS | * * * | |
| BURL CAIN, Warden of the Louisiana State Penitentiary, in his official capacity; STEPHANIE LEMARTINIERE, Assistant Warden for Health Services, in her official Capacity; JAMES M. LEBLANC, Secretary of THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS | * * * * * * * | |

## ORDER

Considering the foregoing *Unopposed Motion to Extend Deadline to File Proposed Schedule*

**IT IS ORDERED** that the deadline to file the Defendants' proposed discovery schedule is

hereby extended from June 11, 2026, to June 18, 2026.

Baton Rouge, Louisiana, on this _____10_____ day of June, 2026.

_____
HON. SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

3

101048345.v1