UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

KENTRELL PARKER, FARRELL SAMPIER,　　　\*　CIVIL ACTION
REGINALD GEORGE, JOHN TONUBBEE,　　　　\*
OTTO BARRERA, CLYDE CARTER, EDWARD　　\*　NO. 3:15-cv-00318
GIOVANNI, RICKY D. DAVIS, LIONEL　　　　\*
TOLBERT, RUFUS WHITE, SHANNON HURD,　\*　JUDGE SHELLY D. DICK
ALTON ADAMS, IAN CAZENAVE, EDWARD　　\*
WASHINGTON, and ALTON BATISTE, on　　　\*　MAGISTRATE JUDGE
behalf of themselves and all others similarly situated,　\*　RICHARD L. BOURGEOIS
　　　　　　　　　　　　　　　　　　　　　\*
VERSUS　　　　　　　　　　　　　　　　\*
　　　　　　　　　　　　　　　　　　　　　\*
DARREL VANNOY, Warden of the Louisiana State　\*
Penitentiary, in his official capacity;　　　　　\*
GARY WESTCOTT, Secretary of the Louisiana　\*
Department of Public Safety and Corrections;　\*
ET AL.　　　　　　　　　　　　　　　　\*

## [PROPOSED] ORDER

Considering the foregoing Motion to Defer Entry of Scheduling Order Pending Threshold

Merits Briefing filed by the State (the "Motion"):

**IT IS ORDERED** that the Motion is GRANTED and that entry of any scheduling order is

DEFERRED pending further order of the Court.

**IT IS FURTHER ORDERED** that Defendants shall have forty-five (45) days from entry

of this Order to file a threshold brief with supporting evidence.

**IT IS FURTHER ORDERED** that remand-phase discovery is suspended pending further

order of the Court.

Baton Rouge, Louisiana, on this _____ day of June, 2026.


_____
HON. SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA