**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

JOSEPH LEWIS, JR., KENTRELL
PARKER, FARREL SAMPIER, REGINALD
GEORGE, JOHN TONUBBEE, OTTO
BARRERA, CLYDE CARTER, CEDRIC
EVANS, EDWARD GIOVANNI, RICKY D.
DAVIS, LIONEL TOLBERT, and RUFUS
WHITE, on behalf of themselves and all
others similarly situated,

      Plaintiffs,

v.

BURL CAIN, Warden of the Louisiana State
Penitentiary, in his official capacity;
STEPHANIE LAMARTINIERE, Assistant
Warden for Health Services, in her official
capacity; JAMES M. LEBLANC, Secretary of
the Louisiana Department of Public Safety
and Corrections, in his official capacity; and
THE LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONS,

      Defendants.

CIVIL ACTION NO. 3:15-cv-00318

JUDGE: Hon. Shelly D. Dick

MAGISTRATE:
Richard L. Bourgeois, Jr.

## NOTICE OF CHANGE OF ADDRESS

Dear Clerk:

      Please note the following address change for Attorney Brendan R. Schneiderman:

New Address:
      Brendan R. Schneiderman
      Democracy Forward
      P.O. Box 34553
      Washington, DC 20043
      Phone: (202) 448-9090

July 13, 2026                                  Respectfully submitted,


                                               */s/ Michael Allen*
                                               Michael Allen, La. Bar No. 41142
                                               The Promise of Justice Initiative
                                               1024 Elysian Fields Avenue
                                               New Orleans, LA 70117
                                               Telephone: (504) 529-5955
                                               Facsimile: (504) 595-8006

                                               Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2026, I electronically filed the *Notice of Change of Address* with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all CM/ECF participants.

Dated:    July 13, 2026                    */s/ Michael Allen*