# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH LEWIS, JR., et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>BURL CAIN, Warden of the Louisiana State Penitentiary, in his official capacity, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO. 3:15-cv-00318<br><br> JUDGE SDD<br><br>MAGISTRATE RLB |

## EX PARTE MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83(b)(8), Michael Allen, a member of the bar of this Court, hereby moves for the admission of Tavius Ray Clark to appear pro hac vice in the above-captioned matter, as co-counsel in the matter of *Lewis v. Cain*, case no. 15-cv-00318. In consideration of this motion, the following facts support his application:

Mr. Clark is a licensed attorney admitted to practice in the State of New York. He is a member in good standing of the State Bar of New York.

Pursuant to Local Civil Rule 83(b)(8), a declaration under oath by Mr. Clark is attached here as Exhibit A swearing that no disciplinary proceedings or criminal charges have been instituted against him. Also, pursuant to Local Rule 83(b)(8), A Certificate of Good Standing from the State Bar of New York is attached to Mr. Clark's declaration.

Mr. Clark's contact information is as follows:

Tavius Ray Clark
Debevoise & Plimpton LLP
66 Hudson Boulevard

1

New York, NY 10001
Telephone: (212) 909-6161
Email: trclark@debevoise.com

The undersigned local counsel understands that he will be responsible to the Court at all stages of the proceedings and that he must co-sign all documents filed in this matter.

Respectfully submitted, this 16th of July, 2026.

/s/ *Michael Allen*
Michael Allen, La. Bar No. 41142
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
Telephone: (504) 529-5955
Facsimile: (504) 595-8006
Email: mallen@defendla.org

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16th, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

Dated: July 16th, 2026                                    /s/ *Michael Allen*
                                                          Michael Allen