# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

JOSEPH LEWIS, JR., et al., on behalf of
themselves and all others similarly situated,

        Plaintiffs,

        v.

BURL CAIN, Warden of the Louisiana State
Penitentiary, in his official capacity, *et al.*,

        Defendants.

CIVIL ACTION NO. 3:15-cv-00318

JUDGE SDD

MAGISTRATE RLB

## DECLARATION OF TAVIUS CLARK IN SUPPORT OF EX PARTE MOTION FOR ADMISSION *PRO HAC VICE*

I, Tavius Clark, declare the following:

1. I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

2. No disciplinary proceedings or criminal charges have been instituted against me.

3. I am currently a member in good standing of the State Bar of New York (Bar No. 6144059).

4. A Certificate of Good Standing from the State Bar of New York is attached to this declaration as an exhibit.

5. I declare under penalty of perjury that the foregoing is true and correct. Furthermore, I do solemnly swear that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

Executed on June 10, 2026

1

Respectfully submitted,
*/s/ Tavius Ray Clark*

Tavius Ray Clark
Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6161
Email: trclark@debevoise.com

2