# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JOSEPH LEWIS, JR., et al., on behalf of
themselves and all others similarly situated,

        Plaintiffs,

        v.

BURL CAIN, Warden of the Louisiana State
Penitentiary, in his official capacity, *et al.*,

        Defendants.

CIVIL ACTION NO. 3:15-cv-00318

 JUDGE SDD

MAGISTRATE RLB

## EX PARTE MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83(b)(8), Michael Allen, a member of the bar of this Court, hereby moves for the admission of Natalie Tsang to appear pro hac vice in the above-captioned matter, as co-counsel in the matter of *Lewis v. Cain*, case no. 15-cv-00318. In consideration of this motion, the following facts support her application:

Ms. Tsang is a licensed attorney admitted to practice in the State of New York. She is a member in good standing of the State Bar of New York.

Pursuant to Local Civil Rule 83(b)(8), a declaration under oath by Ms. Tsang is attached here as Exhibit A swearing that no disciplinary proceedings or criminal charges have been instituted against her. Also, pursuant to Local Rule 83(b)(8), A Certificate of Good Standing from the State Bar of New York is attached to Ms. Tsang's declaration.

Ms. Tsang's contact information is as follows:

Natalie Tsang
Debevoise & Plimpton LLP
66 Hudson Boulevard

1

New York, NY 10001
Telephone: (212) 909-7480
Email: ntsang@debevoise.com

The undersigned local counsel understands that he will be responsible to the Court at all

stages of the proceedings and that he must co-sign all documents filed in this matter.

Respectfully submitted, this 16th of July, 2026.

/s/ *Michael Allen*
Michael Allen, La. Bar No. 41142
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
Telephone: (504) 529-5955
Facsimile: (504) 595-8006
Email: mallen@defendla.org

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

Dated: July 16, 2026                              /s/ *Michael Allen*
                                                   Michael Allen