# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH LEWIS, JR., et al., on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | CIVIL ACTION NO. 3:15-cv-00318 |
| v. | JUDGE SDD |
| BURL CAIN, Warden of the Louisiana State Penitentiary, in his official capacity, *et al.*, | MAGISTRATE RLB |
| Defendants. | |

## [PROPOSED] ORDER

Considering the foregoing *Ex Parte Motion for Admission Pro Hac Vice*, **IT IS HEREBY ORDERED** that attorney **Natalie Tsang** be enrolled as counsel of record in the above captioned matter.

Signed in Baton Rouge, Louisiana, this _____ day of _____.


_____
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1