# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH LEWIS, JR., et al., on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | CIVIL ACTION NO. 3:15-cv-00318 |
| v. | JUDGE SDD |
| BURL CAIN, Warden of the Louisiana State Penitentiary, in his official capacity, *et al.*, | MAGISTRATE RLB |
| Defendants. | |

## EX PARTE MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83(b)(8), Michael Allen, a member of the bar of this Court, hereby moves for the admission of Elizabeth Cox to appear pro hac vice in the above-captioned matter, as co-counsel in the matter of *Lewis v. Cain*, case no. 15-cv-00318. In consideration of this motion, the following facts support her application:

Ms. Cox is a licensed attorney admitted to practice in the State of New York. She is a member in good standing of the State Bar of New York.

Pursuant to Local Civil Rule 83(b)(8), a declaration under oath by Ms. Cox is attached here as Exhibit A swearing that no disciplinary proceedings or criminal charges have been instituted against her. Also, pursuant to Local Rule 83(b)(8), A Certificate of Good Standing from the State Bar of New York is attached to Ms. Cox's declaration.

Ms. Cox's contact information is as follows:

Elizabeth Cox
Debevoise & Plimpton LLP
66 Hudson Boulevard

1

New York, NY 10001
Telephone: (212) 909-6142
Email: escox@debevoise.com

The undersigned local counsel understands that he will be responsible to the Court at all stages of the proceedings and that he must co-sign all documents filed in this matter.

Respectfully submitted, this 16th of July, 2026.

/s/ *Michael Allen*
Michael Allen, La. Bar No. 41142
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
Telephone: (504) 529-5955
Facsimile: (504) 595-8006
Email: mallen@defendla.org

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2026, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send a notice of electronic filing to all

CM/ECF participants.


Dated: July 16, 2026                                 /s/ *Michael Allen*
                                                     Michael Allen