# EXHIBIT A

**Declaration of Chad M. Hinton,**
**Director of Louisiana State Penitentiary's Medical Department**

1.  I, Chad M. Hinton, am over the age of eighteen years old and have personal knowledge of the information contained in this Declaration.

2.  I am currently employed as the Director of Louisiana State Penitentiary's ("LSP's") Medical Department and have been employed in this position since August 2025.

3.  I submit this Declaration to describe the current operation of LSP's healthcare services and the changes and improvements to the delivery of medical care at LSP that have occurred since 2022.

4.  I obtained my master's in business administration from Louisiana State University in Shreveport in 2015.

5.  I have been employed with the Louisiana Department of Public Safety and Corrections ("DOC") since August 2025. Prior to my employment with LSP, I worked for 11 years as an administrator of medical facilities. From 2015 to 2017, I served as the Radiology Manager for Rapides Regional Medical Center in Alexandria, Louisiana. From 2017 to 2022, I served as the Administrative Director of Cardiovascular and Neuroscience Service Lines for Rapides Regional Medical Center in Alexandria, Louisiana. From 2022 to 2023, I served as the Director of Operations of LA Imaging in Alexandria, Louisiana. From 2023 to 2024, I served as a Nuclear Medicine Technologist/Radiology Technologist for Aureus Medical Group, Inc. in Alexandria and Baton Rouge, Louisiana. From 2024 to 2025, I served as the CEO/Appointing Authority at East Louisiana State Mental Health System in Jackson, Louisiana. My complete CV is attached as Exhibit A-1.

6.  As LSP's Medical Department Director, I am responsible for the administrative operation of medical services at LSP. My responsibilities include coordinating the delivery of medical, dental, mental health, pharmacy, laboratory, radiology, emergency, inpatient, and specialty care

services; working with the Director of Medical Services and Director of Nursing regarding clinical and nursing operations; assisting with staffing and resource allocation; implementing applicable DOC and LSP healthcare policies; reviewing and revising LSP healthcare policies, monitoring operational issues affecting access to care; and coordinating with LSP security and administrative leadership to ensure that healthcare services are delivered in a manner consistent with LSP security requirements.

7. In my role, I regularly review issues related to medical staffing, sick call, emergency care, specialty care, inpatient and infirmary operations, electronic health records, and access to outside medical providers. I also work with LSP medical personnel to identify operational challenges and help facilitate the delivery of healthcare services to inmates at LSP.

## LSP Medical Staffing

8. LSP provides comprehensive medical services through the R. E. Barrow, Jr. Treatment Center ("Treatment Center") which serves as the LSP's primary healthcare facility. The Treatment Center provides examination rooms, treatment areas, the Assessment and Treatment Unit ("ATU"), inpatient nursing units, diagnostic services, pharmacy services, laboratory services, radiology, and specialty clinic space. LSP also maintains clinical space for sick call and clinical appointments at the Main Prison and at each Camp.

9. One of LSP's priorities has been to increase the number of licensed healthcare professionals available to provide care at LSP. LSP and DOC face significant hiring challenges in both the medical and correctional labor markets. Despite those challenges, LSP has increased its clinical staffing and number of licensed medical providers available throughout LSP by hiring more physicians, nurse practitioners, and nurses.

10. LSP's healthcare department staff is robust. A roster of the staffing at LSP as of July 9, 2026, is attached as Exhibit A-2. The LSP Health Care Department consists of approximately 161 employees providing medical, nursing, dental, mental health, pharmacy, laboratory, radiology,

3

rehabilitation, emergency medical, respiratory therapy, licensed hospice, medical records, and administrative services. On-site full-time medical providers include 3 physicians, 7 nurse practitioners, 44 registered nurses, 33 licensed practical nurses, approximately 25 Emergency Medical Services ("EMS") personnel—together with pharmacists, laboratory personnel, radiology staff, therapists, dental personnel, mental health professionals, and numerous administrative and support staff who collectively deliver healthcare services throughout LSP.

11. As of July 9, 2026, LSP has filled 77 out of its 80 authorized nursing positions, representing a nursing vacancy rate of only 4%. LSP works diligently to maintain adequate nursing staffing because nurses provide much of the day-to-day patient care throughout the LSP. I am generally aware of challenges common to healthcare staffing nationwide and in corrections. Despite this national backdrop, LSP has maintained a relatively low nursing vacancy rate while continuing to provide medical services throughout the LSP.

12. LSP's physicians generally work full-time weekday schedules. Dr. Robert Dean and Dr. Robert Cleveland typically work 10-hour shifts Monday through Thursday, while Dr. Shane Garon works Tuesday through Friday. In addition to their regular schedules, physicians and nurse practitioners participate in an on-call rotation to ensure provider coverage after normal business hours during the week and on weekends. When on call, the provider remains on the grounds of LSP and is available to respond whenever needed.

13. Registered nurses and licensed practical nurses provide 24-hour nursing coverage throughout LSP. Nursing personnel generally work 8- to 12-hour shifts, depending on their assignment, with additional overtime available when operational needs require. Nursing supervisors organize staffing assignments to maximize available personnel and ensure coverage for the ATU, inpatient nursing units, housing unit clinics, specialty clinics, and emergency response.

**Electronic Medical Records**

14. In October 2022, LSP implemented electronic healthcare records ("EHR"). LSP uses the Fusion EHR system to document, coordinate, and manage inmate healthcare.

15. The Fusion EHR system documents patient encounters, prior medical history, provider orders, laboratory and diagnostic results, specialty referrals, follow-up care, and communications among physicians, nurse practitioners, pharmacists, and other healthcare professionals. Because providers access the same EHR for every patient, they can review prior evaluations, treatment plans, medications, and diagnostic studies when making clinical decisions. The use of EHR has improved communication among providers. For example, laboratory and diagnostic results generate electronic notifications that allow providers to review new information, document their review, and take any additional action they determine is clinically appropriate. That electronic-communication feature improves continuity of care and makes important clinical information readily available to all providers.

16. A copy of the End User Training Guide for the Fusion EHR is attached as Exhibit A-3.

**Clinical Care**

17. LSP currently utilizes private clinical rooms in the Main Prison, Camp C, Camp D, Camp F, Death Row, and the Transition Unit, which is a separate housing unit for mental health patients. Each clinical space has an intake station where vital signs are taken and entered into the patient's EHR. The patient is then seen in a private clinical room that is clean, has good spacing, and is equipped with standard medical supplies. This change allows medical providers to see patients where they are housed instead of transporting them to the Treatment Center and allows for more fluent and efficient delivery of clinical care. Photos of the clinical spaces at various locations are attached as Exhibits A-5(a) through (l).

5

18. On February 12, 2026, LSP updated Directive No. 13.061, which sets forth current policies and procedures for Access to Sick Call and Clinical Services/Health Care Copayments. A copy of Directive No. 13.061 is attached as Exhibit A-4.

19. LSP Directive No. 13.061 documents LSP's clinical care policies. Routine clinical services are available to inmates in a clinical setting at least 5 days a week, excluding weekends and holidays, and are performed by a healthcare practitioner. Ex. A-4. LSP provides clinical care through its 7 nurse practitioners and 3 physicians, who are assisted by assigned nursing staff.

## Sick-Call Procedure

20. LSP makes routine sick call available 5 days a week. Inmates submit written requests for medical treatment by placing completed request forms into secure sick call boxes located in their housing areas. As of November 2023, healthcare professionals—not correctional officers—collect the requests every day (Sunday through Thursday) and transport them to the ATU for review. Inmates in segregated housing units submit request forms by placing them in the sick-call box located on the front of the pill-call cart.

21. The request form is then scanned into the inmate's EHR. A healthcare practitioner in the ATU screens the request form to determine the priority of need and the appropriate level of intervention. The providers initial and date when they screen the request form.

22. The next business day after the request form is collected and screened, a healthcare provider sees the inmate—unless the request was deemed urgent by the screening healthcare provider. Routine sick calls are conducted by an assigned nurse practitioner through telemedicine over a secure telemedicine connection. The inmate is present in a clinical space in his housing unit. An EMS employee takes his vital signs and enters them into the inmate's EHR at the intake station. An EMS employee is physically present with the inmate in the private clinical space during the telemedicine visit with the nurse practitioner to assist the nurse practitioner as needed.

6

23. During the telemedicine visit, the nurse practitioner reviews the inmate's EHR, evaluates the inmate's sick-call complaints, develops an assessment and treatment plan, orders medications or diagnostic testing as appropriate, and determines whether the inmate requires an in-person evaluation. The visit is documented in the inmate's EHR.

24. Many sick-call requests are resolved by diagnosis and treatment during the telemedicine visit. The patient may be taken to the ATU for evaluation and treatment if the nurse practitioner determines that further immediate treatment is needed, or the patient may be scheduled for a future clinical appointment if the nurse practitioner determines that further non-immediate treatment is needed.

25. LSP replaces telemedicine equipment as necessary. Around January 2026, LSP purchased several new dermatology cameras for clinical spaces, which enhanced the resolution and detail available to medical providers conducting telemedicine encounters. Copies of relevant purchase documents are attached as Exhibit A-6.

26. Telemedicine allows nurse practitioners to evaluate inmates housed throughout LSP without unnecessary transportation delays while maintaining immediate access to each inmate's EHR. The process has proven to effectively provide access to healthcare while maximizing provider utilization and reducing the burdens on security within the maximum-security prison.

27. LSP's sick call process is documented on pages 5 and 6 of LSP Directive No. 13.061. *See* Ex. A-4.

**Self-Declared Emergencies**

28. LSP provides emergency medical care 24-hours a day, 7 days a week, through self-declared emergency procedures and through the ATU.

29. An inmate may request emergency medical care by advising any LSP employee that he requires emergency evaluation and/or treatment. The LSP employee then notifies healthcare professionals in the ATU either by

telephone or radio of the inmate's emergency request. Beginning in February 2023, LSP began dispatching nurses, instead of EMS personnel, to the inmate's housing location to answer the emergency request.

30. The nurse documents the screening, assessment, and disposition of the inmate's complaint in the inmate's EHR. The nurses document the date the request was received and sign their names.

31. Much like the sick-call procedure, if the nurse determines that further immediate treatment is needed, the patient is taken to the ATU for evaluation and treatment, and the nurse determines that further non-immediate treatment is needed, the patient is scheduled for a future clinical appointment.

32. The self-declared emergency policy is documented on pages 6 and 7 of LSP Directive No. 13.061. *See* Ex. A-4.

**The ATU**

33. The ATU functions as LSP's central location for urgent medical evaluation and stabilization. Healthcare staff evaluate patients presenting with acute illnesses, injuries, abnormal vital signs, or other conditions requiring immediate medical attention. Providers may perform additional examinations, obtain laboratory testing, order diagnostic imaging, administer medications or other treatment, admit the inmate to the nursing unit, or arrange transport to an outside hospital when they determine transport is clinically appropriate.

34. LSP staffs the ATU 24 hours a day, 7 days a week with nursing and EMS to ensure that inmates have continuous access to emergency medical evaluation and treatment. A nurse practitioner is assigned to the ATU Monday through Thursday from 7:00 am to 4:00 pm and 24 hours a day on Friday, Saturday, and Sunday. A nurse practitioner is on-call on the grounds of LSP Monday through Thursday from 4:00 pm through 7:00 am the following day.

8

35. When a provider determines that an inmate needs care beyond what is available at LSP, LSP transports the patient to an outside medical facility utilizing LSP's own on-site EMS service or patrol van where appropriate.

**Inpatient/Nursing Units**

36. LSP's nursing units provide inpatient medical care for inmates who require observation, ongoing treatment, or nursing care that cannot safely be provided in general-population housing. Healthcare providers admit inmates to the nursing units based on their medical judgment and continue monitoring those patients until they determine that discharge is medically appropriate.

37. LSP maintains two infirmary units. Nursing Unit 1 ("NU1") is an acute care unit, and Nursing Unit 2 ("NU2") is a long-term care unit. LSP currently maintains a nurse-to-patient ratio of approximately 1:10 in NU1 and 1:15 (and not to exceed 1:22) in NU2.

38. Nurses maintain sight or sound of patients in both NU1 and NU2. LSP installed red call lights outside the locked rooms so that patients in those rooms can notify nurses. These call lights are in working order as of the date of this declaration. Around December 2024, LSP eliminated the tall lockers and black coverings, which the Court found were an impediment to having patients within sight or sound of a nurse. Photographs taken on July 9, 2026, of NU1 are attached as Exhibit A-7 and NU2 are attached as Exhibit A-8.

39. The implementation of EHR has improved documentation of nurses' rounds and other care. Nurses' EHR entries automatically document the nurse's name and the date and time of the entry.

40. LSP continues to use inmate orderlies in the same manner as before. Jennifer Stickles (RN) trains and oversees the inmate orderlies. Inmate orderlies assist with activities of daily living and assist as directed by nursing staff. Licensed healthcare professionals remain responsible for all medical assessments, treatment decisions, medication administration, and patient care.

9

41. LSP recently expanded NU2 (the long-term nursing unit) by adding 12 inpatient beds, increasing total capacity from 32 to 44 beds. LSP also added closed-circuit patient monitoring in the new area to improve nurses' observation of patients.

42. LSP Directive No. 13.033 sets forth the policy and procedures for Nursing Units and Infirmary Care in the Treatment Center and is attached as Exhibit A-9.

**Specialty Care**

43. LSP provides inmates with access to both on-site and off-site specialty medical care.

44. LSP currently provides 10 on-site specialty clinics at LSP—(1) orthopedic, (2) podiatry, (3) general surgery, (4) urology, (5) neurology, (6) gastroenterology, (7) endoscopy, (8) physical therapy, (9) respiratory therapy, and (10) a pacemaker clinic. LSP also provides multiple on-site diagnostic services, including computed axial tomography ("CAT") scans, Magnetic resonance imaging (MRI) scans, esophagogastroduodenoscopy, colonoscopy, ultrasound, X-ray, and laboratory services.

45. In addition, LSP uses telemedicine to provide 11 specialty clinics—(1) renal, (2) hematology, (3) oncology, (4) infectious disease, (5) pulmonology, (6) cardiology, (7) endocrinology, (8) ear, nose, and throat ("ENT"), (9) dermatology, (10) gastroenterology, and (11) neurology.

46. By combining on-site and telemedicine specialty clinics, LSP has significantly expanded the specialty services available to inmates without requiring unnecessary transportation outside LSP and the delays associated with those transports.

47. When a physician or nurse practitioner determines that an inmate needs specialty care, the provider enters the appropriate referral order into the inmate's EHR. Nurses then schedule the appointment, maintain tracking information for each referral, and coordinate with security staff and outside providers as necessary. LSP monitors specialty referrals from the time the

10

provider orders the consultation until the inmate completes the appointment and any recommended follow-up care.

48. DOC maintains a tracking system for specialty consultations and follow-up appointments. That system allows medical leadership to identify pending referrals, monitor scheduling, and review specialty-clinic activity. This information is regularly reviewed by LSP's nurses to identify operational issues, allocate available clinic capacity, and improve access to specialty services.

**Medical Leadership and Clinical Decision-Making**

49. As Director of LSP's Medical Department, I do not personally provide direct patient care. Instead, I oversee the administrative operation of LSP's healthcare system and work closely with LSP's physicians, nurse practitioners, nursing leadership, and other healthcare professionals to ensure that medical services operate effectively. I regularly meet with medical leadership to discuss staffing, patient care issues, specialty referrals, operational concerns, and opportunities to improve the delivery of healthcare throughout LSP.

50. At LSP, physicians, nurse practitioners, nurses, pharmacists, therapists, and other healthcare professionals make clinical decisions within the scope of their respective licenses and training—including evaluating patients, determining appropriate treatment plans, prescribing medications, ordering diagnostic testing, requesting specialty consultations, and determining when an inmate requires inpatient care or transfer to an outside medical facility.

51. On February 7, 2026, LSP successfully maintained its American Correctional Association ("ACA") accreditation. Preparing for and maintaining ACA accreditation requires ongoing review of LSP's policies, clinical practices, staffing, documentation, quality-assurance activities, emergency preparedness, and other aspects of healthcare operations. Throughout the accreditation process, my staff and I worked with medical leadership, custody staff, and other LSP personnel to review our practices, update policies where

11

appropriate, verify compliance with applicable performance-based standards, and identify opportunities to improve the delivery of healthcare services. LSP views accreditation as an ongoing process of evaluating and improving our operations. A copy of the ACA accreditation certificate is attached as Exhibit A-10.

52. LSP conducts formal morbidity and mortality conferences each quarter as part of a continuous effort to maintain quality of care. Dr. Dean leads those conferences since he became LSP's Director of Medical Services. He held his first conference on July 15, 2026, which I attended along with physicians, nurse practitioners, nursing leadership, and other appropriate healthcare personnel.

53. Dr. Randy Lavespere, DOC's Medical Director, now conducts peer reviews at LSP. Through his reviews, Dr. Lavespere evaluates randomly selected clinical encounters, medical records, and healthcare practices to assess the quality and consistency of LSP's medical care. He provides feedback and recommendations to LSP's physicians, and we use that feedback to evaluate our practices and implement improvements where appropriate. In addition, every week, Dr. Dean reviews encounters by LSP's nurse practitioners to assess the care they provide to patients.

54. LSP recently transitioned to Labcorp as its reference laboratory for diagnostic testing. The transition expanded the laboratory resources available to providers and improved access to specialized diagnostic testing. LSP receives laboratory results electronically through the EHR system, allowing providers to review results promptly, communicate with patients as necessary, and incorporate those results into ongoing treatment and follow-up care.

55. Jennifer Stickles (RN) oversees LSP's Quality Assurance/Quality Improvement program. She studies operational issues, staffing concerns, delays, or other challenges affecting patient care as identified.

56. As the Director of LSP's Medical Department, my staff and I work tirelessly to provide quality medical services to the offenders assigned to LSP, including identifying and addressing issues related to clinical care, sick call, specialty care, emergency care, inpatient/infirmary care, and medical leadership and organization.

57. My staff and I take our positions as corrections/medical professionals seriously. We work hard every day to respond to ever-changing dynamics and to avoid and minimize potential disruptions to care. And we constantly and proactively look for ways to improve care.

**Pending Future Improvements**

58. As part of LSP's continual efforts to improve its healthcare system, LSP has several projects and hires underway that will further enhance its capabilities.

59. LSP has entered into a contract of employment with Dr. John E. Morrison as a physician at LSP. Dr. Morrison is an excellent addition and is expected to join LSP by the end of July 2026. Dr. Morrison previously served as DOC's medical director from 2018 to 2020 and then as a physician at University Medical Center in New Orleans for several years.

60. LSP leadership authorized a $4 million project to install CAT 5 cabling through portions of LSP to improve the network infrastructure supporting healthcare operations. The project is underway, and completion is expected in 2028. Once completed, the upgraded infrastructure is expected to support continued network reliability for the EHR system, telemedicine, and other clinical systems that depend on network access.

61. LSP is replacing its existing EMS building with a new facility that is currently under construction.

**Conclusion**

62. I understand that my statements in this Declaration will be used by the Court and others in this case. I have done my best to ensure the information contained in this declaration is accurate. While I relied on the assistance of

counsel, the Declaration reflects my own personal knowledge and the knowledge I received because of my position as Director of LSP's Medical Department.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7·21-26___.

CHAD M. HINTON
Angola, Louisiana

14

# EXHIBIT A-1

# CHAD HINTON



11 Highland Rd
Angola, LA 70712
Email: chad.hinton2@outlook.com
Phone: 318-308-5273

## PROFESSIONAL SUMMARY

DYNAMIC HEALTHCARE LEADER WITH OVER 11 YEARS OF EXPERIENCE IN ADMINISTRATIVE ROLES WITHIN CARDIOVASCULAR, NEUROSCIENCE, RADIOLOGY/IMAGING SERVICES, MENTAL HEALTH SERVICES THE DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS. PROFICIENT IN DRIVING OPERATIONAL EFFICIENCY AND ELEVATING PATIENT CARE STANDARDS THROUGH INNOVATIVE TECHNOLOGIES. SKILLED IN HOSPITAL ADMINISTRATION ACROSS MENTAL HEALTH, NUCLEAR MEDICINE, RADIOLOGY, CARDIOLOGY, NEUROLOGY AND HOSPICE, WITH A KEEN FOCUS ON REGULATORY COMPLIANCE, STRATEGIC PLANNING, AND STAKEHOLDER ENGAGEMENT. DEMONSTRATED EXPERTISE IN LEADERSHIP, TEAM BUILDING, AND EFFECTIVE COMMUNICATION.

KEY SKILLS:
- LEADERSHIP: SETTING AND MEETING HIGH STANDARDS, HANDS-ON LEADERSHIP, AND INFLUENCING SKILLS.
- TEAM BUILDING: CREATING COLLABORATIVE ENVIRONMENTS, MANAGING DIVERSE TEAMS, AND OPTIMIZING PERFORMANCE.
- COMMUNICATION: ESTABLISHING EFFECTIVE RELATIONSHIPS WITH PHYSICIANS, COLLEAGUES, AND STAKEHOLDERS AT ALL LEVELS.

## EMPLOYMENT HISTORY

August2025 – Present
### Medical Department Director – Louisiana State Penitentiary, Angola, LA
- PROVIDE EXECUTIVE LEADERSHIP FOR A COMPREHENSIVE CORRECTIONAL HEALTHCARE SYSTEM SERVING MORE THAN 5,000 INCARCERATED INDIVIDUALS AT AMERICA'S LARGEST MAXIMUM-SECURITY PRISON.
- DIRECT OVER 160 CLINICAL, PROFESSIONAL, AND SUPPORT STAFF, INCLUDING 3 PHYSICIANS, 8 NURSE PRACTITIONERS, NURSING, RADIOLOGY, REHABILITATION, EMERGENCY MEDICAL SERVICES (EMS), AND ANCILLARY HEALTHCARE PERSONNEL.
- OVERSEE DAILY OPERATIONS OF A FULL-SERVICE MEDICAL DEPARTMENT INCLUDING AN EMERGENCY DEPARTMENT, ACUTE CARE NURSING UNIT, LONG-TERM CARE UNIT, DIAGNOSTIC IMAGING (CT, MRI, and ULTRASOUND), PHYSICAL THERAPY, AND 12 ON-SITE SPECIALTY CLINICS.
- LEAD THE NATION'S ONLY PRISON-BASED HOSPICE PROGRAM, ENSURING HIGH-QUALITY, AND COMPASSIONATE END-OF-LIFE CARE FOR INCARCERATED PATIENTS.
- DIRECT A COMPREHENSIVE EMERGENCY RESPONSE SYSTEM PROVIDING SCHEDULED CLINIC SERVICES, SELF-DECLARED EMERGENCY EVALUATIONS, CELL-SIDE EMERGENCY RESPONSES, AND EMS OPERATIONS ACROSS A SECURE CAMPUS.
- PROVIDE ADMINISTRATIVE OVERSIGHT OF INTEGRATED MEDICAL AND MENTAL HEALTH SERVICES, INCLUDING A DEDICATED MENTAL HEALTH DEPARTMENT, THREE MENTAL HEALTH NURSE PRACTITIONERS, A STAFF PSYCHIATRIST, AND SPECIALIZED HOUSING FOR PATIENTS WITH SERIOUS MENTAL ILLNESS.
- LEAD STRATEGIC INITIATIVES TO IMPROVE ACCESS TO CARE, EXPAND ON-SITE SPECIALTY SERVICES, REDUCE OFF-SITE TRANSPORTS, STRENGTHEN REGULATORY COMPLIANCE, AND IMPROVE OPERATIONAL EFFICIENCY.

1

June 2024 – July 2025

## CEO/Appointing Authority at East Louisiana State Mental Health System, Jackson, LA

- PROVIDED EXECUTIVE LEADERSHIP FOR OVER 1,400 STAFF AND 700 CLIENTS ACROSS FORENSIC, CIVIL, AND COMMUNITY-BASED MENTAL HEALTH PROGRAMS, WHILE MAINTAINING AN ANNUAL BUDGET OF $220,000,000.
- LED DEVELOPMENT AND IMPLEMENTATION OF THE 2025–2030 EXECUTIVE STRATEGIC PLAN FOR ELMHS, GROUNDED IN FIVE PILLARS OF EXCELLENCE.
- ADVANCED PATIENT-CENTERED CARE BY PRIORITIZING SAFETY, SATISFACTION, AND SUCCESSFUL COMMUNITY TRANSITIONS.
- SPEARHEADED AN INITIATIVE TO HOUSE OUR IRRESTORIBLY INCOMPETANT CLIENTS TO PRIVATE SECTOR HOUSING, ALLOWING US TO REMODEL AND REVAMP AN EXISTING BUILDING TO ACCEPT CLIENTS FROM THE DEPT. OF CORRECTIONS WAITING LIST.
- STRENGTHENED COMPLIANCE AND SAFETY BY DRIVING TOWARDS 100% ADHERENCE TO COOPER VS. JACKSON SETTLMENT MANDATES AND EMERGENCY PREPAREDNESS PROTOCOLS.
- CHAMPIONED WORKFORCE STABILITY THROUGH EMPLOYEE ENGAGEMENT INITIATIVES, LEADERSHIP DEVELOPMENT, AND IMPROVED TRAINING COMPLIANCE.
- LEADING INITIATIVES TO MODERNIZE INFRASTRUCTURE VIA ELECTRONIC HEALTH RECORD (EHR) IMPLEMENTATION, ELECTRONIC TIMEKEEPING, AND CLOUD-BASED HR SOLUTIONS.
- TARGETED STRATEGIC INVESTMENTS, INCLUDING PLANNING FOR A NEW FACILITY AND SIGNIFICANT INFRASTRUCTURE UPGRADES (E.G., MIRROR TINT WINDOWS FOR EFFICIENCY AND PRIVACY, CAMPUS WIDE ROAD RESURFACING).
- FOSTERED FISCAL STEWARDSHIP WITH GOALS TO REDUCE OUTSOURCED CONTRACTS AND IMPROVE BUDGET ALIGNMENT ACCURACY TO 98%.
- PROMOTED TRANSPARENCY AND ACCOUNTABILITY THROUGH QUARTERLY LEADERSHIP REVIEWS AND ANNUAL PERFORMANCE REPORTING.
- BUILT STRONG COMMUNITY PARTNERSHIPS TO SUPPORT AFTERCARE, EMERGENCY SHELTER PLANNING, AND SYSTEM-OF-CARE COORDINATION.
- MAINTAINED ACCREDITATION AND CERTIFICATION THROUGH THE JOINT COMMISSION (JCAHO) AND CENTERS FOR MEDICARE & MEDICAID SERVICES (CMS).

FEBRUARY 2023 – June 2024

## NUCLEAR MEDICINE TECHNOLOGIST/RADIOLOGIC TECHNOLOGIST AUREUS MEDICAL GROUP INC., ALEXANDRIA, LA (RAPIDES REGIONAL MEDICAL CENTER / BATON ROUGE, LA (OUR LADY OF THE LAKE CHILDREN'S HOSP.)

- MANAGED DAILY OPERATIONS AS A NUCLEAR MEDICINE AND RADIOLOGIC TECHNOLOGIST, OPTIMIZING IMAGING TECHNIQUES AND ENHANCING PATIENT THROUGHPUT.
- MASTERED FACILITY-SPECIFIC PROTOCOLS, CONTRIBUTING TO OPERATIONAL EFFICIENCY.
- ADVANCED CAREER FOR PROFESSIONAL GROWTH AND DEVELOPMENT.

JULY 2022 – JANUARY 2023

## DIRECTOR OF OPERATIONS LA IMAGING, ALEXANDRIA, LA

- OVERSAW DAILY OPERATIONS OF MOBILE RADIOGRAPHIC SERVICES, FOSTERING RELATIONSHIPS WITH KEY STAKEHOLDERS.
- LED INITIATIVES TO STREAMLINE PROCESSES, ENHANCE PRODUCTIVITY, AND EXPAND MARKET REACH.
- CONTRIBUTED TO CAPITAL PURCHASING DECISIONS AND BUDGET MANAGEMENT.
- EVALUATED OPERATIONAL METRICS TO REDUCE DOWNTIME BY 15%.
- INCREASED CLIENT RETENTION BY DEVELOPING KEY PARTNERSHIPS.

SEPTEMBER 2017 - MARCH 2022

**ADMINISTRATIVE DIRECTOR OF CARDIOVASCULAR AND NEUROSCIENCE SERVICE LINES RAPIDES REGIONAL MEDICAL CENTER, ALEXANDRIA, LA**

- SPEARHEADED INNOVATIVE PATIENT CARE STRATEGIES, OPTIMIZING OPERATIONS WITHIN CARDIOVASCULAR AND NEUROSCIENCE DEPARTMENTS WHILE SETTING NEW STANDARDS IN HEALTHCARE EXCELLENCE
- MANAGED ACUTE CARE FACILITY SERVING A LARGE POPULATION, ENSURING COMPLIANCE WITH REGULATORY STANDARDS.
- IMPLEMENTED PROCESS IMPROVEMENTS, ENHANCING WORKFLOW EFFICIENCY AND PATIENT CARE QUALITY BY STREAMLINING PROTOCOLS AND ADDING TO THE VALUE OF OUR PATIENTS HEALTHCARE EXPERIENCE.
- MANAGED AN ACUTE CARE FACILITY SERVING 90,000 LOCAL AND OVER 600,000 STATEWIDE RESIDENTS
- ASSEMBLED HIGH-PERFORMING TEAMS FOR SPECIFIC TASKS
- GENERATED COMPREHENSIVE FINANCIAL REPORTS, ANNUAL BUDGETS, AND STRATEGIC PLANS
- LED RECRUITMENT EFFORTS FOR AN ENDOVASCULAR SURGEON TO DEVELOP A COMPREHENSIVE STROKE CENTER

JANUARY 2018 – MAY 2022

**CLINICAL INSTRUCTOR LOUISIANA STATE UNIVERSITY AT ALEXANDRIA, ALEXANDRIA, LA**

- DEVELOPED CURRICULUM FOR CARDIOVASCULAR TECHNOLOGY PROGRAM, CONTRIBUTING TO INDUSTRY EDUCATION.
- TAUGHT COURSES IN CARDIOVASCULAR TECHNOLOGY AND CLINICAL PRACTICUM.

MAY 2015 – SEPTEMBER 2017

**RADIOLOGY MANAGER RAPIDES REGIONAL MEDICAL CENTER (HCA), ALEXANDRIA, LA**

- MANAGED RADIOLOGY DEPARTMENT OPERATIONS, FOCUSING ON EMPLOYEE ENGAGEMENT AND PATIENT SATISFACTION.
- IMPLEMENTED WORKFLOW OPTIMIZATIONS AND MENTORED JUNIOR STAFF FOR CONTINUOUS IMPROVEMENT.
- SUPERVISED OVER 125 FULL-TIME AND PART-TIME EMPLOYEES ACROSS VARIOUS SPECIALTIES, ENSURING ADHERENCE TO ESTABLISHED STANDARDS
- FORMULATED STAFFING, EXPENSE, AND CAPITAL BUDGETS, EFFECTIVELY MANAGING RESOURCES
- LED COMMITTEE TO BOOST PATIENT SATISFACTION, IMPROVING OVERALL SERVICE QUALITY
- PIONEERED ADVANCED RADIOLOGICAL TECHNIQUES, ENHANCING DIAGNOSTIC ACCURACY AND PATIENT CARE.
- STREAMLINED WORKFLOW, INCREASING DEPARTMENT EFFICIENCY BY 20% WITHIN FIRST YEAR.
- INITIATED TECH UPGRADES THAT REDUCED RADIATION EXPOSURE BY 15%, PRIORITIZING PATIENT SAFETY.
- FORMULATED STAFFING, EXPENSE, AND CAPITAL BUDGETS, EFFECTIVELY MANAGING RESOURCES

JANUARY 2006 – MAY 2015

**NUCLEAR MEDICINE SUPERVISOR RAPIDES REGIONAL MEDICAL CENTER, ALEXANDRIA, LA**

- SUPERVISED NUCLEAR MEDICINE DEPARTMENT OPERATIONS, CONSISTENTLY EXCEEDING EXPECTATIONS.

# EDUCATION

MAY 2015

**MASTER OF BUSINESS ADMINISTRATION LOUISIANA STATE UNIVERSITY AT SHREVEPORT, SHREVEPORT, LA**
EMPHASIS IN FINANCE AND ACCOUNTING

MAY 2002

**CERTIFICATE IN NUCLEAR MEDICINE CHATTANOOGA STATE TECHNICAL COMMUNITY COLLEGE, CHATTANOOGA, TN**

- AWARDS: CLASS SPOKESMAN
- VOTED BY MY PEERS "MOST LIKELY TO BECOME A SUCCESSFUL NUCLEAR MEDICINE TECHNOLOGIST"

3

MAY 2001
BACHELOR OF ALLIED HEALTH UNIVERSITY OF LOUISIANA AT MONROE, MONROE, LA
MAJOR: RADIOLOGIC TECHNOLOGY

## ADDITIONAL INFORMATION

### AWARDS/CERTIFICATIONS/COMMUNITY:
- MULTIPLE AWARDS FOR IMPROVING PATIENT SATISFACTION SCORES.
- ARRT (AMERICAN REGISTRY OF RADIOLOGIC TECHNOLOGIST) – RADIOLOGY / NUCLEAR MEDICINE
- BLS (BASIC LIFE SUPPORT) – CURRENT
- ACTIVE MEMBER OF KNIGHTS OF COLUMBUS (ALEXANDRIA, LA CHAPTER)

### WORK EXPERIENCE:
- APPOINTING AUTHORITY FOR LOUISIANA'S LARGEST AND ONLY INPATIENT PSYCHIATRIC MENTAL HEALTH FACILITY, WORKING WITH 95% FORENSICALLY INVOLVED CLIENTS.
- OVER 10 YEARS OF HOSPITAL ADMINISTRATION EXPERIENCE AT A 380 BED HOSPITAL IN CENTRAL LOUISIANA.
- EXPERTISE IN NUCLEAR MEDICINE, CARDIOVASCULAR, NEUROLOGY, AND RADIOLOGY SERVICE LINES.
- 15 YEARS OF NUCLEAR MEDICINE SUPERVISORY EXPERIENCE.

### PREVIOUS ROLE
- MANAGED DAILY OPERATIONS OF RADIOLOGY DEPARTMENT, CARDIOVASCULAR AND NEUROSCIENCE SERVICE LINES AT AN ACUTE CARE FACILITY SERVING OVER 90,000 LOCAL RESIDENTS AND A STATEWIDE OUTREACH OF 600,000 PLUS RESIDENTS.
- IMPROVED PATIENT CARE AND INCREASED PATIENT SATISFACTION BY OVER 45%

### ACHIEVEMENTS:
- DEVELOPED AND IMPLEMENTED INNOVATIVE HEALTHCARE PROGRAMS, CONTRIBUTING TO REVENUE GROWTH.
- REDUCED DOOR TO NEEDLE TIMES FOR STROKE PATIENTS (LESS THAN 45 MINUTES) AND DOOR TO BALLOON TIMES FOR STEMI PATIENTS (AVERAGE OF 35 MINUTES.)
- LED PATIENT SATISFACTION EFFORTS, INCREASING SCORES SIGNIFICANTLY.
- DEVELOPED AND IMPLEMENTED 1ST TAVR (TRANS-AORTIC VALVE REPLACEMENT) & WATCHMAN PROGRAMS IN CENTRAL LA, TO INCLUDE A STRUCTURAL HEART/VALVE CLINIC. ADDITIONAL SERVICES OFFERED AND NEW REVENUE STREAM.
- DEVELOPED AND INITIATED RRMC'S FIRST COMPREHENSIVE ELECTROPHYSIOLOGY (EP) PROGRAM INCLUDING THE RECRUITMENT OF A HOSPITAL EMPLOYED PHYSICIAN. ADDITIONAL SERVICES OFFERED AND NEW REVENUE STREAM.
- DEVELOPED AND IMPLEMENTED RRMC'S AND CENTRAL LA'S FIRST VENTRICULAR ASSIST (IMPELLA) PROGRAM. THIS PROGRAM UTILIZES A $25,000 DEVICE THAT IS REIMBURSED BY MEDICARE AT A RATE OF APPROXIMATELY $75,000, WITH PRIVATE INSURANCE PROVIDERS PAYING AS MUCH AS $123,000 FOR THE PROCEDURE. ADDITIONAL SERVICES OFFERED AND NEW REVENUE STREAM.
- METHODS OF ENSURING THE SUCCESS OF THESE PROGRAMS INCLUDED BUDGETING TOOLS AND FINANCIAL STATEMENTS SUCH AS PRO FORMA, INCOME STATEMENT, BALANCE SHEET, STATEMENT OF CASH FLOW AND STATEMENTS OF SHAREHOLDER EQUITY.

4

# EXHIBIT A-2

| | | | | |
|---|---|---|---|---|
| 1 | BROWN | STUART | DENTAL SERVICES DIRECTOR | HEALTH SERVICES - DENTAL |
| 2 | CHURCHMAN BAILEY | LISA | DENTIST | HEALTH SERVICES - DENTAL |
| 3 | FLINT | KEVIN | DENTIST | HEALTH SERVICES - DENTAL |
| 4 | DEAN | ROBERT | DIR OF MEDICAL SERV | HEALTH SERVICES - DOCTORS |
| 5 | HINTON | CHAD | MED DEPT DIRECTOR | HEALTH SERVICES - DOCTORS |
| 6 | BAUDIN | MARIA | PHYSICAL THERAPIST 2 | HEALTH SERVICES - DOCTORS |
| 7 | MAYRONNE | STEPHEN | PHYSICAL THERARY SUPV | HEALTH SERVICES - DOCTORS |
| 8 | CLEVELAND | ROBERT | PHYSICIAN | HEALTH SERVICES - DOCTORS |
| 9 | GARON | SHANE | PHYSICIAN | HEALTH SERVICES - DOCTORS |
| 10 | ARMAND | SPENCER | CORRS CAPTAIN | HEALTH SERVICES - EMS |
| 11 | CASHIO | JAMIE | CORRS CAPTAIN | HEALTH SERVICES - EMS |
| 12 | CHILDS | REBECCA | CORRS CAPTAIN | HEALTH SERVICES - EMS |
| 13 | COWAN | AMANDA | CORRS CAPTAIN | HEALTH SERVICES - EMS |
| 14 | PLAUCHE | RONALD | CORRS CAPTAIN | HEALTH SERVICES - EMS |
| 15 | CASHIO | DARREN | CORRS COLONEL | HEALTH SERVICES - EMS |
| 16 | BRIGGS | MARK | CORRS LIEUTENANT | HEALTH SERVICES - EMS |
| 17 | LINDSLY | FRANK | CORRS LIEUTENANT | HEALTH SERVICES - EMS |
| 18 | MOORE | ADRIANNA | CORRS LIEUTENANT | HEALTH SERVICES - EMS |
| 19 | SINEGAL | JOHN | CORRS LIEUTENANT | HEALTH SERVICES - EMS |
| 20 | SMITH | PAUL | CORRS LIEUTENANT | HEALTH SERVICES - EMS |
| 21 | TAYLOR | JUANITA | CORRS LIEUTENANT | HEALTH SERVICES - EMS |
| 22 | SUMMERS | JAMES | CORRS LIEUTENANT COLONEL | HEALTH SERVICES - EMS |
| 23 | LINAM | CHRISTINE | CORRS MAJOR | HEALTH SERVICES - EMS |
| 24 | BOOTHE | PAULA | CORRS SERGEANT-MASTER | HEALTH SERVICES - EMS |
| 25 | BORDELON | MICHAEL | CORRS SERGEANT-MASTER | HEALTH SERVICES - EMS |
| 26 | CURRY | TUCKER | CORRS SERGEANT-MASTER | HEALTH SERVICES - EMS |
| 27 | GORDON JR | GEORGE | CORRS SERGEANT-MASTER | HEALTH SERVICES - EMS |
| 28 | GUILLORY | GEORGEA | CORRS SERGEANT-MASTER | HEALTH SERVICES - EMS |
| 29 | JACKSON | SAMANTHA | CORRS SERGEANT-MASTER | HEALTH SERVICES - EMS |
| 30 | LUNEAU | SHAWN | CORRS SERGEANT-MASTER | HEALTH SERVICES - EMS |
| 31 | MILLER | JOSHUA | CORRS SERGEANT-MASTER | HEALTH SERVICES - EMS |
| 32 | PARISH | DERRICK | CORRS SERGEANT-MASTER | HEALTH SERVICES - EMS |
| 33 | ST GERMAIN | VICTORIA | CORRS SERGEANT-MASTER | HEALTH SERVICES - EMS |
| 34 | WILLINGHAM | ASHLEY | CORRS SERGEANT-MASTER | HEALTH SERVICES - EMS |
| 35 | ORGERON | JOHN | ADMIN COORDINATOR 1 | HEALTH SERVICES - LAB |
| 36 | JOHNSON | TAWANDA | HEALTH INFORMATION COORDI | HEALTH SERVICES - LAB |
| 37 | HOLLINS | TONIKA | LABORATORY TECHNICIAN 3 | HEALTH SERVICES - LAB |
| 38 | MORGAN | ANGEL | ASSOCIATE 4/PSYCHOL | HEALTH SERVICES - MENTAL HLTH |
| 39 | JACKSON | KIMBERLY | PROFESSIONAL COUNSELOR 3 | HEALTH SERVICES - MENTAL HLTH |
| 40 | STEWART | NATASHA | PROFESSIONAL COUNSELOR 3 | HEALTH SERVICES - MENTAL HLTH |
| 41 | WASHINGTON | LORRETTA | PROFESSIONAL COUNSELOR 3 | HEALTH SERVICES - MENTAL HLTH |
| 42 | GAMBLE | MATTHEW | PSYCHIATRIST | HEALTH SERVICES - MENTAL HLTH |
| 43 | DUBOIS | ISABELLE | RN ADVANCED PRACTICE | HEALTH SERVICES - MENTAL HLTH |
| 44 | STELLY | TONYA | RN ADVANCED PRACTICE | HEALTH SERVICES - MENTAL HLTH |
| 45 | WEBSTER | DAFFANEY | RN ADVANCED PRACTICE | HEALTH SERVICES - MENTAL HLTH |
| 46 | GRAY | GIRARD | SC SR COUNSELOR 3 | HEALTH SERVICES - MENTAL HLTH |
| 47 | LEE | LAUREN | SC SV COUNSELOR 1 | HEALTH SERVICES - MENTAL HLTH |

| 48 | NEWBORNE | JAMILA | SOCIAL SERV COUNS 4-A | HEALTH SERVICES - MENTAL HLTH |
|---|---|---|---|---|
| 49 | THOMAS | SHEENA | SOCIAL SERV COUNS 4-A | HEALTH SERVICES - MENTAL HLTH |
| 50 | WHITFIELD | MONICA | SOCIAL SERV COUNS 4-A | HEALTH SERVICES - MENTAL HLTH |
| 51 | PROBY | BRIANA | SOCIAL WORKER 2 | HEALTH SERVICES - MENTAL HLTH |
| 52 | JACKSON | ANN | SOCIAL WORKER 5-B | HEALTH SERVICES - MENTAL HLTH |
| 53 | MCKAY | SAM | SOCIAL WORKER 7 | HEALTH SERVICES - MENTAL HLTH |
| 54 | PARSLEY | JAY | HEALTH INFORMATION COORDI | HEALTH SERVICES - NURSING |
| 55 | SIMON | SHARON | HEALTH INFORMATION COORDI | HEALTH SERVICES - NURSING |
| 56 | DAUZAT | JESSICA | MEDICAL SPECIALIST | HEALTH SERVICES - NURSING |
| 57 | GUY | BRANDY | MEDICAL SPECIALIST | HEALTH SERVICES - NURSING |
| 58 | MAYEUX | BRITTANY | MEDICAL SPECIALIST | HEALTH SERVICES - NURSING |
| 59 | VAUGHN | ALICIA | PRACTICAL NURSE-LIC 1 | HEALTH SERVICES - NURSING |
| 60 | MITCHELL | HONESTY | PRACTICAL NURSE-LIC 2 | HEALTH SERVICES - NURSING |
| 61 | BARTON | MELANIE | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 62 | BROUSSARD | SKYLA | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 63 | CARTER | CHENDER | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 64 | CENAC | MICHELLE | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 65 | DARDENNE | LUCY | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 66 | DEDON | PATRICIA | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 67 | DESCANT | CAROLINE | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 68 | DUCOTE | LANCE | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 69 | ELKINS | DARBY | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 70 | GORDON | DEIDRE | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 71 | GREEN | CRYSTAL | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 72 | GUILLORY | CALLIE | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 73 | HAIK | COURTNEY | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 74 | HILLS | RHONDA | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 75 | HOPKINS | DOROTHY | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 76 | JACK | TAMMY | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 77 | JENKINS | KIMBERLY | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 78 | KELLUM | KATHLEEN | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 79 | LEMOINE | TAYLOR | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 80 | MCMULLEN | MONICA | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 81 | PETERSON | ALONDRA | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 82 | RICHE | REBECCA | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 83 | RICUARD | LAURA | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 84 | RYMER | MERIDETH | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 85 | SIMMONS | PATRICIA | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 86 | SMITH | TRACEY | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 87 | SPARKS | MIRANDA | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 88 | TAPLIN | BETTY | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 89 | THRASH | BRITTANY | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 90 | WHITE | AUTUM | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 91 | WORSHAM | MARLA | PRACTICAL NURSE-LIC 3 | HEALTH SERVICES - NURSING |
| 92 | BAUDIN | BRADY | RESPIR CARE THRPST 2-REG | HEALTH SERVICES - NURSING |
| 93 | SCOTT | JEWEL | RN 1 | HEALTH SERVICES - NURSING |
| 94 | BREITHAUPT | LEAH | RN 2 | HEALTH SERVICES - NURSING |

| | | | | |
|---|---|---|---|---|
| 95 | HODGE | MORGAN | RN 2 | HEALTH SERVICES - NURSING |
| 96 | SMITH | KAYLEE | RN 2 | HEALTH SERVICES - NURSING |
| 97 | BOUDREAUX | BRENNA | RN 3 | HEALTH SERVICES - NURSING |
| 98 | BOWMAN | ANGEL | RN 3 | HEALTH SERVICES - NURSING |
| 99 | CARPENTER | JENNIFER | RN 3 | HEALTH SERVICES - NURSING |
| 100 | COURVILLE | KRISTEN | RN 3 | HEALTH SERVICES - NURSING |
| 101 | FREEMAN | LATONYA | RN 3 | HEALTH SERVICES - NURSING |
| 102 | GREMILLION | LYNDSIE | RN 3 | HEALTH SERVICES - NURSING |
| 103 | HAMILTON | DEANDREA | RN 3 | HEALTH SERVICES - NURSING |
| 104 | HAYES | BIANCA | RN 3 | HEALTH SERVICES - NURSING |
| 105 | HOLMES | BRENDA | RN 3 | HEALTH SERVICES - NURSING |
| 106 | HURSTON | RIKKI | RN 3 | HEALTH SERVICES - NURSING |
| 107 | JOHNSON | JULIA | RN 3 | HEALTH SERVICES - NURSING |
| 108 | LOCKETT | DEYONNA | RN 3 | HEALTH SERVICES - NURSING |
| 109 | MILLER | GRACE | RN 3 | HEALTH SERVICES - NURSING |
| 110 | O'MARA | DAVID | RN 3 | HEALTH SERVICES - NURSING |
| 111 | PHILLIPS | KENNEDY | RN 3 | HEALTH SERVICES - NURSING |
| 112 | PORET | SHERWOOD | RN 3 | HEALTH SERVICES - NURSING |
| 113 | SAIZAN | SAMANTHA | RN 3 | HEALTH SERVICES - NURSING |
| 114 | TURNER | JENAYSHA | RN 3 | HEALTH SERVICES - NURSING |
| 115 | WASHINGTON | INDIA | RN 3 | HEALTH SERVICES - NURSING |
| 116 | ZAUNBRECHER | AIMEE | RN 3 | HEALTH SERVICES - NURSING |
| 117 | BORDELON | ROBERT | RN ADVANCED PRACTICE | HEALTH SERVICES - NURSING |
| 118 | CRANFORD | BILL | RN ADVANCED PRACTICE | HEALTH SERVICES - NURSING |
| 119 | CRANFORD | REBECCA | RN ADVANCED PRACTICE | HEALTH SERVICES - NURSING |
| 120 | DEDEAUX | JEREMY | RN ADVANCED PRACTICE | HEALTH SERVICES - NURSING |
| 121 | DILLARD | JUSTIN | RN ADVANCED PRACTICE | HEALTH SERVICES - NURSING |
| 122 | HARGRODER | KYLE | RN ADVANCED PRACTICE | HEALTH SERVICES - NURSING |
| 123 | PARK | CYNTHIA | RN ADVANCED PRACTICE | HEALTH SERVICES - NURSING |
| 124 | WALLIS | MICHAEL | RN ADVANCED PRACTICE | HEALTH SERVICES - NURSING |
| 125 | HARRIS | STACY | RN ASSISTANT DIRECTOR OF | HEALTH SERVICES - NURSING |
| 126 | DELANEY | BYRON | RN DIRECTOR OF NURSING B | HEALTH SERVICES - NURSING |
| 127 | BLACKWELDER | LESLEY | RN SUPERVISOR A | HEALTH SERVICES - NURSING |
| 128 | DUCOTE | LARS | RN SUPERVISOR A | HEALTH SERVICES - NURSING |
| 129 | HEBERT | AMY | RN SUPERVISOR A | HEALTH SERVICES - NURSING |
| 130 | LAPEYROLERIE | VANCE | RN SUPERVISOR A | HEALTH SERVICES - NURSING |
| 131 | MCCLURE | SANDY | RN SUPERVISOR A | HEALTH SERVICES - NURSING |
| 132 | ROGERS | EMLEY | RN SUPERVISOR A | HEALTH SERVICES - NURSING |
| 133 | HUFFMAN | JOHN | RN SUPERVISOR B | HEALTH SERVICES - NURSING |
| 134 | RICHE | WILL | RN SUPERVISOR B | HEALTH SERVICES - NURSING |
| 135 | ROBINSON | TONIA | RN SUPERVISOR B | HEALTH SERVICES - NURSING |
| 136 | RUSSELL | JOHN | RN SUPERVISOR B | HEALTH SERVICES - NURSING |
| 137 | TISER | SANDRA | RN SUPERVISOR B | HEALTH SERVICES - NURSING |
| 138 | COLEY | JUSTIN | RN-MANAGER | HEALTH SERVICES - NURSING |
| 139 | FAUST | TONIA | RN-MANAGER | HEALTH SERVICES - NURSING |
| 140 | HAWKINS | STEWART | RN-MANAGER | HEALTH SERVICES - NURSING |
| 141 | JACKSON | LAURETTE | RN-MANAGER | HEALTH SERVICES - NURSING |

| | | | | |
|---|---|---|---|---|
| 142 | QUEBEDEAUX | JENNIFER | RN-PROGRAM COORDINATOR | HEALTH SERVICES - NURSING |
| 143 | STICKELLS | JENNIFER | RN-PROGRAM COORDINATOR | HEALTH SERVICES - NURSING |
| 144 | AUGUSTINE | SHEAKENA | PHARMACIST 3 | HEALTH SERVICES - PHARMACY |
| 145 | BOATRIGHT | GRANT | PHARMACIST 3 | HEALTH SERVICES - PHARMACY |
| 146 | LABATUT | JULES | PHARMACIST 3 | HEALTH SERVICES - PHARMACY |
| 147 | LECOQ | HANNAH | PHARMACIST 3 | HEALTH SERVICES - PHARMACY |
| 148 | CASHIO | RANDALL | PHARMACIST 4 | HEALTH SERVICES - PHARMACY |
| 149 | PATIN | DOUGLAS | PHARMACIST 5-B | HEALTH SERVICES - PHARMACY |
| 150 | BORDELON | SARAH | PHARMACY TECHNICIAN 2 | HEALTH SERVICES - PHARMACY |
| 151 | BORDELON | YOLANDA | PHARMACY TECHNICIAN 2 | HEALTH SERVICES - PHARMACY |
| 152 | JAMES | TYKARIA | PHARMACY TECHNICIAN 2 | HEALTH SERVICES - PHARMACY |
| 153 | LEMOINE | COURTNEY | PHARMACY TECHNICIAN 2 | HEALTH SERVICES - PHARMACY |
| 154 | MCELWEE | SAKITA | PHARMACY TECHNICIAN 2 | HEALTH SERVICES - PHARMACY |
| 155 | NEWMAN | KRYSTEN | PHARMACY TECHNICIAN 2 | HEALTH SERVICES - PHARMACY |
| 156 | NICKENS | BRANDI | PHARMACY TECHNICIAN 2 | HEALTH SERVICES - PHARMACY |
| 157 | ROACH | CHANDRICKA | PHARMACY TECHNICIAN 2 | HEALTH SERVICES - PHARMACY |
| 158 | WILSON | STACEY | PHARMACY TECHNICIAN 2 | HEALTH SERVICES - PHARMACY |
| 159 | PREVOT | PETER | RADIOLOGIC TECHNOLOGIST 3 | HEALTH SERVICES - RADIOLOGY |
| 160 | LAPOUBLE | REGINALD | RADIOLOGIC TECHNOLOGIST S | HEALTH SERVICES - RADIOLOGY |
| 161 | BAYES | SHIRLEY | HEALTH INFORMATION COORDI | HEALTH SERVICES ADMIN-EYE CLINIC |

# EXHIBIT A-3



# End User Training Guide

## Logging in and Out:



- Working in multiple locations of care, type in your Login Name, password, and then press the tab key to view Location of Care (LOC).
  - o The Location of Care defines where medical care is given.
    - ▪ Providers can view and update any patient's chart, no matter what location they're currently working at or where the patient is usually seen.
- Logging Out
  - o Icon used to log out of the application: DO NOT USE the red X located at the right top of the screen.

## Chart Desktop Review: Document Reference – CPS 12 Utilizing the Chart Desktop



- This is "Your personal workspace" which will display flag communication and patient chart tasks that need to be addressed.

1



- Upper right tool bar displays the number of outstanding documents, messages and the user log in name, the log out button and a question mark for Centricity Help.
- Horizontal navigational ribbon are action items for finding a patient chart, flags/alerts and printing.
- Vertical Navigation pane on the left are different sections for the Chart Desktop.
  - Summary
    - View of workspace that shows a snapshot view of Flags, Documents and Schedule.
  - Alerts/Flags
    - Alerts/Flags are internal messages to either individual or shared desktop
    - Alerts/Flags are like post-it notes that are not typically attached to a patient's chart and are not a permanent part of the medical record, unless converted to a document
  - Documents
    - Documents are items pending review, action, or signature by physician or staff member and when signed become a permanent part of the patient's medical record.
  - Fusion Links (Set Up Links)
    - Fusion Order Manager
    - Fusion Lab Manager
- Chart Desktop customizations
  - Minimize/Maximize horizontal ribbon
    - Quick Access function
  - Compress/Expand vertical pane

## Managing Desktop Flags

- Review, manage and create Flags from the Desktop Summary or the Alerts and Flags area by clicking the link on the vertical navigation pane.
  - On the Desktop Summary, the user's messages only will be displayed.
- When the "Alerts and Flags" link is selected, the view is very similar to most email applications and many users find this section easier to manage.
- The messages on the top show a summary while the details can be found in a full viewer on the lower portion of the screen.
- Bold text messages are considered unread, italic font has been saved and not sent, and unlike email there is no sent flag. Future flags will note the future date selected when the flag was created.
- Organize Button

*Fusion*

*Using Flags, Care Alerts and Alert Pop Ups*



- Sending Flags
  - o User's name must be "To User" field.
  - o Priority levels
    - ▪ Urgent attaches a red exclamation mark to the flag
    - ▪ Important attaches a yellow exclamation mark to the flag
    - ▪ Normal flag has no exclamation mark attached.
  - o Start, Expire and Future Flags
  - o Save as Draft will put the message in italic font until message can be completed and sent.

*Care Alert and Alert Pop Up Alert*

- Creating an Alert or Pop-Up Alert
  - o Care alerts can be created for all users when a specific user is not selected.
  - o Pop-Up Alerts will display a popup window every time the patient's chart is accessed.
  - o Priority levels
    - ▪ Urgent attaches a red exclamation mark to the care alert/pop-up alert.
    - ▪ Important attaches a yellow exclamation mark to the care alert/pop-up alert.
    - ▪ Normal flag has no exclamation mark attached.
  - o Start, Expire and Future care alert/pop-up alert.
  - o Save as Draft will put the message in italic font until message can be completed and sent.

*Setting Up Flag Groups*

- Setting up Flag Groups
  - o Select **New Alert/Flag**
  - o Click the binoculars icon
  - o In the Find Users window, select **More**
  - o Use the Find Users screen to add users to My Folder and set My Folder as the contents of your user selection list.
  - o Create a **New Group**



- **Add Items** to New Group or My Folder

## Managing Desktop Documents

- Managing Chart Desktop Summary and Chart Desktop Documents
  - o Documents assigned to you will be visible on the Desktop Summary screen.
  - o You can review and manage Desktop Documents from either the Summary area of the Chart Desktop, or it is recommended that you utilize the Documents module by clicking on Documents on the vertical navigation pane.
  - o Document Actions:
    - Review the document
    - Add information to the document
    - Change information contained within the document
    - Complete the document
    - Sign the document
    - Route the document to another user for further action and or review
- Document Status is the status of the document and the action needed is shown on the last two columns of the screen.
  - o In Progress – Indicates document lacks a final signature and another user is actively working on the document.
  - o On Hold – Indicates document lacks a final signature and typically refers to internal documents (e.g., Office Visit).
  - o Unsigned – Indicates document lacks a final signature and typically refers to external documents (e.g., Lab Report).
  - o Signed – Indicates the document does contain a final signature.
  - o *Signed* – Indicates the document has been signed by a provider but requires a final signature.

## Patient Search



Fusion

- Multiple ways to Search for a Patient Chart:
  - o Patient Search Box
  - o Find patient icon with magnifying glass, Find Patient (tool bar), and CTRL + F. will display the Find Patient Dialog box.
- From the Desktop during an open session, the Chart button on the bottom right will access the last patient chart viewed.
- Search by:  Inmate ID
  - o Check the box bottom right of the screen to save settings as my preference

## Patient Chart Review: Document Reference – CPS 12 Patient Chart Overview



## Viewing Top Tool Bars

- File, Home, Options
  - o File
  - o Home
  - o Options



- Command Buttons
- Patient Banner

## Printing

- Printing Patients Chart and specific areas of the chart.
- Printing a clinical summary
- Patient Chart > Document > More > Create Clinical Visit Summary

5



## Viewing Patient Summary



## Viewing Problem List



- Select Active Only on drop down menu to view current problems.
- Select All Items to display history of problems.
- Gray items indicate removed problems.
- By clicking the plus (+) next to a specific problem the row is expanded to review history of the problem; if the problem has been removed the reason and date will display.
- Web Look Up
- Clinical Reference
- Patient Education

6

## Viewing Allergies, Directives and Alerts

- Viewing Allergies and Directives, select Active Only from the drop-down list to view current items.
- All Items will display history of allergies and directives.
- Grayed out items – would indicate removed items.
- Viewing Alerts/Flags – select Today or Anytime from the drop-down list to view respective items.

## Documenting Chart Maintenance

- Chart Maintenance is useful to quickly enter data into one or more of a patient's clinical lists and allow the user to enter patient information without a form.  For example, the patient was seen outside the facility and has a new problem to be added to the chart.
- The six Clinical Lists are:
  - o  Problems
  - o  Medications
  - o  Allergies
  - o  Directives
  - o  Flowsheet
  - o  Orders
- Users access the chart maintenance function from the Chart Summary area and directly from the Flowsheet or Orders sections.
- The actions that start a chart maintenance document are the + symbol to add to the patient's chart, the ⟋ Edit icon to make any edits or × to remove a clinical list from the patient's chart.
- Review the document before ending and signing.

## Viewing Documents



- Document Columns
  - Symbols:
    - Pencil – On Hold
    - Paperclip – Attachment
  - Document Type – A label assigned to each document, this could be a clinical document, or a document being scanned.
  - Date, Summary, Provider, Location
  - Status – On Hold, Signed, Unsigned, In Progress
  - Document Action Buttons
    - Sign an unsigned document (example: Lab result)
      - Append a signed document to add additional information either by text or forms.
      - Organize
  - Sorting Documents
    - Click on any column heading (e.g., Date, Summary, Provider, Location, Status).
    - Click on date and time heading and it will sort in ascending (Newest to Oldest) order – click on it a second time, it will sort in descending (Oldest to Newest) order.
    - Click on Summary heading column; all summaries will be sorted in alphabetical order.
  - Group by Date
  - Document View is defaulted to ALL. Click on + sign and select specific document'
    - A label assigned to each document. Each document has a document type assigned to it. Whether it's a clinical document or a document being scanned.

## Setting Up Document Groups

- Setting up Document Groups
  - Documents > Organize
  - To customize the view, select the **Document Types, Locations, Confidentiality Types**, and **Document Status** you want to include.
  - All users can view documents with a Normal confidentiality type. Only users with the relevant confidential documents privileges can view other types.
  - Click **Save As** and choose whether to save it as a **Global View** (visible to everyone) or **Personal View** (visible to only the user).
  - To list this view on Desktop Documents, select it in the view list and check **Save As One of my Preferred Views**.
  - Enter a name for the view and click **Ok** to save.



## Viewing Flowsheet



- Select the drop-down arrow in the View section box to see the flowsheet options.
- Searching by Date and Time
- Graph
  - o Select a Graph from the View drop-down arrow
  - o Graph button will open a graph observations screen.
  - o Select the items to graph and click 'Show Graph' button.
- To view more details about a result, single click on the observation, the details will display at the bottom below the flowsheet grid.
- To see the document related to an observation value, double click on the value.
  - o Review the document and click Close when finished.
- Web Look Up
- Clinical Reference
- Patient Education action



## Viewing Orders



- Orders are used to request and track care and treatment that need to be rendered to a patient.
  - These are not medication orders (medications will be entered in the medications section of Centricity).
  - Anything that needs to be "scheduled" is considered an Order.
  - Orders will be viewed in Order Manager.
  - Orders that are added to a patient's chart could include scheduling patient visits or encounters, requesting labs, or referring a patient for care...basically anything that requires further action.
  - Some specific examples of orders are: requesting a Chronic Care Visit, Follow-Up, Blood Pressure checks, Fingerstick Blood Glucose, etc.), lab orders (Fasting Bloodwork, etc.), referrals – on and off facility, radiology exams, etc.
- Orders have several statuses.
  - Active orders will either be "In Process" or on "Admin Hold".
  - Inactive orders may be Completed or Cancelled.
  - Most orders are set by default to be In Process or Admin Hold when they are added to a chart.
- In Process Orders set by default are those orders that can be completed after one step.
  - An example of this is an order for a Chronic Care visit.
  - This order can be completed after a Chronic Care visit is completed (although a user may add a new order for a subsequent visit).
- Admin Hold orders set by default for example are Lab orders.
  - These orders are placed on Admin Hold until the lab has been drawn.
  - When the lab is drawn the user should change the status to In Process. This means the lab was drawn but the results are pending.
  - Once the results are received the order can be completed.
- Action Buttons Orders
  - Change

10

o Send
o Complete
o View
o Remove
o Add
- Organize Orders

## Documenting Orders in a Patient Chart: Document Reference

- Orders drive care, clinical action and tasks for a patient
- All Treatment Needs, Follow Up Activities, etc. – Anything that you would track on paper (ex. Lists, etc.) will be created as an Order.
- Groups of related orders can be combined into a Custom Order List



## Patient Chart Documentation



11



- Starting a New Document
  - o To "write" in the patient's chart, you'll need to start a New Document.  Click the blue New Document button.
  - o Update Chart Window



    - Choose the Encounter Type ("template" – the name of the form)
    - The Document Type is already assigned to that Encounter Type
    - Confidentiality will be Normal (unless otherwise specified in workflow)
    - Clinical Date and Clinical Time – Will default to current date and current time, unless the activity of seeing the patient occurred in the past or if the system was down – The Date and Time can be backdated. Cannot document in the future.
    - Provider – The Provider of the document. If it's not you, then choose the Provider from the drop-down list
    - Location of Care – where the care of the patient is taking place
    - Summary – Summary of the document, this may be filled in but can be modified.
- Ending the Document
  - o When finished documenting, click the blue End Update button top right corner.
  - o The End Update dialog box is displayed.
  - o Verify Summary Line is accurate and completed.
  - o Change the Provider if you are not the Provider of the document
    - This will place that provider in the route to section.





- Routing the document
  - o Select New if there is no provider in the route section or change if there is a provider in the route section.
  - o Select a reason if this is part of the workflow, the default is Review.
    - ▪ NOTE: Co-signature workflows require the reason selected to be Signature
  - o Select priority if in this is part of the workflow.
  - o Add any comments if in this is part of the workflow.
  - o Select OK when documentation in the Route box is completed



- Clinical List Changes and the Clinical List Lock
  - o Clinical list changes are Medications, Problems, Orders, Allergies and Observation terms which is discreet data.
  - o Clinical List Change check box
  - o Click the Sign Clinical List Changes checkbox if Problems, Medications, Allergies, and/or Orders were added.
- Return to Chart Checkbox
  - o When selected will take the user to the chart desktop after either holding or signing the document.
- Discarding a Document
  - o The Discard button will delete the document unless there are signed clinical list changes in the document then the document cannot be discarded. A message will pop up to let the user know the document contains signed clinical list changes.
- Sign or Hold the document
  - o Selecting the Hold Document button to Hold the document, the user displayed in the route section will receive this document on their chart desktop.
  - o Selecting the Sign button will sign the document. Signing a document will sign all the clinical list changes regardless if the clinical list change button is checked.

## Documenting Problems in the Patient Chart – Training Use Encounter Type General Note

- Problems are contained in 1 unified record
- Problems are all formatted with ICD-10 codes and includes DSM-5
- In the patient's Chart select the New Document button
  - o Select the General Note encounter type
  - o The provider is defaulted to the user logged in.
  - o Verify that the Location of Care is correct
  - o Document 'Train Problems and Meds in the Summary line
  - o Click OK



- Add Problems

  

  - o Select the Problem Icon with the plus sign.
  - o Default will be set to Smart list

  

  - o Start typing in the field and a selection of diagnosis will display for selection.
    - Custom list
      - Put cursor in the custom list field and use the arrow down key on device keyboard, a selection of custom list will be displayed.
      - Select the custom list
      - The field below the custom list will contain the diagnosis choices for that list.
- Update Problems

  

  - o At the top of the screen select the problems icon doctor bag.
  - o Functions available are remove, change, new occurrence or reactivate a problem.
    - Remove will require a reason for removal
    - Change will navigate to the problem screen
    - New Occurrence and Reactivate are functions for inactive problems on the patient's problem list.





## Quick Text



- Quick Text is a shortcut tool that lets you insert common phrases, Form Components, Text Components, and data symbols into a document by typing a few characters.
- Options > Preferences > Patient Charts > Quick Text
  - o   Personal Use
  - o   Global Use

15

Fusion

- Users can write their own Quick Text for personal use set up in preferences.
- Global List for all users to utilize.
- Personal quick text will override Global List quick text.

## Document Correction: How to File in Error

- Document Correction: Document Reference – How to File in Error
  - o File in Error
  - o Move / Remove Unsigned Documents
  - o Patient Chart > Documents > Document > More
  - o Send to your manager/director to be addressed.

## Fusion Order Management:

- Screen overview
  - o Filtering fields on the left
  - o Menu options on top
- Filtering
  - o By Date (Date From, Date To)
  - o Specific Patient, Locations, Providers
  - o Order Types
    - Select Custom lists to include
      - Add full list by clicking "Add List" button
      - Add or remove individual order types by clicking each one
  - o Toggles:
    - Show PHI – Hide all information about the orders
    - Show Comments – Include or exclude clinical comments
    - Inactive Patients – include or exclude Inactive Patients
  - o Priority
  - o Order Status (In Process, Completed, Cancelled and Admin Hold)
  - o Buttons:
    - Search – this will run a search
    - Reset – reset all search options back to default
    - Print – print the list of orders displayed on the screen
    - Export to CSV
    - Note: Mouse over the "?" to get more information on each field
- Search results will be displayed on the center of the page
  - o Clicking a patient name will open that patient's chart
- Create new global or personal Task List
  - o Within Order Manager, any search can be saved as a Task List
    - Click "Save Current Task List" from the top menu
    - Enter a name for the Task List
    - Select whether the new Task List should be Individual or Global
    - Click Create to save the Task List
  - o All Task Lists and Global Task Lists can be viewed at any time using the "Global Task Lists" or "All Task Lists" options from the top menu

16



## Fusion Lab Manager:

- Screen overview
  - o Shows all patients' labs
  - o To see a single patient's labs, click on the patient's name in the "All Unsent Orders" section
    - ▪ A single patient's labs can also be viewed by first searching a patient in the chart and then clicking Lab Manager on the left menu
- Send Requisition
  - o From the patient's lab page, click the "New Requisition" button
  - o Select any lab orders on the left that should be part of the requisition
  - o Answer the AOE (ask on entry) questions displayed
    - ▪ Questions will vary depending on the tests included in the requisition
- Print paper requisition and specimen label
  - o After completing the previous step, the user will see a preview of the requisition
  - o Click on the "Print Paper Requisition" or "Print Label" button at the top of the screen

## eSign

- Screen Overview
  - o Create eSign Document
  - o eSign Centricity Encounter
  - o Settings
- Create eSign Document / eSign Centricity Encounter
  - o Search Patient name (minimum of 3 characters)
  - o Select Template or Centricity Encounter (depending on the eSign option selected) from the dropdown menu
  - o Select Location from the Header dropdown menu
  - o Selections automatically generate a preview of the document on the right side of the screen
  - o Answer questions and make selections for the selected template
  - o Clicking continue will prompt the user to hand the device to the patient
- Patient signature
  - o Patient can review the document by clicking the dropdown arrow (top right)
  - o Select the method of signature by clicking the tabs at the bottom
  - o Sign the document using the selected method
  - o Click "Finalize Endorsement and Continue", which will direct the patient to hand the device to the staff member
- Staff signature
  - o Staff signature may be required and will be noted
  - o User can add additional (non-required) endorsements on this screen
  - o Select the method of signature and sign the document
  - o Click "Finalize Endorsement and Continue to Final Review"
- End eSign
  - o Click "Submit and Add to Patient's Chart"
  - o The eSign Document is now saved to the patient's chart as a PDF with the signature embedded.
- Finding eSign documents in the patient's chart
  - o Open Centricity, search and open the chart for the patient



- o  Select Documents from the left pane
    - ▪  The eSign document will be listed along with the provider, location and status

## How To – Use DM Indexing Client

1. Load the application titled Indexing Client, which is located on your desktop.
2. Log into Indexing Client with the same username and password you use to access the EHR



3. Select the folder which the files are being scanned to. This configuration varies for each client.
4. A list of available files will present under Available files. Select one of the available files which will be imported.
    - o  When you select the file, a preview of the file will display below.
5. After confirming the selected file will be imported, select the > arrow which will move the file to the window 'Files to Import'
6. Next, select the Document Type that this scanned document is to be associated with.
7. Select the button "Lookup Patient"
8. Search out the patient.
9. Be sure that the document sensitivity is set (if applicable). By default, it is set to Normal.
    - o  Normal means any user who is authorized for this patient's Location of Care will be able to view this scanned document.

18



10. The Physician and Location of Care will be set to a Default provider and the Patient's location of care.
11. Select import document. The document will import and now be available in the chart.
12. Repeat these steps to add additional documents

## Additional Training

- Process for Help Desk Will Remain the Same

# EXHIBIT A-4

| Directive No. 13.061 <br><br>LOUISIANA STATE PENITENTIARY<br><br>March 3, 2022 | CHAPTER:<br>HEALTH CARE SERVICES |
|---|---|
| | SUBJECT:<br>ACCESS TO SICK CALL AND CLINICAL SERVICES |
| | REFERENCES:<br>Department Regulation No. HCP9, HCP10, HCP13, HCP14<br>Penitentiary Directive No. 13.042 |
| | ACA STANDARD:<br>5-ACI-6A-01, 5-ACI-6A-03, 5-ACI-6C-11 |

PURPOSE:    To ensure that unimpeded access to routine (scheduled) and emergent health care services are available to all offenders in a timely manner. [6A-03]

APPLICABILITY:    To all Louisiana State Penitentiary employees.

POLICY:    It is the policy of Louisiana State Penitentiary to have a mechanism in place that enables any offender to request access to health care, routine and emergent, on a daily basis and that the response to those requests shall be timely and efficient. [6A-03]

DEFINITION:

Backlog: The number of offenders waiting to be seen by a health care provider or specialty clinic.

Critical Lab Values or Test Reports: Reports of significantly abnormal laboratory results or other diagnostic test reports which require immediate notification of the responsible health care practitioner for further disposition.

Declared Emergency: Unexpected health care need that cannot be deferred until the next scheduled sick call.

Health Care Practitioner: Clinicians (such as physicians, dentists, psychologists, podiatrists, optometrists, nurse practitioners, physician assistants and psychiatrists) trained to diagnose and treat patients.

Health Care Professional: Staff (such as health care practitioners, nurses, social workers and emergency medical technicians) who perform clinical duties in accordance with each health care professional's scope of training and applicable licensing, certification and regulatory requirements.

Penitentiary Directive No. 13.061
March 3, 2022
Page 2 of 8

Priority System: System of scheduling offender health concerns according to levels of appropriate intervention, i.e. emergent, urgent, routine.

Routine Sick Call: The system through which an offender reports a nonemergency illness or injury to designated health trained personnel, during normal business hours, via self-initiated request.

Self-declared Emergency (SDE): When an offender believes he requires an emergency evaluation and or treatment that cannot be handled through routine sick call.

Tele-health: Consultations for various specialties conducted via telecommunications equipment.

Tracking System: A system to log and monitor appointments for follow up care ordered by the practitioner or consultations ordered for specialist evaluations.

Triage: The review or screening of offender health concerns by health care personnel to determine the priority of need and the appropriate level of intervention.

PROCEDURE:

A.     Routine Sick Call [6A-03]

   1.     Offenders shall be given an opportunity to sign up for sick call in their respective housing area by completing a Request for Medical Treatment Form (No. HCP13-a).

      a.     All offenders seeking routine sick call will submit a Request of Medical Treatment Form to the appropriate location for their housing assignment.

      b.     Security supervisors will ensure all requests for their areas are in the Entrance Building at 12:00 p.m. (noon) Sunday through Thursday.

      c.     Security staff will type up a list of all offenders requesting treatment.

      d.     All the Requests for Medical Treatment and a copy of the typed list of offenders will be sent to the ATU from the entrance buildings, so the offender medical records can be pulled so they are available for the Healthcare Practitioner responsible for patient care during the scheduled sick call.

      e.     Medical Records staff will create a callout and distribute the lists of offenders requesting sick call via email to the appropriate staff.

Penitentiary Directive No. 13.061
March 3, 2022
Page 3 of 8

    f.    Prior to medical evaluation/treatment, the offender shall sign the call out roster.

    g.    Offenders who submit a Request of Medical Treatment will be seen by a Healthcare Provider either in person or through Telemed, the next day Monday through Friday.

2.    Offenders requesting mental health services will be referred to the Mental Health Department. Mental health services are available through a triage system that includes routine, urgent and emergent referral mechanisms. Mental Health staff can be contacted via radio or telephone. No co-pay fee will be assessed for mental health referrals.

3.    Offenders assigned to REBTC Nursing Units for security reasons only may initiate requests for health services as follows:

    a.    Routine requests (non-emergency illness or injury) will be processed five days a week, Sunday through Thursday, between the hours of 1:00 p.m. and 9:00 p.m., excluding the day before holidays.

    b.    The offender must complete a Request for Medical Treatment (Form HCP-13a) to initiate the service and turn it in to the unit security officer.

    c.    The nursing supervisor (Shift, House or Unit Supervisor) will review routine requests as described above.

    d.    Assessment with vital signs will be documented.

    e.    When all routine sick call assessments are completed, the offender's medical record will be obtained, the Request for Medical Treatment Form will be placed in the medical record, and the medical record will be placed in the offender's Primary health care practitioner's designated area in the Health Information Management Department.

    f.    The provider will review the request and medical record. Any written orders will be noted by a Clinic nurse on the morning following the submission of the request.

    g.    A copy of the completed form will be forwarded to the nursing staff on Nursing Unit II at REBTC where any medication prescribed will be recorded on the offender's MAR. Prescriptions will be forwarded from the clinic directly to the Pharmacy.

    h.    "Stat doses" of medication prescribed will be obtained by the Nursing Unit II staff from stock on hand, Assessment and Treatment Unit (ATU) night

Penitentiary Directive No. 13.061
March 3, 2022
Page 4 of 8

stock cabinet or directly from the Pharmacy (if unavailable at other specified areas).

i.    Medical co-pay fees may be assessed pursuant to Department Regulation No. HCP14

7.    All sick call requests shall be recorded on the Health Care Request (Form HCP-13a) and filed in each offender's medical record.

B.    DECLARED EMERGENCY

1.    Offenders may initiate requests for emergency health services 24 hours a day, seven days a week.  Offenders must inform a staff member that he requires emergency evaluation and/or treatment.  These requests will be triaged daily by EMTs. [6A-03]

2.    The Security Officer will notify the Triage EMT or ATU staff, either by radio or telephone, of the offender's request.  An EMT will be dispatched to the location to evaluate the offender.

3.    The EMT will utilize a Health Care Request (Form HCP-13-a) to document the screening, assessment and disposition of the offender's complaint.

4.    Medical co-pay fees may be assessed pursuant to Department Regulation No. HCP14.

5.    Offenders requesting mental health services will be referred to the Mental Health Department.  Mental health services are available through a triage system that includes routine, urgent and emergent referral mechanisms.  Mental Health staff can be contacted via radio or telephone.  No co-pay fee will be assessed for mental health referrals.

7.    Offenders assigned to REBTC Nursing Units may initiate requests for emergency health services as follows:

a.    The offender reports to staff on Nursing Unit II that he wishes to "Declare an Emergency."

b.    The staff member reports the declaration of emergency to the shift lieutenant and nursing staff on Nursing Unit II (preferably the Shift, House or Unit Supervisor).

c.    An assessment of the declaration of emergency by the nursing supervisor, or other RN as designated, will be completed within the three (3) hour time limit as in any other housing situation.

**JX69-h.00004**

Penitentiary Directive No. 13.061
March 3, 2022
Page 5 of 8

    d.    The physician on duty in the ATU will be notified of the offender's complaint and signs/symptoms by the RN. The physician may elect to see the offender in the ATU, on the Nursing Unit, or give verbal orders to the RN regarding management.

    e.    Medications, orders and treatments will be noted by the nursing staff on Nursing Unit II. Medications, orders and treatments will be obtained, distributed and carried out by the nursing staff as follows:

        1)    Telephone or verbal orders from the physician on duty in the ATU will be recorded on the Health Care Request form for Sick Call in the area entitled "Physician's Orders."

        2)    Non-prescription and prescription medication ordered will be recorded on the offender's MAR.

        3)    "Stat doses" of non-prescription/prescription medication will be obtained as described under Sick Call Procedure A.3.h.

        4)    Subsequent/non-immediate doses of medication will be written on a prescription pad and included with the emergency request for the physician's signature.

        5)    The signed prescription will be forwarded to the Pharmacy for processing, and the completed emergency request form will be forwarded to the Health Information Management Department where it will be filed in the offender's medical record.

    f.    Charges for co-pay may be imposed, if applicable.

C.    CLINICAL SERVICES

    1.    Scheduling [6A-03]

        a.    Clinical services shall be available to offenders in a clinical setting at least five days per week and are performed by a health care practitioner.

        b.    The Health Information Management (HIM) Department shall maintain a tracking system to assure scheduled follow up from sick call encounters, scheduled consultations and referrals for specialty clinics on-site and off-site. The tracking system shall be utilized to provide statistical information and summaries for the number of offenders that access routine and emergent health care, the number of offenders referred for health practitioner evaluation and the number of offenders on backlog for clinics

3/17/2022    Defendants' Response to RFP 4- LSP Directives (3)
**JX69-h.00005**

Penitentiary Directive No. 13.061
March 3, 2022
Page 6 of 8

and specialty consultations or procedures. Reports shall be submitted monthly in accordance with the Health Care C-05-001 report.

c.     For offenders referred for evaluation by a health care practitioner, a priority system shall be utilized to schedule clinical services as follows:

| Priority | When Seen |
|---|---|
| 1, Emergent | within 1 week |
| 2, Urgent | within 2 weeks |
| 3, Routine | within 3 weeks |
| 4, Stable | within 4 weeks |
| 5, Chart Review | n/a [6A-03] |

b.     The Health Information Management (HIM) Department is responsible for scheduling clinic appointments pursuant to the priority system above.

c.     The HIM Department will provide the appropriate security staff and clinic staff with a list of scheduled appointments on a daily basis.

2.     Clinic Staffing

a.     Health care practitioner staffing will be determined by the Medical Director.

b.     Nursing staffing will be organized by the Director of Nursing who will ensure maximum utilization of available staff.

3.     Tele-Medicine

Tele-health services are utilized for patient encounters, and shall include provisions for consent which can be implied and confidentiality of health information as outlined in Health Care Policy Nos. HCP9 "Confidentiality" and HCP10 "Informed Consent: Voluntary and Involuntary Treatment."

The encounter shall be documented in the offender's medical record and any reports from consultation via a tele-health system shall be integrated into the offender's medical record. [6C-11]

4.     Documentation of Offender Clinical Medical Encounters Shall Include:

a.     Date and time of visit
b.     Offender's name and DOC number

Penitentiary Directive No. 13.061
March 3, 2022
Page 7 of 8

    c.    Vital signs, if appropriate
    d.    Allergies
    e.    Current medications
    f.    Chief complaint and symptoms
    g.    Pertinent physical findings
    h.    Disposition or treatment
    i.    Signature of health care practitioner

5.    Disposition and Follow Up Care

    a.    Consultations:  Health care practitioners who wish to consult a specialist will write an appropriate order and complete the proper referral form.

    b.    Admissions:  When it is necessary to admit an offender from an outpatient clinic to Nursing Unit I, the health care practitioner will write appropriate orders to be followed on the unit.  The staff in the clinic will call the Nursing Unit and give a report to the Unit Nurse.  The clinic staff will also arrange for transportation of the offender from the clinic to Nursing Unit I.

6.    Urgent or Emergency Evaluation or Treatment for an Outcamp Offender

If the health care practitioner determines that an offender seen at an outcamp clinic requires urgent or emergent labs, x-rays, or treatment, the offender will be transported to the R. E. Barrow, Jr. Treatment Center's Assessment and Treatment Unit (ATU).  Depending on the severity of the offender's condition, he may be transported by patrol or ambulance, which will be determined by the examining health care practitioner.  A report of the offender's condition will be called to the ATU by the health care provider or his designee.

7.    Referrals to Outside Medical Facilities

In the event an offender must be transported to an off-site medical facility for care not available at R. E. Barrow, Jr. Treatment Center, the same guidelines as used in the Assessment and Treatment Unit will apply.

8.    Critical Lab Values or Tests Reports

    a.    All diagnostic reports shall be reviewed and initialed by the health care practitioner.

    b.    The lab or diagnostic manager shall immediately notify the responsible health care practitioner when reports of significantly abnormal laboratory results or other diagnostic tests reports are received.

    c.    Diagnostic reports shall be filed in the offender's medical record.

Penitentiary Directive No. 13.061
March 3, 2022
Page 8 of 8

D.    OFFENDER INTAKE

Upon arrival at LSP, all offenders shall be informed regarding procedures to access routine and emergent health services (medical, dental and mental health.) Offenders shall be educated regarding the difference between routine and emergent health needs, chronic clinic encounters and other health care encounters during orientation. Offenders are also informed about the medical co-payment process. This information is communicated orally and in writing, and is conveyed in a language that is easily understood by each offender. [6A-01]

Tim Hooper
Warden

Form:        HCP-13a      Health Care Request Form

This policy supersedes Penitentiary Directive No. 13.061 dated May 17, 2018.

# EXHIBIT A-5(a)



# EXHIBIT A-5(b)



# EXHIBIT A-5(c)



# EXHIBIT A-5(d)



# EXHIBIT A-5(e)



# EXHIBIT A-5(f)



# EXHIBIT A-5(g)



# EXHIBIT A-5(h)



# EXHIBIT A-5(i)



# EXHIBIT A-5(j)



# EXHIBIT A-5(k)



# EXHIBIT A-5(l)



# EXHIBIT A-6

# Department of Public Safety & Corrections

## RFP 2025-2026 FY

No. __402-- GF-61993-__
RFP NUMBER

Requested By:  MELANIE BARTON

Phone Number:  225-655-2270

Request Date:  10/20/2025 10:34:15 AM

Status:    Approved  10/21/2025

Status Date: 10/21/2025

Type of
Purchase:    ● Emergency ○ Rush    ○ Regular

## Approvers

| Approver Name | Status | Date |
|---|---|---|
| Chad Hinton | Approved | 10/21/2025 |
| Brian Gremillion | Approved | 10/21/2025 |
| SHIRLEY COODY | Approved | 10/21/2025 |
| Rochelle Ambeau | Approved | 10/21/2025 |

Department:    HEALTH SERVICES    SubDept:    Central Supply / 911    Louisiana State Penitentiary

Phone:    225-655-4411

Dept: HEALTH SERVICES
17544 Tunica Trace-Hwy 66
Angola, LA 70712

### Delivery Address:

Louisiana State Penitentiary
17544 Tunica Trace-Hwy 66
Angola, LA 70712

| Class Code | Sub Class | Item Description | Qty. Req. | Unit | Item No. | Unit Cost | Total Cost |
|---|---|---|---|---|---|---|---|
| | | Firefly DE300 Polarizing Digital Dermatoscope | 4 | ea | 1 | $429.00 | $1716.00 |
| | | Firefly DE605 UHD General Exam Camera | 2 | ea | 2 | $639.00 | $1278.00 |
| | | | | | | | |
| | | Transportation fee | | | | $35.00 | |
| | | | | | | | |
| | | | | | | | SubTotal: $2994.00 |

### Grand Total: $2994.00

Remarks and Purpose:    Telemed Clinic. Please see attached

| Item No. | Cost Center | Obj. No. | Sub. Obj. | Amount | Vendors Name and Address: |
|---|---|---|---|---|---|

| State of Louisiana Supplemental Receiving Report | | Page | 1 |
| --- | --- | --- | --- |
| | | of | |

**Copy 6 and 7 - Goldenrod**

No Purchase Order ☐    Partial Receipt ☐    Equipment ☐

| | | |
| --- | --- | --- |
| Vendor Number: | | Purchase Order N 402-61993 |
| Actual Delivery Date: | | Receiving Report No: |
| | | Agency Name: LSP |
| FROM: Firefly | | Division: LSP    Central Supply |

| Description | Quantity | Unit | Line | Date Received | Total Price | Quantity Received |
| --- | --- | --- | --- | --- | --- | --- |
| Firefly DE300 Polarizing Digital Dermatoscope | 4 | ea | 1 | 11/12/2025 | 858 | 2 |
| | | | | | | |
| | | | | | TOTAL | $858.00 |

| Prepared By: | Date: | Receiving Agent: |
| --- | --- | --- |
| Melanie F. Barton, LPN | 11/12/2025 | |

| State of Louisiana | Page | 1 |
| Supplemental Receiving Report | of | |

**Copy 6 and 7 - Goldenrod**

No Purchase Order ☐    Partial Receipt ☐    Equipment ☐

| | |
|---|---|
| Vendor Number: | Purchase Order N 402-61993 |
| Actual Delivery Date: | Receiving Report No: |
| | Agency Name:<br>LSP |

FROM:
Firefly

Division:
LSP    Central Supply

| Description | Quantity | Unit | Line | Date Received | Total Price | Quantity Received |
|---|---|---|---|---|---|---|
| Firefly DE605 UHD General Exam Camera | 2 | ea | 2 | 2/5/2026 | $1,278.00 | 2 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | TOTAL | -$5,782.30 *ub* | |

| Prepared By: | Date: | Receiving Agent: |
|---|---|---|
| Melanie F. Barton, LPN | 2/6/2026 | |

# EXHIBIT A-7







# EXHIBIT A-8













# EXHIBIT A-9

| Directive No. 13.033 | CHAPTER:<br>HEALTH CARE SERVICES |
|---|---|
| | SUBJECT:<br>REBTC NURSING UNITS & INFIRMARY CARE |
| LOUISIANA<br>STATE<br>PENITENTIARY | REFERENCE:<br>Department Regulation No. HCP20;<br>Penitentiary Directive No. 13.007<br>La. R.S. 15:831 |
| May 1, 2024 | ACA STANDARD:<br>5-ACI-6A-09, 5-ACI-6A-39 |

PURPOSE:   To ensure Louisiana State Penitentiary provides access to infirmary care to all inmates.

APPLICABILITY:   All Louisiana State Penitentiary Wardens, Long Term Health Care Administrator, Medical Director, Mental Health Director, and Medical Staff.

POLICY:   The policy of Louisiana State Penitentiary is all inmates requiring medical or mental health observation and/or treatment, but not requiring admission to an off-site hospital, shall be provided access to infirmary care

It is the policy of Louisiana State Penitentiary that 24 hours a day inpatient medical and nursing care will be available for all inmates incarcerated at this facility, with 24 hours a day physician on-call availability. The responsibility for quality of care in the Nursing Units is assigned to the Medical Director. Hospital care will be provided by an appropriate off-site healthcare facility. [6A-09, 6A-39]

DEFINITIONS:

Acuity Levels of Care: The intensity of health care provided by health care professionals/providers at a facility.

Admissions:

1)   **Administrative Admissions** are admissions a health care practitioner/provider determines are necessary to protect the patient's welfare. Examples may include inmates requiring observation following a head injury, inmates requiring treatment for an infectious disease, etc.

2)   **Diagnostic Admissions** are admissions in which patients are prepared for diagnostic procedures, which may require an overnight stay, and are usually discharged upon completion of the required tests.

Penitentiary Directive No. 13.033
May 1, 2024
Page 2 of 10

3) **Medical Admissions** are admissions which include patients requiring a medical work-up, diagnostic studies, treatment, or follow-up for a documented medical condition.

4) **Mental Health Admissions** are admissions which include inmates housed in the infirmary/nursing unit for observation as a result of a Mental Health Management Order. [6A-39]

5) **Surgical Admissions** are admissions which include patients who require pre-operative or post-operative care.

Facility: A place, institution, building (or part thereof), set of buildings, or area (whether or not enclosing a building or set of buildings) which is used for the lawful custody and/or treatment of individuals and includes staff and services, as well as the building and grounds.

Health Authority/Health Care Administration: The health administrator responsible for the provision of health care and mental health care services at a facility or system of facilities.

Health Care/Health Care Services: A system of preventative and therapeutic services which provide for the physical and mental well-being of a population, which services include, but are not limited to: Medical services, dental services, behavioral health services, nursing services, pharmaceutical services, personal hygiene, dietary services, and environmental conditions.

Health Care Personnel: Individuals whose primary duty is to provide health care services to inmates in keeping with their respective levels of health care training, licensure, or experience.

Health Care Practitioner/Provider: Clinicians trained to diagnose and treat patients, such as physicians, dentists, psychologists, licensed professional counselors, licensed social workers, podiatrists, optometrists, nurse practitioners and physician assistants.

Health Care Professional: Staff who perform clinical duties, such as health care practitioners, nurses, licensed professional counselors, social workers, and emergency medical technicians in accordance with each health care professional's scope of training and applicable licensing, registration, certification, and regulatory requirements.

Infirmary: A specific area within a facility, separate from other housing areas, where inmates are admitted for nursing care under the supervision and direction of a health care practitioner/provider.

Mental Health Care Practitioner/Provider/Professional: Mental health staff who are qualified to diagnose and treat patients with a mental illness, (for example, physicians, physician extenders, psychologists, licensed professional counselors, and social workers) in accordance with each mental health care professional's scope of training and applicable licensing, registration, certification, and regulatory requirements.

Penitentiary Directive No. 13.033
May 1, 2024
Page 3 of 10

Nursing Unit I:    An area within the Treatment Center that provides organized health care and services for inmates.  Nursing Unit I is a thirty (30) bed temporary housing area where 24 hours a day nursing care is provided to patients undergoing tests or procedures, or patients requiring care that cannot be provided in the general population but do not require off-site hospitalization. The inmate may be formally admitted for a period of twenty-four (24) hours or more, or he may be admitted on a short admission form, no longer than 48 hours, for overnight diagnostic studies or observation, returning from off-site medical facilities, observation following invasive procedures and certain cast applications.

Nursing Unit II: (Medical Dormitory) An area within the Treatment Center that provides organized health care and services for inmates.  Nursing Unit II is a housing area where inmates may be housed permanently or temporarily.  Inmates who are classified to Nursing Unit II may receive assistance with activities of daily living, or end of life care through the Hospice Program.  The level of nursing care required will vary according to the patient's medical condition.

GENERAL:   Only a staff physician or Nurse Practitioner may admit an inmate to Nursing Unit I.  Placement on Nursing Unit II requires a staff physician's or Nurse Practitioner's order and housing reclassification according to institutional guidelines. Inmates shall not refuse admission to the nursing unit but may refuse treatment care while admitted. A manual of nursing care procedures will be located in each nursing area and will be consistent with the current standards of nursing practice.  All patients are within sight or sound of a staff member. [6A-09] Inmates requiring care beyond the capabilities of this facility will be referred to an appropriate off-site healthcare facility. A health care practitioner/provider shall be on call or available 24 hours per day. Health care personnel shall have access to a health care practitioner/provider or a registered nurse who are on duty 24 hours per day when patients are present.

PROCEDURE:

A.    ACUITY LEVEL OF CARE GUIDELINES

1.    Acute: The highest level of care provided outside of a hospital setting assigned to patients who have complex health conditions with acute exacerbations which require frequent healthcare practitioner interventions.

a.    A health care practitioner/provider shall be required to make rounds and to complete appropriate documentation at a minimum of every 48 hours, excluding weekends and holidays.

b.    A head-to-toe nursing assessment shall be documented at a minimum of once per shift. This assessment shall include documentation of the inmate's temperature, pulse, respiration, and blood pressure.

Penitentiary Directive No. 13.033
May 1, 2024
Page 4 of 10

     c.     Nursing documentation on the patient shall be completed at a minimum of every 4 hours.

2.     <u>Skilled</u>: The second highest level of care provided for patients having health conditions which require constant monitoring and frequent supervision and who are unable to live independently and are dependent upon staff for multiple activities of daily living. (Examples may include, but are not limited to: Decubitus ulcers, tracheostomy care, isolation due to infectious disease, dementia, cancer treatment.)

     a.     A health care practitioner/provider shall be required to make rounds and complete appropriate documentation at a minimum of twice weekly.

     b.     A head-to-toe nursing assessment shall be documented at a minimum of once per shift. This assessment shall include documentation of the inmate's temperature, pulse, respiration, and blood pressure.

     c.     Nursing documentation on the patient shall be completed at a minimum of every 4 hours.

3.     <u>Chronic</u>: The third highest level of care provided for patients with a chronic illness or medical condition of long duration which condition or illness has become uncontrolled and requires more frequent monitoring.

     a.     A health care practitioner/provider shall be required to make rounds and complete appropriate documentation at a minimum of once weekly.

     b.     A head-to-toe nursing assessment shall be documented at a minimum of once weekly and shall include a weight. Vital signs taken and documented shall include the inmate's temperature, pulse, respiration, and blood pressure and shall be completed at a minimum of once per shift.

     c.     Nursing documentation on the patient shall be completed at a minimum of every 6 hours.

4.     <u>Custodial</u>: The level of care primarily for the purpose of assisting the patient with the activities of daily living, such as bathing, eating, dressing, etc.

     a.     A health care practitioner/provider shall be required, at a minimum, to make rounds and complete appropriate documentation twice monthly.

     b.     A head-to-toe nursing assessment shall be documented at a minimum of once weekly, this assessment shall include the inmate's weight. Vital signs taken and documented shall include the inmate's temperature, pulse,

Penitentiary Directive No. 13.033
May 1, 2024
Page 5 of 10

    respiration, and blood pressure and shall be completed at a minimum of every 24 hours.

    c.    Nursing documentation on the patient shall be completed at a minimum of once per shift.

5.    <u>Observation</u>: The level of care provided to patients for a specific purpose. Patients assigned to the observation level of care shall not be on the nursing unit longer than 48 hours.

    a.    Vital signs, including temperature, pulse, respiration, and blood pressure, shall be taken and documented upon the patient's placement on the unit.

    b.    Further care and treatment shall be at the discretion and direction of the health care practitioner/provider.

6.    <u>Hospice/End of Life Care</u>: Care designed to provide supportive care to people in the final phase of a terminal illness, which care focuses on comfort and quality of life rather than a cure.

    a.    A health care practitioner/provider shall be required to make rounds and complete documentation at a minimum of every 2 weeks.

    b.    A head-to-toe nursing assessment shall be completed and documented at a minimum of once weekly.

    c.    Vital signs, including temperature, pulse, respiration, and blood pressure, shall be taken and documented at a minimum of once per shift.

    d.    Nursing documentation on the patient shall be completed at a minimum of every 6 hours.

7.    <u>Mental Health</u>: The level of care provided to patients placed on Extreme Suicide Watch, Standard Suicide Watch, or Mental Health Observation.

    a.    Mental health staff shall follow procedures for evaluation according to Department Regulation No. HCP30 "Suicide Prevention, Suicide Intervention, and Post-Suicide Management and Training."

    b.    Vital signs, including temperature, pulse, respiration, and blood pressure, shall be taken and documented at a minimum of every 24 hours.

    c.    Nursing documentation on the patient shall be completed at a minimum of once per shift.

Penitentiary Directive No. 13.033
May 1, 2024
Page 6 of 10

d.    Inmates shall not refuse admission to the nursing unit but may refuse treatment care while admitted.

8.    In the event LSP security interest require an inmate be segregated in the infirmary for security reasons only, and not due to underlying medical conditions or health needs, Department Regulation HCP39 "Medical/Mental Health Treatment in Segregation" shall be followed.

a.    A health assessment of the inmate shall be conducted by a member of the nursing staff according to the protocols established by the Health Authority and recorded on the Initial Segregation Assessment (Form HCP39-a) in the Electronic Health Record.

b.    Unless more frequent medical attention is clinically indicated, each inmate shall receive a daily visit from a member of the nursing staff in order to ensure access to health care. These visits are screening rounds only and are not intended to be clinical encounters. These rounds shall be documented daily by the nurse in red ink in the security infirmary log book.

c.    An appraisal by a mental health professional shall be conducted within seven (7) days and documented on the Mental Health Social Work Progress Note in the Electronic Health Record.

B.    NURSING UNIT I ADMISSION CRITERIA

1.    Inmates requiring bed rest and intensive/extensive medication.

2.    Immediate post-operative inmates, especially those with impaired ambulation or those requiring complex wound care more than once daily.

3.    Inmates requiring intravenous re-hydration or intravenous medication.

4.    Inmates with impaired or clouded sensorium.

5.    Inmates requiring narcotic pain medication.

6.    Inmates not responding to outpatient management of medications, such as hypertensives, diabetics or epileptics.

7.    Inmates requiring twenty-four (24) hour nursing care or observation.

8.    Inmates scheduled for diagnostic tests requiring preparation.

9.    Inmates requiring pre-operative work-up.

10.    Inmates requiring psychiatric stabilization, monitoring or mental health management orders requiring restraint for suicidal behaviors shall be admitted.

11.    Other criteria as dictated by the inmate's medical condition. [6A-39]

12.    Inmate is unstable, not responding to outpatient management of medications.

C.    NURSING UNIT II ADMISSION CRITERIA

1.    Patients admitted to Nursing Unit II (Medical Dormitory) may be general medical patients or Hospice patients.

2.    Inmates assigned as general medical patients will receive the level of nursing care required related to their medical diagnosis/condition and assigned acuity level; they will require a level of care greater than that of the general population due to self-care deficits.

3.    Patients assigned to the Hospice Program housed on Nursing Unit II will be terminally ill patients that have met criteria for Hospice admission.

4.    The level of nursing care provided to all patients on the medical dormitory will be dictated by the patient's medical condition and assigned acuity level.

D.    EMERGENCY MEDICAL CARE

Pursuant to Louisiana State Board of Nursing, where a patient is under the care of a Registered Nurse (RN) on REBTC Nursing Units and the patient has an emergency such as, but not limited to, an arrest or code situation, that patient shall remain under the care of the RN until the physician or coroner gives a direct order to alter the plan of care. In these cases, the care of a patient cannot be relinquished to an Emergency Medical Technician.

E.    INPATIENT MEDICAL RECORDS

1.    An inpatient medical record will be generated on each inmate admitted to Nursing Unit I or Nursing Unit II, excluding those inmates admitted for diagnostic procedures and those scheduled for procedures at an off-site medical facility. These patients will have a short form admission document and any additional documents needed to provide care. Confidentiality of the medical record will be maintained at all times.

2.    Contents of the Medical Record - Nursing Unit I

a.    Admission record which will include inmate demographics.

Penitentiary Directive No. 13.033
May 1, 2024
Page 8 of 10

    b.    Discharge paper work to be completed at the time of discharge.

    c.    Physician's or Nurse Practitioner's orders:

        1)    Verbal and telephone orders may be taken by nursing staff.

        2)    Verbal and telephone orders must be countersigned by the physician or Nurse Practitioner within seventy-two (72) hours, except on holidays and weekends.

        3)    All medications must include a duration.

        4)    Medication orders must include the date and the time of day written.

        5)    Nursing staff must document the date, time, their signature, and press complete under the written physician's orders when completed in order to remove from the order list.

        6)    Individualized standing orders may be used and signed on admission. Standing orders may be utilized for patients, but must be individualized and not a "blanket" order.

    d.    History and physical forms completed within 24 hours of admission.

    e.    Progress notes by physician or Nurse Practitioner to be written as indicated by inmates assigned acuity level of care or as needed

    f.    Vital signs record - temperature, pulse, respiration and blood pressure will be recorded on each inmate as indicated by their assigned acuity level of care.

    g.    Nursing Documentation

        i.    The initial Nursing Admission Assessment documentation form.

        ii.    The Twenty-Four Hour Nursing Assessment and nursing documentation will be completed as indicated by inmates assigned acuity level of care.

    h.    Laboratory and radiology data appropriate to diagnosis and admission.

    i.    Discharge summary which will include the following: admission and discharge diagnosis; brief summary of inpatient stay; discharge

Penitentiary Directive No. 13.033
May 1, 2024
Page 9 of 10

medications; follow-up care; duty status; diet; and restraints. This will be documented in the discharge document.  If appropriate, a death summary will substitute for the discharge summary. [6A-39]

3.     Contents of the Medical Record - Nursing Unit II

General Medical Patient:

a.     Admission record, which will include inmate demographics.

b.     Physician's or Nurse Practitioner's orders (same as Unit I).

c.     Admission History and Physical.

d.     Physician's or Nurse Practitioner's progress notes to be written as indicated by inmates assigned acuity level of care.

e.     Vital signs record - temperature, pulse, respiration and blood pressure will be recorded on each inmate as indicated by their assigned acuity level of care.

f.     A head to toe nursing assessment and nursing documentation will be completed on each inmate as indicated based on their assigned acuity level of care.

g.     Laboratory and radiology data appropriate to diagnosis.

h.     Discharge summary with same requirements as Unit I.

Hospice Patient:

a.     Hospice Referral.

b.     Certification of Terminal Illness.

1)     Advanced Directive and/or LaPOST document
2)     Consent for Treatment
3)     Release of Authorization
4)     Patient Bill of Rights
5)     Case Management Notes
6)     Bereavement Form
7)     Pastoral Care Initial Assessment and Progress Notes
8)     Hospice patient Plan of Care

c.     Admission record which will include patient demographics.

Penitentiary Directive No. 13.033
May 1, 2024
Page 10 of 10

d.    Physician's orders (same as Unit I).

e.    Admission History and Physical.

f.    Hospice physician progress notes to be written as appropriate to inmate's condition. This will be done at a minimum of every two weeks, or as appropriate to patient's condition.

g.    Volunteer Election Statement, if applicable.

h.    Vital signs record - temperature, pulse, respiration and blood pressure will be recorded on each inmate as indicated by their assigned acuity level of care.

i.    A head to toe nursing assessment and nursing documentation will be completed on each inmate as indicated based on their assigned acuity level of care.

j.    Laboratory and radiology data appropriate to diagnosis.

k.    Discharge summary with same requirements as Unit I.

s/Tim Hooper
Warden

s/Paul Toce
Medical Director

This policy supersedes Penitentiary Directive No. 13.033 dated November 29, 2023.

# EXHIBIT A-10

