# EXHIBIT B

1

**Declaration of Odis Milton Ratcliff, III, Facility Maintenance Manager, Louisiana State Penitentiary**

1. My name is Odis Milton Ratcliff, III.

2. I am over 18 years of age, legally competent to give this declaration, and have personal knowledge of the facts set forth in it.

3. I have been employed at Louisiana State Penitentiary ("LSP") for over twenty-three years. I have been the Facility Maintenance Manager at LSP since 2017.

4. My duties as Facility Maintenance Manger include providing and overseeing maintenance services for the entirety of LSP. It is also part of my duties to purchase or procure materials necessary to maintain the facilities at LSP.

5. I have reviewed and am familiar with Plaintiffs' April 6, 2026 report prepared by Mark J. Mazz ("Mazz 2022 Report").

6. I have personally reviewed each of the items that are noted in the Mazz 2022 Report and am able to state that, as of the date of this declaration, LSP has responded to 39 items: Nos. 3, 6, 13, 20, 21, 22, 26, 28, 30, 35, 44, 48, 49, 54, 57, 64, 70, 71, 74, 121, 122, 133, 134, 135, 137, 141, 152, 158, 166, 168, 169, 170, 172, 173, 176, 177, 182, 188, and 190.

7. Sixteen items noted in the Mazz 2022 Report—Nos. 98, 100, 101, 102, 103, 105, 106, 107, 108, 110, 111, 112, 114, 115, 116, and 117— concerned the Federal mail slot, three specific cells, and the shower area in Cell Block 28 in the Treatment Unit/Segregation Building that were previously designated for use by disabled inmates. LSP no longer houses disabled inmates in these areas and now provides disabled housing in Main Prison (which includes Treatment Unit/Segregation Building).

8. Item No. 120 identified in the Mazz 2022 Report concerned the width of one side of the double doors located in Nursing Unit 2 of the Treatment Center. It is my understanding that the U.S. Department of Justice ("USDOJ") reviewed the same access point in its 2010 inspection (DOJ #99) and determined that LSP was not in violation of the applicable law because the access point was

2

always manned by security staff. This secured access point continues to be manned by security staff 24/7 today.

9. Item No. 155 identified in the Mazz 2022 Report concerned the width of one side of the double doors located in Nursing Unit 1 of the Treatment Center. It is my understanding that USDOJ reviewed the same access point in its 2010 inspection (DOJ #95) and determined that LSP was not in violation of the applicable law because the access point was always manned by security staff. This secured access point continues to be manned by security staff 24/7 today.

10. Item Nos. 123 and 124 identified in the Mazz 2022 Report concerned the accessible drinking fountains located in Nursing Unit 2 of the Treatment Center. LSP has removed the drinking fountains in that area and now provides a water station that services the needs of all inmates in that area.

11. Within Fiscal Year 2026-2027, LSP intends to remedy the following 78 items noted in the Mazz 2022 Report: Nos. 4, 8, 11, 12, 14, 15, 17, 18, 23, 24, 27, 29, 31, 32, 34, 36, 38, 39, 40, 41, 43, 45, 48, 50, 52, 55, 58, 59, 60, 63, 65, 67, 68, 72, 75, 76, 78, 79, 80, 82, 83, 84, 85, 86, 87, 88, 90, 92, 93, 95, 126, 127, 129, 130, 132, 139, 140, 143, 146, 148, 149, 150, 151, 153, 157, 160, 162, 163, 164, 178, 179, 180, 183, 184, 185, 187, 189, and 191.

12. The remaining 13 items—Nos. 16, 37, 51, 66, 128, 131, 138, 144, 145, 147, 159, 161, and 165—in the Mazz 2022 Report require major renovations to LSP's facilities. It is my understanding that these items will require additional funding and approval from Facility Planning before any such renovations can begin.

13. I have reviewed the Accessology Report prepared in 2024 that assessed accessibility throughout the entire compound of LSP, including all of its facilities. It is my belief that, once funding is approved for LSP to move forward with that Report's recommendations, completing those recommendations will address all of the remaining items on the 2022 Mazz Report.

3

14. In the Court's ruling following the 2022 Remedy Trial, it was noted that some disabled inmates were still being housed in Hickory 4. No disabled inmates are now housed in Hickory 4.

15. LSP continues to provide housing for disabled inmates in Ash Dorms 1–4, which are located close to the education building and the Treatment Center, and has equipped all camps with assisted-living dorms and cells (except for Camp F) accessible to disabled inmates.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___7-21-2026___.

ODIS MILTON RATCLIFF, III
Angola, Louisiana

4