# EXHIBIT C

1

**Declaration of Sharita Spears**
**Deputy Assistant Secretary**
**Louisiana Department of Corrections**

1. My name is Sharita Spears.

2. I am over 18 years of age, legally competent to give this declaration, and have personal knowledge of the facts set forth in it.

3. I have been a licensed Louisiana attorney since December 2020.

4. I am employed as Deputy Assistant Secretary of the Louisiana Department of Corrections ("DOC"), a position I have held since December 20, 2021.

5. As Deputy Assistant Secretary, I supervise DOC's Americans with Disabilities Act ("ADA") Office.

6. I am also DOC's ADA Director, a position I have held since January 2022.

7. My duties and responsibilities as DOC's ADA Director include oversight and support for the ADA Coordinators at every DOC facility, including Louisiana State Penitentiary ("LSP"), and ensuring that those facilities complete all required ADA training.

8. Since 2023, all ADA Coordinators at DOC facilities are required to be certified ADA Coordinators.

9. Since January 2025, all facility ADA Coordinators receive individualized training based on the needs of the facility. These trainings are in addition to the annual ADA training required for all DOC employees and the ADA training required by Louisiana Revised Statute 46:2595.

10. LSP has three ADA Coordinators: Ashli Oliveaux (LPN), Tonia Faust (RN), and Jennifer Stickells (RN). I have reviewed their training documentation maintained in my files.

11. Warden Oliveaux has been an ADA Coordinator for LSP since March 21, 2022. Her primary responsibilities as ADA Coordinator include overseeing ADA concerns from both employees and inmates.

12. On March 28, 2023, the University of Missouri College of Human and Environmental Sciences, School of Architectural Studies program certified

Warden Oliveaux as an ADA Coordinator. The certification program requires participants to complete 42 hours of studies and, upon completing the required curriculum, pass a comprehensive exam.

13. Warden Oliveaux has completed all ADA training required by Louisiana Revised Statute 46:2595.

14. Nurse Faust has been an ADA Coordinator for LSP since July 16, 2025. Her primary responsibilities as ADA Coordinator include assisting with inmates' requests for ADA accommodations and responding to inmates' ADA-related grievances raised pursuant to the Administrative Remedy Procedure ("ARPs").

15. The University of Missouri College of Human and Environmental Sciences, School of Architectural Studies program certified Nurse Faust as an ADA Coordinator on December 8, 2025.

16. Nurse Faust participated in Securus EVO Tablet training for deaf inmates in August of 2025 and training with Securus on how to set up and operate the TTY device in April 2026. She also has received ADA database training.

17. Nurse Faust has completed all ADA training required by Louisiana Revised Statute 46:2595.

18. Nurse Stickells has been an ADA Coordinator for LSP since January 1, 2024. Her primary responsibilities as ADA Coordinator include assisting with inmates' requests for ADA accommodations.

19. Nursing Stickells is in the process of completing the University of Missouri's ADA certification program to become a certified ADA Coordinator.

20. Nurse Stickells has completed all ADA training required by Louisiana Revised Statute 46:2595.

21. I communicate frequently regarding requests for ADA accommodations received by the ADA Coordinators for LSP.

22. Additionally, I make regular site visits to LSP to provide support and assistance to the ADA Coordinators. In 2026, I have made approximately 5 site visits to LSP, mostly recently in April 2026.

23. All DOC staff, including staff at LSP, receive ADA instructor-led training during New Employee Orientation. Trainings are conducted by the facility's training department or as independent readings covering topics on the ADA. And each year, they must complete an independent reading assigning regarding the ADA and any updates thereto and must sign that they have completed that reading.

24. Supervisors are also required by Louisiana Revised Statute 46:2595 to complete State Civil Service ADA Supervisor Training every three years.

25. Part of my duties and responsibilities as ADA Director include reviewing the DOC ADA database for each facility, including LSP. For each facility, I or a designee in my office reviews the database two to three times per week and reviews every Request for an ADA Accommodation every month. I communicate with the ADA Coordinator(s) for the facility if a request requires additional scrutiny. I also conduct investigations into ADA-related ARP appeals.

26. As Deputy Assistant Secretary, I am aware that around March 2024 DOC entered into a contract with Accessology to evaluate ADA compliance at all DOC facilities, including LSP, to create a comprehensive ADA Transition Plan for DOC and its facilities. The Transition Plan will include a remediation plan for accessibility of programs, services, and activities across all DOC facilities.

27. Accessology has assessed all DOC facilities and has prepared an individual compliance plan for each facility to address any physical barriers to accessibility. DOC is currently working with Accessology to complete the comprehensive transition plan.

28. In April 2024, Accessology conducted a Site Accessibility Assessment of LSP and created an individual compliance plan for LSP.

29. Accessology's compliance plan for LSP identified items of high, medium, and low priority. The total cost to address all items identified by Accessology exceeds $6 million. LSP has been instructed to begin addressing the items

4

that can be addressed by its Maintenance Department with the existing budget.

30. In September 2024, DOC submitted a budget request for additional capital to begin making improvements recommended by Accessology.

31. As Deputy Assistant Secretary, I am aware that, on May 4, 2023, DOC and the United States Department of Justice ("USDOJ") executed Addendum III and Extension of Settlement Agreement (#204-32M-55) to November 6, 2023, to allow LSP an opportunity to address any remaining ADA-compliance issues. I am aware that all remaining items were certified as complete, and as a result, on November 6, 2023, USDOJ closed the matter. Some of the items certified as complete by USDOJ include items that were previously determined to be physical barriers to accessibility in the Court's liability- and remedy-phase rulings.

32. These are some of LSP's ADA-related improvements since the remedy trial in June 2022 and is not an exhaustive list of all such improvements since then.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __July 21, 2026__.

SHARITA SPEARS
Baton Rouge, Louisiana

5