# EXHIBIT D

1

**Declaration of Jennifer Stickells**
**Registered Nurse Program Coordinator at Louisiana State Penitentiary**

1.  My name is Jennifer Stickells.

2.  I am over 18 years of age, legally competent to give this declaration, and have personal knowledge of the facts set forth in it.

3.  I am a Registered Nurse ("RN") and employed as the Registered Nurse Program Coordinator  Louisiana State Penitentiary ("LSP"). I have held this position since 2019.

4.  As the Registered Nurse Program Coodinator, I coordinate facility wide programs at LSP such as Quality Assurance, the healthcare orderly program, and services for deaf and hard of hearing inmates. My job duties and responsibilities include, but are not limited to, training healthcare orderlies. I also educate staff on how to access American Sign Langauge ("ASL") and foreign-language interpreters when needed by inmates.

5.  I am one of three ADA Coordinators at LSP. I have served as an ADA Coordinator since January 1, 2024. In July 2025, Tonia Faust (RN) became the third ADA Coordinator. My primary responsibility as ADA Coordinator includes handling inmates' Requests for ADA Accommodations. Nurse Faust's primary responsibility includes handling inmates' requests under the Administrative Remedy Procedure ("ARPs") that involve the ADA.

6.  As ADA Coordinator, I review inmates' Requests for Accommodations and work closely with the Medical Director to determine a response to those requests. I also regularly communicate with the Louisiana Department of Corrections' ADA Director, Sharita Spears.

7.  LSP receives an average of one to two Requests for ADA Accommodations from inmates each month.

8.  I am aware that Security may contact the ADA Coordinator when a disabled inmate is subject to discipline and that the ADA Coordinator may participate in the disciplinary appeal process if requested. It is my understanding that

2

the Disciplinary Board may defer to the ADA Coordinator, the Medical Department, or both to determine whether an inmate's disability played a role in the disciplinary infraction. A disciplinary writeup does not change the level of accomodation provided to a disabled inmate.

9. I am aware that a nurse practitioner or physician assigns a duty status to each inmate based on the inmate's limitations and abilites.

10. Before June 2022, LSP's dorms at Main Prison (Ash 3-4) were accessible to disabled inmates, and its dorms at Ash 1-2 were assisted-living dorms also accessible to disabled inmates. That remains true today.

11. All Ash dorms are air conditioned and are close to pill call, the education building, the cafeteria, the law library, and the Treatment Center, and provide the easiest means of access to two of LSP's chapels.

12. In 2024, LSP opened dorms at each camp—Camp C, Camp D, and Camp F—that are accessible to disabled inmates and are in addition to the accessible dorms located at Main Prison (Ash 3-4) and the assisted-living dorms (Ash 1-2).

13. All disabled inmates who do not require assistance with activities of daily living or to be on a cell block are assigned to one of the accessible dorms. A cell block is the area of the prison or camp that contains individual cells.

14. In 2024, LSP opened accessible cell blocks at Camp C and Camp D in addition to the existing accessible cell blocks at Main Prison. Since Camp F is the trustee camp, it does not have cells.

15. There are a total of 9 accessible cells at Main Prison, 9 accessible cells in Camp C, and 9 accessible cells in Camp D.

16. Since the opening of accessible cells, any inmate requiring long-term accommodations who cannot be assigned to a dorm is assigned to an accessible cell at Main Prison or in Camp C or D.

17. Today, no disabled inmates are housed in Hickory 4.

18. The inmates assigned to the assisted-living dorms (Ash 1-2) receive assistance with activities of daily living from healthcare orderlies.

3

19. Healthcare orderlies are screened by Classification, Mental Health, and Security before they are admitted to the program. Orderlies are removed from the program when they commit disciplinary infractions, including, but not limited to, patient abuse and neglect.

20. I train a new class of orderlies approximately every three months. Orderly training has been updated since June 2022 to include a Certified Nursing Assistant (CNA) skills video, hands-on training, demonstrations, a practicum, question and answer session, fire safety and evacuations, and CPR training.

21. All orderlies currently in the program also receive annual training. Annual training is approximately 3 hours long and includes the CNA skills video, demonstrations, practices (e.g. handwashing and transfers), and a review of proper body mechanics.

22. Orderlies are assigned to the accessible dorms (Ash 3 and 4 and at Camp C, Camp D, and Camp F), assisted living dorms (Ash 1 and 2), the Nursing Units, the ATU, and Physical Therapy.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___July 21, 2026___ .

_Jennifer Stickells, RN_

JENNIFER STICKELLS
Angola, Louisiana

4