# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

KENTRELL PARKER, on behalf of himself and all others similarly situated, *et al.*,

        *Plaintiffs,*

  v.

DARREL VANNOY, in his official capacity as Secretary of State of Louisiana, *et al.*,

        *Defendants.*

Civil Action No. 3:15-cv-00318

Chief Judge Shelly D. Dick

Magistrate Judge
Richard L. Bourgeois

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

The Court recently granted Defendants' motion to defer entry of scheduling order pending threshold merits briefing. ECF 862. The Court set July 21 as the deadline for Defendants' brief and granted Plaintiffs' leave to file their brief on or before July 28. *Id.* Pursuant to this Court's Rule 7, Defendants respectfully seek leave to file the attached short reply memorandum in support of their merits brief. The proposed reply memorandum addresses Plaintiff's arguments regarding the scope of the Fifth Circuit's mandate and the law of the case and mandate rule.

Dated: August 10, 2026

Respectfully submitted,

ELIZABETH B. MURRILL
Attorney General

MORGAN BRUNGARD (LA #40298)
Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL
1885 N. Third St.
Baton Rouge, LA 70802

1

Telephone: (225) 324-9866
BrungardM@ag.louisiana.gov


*/s/ Randal J. Robert*
Randal J. Robert (#21840)
Connell L. Archey (#20086)
Keith J. Fernandez (#33124)
Evan D. Young (#41462)
Butler Snow LLP
445 North Boulevard, Ste. 300 (70802)
Box 2997
Baton Rouge, LA 70821
Telephone: (225) 325-8700
Facsimile: (225) 325-8800
Randy.Robert@butlersnow.com
Connell.Archey@butlersnow.com
Keith.Fernandez@butlersnow.com
Evan.Young@butlersnow.com

Jeffrey K. Cody (#28536)
Caroline Tomeny (#34120)
SHOWS, CALI & WALSH, L.L.P.
628 St. Louis Street
P.O. Drawer 4425
Baton Rouge, LA 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-1467
jeffreyc@scwllp.com
caroline@scwllp.com

*Counsel for Defendants*

101939962.v2

2