**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| KENTRELL PARKER, on behalf of himself and all others similarly situated*, et al.*,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>DARREL VANNOY, in his official capacity as Secretary of State of Louisiana, *et al.*,<br><br>    *Defendants.* | Civil Action No. 3:15-cv-00318<br><br>Chief Judge Shelly D. Dick<br><br>Magistrate Judge<br>Richard L. Bourgeois |

## <u>ORDER</u>

Considering the State's Motion for Leave to file a reply memorandum,

**IT IS ORDERED** that the Motion is **GRANTED** and Defendants' reply memorandum is hereby made part of the record.

Baton Rouge, Louisiana, on this ___ day of August, 2026.

_____
HON. SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

102051422.v1

1