**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| KENTRELL PARKER, FARRELL SAMPIER, REGINALD GEORGE, JOHN TONUBBEE, OTTO BARRERA, CLYDE CARTER, EDWARD GIOVANNI, RICKY D. DAVIS, LIONEL TOLBERT, RUFUS WHITE, SHANNON HURD, ALTON ADAMS, IAN CAZENAVE, EDWARD WASHINGTON, and ALTON BATISTE, on behalf of themselves and all others similarly situated, | * * * * * * * * | CIVIL ACTION<br>NO. 3:15-cv-00318<br>JUDGE SHELLY D. DICK<br>MAGISTRATE JUDGE RICHARD L. BOURGEOIS |
| VERSUS | * * * | |
| DARREL VANNOY, Warden of the Louisiana State Penitentiary, in his official capacity; GARY WESTCOTT, Secretary of the Louisiana Department of Public Safety and Corrections; ET AL. | * * * * * | |

**<u>MOTION TO RESCHEDULE THE SEPTEMBER 9 STATUS CONFERENCE</u>**

Defendants respectfully request that the in-chambers status conference currently scheduled for September 9, 2026, at 2:30pm, be rescheduled to a date when they have two attorneys available. *See* ECF 877 (scheduling status conference "limited to two (2) lawyers per side"). Defendants' lead counsel is not available on September 9th due to a previously scheduled hearing in another case. Defendants have conferred with Plaintiffs, and both parties' lawyers are available on September 28, September 30, the morning of October 5, or October 7. Defendants respectfully request that the status conference be rescheduled for one of those days.

Alternatively, if it would be more convenient for the Court, Defendants' lawyers have additional availability to participate in a video status conference before

September 28. Plaintiffs take no position on the format of the hearing.

For these reasons, Defendants respectfully request that the Court grant this motion and reschedule the September 9th conference to September 28, September 30, the morning of October 6, or October 7, or alternatively, hold the conference by video.

Dated: August 31, 2026.

Respectfully submitted,

ELIZABETH B. MURRILL
Attorney General of Louisiana

MORGAN BRUNGARD (LA #40298)
Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL
1885 N. Third St.
Baton Rouge, LA 70802
Telephone: (225) 324-9866
BrungardM@ag.louisiana.gov

*<u>/s/ Randal J. Robert</u>*
Randal J. Robert (#21840)
Connell L. Archey (#20086)
Keith J. Fernandez (#33124)
Evan D. Young (#41462)
BUTLER SNOW LLP
445 North Boulevard, Ste. 300 (70802)
Box 2997
Baton Rouge, LA 70821
Telephone: (225) 325-8700
Facsimile: (225) 325-8800
Randy.Robert@butlersnow.com
Connell.Archey@butlersnow.com
Keith.Fernandez@butlersnow.com
Evan.Young@butlersnow.com

Jeffrey K. Cody (#28536)
Caroline T. Bond (#34120)
SHOWS, CALI & WALSH, L.L.P.
628 St. Louis Street
P. O. Drawer 4425
Baton Rouge, LA 70821
Telephone: (225) 346-1461

Facsimile: (225) 346-1467
jeffreyc@scwllp.com
caroline@scwllp.com

*Counsel for Defendants*