**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| KENTRELL PARKER, FARRELL SAMPIER, REGINALD GEORGE, JOHN TONUBBEE, OTTO BARRERA, CLYDE CARTER, EDWARD GIOVANNI, RICKY D. DAVIS, LIONEL TOLBERT, RUFUS WHITE, SHANNON HURD, ALTON ADAMS, IAN CAZENAVE, EDWARD WASHINGTON, and ALTON BATISTE, on behalf of themselves and all others similarly situated, | * * * * * * * * | CIVIL ACTION<br><br>NO. 3:15-cv-00318<br><br>JUDGE SHELLY D. DICK<br><br>MAGISTRATE JUDGE RICHARD L. BOURGEOIS |
| VERSUS | * * * | |
| DARREL VANNOY, Warden of the Louisiana State Penitentiary, in his official capacity; GARY WESTCOTT, Secretary of the Louisiana Department of Public Safety and Corrections; ET AL. | * * * * * | |

**[PROPOSED] ORDER**

Considering Defendants' Motion to Reschedule the September 9 Status Conference:

**IT IS ORDERED** that the Motion is GRANTED and a Status Conference is set for _____________, at _________ AM/PM in chambers before Chief Judge Shelly D. Dick and that participants shall be limited to two (2) lawyers per side.

Baton Rouge, Louisiana, on this _____ day of ___________________, 2026.

_________________________________
HON. SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA