**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

KENTRELL PARKER, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

DARREL VANNOY, Warden of the Louisiana State Penitentiary, in his official capacity, *et al.*,

Defendants.

CIVIL ACTION NO. 3:15-cv-318

JUDGE SDD

MAGISTRATE RLB

**JOINT MOTION FOR EXTENSION OF DISPOSTIVE MOTIONS BRIEFING DEADLINES**

NOW COME the parties in the above-captioned matter, who submit this joint motion to extend the Court's deadlines for the dispositive motions briefing deadlines. Currently, the deadlines are as follows: dispositive motions due on November 30, 2026, oppositions due on December 21, 2026, replies due on January 18, 2027. Dkt Entry No. 880. The parties jointly request that this Court extend the deadline for filing dispositive motions to January 8, 2027, oppositions to January 29, 2027, and replies to February 19, 2027. The parties submit that good cause exists for these extensions as these extensions seek to accommodate Plaintiffs' counsel's other case obligations and maintain the existing 21-day briefing periods.

DATED: November 19, 2026

/s/ Samantha Bosalavage Pourciau
Samantha Bosalavage Pourciau, La. Bar No. 39808
Nishi Kumar, La. Bar No. 37415
Cecelia Kappel, La. Bar No. 32736
Michael Allen, La. Bar No. 41142
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
Telephone: (504) 529-5955

Facsimile: (504) 595-8006
Email: Sbosalavage@defendla.org

Jeffrey B. Dubner (*pro hac vice*)
Brooke Menschel (*pro hac vice*)
Briana M. Clark (*pro hac vice*)
Brendan R. Schneiderman (*pro hac vice*)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Telephone: (202) 448-9090
Email: jdubner@c.democracyforward.org

Emily B. Lubin, La. Bar No. 38823
Susan M. Meyers, La. Bar No. 29346
Southern Poverty Law Center
201 Saint Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Telephone: (225) 316-6709
Email: emily.lubin@splcenter.org

Nicholas Steiner (*pro hac vice*)
Southern Poverty Law Center
1101 17th Street, NW, Suite 550
Washington, DC 20036
Telephone: (301) 233-5747
Email: Nick.steiner@splcenter.org

Daniel A. Small (*pro hac vice*)
Nina Haug (*pro hac vice)*
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, Suite 800
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: nhaug@cohenmilstein.com

Melanie A. Bray, La. Bar No. 37049
Disability Rights Louisiana
8325 Oak St.
New Orleans, LA 700118
Telephone: (504) 208-4151
Facsimile: (504) 272-2531
Email: mbray@disabilityrightsla.org

Tavius Clark (*pro hac vice*)
Natalie Tsang (*pro hac vice*)
Elizabeth Cox (*pro hac vice*)

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6161
Email: trclark@debevoise.com

*Counsel for Plaintiffs*

ELIZABETH B. MURRILL
Attorney General

MORGAN BRUNGARD (LA #40298)
Deputy Solicitor General
OFFICE OF THE ATTORNEY GENERAL
1885 N. Third St.
Baton Rouge, LA 70802
Telephone: (225) 324-9866
BrungardM@ag.louisiana.gov

*/s/ Randal J. Robert*
Randal J. Robert (#21840)
Connell L. Archey (#20086)
Keith J. Fernandez (#33124)
Evan D. Young (#41462)
Butler Snow LLP
445 North Boulevard, Ste. 300 (70802)
Box 2997
Baton Rouge, LA 70821
Telephone: (225) 325-8700
Facsimile: (225) 325-8800
Randy.Robert@butlersnow.com
Connell.Archey@butlersnow.com
Keith.Fernandez@butlersnow.com
Evan.Young@butlersnow.com

Jeffrey K. Cody (#28536)
Caroline Tomeny (#34120)
SHOWS, CALI & WALSH, L.L.P.
628 St. Louis Street
P.O. Drawer 4425
Baton Rouge, LA 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-1467
jeffreyc@scwllp.com
caroline@scwllp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ Samantha Bosalavage Pourciau
Samantha Bosalavage Pourciau