**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| KENTRELL PARKER, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DARREL VANNOY, Warden of the Louisiana State Penitentiary, in his official capacity, *et al.*,<br><br>Defendants. | CIVIL ACTION NO. 3:15-cv-318<br><br>JUDGE SDD<br><br>MAGISTRATE RLB |

**PROPOSED ORDER**

Considering the foregoing Joint Motion for Extension of Dispositive Motions Briefing Deadlines;

IT IS HEREBY ORDERED that the Dispositive Motions Briefing Deadlines are extended as follows:

- Dispositive motions due on January 8, 2027
- Oppositions due on January 29, 2027
- Replies due on February 19, 2027

BATON ROUGE, LOUISIANA, this _____ day of ____ 2026.

_______________________________
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA